**Received Electronically**
**June 15, 2026**
**United States Court of Appeals**
**For the First Circuit**

No.

# In the United States Court of Appeals For the First Circuit

---

*IN RE AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AND NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,*

*Petitioners.*

---

*Petition for Writ of Mandamus to the United States District Court, District of Massachusetts*
*(No. 1:25-cv-13305-GAO)*

---

## PETITION FOR WRIT OF MANDAMUS

---

KEKER, VAN NEST & PETERS LLP
WARREN A. BRAUNIG
SARA FITZPATRICK
CHARLOTTE J. KAMAI
SANA A. SINGH
633 Battery Street
San Francisco, California 94111
Telephone: 415 391 5400
Facsimile: 415 397 7188

DEMOCRACY FORWARD FOUNDATION
ELENA GOLDSTEIN
WEBB LYONS**
TSUKI HOSHIJIMA
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: (202) 796-4426
*\*\*OF COUNSEL*

*Counsel for Petitioners*
*[Additional Counsel on following page]*

PROTECT DEMOCRACY
PROJECT
ORI LEV
2020 Pennsylvania Avenue NW
Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582

*Counsel for Petitioners*


AMERICAN FEDERATION OF
STATE, COUNTY AND
MUNICIPAL EMPLOYEES,
AFL-CIO
MATTHEW S. BLUMIN
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900

*Counsel for Petitioner American
Federation State, County, and
Municipal Employees, AFL-CIO
(AFSCME)*

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,
AFL-CIO
RUSHAB B. SANGHVI
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426

*Counsel for Petitioner American
Federation of Government
Employees, AFL-CIO (AFGE)*

# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ............................................ 1

JURISDICTIONAL STATEMENT ......................................................... 2

RELIEF SOUGHT BY THE PETITIONERS ........................................... 2

ISSUES PRESENTED IN THE PETITION ............................................. 2

INTRODUCTION ................................................................................. 3

STATEMENT OF FACTS ...................................................................... 5

REASONS WHY THE WRIT SHOULD ISSUE .................................... 11

    I.     The district court has a clear and indisputable duty to rule promptly on the Motion, but it has not done so. .................. 13

    II.    Absent a writ, the Unions are without redress, and the Unions' members are suffering irreparable harm due to the district court's delay. ............................................................. 16

    III.   The balance of equities weighs in favor of issuance of a writ of mandamus. ...................................................................... 20

CONCLUSION .................................................................................... 22

CERTIFICATE OF COMPLIANCE ...................................................... 23

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*ACLU of Mich. v. Livingston Cnty.*,
796 F.3d 636 (6th Cir. 2015)...........................................................20

*Bantam Books, Inc. v. Sullivan*,
372 U.S. 58 (1963)..........................................................................18

*Bufkin v. Collins*,
604 U.S. 369 (2025)........................................................................13

*In re Bulger*,
710 F.3d 42 (1st Cir. 2013) ............................................................12

*In re Cargill, Inc.*,
66 F.3d 1256 (1st Cir. 1995) ............................................................2

*Dorce v. Wolfe*,
506 F. Supp. 3d 142 (D. Mass. 2020)..............................................20

*Elrod v. Burns*,
427 U.S. 347 (1976)....................................................................3, 17

*Free the Nipple-Fort Collins v. City of Fort Collins, Co.*,
916 F.3d 792 (10th Cir. 2019)........................................................20

*In re Google Inc.*,
No. 2015-138, 2015 WL 5294800 (Fed. Cir. July 16, 2015) ..............11

*Harris as next friend of RNH v. Adams*,
757 F. Supp. 3d 111 (D. Mass. 2024)..............................................13

*Harris v. Quinn*,
573 U.S. 616 (2014).......................................................................18

*In re Hicks*,
118 F. App'x 778 (4th Cir. 2005)..................................................15, 16

*In re Hood*,
135 F. App'x 709 (4th Cir. 2005)..................................................15, 17

*Insurance Co. v. Comstock*,
16 Wall. 258, 21 L.Ed. 493 (1873) ...................................................11

*Johnson v. Rogers*,
917 F.2d 1283 (10th Cir. 1990)......................................14, 15, 16, 17

*Lakewood v. Plain Dealer Publ'g Co.*,
486 US 750 (1988)............................................................................18

*Nat'l Educ. Ass'n v. U.S. Dep't of Educ.*,
779 F. Supp. 3d 149 (D.N.H. 2025)..................................................21

*Post v. Gilmore*,
111 F.3d 556 (7th Cir. 1997)......................................................13, 21

*Roche v. Evaporated Milk Ass'n*,
319 U.S. 21 (1943)......................................................................11, 17

*Roman Cath. Diocese of Brooklyn v. Cuomo*,
592 U.S. 14 (2020).......................................................................3, 17

*Rutan v. Republican Party of Ill.*,
497 U.S. 62 (1990)............................................................................18

*Siembra Finca Carmen, LLC v. Sec'y of Dep't of Agric. Of
P.R.*,
437 F. Supp. 3d 119 (D.P.R. 2020)...................................................21

*In re Strickland*,
87 F.4th 257 (4th Cir. 2023) ...........................................................13

*In re United States
ex rel. Drummond*, 886 F.3d 448 (5th Cir. 2018) .......................15, 16

*United States v. Carpenter,*
    781 F.3d 599 (1st Cir. 2015) ................................................................ 14

*Will v. Calvert Fire Ins. Co.,*
    437 U.S. 655 (1978) ................................................................ 11, 16, 17

*Petition of Zeno,*
    14 F.2d 418 (1st Cir. 1926) ................................................................ 12

**Statutes**

5 U.S.C. § 705 ................................................................ 4, 8, 22

28 U.S.C. § 1651 ................................................................ 2

28 U.S.C. § 1657 ................................................................ *passim*

28 U.S.C. § 1657(a) ................................................................ 12, 13, 15, 16

**Rules**

Fed. R. App. P. 21(a) ................................................................ 2

Fed. R. App. P. 26.1 ................................................................ 1

Fed. R. Civ. P. 40 ................................................................ 2, 13, 16

**Constitutional Provisions**

U.S. Const. amend. I ................................................................ *passim*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, each petitioner that is a nongovernmental corporation hereby identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states there is no such corporation.

1.  American Federation of Government Employees, AFL-CIO has no parent corporation and has no stock or stockholders, so no publicly held corporation owns 10% or more of its stock.

2.  American Federation of State, County and Municipal Employees, AFL-CIO has no parent corporation and has no stock or stockholders, so no publicly held corporation owns more than 10% of its stock.

3.  National Association of Government Employees, Inc. has no parent corporation and has no stock or stockholders, so no publicly held corporation owns 10% or more of its stock.

## JURISDICTIONAL STATEMENT

This Court has jurisdiction over this petition for a writ of mandamus pursuant to the All Writs Act, 28 U.S.C. § 1651. *See also In re Cargill, Inc.*, 66 F.3d 1256, 1259 (1st Cir. 1995) ("Federal appellate courts are empowered to issue prerogative writs that are 'necessary or appropriate in aid of their respective jurisdictions' under the All Writs Act . . . . Mandamus is such a writ.").

## RELIEF SOUGHT BY THE PETITIONERS

Petitioners, who are plaintiffs in a case challenging the use of an unconstitutional loyalty question in federal hiring, *American Federation of Government Employees, AFL-CIO, et al. v. Scott Kupor, et al.*, No. 1:25-cv-13305-GAO, hereby petition, pursuant to 28 U.S.C. § 1651 and Rule 21(a) of the Federal Rules of Appellate Procedure, for a writ of mandamus directing the Honorable George A. O'Toole Jr. to promptly issue a decision on Petitioners' motion for preliminary injunctive relief as required by 28 U.S.C. § 1657 and Federal Rule of Civil Procedure 40.

## ISSUES PRESENTED IN THE PETITION

Whether a writ of mandamus should issue where the district court has failed to timely adjudicate a motion for preliminary injunctive

relief, as required by 28 U.S.C. § 1657, that has been pending and fully briefed for over six months.

## INTRODUCTION

The Supreme Court has made clear that "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020) (quoting *Elrod v. Burns*, 427 U.S. 347, 373 (1976)). Petitioners have established that their members' First Amendment rights are being violated not just for a minimal period of time, but every single day, in a way that is both recurring and escalating. Yet, seven months after Petitioners first asked the district court to preliminarily enjoin this irreparable injury, the district court has failed to do so. In fact, the district court has failed to act *at all*, leaving Petitioners in the impossible and untenable position of experiencing daily constitutional harm with no means of redressing it.

Petitioners are three unions (collectively, the "Unions") that represent over 1.8 million members, including hundreds of thousands of federal employees and many others who are interested in working for the federal government in nonpartisan, merit-based civil service jobs.

Last year, however, the U.S. Office of Personnel Management ("OPM") politicized the hiring process for those civil service jobs. It issued a so-called Merit Hiring Plan, which directs that postings for federal jobs include an essay question—the Loyalty Question—that prompts candidates to express and detail their personal support for President Trump and his policies.

In November 2025, the Unions filed suit and moved for a preliminary injunction and a stay pursuant to 5 U.S.C. § 705 because the Merit Hiring Plan violates both the First Amendment and the Administrative Procedure Act. In support of their motion, the Unions submitted declarations from individual members who detailed the ways in which the Loyalty Question both compelled and chilled their speech, in clear violation of their First Amendment rights. Now, seven months later—and over six months since the Unions' motion has been fully briefed—the harm has only escalated: the number of postings for federal jobs that include the Loyalty Question has grown from 6,500 to almost 50,000. Each time the Unions' members encounter the Loyalty Question, they suffer constitutional injury anew.

The Unions are entitled to have their request for preliminary relief adjudicated. Because the district court has failed to do so, the Unions respectfully ask this Court to issue a writ and order the district court to act consistent with its obligations under 28 U.S.C. § 1657. Absent such a writ, the Unions' members will continue to suffer ongoing, irreparable harm.

## STATEMENT OF FACTS

For more than a century, Congress has repeatedly passed legislation to promote a merit-based federal civil service unfettered by partisanship and political affiliations. As a result, the civil service has been able to recruit highly qualified individuals eager to offer their expertise and dedicated service to the Nation, regardless of the party in control of the Executive branch. Federal civil servants pledge loyalty to the Constitution—not any particular president or political party.

But that system is under serious threat. In May 2025, the Trump Administration took another dangerous step towards dismantling it. On May 29, 2025, the White House and the Office of Personnel Management ("OPM") issued the so-called "Merit Hiring Plan" ("MHP"). The MHP directs that "all Federal job vacancy announcements graded

at GS-05 or above will include four short, free-response essay questions." A078. The third question, the "Loyalty Question," asks:

> How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

A079. The MHP also requires that agency leadership—*i.e.*, political appointees—be involved throughout the full hiring process, including reviewing essay responses to the Loyalty Question and approving hiring decisions. A071, 077–78. The Loyalty Question serves to assess job applicants not on their ability, but on their professed enthusiasm for President Trump's policies.

Subsequent OPM guidance has only compounded the problems with the Loyalty Question. On June 23, 2025, OPM issued guidance stating that job applicants should be told that "we encourage you to thoughtfully address each question," and that answers will be reviewed "by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the manager and later to agency leadership." A102, A192. In September, OPM instructed federal agencies that the Loyalty Question "must be used on *all competitive*

6

*service job opportunity announcements* [with limited exceptions]," and that "agencies *should immediately* . . . [u]se the four short essay questions." A186, 191 (emphases added). In October, the President issued an executive order directing that each federal agency must establish a Strategic Hiring Committee, which must include high-level senior political appointees, to approve the filling of job vacancies. A197. Later that month, OPM issued guidance instructing high-level political appointees that they "must ensure that agency hiring is consistent with . . . administrative priorities" and should not defer to the recommendations of others in approving new hires. A198. The message to applicants is clear: if an applicant does not answer the Loyalty Question, or does not answer in a way that demonstrates sufficient allegiance to the Trump Administration, political appointees will review that response (or non-response) as part of the hiring decision.

Petitioners American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME"), and National Association of Government Employees, Inc. ("NAGE") (collectively, the "Unions") represent over 1.8 million members, including hundreds of thousands of

federal civil servants, as well as applicants and prospective applicants for civil service jobs. The Unions' members include individuals who are interested in positions within the federal civil service. Some of the Unions' members,  including four who submitted detailed declarations, reasonably fear that their job applications will be disadvantaged or deemed incomplete if they refuse to answer the Loyalty Question, and they have either been compelled to express political opinions they do not wish to, or have been deterred from answering the Loyalty Question or applying to jobs they would otherwise be interested in. A646–63.

In November 2025, the Unions filed suit on behalf of their members, challenging the Loyalty Question under the First Amendment and the Administrative Procedure Act. A015. On November 19, 2025, the Unions filed a motion for a stay under 5 U.S.C. § 705 and for a preliminary injunction ("Motion"). A201, 207. The Government opposed. A664. On December 10, 2025, the Unions requested leave to file a Reply and attached the proposed Reply brief to

the motion. A701. The district court granted the motion for leave;[1] accordingly, the Motion was fully briefed on December 10.

When the district court had not ruled on the Motion or set a hearing more than a month after it was fully briefed, on January 14, 2026, the Unions requested a hearing on the Motion and a status conference to address the Government's failure to timely answer the Complaint. A725. The court set a hearing for February 25, 2026. A730. At the Government's request, the court continued the hearing to March 11. A013. On March 11, the parties appeared and argued the Motion.

Three months after the hearing—and over six months since the Motion was fully briefed—the district court has yet to issue a decision and has given no indication that a decision is forthcoming.[2]

---

[1] The district court granted the motion for leave on January 6, 2026. A012.

[2] The district court has continued to issue orders in other cases. *See, e.g.*, *Moskow v. Wheeler*, No. 24-CV-10474-GAO, 2026 WL 622354, at *1 (D. Mass. Mar. 5, 2026) (order adjudicating motion to withdraw and for attorneys' fees); Order, *Pereira Da Silva v. Moniz et al.*, No. 26-CV-10446-GAO (D. Mass. May 4, 2026, Dkt. No. 16 (denying petition for writ of habeas corpus); Order, *Qualls v. Roache et al.*, No. 23-CV-10435-GAO (D. Mass Mar. 31, 2026), Dkt. No. 68 (granting motion for summary judgment).

Meanwhile, the Government's implementation of the Loyalty Question has escalated. When the Unions filed their Complaint, the Loyalty Question had appeared on over 5,800 job postings on USAjobs.gov, the website operated by OPM that serves as "the federal government's official employment site." A044. By the time briefing was completed on the Motion, approximately 8,500 jobs had been posted with the Loyalty Question. A717. On April 27, 2026, the Unions informed the court that they had learned, contrary to the Government's representations, that applicants could not skip answering the Loyalty Question on USAJobs postings. A782–84. In the same notice, the Unions apprised the court that the Loyalty Question had appeared on over 33,000 job postings. A784.

Based on that new factual information, in their April 27 filing the Unions again sought "[i]mmediate relief," A779, but have heard nothing from the court.

Today, the number of job postings with the Loyalty Question has increased to over 46,000. *See* "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (last visited June 15, 2026) (documenting the number of federal job vacancy postings that include

the Loyalty Question). Every day that the MHP is not stayed or enjoined, the Unions' members who are interested in federal jobs face the dilemma of how to respond to this plainly unconstitutional Loyalty Question—by speaking favorably about the current Administration's policies regardless of the individuals' own personal convictions; by speaking on political matters (when they would prefer not to speak); by remaining silent when they would prefer to offer their sincerely held views but feel they cannot; or by declining to apply to jobs that include the offending question. In other words, every day, the Unions' members endure irreparable First Amendment injury.

**REASONS WHY THE WRIT SHOULD ISSUE**

A writ of mandamus is properly granted to "confine an inferior court to a lawful exercise of its prescribed jurisdiction or to compel it to exercise authority when it is its duty to do so." *Will v. Calvert Fire Ins. Co.*, 437 U.S. 655, 661 (1978) (quoting *Roche v. Evaporated Milk Ass'n*, 319 U.S. 21, 26 (1943)). "There can be no doubt that, where a district court persistently and without reason refuses to adjudicate a case properly before it, the court of appeals may issue the writ 'in order that [it] may exercise the jurisdiction of review given by law.'" *Id.* (quoting

*Insurance Co. v. Comstock*, 16 Wall. 258, 270, 21 L.Ed. 493 (1873)). As relevant here, "a lengthy delay in ruling on a request for relief can amount to a denial of the right to have that request meaningfully considered." *In re Google Inc.*, No. 2015-138, 2015 WL 5294800, at \*1 (Fed. Cir. July 16, 2015) (granting mandamus).

Mandamus relief is appropriate where the petitioner shows a "clear and indisputable" right to relief; there is "no other adequate source of relief," such that the petitioner will suffer irreparable harm absent a writ; and "on balance, the equities favor issuance of the writ." *In re Bulger*, 710 F.3d 42, 45 (1st Cir. 2013). Each factor is met here. The district court has a clear and indisputable duty, pursuant to 28 U.S.C. § 1657, to expedite consideration of motions for preliminary injunctive relief. There is no alternative avenue for relief, and absent a writ, the Unions will suffer irreparable harm. *See Petition of Zeno*, 14 F.2d 418, 423 (1st Cir. 1926) (holding that the petitioner would be without redress absent a writ directing the trial court to exercise jurisdiction). And the balance of equities clearly weighs in favor of granting the writ: the Government has posted an average of over one

hundred new federal jobs each day that include the Loyalty Question, each of which poses a new constitutional violation for job applicants.

**I.     The district court has a clear and indisputable duty to rule promptly on the Motion, but it has not done so.**

Federal courts have a duty to "expedite the consideration" of motions for "temporary or preliminary injunctive relief." 28 U.S.C. § 1657(a). Section 1657(a) provides that "each court of the United States shall determine the order in which civil actions are heard and determined, except that the court ***shall*** expedite the consideration of any action brought under chapter 153 or section 1826 of this title, ***any action for temporary or preliminary injunctive relief***, or any other action if good cause therefor is shown." *Id.* (emphasis added). This requirement uses mandatory language and is therefore not discretionary. *See Bufkin v. Collins*, 604 U.S. 369, 379 (2025) ("It is undisputed that the word 'shall' imposes a mandatory command." (citation omitted)); *see Post v. Gilmore*, 111 F.3d 556, 557 (7th Cir. 1997) (Section 1657 requires certain requests to "go to the head of the queue").

The expedition required by Section 1657(a) is further reinforced by Federal Rule of Civil Procedure 40, which requires that courts "must give priority to actions entitled to priority by a federal statute." *In re*

*Strickland*, 87 F.4th 257, 261 (4th Cir. 2023) ("To be sure, § 1657(a) requires the district court in this case to 'expedite the consideration of' Strickland's PI motion, and Rule 40 similarly requires the district court to 'give priority' to that motion."). This requirement exists because "[t]he urgency of obtaining a preliminary injunction necessitates a prompt determination." *Harris as next friend of RNH v. Adams*, 757 F. Supp. 3d 111, 120 n.4 (D. Mass. 2024). To unduly delay adjudicating a motion for preliminary relief is tantamount to denying the motion, except that there is no possibility of appeal. *See Johnson v. Rogers*, 917 F.2d 1283, 1285 (10th Cir. 1990) (relief is "reduced to a sham if the trial courts do not act within a reasonable time").

A writ of mandamus is appropriate in this case. This Court has suggested that "mandamus could be used to compel a district court to hasten a ruling under certain rare circumstances." *United States v. Carpenter*, 781 F.3d 599, 616 (1st Cir. 2015) (rejecting criminal defendant's argument that post-conviction delay should result in dismissal but noting that the delay may give rise to mandamus relief). This is one such circumstance. The district court here has failed to adjudicate a fully-briefed motion seeking a preliminary injunction for

over six months, subjecting the Unions' members to ongoing and repeated constitutional violations, with no opportunity to remedy those violations. The Unions reiterated their request for "[i]mmediate relief" when additional facts supporting relief became available after the motion hearing, but the district court has not acted.

Other circuits have consistently held that mandamus relief is available where a district court unreasonably delays adjudicating a matter before it. *See, e.g.*, *In re United States ex rel. Drummond*, 886 F.3d 448, 450 (5th Cir. 2018) ("The district court's delay in adjudicating this case is simply inexcusable, and this Court is left with no other option but to grant mandamus relief."); *In re Hood*, 135 F. App'x 709, 710 (4th Cir. 2005) (determining that seven month delay in issuing final judgment warranted writ of mandamus); *Johnson*, 917 F.2d at 1285 (granting mandamus after fourteen month delay in adjudicating habeas petition).

In *In re Hicks*, 118 F. App'x 778 (4th Cir. 2005), for example, the Fourth Circuit issued a writ of mandamus ordering a trial court to promptly adjudicate a habeas corpus case because, "[p]ursuant to 28 U.S.C. § 1657(a) (2000), the district court must give priority to habeas

corpus cases over other civil cases." Though *Hicks* was a habeas case, Section 1657(a) does not distinguish between habeas cases and actions for preliminary injunctive relief; it directs courts to "expedite the consideration" of both. 28 U.S.C. § 1657(a).

The district court has unreasonably delayed a decision on the Unions' Motion seeking preliminary injunctive relief, undermining the pragmatic justification for 28 U.S.C. § 1657(a) and Federal Rule of Civil Procedure 40. The result is that the Unions are deprived not only of the preliminary relief they seek, but also of the opportunity to appeal that *de facto* denial. Accordingly, mandamus should issue to "compel [the district court] to exercise its authority when it is its duty to do so." *Calvert*, 437 U.S. at 661 (citation omitted).

## II. Absent a writ, the Unions are without redress, and the Unions' members are suffering irreparable harm due to the district court's delay.

The Unions have no alternative but to seek a writ in this circumstance. As numerous courts have confirmed, a writ of mandamus is the only redress for a district court's failure to timely exercise its authority; there is "no alternative remedy." *Johnson*, 917 F.2d at 1285; *see also In re United States ex rel. Drummond*, 886 F.3d at 450

(concluding that the appellate court "is left with no option but to grant mandamus relief" where the district court unduly delays its decision); *In re Hicks*, 118 F. App'x 778 ("[N]o other adequate remedy is available."). The very nature of a refusal to adjudicate is that there is no decision from which to appeal. *In re Hood*, 135 F. App'x at 711 (holding petitioner "has no other adequate means to attain the relief she seeks" where "the district judge has not entered an order.") When a court "refuses to adjudicate a case properly before it," mandamus may be issued because "[o]therwise the appellate jurisdiction could be defeated and the purpose of the statute authorizing the writ thwarted by unauthorized action of the district court obstructing the appeal." *Calvert*, 437 U.S. at 662 (quoting *Roche*, 319 U.S. at 25). As the Tenth Circuit explained, in such cases, "justice delayed is justice denied." *Johnson*, 917 F.2d at 1285.

The Unions and their members are suffering irreparable harm due to the district court's delay. It is well established that "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Roman Cath. Diocese*, 592 U.S. at 19 (2020) (quoting *Elrod*, 427 U.S. at 373). The

17

Government's use of the Loyalty Question in federal civil service hiring violates the First Amendment in four distinct ways. *First*, it conditions federal employment on political patronage, in violation of binding precedent holding that the government may not "condition[] hiring decisions on political belief . . . unless the government has a vital interest in doing so." *Rutan v. Republican Party of Ill.*, 497 U.S. 62, 78 (1990). *Second*, the Loyalty Question constitutes unlawful viewpoint discrimination because it prompts job applicants to speak on a political topic—the policies and executive orders of the current President—and gives politically-appointed agency leaders unbridled discretion to use the answers in hiring decisions. *See Lakewood v. Plain Dealer Publ'g Co.*, 486 US 750, 757-59 (1988) (striking down ordinance giving mayor unfettered discretion to grant or deny licenses for setting up news racks on the basis it enabled content discrimination). *Third*, the use of the Loyalty Question unconstitutionally ***compels speech*** by directing job applicants to profess their views of the President's policies. *See Harris v. Quinn*, 573 U.S. 616, 647 (2014) ("The government may not . . . compel the endorsement of ideas that it approves."). *Fourth*, the Loyalty Question also ***chills speech*** because applicants and potential

applicants who disapprove of President Trump's policies reasonably understand that if they were to answer this charged political question honestly, their applications—and, for current federal employees, their jobs—would be at risk. *See Bantam Books, Inc. v. Sullivan*, 372 U.S. 58, 67 (1963) (holding "informal censorship," threats, "and other means of coercion, persuasion, and intimidation" have the potential to chill political speech).[3] Each time the Government includes the Loyalty Question in a job posting, it violates the First Amendment anew.

The harm caused by the district court's unreasonable delay is worsening, because the Government has rapidly accelerated its use of the Loyalty Question since the Unions filed the Motion. When the Unions filed their Motion, they explained that the Government was posting "hundreds of new job applications that contain the Loyalty

---

[3] The Unions spell out the constitutional violations in greater detail in their PI Motion. A226–36. Notably, the Government did not contest whether the MHP violates the First Amendment, instead basing its Opposition primarily upon purported standing and jurisdictional deficiencies. A664–700. But as the Unions explained, they plainly have associational standing to assert claims on behalf of their members, and the types of claims at issue—constitutional and APA claims challenging a government-wide policy, not labor relations clams or claims challenging individual personnel actions—are ones over which the district court clearly has jurisdiction. A708–16.

Question each week." A241. It is now posting hundreds of jobs with the Loyalty Question *each day*.[4] *See* "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (last visited June 15, 2026). Until the MHP is stayed and the Government's use of the Loyalty Question is enjoined, new constitutional injuries will continue to multiply.

## III. The balance of equities weighs in favor of issuance of a writ of mandamus.

The balance of equities favors the Unions' request for a writ. As described in Section II, *supra*, without a decision, the Unions' Motion has been *de facto* denied, without any opportunity for appeal. As a result, the Unions' members are being harmed by the Government's escalating use of an unconstitutional political loyalty question in federal civil service hiring. The Unions have a substantial interest in having this matter adjudicated. And as many sister circuits have explained, it is "always in the public interest to prevent the violation of a party's constitutional rights." *Free the Nipple-Fort Collins v. City of Fort*

---

[4] For example, sorted by date opened, the 'Merit Hiring Plan' Essay Tracker captured 305 job postings with the Loyalty Question issued on June 2, 2026, and 342 issued on June 3, 2026. "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (last visited June 15, 2026).

*Collins, Co.*, 916 F.3d 792, 807 (10th Cir. 2019); *ACLU of Mich. v. Livingston Cnty.*, 796 F.3d 636, 649 (6th Cir. 2015); *see also Dorce v. Wolfe*, 506 F. Supp. 3d 142, 145 (D. Mass. 2020).

There is no countervailing interest. The Government has never articulated *any* purpose, much less a legitimate one, for its use of the Loyalty Question. *See generally* A664–700 (government opposition to preliminary relief); A707–08. The "government has no interest in enforcing an unconstitutional law, [and] the public interest is harmed by the enforcement of laws repugnant to the United States Constitution." *Nat'l Educ. Ass'n v. U.S. Dep't of Educ.*, 779 F. Supp. 3d 149, 201 (D.N.H. 2025) (quoting *Siembra Finca Carmen, LLC v. Sec'y of Dep't of Agric. Of P.R.*, 437 F. Supp. 3d 119, 137 (D.P.R. 2020)). And while courts generally have discretion to manage their dockets, they do not have discretion to ignore Section 1657's mandatory instruction that certain requests, including motions for preliminary injunctions, "go to the head of the queue." *Post*, 111 F.3d at 557 (describing requirement in mandamus context). The Unions have already waited more than six months for a decision on their request for preliminary relief. They should not be required to wait indefinitely.

**CONCLUSION**

For the foregoing reasons, the Unions respectfully request that the Court issue a writ of mandamus directing the Honorable George A. O'Toole Jr. to issue a decision on the Unions' Motion for preliminary injunction and a § 705 stay within 30 days.

Respectfully submitted,

June 15, 2026

By:  */s/ Warren A. Braunig*
Warren A. Braunig
Sara Fitzpatrick
Charlotte J. Kamai
Sana A. Singh
KEKER, VAN NEST & PETERS LLP

*Attorneys for Petitioner American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, and National Association of Government Employees*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 21(d)(1), this brief contains 3,977 words, excluding the items exempted by Rule 32(f). The brief's type size and typeface comply with Federal Rule of Appellate Procedure 32(a)(5) and (6). I certify that this brief complies with the word limit of Federal Rule 21(d)(1).

*/s/ Warren A. Braunig*
WARREN A. BRAUNIG

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate ACMS system.

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), I certify that this petition is being served concurrently on all parties to the proceeding in the trial court, and that a copy is being provided to the trial court judge.

*/s/ Warren A. Braunig*
WARREN A. BRAUNIG

No.

# In the United States Court of Appeals
# For the First Circuit

---

*IN RE AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AND NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,*

*Petitioners.*

---

*Petition for Writ of Mandamus to the United States District Court, District of Massachusetts*
*(No. 1:25-cv-13305-GAO)*

---

**APPENDIX TO PETITION FOR WRIT OF MANDAMUS – PART 1**

---

KEKER, VAN NEST & PETERS LLP
WARREN A. BRAUNIG
SARA FITZPATRICK
CHARLOTTE J. KAMAI
SANA A. SINGH
633 Battery Street
San Francisco, California 94111
Telephone: 415 391 5400
Facsimile: 415 397 7188

DEMOCRACY FORWARD FOUNDATION
ELENA GOLDSTEIN
WEBB LYONS**
TSUKI HOSHIJIMA
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: (202) 796-4426
**OF COUNSEL*

Counsel for Petitioners
*[Additional Counsel on following page]*

PROTECT DEMOCRACY
PROJECT
ORI LEV
2020 Pennsylvania Avenue
NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582

*Counsel for Petitioners*


AMERICAN FEDERATION OF
STATE, COUNTY AND
MUNICIPAL EMPLOYEES,
AFL-CIO
MATTHEW S. BLUMIN
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900

*Counsel for Petitioner American
Federation State, County, and
Municipal Employees, AFL-CIO
(AFSCME)*

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,
AFL-CIO
RUSHAB B. SANGHVI
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426

*Counsel for Petitioner
American Federation of
Government Employees,
AFL-CIO (AFGE)*

# TABLE OF CONTENTS

District Court Docket Report ........................................................... A001

Complaint (Dkt. 1).......................................................................... A015

Motion for Preliminary Injunction and for Stay Under 5
U.S.C. § 705 (Dkt. 39).............................................................. A201

Memorandum in support of Motion for Preliminary
Injunction and Stay Under 5 U.S.C. § 705 (Dkt. 40)............... A207

Affidavit of Cara Meyer in support of Motion (Dkt. 43).................... A253

Affidavit of Everett Kelly in support of Motion Dkt. 44).................. A630

Affidavit of Lee Sutton in support of Motion (Dkt. 45) .................... A635

Decl. of Fernando Colon in support of Motion (Dkt. 46) ................... A640

Decl. of Federal Worker 1 in support of Motion (Dkt. 47)................. A646

Decl. of Federal Worker 2 in support of Motion (Dkt. 48)................. A651

Decl. of Federal Worker 3 in support of Motion (Dkt. 49)................. A655

Decl. of Federal Worker 4 in support of Motion (Dkt. 50)................. A660

Response to Motion for Preliminary Injunction and Stay
Under 5 U.S.C. § 705 (Dkt. 57) ............................................... A664

Reply to Response to Motion for Preliminary Injunction and
Stay Under 5 U.S.C. § 705 (Dkt. 60)........................................ A701

Plaintiffs' Request for Status Conference and Hearing (Dkt.
61) ........................................................................................... A725

Electronic Notice Setting Hearing (Dkt. 63).................................... A730

Hearing Transcript (Dkt. 71) .......................................................... A731

Plaintiffs' Notice of Supplemental Facts (Dkt. 74) ........................... A777

Declaration of Ori Lev (Dkt. 75) ...................................................... A782

Response of Defendants (Dkt. 77) .................................................... A802

Declaration of Noah Peters (Dkt. 78) .............................................. A810

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate ACMS system.

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), I certify that this petition is being served concurrently on all parties to the proceeding in the trial court, and that a copy is being provided to the trial court judge.

*/s/ Warren A. Braunig*
WARREN A. BRAUNIG

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:25-cv-13305-GAO

| | |
|---|---|
| American Federation of Government Employees, AFL-CIO et al v. Kupor et al<br>Assigned to: Judge George A. OToole, Jr<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 11/06/2025<br>Jury Demand: None<br>Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **American Federation of Government Employees, AFL-CIO** | represented by | **Rushab Sanghvi**<br>American Federation of Government Employees<br>General Counsels Office<br>80 F Street, NW<br>Washington<br>Washington, DC 20001<br>202-639-6424<br>Email: sanghr@afge.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tsuki Hoshijima**<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>202-812-5749<br>Email: thoshijima@democracyforward.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Warren Andrew Braunig**<br>Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415-773-6642<br>Fax: 415-397-7188<br>Email: wbraunig@keker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cara Meyer**<br>1390 Market Street<br>Ste 6<br>San Francisco, CA 94102<br>415-554-3800<br>Email: Cara.Meyer@sfcityatty.org<br>*TERMINATED: 01/16/2026*<br>*ATTORNEY TO BE NOTICED* |

A001

**Charlotte Kamai**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
415-391-5400
Fax: 415-397-7188
Email: ckamai@keker.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elena Goldstein**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
202-448-9090
Email: egoldstein@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacek Pruski**
Protect Democracy
2020 Pennsylvania Ave. NW
Suite # 163
Washington, DC 20006
202-579-4582
Email: jacek.pruski@protectdemocracy.org
*TERMINATED: 05/01/2026*
*ATTORNEY TO BE NOTICED*

**Matthew Stark Blumin**
American Federation of State, County &
Municipal Employees (
Office of General Counsel
1625 L Street NW
Washington, DC 20036
202-775-5900
Email: mblumin@afscme.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ori Lev**
Protect Democracy Project
2020 Pennsylvania Ave NW
Ste 163
Washington, DC 20006
202-579-4582
Email: ori.lev@protectdemocracy.org
*ATTORNEY TO BE NOTICED*

**Webb Lyons**
Democracy Forward Foundation
P.O. Box 34553
Washingtion, DC 20043

A002

202-448-9090
Email: wlyons@c.democracyforward.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Federation of State, County and Municipal Employees, AFL-CIO**                    represented by    **Tsuki Hoshijima**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Warren Andrew Braunig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cara Meyer**
(See above for address)
*TERMINATED: 01/16/2026*
*ATTORNEY TO BE NOTICED*

**Charlotte Kamai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elena Goldstein**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacek Pruski**
(See above for address)
*TERMINATED: 05/01/2026*
*ATTORNEY TO BE NOTICED*

**Matthew Stark Blumin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ori Lev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Webb Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Association of Government Employees, Inc.**                    represented by    **Tsuki Hoshijima**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A003

**Warren Andrew Braunig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cara Meyer**
(See above for address)
*TERMINATED: 01/16/2026*
*ATTORNEY TO BE NOTICED*

**Charlotte Kamai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elena Goldstein**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacek Pruski**
(See above for address)
*TERMINATED: 05/01/2026*
*ATTORNEY TO BE NOTICED*

**Matthew Stark Blumin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ori Lev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Suszczyk**
National Association of Government
Employees, Inc.
159 Thomas Burgin Parkway
Quincy, MA 02169
617-376-7239
Fax: 617-376-0285
Email: ssuszczyk@nage.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Webb Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

A004

**Scott Kupor**
*in his official capacity as Director of the Office of Personnel Management*

represented by **Ryan Underwood**
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-305-1925
Email: ryan.m.underwood2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Office of Personnel Management**

represented by **Ryan Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The United States of America**

represented by **Ryan Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2025 | 1 | COMPLAINT against The United States of America, Scott Kupor, Office of Personnel Management Filing fee: $ 405, receipt number AMADC-11345230 (Fee Status: Filing Fee paid), filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet, # 7 Category Form)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 2 | MOTION for Leave to Appear Pro Hac Vice for admission of Matthew Stark Blumin Filing fee: $ 125, receipt number AMADC-11345271 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge George A. OToole, Jr assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Jessica D. Hedges. (LBO) (Entered: 11/06/2025) |
| 11/06/2025 | 4 | Summons Issued as to Scott Kupor, Office of Personnel Management, The United States of America. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (FGD) (Entered: 11/06/2025) |
| 11/06/2025 | 5 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 2 Motion for Leave to Appear Pro Hac Vice Added Matthew Stark Blumin. **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer** |

A005

| | | |
|---|---|---|
| | | **account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(FGD) (Entered: 11/06/2025) |
| 11/06/2025 | 6 | MOTION for Leave to Appear Pro Hac Vice for admission of Sarah Suszczyk Filing fee: $ 125, receipt number AMADC-11345847 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Rushab Sanghvi Filing fee: $ 125, receipt number AMADC-11345854 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Jacek Pruski Filing fee: $ 125, receipt number AMADC-11345856 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Cara R. Meyer Filing fee: $ 125, receipt number AMADC-11345861 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 10 | MOTION for Leave to Appear Pro Hac Vice for admission of Webb Lyons Filing fee: $ 125, receipt number AMADC-11345863 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 11 | MOTION for Leave to Appear Pro Hac Vice for admission of Ori Lev Filing fee: $ 125, receipt number AMADC-11345864 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 12 | MOTION for Leave to Appear Pro Hac Vice for admission of Charlotte J. Kamai Filing fee: $ 125, receipt number AMADC-11345865 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 13 | MOTION for Leave to Appear Pro Hac Vice for admission of Elena Goldstein Filing fee: $ 125, receipt number AMADC-11345867 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 14 | MOTION for Leave to Appear Pro Hac Vice for admission of Sara R. Fitzpatrick Filing fee: $ 125, receipt number AMADC-11345869 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, |

A006

| | | |
|---|---|---|
| | | AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/06/2025 | 15 | MOTION for Leave to Appear Pro Hac Vice for admission of Warren A. Braunig Filing fee: $ 125, receipt number AMADC-11345873 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Declaration)(Hoshijima, Tsuki) (Entered: 11/06/2025) |
| 11/07/2025 | 16 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 6 Motion for Leave to Appear Pro Hac Vice Added Sarah Suszczyk.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 17 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 7 Motion for Leave to Appear Pro Hac Vice Added Rushab Sanghvi.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 18 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 8 Motion for Leave to Appear Pro Hac Vice Added Jacek Pruski.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 19 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 9 Motion for Leave to Appear Pro Hac Vice Added Cara R. Meyer.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

A007

| | | |
|---|---|---|
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 20 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 10 Motion for Leave to Appear Pro Hac Vice Added Webb Lyons. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 21 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 11 Motion for Leave to Appear Pro Hac Vice Added Ori Lev. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 22 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 12 Motion for Leave to Appear Pro Hac Vice Added Charlotte J. Kamai. <br><br> **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account. <br><br> (FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 23 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 13 Motion for Leave to Appear Pro Hac Vice Added Elena Goldstein. <br><br> **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer** |

A008

| | | |
|---|---|---|
| | | **account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 24 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 14 Motion for Leave to Appear Pro Hac Vice Added Sara R. Fitzpatrick.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 11/07/2025) |
| 11/07/2025 | 25 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 15 Motion for Leave to Appear Pro Hac Vice Added Warren A. Braunig.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(FGD) (Entered: 11/07/2025) |
| 11/12/2025 | 26 | NOTICE of Appearance by Ori Lev on behalf of American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. (Lev, Ori) (Entered: 11/12/2025) |
| 11/13/2025 | 27 | NOTICE of Appearance by Sarah Elizabeth Suszczyk on behalf of National Association of Government Employees, Inc. (Suszczyk, Sarah) (Entered: 11/13/2025) |
| 11/13/2025 | 28 | NOTICE of Appearance by Rushab Sanghvi on behalf of American Federation of Government Employees, AFL-CIO (Sanghvi, Rushab) (Entered: 11/13/2025) |
| 11/13/2025 | 29 | NOTICE of Appearance by Matthew Stark Blumin on behalf of American Federation of State, County and Municipal Employees, AFL-CIO (Blumin, Matthew) (Entered: 11/13/2025) |
| 11/14/2025 | 30 | NOTICE of Appearance by Jacek Pruski on behalf of American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. (Pruski, Jacek) (Entered: 11/14/2025) |

A009

| 11/17/2025 | 31 | NOTICE of Appearance by Charlotte Kamai on behalf of American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. (Kamai, Charlotte) (Entered: 11/17/2025) |
|---|---|---|
| 11/17/2025 | 32 | Consent MOTION for Leave to File Excess Pages by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc..(Kamai, Charlotte) (Entered: 11/17/2025) |
| 11/17/2025 | 33 | MOTION for Leave to File *Nonparty Declarations Under Pseudonyms* by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Proposed Order)(Kamai, Charlotte) (Entered: 11/17/2025) |
| 11/17/2025 | 34 | DECLARATION re 33 MOTION for Leave to File *Nonparty Declarations Under Pseudonyms* by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Kamai, Charlotte) (Entered: 11/17/2025) |
| 11/17/2025 | 35 | NOTICE of Appearance by Elena Goldstein on behalf of American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. (Goldstein, Elena) (Entered: 11/17/2025) |
| 11/17/2025 | 36 | NOTICE of Appearance by Warren Andrew Braunig on behalf of American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. (Braunig, Warren) (Entered: 11/17/2025) |
| 11/17/2025 | 37 | NOTICE of Appearance by Cara Meyer on behalf of American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. (Meyer, Cara) (Entered: 11/17/2025) |
| 11/18/2025 | 38 | NOTICE of Appearance by Edward Webb Lyons on behalf of American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. (Lyons, Edward) (Entered: 11/18/2025) |
| 11/19/2025 | 39 | MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc..(Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 40 | MEMORANDUM in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Main Document 40 replaced on 11/20/2025) (FGD). (Entered: 11/19/2025) |
| 11/19/2025 | 41 | Proposed Document(s) submitted by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. Document received: Proposed Order |

A010

| | | |
|---|---|---|
| | | Granting Motion for Stay Under 5 U.S.C. 705 and for Preliminary Injunction 39 . (Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 42 | Judge George A. O'Toole, Jr: ELECTRONIC ORDER entered GRANTING 32 Motion for Leave to File Excess Pages; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (JMF) (Entered: 11/19/2025) |
| 11/19/2025 | 43 | AFFIDAVIT of Cara R. Meyer in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 44 | AFFIDAVIT of Everett Kelley in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 45 | AFFIDAVIT of Lee Sutton in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 46 | AFFIDAVIT of Fernando Colon in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 47 | AFFIDAVIT of Federal Worker 1 in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 48 | AFFIDAVIT of Federal Worker 2 in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 49 | AFFIDAVIT of Federal Worker 3 in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 11/19/2025) |
| 11/19/2025 | 50 | AFFIDAVIT of Federal Worker 4 in Support re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, |

A011

| | | |
|---|---|---|
| | | National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 11/19/2025) |
| 11/20/2025 | 51 | SUMMONS Returned Executed as to US Attorney by American Federation of Government Employees, AFL-CIO, National Association of Government Employees, Inc., American Federation of State, County and Municipal Employees, AFL-CIO. Scott Kupor served on 11/10/2025, answer due 1/9/2026; Office of Personnel Management served on 11/10/2025, answer due 1/9/2026; The United States of America served on 11/10/2025, answer due 1/9/2026. (Hoshijima, Tsuki) (Entered: 11/20/2025) |
| 11/20/2025 | 52 | SUMMONS Returned Executed (Hoshijima, Tsuki) (Entered: 11/20/2025) |
| 11/20/2025 | 53 | SUMMONS Returned Executed (Hoshijima, Tsuki) (Entered: 11/20/2025) |
| 11/20/2025 | 54 | SUMMONS Returned Executed (Hoshijima, Tsuki) (Entered: 11/20/2025) |
| 11/20/2025 | 55 | SUMMONS Returned Executed by American Federation of Government Employees, AFL-CIO, National Association of Government Employees, Inc., American Federation of State, County and Municipal Employees, AFL-CIO. (Hoshijima, Tsuki) (Entered: 11/20/2025) |
| 11/24/2025 | 56 | NOTICE of Appearance by Ryan Underwood on behalf of Scott Kupor, Office of Personnel Management, The United States of America (Underwood, Ryan) (Entered: 11/24/2025) |
| 12/03/2025 | 57 | RESPONSE to Motion re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by Scott Kupor, Office of Personnel Management, The United States of America. (Underwood, Ryan) (Entered: 12/03/2025) |
| 12/10/2025 | 58 | MOTION for Leave to File *a Reply Brief - Dkt.* 57 by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 Exhibit A)(Braunig, Warren) (Entered: 12/10/2025) |
| 01/06/2026 | 59 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING 58 MOTION for Leave to File a Reply Brief.<br><br>Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (FGD) (Entered: 01/06/2026) |
| 01/06/2026 | 60 | REPLY to Response to 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Braunig, Warren) (Entered: 01/06/2026) |
| 01/14/2026 | 61 | *Plaintiffs'* Letter/request (non-motion) *for Status Conference*. (Braunig, Warren) (Entered: 01/14/2026) |
| 01/16/2026 | 62 | NOTICE of Withdrawal of Appearance by Cara Meyer (Meyer, Cara) (Entered: 01/16/2026) |
| 01/23/2026 | 63 | ELECTRONIC NOTICE Setting Hearing on Motion 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* : Motion Hearing set for 2/25/2026 02:00 PM in Courtroom 22 (In person only) before Judge George A. O'Toole Jr.. (JMF) (Entered: 01/23/2026) |
| 01/23/2026 | 64 | STIPULATION *and Motion* by Scott Kupor, Office of Personnel Management, The United States of America. (Underwood, Ryan) (Entered: 01/23/2026) |

**A012**

| | | |
|---|---|---|
| 01/23/2026 | 65 | Assented to MOTION for Extension of Time to File Answer by Scott Kupor, Office of Personnel Management, The United States of America.(Underwood, Ryan) (Entered: 01/23/2026) |
| 02/04/2026 | 66 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered GRANTING the defendants' Assented-to Motion for an Extension of Time Nunc Pro Tunc to File an Answer (dkt. no. 65 ) and GRANTING the parties' Joint Stipulation and Motion (dkt. no. 64 ). See Fed. R. Civ. P. 6(b). The defendants shall answer or respond to the complaint (dkt. no. 1 ) no later than thirty days after this Court enters an order resolving the plaintiffs' Motion for a Preliminary Injunction and for a Stay under 5 U.S.C. § 705 (dkt. no. 39 ). (FGD) (Entered: 02/04/2026) |
| 02/18/2026 | 67 | MOTION to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction to March 2, 2026; March 3, 2026; or March 9 through March 13, 2026 by Scott Kupor, Office of Personnel Management, The United States of America.(Underwood, Ryan) (Entered: 02/18/2026) |
| 02/23/2026 | 68 | Judge George A. O'Toole, Jr: ELECTRONIC ORDER entered GRANTING 67 Motion to Continue. (JMF) (Entered: 02/23/2026) |
| 02/23/2026 | 69 | ELECTRONIC NOTICE Resetting Hearing on Motion. 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* : Motion Hearing reset for 3/11/2026 02:00 PM in Courtroom 22 (In person only) before Judge George A. O'Toole Jr.. (JMF) (Entered: 02/23/2026) |
| 03/11/2026 | 70 | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole, Jr: Motion Hearing held on 3/11/2026 re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705* filed by American Federation of Government Employees, AFL-CIO, National Association of Government Employees, Inc., American Federation of State, County and Municipal Employees, AFL-CIO. Counsel for Plaintiffs and Defendants present. Arguments held re 39 MOTION for Preliminary Injunction *and for Stay Under 5 USC § 705*. Matter taken under advisement. (Court Reporter: Jessica Bisaillon at jsteno99@gmail.com.) (Attorneys present: W. Braunig and W. Lyons for the Plaintiffs; R. Underwood for the Defendants.) (JMF) (Entered: 03/11/2026) |
| 03/18/2026 | 71 | Transcript of Proceedings held on March 11, 2026, before Judge George A. OToole. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Jessica Bisaillon at jsteno99@gmail.com. Redaction Request due 4/8/2026. Redacted Transcript Deadline set for 4/20/2026. Release of Transcript Restriction set for 6/16/2026. (DRK) (Entered: 03/18/2026) |
| 03/18/2026 | 72 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 03/18/2026) |
| 04/27/2026 | 73 | NOTICE of Withdrawal of Appearance by Jacek Pruski (Pruski, Jacek) (Entered: 04/27/2026) |
| 04/27/2026 | 74 | NOTICE by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc. *Plaintiffs Notice of Supplemental Facts* (Braunig, Warren) (Entered: 04/27/2026) |
| 04/27/2026 | 75 | DECLARATION re 74 Notice (Other), *of Ori Lev* by American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, National Association of Government Employees, Inc.. (Attachments: # 1 |

A013

| | | |
|---|---|---|
| | | Exhibit 1, # [2] Exhibit 2, # [3] Exhibit 3, # [4] Exhibit 4, # [5] Exhibit 5, # [6] Exhibit 6, # [7] Exhibit 7, # [8] Exhibit 8)(Braunig, Warren) (Entered: 04/27/2026) |
| 05/01/2026 | 76 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Construing [73] Notice of Withdrawal by Attorney Pruski as a motion for leave to withdraw, the request is granted. See L.R. 83.5.2(c)(1)(A). (FGD) (Entered: 05/01/2026) |
| 05/04/2026 | [77] | Response by Scott Kupor, Office of Personnel Management, The United States of America to [74] Notice (Other), *Plaintiffs Notice of Supplemental Facts*. (Attachments: # [1] Exhibit A, # [2] Exhibit B)(Underwood, Ryan) (Entered: 05/04/2026) |
| 05/04/2026 | [78] | DECLARATION re [77] Response *of Noah Peters* by Scott Kupor, Office of Personnel Management, The United States of America. (Underwood, Ryan) (Entered: 05/04/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/08/2026 13:20:20 | | |
| **PACER Login:** | Warrenbraunig | **Client Code:** | LOYALTY |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-13305-GAO |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

A014

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, 80 F Street N.W., Washington, D.C. 20001,<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, 1625 L Street, N.W. Washington, D.C. 20036,<br><br>and<br><br>NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., 159 Thomas Burgin Parkway Quincy, MA 01269,<br><br>      Plaintiffs,<br><br>  v.<br><br>SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, 1900 E Street, N.W. Washington, D.C. 20415,<br><br><br>OFFICE OF PERSONNEL MANAGEMENT, 1900 E Street, N.W. Washington, D.C. 20415,<br><br>and<br><br>THE UNITED STATES OF AMERICA<br><br>      Defendants. | Case No. |

A015

## **COMPLAINT**

Plaintiffs American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME"), and National Association of Government Employees, Inc. ("NAGE") bring this action against the Office of Personnel Management ("OPM"), the Director of OPM, and the United States and allege as follows:

1.      One of the cornerstones of American democracy is a nonpartisan, career civil service based on merit, not political loyalty. With the passage of the Pendleton Act of 1883, the Civil Service Reform Act of 1978, and other laws, Congress has created, strengthened, and repeatedly reaffirmed America's commitment to a professional civil service system. The civil service system prioritizes ability, efficiency, and quality throughout the federal government, as it provides vital services that improve the daily lives of all Americans. The merit-based civil service system is vital to both Congress's design and the First Amendment rights of federal workers.

2.      In May 2025, the White House and the Office of Personnel Management ("OPM") undermined a century of bipartisan policy and Congressional mandate, issuing a so-called "Merit Hiring Plan" ("MHP") that threatens the nonpartisan, merit-based civil service. As relevant here, the MHP mandates the inclusion of four open-ended essay questions in federal civil service job applications. While some of these questions relate to job performance—such as work ethic or efficiency—one question has nothing to do with "Merit." It instead elicits the political views of applicants and political agreement with the current President. Question 3 (the "Loyalty Question") asks:

> How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

A016

3.      The inclusion of this Loyalty Question serves to identify applicants whose political views align with *this President's* Executive Orders and policy initiatives. It does so by seeking information about which such orders and policies the applicant personally supports and desires to advance. For many Americans who aspire to serve in this country's nonpartisan, merit-based civil service, being required to express a view in support of the President's political objectives, to attest that one of the President's Executive Orders is personally "significant," or to share their political views or beliefs at all, is antithetical to their values. The present Administration has issued a series of highly politicized executive orders and policy initiatives reshaping many aspects of the federal government and American life. In the last ten months, executive orders have attempted to "repeal" the constitutional right of birthright citizenship, terminated funding for highly popular and essential public media services, ended protection for certain classes of refugees, rolled back health and environmental protections, targeted law firms and lawyers—along with their constitutional rights and those of their clients—for opposing the Administration, ordered the closure of numerous agencies, including the Department of Education and USAID, eliminated collective bargaining rights for federal workers, and purged the government of tens of thousands of dedicated civil servants.

4.      Potential federal job applicants who want to serve the United States but do not personally support the President's executive orders and policy initiatives—or simply prefer not to share their political beliefs and views when applying for a career federal job—will be compelled to speak in the form of a written essay praising the President's orders and policies (in order to better their chances of employment), risk being punished for answering honestly, or be chilled from speaking at all.

2

A017

5.      That is by design. The current Administration has a stated goal of removing civil servants it deems to be disloyal and replacing them with loyalists. By directing the use of the Loyalty Question in job applications for most career positions and instructing politically appointed agency leaders to review applicant responses, the Administration appears to be trying to fill nearly every level of the civil service with political loyalists.

6.      The White House and OPM faced immediate backlash to the MHP. In response, OPM issued "updated guidance" in June 2025 ("MHP Guidance"). But the MPH Guidance only compounds the problems with the Loyalty Question. It states that the essay questions are not mandatory for applicants to answer but are "encouraged," that they should not be used as a political litmus test, and that answers are not to be scored or ranked. But the guidance also provides that answers "will be reviewed" by hiring managers and political appointees, making clear that the answers will play some unknown and unspecified role in the hiring process. Of course the Loyalty Question will play some role in hiring: otherwise, why include it at all?

7.      Indeed, government officials have publicly stated that the Loyalty Question is necessary to fulfill "a very specific priority" for the Administration in hiring decisions. And regardless of the scoring methods used, or the suggestion that blank responses will not lead to "disqualification"—and, importantly, regardless of whether the Administration intends to use the Loyalty Question to screen candidates—the very inclusion of the question on applications compels applicants to voice certain viewpoints and opinions, to self-censor, or to decline to apply for positions they are otherwise interested in.

8.      The essay questions, including the Loyalty Question, have already appeared on over 5,800 federal job listings for career civil service positions that have nothing to do with politics or personal sympathy for the President's Executive Orders. They are included on applications for

3

A018

jobs as varied as Meatcutting Worker (Dept. of Defense), Research Biologist (Dept. of Agriculture), Laundry Worker (Dept. of Veterans' Affairs), Practical Nurse (Dept. of Justice), Air Traffic Control Specialist (Dept. of the Air Force), and Recreation Specialist – Institutional (Dept. of Justice). An applicant's ability to perform these and other career civil service roles competently is entirely unrelated to the applicant's personal political views.

9.    The MHP, including the MHP Guidance interpreting it, violates the First Amendment in several ways. First, it imposes an unconstitutional condition on employment, creating a hiring system where applicants are identifiable by and selected on the basis of professed political beliefs and loyalties. In so doing, the MHP essentially establishes a system of unconstitutional political patronage. Second, the MHP unconstitutionally compels speech. It effectively requires applicants to disclose thoughts and beliefs on political topics and coerces them into voicing allegiance to this administration's political agenda, regardless of their views. Third, it chills the speech of potential applicants who are interested in new job postings but refuse out of principle to profess support for the administration or to voice political views at all. These chilled applicants either engage in self-censorship or do not apply at all. Fourth, it encourages and facilitates viewpoint discrimination, allowing the Trump Administration to weed out those who do not voice sufficient support for President Trump and reward those who do. And it provides no standard for assessing responses to the Loyalty Question, giving Administration officials unfettered discretion in deciding how to use applicants' personal political beliefs in the hiring process.

10.    The MHP, including the MHP Guidance, is a final agency action by OPM. As a final agency action subject to the Administrative Procedure Act, the MHP must comply with the Constitution and federal statutes. But the Loyalty Question is contrary to the constitutional rights

4

A019

of federal job applicants, for whom federal employment is conditioned on professed political belief, whose political speech is compelled, whose speech is chilled by the very inclusion of the question, and who are subject to viewpoint discrimination.

11.    The MHP is also arbitrary and capricious. It is both substantively unreasonable and not reasonably explained. It makes an applicant's personal political views about the President part of the civil service hiring process, contrary to the merit-based system Congress created. It also seeks information—the applicant's personal views on the President's Executive Orders and policy initiatives—that is entirely irrelevant for civil service jobs. OPM also failed to consider the impact that factoring political loyalty into civil service hiring decisions will have on the operation of the government and the delivery of public services. And OPM's MHP Guidance only affirms the arbitrary nature of the Loyalty Question: it does not explain how the responses will be scored, how they will be factored in with merit-based considerations, or how failure to respond—or provision of a response not in line with the Administration's priorities—will affect current or future employment. This lack of transparency gives hiring managers unfettered discretion to make decisions based on political loyalty or viewpoint, rather than merit.

12.    Finally, by collecting and maintaining irrelevant and unnecessary information about job applicants' political views, the Loyalty Question and its implementation are contrary to the Privacy Act of 1974, 5 U.S.C. § 552a. The Privacy Act requires that personal information about individuals collected by the government, including through federal hiring, "is limited to that which is legally authorized and necessary" and "is maintained in a manner which precludes unwarranted intrusions upon individual privacy" and "the exercise of First Amendment rights."[1] The Loyalty

---

[1] U.S. Office of Mgmt. and Budget, Privacy Act Implementation: Guidelines and Responsibilities, 40 Fed. Reg. 28,948, 28,948, 28,965 (1975) ("OMB Guidelines"); 5 U.S.C. § 552a(v).

A020

Question collects and maintains information about job applicants that is irrelevant, unnecessary, and intrudes on core First Amendment activity.

13. Plaintiffs are three labor organizations that collectively represent millions of union members, including hundreds of thousands of members who are currently federal civil servants ("Union Plaintiffs"). The Union Plaintiffs bring these claims on behalf of their members. The Union Plaintiffs' missions include protecting and vindicating the rights of the workers they represent, and advocating for those workers, in matters related to federal employment; increasing employment opportunities for their members; and assisting their members in making informed decisions about potential employment opportunities. Eliminating the Loyalty Question from federal job applications is germane to the Union Plaintiffs' missions to protect and advocate for the workers they represent.

14. Plaintiffs' members—employees across multiple federal agencies, including many who are currently seeking new positions or promotions across the federal civil service—are suffering ongoing injuries from the MHP and its wide-ranging implementation across the federal workforce. Many members have been compelled to answer the Loyalty Question for fear their application will be disadvantaged or incomplete if they do not answer—or if they answer in a manner that does not adequately support the current Administration—and have been compelled to voice private political views and beliefs that should be shielded from government inquiry. Other members have been deterred entirely from applying to federal jobs in which they are interested due to the use of the Loyalty Question in the job application because they do not want to speak their true viewpoints.

A021

15.     Accordingly, the Court should declare that the Loyalty Question is unlawful and unconstitutional; and vacate the MHP's Loyalty Question to ensure that federal civil service hiring programs comply with the Constitution and federal law.

## **PARTIES**

16.     The American Federation of Government Employees, AFL-CIO ("AFGE") is a labor organization and unincorporated association headquartered at 80 F Street N.W., Washington, D.C. 20001. AFGE, the largest federal employee union, represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States, including Massachusetts.

17.     AFGE members include nurses caring for our nation's veterans, border patrol agents securing our borders, correctional officers maintaining safety in federal facilities, scientists conducting critical research, health care workers serving on military bases, civilian employees in the Department of Defense supporting our military personnel and their families, and employees of the Social Security Administration making sure retirees receive the benefits they have earned.

18.     AFGE was founded in 1932 by federal employees seeking to create a right to fair employment and pay during the Great Depression. As the union grew, it advocated for and secured numerous victories for career civil servants, including the passage of the Civil Service Reform Act in 1978.

19.     AFGE is dedicated to fighting for dignity, safety, and fairness on the job for its members, and promoting efficiency and the improvement of government service so that government can more effectively serve the American people.

20.     The American Federation of State, County & Municipal Employees, AFL-CIO ("AFSCME") is a national labor organization and unincorporated membership association

A022

headquartered at 1625 L Street N.W., Washington, D.C. 20036. AFSCME is the largest trade union of public employees in the United States, with approximately 1.4 million members organized into approximately 3,400 local unions, 58 councils, and other affiliates in 46 states (including Massachusetts), the District of Columbia, and Puerto Rico. AFSCME, through its affiliate District Council 20 and its constituent local unions, represents federal civilian employees in agencies and departments across the federal government.

21.     AFSCME was founded in 1932 by civil servants seeking to combat state efforts to replace a competitive civil service system with political patronage, united by a simple idea: that a professional civil service is essential to a strong democracy, and public service should be delivered by individuals dedicated to serving their communities, not those with connections to particular politicians. This idea has sustained AFSCME through nearly nine decades, as the union has succeeded in its efforts to pass or strengthen civil service laws across the United States.

22.     AFSCME members include nurses, corrections officers, childcare providers, emergency medical technicians, sanitation workers, school bus drivers, civil engineers, policy analysts, and more, all with one thing in common: dedication to making our communities stronger, healthier, and safer. Its members working for the federal government make our communities stronger, healthier, and safer by working to ensure aviation safety at the Federal Aviation Administration, agricultural sustainability at the Department of Agriculture, criminal justice through the Department of Justice, and more.

23.     The National Association of Government Employees, Inc. ("NAGE") is a national labor organization and is affiliated with the Service Employees International Union. NAGE is incorporated in the state of Delaware, with its principal place of business at 159 Thomas Burgin Parkway, Quincy, MA 02169. NAGE and its local units are the certified exclusive bargaining

8

representatives of approximately 125,000 employees, including nearly 75,000 federal employees in 43 states, including Massachusetts.

24.    NAGE members, many of whom are veterans, include health care workers, police officers, scientists, office workers, researchers, childcare providers, janitorial staff, drivers, and more, working at many federal agencies such as the Department of Defense, the Department of Veterans Affairs, the Department of Transportation, and the National Park Service.

25.    Founded in 1961, NAGE is an organization of members united by the belief in the dignity and worth of workers and the services they provide, dedicated to improving the lives of workers and their families, and creating a more just and humane society.

26.    AFGE, AFSCME, and NAGE bring this action on behalf of their members.

27.    Defendant Office of Personnel Management ("OPM") is a federal agency that serves as the chief human resources agency and personnel policy manager for the federal government.

28.    Defendant Scott Kupor is the Director of OPM. He is sued in his official capacity.

29.    Defendant United States of America is responsible for the exercise of executive action by the named defendants and all other departments and agencies that have positions for which the Loyalty Question is part of the application process.

## JURISDICTION AND VENUE

30.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1346. This Court has further remedial authority under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 *et seq.*, and the Administrative Procedure Act, 5. U.S.C. §§ 701 *et seq*.

31.    Venue is proper in the District of Massachusetts pursuant to both 28 U.S.C. §§ 1391(b)(2) and (e)(1). Defendants are United States agencies or officers sued in their official

A024

capacities. Plaintiff NAGE is a resident of this district, and a substantial part of the events or omissions giving rise to this Complaint occurred and continue to occur within the District of Massachusetts, where many of the Union Plaintiffs' members live, work, and have been affected by the Loyalty Question, and where dozens of jobs have been posted with the Loyalty Question.

## FACTUAL ALLEGATIONS

***America's merit-based, nonpartisan civil service is a cornerstone of our country's democracy.***

32.     For nearly 150 years, the merit system has attracted highly qualified individuals who wish to serve the federal government in a wide array of fields, across presidential administrations, as nonpolitical public servants. From its beginning in 1883, when about 10 percent of the workforce was set aside for merit-based hiring, the merit-based civil service has grown to include all but about 4,000 of the executive branch's 2.2 million federal workers.[2] Congress and the Supreme Court have repeatedly recognized the importance of selecting government employees who are the most talented—not the most politically loyal or sympathetic to a particular administration—and the First Amendment protects these public servants' political opinions and beliefs.

33.     Though the first presidential administrations hired at will, they largely made hiring decisions on merit, albeit based on a conception of merit that differs from the modern view and with occasional use of political patronage.[3] Political patronage did not truly roar to life until the

---

[2] *Donald Trump has picked 381 nominees to fill key roles in his administration so far*, Wash. Post (updated Sep. 16, 2025), https://www.washingtonpost.com/politics/interactive/2025/trump-appointee-tracker/ ("President Donald Trump has the ability to fill roughly 4,000 politically appointed positions in the executive branch and independent agencies, including more than 1,300 that require Senate confirmation.").

[3] Lorenzo Castellani, The History of the United States Civil Service 36-38 (Routledge 2021); Paul P. Van Riper, History of the United States Civil Service 18-28 (Row, Peterson and Co. 1958).

A025

administration of President Andrew Jackson, after which it deepened its roots through the middle

of the Nineteenth Century.[4] To the victor went the spoils: Presidential administrations rewarded

political supporters with government positions, an approach known as the "spoils system." Under

this system, "a victorious president, in conjunction with the party's elites, would appoint political

supporters to positions throughout the government, from cabinet secretaries to mail carriers."[5]

During this time "[f]ederal employment was boldly based on partisan political service; it served as

a reward for campaign work and political loyalty."[6] As described in 1870:

> Every four years, the whole machinery of the Government is pulled to pieces. The
> country presents a most ridiculous, revolting, and disheartening spectacle. The
> business of the nation and the legislation of Congress are subordinated to the
> distribution of plunder among eager partisans. Presidents, secretaries [of
> departments], senators, representatives are dogged, hunted, besieged, besought,
> denounced, and they become mere office brokers. The country seethes with intrigue
> and corruption. Economy, patriotism, honesty, honor, seem to have become words
> of no meaning.[7]

34.    As the federal government grew, the flaws and abuses of this system—and the

resulting corruption—became apparent. But it was a tragedy that brought about change. In 1881,

---

[4] Castellani 38-41; Van Riper 30-56; *see also Elrod v. Burns*, 427 U.S. 347, 353 (1976)
(plurality) ("Patronage practice is not new to American politics. It has existed at the federal level
at least since the Presidency of Thomas Jefferson, although its popularization and legitimation
primarily occurred later, in the Presidency of Andrew Jackson.").

[5] Sean M. Theriault, *Patronage, Political Parties, the Public, and the Pendleton Act of 1883*, THE
POWER OF THE PEOPLE 29 (2005), https://muse.jhu.edu/pub/30/oa_monograph/book/28304/pdf.

[6] Joseph Gebhardt, William Dobrovir, & Thomas Devine, *Blueprint for Civil Service Reform: An
Analysis of How Politics Have Made a Mockery of the Civil Service Merit System, with
Proposals for Reform*, Fund for Constitutional Gov't 9 (Oct. 27, 1976),
https://whistleblower.org/wp-content/uploads/2024/09/Blueprint-for-Civil-Service-Reform.pdf;
*see also* Gov't Accountability Project, *Corrected Testimony of Thomas Devine: Sen. Hearing on
"Replacing Non-Partisan Civil Servants with Political Hires"*, WHISTLEBLOWER.ORG 5 &
n.18 (Sept. 17, 2024), https://whistleblower.org/wp-content/uploads/2024/12/091624-Corrected-
Tom-Devine-Testimony-HSGAC-Schedule-F-Hearing.pdf (citing "Blueprint" and noting the
report was prepared in 1976 and footnote documents are no longer available).

[7] U.S. Office of Pers. Mgmt., *Biography of an Ideal: A History of the Federal Civil Service*
(2003 ed.), at 16 (quoting George William Curtis, 1870).

A026

attorney Charles Guiteau, believing he was entitled to a federal position for his political patronage of President James A. Garfield, assassinated President Garfield in retribution when he failed to procure federal employment. In response, Congress passed the Pendleton Act of 1883, formally titled An Act to Regulate and Improve the Civil Service of the United States, ch. 27, 22 Stat. 403 (Jan. 16, 1883). The Pendleton Act set aside about ten percent of federal positions for non-political, merit-based hiring—determined on the basis of competitive exams, rather than the applicant's history of partisanship. This established the foundation for a merit-based civil service that would eventually ban the exchange of federal employment for political favors as well as the firing of federal employees for their political views.

35.     Between 1883 and 1978, Congress repeatedly passed and amended legislation strengthening the federal civil service as a merit-based system and expanding procedural protections for career civil service positions. Among other statutes, in 1912, Congress enacted the Lloyd-LaFollette Act, which legislated a for-cause removal standard for employees in the "classified service" (today, the "competitive service"). Lloyd-LaFollette Act, § 6, 37 Stat. 555 (1912). This statute also established procedural protections for federal workers, including requiring written notice of the reasons for an employee's removal and an opportunity to respond.

36.     The merit-based civil service system continued to grow along with the federal government in the New Deal years, during World War II and the post-war era, and in the Great Society years. The size of the civilian federal workforce peaked at nearly 3.4 million employees, excluding the Postal Service, during World War II.[8] During the war years, Congress passed the Veterans' Preference Act of 1944 to give veterans and their families hiring advantages and the

---

[8] U.S. Office of Pers. Mgmt., *Executive Branch Civilian Employment Since 1940*, https://tinyurl.com/mvhxzpar (last visited Oct. 6, 2025).

right to appeal adverse actions.[9] In the 1960s, the executive branch extended adverse action appeal rights to all competitive service employees and added collective bargaining rights;[10] in 1978, Congress enacted the Civil Service Reform Act, which codified those existing statutory and regulatory rights to notice, opportunity to respond, and appeal in response to certain adverse employment actions and made collective bargaining, subject to binding arbitration, mandatory;[11] and, in 1990, Congress further extended adverse action appeal rights, covering for the first time most excepted civil service employees.[12] For the last seven decades, the number of civilian federal employees, excluding the Postal Service, has fluctuated by a few hundred thousand above and below two million federal employees.[13] The federal merit system has taken firm root in American life, protecting the public against the rampant corruption, inefficiency, and ineffectiveness of the Nineteenth Century spoils system.

37.    Attempts to politicize the civil service during the Nixon presidency (1968–1974) brought about the more recent Congressional reforms described above. "Promptly after his inauguration . . . Richard M. Nixon displayed an immediate, energetic interest in establishing a personnel system" loyal to his political whims.[14] The Nixon Administration created a political

---

[9] Veterans' Preference Act of 1944, Pub. L. No. 78–359, § 14, 58 Stat. 387, 390, as amended by Pub. L. 80-325, 61 Stat. 723 (1947).

[10] Exec. Order No. 10,988 (Jan. 17, 1962), *reprinted in* 27 Fed. Reg. 551 (Jan. 19, 1962); Exec. Order no. 10987 (Jan. 17, 1962), *reprinted in* 27 Fed. Reg. 550 (Jan. 19, 1962).

[11] *Civil Service Reform Act*, Pub. L. 95-454, 92 Stat. 1111 (Oct. 13, 1978).

[12] *Civil Service Due Process Amendments*, Pub. L. 101-376, 104 Stat. 461 (1990).

[13] *See* U.S. Office of Pers. Mgmt., *Executive Branch Civilian Employment Since 1940* (covering 1940-2014), https://tinyurl.com/mvhxzpar (last visited Oct. 6, 2025); U.S. Office of Pers. Mgmt., FEDscope (covering 2015-2019), https://tinyurl.com/mtrhhkyc (last visited Oct. 6, 2025); U.S. Office of Pers. Mgmt., FEDscope (covering 2020-2024), https://tinyurl.com/yvfuky53 (last visited Oct. 6, 2025).

[14] Gebhardt, *supra* n.6, at 14.

hiring system known as "Operation Talent Search," which utilized a database of thousands of job candidates referred by Republican members of Congress, political officials, and political organizations supporting the President to install loyalists at various levels of government positions.[15] The system worked as follows: when any job opened at the General Schedule (GS)-14 or GS-15 levels, the hiring agency was required to check the political referral bank for applicants before anyone else could be promoted or hired.[16] In other cases, the White House itself identified the candidates who should be hired.[17] Once hired, the new employees were required to undergo "orientation" with White House staff about the Administration's policy and public relations goals. This process existed for higher level political appointees as well as career workers at GS-15 and below.[18] In at least one agency, the Nixon Administration implemented "test[s]" tracking applicants' responses to certain politically oriented statements.[19] In another agency, the Nixon Administration simply abolished the jobs of non-loyalists.[20]

38. The Watergate scandal and the revelation of the abuses of the Nixon years led to Congressional determination to keep politics out of the civil service for good. Congress strengthened these principles by passing the Civil Service Reform Act of 1978 ("CSRA"), Pub. L. 95-454, 92 Stat. 1111.

---

[15] Ernest Holsendolph, *H.E.W. Is Reported to Have Operated a Job Referral System in '69 in Violation of Civil Service Rules*, N.Y. Times (May 9, 1975), https://www.nytimes.com/1975/05/09/archives/hew-is-reported-to-have-operated-a-job-referral-system-in-69-in.html.

[16] *See id.*; *see also* Gebhardt, *supra* n.6 at 16–18.

[17] *See, e.g.*, Holsendolph, *supra* n.15 (noting referrals for agency positions would come straight from the White House "talent recruiter").

[18] Gebhardt, *supra* n.6 at 28–32, 35.

[19] *Id.* at 70–71 (For example, applicants' response to the statement: "Richard Nixon's election constituted a mandate for closing down OEO and other social welfare programs.").

[20] *Id.* at 69.

A029

39.     Through the CSRA, Congress directed that federal personnel management should be implemented consistent with merit system principles. 5 U.S.C. § 2301; *see also* Pub. L. 95-454, § 3, 92 Stat. 1111, 1112-13 (1978) (5 U.S.C. § 1101 note). These principles include, among others: "selection and advancement should be determined solely on the basis of relative ability, knowledge, and skill, after fair and open competition which assures that all receive equal opportunity," *id.* 2301(b)(1); "[a]ll employees and applicants for employment should receive fair and equitable treatment in all aspects of personnel management without regard to political affiliation," *id.* 2301(b)(2); "[a]ll employees should maintain high standards of integrity, conduct, and concern for the public interest," *id.* 2301(b)(4)l; and "[e]mployees should be protected against arbitrary action, personal favoritism, or coercion for political purpose," *id.* 2301(b)(8)(A).

40.     In the CSRA, Congress also established certain prohibited personnel practices, employment-related activities that are banned in the federal workplace because they violate merit-system principles. 5 U.S.C. § 2302. Prohibited personnel practices include, among others: discriminating against an applicant for employment or an employee based on political affiliation, as prohibited under any law, rule, or regulation, 5 U.S.C. § 2302(b)(1)(E); "coerc[ing] the political activity of any person," *id.* 2302(b)(3); "grant[ing] any preference or advantage not authorized by law, rule, or regulation to any employee or applicant for employment," *id.* 2302(b)(5); or taking any personnel action that violates merit system principles, *id.* 2302(b)(12).

41.     These merit system principles and prohibited personnel practices, along with other protections in the CSRA, make clear Congress' design that hiring and personnel decisions in the civil service should be based on merit, not politics.

A030

42.    Today, there are more than 2 million federal employees in the civil service.[21] These public servants provide services to the American people that range from nursing care for veterans and scientific research for the space program, to rooting out Medicare fraud and helping family farmers secure markets for their products. Nearly one third of federal civil servants are veterans.[22] More than eighty percent of federal workers are stationed outside of Washington D.C., and they perform duties in every state and every congressional district.[23]

43.    Career federal civil service positions are generally classified into one of three "services": the competitive service, the excepted service, and the Senior Executive Service. Each has different hiring processes and requirements—but a unifying factor is that hiring for each service is based on merit.

44.    Congress made the competitive service the default; all executive branch civil service positions are presumed to be part of the competitive service unless specifically excluded. *See* 5 U.S.C. § 2102(a)(1); 2103. Roughly two-thirds of all federal workers are in the competitive service.[24] To be hired into the competitive service, an individual must go through a competitive process, open to all, known as competitive examination. That process may consist of a written test, an assessment of the individual's education and experience, and/or an assessment of the

---

[21] Eileen Sullivan, *Year Will End With 300,000 Fewer Federal Workers, Trump Official Says*, N.Y. Times (Aug. 22, 2025), https://www.nytimes.com/2025/08/22/us/politics/trump-federal-workers.html.

[22] Drew Desilver, *What we know about veterans who work for the federal government*, Pew Research Ctr. (Apr. 10, 2025), https://www.pewresearch.org/short-reads/2025/04/10/what-we-know-about-veterans-who-work-for-the-federal-government/.

[23] *Beyond the Capital: The Federal Workforce Outside the D.C. Area*, P'ship for Pub. Serv., https://ourpublicservice.org/fed-figures/beyond-the-capital-the-federal-workforce-outside-the-d-c-area/ (last visited Oct. 6, 2025).

[24] Cong. Res. Serv., *Categories of Federal Civil Service Employment: A Snapshot*, CONGRESS.GOV (March 26, 2019), https://www.congress.gov/crs-product/R45635 (last visited Oct. 6, 2025).

A031

individual's knowledge, skills, and abilities that are necessary for successful performance in the job.

45.     The excepted service includes all positions in the executive branch that are not in the Senior Executive Service and are specifically exempted from competitive service by statute, Executive Order, or OPM regulation. 5 U.S.C. § 2103(a). Typically, career positions are in the excepted service when competitive examination is not practicable, such as for attorney positions. While excepted service hiring is generally more flexible than competitive service hiring, agencies must select "from the qualified applicants in the same manner and under the same conditions required for the competitive service." 5 U.S.C. § 3320.

46.     The Senior Executive Service consists of senior government officials, both career civil servants and noncareer (i.e. political) appointees, who share a broad set of responsibilities to help lead the work of the Federal Government and "to ensure that the executive management of the Government of the United States is responsive to the needs, policies, and goals of the Nation and otherwise is of the highest quality." 5 U.S.C. § 3131. Congress has laid out a detailed "merit staffing process" that each agency must follow when filling career SES positions, and it has limited the number of noncareer SES members to no more than 10% of the total number of SES positions. 5 U.S.C. §§ 3393, 3134(b).

47.     As described above, Congress has made clear, in the merit system principles, that all applicants for the career civil service—regardless of whether they are in the competitive, excepted, or Senior Executive services—are to be selected based on merit, "solely on the basis of relative ability, knowledge, and skills, after fair and open competition which assures that all receive equal opportunity." 5 U.S.C. § 2301(b)(1).

A032

48.     Most civil service job openings are posted to USAJOBS.gov, a government website operated by OPM. USAJOBS is "the federal government's official employment site" and "serves as the central place to find opportunities in hundreds of federal agencies and organizations."[25] USAJOBS is the mechanism through which OPM satisfies its statutory obligation to "establish and keep current a comprehensive list of all announcements of vacant positions in the competitive service within each agency." 5 U.S.C. § 3330(b).

49.     Each posting on USAJOBS states (1) to whom the job is open, (2) its duties, (3) its requirements, (4) how candidates will be evaluated, (5) required documents for application, and (6) instructions on how to apply. Many job postings include an "assessment questionnaire"— which now includes the Loyalty Question.

50.     The modern civil service is designed to be apolitical. Federal civil servants take an oath of loyalty to the U.S. Constitution, not to any person, president, or political party. 5 U.S.C. § 3331.

51.     Civil servants are distinct from political appointees. Political appointees can be hired and fired at will, including because of their political views, party affiliation, or even past statements. They are not entitled to civil service protections. And political appointees typically resign at the end of a presidential administration, when a new president with new priorities and policy goals comes to power.

52.     In contrast, the First Amendment protects civil servants' freedom of speech, belief, and expression. Across a long line of cases, the U.S. Supreme Court has confirmed the First

---

[25] *About USAJobs*, USAJobs, https://help.usajobs.gov/about (last visited Oct. 6, 2025).

Amendment rights of civil servants to be free from discrimination or adverse employment action on the basis of their speech or perceived political beliefs.

- In *Elrod v. Burns*, the Court held that the First Amendment was violated when Republican employees of a sheriff's office were discharged or threatened with discharge because they were not members of the Democratic Party. 427 U.S. 347, 351 (1976) (plurality). The Court affirmed that "political belief and association constitute the core . . . activities protected by the First Amendment" and threatening to discharge or implementing "patronage dismissals" through "the denial of public employment" is an unconstitutional "inducement." *Id.* at 356.

- In *Branti v. Finkel*, the Court held unconstitutional a newly-appointed Democratic public defender's firing of Republican assistant public defenders "solely because of their political beliefs." 445 U.S. 507, 510 (1980). The Court explained, "[i]f the First Amendment protects a public employee from discharge based on what he has said, it must also protect him from discharge based on what he believes." *Id.* at 515.

- In *Rutan v. Republican Party of Illinois*, petitioners challenged the Illinois governor's operation of a patronage system through executive order by freezing hiring statewide and approving hiring, promotion, and transfer applications for only political loyalists. 497 U.S. 62, 65 (1990). The Supreme Court held that *Elrod's* and *Branti's* prohibition on patronage dismissals "extends to promotion, transfer, recall, and ***hiring decisions*** based on party affiliation and support." *Id.* at 79 (emphasis added). "Under our sustained precedent," the Court wrote, "conditioning hiring decisions on political belief and association . . . plainly constitutes an unconstitutional condition, unless the government has a vital interest in doing so." *Id.* at 78.

A034

- More recently, in *Heffernan v. City of Paterson, N.J*, the Supreme Court considered a First Amendment challenge where a New Jersey mayor fired a government employee based on the mistaken belief that the employee had supported the mayor's political rival. 578 U.S. 266, 268 (2016). The Court held that the First Amendment protects against hiring and firing on the basis of even **perceived** political activity and belief. *Id.*

53.      These decisions affirm that the Constitution itself prohibits the federal government from hiring or not hiring or otherwise penalizing civil servants based on political considerations, perceived or true. And this is exactly the system that Congress has created, because a non-partisan civil service ensures that federal employees act in the best interests of the country and in support of the Constitution to carry out the laws that Congress passes. *See* Pub. L. 95–454, § 3, Oct. 13, 1978, 92 Stat. 1112 ("It is the policy of the United States that in order to provide the people of the United States with a competent, honest, and productive Federal work force reflective of the Nation's diversity, and to improve the quality of public service, Federal personnel management should be implemented consistent with merit system principles and free from prohibited personnel practices."). A merit-based civil service provides continuity of employment, enables the development of agency expertise, and minimizes corruption and inefficiency, allowing the Executive Branch to perform the increasingly complex tasks Congress assigns to it with the necessary skills and experience, regardless of the political administration currently in power.

*In contravention of these fundamental principles, the Trump Administration has executed on a campaign promise to replace apolitical civil servants with political loyalists.*

54.      President Trump and his administration have made it clear that they intend to dismantle the career civil service and install a federal workforce of loyalists, notwithstanding the well-established statutory and constitutional protections for the civil service.

A035

55.    This effort began during the first Trump Administration, when President Trump issued an executive order that would have stripped adverse action protections from tens of thousands of federal career employees. E.O. 13957 (Oct. 21, 2020) (creating Schedule F in the Excepted Service). (That executive order was ultimately rescinded by President Biden before any positions were rescheduled.)[26] Likewise, President Trump's head of White House personnel instructed federal agencies to root out supposedly "disloyal" employees.[27]

56.    The commitment to installing loyalists in the federal government continued as President Trump planned his return to office. He disparaged career civil servants as "crooked" and "dishonest," vowing to hold them "accountable" if he were re-elected.[28] He promised to "pass critical reforms making every executive branch employee fireable by the president of the United States," proclaiming "[t]he deep state must and will be brought to heel."[29] Future Vice President J.D. Vance advised the president to "fire every single mid-level bureaucrat, every civil servant in the administrative state, replace them with our people."[30] Project 2025, a blueprint that the Trump

---

[26] *See* Exec. Order 14003, *Protecting the Federal Workforce* (Jan. 21, 2021); *Civil Service: Agency Responses and Perspectives on Former Executive Order to Create a New Schedule F Category of Federal Positions*, GAO (Sep. 28, 2022), https://www.gao.gov/products/gao-22-105504 ("We found that no agency placed positions into Schedule F before the executive order that created it was revoked in Jan. 2021—although a few considered doing so.").

[27] Diamond, Acosta, *President's new personnel head tells agencies to look out for disloyal staffers*, CNN Politics (Feb. 21, 2020), https://www.cnn.com/2020/02/21/politics/john-mcentee-disloyal-white-house-staffers/index.html.

[28] Eric Wagner, Defense One, *Trump calls federal workforce 'crooked,' vows to hold them 'accountable,'* DefenseOne (Aug. 28, 2024), https://www.defenseone.com/policy/2024/08/trump-calls-federal-workforce-crooked-vows-hold-them-accountable/399147/.

[29] Eric Katz, *If Trump Is Reelected, His Aides Are Planning to Purge the Civil Service*, Gov. Exec. (July 22, 2022), https://www.govexec.com/workforce/2022/07/trump-reelected-aides-plan-purge-civil-service/374842/.

[30] J.D. Vance on Jack Murphy Live, JML #070, YouTube (Sept. 17, 2021), https://www.youtube.com/watch?v=PMq1ZEcyztY.

A036

Administration has followed and implemented in its second Administration,[31] called for creating a personnel database of loyalists—akin to Nixon's Operation Talent Search[32]—to replace tens of thousands of federal government civil servants.[33] The Director of the Office of Management and Budget ("OMB"), Russell Vought, publicly stated in 2024: "We want bureaucrats to be traumatically affected. When they wake up in the morning, we want them to not want to go to work because they are increasingly viewed as the villains."[34]

57.    Once in office, President Trump and his Administration set these plans into motion. He signed Executive Order 14,171, which seeks to strip civil service protections from a wide swath of career civil servants, making them easier to fire. As he signed the Order, the President referred to these dedicated public servants as a "cancer."[35] President Trump and his Administration have fired dozens of federal employees who have expressed concerns or made whistleblower allegations about the internal workings of their agencies.[36] The Trump Administration has also illegally fired

---

[31] Franco Ordonez & A Martinez, *Trump enacts Project 2025 policies, which he distanced himself from while campaigning*, NPR (Jan. 31, 2025), https://www.npr.org/2025/01/31/nx-s1-5280364/trump-enacts-project-2025-policies-which-he-distanced-himself-from-while-campaigning; William Brangham & Harry Zahn, *The Project 2025 policies the Trump administration is already implementing*, PBS News (Feb. 22, 2025), https://www.pbs.org/newshour/show/the-project-2025-policies-the-trump-administration-is-already-implementing.

[32] *See* Holsendolph, *supra* n. 15.

[33] Michael Sozan & Ben Olinsky, *Project 2025 Would Destroy the U.S. Sytem of Checks and Balances and Create an Imperial Presidency*, Ctr. For Am. Progress (Oct. 1, 2024), https://www.americanprogress.org/article/project-2025-would-destroy-the-u-s-system-of-checks-and-balances-and-create-an-imperial-presidency/.

[34] Molly Redden, Andy Kroll, & Nick Surgey, *"Put Them in Trauma": Inside a Key MAGA Leader's Plans for a New Trump Agenda*, ProPublica (Oct. 28, 2024), https://www.propublica.org/article/video-donald-trump-russ-vought-center-renewing-america-maga.

[35] Alan Rappeport, *Federal Employees Union Sues Trump Over Worker Protections*, N.Y. Times (Jan. 21, 2025), https://www.nytimes.com/2025/01/21/us/politics/trump-schedule-f-federal-workers.html.

[36] Luke Bar, *FEMA employees who signed letter Monday critical of admin placed on leave*, ABC

---

A037

thousands of probationary workers,[37] encouraged career employees to quit,[38] and reduced the total size of federal civil service workforce by hundreds of thousands of workers.[39] In an unprecedented move, President Trump has also used the recent government shutdown to illegally attempt to fire thousands of federal workers.[40] And he has done so in service of his desire to rid the federal government of non-loyalists, declaring, "It will be Democrat oriented, because we figure, you know, they started this thing, so they should be Democrat-oriented. It'll be a lot. . . . These are largely people that the Democrats want. Many of them will be fired."[41]

58.    This is all happening at the same time that the Trump Administration is systematically attacking the institutions created by Congress to protect the merit-based civil service and prevent illegal abuses. President Trump has—multiple times—fired members and leaders of the Merit Systems Protection Board ("MSPB"), the federal adjudicative body for most

---

News, (Aug. 27, 2025), https://abcnews.go.com/Politics/fema-employees-signed-letter-monday-critical-admin-leave/story?id=125014793; Assoc. Press, *EPA fires employees who publicly criticized agency policies under Trump*, CNN, (Aug. 30, 2025), https://www.cnn.com/2025/08/30/politics/epa-fires-employees-who-publicly-criticized-agency-policies-under-trump.

[37] Chris Arnold & Emily Feng, *Thousands of fired federal workers must be offered reinstatement, a judge rules*, NPR (Mar. 13, 2025), https://www.npr.org/2025/03/13/nx-s1-5325959/federal-employees-court-firing.

[38] Benjamin Siegel & Cheyenne Haslett, *Federal governmental paying 154,000 people not to work*, ABC News (Jul. 31, 2025), https://abcnews.go.com/Politics/federal-government-paying-154000-people-work/story?id=124249462.

[39] Eileen Sullivan, *Year Will End With 300,000 Fewer Federal Workers, Trump Official Says*, N.Y. Times (Aug. 22, 2025), https://www.nytimes.com/2025/08/22/us/politics/trump-federal-workers.html.

[40] Josh Gerstein, Carmen Paun & Hassan Ali Kanu, *Judge extends order barring mass firings of federal workers during shutdown*, Politico (Oct. 28, 2025), https://www.politico.com/news/2025/10/28/government-shutdown-federal-workers-rifs-ruling-00626042; Tony Romm, *Trump Threatens to Fire 'a Lot' of Federal Workers as Shutdown Looms*, N.Y. Times (Sept. 30, 2025), https://www.nytimes.com/2025/09/30/us/politics/trump-shutdown-layoffs.html.

[41] Raquel Coronell Uribe, *Trump says mass government layoffs will be 'Democrat-oriented'*, NBC News (Oct. 10, 2025), https://www.nbcnews.com/politics/politics-news/live-blog/trump-medical-checkup-government-shutdown-israel-gaza-live-updates-rcna235749.

A038

federal personnel claims, 5 U.S.C § 1204; the Federal Labor Relations Authority ("FLRA"), which adjudicates federal labor relations issues, 5 U.S.C §7104; and the Office of Special Counsel ("OSC"), which protects applicants and federal employees from prohibited personnel practices, 5 U.S.C § 1211. These independent agencies are dedicated to protecting the rights of federal workers. The firings have prevented these agencies from functioning as intended by Congress.[42]

### *The Trump Administration adds the "Loyalty Question" to the civil service application.*

59.     The Administration is also seeking to reshape the federal workforce in its own ideological image. On the first day of his second term, President Trump put in motion the unconstitutional plan at issue in this case. On January 20, 2025, President Trump issued an executive order instructing White House officials and the Director of OPM, within 120 days, to "develop and send to agency heads a Federal Hiring Plan that brings to the Federal workforce only highly skilled Americans dedicated to the furtherance of American ideals, values, and interests." Exec. Order No. 14170, 90 Fed. Reg. 8621 (Jan. 30, 2025). The stated purpose of EO 14170 is to "mak[e] our recruitment and hiring processes more efficient and focused on serving the Nation."

60.     On May 29, 2025, OPM and the White House responded by issuing the MHP, which instructed the heads and acting heads of all departments and agencies on new hiring

---

[42] In a recent decision, a district court held that these administrative bodies are so nonfunctioning that they cannot fulfill their statutory mission of deciding challenges to personnel actions. *See AFGE v. U.S. Office of Pers. Mgmt.*, No. 3:25-cv-01780-WHA, Dkt. No. 261 (N.D. Cal. Sept. 12, 2025). The district court order noted that the government has repeatedly argued that each of these boards are "constitutionally defective," rendering any government argument that these boards should hear personnel actions "disingenuous." *See also* Eric Katz, *Court allows Trump to fire appeals board member, which could 'trap in legal limbo' feds fighting terminations and RIFS*, Gov't Exec. (Mar. 28, 2025), https://www.govexec.com/workforce/2025/03/court-allows-trump-fire-appeals-board-member-which-could-trap-legal-limbo-feds-fighting-firings-and-rifs/404147/.

A039

requirements in the federal workforce. U.S. OFFICE OF PERSONNEL MGMT., *Merit Hiring Plan*, https://www.opm.gov/chcoc/transmittals/2025/Merit%20Hiring%20Plan%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%20FINAL.pdf (last visited Sept. 12, 2025), attached as **Exhibit A**.

61.    Among other provisions, the MHP directs that "all Federal job vacancy announcements graded as GS-05 or above ***will include*** four short, free-response essay questions." *Id.* at 9 (emphasis added). The third of these essay questions, the Loyalty Question, asks applicants to answer:

> 3. How would you help advance ***the President's Executive Orders and policy priorities*** in this role? Identify one or two relevant Executive Orders or policy initiatives ***that are significant to you***, and explain how you would ***help implement them*** if hired.

*Id.* at 9–10 (emphasis added).

62.    The MHP has clear and immediate consequences. It requires that, beginning on June 30, 2025 and continuing monthly, agencies must submit a report to OPM and OMB on the progress of the implementation of the hiring plan, which includes adding the Loyalty Question to job postings, within each agency. *Id.* at 11–12. OPM's federal dashboard tracks each agency's compliance with the MHP. *Id.* at 12.

63.    The MHP also requires that "agency leadership, or their designees, will be involved throughout the full hiring process," thereby ensuring that politically appointed agency leaders will review applications, including essay responses, and approve hiring decisions. *Id.* at 9.[43]

---

[43] A July 7, 2025, presidential memorandum clarifies that all career hires must ultimately be approved by political appointees, who must notify OPM in every instance: "hires that have been approved in writing by the executive department or independent establishment head, the executive department or independent establishment chief of staff, or an officer appointed by the President may proceed one business day after such official has transmitted a copy of such approval to OPM." Memorandum on Ensuring Accountability and Prioritizing Public Safety in Federal Hiring, 2025 Daily Comp. Pres. Doc. 753 (July 7, 2025), https://www.whitehouse.gov/presidential-actions/2025/07/ensuring-accountability-and-prioritizing-public-safety-in-federal-hiring/.

A040

*Defendants offer updated MHP Guidance, which only compounds the illegality of the Loyalty Question.*

64. On June 11, 2025, Public Employees for Environmental Responsibility ("PEER")[44] sent a letter to the Acting Special Counsel for OSC, requesting an advisory opinion on the Loyalty Question.[45] The PEER letter explained that the Loyalty Question appeared to be "blatant[ly]" illegal because it constituted a prohibited personnel practice by discriminating in hiring on the basis of political affiliation and other factors unrelated to performance, in violation of 5 U.S.C. §§ 2302(b)(1) and (b)(10), and is contrary to the merit system principles, in violation of 5 U.S.C. § 2302(b)(12). "The principal point of the civil service system," PEER wrote, "is to have a workforce insulated from political influences, which can serve presidents of different parties with different priorities equally well. The [OPM] Hiring Plan obviously undermines this foundation of a non-partisan civil service." PEER urged OSC to issue a formal advisory opinion that OPM should withdraw and rewrite the Hiring Plan to conform to the requirements and principles of the CSRA.

65. On June 30, 2025, OSC, under the leadership of an acting Special Counsel who replaced the Senate-confirmed Special Counsel fired by President Trump, responded to PEER's request, asserting that the MHP did not constitute a prohibited personnel practice under the CSRA.[46] OSC's response relied on guidance OPM issued on June 23, 2025—after PEER had submitted its letter—entitled "Additional Merit Hiring Plan Guidance on Using the Four Short

---

[44] PEER is an organization that "supports current and former public employees who seek a higher standard of environmental ethics and scientific integrity within agencies." PEER, *About PEER*, https://peer.org/about-us/.

[45] Letter from Timothy Whitehouse, PEER Executive Director, to Jamieson Greer, Acting Special Counsel (June 11, 2025), https://peer.org/wp-content/uploads/2025/06/6_11_25-OSC-Advisory-Request-Final.pdf.

[46] Letter from Charles Baldis to Timothy Whitehouse (June 30, 2025), https://osc.gov/Documents/Public%20Files/Press%20Release/OSC%20Response%20to%2006.11.2025%20PEER%20Letter.pdf.

A041

Essay Questions" ("MHP Guidance"), attached as **Exhibit B**. OSC—operating under new political leadership—wrongly claimed that this subsequent guidance resolved the legal concerns with the MHP.

66.     The MHP Guidance reaffirms that "[a]ll Federal competitive service job vacancy announcements graded at GS-05 or above *will* include" the four essay questions, though it exempts "teachers, Wage Grade employees, and seasonal workers." The guidance also purports to clarify that answers to the essay questions "are not scored or rated" and "must not be used to impose an ideological litmus test on candidates. If an applicant does not answer the questions along with their application, they will not be disqualified or screened out." This clarification is cold comfort because, of course, there are many ways in which such answers can be used against a candidate that are short of an "ideological litmus test," immediate disqualification, or screen-out, and the guidance provides no indication as to how answers will be used or scored. Moreover, and as directed by the guidance, the instructions accompanying the essay questions, which states, "we encourage you to thoughtfully address each question," suggests that the content of the response will be relevant to the applicant's job prospects.

67.     The MHP Guidance further states that "answers to the four essay questions will be reviewed only by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the manager and later to agency leadership if the candidate is recommended for selection." In other words, the administration's political appointees will be able, and indeed are required, to make final hiring decisions—after having reviewed Loyalty Question responses or non-responses. The message is clear: if applicants do not answer the question, or do not submit a response expressing political views that align with the administration, political appointees will see and review that response or non-response before making a final hiring decision.

A042

68.    Indeed, OPM's communication to agencies belies the assertion that answering the Loyalty Question is optional. In an August 14, 2025 training session led by Roseanna Ciarlante, the Director of OPM's Hiring Experience Group, Ms. Ciarlante reiterated that hiring managers and agency leaders (i.e., political appointees) will review the essay responses when "finalizing selections" stating, "[T]his is a very specific priority for this administration to have this information, prior to making a final offer to a candidate."[47] She emphasized that answers to the Loyalty Question are "additional information that we want the hiring manager to consider as part of the selection process, and for the agency leader or designee [to consider] when they're signing off."[48] Ms. Ciarlante elaborated that under the MHP, "agency leadership or their designees really sign off on any selectees. This is . . . different from how agencies have functioned in the past, but this is a very key component of the [MHP] . . . We'll be looking to monitor that—let's just put it that way."[49] This top-down directive from OPM makes clear that applicants' answers to the Loyalty Question can and must be considered by political appointees and hiring managers before extending an offer.

69.    And under the terms of the MHP and MHP Guidance, the Loyalty Question is the consummate black box. Because responses are not scored or rated, there is no mechanism to monitor how applicants' answers to these questions are factored into hiring decisions. That ambiguity insulates political appointees from accountability for unconstitutionally politicizing the career employee hiring process. There is no conceivable purpose for this question except to compel

---

[47] U.S. Office of Pers. Mgmt., *Merit Hiring Learning Series: Merit Hiring Plan Overview & Guidance*, YOUTUBE (Aug. 14, 2025), https://www.youtube.com/watch?v=b6CAij6HU5k.

[48] *Id.*

[49] *Id.* Although the MHP permits agencies to exclude certain positions from the Loyalty Question, Ms. Ciarlante "highly recommend[ed]" that agencies include a reason for this exemption in the case file because they would be asked about the exemption "on audit." *Id.*

political speech and consider political affiliation in hiring and to penalize those who do not answer or who answer in a way that is inconsistent with the Trump Administration's political agenda.

### *The Loyalty Question appears on job applications nationwide.*

70.    To date, the Loyalty Question has appeared on over 5,800 federal job postings and continues to appear on more each day. *See* "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (documenting the number of federal job vacancy postings that include the Loyalty Question).[50]

71.    There appears to be no rhyme or reason to which job listings include the Loyalty Question. As is true for every civil service position, all of the affected job postings are positions for which an applicant's views on one of the President's Executive Orders or policy initiatives are wholly irrelevant to their qualifications for the job.

72.    For example, the Loyalty Question is part of the application for an open position to become an Electrical Engineering Patent Examiner with the Department of Commerce in Arlington, VA.[51] The duties include examining patent applications and prior art to determine if inventions meet patentability standards.[52]

73.    The Loyalty Question is also included on a posting for Agricultural Commodity Graders in Gadsden, Alabama and Stuart, Iowa.[53] An Agricultural Commodity Grader is

---

[50] This Tracker does not purport to capture all federal job postings that include the Loyalty Question; this number is a floor, not a ceiling.

[51] Patent Examiner (Electrical Engineering), Patent & Trademark Office, https://apply.usastaffing.gov/ViewQuestionnaire/12752337 (last visited Oct. 3, 2025).

[52] Patent Examiner (Electrical Engineering), USA Jobs, https://www.usajobs.gov/job/839346700 (last visited Oct. 3, 2025).

[53] Agricultural Commodity Grader, Dep't of Agric., https://apply.usastaffing.gov/ViewQuestionnaire/12766304 (last visited Oct. 3, 2025).

responsible for grading poultry products and eggs, for example, by examining "product to determine adherence with contracts, such as grade, weight, packing and quantity."[54]

74.    The Loyalty Question is also included in the job listing for a Botanist in Washington, D.C. for the Animal and Plant Health Inspection Service.[55] The responsibilities of this job include identifying weed seeds, analyzing pest risk, curating herbaria, and collaborating with scientists, health regulators and others, worldwide.[56]

75.    In a recent and particularly troubling development, the Department of Education is including the Loyalty Question on job postings that are open only because of recent mandatory reductions in force (i.e., mass layoffs). In other words, after firing hundreds of Department of Education employees, the agency simply re-posted the same jobs, now with the requirement to answer the Loyalty Question.[57] In order to even attempt to recover their old jobs, civil servants must subject themselves to the Loyalty Question, regardless of their political beliefs, or remain out of work.

76.    The Loyalty Question has even appeared on applications for federal blue-collar jobs outside the GS-scale, many of which are critical to *preserving public safety*. For example, the Loyalty Question has appeared on a posting for a Department of Transportation Crane Operator in Benicia, California, a job that involves accurately and safely operating cranes with telescoping and

---

[54] Agricultural Commodity Grader, USA Jobs, https://www.usajobs.gov/job/840957400 (last visited Oct. 3, 2025).

[55] Botanist, Dep't of Agriculture, USA Jobs, https://apply.usastaffing.gov/ViewQuestionnaire/12757542 (last visited Oct. 3, 2025).

[56] Botanist, USA Jobs, https://www.usajobs.gov/job/839967400 (last visited Oct. 3, 2025).

[57] *See, e.g.*, Education Research Analyst, USA Jobs, https://www.usajobs.gov/job/844948000 (last visited Oct. 15, 2025).

lattice booms to load, unload, move and position heavy material and equipment.[58] Similarly, the Loyalty Question has appeared on postings for Power Plant Shift Operator,[59] Nuclear Materials Courier,[60] and Aircraft Mechanic.[61] And it has appeared on *over 200* job listings for wildland firefighters,[62] wildland firefighting fuel managers,[63] wildland firefighter dispatchers,[64] wildland firefighting aviation positions,[65] all of which are jobs related to preventing and addressing wildfires on federal lands. Filling these public-safety jobs, like all civil service jobs, should not depend on the applicants' political expression and affiliation.

77.     These postings are just examples of the thousands of job postings for nonpartisan, apolitical civil service jobs on which the Loyalty Question is now appearing. Attached as **Exhibit C** hereto is a list of all federal positions, including their department and pay grade, known to have included the Loyalty Question through November 4, 2025.

---

[58] Crane Operator, USA Jobs, https://www.usajobs.gov/job/840423200 (last visited Oct. 3, 2025).

[59] Power Plant Shift Operator, USA Jobs, https://www.usajobs.gov/job/847343700 (last visited Oct. 3, 2025).

[60] Nuclear Materials Courier, USA Jobs, https://www.usajobs.gov/job/846951800 (last visited Oct. 3, 2025).

[61] Aircraft Mechanic, USA Jobs, https://www.usajobs.gov/job/846559700 (last visited Oct. 3, 2025).

[62] Supervisory Wildland Firefighter – Helitack, USA Jobs, https://www.usajobs.gov/job/844014700 (last visited Oct. 3, 2025).

[63] Wildland Firefighter (Fuels Management), USA Jobs, https://www.usajobs.gov/job/844334600 (last visited Oct. 3, 2025).

[64] Forestry Technician - Dispatch GACC Logistics (Wildland Firefighter), USA Jobs, https://www.usajobs.gov/job/844014900 (last visited Oct. 3, 2025).

[65] Wildland Firefighter – Aviation (ATGS), USA Jobs, https://www.usajobs.gov/job/844042900 (last visited Oct. 3, 2025).

A046

78.     Although some of these specific positions may be filled by the time relief is granted, the injuries here are capable of repetition and indeed are being replicated and rolled out across roles in the government, as new positions with the Loyalty Question are posted daily.

79.     The use of the Loyalty Question will only increase. In September, OPM released additional MHP guidance in the form of a series of Questions and Answers, attached as **Exhibit D**. One question asked, "Do the four short essay questions [one of which is the Loyalty Question] have to be included in every job opportunity announcement?" The response: "The four short essay questions…must be used on all competitive service job opportunity announcements open to the public graded at GS-05 or above, except for job announcements for teacher, Wage Grade, and seasonal positions."

80.     Another question asked, "Are all agencies, to include small and independent agencies, covered by the Merit Hiring Plan?" The response: "Yes. All agencies, including independent agencies, are required to comply with the requirements and implementation of the Merit Hiring Plan."

81.     And yet another question asked, "How soon do the requirements of the Merit Hiring Plan . . . have to be implemented?" The response: "Agencies should begin implementing the requirements of the Merit Hiring Plan immediately and follow any guidance issued by OPM on these features. Specifically, agencies should immediately . . . [u]se the four short essay questions."

82.     OPM's September guidance affirms what is already clear: agencies must include the Loyalty Question in federal job postings—as they indeed are already doing.

83.     Moreover, the recent government lapse in appropriations has not stalled the use of the Loyalty Question. Since October 1, 2025, the date the lapse began, *over 1,900* federal job postings have gone up that include the Loyalty Question. *See* Exhibit C at 53-79. This is more

A047

federal job postings with the Loyalty Question in October 2025, after the lapse, than in August 2025, prior to the lapse. *Id.* at 8-23.

84.    In case there was any doubt that the Administration remains committed to moving full steam ahead with the Loyalty Question, the President recently confirmed this in an Executive Order. On October 20, 2025, President Trump issued *Ensuring Continued Accountability in Federal Hiring.* Exec. Order No. 14356, 90 Fed. Reg. 48387 (Oct. 20, 2025). The Executive Order directs that "[a]ny Federal hiring shall be consistent with the Merit Hiring Plan," and it directs "each agency head [to] establish a Strategic Hiring Committee to approve the creation or filling, as applicable, of each vacancy within their agency." This Committee "shall include the deputy agency head and the chief of staff to the agency head, along with such other senior officials as the agency head may designate."

85.    A few weeks later, on November 5, 2025, OMB and OPM issued guidance on this Executive Order to all agency heads, attached as **Exhibit E**. The guidance doubles down on the role of senior political leadership in agency hiring decisions. "Federal hiring must comply with the Merit Hiring Plan . . . . Agency leadership should also function as a hiring committee in the candidate selection process." *Id.* at 1 (cleaned up). The Strategic Hiring Committee—consisting of agency deputy secretaries, chiefs of staff, and other senior leadership—"must ensure that agency hiring is consistent with the national interest, agency needs, and administration priorities." *Id.* at 2. It "should not ministerially ratify or routinely defer to the recommendations of others in reviewing and approving new hires, but should instead use its independent judgment." *Id.*

86.    The directive is clear: the Loyalty Question must appear on civil service job applications, the highest levels of political leadership will review applicants' responses, and the highest levels of political leadership will independently review all hiring decisions.

***The Loyalty Question imposes unconstitutional conditions on government employment, compels speech, chills speech by deterring non-loyalists from applying, and allows agencies to exercise viewpoint discrimination to weed them out if they do.***

87.    The Loyalty Question is a thinly veiled test of an applicant's political views and allegiances. This Administration's executive orders and policy initiatives are highly politicized: among other things, they have attempted to repeal birthright citizenship, end public media funding, target lawyers who oppose or have opposed the administration, impound Congressionally appropriated funds, shut down federal agencies, eliminate collective bargaining rights for union workers, and purge the government of thousands of career employees. In asking civil service job applicants to identify some of *this President's* Executive Orders and policy initiatives that are "significant to you" and asking how the applicant will advance them, the Loyalty Question compels applicants to speak out on highly politicized issues; conform their viewpoints to what the Administration wants to hear, in order to improve employment prospects; speak their minds at the risk of retaliation; or remain silent, at the risk of missing out on job opportunities. None of those outcomes is acceptable under the U.S. Constitution. The Loyalty Question violates the First Amendment in at least four ways.

88.    First*,* the Loyalty Question improperly conditions federal employment on espousal of policy viewpoints favorable to President Trump, creating an illegal and unconstitutional system of political patronage. The First Amendment protects career civil servants from discriminatory personnel actions—including discriminatory hiring decisions—on the basis of political affiliation or political belief, and on the basis of *perceived* political affiliation and belief. The MHP advances precisely this type of prohibited discrimination: through the Loyalty Question, the MHP brings an applicant's actual or perceived political views, beliefs, and allegiances into the hiring process and allows agency heads and hiring personnel to consider these views in coming to a decision on hiring.

A049

In short, the Loyalty Question imposes an unconstitutional condition on federal employment by essentially establishing a system of political patronage.

89.    Second, the Loyalty Question compels speech. The Government may not constructively require or coerce civil service applicants to voice protected political views and beliefs. By asking applicants to explain how they would "help advance *the President's* Executive Orders" and policy initiatives and explain how these Executive Orders and policy initiatives are "*significant to you,*" the Loyalty Question compels applicants' protected speech on their political beliefs. For applicants who disagree with the administration's executive orders but reasonably feel they need to offer an answer for their application to be competitive, the Loyalty Question compels them to speak a particular message and alter the content of their speech. For those applicants who are agnostic or neutral as to partisan politics, they are still constructively required to voice support for a particular political administration's orders and agenda. And for others who simply do not wish to speak on political topics, the Loyalty Question nonetheless compels them to engage in protected speech, all in contravention of the First Amendment.

90.    Third, the Loyalty Question chills the speech of civil service applicants who would like to apply for federal positions but fear they will be disqualified or suffer adverse employment consequences if they answer the Loyalty Question in a manner consistent with their true beliefs. These civil service applicants, including Plaintiffs' members, are chilled from speaking honestly, or chilled from speaking at all because they refuse to profess support for the administration or otherwise express their political thoughts and beliefs. Other members are deterred from applying for these jobs entirely because they fear their application and current federal employment would be threatened were they to speak their mind. The results are the same: Plaintiffs' members' speech is chilled, and they are forced to forego jobs for which they are otherwise qualified.

A050

91.    Fourth, the MHP's Loyalty Question encourages and facilitates unconstitutional viewpoint discrimination. The Loyalty Question allows the Trump Administration to identify political loyalists (real or professed) and weed out candidates who disagree with the current President or are simply unwilling to state their political views, and then reward the most avid supporters with federal civil service jobs. And it provides no standard for evaluating answers, giving government officials unfettered discretion in deciding how to use an applicant's personal political beliefs to disqualify them from a position. This is necessarily a subjective judgment and will be applied arbitrarily, as managers decide whether an applicant's answer is sufficiently complimentary to the President, and the supervisors themselves work to comply with the President's demands of loyalty. That was the purpose and intent of the Loyalty Question: it is a proxy for a political viewpoint test and facilitates viewpoint discrimination.

92.    Importantly too, the Loyalty Question by its terms elicits pro-Trump responses, *regardless* of an applicant's views on the President or his policies, *regardless* of whether an applicant is a political supporter of the President, *regardless* of whether an applicant has a prior opinion or belief on the question, and *regardless* of whether an applicant wishes to express that opinion or belief when applying for a civil service position. In doing so, the Loyalty Question disadvantages and turns away not only applicants who do not support the President's agenda, but also those who simply have no opinion about the President's policies or their "significance" or who prefer not to share whatever political views they may hold.

93.    Indeed, *even if* the intent behind the Loyalty Question were unrelated to political loyalty, the Loyalty Question remains problematic and illegal because job applicants reasonably believe that their answers to the Loyalty Question will affect their hiring prospects. Otherwise, *there would be no point in including the question in a job posting.*

A051

94.    Therefore, potential job applicants, including Plaintiffs' members, who disagree with the current administration, who have no view on the administration, or who simply wish to avoid disclosing their personal political beliefs to the government, are forced to make a decision: proclaim support for President Trump's policies, or refuse to do so, submit an incomplete application, and take the risk that they will harm their employment prospects.

### *Plaintiffs' members are harmed by the Loyalty Question.*

95.    Plaintiffs' members are harmed in multiple ways by the insertion of the Loyalty Question into federal job applications.

96.    Plaintiffs' members are compelled to speak when they apply for jobs where the Loyalty Question is part of the application, because they are compelled to voice a political stance to be considered for a federal job for which they are otherwise qualified.

97.    For example, Federal Worker 1, an AFGE member who previously worked as a statistician with the Department of Education, lost her job due to a Reduction in Force earlier this year. She recently saw a job posting for a substantially identical position and applied. She felt compelled to answer the Loyalty Question because she reasonably believed that failing to do so, and submitting an incomplete application, would harm her prospects. She reviewed all 198 Executive Orders that had been issued by President Trump at the time of her application. She did not think any were relevant to the position to which she was applying, but she identified one related to charter schools and school choice that she believed she could write about in a way that the Administration would find acceptable. She does not, however, support the policy the Executive Order advances, so she felt like she could not express her full opinion about the Executive Order and had to limit her answer to only parts of the Executive Order that she could write about in a manner that was likely to curry favor.

A052

98.     Likewise, Federal Worker 4, an AFGE member who is employed in the Department of Veterans' Affairs, has been applying to new federal jobs to move closer to family. She felt compelled to answer the Loyalty Question, and thus speak on political issues, to enhance her chances of employment. She combed through Executive Orders issued by the current Administration—almost all of which she strongly opposed—until she could find one that she could at least partially express a favorable opinion toward. She feared that if she did not answer the question with a response favorable to the current Administration, she would not get a job.

99.     Plaintiffs' members are chilled from speaking and deterred from applying to federal jobs for which they are otherwise qualified and which they would like to hold.

100.    For example, Federal Worker 3 is a NAGE member who works at the Department of Veterans Affairs. Although he enjoys his job, prior to the introduction of the Loyalty Question, he had applied to many federal positions in hopes of higher pay and greater job stability. When Federal Worker 3 first saw the Loyalty Question in a job posting, he was taken aback. He believes the Loyalty Question is a violation of his free speech rights and American values, and he did not want to share his political views in a job application. The Loyalty Question deterred Federal Worker 3 from applying for several jobs he believes he was qualified for and that he otherwise would have applied for. Federal Worker 3 has continued to see the Loyalty Question appear on more federal job postings by the day. Out of desperation, he submitted an application for a position at the Department of Defense that included the Loyalty Question. He answered by stating that the question was optional, but that answer has left him feeling uneasy. By not identifying one of the President's Executive Order or policies, Federal Worker 3 believes that his lack of a response will be held against him because the government is looking for candidates who will express loyalty to President Trump.

A053

101. Federal Worker 2, a veteran and AFGE member, is currently employed at the Department of Education. She loves her job, but knows that she needs to find a new one because the Trump Administration is attempting to dismantle the Department of Education. She enjoys working for the federal government, has a great deal of experience with federal government functions, and has a strong sense of civic duty. But she has not applied to any federal government positions because she believes the Loyalty Question violates American principles—principles she fought for as a veteran—and is therefore unwilling to answer it.

102. The Loyalty Question violates the First Amendment rights of each of these individuals and similarly-situated members of Plaintiff Unions. For some, it compels their speech by effectively requiring them to disclose thoughts and beliefs on political topics and coercing them into voicing support for President Trump's political agenda. For others, it chills their speech because they cannot answer the question honestly and therefore are deterred from applying. And for all, it exposes them to viewpoint discrimination and places an unconstitutional condition on federal employment, because their professed political beliefs and loyalties are made part of the civil service hiring process.

### *The MHP is a final agency action that is arbitrary and capricious.*

103. The MHP and MHP Guidance constitute final agency action. Together they represent the culmination of decision-making by OPM and the White House Domestic Policy Council, as instructed by Executive Order 14,170. The MHP and MHP Guidance direct agencies to include the Loyalty Question on federal job applications. And that is exactly what has happened: the Loyalty Question is already on thousands of job applications and appears on more each day.

104. The MHP and MHP Guidance determine the rights and obligations of hiring agencies to add the Loyalty Question to job applications and of hiring managers and political

A054

agency leaders to assess the responses to the Loyalty Question in making hiring decisions and they are doing so.

105. The MHP and MHP Guidance also determine the employment and economic rights of federal job applicants, including Plaintiffs' members, who are forced to decide whether to answer the question, leave it blank and risk not being hired, or simply not apply to a job at all to avoid being coerced into political speech. The MHP and MHP Guidance have clear legal consequences and are currently impacting the lives, decisions, and First Amendment and statutory rights of federal job applicants, including Plaintiffs' members. In particular, the First Amendment rights of federal job applicants, including Plaintiffs' members, are violated by the mere inclusion of the Loyalty Question on applications, regardless of how the answers are ultimately used by any particular agency.

106. There is no other adequate remedy available in court that would preclude review of the MHP and MHP Guidance under the APA.

107. The Loyalty Question is arbitrary and capricious many times over, both because it is substantively unreasonable and because it is not reasonably explained.

108. First, it makes an applicant's personal political views part of the civil service hiring process. Not only is this a factor that Congress did not intend OPM to consider in the federal hiring process, but it is in fact *the opposite* of what Congress has legislated regarding federal employment and information collection generally.

109. Second, the Loyalty Question not only enables, but requires, agencies to consider information that is entirely irrelevant for civil service jobs. A civil servant's duty is to follow lawful orders, regardless of their personal political views, so a civil servant's personal views of an EO or policy initiative are categorically irrelevant. Moreover, the vast majority of federal jobs—

A055

including those on which the Loyalty Question appears—have nothing to do in practice with implementing the President's EOs or signature policy initiatives. Applicants' personal knowledge of or commitment to the President's EOs or policy initiatives simply has no bearing on the job to which they are applying.

110. Third, there is no rhyme or reason as to which job postings include the Loyalty Question. For example, on October 2, 2025, the Department of Defense posted a job opening for a GS-7 Uniform Business Technician in the Naval Medical Center in Portsmouth, Virginia, that includes the Loyalty Question. That same day, the Department of Defense posted a different job opening for a GS-13 Supervisory Customer Relationship Specialist in Seal Beach, California, *without* the Loyalty Question. This is the very definition of arbitrary—and there are hundreds of analogous examples.

111. Fourth, the MHP and MHP Guidance fail to offer a reasoned explanation—and in fact offer conflicting explanations—for the consequences to a candidate who fails to answer the Loyalty Question. On the one hand, the guidance instructs that "if an applicant does not answer the questions along with their application, they will not be disqualified or screened out." But on the other hand, applicants are told that they are "encourage[d]…to thoughtfully address each question" and that responses will be reviewed "by the hiring manager and agency leadership." Applicants—including Plaintiffs' members—reasonably feel compelled to provide responses so as to have a complete and competitive application.

112. Fifth, and relatedly, the MHP and MHP Guidance fail to offer a reasoned explanation—and again in fact offer conflicting explanations—as to how answers to the Loyalty Question will be used in the hiring process. The guidance claims that responses "will not be scored or rated." But the responses will go to agency leadership, and the MHP indeed requires agency

A056

leadership to "function as a hiring committee in the candidate selection process," to "approve the selectee's candidate packets"—including "answers to application questions"—before "offers being extended," and to "conduct a final 'executive interview' to confirm organizational fit and commitment to American ideals." So, how then will responses to the Loyalty Question be used by agency leadership? OPM never says. But the Loyalty Question must have some purpose; otherwise, why include it at all?

113.    Sixth, this lack of explanation, clarity, and transparency all but assures that applicants will be subjected to arbitrary treatment because their responses will be used differently by different agencies and even within agencies, depending on the whims of the hiring manager and political leadership.

114.    Seventh, Defendants have failed to explain the utility of the Loyalty Question in the hiring process—and no valid basis for the question exists. If it will be used as a political litmus test, it is unlawful; if it will be used for any other purpose, it is unnecessary and irrelevant. The MHP Guidance tells agencies that the Loyalty Question "must not be used to impose an ideological litmus test on candidates." But the Trump Administration has been clear about its plan to fill the civil service with loyalists and to break down the nonpartisan civil service. Plaintiffs' members understand the purpose of the Loyalty Question to be a test of political allegiance to President Trump. And if it is not, there is no evident purpose it could serve.

115.    Eighth, OPM failed to consider how the Loyalty Question violates applicants' First Amendment and privacy rights by compelling them to speak on and share their political views.

116.    Ninth, OPM failed to explain, much less justify, why it has departed from decades of prior policy and practice of *not* inquiring into applicants' personal political views in hiring for

the career federal civil service, a policy and practice of merit-based hiring on which the public—including Plaintiffs and their members—have relied.

117. Tenth, and finally, OPM failed to consider how including the Loyalty Question would harm the government's ability to attract, recruit, and retain well-qualified candidates. And, most importantly, OPM failed to consider how the Loyalty Question would harm the American public from the degradation of a professional, nonpartisan, merit-based civil service.

***The MHP and its implementation are final agency actions that are contrary to the Privacy Act.***

118. The MHP and its implementation by OPM and other agencies also violate federal privacy laws designed to protect individuals from federal agency attempts to collect personal information that is unnecessary, irrelevant, and chills First Amendment activity.

119. In particular, the Privacy Act of 1974 regulates the federal government's handling of personal information, including its collection, maintenance, use, and dissemination. *See Doe v. Chao*, 540 U.S. 614, 618 (2004). The Privacy Act ensures that personal information about individuals collected by the government, such as in federal job applications, "is limited to that which is legally authorized and necessary" and "is maintained in a manner which precludes unwarranted intrusions upon individual privacy" and "the exercise of First Amendment rights."[66]

120. As relevant here, the Privacy Act directs a covered agency to "maintain in its records *only* such information about an individual as is *relevant and necessary* to accomplish a purpose of the agency required to be accomplished by statute or by executive order of the President," 5 U.S.C. § 552a(e)(1) (emphasis added), and to "maintain *no* record describing how any individual *exercises rights guaranteed by the First Amendment* unless expressly authorized by

---

[66] OMB Guidelines, *supra* n.1; 5 U.S.C. § 552a(v).

A058

statute or by the individual about whom the record is maintained or unless pertinent to and within the scope of an authorized law enforcement activity," *id.* § 552a(e)(7) (emphasis added). These restrictions apply broadly to the government's handling of protected information, including to its collection, maintenance, use, and dissemination. *Id.* § 552a(a)(3) (defining "maintain" to "include[] maintain, collect, use, or disseminate").

121.    These restrictions apply to Defendants in their operation and use of USAJOBS, the official employment site of the federal government that connects job seekers with federal job opportunities and is a platform for the federal government's recruitment and hiring processes for all government positions.[67] USAJOBS is housed within Defendant OPM and used by federal agencies hiring for federal positions.[68] Individual job seekers also use the site, including to find and apply for federal employment opportunities containing the Loyalty Question.

122.    USAJOBS "collect[s], maintain[s] and disseminate[s] personally identifiable information about job applicants."[69] The information collected on USAJOBS is used for federal hiring processes and can also be put to other "routine uses," including "releasing information to" a wide range of federal, state, and local government agencies and actors for a variety of purposes.[70]

123.    If individuals, including Plaintiffs and their members, submit job applications through USAJOBS, those job applications and their contents become "record[s]" and part of a "system of records." 5 U.S.C. §§ 552a(a)(2), (a)(5).

---

[67] OPM, *About USAJOBS*, https://help.usajobs.gov/about (last visited Sept. 22, 2025); OPM, *Privacy Impact Assessment for USAJOBS*, USAJOBS (July 15, 2015) ("OPM PIA"), *available at* https://www.opm.gov/information-management/privacy-policy/privacy-policy/usajobs.pdf.

[68] *Id.* at 1; USA Jobs, https://www.usajobs.gov/ (last visited Oct. 6, 2025).

[69] OPM PIA, *supra* n.67, at 1.

[70] OPM, *Privacy Policy*, https://help.usajobs.gov/privacy (last visited Oct. 6, 2025).

A059

124.     The Loyalty Question seeks information about job applicants that is not "relevant and necessary" to any purpose "required" by any statute or executive order. On the contrary, as explained at length already, the Loyalty Question seeks information about job applicants that is *irrelevant* and *unnecessary* to the job in question and is *unlawful* under the First Amendment and federal law. The inclusion of the Loyalty Question in any federal civil service job posting, and the government's collection, maintenance, use, or dissemination of applicants' responses to the Loyalty Question, is contrary to § 552a(e)(1).

125.     The Loyalty Question asks job applicants to communicate their personal views and beliefs about political topics, in a written essay submitted to the government that reflects an applicant's expression and thought about core First Amendment-protected topics. The Loyalty Question and records of responses to it are not expressly authorized by statute or by the individual, nor are they related to law enforcement activity. Thus, the inclusion of the Loyalty Question in any federal civil service job posting, and the government's collection, maintenance, use, or dissemination of applicants' responses to the Loyalty Question, is contrary to § 552a(e)(7).

126.     Defendants are violating 5 U.S.C. § 552a(e)(1) and (e)(7) through several of their actions. By directing federal agencies to include the Loyalty Question in job applications and hiring processes, and therefore to collect, maintain, use, and disseminate information that the Privacy Act prohibits agencies from maintaining, OPM's MHP is final agency action that effectively directs agencies to violate the Privacy Act. Further, the inclusion of the Loyalty Question in job postings on USAJOBS, and the collection, maintenance, use, and dissemination of responses to the Loyalty Question submitted in job applications, are final agency actions by OPM and federal agencies that violate the Privacy Act.

## CLAIMS FOR RELIEF

## COUNT ONE

### Violation of the First Amendment

### (Against All Defendants)

127.    Plaintiffs repeat and incorporate by reference each of the foregoing allegations as if fully set forth herein.

128.    OPM's imposition of the Loyalty Question violates the First Amendment in a number of ways. First, it improperly conditions federal employment on espousal of political viewpoints favorable to President Trump, creating an illegal and unconstitutional system of political patronage. Second, it compels speech pertaining to President Trump's agenda by people who might disagree with this President's agenda, or simply prefer not to share their political views. Third, it chills speech critical of the President's executive orders and agenda. And, fourth, by requiring the Loyalty Question for apolitical jobs, mandating review of the answers by political appointees in the hiring agency and allowing them to utilize answers to the Loyalty Question with unfettered discretion, the MHP enables, and in fact facilitates, viewpoint discrimination.

129.    The Loyalty Question is improper to include in any and all career civil service job applications because it is not related to, much less narrowly tailored to further, any legitimate government interest. It is not related to the performance of the roles being filled, or the tasks and responsibilities of those roles; it does not assess the applicants' merit qualifications; and it does not promote efficiency or effectiveness of government service. There is no conceivable government interest—besides unconstitutional patronage goals—in asking this question.

130.    The use and implementation of the Loyalty Question, and the MHP and MHP Guidance's requirement that agencies use it, violates the First Amendment and has harmed and continues to harm Plaintiffs' members.

## COUNT TWO

### Administrative Procedure Act – Arbitrary and Capricious

### (Against All Defendants)

131.    Plaintiffs repeat and incorporate by reference each of the foregoing allegations as if fully set forth herein.

132.    Under the APA, a court shall "hold unlawful and set aside agency action . . . found to be arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A).

133.    Plaintiffs' members are subject to the legal consequences of the MHP and the Loyalty Question. Plaintiffs' members have suffered legal wrong from and have been adversely affected or aggrieved by Defendants' actions under 5 U.S.C. § 702.

134.    OPM is subject to the APA. 5 U.S.C. § 701.

135.    The United States may be named as a defendant in an action under the APA. 5 U.S.C. § 702.

136.    The MHP and MHP Guidance constitute final agency action under the APA. 5 U.S.C. § 704.

137.    The MHP and Loyalty Question are arbitrary and capricious and an abuse of discretion for a host of reasons.

A062

138.    First, the Loyalty Question inserts into federal hiring a factor—applicants' personal and political views—that Congress has directed shall not be used in federal employment and information collection.

139.    Second, the Loyalty Question not only enables, but requires, agencies to consider information that is wholly irrelevant to civil service jobs.

140.    Third, the Loyalty Question is implemented arbitrarily; there is no rhyme or reason as to which positions are posted with the Loyalty Question.

141.    Fourth, the MHP and MHP Guidance fail to offer a reasoned explanation—and in fact offer conflicting explanations—for the consequences of declining to answer the Loyalty Question.

142.    Fifth, the MHP and MHP Guidance also fail to offer a reasoned explanation—and again offer conflicting explanations—as to how the Loyalty Question will be used in hiring.

143.    Sixth, the lack of clear and consistent explanation for how the Loyalty Question will be used means applicants will be subjected to arbitrary treatment because their responses (or refusal to respond) will be used differently by different agencies and even within agencies.

144.    Seventh, Defendants have failed to explain what purpose the Loyalty Question serves in the hiring process, and no valid use of the question exists.

145.    Eighth, OPM failed to consider how the Loyalty Question violates applicants' First Amendment and privacy rights by subjecting them to a system of political patronage, compelling them to speak on and share their political views, chilling their speech, and subjecting them to viewpoint discrimination.

A063

146.    Ninth, OPM failed to explain or justify why it has departed from decades of prior policy and practice of not inquiring into applicants' personal views in hiring for the career federal service.

147.    Tenth, OPM failed to consider the adverse effect of the Loyalty Question on the government's ability to attract, recruit, and retain well-qualified candidates, and the harm caused to the American people by the loss of professional, nonpartisan, merit-based civil service.

148.    The arbitrary and capricious nature of Defendants' actions has harmed Plaintiffs and their members.

## COUNT THREE

### Administrative Procedure Act – Contrary to Constitutional Right

### (Against All Defendants)

149.    Plaintiffs repeat and incorporate by reference each of the foregoing allegations as if fully set forth herein.

150.    Under the APA, a court shall "hold unlawful and set aside agency action . . . found to be . . . contrary to constitutional right, power, privilege, or immunity." 5 U.S.C. § 706(2)(B).

151.    For the same reasons that the Loyalty Question violates the First Amendment rights of Plaintiffs' members, *supra* ¶¶ 127–130, the Loyalty Question is contrary to constitutional rights, in violation of the APA.

A064

## COUNT FOUR

**Administrative Procedure Act – Not In Accordance with Law (Privacy Act, 5 U.S.C. §§**

**552a(e)(1), (e)(7))**

**(Against All Defendants)**

152.    Plaintiffs repeat and incorporate by reference each of the foregoing allegations as if fully set forth herein.

153.    Under the APA, a court shall "hold unlawful and set aside agency action . . . found to be . . . not in accordance with law." 5 U.S.C. § 706(2)(A).

154.    The MHP and the collection, maintenance, use, and/or dissemination of job applicants' responses to the Loyalty Question by OPM and federal agencies, are each "final agency action for which there is no other adequate remedy in a court." 5 U.S.C. § 704.

155.    The Loyalty Question's inclusion in any federal civil service job posting, and the government's collection, maintenance, use, or dissemination of applicants' responses to the Loyalty Question, are contrary to 5 U.S.C. §§ 552a(e)(1) and (e)(7).

156.    Defendants' actions violate the Privacy Act and are therefore not in accordance with law in violation of the APA.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiffs request that this Court:

A.   Declare that the MHP, to the extent it directs the inclusion and use of the Loyalty Question in federal civil service hiring, and agencies' use of the Loyalty Question violates the First Amendment;

A065

B.  Declare that the MHP, to the extent it directs the inclusion and use of the Loyalty Question in federal civil service hiring, and agencies' use of the Loyalty Question violates the Administrative Procedure Act;

C.  Hold unlawful, set aside, vacate, and stay the MHP, to the extent it directs the inclusion and use of the Loyalty Question, under 5 U.S.C. §§ 705 and 706;

D.  Enter a preliminary and permanent injunction prohibiting Defendants and their officers, employees, servants, agents, appointees, and successors from implementing, requiring, or using the Loyalty Question in federal civil service employment; from relying on answers to the Loyalty Question in any manner; and from retaining the contents of applicants' answers to the Loyalty Question;

E.  Award Plaintiffs their costs, reasonable attorneys' fees, and other disbursements as appropriate for this action; and

F.   Grant any other relief this Court deems just and proper.

DATED this 6th day of November, 2025.

By:  */s/ Tsuki Hoshijima*
Tsuki Hoshijima (BBO # 693765)
Elena Goldstein* (NY Bar No. 4210456)
Webb Lyons** (D.C. Bar No. 1035458)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 991 0159
thoshijima@democracyforward.org
egoldstein@democracyforward.org
wlyons@c.democracyforward.org**
***Of Counsel*
*Counsel for Plaintiffs*

Warren A. Braunig* (CA Bar No. 243884)
Sara Fitzpatrick* (CA Bar No. 337360)
Charlotte J. Kamai* (CA Bar No. 344786)
Cara R. Meyer* (CA Bar No. 348877)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
wbraunig@keker.com
sfitzpatrick@keker.com
ckamai@keker.com
cmeyer@keker.com
*Counsel for Plaintiffs*

Ori Lev* (D.C. Bar No. 452565)
Jacek Pruski* (D.C. Bar No. 888325144)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org
jacek.pruski@protectdemocracy.org
*Counsel for Plaintiffs*

Rushab B. Sanghvi* (D.C. Bar No. 1012814)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
SanghR@afge.org
*Counsel for Plaintiff American Federation
of Government Employees, AFL-CIO (AFGE)*

Matthew S. Blumin* (D.C. Bar No. 1007008)
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO
1625 L Street NW, Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation of
State, County, and Municipal Employees,
AFL-CIO (AFSCME)*

A067

Sarah Suszczyk* (MD Bar No. 0512150240)
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

*\*pro hac vice forthcoming*

53

A068

# Exhibit A



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

The Director

# MEMORANDUM

| | |
|---|---|
| **TO:** | Heads and Acting Heads of Departments and Agencies |
| **FROM:** | Vince Haley, Assistant to the President for Domestic Policy |
| | Charles Ezell, Acting Director, U.S. Office of Personnel Management |
| **DATE**: | May 29, 2025 |
| **RE**: | Merit Hiring Plan |

---

The American people deserve a Federal workforce dedicated to American values and efficient service. Yet, Federal hiring criteria long ago abandoned any serious need for technical skills and adherence to the Constitution. Instead, the overly complex Federal hiring system overemphasized discriminatory "equity" quotas and too often resulted in the hiring of unfit, unskilled bureaucrats. The American people, who deserve a government that works for them, have suffered.

In his January 20, 2025 Executive Order 14170, *Reforming the Federal Hiring Process and Restoring Merit to Government Service* ("*Restoring Merit*") President Trump directed that "recruitment and hiring processes" become "more efficient and focused on serving the Nation" and that hiring be based on "merit, practical skill, and dedication to our Constitution." These changes will "ensure that the Federal workforce is prepared to help achieve American greatness, and attract the talent necessary to serve our citizens effectively."

President Trump directed the Assistant to the President for Domestic Policy to "develop and send to agency heads a Federal Hiring Plan that brings to the Federal workforce only highly capable Americans dedicated to the furtherance of American ideals, values, and interests." President Trump stated that this Merit Hiring Plan must achieve seven goals:

1. Prioritize recruitment of individuals committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution;

2. Prevent the hiring of individuals based on their race, sex, or religion, and prevent the hiring of individuals who are unwilling to defend the Constitution or to faithfully serve the Executive Branch;

3. Implement, to the greatest extent possible, technical and alternative assessments as

---

A070

required by the Chance to Compete Act of 2024;[1]

4. Decrease government-wide time-to-hire to under 80 days;

5. Improve communication with candidates to provide greater clarity regarding application status, timelines, and feedback, including regular updates on the progress of applications and explanations of hiring decisions where appropriate;

6. Integrate modern technology to support the recruitment and selection process, including the use of data analytics to identify trends, gaps, and opportunities in hiring, as well as leveraging digital platforms to improve candidate engagement; and

7. Ensure Department and Agency leadership, or their designees, are active participants in implementing the new processes and throughout the full hiring process.

Finally, the Merit Hiring Plan must provide specific best practices for the human resources (HR) function in each agency, which each agency head shall implement. These HR best practices are included as Appendix 1.[2]

The key elements of the following Merit Hiring Plan are:

1. Reforming the Federal recruitment process to ensure that only the most talented, capable and patriotic Americans are hired to the Federal service;

2. Implementing skills-based hiring, eliminating unnecessary degree requirements, and requiring the use of rigorous, job-related assessments to ensure candidates are selected based on their merit and competence, not their skin color or academic pedigree;

3. Streamlining and improving the job application process; and

4. Reducing time-to-hire to under 80 days by emphasizing the use of talent pools and shared certificates and streamlining the background check process.

## I.    Reforming the Federal Recruitment Process

This Merit Hiring Plan provides the process, technology, and policy tools to allow the Federal government to hire the most talented, capable, and patriotic Americans—at scale, with drastically improved cost, speed, and quality.

---

[1] Pub. L. 118-188, enacted in 2024.

[2] President Trump directed that the Merit Hiring Plan must include specific agency plans to improve the allocation of Senior Executive Service (SES) positions to best facilitate democratic leadership, as required by law, within each agency. Such plans have already been developed pursuant to several previous OPM guidance memos, most notably OPM's February 24, 2025 guidance memo *Guidance on Career Reserved SES Positions and Agency Redesignation Requests*. A new SES hiring plan and Executive Core Qualifications are being issued concurrently with this memorandum.

## A. Ending All Racial Discrimination in Federal Hiring, Recruiting, Retention and Promotion

A bedrock principle of the Merit Hiring Plan is that all Americans must be hired, recruited, and promoted in Federal jobs without regard to race, sex, color, religion, or national origin. Racial quotas and preferences in Federal hiring, recruitment and promotion "deny, discredit, and undermine the traditional American values of hard work, excellence, and individual achievement."[3] Illegal, demeaning, and immoral "diversity, equity, and inclusion" (DEI) programs in hiring, recruiting, interviewing, training, professional development, internships, fellowships, promotion, and retention must end immediately.[4]

Agencies must conduct Federal hiring, recruitment, retention, and promotion consistent with Executive Orders 14173 and 14151, the Department of Justice's implementation guidance,[5] guidance from the U.S. Office of Personnel Management (OPM),[6] and guidance from the U.S. Equal Employment Opportunity Commission (EEOC).[7] Agencies may not directly or indirectly discriminate based on race, sex, color, religion, or national origin in the design or implementation of any hiring, recruitment, retention, or promotion programs. They must ensure that all hiring, promotion, and advancement decisions are based solely on merit, qualifications and job-related criteria—not race, sex, color, religion, or national origin. An asserted interest in "diversity" or "equity" cannot justify discrimination based on race, sex, color, religion, or national origin.

To implement these requirements, agencies should take the following steps:

- Do not use statistics on race, sex, ethnicity or national origin, or the broader concept of "underrepresentation" of certain groups, in any hiring, recruiting, retention or promotion decisions, or in the design or implementation of any technical or alternative assessments;

- Cease disseminating information regarding the composition of the agency's workforce based on race, sex, color, religion, or national origin;

- End all Special Emphasis Programs and other agency initiatives in the areas of hiring, recruiting, interviewing, training, professional development, internships, fellowships, promotion, or retention that discriminate based on race, sex, color, religion, or national

---

[3] *See* Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity* (Jan. 21, 2025).

[4] Executive Order 14151, *Ending Radical and Wasteful Government DEI Programs and Preferencing* (Jan. 20, 2025).

[5] U.S. Department of Justice, *Implementation of Executive Orders 14151 and 14173: Eliminating Unlawful DEI Programs in the Federal Operations* (March 21, 2025).

[6] *See* OPM, *Further Guidance Regarding Ending DEIA Offices, Programs and Initiatives* (Feb. 5, 2025); OPM, *Initial Guidance Regarding DEIA Executive Orders* (Jan. 21, 2025).

[7] EEOC, *What You Should Know About DEI-Related Discrimination at Work* (March 19, 2025).

origin; and

- Take prompt and appropriate disciplinary action against any hiring manager or other agency employee who engages in the unlawful race preferential discrimination described in this Merit Hiring Plan.

### B. Leveraging OPM and Agency Talent Teams

The Chance to Compete Act allows agencies to establish "Talent Teams" to improve examinations, facilitate the writing of job announcements, share high-quality certificates of eligible applicants, and facilitate hiring for the competitive service using examinations. 5 U.S.C. § 3304(e).  It similarly allows OPM to establish talent teams to facilitate hiring actions across the Federal Government, provide training, create tools and guides to facilitate hiring, and develop technical assessments. *Id*. § 3304(e).

To implement the Merit Hiring Plan, OPM will stand up a Talent Team whose core mission is to drive the planning, execution, and ongoing monitoring of this Plan across all agencies. This includes a government-wide recruitment strategy to attract patriotic Americans with critical skillsets. It also includes ensuring the adoption of reforms such as skills-based assessments, pooled hiring via shared certificates within and between agencies, subject matter expert (SME) led resume and interview evaluations, and incorporating agency leadership interviews and sign-off as part of the hiring process. OPM's Talent Team will monitor success metrics related to cost per hire, speed of hire, and quality.

OPM's Talent Team will coordinate the creation of agency Talent Teams. Agency Talent Teams will be selected by each agency's leadership and Chief Human Capital Officer (CHCO) from current staff. Each Agency Talent Team will drive on-the-ground implementation of the meritocratic and efficiency driving recruitment process reforms outlined in this document.

### C.  Recruiting Patriotic Americans for Federal Service

OPM's Talent Team, working with agency Talent Teams, will launch a government-wide recruitment effort to attract "individuals committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution" to Federal service.[8] Three areas (Early Career, STEM and Veterans) are highlighted below as examples of this recruitment strategy. Additional best practices for recruitment in each of these areas are included in Appendix 1.

#### 1.  Early Career Recruitment

The Federal government struggles to recruit qualified early career talent. In addition, Federal hiring too often focuses on elite universities and credentials, instead of merit, practical skill, and commitment to American ideals. Going forward, agencies shall ensure that early career recruitment focuses on patriotic Americans who will faithfully adhere to the Constitution and the

---

[8] *Restoring Merit*, §2(b).

rule of law. OPM's Talent Team will partner with agency Talent Teams to build and maintain a strong talent pipeline of students, recent graduates and other early career talent. They will do so by targeting recruitment at state and land-grant universities, religious colleges and universities, community colleges, high schools, trade and technical schools, homeschooling groups, faith-based groups, American Legion, 4-H youth programs, and the military, veterans, and law enforcement communities. Agency Talent Teams, led by their CHCO, shall set early career hiring targets and track annual early career hires.

## 2.  STEM Recruitment

The Federal government struggles to recruit and retain top STEM talent. To improve recruitment of candidates for STEM roles, OPM's Talent Team will facilitate regular meetings with Agency Talent Teams, the Federal Chief Information Officer, the White House Office of Science & Technology Policy, cross-agency councils (e.g., Chief Information Officer Council, Chief Data Officer Council) and functional communities to drive STEM hiring across the Federal government. OPM will also update, modernize and centralize STEM position descriptions and job titles across the Federal government, including the use of functional job titles.

## 3.  Veterans' Recruitment

To improve recruitment of qualified veterans, OPM's Talent Team will own a strategic government-wide veteran recruiting roadmap, defining target occupations with agency leadership, and partnering with agency veterans' program leaders to find opportunities to match the talents of individuals exiting the military with skills in demand at agencies.

## D.  Expanding the Use of Standardized Position Descriptions, Candidate Inventories, Talent Pools, and Shared Certificates

All job announcements should use a descriptive, organizational, or functional job title that resonates with jobseekers in announcements for recruitment and when posting job announcements. Job announcements should be in plain language, using available tools to ensure understanding by job seekers outside of government. And they should accurately convey the position and skills sought by the government.

In consultation with agency talent teams, OPM's Talent Team shall write standardized position descriptions for the most common Federal occupations that tie to the 135 job series[9] and grades currently covered by USA Hire assessment batteries.[10] This will facilitate the use of validated assessments, talent pools, and shared certificates. And it will support the transition to skills-based hiring tied to assessments that accurately measure the knowledge, skills and abilities

---

[9] Appendix 4 lists the 135 job series for which USA Hire currently has validated assessments.

[10] OPM has already begun this process by centralizing hiring actions for common occupations such as Budget Analysts, HR Specialists, and IT Product Managers positions. This allows applicants to apply once for roles at many agencies and allow agencies to select qualified candidates from a single shared certificate.

required of positions.

Agency Talent Teams should expand the use of shared certificates. They should do so both within their respective agency and across the Federal government, to streamline hiring. Agencies should collaborate with OPM to identify hiring actions that will use shared certificates or lists of eligible candidates external to the agency as both the originating and receiving agency (such as pursuant to the Competitive Service Act of 2015 (5 U.S.C. §§ 3318-19) and other hiring authorities), so that OPM can assist in connecting agencies for the purposes of certificate sharing.

Working with OPM, agencies should also use of talent pools to share certificates of qualified candidates for like roles across agencies, candidate inventories to share qualified candidates within an agency or department, and resume mining to enable recruiting teams to discover leads. Doing so will reduce the time to hire. That is because hiring managers can select from pre-existing candidate pools rather than posting an announcement for each new position.

### E.  Expanding OPM Talent Analytics Capabilities and Increasing Agency Use

Agencies should use OPM's Talent Acquisition solutions (USAJOBS and USA Staffing) to improve hiring transparency, the user experience for job seekers, and Federal hiring data. This will give agencies access to a robust data and reporting capability.

OPM will also expand its data analytics capabilities. It will add dashboards, reports, and other data systems to enable agencies to track agency compliance with merit reform efforts through clear performance metrics (e.g., time to hire, assessment usage, candidate and hiring manager satisfaction, conversion rates, headcount target vs. actual).

### II.    Reforming the Candidate Ranking, Assessment and Selection Process to Emphasize Merit and Competence

### A.  Implementing Skills-Based Hiring and Eliminating Unnecessary Degree Requirements

At present, Federal hiring practices rely heavily on educational credentials, job titles, and years of experience. These metrics can overlook talented people who gained their skills through alternative pathways. Skills-based hiring shifts the focus from what applicants say on a resume to what applicants can do, demonstrated through proven, competency-based assessments.

President Trump's Executive Order 13932, *Modernizing and Reforming the Assessment and Hiring of Federal Job Candidates* (June 26, 2020), directed OPM to realign Federal hiring to a skills-based system by updating and integrating classification, qualifications and assessment practices and policy, and to remove unnecessary degree requirements. OPM will continue doing so. In addition, agencies shall revamp position descriptions so that they delineate eligibility and qualification criteria and eliminate any requirements that are not relevant (such as degree requirements).

### B.  Implementing the Final Rule, *Reinvigorating Merit-Based Hiring Through*

A075

### *Candidate Ranking in the Competitive and Excepted Service (Rule of Many)*

Implementing the proposed OPM Final Rule *Reinvigorating Merit-Based Hiring Through Candidate Ranking in the Competitive and Excepted Service (Rule of Many)* is a key foundational step in effectively implementing merit-based hiring using validated, skills-based assessments and rigorous candidate ranking. The Rule of Many enables agencies to evaluate candidates based on their relative ability, skills, and knowledge using a numerical ranking system. By certifying a pre-determined number of candidates in score order, the Federal government is returning to the core principles of merit-based hiring as existed during the era of the Civil Service Exam. This ensures that the most highly qualified candidates are certified for consideration by hiring managers, while upholding veterans' preference.

Crucially, under the Rule of Many agencies will be able to establish minimum passing scores for assessments (i.e., cut scores) to certify a sufficient number of candidates to the hiring manager.  The cut scores may be established based on the assessment used (as validated by job analysis data), based on business necessity (for efficiency), or based on a set number or percentage of eligible applicants. The flexibility to use cut scores will allow rigorous, merit-based pre-certificate ranking of candidates.

**C. Requiring Technical or Alternative Assessments in the Federal Hiring Process, and Ending Self-Assessments**

The Chance to Compete Act requires agencies to "incorporat[e] skills-based and competency-based technical assessments" into the Federal hiring process. Senate Report 118-250, 1. Specifically, agencies must "maximally adopt the use of technical assessments and phase out the use of occupational questionnaires (or self-assessments)" by 2027. *Id*.

To ensure that Federal jobs are filled based on merit and competence—not skin color or academic pedigree—every hiring process across the competitive service, or that is otherwise subject to competitive hiring processes **must** include at least one technical or alternative assessment before issuance of the certificate. Such assessments can be developed internally by the government or outsourced to private sector experts. Appendix 5 provides an overview of technical and alternative assessments that agencies can adopt.[11]

Agencies will continue to include in their job announcements which assessments they will be using for each position.  Agencies must inform applicants on how they will be assessed and identify the methodology to determine the number of applicants to be referred for selection.

Agencies are additionally strongly encouraged to use at least two assessments throughout the hiring process to ensure a multi-hurdle process that produces a rigorously ranked and validated certificate. And agencies are strongly encouraged to use a USA Hire assessment. USA Hire currently offers validated, skills-based assessments for 135 job series (65% of positions posted on

---

[11] In addition, Appendix 6 includes OPM resources for agencies to maximally adopt technical and alternative assessments.

USAJOBS).[12] One best practice is to pair an initial USA Hire assessment with a structured resume review, interview, or writing sample review to create both "screen out" and "screen in" mechanisms pre-certificate.

As part of this Merit Hiring Plan, agencies will **immediately** phase out the use of self-assessments (e.g., occupational questionnaires) for rating or ranking. Self-assessments may only be used for minimum qualification and eligibility determinations, as described in Section III. Any further use of self-assessments for ranking candidates in connection with any job vacancy, other than seasonal work or positions graded at GS-01 through GS-04, or equivalent, will require express permission from OPM with an explanation of the compelling need for the use of a self-assessment.

### D. Realigning Roles and Responsibilities in the Federal Hiring Process

#### 1. The Hiring Manager

Hiring Managers are critical to defining current and future talent needs. They should be involved with and accountable for hiring strategy to ensure the right talent is hired for the right roles. Along with agency leadership, and in partnership with agency HR professionals, Hiring Managers should have the authority to evaluate candidates and make selections. Hiring Managers should review candidate resumes as part of a structured resume review, conduct structured interviews with candidates and, along with agency leadership, have ultimate ownership of hiring decisions.

#### 2. HR Professionals

Strategic Human Capital Management has been cited by the Government Accountability Office as a governmentwide high-risk area for a quarter century. Yet little has been done to strengthen the skills of the Federal HR workforce to address these risks. There is an urgent need to upgrade the skills and capabilities of Federal HR professionals to implement President Trump's long-overdue plans to reform the Federal workforce.

To drive governmentwide change in alignment with President Trump's workforce policies and deliver high-quality Federal HR services, OPM will take a greater role in overseeing and delivering a high-quality training and development regimen for federal HR professionals. It will also lead efforts to maximally consolidate and coordinate Federal HR services and Federal HR IT platforms governmentwide to create efficiencies, enhance quality, and reduce redundancies.

#### 3. Agency Leadership

President Trump has directed that the Merit Hiring Plan "[e]nsure Department and Agency leadership, or their designees, are active participants in implementing the new processes and

---

[12] Appendix 7 provides a primer on USA Hire.

throughout the full hiring process."[13] As part of the Merit Hiring Plan, agency leadership, or their designees, will be involved throughout the full hiring process. In particular:

- Agency leadership will develop a data-driven plan at the start of the Fiscal Year, and each quarter, to ensure that new career appointment hires are in the highest-need areas.

- Agency leadership must approve the opening of new role.

- Agency leadership, or designee(s), may be involved in the candidate selection and ranking process, including by determining which assessments to use in connection with a particular role and participating in interviews, resume reviews, accomplishment record reviews, and writing sample reviews.

- Agency leadership, or designee(s), should function as a hiring committee in the candidate selection process:

  o Agency leadership, or designee(s), must approve the selectee's candidate packets (resume, answers to application questions, interview feedback, job description for role) prior to offers being extended,

  o Agency leadership, or designee(s), should conduct a final "executive interview" to confirm organizational fit and commitment to American ideals. The level of agency leader that conducts this interview depends on the level of the position being filled.

Agency leadership will also be involved at the implementation level. The Merit Hiring Plan will utilize the President's Management Council (PMC), comprised of the Deputy Secretaries or Chief Operating Officer for the 24 CFO Act agencies, to facilitate participation of agency leadership in the implementation of new processes. The Merit Hiring Plan will utilize the Small Agency Council as an engagement mechanism for non-CFO Act agencies.

III.    Improving the Job Application Process

USAJOBS will add standard language in the job opportunity announcement template emphasizing that candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.  And all job opportunity announcements will state that candidates will not be hired based on their race, sex, color, religion, or national origin.

Going forward, to implement Executive Order 14170, all Federal job vacancy announcements graded at GS-05 or above will include four short, free-response essay questions:

---

[13] In this context, "agency leadership" includes the agency's political leadership (including Department and Agency Heads, Deputy Secretaries, Assistant Secretaries, Undersecretaries, Chiefs of Staff, and Senior Advisors), its CHCO, and its Chief Operating Officer (COO).

1.  How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

2.  In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

3.  How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

4.  How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

Applicants will be required to certify that they are using their own words, and did not use a consultant or AI (such as a large language model [LLM]). To reduce the burden on candidates, the responses cannot exceed 200 words per question.

This Merit Hiring Plan will prohibit the current longform Federal resume structure. Instead, there will be a 2-page limit on resume length. This will make resume review easier and make it easier for employees to move between the private and Federal sectors.

OPM and agencies will improve applicant user experience during the job search by encouraging applicants to make their resumes searchable in their USAJOBS.gov profile. This will allow Federal hiring specialists and hiring managers to find their resumes as part of agency recruitment campaigns or staffing searches. Agencies should re-post links to their USAJOBS announcements to third-party recruitment sites such as LinkedIn, Handshake, and Indeed to reach a wider job seeker audience.

Agencies may use a short eligibility questionnaire as part of the initial job application for screening purposes only. These may include initial, job-specific questions such as requiring candidates to certify, for example, that they are U.S. citizens, are willing to carry a firearm in performance of their job duties, or hold certifications that are required to perform the role. As set forth above, agencies must require at least one technical or alternative assessment for candidate ranking.

To improve communication with candidates throughout the hiring process, OPM will require automatic generation of USAJOBS and USA Staffing notifications for applicants at key stages of the hiring process, instead of relying on agency HR professionals to send notifications. And OPM will merge USAJOBS and USA Staffing to create a more streamlined applicant experience and reduce duplication and redundant requirements.

IV.    **Reducing Time-to-Hire to 80 Days**

Executive Order 14170 directs that government-wide time-to-hire be reduced to under 80 days. This goal refers to time to initial offer, though the Merit Hiring Plan will also seek to reduce delays associated with personnel vetting requirements.

Fully implementing practices like pooled hiring and shared certificates through USAJOBS Talent Pools and Talent Programs and USA Staffing's Candidate Inventory will significantly improve the Federal hiring time average.  Implementing the Final Rule, *Reinvigorating Merit-Based Hiring Through Candidate Ranking in the Competitive and Excepted Service* (Rule of Many) will reduce hiring time significantly. It will allow agencies to better manage the number of applicants certified to the hiring manager based on business necessity.

In addition, expanding system integrations between OPM's Talent Acquisition solutions and other systems with a role in the pre-employment process will improve consistency and efficiency. These include NBIS (aka eQIP), E-Verify, USAccess, pre-employment testing providers (medical, drug, fitness) and credentialing systems.

A key factor in accelerating time to hire and strengthening the suitability and fitness of the federal workforce is streamlining and improving the personnel vetting process.  The Merit Hiring Plan requires agencies to prioritize personnel vetting reforms under the Administration's Trusted Workforce 2.0 initiative. This includes ensuring positions are properly designated and only the appropriate level of vetting is conducted. Agencies should also fully utilize available capabilities such as preliminary determinations and electronic adjudication. And agencies should enroll employees in continuous vetting, which routinely checks for post-appointment conduct that may impact their continued trustworthiness.

Agencies should seek to meet the end timeliness goals established in the Personnel Vetting Performance Management Standards—21 days for low-risk positions; 25 days for non-sensitive moderate risk, and 45 days for top secret.

Reducing governmentwide time-to-hire will require improved reciprocity of security clearances across agencies for public trust positions to reduce delays in transferring workers and to allow previously-vetted individuals to more quickly return to the workforce.  Agencies should seek to complete vetting within 3 days when reciprocity applies. When an individual departed the Federal service within three years with no known unresolved derogatory information and is returning to the same level of position or lower, agencies should similarly seek to complete vetting within 3 days.

### V.    Reports and Implementation

Beginning on June 30, 2025 and continuing on the last business day of each month, each agency CHCO, working with the agency's Talent Team, will prepare a report to update OPM and OMB on the progress of implementation within each agency. The initial report shall identify the members of the agency's Talent Team and their expected roles (including the Talent Pool Manager and Shared Certificate Coordinator), along with the agency's specific plans for recruitment in the areas of veterans, early career, and STEM. Each monthly report will also include the agency's report on:

- Its progress in eliminating DEI in hiring, recruitment, retention and promotion;

- Its progress in building recruitment programs in alignment with this Merit Hiring Plan to attract highly-skilled, patriotic Americans to join the Federal service;

- Its progress in implementing technical assessments and cut scores, including policies around the use of cut scores;

- Metrics on the agency's use of shared certificates, talent pools, and resume mining; and

- Its progress in reducing time-to-hire.

All reports shall be sent to merithiring@opm.gov and workforce@omb.eop.gov.

To ensure accountability, OPM will develop a Federal dashboard to track agency compliance with merit reform efforts. OPM's Office of Merit Systems Accountability and Compliance (MSAC) will monitor government-wide compliance with the Merit Hiring Plan, including the 80-day time-to-hire goal, and to maintain the compliance dashboard. In addition, the CHCO Council Executive Director, in consultation with MSAC and OPM's Talent Team, shall prepare a report each month on government-wide implementation of the Merit Hiring Plan. OPM's Talent Team and Office of HR Solutions will also host government-wide trainings with agencies on the use of assessments and compliance with this Merit Hiring Plan.

cc: CHCOs, Deputy CHCOs, Human Resources Directors, and Chiefs of Staff

Appendices:

1. HR Best Practices That Agencies Must Adopt
2. Primer on Custom Job Postings
3. Table of Current Federal Hiring Authorities
4. The 135 Job Series for Which USA Hire Currently Has Validated Assessments
5. Overview of Technical and Alternative Assessments
6. OPM Resources for Agencies to Maximally Adopt Technical and Alternative Assessments
7. Primer on USA Hire

**Appendix 1: HR Best Practices That Agencies Must Adopt**

I.    **Reforming the Federal Recruitment Process**

A.  **Ending All Racial Discrimination in Federal Hiring, Recruitment, Retention and Promotion**

- Do not directly or indirectly discriminate based on race, sex, color, religion, or national origin in the design or implementation of any hiring, recruitment, retention, or promotion programs.

- Ensure that all hiring, promotion, and advancement decisions are based solely on merit, qualifications and job-related criteria, not race, sex, color, religion, or national origin.

- Cease using statistics on race, sex, ethnicity or national origin, or the broader concept of "underrepresentation" of certain groups, in any hiring, recruitment, retention or promotion decisions, and in the design or implementation of any technical or alternative assessments.

- Cease developing or disseminating information regarding the composition of the agency's workforce based on race, sex, color, religion or national origin.

- End all Special Emphasis Programs and other agency initiatives in the areas of hiring, recruiting, interviewing, training, professional development, internships, fellowships, promotion, or retention that discriminate based on race, sex, color, religion, or national origin.

- Take prompt and appropriate disciplinary action against any hiring manager or other agency employee who engages in unlawful DEI-related discrimination in violation of this Merit Hiring Plan.

B.  **Leveraging OPM and Agency Talent Teams**

- Create and sustain empowered agency Talent Teams to enable strategic recruitment and innovative hiring actions, including the use of assessments, pooled hiring via shared certificates within and between agencies, subject matter expert (SME) led resume and interview evaluations, and incorporating agency leadership interviews and sign-off as part of the hiring process.

- Appoint the agency CHCO to head the agency's Talent Team.

- Ensure that the agency's Talent Team has strong buy-in from agency leadership to drive on-the-ground implementation of the reforms outlined in the Merit Hiring Plan.

- Ensure that agency Talent Teams are constructed with proven, strong performers with key functional and occupational expertise and are committed to making merit hiring reform a reality in the agency.

- Specifically designate a Talent Pool Manager and a Shared Certificate Coordinator (may be the same individual) responsible for building agency-wide familiarity with and awareness of shared certificates.

- Track agency hiring metrics and keep agency leaders and OPM's Talent Team updated on progress towards meeting the Merit Hiring Plan requirements.

## C. Recruiting Patriotic Americans for Federal Service

- In coordination with OPM's Talent Team, develop and implement a recruitment outreach program to attract individuals committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution to Federal service.

### 1. Early Career Recruitment

- Ensure that early career recruitment focuses on candidates who will faithfully adhere to the Constitution and American ideals.

- Build and maintain a strong talent pipeline of students, recent graduates and other early career talent via proactive in-person and virtual recruitment activities targeting state and land-grant universities, religious colleges and universities, community colleges, high schools, trade and technical schools, homeschooling groups, faith-based groups, American Legion,4-H youth programs, and the military, veterans, and law enforcement communities.

- Set early career talent hiring targets and track annual early career hires.

- Use the Pathways Intern Talent Program and the Recent Graduates Talent program, available as part of the USAJOBS Agency Talent Portal, which connect interns and recent graduates who meet program requirements for conversion to permanent or term employment in the civil service but are not able to be converted at their employing agency, with other federal agencies.[14]

- Leverage Pathways Program custom USAJOBS postings to support targeted recruitment of students, recent graduates, and other early career talent.[15]

---

[14] *See* OPM, *New Pathways Intern and Recent Graduate Talent Programs* (October 23, 2024).

[15] Appendix 2 contains a primer on how to use custom job postings, and Appendix 3 contains a model timeline for Early Career hiring.

- Require the integration and use of assessments in the Pathways Program hiring process to ensure strong, skills-based vetting of candidates.

- Identify occupations that are strong candidates for Federal apprenticeship programs and partner with OPM to implement.

- Use the Pathways Program to hire interns, with appropriate use of assessments to ensure high-quality candidates.

- Use the USAJOBS Talent Programs feature to identify qualified Pathways candidates and recent graduates.

- Use OPM's Internship Portal and USAJOBS Internship Portal, which provide a clearinghouse to match Federal internship opportunities with early career talent.

- Utilize hiring authorities for college graduates and post-secondary students. *See* 5 C.F.R. § 315.614; 5 C.F.R. § 316 subpart I.

### 2. STEM Recruitment

- Use pooled hiring and shared certificates when filling STEM positions.

- Tag STEM positions to ensure they are easily viewable by job seekers on USAJOBS branded search pages (i.e., tech.usajobs.gov; ai.usajobs.gov; stem.usajobs.gov) and refer to these pages in agency STEM recruitment efforts.

- Take advantage of governmentwide direct hire for technical positions.

- Use Schedule A(r) hiring authority under 5 C.F.R. § 213.3102(r) to build fellowship programs and professional/industry exchange programs that connect government employers with top private-sector talent.

- Leverage term appointment and expert/consultant hiring authorities to bring in top private sector talent on a project/term basis.

- Take advantage of hiring flexibilities under the Intergovernmental Personnel Act to obtain details of employees from Federal and non-Federal organizations, including state, local and Tribal governments, as well as non-profit organizations and educational and research institutions that meet eligibility criteria and advance the core principles stated in Executive Order 14170.[16]

- Use OPM's Federal Rotational Cyber Workforce Program.

---

[16] Appendix 3 contains a full list of available hiring authorities.

### 3.  Veterans' Recruitment

- Leverage partnerships with relevant state and local veterans' workforce programs and Veterans Service Organizations, including Hiring Our Heroes, the American Legion, Student Veterans of America, and Iraq and Afghanistan Veterans of America.

- Utilize the USAJOBS Resume Mining feature to identify and connect available veteran applicants with roles for which they may be qualified.

- Conduct outreach to veterans and military spouses and encourage them to create USAJOBS profiles with searchable resumes that can be easily leveraged by agency recruiters to generate leads for open roles.

- Maintain lists of qualified veterans and military spouses from which they can quickly make selections.

- Utilize non-competitive special hiring authorities such as Veterans Recruitment Appointment Authority, the hiring authority for 30% or more disabled veterans, the Veterans Employment Opportunities Act (VEOA), the military spouse hiring authority, and the Schedule A authority for individuals with certain disabilities.

- Use the Department of Defense – Operation Warfighter (OWF) and SkillBridge Program, the Department of Veterans Affairs – Non-paid Work Experience Program (NPWE) and Disabled Veterans in a Training Program (OJT) to help meet mission critical occupations need.

### D.  Expanding the Use of Standardized Position Descriptions, Candidate Inventories, Talent Pools, and Shared Certificates

- When posting a new position, use standardized position descriptions developed by OPM for the 135 job series and grades currently covered by USA Hire assessment batteries

- Empower hiring managers to use the full range of hiring authorities and assessment strategies available to them, particularly those that relate to critical, specialized, or hard-to-recruit skills, and that they are aware of allowable recruitment activity in accordance with merit system principles and lawful personnel practices.

- Identify positions, through the workforce planning process, including those that require critical and specialized skills, needed across multiple agencies for which recruitment actions, certificates, or lists of eligible candidates could be shared within the agency or with other agencies as part of a governmentwide pooled hiring strategy.

- Collaborate with OPM to identify hiring actions that will use shared certificates or lists of eligible candidates external to the agency as both the originating and receiving agency, and use the Talent Pools feature in the USAJOBS Agency Talent Portal to share the candidates across agencies.

- Operationalize use of talent pools to share certificates of qualified candidates for like roles across agencies, candidate inventories to share qualified candidates within an agency or department, and resume mining to enable recruiting teams to discover leads.

- Use Resume Mining on USAJOBS to reach active job-seekers for specialized needs and to identify well-qualified Interagency Career Transition Assistance Plan (ICTAP) candidates.

### H.  Expanding OPM Talent Analytics Capabilities and Increasing Agency Use

- Use OPM's Talent Acquisition solutions (USAJOBS and USA Staffing), or platforms of equivalent quality, to improve hiring transparency, the user experience for job seekers, and Federal hiring data.

- Use the USAJOBS Agency Talent Portal and USA Staffing Candidate Inventory to ensure hiring managers have innovative talent acquisition tools to access searchable resumes, talent pools, talent programs, and candidate inventories. This will allow agencies to actively cultivate talent pipelines and facilitate active recruitment through communications that encourage candidate engagement.

- Review hiring manger satisfaction surveys and other hiring metrics on a quarterly basis to drive continuous improvements to the hiring process.

## II.   Reforming the Candidate Ranking, Assessment and Selection Process

- Use any rating and ranking method allowed by law and regulation and appropriate for the given hiring action when initiating a competitive recruitment action, giving hiring managers more control in designing hiring processes relevant to their talent needs.

- Include at least one technical or alternative assessment before issuance of the certificate. Agencies are strongly encouraged to use at least two or more assessments throughout the hiring process to ensure a merit-based process that produces a rigorously ranked and validated certificate.

- Do not use self-assessment questionnaires for rating and ranking, other than seasonal work or positions graded at GS-01 through GS-04, or equivalent, unless specifically authorized by OPM due to a compelling need. Self-assessments may only be used for minimum qualification and eligibility determinations.

- Identify SMEs who can improve and support agency qualification processes (e.g., through the use of structured resume reviews, developing specialized assessments) in accordance with merit system principles and lawful personnel practices (5 U.S.C. §§ 2301-02).

- Create, update, and use skills-based and multi-hurdle assessments (to include agency-developed and off-the-shelf assessments like USA Hire) to align with leading practices.

- Allow hiring managers to allocate time within standard responsibilities for subject matter experts to participate in processes, such as supporting HR professionals in identifying and assessing technical skills and tasks for position descriptions and job announcements.

- Allow hiring managers to ask applicants to provide a short description of their technical skills or showcase their technical ability for the position as part of a structured interview.

- Train HR professionals on the end-to-end assessment process designed to provide a list of highly qualified candidates for hiring manager review, which includes conducting a job analysis and screening applicants for needed competencies. As part of conveying assessment requirements, emphasize to HR professionals the need to be familiar with the passing score assessment process under which applicants must score a passing grade to be deemed eligible for advancing to the next level of the hiring process.

- Invest in assessment measurement expertise (e.g., hiring or contracting for industrial-organizational psychologists) to train HR professionals to create and continuously update skills-based assessments in partnership with hiring managers.

- Ensure active participation in the hiring process by Department and Agency leadership.

## III. Reforming the Job Application Process

- For each job application graded GS-05 or above, include four short, free-response essay questions in all Federal job vacancy announcements:
    - How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.
    - In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes
    - How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.
    - How has a strong work ethic contributed to your professional, academic or personal achievements? Please provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

- Limit resume length to 2 pages and prohibit the present longform Federal resume.

- Use a descriptive, organizational, or functional job title in the job announcement that resonates with job seekers (referencing the official title in the body of the announcement).

- When writing a job announcement, use plain language that accurately conveys the position and skills sought by the hiring manager, is supported by analysis of the nature of the job and promotes understanding by job seekers outside of or new to government.

- Encourage and educate applicants on the advantages of opting to make their resume searchable in their USAJOBS profile, which allows Federal HR professionals and hiring managers to find their resumes as part of agency recruitment campaigns or staffing searches.

- Send timely communications to applicants about their application status. Applicants should receive notifications for each applicable stage of the hiring process, including application acceptance, determination of qualifications, issuance of certificates to the hiring manager, and selection or cancellation of announcement. Agencies should use data analytics to verify applicant notifications were sent.

- Provide clear communication to applicants and develop improved application processes that are user-friendly, accessible, transparent, efficient, and responsive to the public.

IV.    **Reducing Time-to-Hire to 80 Days**

- Use pooled and shared recruitments and certificates to the fullest extent possible to reduce redundancy and realize significant savings in the time to hire rather than posting an announcement for each new position.

- Enhance and streamline internal coordination across HR, personnel vetting, facility security, and any additional administrative functions and processes to support efficient onboarding of new hires (i.e., new Federal employees or transfers of existing Federal employees across agencies).

- Prioritize personnel vetting reforms under the Administration's Trusted Workforce 2.0 initiative. This includes ensuring positions are properly designated and only the appropriate level of vetting is conducted.

- Fully utilize available capabilities such as preliminary determinations and electronic adjudication.

- Enroll employees in continuous vetting, which routinely checks for post-appointment conduct that may impact their continued trustworthiness.

- Seek to meet the end timeliness goals established in the Personnel Vetting Performance Management Standards—21 days for low-risk positions; 25 days for non-sensitive moderate risk, and 45 days for top secret.

- Seek to complete vetting within 3 days when reciprocity applies.

- When an individual departed the Federal service within three years with no known unresolved derogatory information and is returning to the same level of position or lower, agencies should similarly seek to complete vetting within 3 days.

**Appendix 2: Primer on Custom Job Postings**

OPM issued the final rule to align the Pathways Program with the Federal Government's need for recruiting and hiring interns and recent graduates, effective June 11, 2024. It allows agencies to meet public notice requirements when filling positions by 1) posting a searchable announcement on www.usajobs.gov or 2) posting job information with a link to a USAJOBS custom job announcement on the agency's public facing career or job information web page. This allows agencies the discretion to recruit for positions in a manner that best supports and implements their agency work plans.

USAJOBS is the federal government's official career portal, connecting job seekers with federal employment opportunities across the United States and worldwide. The USAJOBS website is the starting point for job seekers seeking employment with the federal government. USAJOBS is integrated with agency Talent Acquisition Systems (TAS) where applicants complete the job application process.

**Custom Job Postings:**

USAJOBS offers Custom Job Postings to support agencies' targeted recruitment activities when they choose to not use the standard USAJOBS search experience for public notice. A Custom Job Posting is a USAJOBS announcement that may only be accessed using a unique link or URL and is not searchable on USAJOBS. After creating the custom announcement in their Talent Acquisition System (TAS), the agency receives a unique URL to the job posting and can share it with a targeted talent group or link the URL to another job board. Custom job postings are stored within USAJOBS but are not searchable on USAJOBS.

Agencies should contact their Talent Acquisition System for specific information on how to create a Custom Job Posting.

**Appendix 3: Table of Current Federal Hiring Authorities**

| Authority | Competitive Appointments | Pay Grades |
|---|---|---|
| Competitive Examining | This is the traditional method for making appointments to competitive service positions and requires adherence to Title 5 competitive examining requirements. Hiring needs are filled through the competitive examining process that is open to the public. More information is available in the https://www.opm.gov/policy-data-oversight/hiring-information/competitive-hiring/deo_handbook.pdf. 5 CFR 332, 5 CFR 337. | Up to GS-15 or equivalent and SL |
| Senior Level (SL) | Most Senior Level employees are in non-executive positions whose duties are broad and complex enough to be classified above GS-15.  SL positions in an agency not subject to the Senior Executive Service may include supervisory, managerial or executive functions.  5 CFR 319. | SL (Pay Range same as SES) |
| Scientific or Professional (ST) | Positions above the GS-15 level that involve high-level research and development in the physical, biological, medical, or engineering sciences, or a closely-related field. STs are in the competitive service but do not require competitive examining.  May not be used for an SES position. 5 CFR 319. | ST (Pay Range same as SES) |
| Term Employment | The agency can fill a term appointment for situations like project work, extraordinary workload, reorganization, or uncertainty of future funding. Term appointments are for a non-permanent need of more than one year but not more than 4 years. 5 CFR 316 Subpart C. | Up to GS-15 or equivalent and SL or ST |
| Temporary Limited Appointment | If the agency has a short-term need that is not expected to last longer than one year, it can use a temporary limited appointment. It may extend the appointment for up to a maximum of one year. 5 CFR 316 Subpart D. | Up to GS-15 or equivalent and SL or ST |
| **Authority** | **Senior Executive Service** | **Pay Grades** |
| Senior Executive Service (SES) | If the agency needs executive level staff, please visit http://www.opm.gov/ses/ for complete information on recruiting, hiring, and reassigning executives in the SES. **Types of SES Appointments:** **Career:** An individual appointed through SES merit staffing and certification of his/her executive core qualifications by an OPM administered Qualifications Review Board (QRB) or subsequently reassigned, transferred, or reinstated based on prior QRB certification and career service. **Noncareer and limited appointments:** Competitive procedures are not required to make non-career and limited appointments.     **Limited Term:** An individual appointed under a nonrenewable appointment for a     term of 3 years or less to a position of a project nature.     **Limited Emergency:** An individual appointed under a nonrenewable appointment     not to exceed 18 months to meet a bona fide, unanticipated, urgent need. **Noncareer:** An individual who is not a career appointee, a limited term appointee, or limited emergency appointee. Agencies may make SES noncareer appointments to general (not career reserved) SES positions. 5 CFR 317 | The SES Pay Range – from 120% of GS-15 step 1 to EX-III (or EX-II in an agency with a certified performance appraisal system.) |
| **Authority** | **Noncompetitive and Excepted Service Appointments** | **Pay Grades** |
| Political Appointees | Agencies may appoint individuals to positions of a confidential or policy-determining nature in the excepted service upon authorization by the OPM. 5 CFR 213 Subpart C | Up to GS-15 or equivalent and SL |
| Schedule A and B Appointments | The agency may make appointments without regard to competition when OPM has determined that competitive examining is not practical. This is most commonly used for persons with disabilities; attorneys, law clerks; positions in remote/isolated locations; internship or fellowship programs (other than Pathways Programs); SES career development programs (CDPs); and students assigned to a medical facility; physicians, surgeons, and dentists. Can apply to SL where appropriate, e.g., non-supervisory attorney positions classified above GS-15. 5 CFR 213 Subpart C. | Up to GS-15 or equivalent and SL |
| Schedule D - Student Interns | To be eligible for this work experience program, students must be enrolled and seeking a degree on a full or half-time basis at an accredited educational institution or other qualifying career or technical education program. Students who successfully complete the Intern Program may be eligible for conversion to a term or permanent position. 5 CFR 362 Subpart B | Generally, up to GS-09 |

| Schedule D - Recent Graduates | To be eligible for this developmental experience program, recent graduates must apply within two years of degree or certificate completion (except for certain eligible veterans). The Recent Graduate Program lasts for 1 year (unless the training requirements of the position warrant a longer and more structured training program). 5 CFR 362 Subpart C. | Up to GS-11; Up to GS-12 for certain positions |
|---|---|---|
| Intergovernmental Personnel Act | This program helps the agency access expertise from outside the Federal government and provide its staff with developmental opportunities. It provides for temporary assignments of personnel between the Federal government and state and local governments; colleges and universities; Indian tribal governments; Federally funded research and development centers; and other eligible organizations. More information at https://www.opm.gov/policy-data-oversight/hiring-information/intergovernment-personnel-act/. 5 CFR 334. | |
| **Authority** | **Noncompetitive and Excepted Service Appointments, *Continued*…** | **Pay Grades** |
| Temporary, not Full-time - Critical Hiring Need | When the agency just needs to get something done, it can make 30-day emergency appointments to fill a critical hiring need. An agency may extend these appointments for an additional 30 days. This authority may be used to fill senior-level (SL) positions as well as positions at lower grades. 5 CFR 213.3012(i)(2). | Up to GS-15 or equivalent and SL pay grades |
| Noncompetitive Hiring Authority for Certain Military Spouses | By marketing the agency's hiring needs to military installations, the agency can reach eligible military spouses who can be noncompetitively appointed for a temporary, term, or permanent job. Special conditions—spouses of service members who are 100 percent disabled or who were killed while on active duty—have lifetime eligibility starting from the date of the documentation verifying the service member's disability or death. Candidates must qualify for the job. 5 CFR 315.612. | Up to GS-15 or equivalent |
| Post-Secondary Students | Agencies may make a noncompetitive, time-limited appointment to a position in the competitive service for which the student is qualified. Eligible students must be enrolled or accepted for enrollment in an institution of higher education in pursuit of a baccalaureate or graduate degree on at least a part-time basis. Students who complete their degree requirements and who successfully complete their employment programs may be eligible for conversion to a permanent position. 5 CFR 316, Subpart I. | Up to GS-11 or equivalent |
| College Graduates | Agencies may appoint qualified college graduates noncompetitively to professional or administrative positions in the competitive service. An eligible college graduate must have received a baccalaureate or graduate degree from an institution of higher education and can apply for positions within two years of receiving a degree (except for certain eligible veterans). 5 CFR 315.614. | Up to GS-11 or equivalent |
| **Authority** | **Veterans' Appointments** | **Pay Grades** |
| Veterans with a 30 Percent or More Disability | This appointment authority can be used to market opportunities to veterans' organizations to leverage noncompetitive appointments leading to conversion to career or career-conditional employment of an eligible disabled veteran who has a compensable service-connected disability of 30 percent or more. Initial appointment must be a temporary appointment of more than 60 days or a term appointment. An agency may convert employee to permanent status at any time during the initial temporary or term period. 5 CFR 316 subparts C or D, 5 CFR 315.707. | Up to GS-15 or equivalent |
| Veterans Recruitment Appointment (VRA) | The agency can hire certain veterans using noncompetitive appointments leading to conversion to career or career-conditional employment. A veteran can be converted to a career-conditional appointment in the competitive service after two years of satisfactory service. 5 CFR 307. | Up to GS-11 or equivalent |
| Veterans Employment Opportunities Act of 1998 | The VEOA is a special authority that allows eligible veterans to *apply and compete* for positions announced under merit promotion procedures when the agency is recruiting from outside its own workforce. For preference eligibles or veterans with 3 years continuous active duty service. 5 CFR 335.106, 5 CFR 315.611. | Up to GS-15 or equivalent and SL |
| **Authority** | **Other Hiring Flexibilities** | **Pay Grades** |
| Direct Hire Authority | A request for direct hire authority must be submitted by the agency to OPM when there is either a severe shortage of candidates or a critical hiring need for a particular position or group of positions. More information at www.opm.gov/directhire/index.asp. 5 CFR 337 Subpart B | Up to GS-15 or equivalent |

| | | |
|---|---|---|
| **Governmentwide Direct Hire Authority** | OPM has authorized a number of Governmentwide Direct Hire Authorities that agencies may utilize to fill critical positions.  More information at https://www.opm.gov/policy-data-oversight/hiring-information/direct-hire-authority/#url=Governmentwide-Authority. | See Link for Grade Levels |
| **Delegation of Direct-Hire Appointing Authority for IT Positions** | Executive Order 13833, *Enhancing the Effectiveness of Agency Chief Information Officers*, delegates to agencies the authority to determine whether the conditions justifying direct hire authority (DHA) for Information Technology (IT) positions exists. More information at https://www.chcoc.gov/content/delegation-direct-hire-appointing-authority-it-positions. | See Link for Grade Levels |
| **Reemployment of Civilian Retirees to Meet Exceptional Employment Needs** | The agency may want to bring back recently retired experts to help with specific types of needs. Agencies may reemploy civilian retirees for emergency hiring needs; shortage due to severe recruiting difficulty; need to retain a uniquely qualified individual for a specific project; and other non-emergency, unusual circumstances. OPM approval is required for an annuity offset waiver.  5 CFR 553. | Up to GS-15 or equivalent and SES, SL or ST |
| **Merit Promotion, Reinstatement, and transfers** | The agency may be the best source of talent, or the agency may need expertise from across the Federal government or from former Federal employees. Merit promotion of permanent employees based on merit system principles is a key part of the Federal service. 5 CFR 335. Reinstating former employees or transferring employees between agencies is another viable option for hiring talent. 5 CFR 315. | Up to GS-15 or equivalent and SL |
| **Experts and Consultants** | The agency may hire experts or consultants to perform temporary or intermittent work. When using this appointment, the expert or consultant cannot perform managerial or supervisory work.  5 CFR 304 | Up to GS-15 or equivalent |

**Appendix 4: The 135 Job Series for Which USA Hire Currently Has Validated Assessments**

| Series | Title | Grades | Series | Title | Grades |
|---|---|---|---|---|---|
| 0018 | Safety & Occupational Health Management* | 5,7,9,11-13 | 0342 | Support Services Administration | 7,9,11-14 |
| 0020 | Community Planning | 11-13 | 0343 | Management & Program Analysis* □ | 5,7,9,11-15 |
| 0023 | Outdoor Recreation Planning* | 5,7,9,11-13 | 0344 | Management Clerical & Assistance | 4-9 |
| 0025 | Park Ranger* | 5,7,9,11-13 | 0346 | Logistics Management | 9,11-13 |
| 0028 | Environmental Protection Specialist | 9,11-13 | 0391 | Telecommunications* | 5,7,9,11-13 |
| 0080 | Security Administration* □ | 5,7,9,11-15 | 0399 | Administration and Office Support Trainee | 3-10 |
| 0086 | Security Clerical and Assistance | 4-9 | 0401 | General Biological Science | 7,9,11-13 |
| 0089 | Emergency Management Specialist | 9, 11-15 | 0404 | Biological Science Technician | 4-11 |
| 0090 | Guide | 4,5 | 0462 | Forestry Technician | 6-11 |
| 0099 | General Trainee | 3-10 | 0499 | Biological Science Trainee | 3-10 |
| 0101 | Social Science* | 5,7,9,11-13 | 0501 | Financial Admin. & Programs* □ | 5,7,9,11-15 |
| 0107 | Health Insurance Administration* | 9,11-15 | 0503 | Financial Clerical & Assistance | 4-9 |
| 0110 | Economist | 9,11-13 | 0510 | Accountant □ | 5,7,9,11-15 |
| 0130 | Foreign Affairs | 11-13 | 0511 | Auditor | 7,9,11-13 |
| 0150 | Geography | 11-13 | 0525 | Accounting Technician | 4-9 |
| 0170 | History | 9,11-13 | 0544 | Civilian Pay | 5-7 |
| 0180 | Psychology | 9,11-13 | 0545 | Military Pay | 4-7 |
| 0185 | Social Work | 9,11-14 | 0560 | Budget Analysis* □ | 5,7,9,11-15 |
| 0193 | Archeology | 9,11-13 | 0570 | Financial Institution Examining | 9,11-13 |
| 0199 | Social Science Trainee | 3-10 | 0599 | Financial Management Trainee | 3-10 |
| 0201 | Personnel/HR Management* □ | 5,7,9,11-15 | 0640 | Health Aid and Technician | 3-11 |
| 0203 | Personnel Clerical & Assistance □ | 3-10 | 0675 | Medical Records Technician | 4-7 |
| 0260 | Equal Employment Opportunity | 7,9,11-15 | 0679 | Medical Clerk | 3-8 |
| 0299 | Human Resources Management Trainee | 3-10 | 0685 | Public Health Program Specialist | 9,11-13 |
| 0301 | Misc. Administration & Programs* | 5,7,9,11-13 | 0699 | Medical and Health Trainee | 3-10 |
| 0303 | Miscellaneous Clerk & Assistant □ | 3-10 | 0799 | Veterinary Trainee | 3-10 |
| 0304 | Information Receptionist | 4-5 | 0801 | General Engineering | 9,11-13 |

| | | | | | |
|---|---|---|---|---|---|
| 0305 | Mail & File | 3-7 | 0802 | Engineering Technician | 5,7,9,11-13 |
| 0306 | Government Information Specialist | 7,9,11-14 | 0810 | Civil Engineering | 7,9,11-13 |
| 0308 | Records & Information Management | 9,11-14 | 0830 | Mechanical Engineering | 7,9,11-15 |
| 0318 | Secretary □ | 3-10 | 0854 | Computer Engineer | 12-15 |
| 0326 | (OA) Clerical & Assistance | 3-7 | 0855 | Electronics Engineer | 11-15 |
| 0335 | Computer Clerk & Assistance | 3-9 | 0856 | Electronics Technician | 7, 9, 11-13 |
| 0341 | Administrative Officer* | 5,7,9,11-13 | 0861 | Aerospace Engineering □ | 7,9,11-15 |
| 0899 | Engineering and Architecture Trainee | 3-10 | 1499 | Library and Archive Trainee | 3-10 |
| 0901 | General Legal and Kindred Admin* | 5,7,9,11-12 | 1515 | Operations Research | 7,9,11-15 |
| 0950 | Paralegal Specialist* | 5,7,9,11-13 | 1599 | Mathematics and Statistics Trainee | 3-10 |
| 0962 | Contact Representative □ | 3-10 | 1699 | Equipment, Facilities, and Services Trainee | 3-10 |
| 0965 | Land Law Examining* | 5,7,9,11 | 1701 | General Education and Training* | 5,7,9,11-13 |
| 0986 | Legal Assistance Series | 5-9 | 1702 | Education and Training Technician | 5-9 |
| 0991 | Workers' Compensation Claims Examining | 11-13 | 1712 | Training Instruction | 7,9,11-14 |
| 0996 | Veterans Claims Examining* | 5,7,9,11-13 | 1715 | Vocational Rehabilitation | 9,11-12 |
| 0998 | Claims Clerical | 4-7 | 1720 | Education Program | 11-12 |
| 0999 | Legal Occupations Trainee | 3-10 | 1750 | Instructional Systems | 9,11-14 |
| 1001 | General Arts & Information* | 5,7,9,11-13 | 1799 | Education Trainee | 3-10 |
| 1015 | Museum Curator | 9,11-13 | 1899 | Investigation Trainee | 3-10 |
| 1035 | Public Affairs* | 5,7,9,11-13 | 1910 | Quality Assurance Specialist* | 5,7,9,11-13 |
| 1082 | Writing and Editing | 9,11-13 | 1999 | Quality Inspection Trainee | 3-10 |
| 1083 | Technical Writing and Editing* | 5,7,9,11-13 | 2001 | General Supply | 9,11-12 |
| 1099 | Information and Arts Trainee | 3-10 | 2003 | Supply Program Management* | 5,7,9,11-13 |
| 1101 | General Business & Industry* | 5,7,9,11-13 | 2005 | Supply Clerical & Technician | 3-9 |
| 1102 | Contract Specialist* □ | 5,7,9,11-15 | 2010 | Inventory Management | 9,11-13 |
| 1103 | Industrial Property Management* | 5,7,9,11-13 | 2030 | Distribution Facilities and Storage Mgmt* | 5,7,9,11-13 |
| 1104 | Property Disposal* | 5,7,9,11-12 | 2032 | Packaging | 9,11-12 |
| 1109 | Grants Management | 7,9,11-14 | 2099 | Supply Student Trainee | 3-10 |
| 1130 | Public Utilities Specialist | 9,11-13 | 2101 | Transportation Specialist | 9,11-13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1140 | Trade Specialist | 11-13 | 2102 | Transportation Clerk & Assistance | 4-6 |
| 1150 | Industrial Specialist | 9,11-13 | 2130 | Traffic Management* | 5,7,9,11-13 |
| 1160 | Financial Analysis | 11-13 | 2150 | Transportation Operations* | 5,7,9,11-13 |
| 1165 | Loan Specialist* | 5,7,9,11-13 | 2199 | Transportation Trainee | 3-10 |
| 1170 | Realty* | 5,7,9,11-13 | 2210 | Information Technology* □ | 5,7,9,11-15 |
| 1171 | Appraising | 9,11-13 | 2299 | Information Technology Trainee | 3-10 |
| 1173 | Housing Management* | 5,7,9,11-13 |
| 1176 | Building Management* | 5,7,9,11-12 |
| 1199 | Business and Industry Trainee | 3-10 |
| 1299 | Copyright and Patent Trainee | 3-10 |
| 1301 | General Physical Science | 7,9,11-15 |
| 1311 | Physical Science Technician | 5-11 |
| 1316 | Hydrologic Technician | 6-11 |
| 1399 | Physical Science Trainee | 3-10 |
| 1412 | Technical Information Specialist* | 5,7,9,11-13 |
| 1420 | Archivist* | 5,7,9,11-13 |
| 1421 | Archive Specialist* | 5,9-12 |

NOTE: These USA Hire Standard Assessments may only be used for
non-supervisory positions. The USA Hire Federal Supervisor
Assessment should be used for supervisory positions.

* Available as an alternative to the Administrative Careers with America (ACWA) written exam and rating schedule.
□ Cut score utilized. For Additional Information:
https://help.usastaffing.gov/ResourceCenter/index.php/USA_Hire_Resource_Center

### Appendix 5: Examples of Technical and Alternative Assessments

The Chance to Compete Act of 2024 defines a "technical assessment" as a position-specific tool that allows for the demonstration of job-related skills, abilities, knowledge, and competencies; is based upon a job analysis; and does not solely include or principally rely upon a self-assessment for an automated examination. 5 U.S.C. § 3304(a)(9). The Act allows for alternative assessments if appropriate rationale for their use is provided. *Id*. at (c)(2)(B). Technical and alternative assessments can measure skills applicable to many jobs or job-specific skills such as cybersecurity, information technology, finance, or law enforcement.

Examples of technical and alternative assessments that agencies may use include:

- **Situational Judgment Test:** Measures knowledges, skills, abilities, or competencies by presenting work-related scenarios and asking applicants to evaluate various courses of action.

- **Reasoning Assessment:** Measures knowledges, skills, abilities, or competencies through questions in which candidates solve problems or determine correct conclusions from given information.

- **Job Knowledge Test:** Measures knowledges, skills, or competencies through questions or scenarios in which specific technical facts, rules, or knowledge must be applied to be successful.

- **Work Sample/Simulation:** Measures knowledges, skills, abilities, or competencies by having candidates demonstrate their proficiency in performing a sample of job requirements.

- **Structured Interview**. This can be conducted by the Hiring Manager or SME. Structured interviews may additionally involve asking applicants to showcase their technical ability for the position, which may take the following forms:

  - **Case Study Presentation**: A prompt with instructions is provided to the candidate over email some number of days before the interview. Candidates present their work on the prompt during an interview and answer questions from the interviewer(s) in a one-on-one or panel setting.

  - **Live Exercise**: Candidates are given a live challenge to complete during the interview.

- **Accomplishment Record:** Measures knowledges, skills, abilities, or competencies by asked candidates to provide written descriptions of their prior achievements or work activities.

- **Structured Resume Review:** The structured resume review can be conducted by the Hiring Manager or an SME. The structured Resume Review Tool facilitates SME

review of resumes to determine those meeting the minimum requirements for a position.

- **Structured Writing Sample Review:** This can be conducted by the Hiring Manager or an SME. This exercise should require certification that the candidate is using their own words (not a consultant or AI), and that the sample has not been edited or drafted by someone else. Agencies may consider using platforms with proctoring functionality for this exercise

## Appendix 6: OPM Resources for Agencies to
## Maximally Adopt Technical and Alternative Assessments

OPM has assessments, tools, and trainings available to help agencies transition to maximal use of technical and alternative assessments as required by EO 14170 and the Chance to Compete Act. As noted above, agencies are strongly encouraged to use USA Hire skills-based assessments to meet this requirement.

**Assessments currently available to agencies:**
- USA Hire Standard Assessments cover 135 job series and include general competencies that are specific to job series and grades. All USA Hire Standard Assessments and the Federal Supervisor Assessment (FSA) are mobile enabled. Applicants may use a wide variety of devices (smart phone, tablet, laptop, or desktop computer) to complete these assessments.
- USA Hire Specialized assessments, including:
  - Leadership assessments such as the Federal Supervisor Assessment, Supervisory Situational Judgement Test, and Executive Assessment.
  - Critical Skills assessments for writing and program/project management.
  - Specialized assessments for competencies required in the general investigation and compliance inspection job series (1801/1802 series).
- Structured Interviews (questions and scoring benchmarks) for Human Resources Specialists in 6 functional areas – benefits, classification, employee relations, information systems, labor relations, and recruitment and placement.

**Additional assessment development underway:**
- Data Skills Assessment – Expected to be available September 2025
- Structure Interviews (questions and scoring benchmarks) for IT Specialist positions – Expected to be available September 2025
- Budget and Accounting Group occupations – Pending contract award

**Trainings and Tools:**
- The Federal Hiring Assessment and Selection Outcome Dashboard examines assessment usage in competitive service hiring actions to help identify best practices across agencies and job occupations using government data and trends.
- Subject Matter Expert-Qualifications Assessment (SME-QA) – Train the trainer sessions and implementation support to agencies. Contact HX@opm.gov for more information.
- Designing an Assessment Strategy and Use of SME-Based Assessments: free, self-paced, online training available to all agencies.
  - Course 1: Designing an Assessment Strategy: Fundamental Concepts, Processes and Applications
  - Course 2: Use of Hiring Assessments: A SME-Based Approach: Fundamental Concepts, Processes and Applications
- Structured Resume Review Training - Free, self-paced, web training on implementing structured resume reviews in any agency's hiring process.
- Structured interview training validated for common general and technical competencies.

**Appendix 7: Primer on USA Hire**

OPM's USA Hire Program can help address requirements of the Chance to Compete Act of 2024 and Executive Order 14170, Reforming the Federal Hiring Process and Restoring Merit to Government Service (January 20, 2025). Both the Chance to Compete Act of 2024 and Executive Order 14170 call for reforms to the Federal hiring process that focus on merit, increasing efficiency of process and quality of hires, decreasing time to hire, and incorporating high-quality skills-based assessments. USA Hire offers a broad range of assessment capabilities including 1) centralized assessments that cut across Federal agencies and/or jobs and 2) targeted assessments designed specifically for an agency or a particular job or set of jobs.

**USA Hire Overview:**

USA Hire is an online assessment program managed by OPM to provide Federal agencies with access to high quality, skill-based assessments designed to identify top talent for Federal mission-critical and mission-support jobs. USA Hire includes off-the-shelf assessments developed for hiring across the Federal government and custom assessments designed to meet the unique needs of Federal agencies. USA Hire is a core feature within USA Staffing (OPM's Talent Acquisition System for agencies) and offers online assessments including computer adaptive tests, job simulations, and online interviews. Through USA Staffing and USA Hire, OPM ensures proper test administration, validity, and legal defensibility.

**Key Benefits of USA Hire:**
- Flexible, applicant friendly process – USA Hire assessments are administered online, proctored or unproctored.
- Added efficiency and decrease in time to hire – Agency HR professionals can easily implement USA Hire assessments to help Hiring Managers accurately assess a candidate's knowledge, skills, and abilities through professionally developed, competency-based assessments.
  - USA Hire can incorporate passing scores (and other cut scores that effectively reduce the applicant pool) for any assessments delivered on the platform. Passing scores allow for the identification of applicants who do not meet minimum requirements for success on the job.
  - Incorporating USA Hire assessments into agency hiring processes can result in decreases in the amount of time it takes to process and hire applicants and help drive higher selection rates. A smaller number of applicants are eligibwle and referred to the hiring manager and a higher number of applicants are ultimately selected in cases where USA Hire assessments are used.

**USA Hire Resources for Agencies:**
Agencies have multiple options for using USA Hire, including leveraging current access to USA Staffing, optimizing pooled hiring, and sharing certificates through the Competitive Service Act, and working directly with OPM staffing specialists to incorporate USA Hire into announcements. For additional information, please contact: USAHire@opm.gov.
USA Hire Resource Center: USA Hire Resource Center - USA_Staffing_Resource_Center
USA Hire FAQs: USA_Hire_FAQs_v3_09.06.2024.pdf

# Exhibit B

A100



# Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

U.S. Office of Personnel Management sent this bulletin at 06/23/2025 10:31 AM EDT

Share / View as a webpage



A101

# Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

Dear CHCOs, Deputy CHCOs and Human Resources Directors,

The U.S. Office of Personnel Management (OPM) Office of Workforce Policy and Innovation is providing additional guidance to agencies on the use of the four short essay questions for job seekers to support agency implementation of and compliance with the Merit Hiring Plan.  All Federal competitive service job vacancy announcements graded at GS-05 or above will include four short, free-response essay questions as provided in the Merit Hiring Plan, with the exception of announcements for teachers, Wage Grade employees, and seasonal workers.  Agencies may exempt other positions from use of the questions in their discretion, where they determine that such an exemption is appropriate for the position. While agencies are encouraged to use these questions for competitive merit promotion hiring (both internal and external), it is not a requirement.

Answers to these questions are not scored or rated.  Agencies should treat responses to these questions in the same way they would treat the submission of a cover letter. (The appropriate use of cover letters is addressed at Page 4-1 of OPM's Delegated Examining Handbook). The questions give candidates an opportunity to provide additional information about themselves, their background, and dedication to public service, but must not be used as a means of determining whether the candidate fulfills the qualifications of a position. The questions also must not be used to impose an ideological litmus test on candidates.  If an applicant does not answer the questions along with their application, they will not be disqualified or screened out.

During the hiring process, answers to the four essay questions will be reviewed only by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the manager and later to agency leadership if the candidate is recommended for selection. Hiring managers and agency leaders or designees must only use the questions in accordance with Merit System Principles, and should additionally be mindful of Prohibited Personnel Practices. OPM will provide appropriate training to hiring managers and agency leadership and designees.

Applicants should be provided with the following instructions:

> The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question.  Please provide a response of 200 words or less to each question.  You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

For instructions for adding these questions to the application process, agencies should contact their talent acquisition system account manager for support.

A102

Workforce Policy and Innovation

Do not reply to this unmonitored govDelivery send-only email address.

Stay Connected with U.S. Office of Personnel Management:

  

## Subscribe to updates from U.S. Office of Personnel Management

Email Address [                    ] e.g. name@example.com

[ Subscribe ]

## Share Bulletin



Powered by

GOVDELIVERY

Privacy Policy | Cookie Statement | Help

A103

# Exhibit C

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 838841300 | 6/13/2025 | Department of Commerce | General Attorney - Cybersecurity and Information Technology Law | 0905 - Attorney | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/838841300 |
| 839407200 | 6/24/2025 | Executive Office of the President | Physical Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/839407200 |
| 839407500 | 6/24/2025 | Executive Office of the President | Facilities Operations Specialist | 1640 - Facility Operations Services | District of Columbia, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/839407500 |
| 839346600 | 6/24/2025 | Department of Commerce | Patent Examiner (Biology) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839346600 |
| 839346700 | 6/24/2025 | Department of Commerce | Patent Examiner (Electrical Engineering) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839346700 |
| 839346800 | 6/24/2025 | Department of Commerce | Patent Examiner (Physics) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839346800 |
| 839346900 | 6/24/2025 | Department of Commerce | Patent Examiner (Mechanical Engineering) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839346900 |
| 839347000 | 6/24/2025 | Department of Commerce | Patent Examiner (Chemical Engineering) | 1224 - Patent Examining | Alexandria County, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839347000 |
| 839347100 | 6/24/2025 | Department of Commerce | Patent Examiner (Computer Science) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839347100 |
| 839347500 | 6/24/2025 | Department of Commerce | Patent Examiner (Chemistry) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839347500 |
| 839351700 | 6/24/2025 | Department of Commerce | Patent Examiner (Biomedical Engineering) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839351700 |
| 839352800 | 6/24/2025 | Department of Commerce | Patent Examiner (Computer Engineer) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839352800 |
| 839289400 | 6/25/2025 | Department of Homeland Security | Supervisory Physical Scientist | 1301 - General Physical Science | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/839289400 |
| 839583700 | 6/26/2025 | Executive Office of the President | Security Assistant | 0086 - Security Clerical and Assistance | Washington, District of Columbia | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/839583700 |
| 839467100 | 6/26/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Melrose, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/839467100 |
| 839342600 | 6/30/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Aurora, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/839342600 |
| 839468300 | 6/30/2025 | Department of Agriculture | Biologist (Computations) | 0401 - General Natural Resources Management And Bi | Fort Collins, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/839468300 |
| 839468400 | 6/30/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Cook County, Illinois | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/839468400 |
| 839468500 | 6/30/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Fort Collins, Colorado | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/839468500 |
| 839484000 | 6/30/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Birmingham, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/839484000 |
| 839491700 | 6/30/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Phoenix, Arizona | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/839491700 |
| 839515400 | 6/30/2025 | Department of Agriculture | Aviation Management Officer | 2101 - Transportation Specialist | Oklahoma City, Oklahoma | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/839515400 |
| 839537600 | 6/30/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Georgetown, Kentucky | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/839537600 |
| 839538100 | 6/30/2025 | Department of Agriculture | Biological Science Technician (Wildlife) | 0404 - Biological Science Technician | Cincinnati, Ohio | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/839538100 |
| 839643800 | 6/30/2025 | Department of Agriculture | Research Biologist | 0401 - General Natural Resources Management And Bi | Starkville, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/839643800 |
| 839705400 | 6/30/2025 | Department of Agriculture | Animal Health Technician (New World Screwworm) | 0704 - Animal Health Technician | Douglas, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/839705400 |
| 839705500 | 6/30/2025 | Department of Agriculture | Animal Health Technician | 0704 - Animal Health Technician | Douglas, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/839705500 |
| 839705600 | 6/30/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer | 0701 - Veterinary Medical Science | Douglas, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/839705600 |
| 839720400 | 6/30/2025 | Other Agencies and Independent Organizations | Branch Chief, Authorization Management Branch (AMB) | 2210 - Information Technology Management | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/839720400 |
| 839732700 | 6/30/2025 | Department of the Interior | Logistics Management Specialist (Assistant Fire Dispatch Center Manager) | 0346 - Logistics Management | Shoshone, Idaho | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/839732700 |
| 839714000 | 7/1/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Saint Louis, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/839714000 |
| 839807900 | 7/1/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Dakota City, Nebraska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/839807900 |
| 839815000 | 7/2/2025 | Department of Transportation | Ship Disposal Program Manager (Open to both U.S. Citizens and Federal Employees) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/839815000 |
| 839878600 | 7/2/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer | 0701 - Veterinary Medical Science | Fort Collins, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/839878600 |
| 839892400 | 7/2/2025 | Other Agencies and Independent Organizations | Social Worker | 0185 - Social Work | Gulfport, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/839892400 |
| 839893300 | 7/2/2025 | Other Agencies and Independent Organizations | Social Worker | 0185 - Social Work | Gulfport, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/839893300 |
| 839952300 | 7/2/2025 | Department of Justice | Correctional Treatment Specialist (Special Population Program Coordinator) | 0101 - Social Science | Estill, South Carolina | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/839952300 |
| 839962700 | 7/2/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Sheridan, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/839962700 |
| 839998300 | 7/2/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Sheridan, Oregon | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/839998300 |
| 840010300 | 7/2/2025 | Department of Justice | Physical Therapist | 0633 - Physical Therapist | Butner Federal Correctional Complex, North Carolin | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/840010300 |
| 840060500 | 7/3/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Fort Dix, New Jersey | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/840060500 |
| 840086800 | 7/3/2025 | Department of Justice | Maintenance Worker Supervisor (Maintenance Worker Foreman) | 4749 - Maintenance Mechanic | San Diego, California | WS-08 | Questionnaire with EO question | https://www.usajobs.gov/job/840086800 |
| 840091100 | 7/3/2025 | Other Agencies and Independent Organizations | COMPLIANCE INVESTIGATOR | 1801 - General Inspection, Investigation, Enforcem | Louisville, Kentucky | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/840091100 |
| 840096000 | 7/3/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - ACL) | 0101 - Social Science | Beaumont, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840096000 |
| 839672600 | 7/7/2025 | Department of Agriculture | Entomologist | 0414 - Entomology | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/839672600 |
| 839833300 | 7/7/2025 | Department of Agriculture | Supervisory Plant Protection and Quarantine Officer | 0401 - General Natural Resources Management And Bi | Honolulu, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/839833300 |
| 839967400 | 7/7/2025 | Department of Agriculture | Botanist | 0430 - Botany | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/839967400 |
| 840068600 | 7/7/2025 | Department of Agriculture | Molecular Biologist - Plant Pathology | 0401 - General Natural Resources Management And Bi | Beltsville, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/840068600 |
| 840072400 | 7/7/2025 | Department of Agriculture | Molecular Biologist - Plant Pathology | 0401 - General Natural Resources Management And Bi | Beltsville, Maryland | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/840072400 |
| 840137900 | 7/7/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Texarkana, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/840137900 |
| 840141600 | 7/7/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - RESOLVE) | 0101 - Social Science | Terre Haute, Indiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840141600 |
| 840142700 | 7/7/2025 | Department of Justice | Recreation Therapist | 0638 - Recreation/Creative Arts Therapist | Rochester, Minnesota | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/840142700 |
| 840143100 | 7/7/2025 | Department of Justice | Training Instructor (Vocational Training Instructor - Dog Trainer) | 1712 - Training Instruction | Big Spring, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/840143100 |
| 840146500 | 7/7/2025 | Department of Justice | Training Instructor (Vocational Training Instructor - Welding) | 1712 - Training Instruction | Big Spring, Texas | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/840146500 |
| 840175800 | 7/7/2025 | Department of Justice | Cook Supervisor (Cook Foreman) | 7404 - Cooking | Bruceton Mills, West Virginia | WS-08 | Questionnaire with EO question | https://www.usajobs.gov/job/840175800 |
| 840138800 | 7/8/2025 | Executive Office of the President | Logistics Assistant | 0303 - Miscellaneous Clerk and Assistant | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/840138800 |
| 840183300 | 7/8/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Santa Fe Springs, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/840183300 |
| 840196200 | 7/8/2025 | Department of Justice | Supervisory Contract Specialist | 1102 - Contracting | Arlington, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840196200 |
| 840197700 | 7/8/2025 | Department of Agriculture | Veterinary Medical Officer (Import/Export) | 0701 - Veterinary Medical Science | Fort Collins, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/840197700 |
| 840207000 | 7/8/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Cortez, Colorado | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/840207000 |
| 840218000 | 7/8/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Gregg Township, Pennsylvania | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/840218000 |
| 840240800 | 7/8/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Tucson, Arizona | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/840240800 |
| 840258900 | 7/8/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Butner Federal Correctional Complex, North Carolin | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840258900 |
| 840277300 | 7/8/2025 | Department of the Interior | Security Guard | 0085 - Security Guard | Honolulu, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/840277300 |
| 840225300 | 7/9/2025 | Department of Agriculture | Supervisory Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Tecumseh, Nebraska | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/840225300 |
| 840252200 | 7/9/2025 | Department of the Interior | Assistant Chief | 0083 - Police | Washington, District of Columbia | SP-10 | Questionnaire with EO question | https://www.usajobs.gov/job/840252200 |
| 840280400 | 7/9/2025 | Department of Justice | Equal Employment Specialist | 0260 - Equal Employment Opportunity | Arlington, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/840280400 |
| 840299300 | 7/9/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Rochester, Minnesota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840299300 |
| 840313700 | 7/9/2025 | Department of Justice | Materials Handler Supervisor (Warehouse Worker Foreman) | 6907 - Materials Handler | Yazoo City, Mississippi | WS-04 | Questionnaire with EO question | https://www.usajobs.gov/job/840313700 |

A105

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 840317800 | 7/9/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Coleman, Florida | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/840317800 |
| 840320700 | 7/9/2025 | Department of Justice | Information Receptionist | 0304 - Information Receptionist | Beaumont, Texas | GL-04 | Questionnaire with EO question | https://www.usajobs.gov/job/840320700 |
| 840327100 | 7/9/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Beaumont, Texas | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/840327100 |
| 840359700 | 7/9/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Bruceton Mills, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840359700 |
| 840360600 | 7/9/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Beaumont, Texas | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/840360600 |
| 840423200 | 7/10/2025 | Department of Transportation | Crane Operator (Open to both U.S. Citizens and Federal Employees) | 5725 - Crane Operating | Benicia, California | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840423200 |
| 840442100 | 7/10/2025 | Department of Justice | Social Worker | 0185 - Social Work | Coleman, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840442100 |
| 840450400 | 7/10/2025 | Department of Justice | Personnel Security Specialist (Security Specialist) | 0080 - Security Administration | Grand Prairie, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/840450400 |
| 840450900 | 7/10/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Monticello, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/840450900 |
| 840454900 | 7/10/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Kings, New York | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/840454900 |
| 840491000 | 7/10/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Marion, Illinois | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/840491000 |
| 840419800 | 7/10/2025 | Other Agencies and Independent Organizations | Licensed Practical Nurse | 0620 - Practical Nurse | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/840419800 |
| 840423800 | 7/10/2025 | Other Agencies and Independent Organizations | Licensed Practical Nurse | 0620 - Practical Nurse | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/840423800 |
| 839934700 | 7/11/2025 | Department of Agriculture | Animal Health Technician (Highly Pathogenic Avian Influenza Response) | 0704 - Animal Health Technician | El Segundo, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/839934700 |
| 840522800 | 7/11/2025 | Department of the Air Force | TRAINING INSTRUCTOR (AIRCRAFT MAINTENANCE) | 1712 - Training Instruction | Tinker AFB, Oklahoma | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/840522800 |
| 840537800 | 7/11/2025 | Department of Justice | Health Technician (Phlebotomist) | 0640 - Health Aid And Technician | Lompoc, California | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/840537800 |
| 840541100 | 7/11/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Lompoc, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840541100 |
| 840543400 | 7/11/2025 | Department of the Air Force | TRAINING INSTRUCTOR (AIRCRAFT MAINTENANCE) | 1712 - Training Instruction | Tinker AFB, Oklahoma | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/840543400 |
| 840548900 | 7/11/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Lompoc, California | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/840548900 |
| 840550400 | 7/11/2025 | Department of the Air Force | SUPERVISORY TRAINING INSTRUCTOR (FUELS) | 1712 - Training Instruction | Sheppard AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840550400 |
| 840562900 | 7/11/2025 | Department of Justice | Supervisory Nurse (Supervisory Clinical Nurse) | 0610 - Nurse | Coleman, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840562900 |
| 840570600 | 7/11/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Oakdale, Louisiana | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/840570600 |
| 840572600 | 7/11/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Oakdale, Louisiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/840572600 |
| 840573500 | 7/11/2025 | Other Agencies and Independent Organizations | Operations Engineer | 0840 - Nuclear Engineering | Atlanta, Georgia | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/840573500 |
| 840573700 | 7/11/2025 | Other Agencies and Independent Organizations | Senior Operations Engineer | 0840 - Nuclear Engineering | Atlanta, Georgia | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840573700 |
| 840578700 | 7/11/2025 | Department of Justice | Materials Handler Supervisor (Warehouse Worker Foreman) | 6907 - Materials Handler | Springfield, Missouri | WS-04 | Questionnaire with EO question | https://www.usajobs.gov/job/840578700 |
| 840488500 | 7/11/2025 | Department of the Treasury | Deputy Inspector General for Mission Support (Chief Financial Officer) | 0340 - Program Management | Washington, District of Columbia | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/840488500 |
| 840507000 | 7/11/2025 | Department of the Treasury | Assistant Inspector General for Audit (Security and Information Technology Services) | 0511 - Auditing | Fresno, California | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/840507000 |
| 839943700 | 7/14/2025 | Department of the Interior | Seasonal Park Ranger (Protection) | 0025 - Park Ranger | Everglades City, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/839943700 |
| 839981200 | 7/14/2025 | Department of the Interior | Seasonal Park Ranger (Protection) | 0025 - Park Ranger | Ajo, Arizona | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/839981200 |
| 839984600 | 7/14/2025 | Department of the Interior | Seasonal Park Ranger (Interpretation-Language) | 0025 - Park Ranger | Homestead, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/839984600 |
| 839987600 | 7/14/2025 | Department of the Interior | Seasonal Recreation Fee Clerk & Technician | 0503 - Financial Clerical And Assistance | Homestead, Florida | GS-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/839987600 |
| 840535900 | 7/14/2025 | Executive Office of the President | Logistics Support Specialist | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/840535900 |
| 840562700 | 7/14/2025 | Department of the Interior | Wildland Firefighter (Fuels) | 0456 - Wildland Fire Management | Columbia, North Carolina | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/840562700 |
| 840569100 | 7/14/2025 | Department of the Interior | Seasonal Park Ranger (Protection) | 0025 - Park Ranger | Lowell, Massachusetts | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/840569100 |
| 840579100 | 7/14/2025 | Department of Agriculture | Veterinary Medical Officer | 0701 - Veterinary Medical Science | Fort Collins, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840579100 |
| 840612200 | 7/14/2025 | Department of the Interior | Park Ranger (Protection) (Seasonal) | 0025 - Park Ranger | Paicines, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/840612200 |
| 840624100 | 7/14/2025 | Department of the Air Force | TRAINING INSTRUCTOR (PERSONNEL ADMINISTRATION) | 1712 - Training Instruction | Keesler AFB, Mississippi | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/840624100 |
| 840635800 | 7/14/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Atwater, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/840635800 |
| 840638600 | 7/14/2025 | Department of Justice | Religious Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Oakdale, Louisiana | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/840638600 |
| 840641000 | 7/14/2025 | Other Agencies and Independent Organizations | SENIOR RESIDENT INSPECTOR (TL) | 0840 - Nuclear Engineering | Jefferson City, Missouri | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840641000 |
| 840658000 | 7/14/2025 | Department of Justice | Respiratory Therapist | 0651 - Respiratory Therapist | Springfield, Missouri | GS-08 | Questionnaire with EO question | https://www.usajobs.gov/job/840658000 |
| 840658700 | 7/14/2025 | Department of Justice | Clinical Psychologist (Restrictive Housing Psychologist) | 0180 - Psychology | Coleman, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/840658700 |
| 840665600 | 7/14/2025 | Department of Justice | Dental Assistant - Expanded Function (Dental Assistant) | 0681 - Dental Assistant | Houston, Texas | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/840665600 |
| 840634000 | 7/15/2025 | Department of Transportation | Program Manager (Open to both U.S. Citizens and Federal Employees) | 0340 - Program Management | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/840634000 |
| 840645900 | 7/15/2025 | Department of Transportation | Marine Surveyor (Open to both U.S. Citizens and Federal Employees) | 0873 - Marine Survey Technical | Oakland, California | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/840645900 |
| 840672300 | 7/15/2025 | Department of the Interior | Maintenance Worker | 4749 - Maintenance Mechanic | Madison, Wisconsin | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/840672300 |
| 840690500 | 7/15/2025 | Other Agencies and Independent Organizations | Security Guard | 0085 - Security Guard | Gulfport, Mississippi | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/840690500 |
| 840690900 | 7/15/2025 | Other Agencies and Independent Organizations | Security Guard | 0085 - Security Guard | Gulfport, Mississippi | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/840690900 |
| 840708700 | 7/15/2025 | Department of the Navy | Maintenance Helper, Logistics - JBPHH | 4749 - Maintenance Mechanic | Pearl Harbor, Hawaii | NA-5 | Questionnaire with EO question | https://www.usajobs.gov/job/840708700 |
| 840716200 | 7/15/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Beaumont, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840716200 |
| 840717300 | 7/15/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Springfield, Missouri | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/840717300 |
| 840722300 | 7/15/2025 | Department of the Treasury | Financial Economist (RESEARCH) | 0110 - Economist | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/840722300 |
| 840739100 | 7/15/2025 | Department of the Treasury | Support Service Supervisor (Logistical Support Branch Head) | 0342 - Support Services Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840739100 |
| 840748200 | 7/15/2025 | Other Agencies and Independent Organizations | Nuclear Systems Engineer/Scientist (HOO/HERO) | 0801 - General Engineering | Rockville, Maryland | GG-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/840748200 |
| 840783800 | 7/15/2025 | Department of Justice | Human Resources Officer (Human Resource Manager) | 0201 - Human Resources Management | Loretto, Pennsylvania | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/840783800 |
| 840624900 | 7/15/2025 | Department of Agriculture | Protection Agent (Executive Protection Agent) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/840624900 |
| 840696200 | 7/16/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Fort Morgan, Colorado | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/840696200 |
| 840765600 | 7/16/2025 | Department of Transportation | Ship Operations and Maintenance Officer (Open to both U.S. Citizens and Federal Employees) | 0301 - Miscellaneous Administration And Program | Beaumont, Texas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/840765600 |
| 840817000 | 7/16/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Elkton, Ohio | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/840817000 |
| 840823700 | 7/16/2025 | Department of Agriculture | Grants Management Specialist (DETAIL/TEMP PROMOTION NTE 1 YEAR) | 1109 - Grants Management | District of Columbia, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840823700 |
| 840825600 | 7/16/2025 | Department of Agriculture | Grants Management Specialist (DETAIL/TEMP PROMOTION NTE 1 YEAR) | 1109 - Grants Management | District of Columbia, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/840825600 |
| 840875000 | 7/16/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Prince George, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840875000 |
| 840882500 | 7/16/2025 | Department of the Air Force | JOINT INTERFACE AND NETWORK OPERATIONS SPECIALIST | 0301 - Miscellaneous Administration And Program | McGuire AFB, New Jersey | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/840882500 |
| 840891600 | 7/16/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Terre Haute, Indiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/840891600 |
| 841167400 | 7/16/2025 | Department of the Air Force | FREIGHT RATE SPECIALIST | 2131 - Freight Rate | McGuire AFB, New Jersey | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/841167400 |
| 840737800 | 7/16/2025 | Other Agencies and Independent Organizations | Chief Resident Services | 0301 - Miscellaneous Administration And Program | Gulfport, Mississippi | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840737800 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 840737900 | 7/16/2025 | Other Agencies and Independent Organizations | Chief Resident Services | 0301 - Miscellaneous Administration And Program | Gulfport, Mississippi | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840737900 |
| 841126200 | 7/16/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841126200 |
| 840829000 | 7/17/2025 | Department of Health and Human Services | Personnel Security Specialist (ADJ) | 0080 - Security Administration | Montgomery County, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/840829000 |
| 840829100 | 7/17/2025 | Department of Health and Human Services | Personnel Security Specialist (ADJ) | 0080 - Security Administration | Montgomery County, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/840829100 |
| 840864600 | 7/17/2025 | Department of Transportation | Deputy Program Manager (Open to both U.S. Citizens and Federal Employees) | 0340 - Program Management | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/840864600 |
| 840938900 | 7/17/2025 | Department of Justice | Information Technology Specialist (Computer Specialist) | 2210 - Information Technology Management | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/840938900 |
| 840950300 | 7/17/2025 | Department of the Air Force | OPERATIONAL TEST AND EVALUATION PROGRAM MANAGER | 0301 - Miscellaneous Administration And Program | McGuire AFB, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/840950300 |
| 840958200 | 7/17/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Bastrop, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/840958200 |
| 840967900 | 7/17/2025 | Department of the Air Force | AIR OPERATIONS SPECIALIST | 2150 - Transportation Operations | McChord AFB, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/840967900 |
| 840977400 | 7/17/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Travis AFB, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/840977400 |
| 840985600 | 7/17/2025 | Department of the Air Force | DIRECTOR OF STAFF | 0301 - Miscellaneous Administration And Program | Greater Pittsburgh Airport, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/840985600 |
| 840992500 | 7/17/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/840992500 |
| 840998700 | 7/17/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Miami, Florida | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/840998700 |
| 841001200 | 7/17/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist - Spanish) | 0101 - Social Science | Miami, Florida | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841001200 |
| 841002700 | 7/17/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | Bastrop, Texas | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841002700 |
| 841013300 | 7/17/2025 | Department of Justice | Health System Administrator (Health Services Administrator) | 0670 - Health System Administration | Ray Brook, New York | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841013300 |
| 841017500 | 7/17/2025 | Department of the Interior | Wildland Firefighter (Wildland Fire Module) - Direct Hire Authority | 0456 - Wildland Fire Management | Marblemount, Washington | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841017500 |
| 841023100 | 7/17/2025 | Department of the Air Force | HOST AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | March AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841023100 |
| 841028300 | 7/17/2025 | Department of the Air Force | AIRPLANE FLIGHT INSTRUCTOR (PROGRAM ANALYST) | 2181 - Aircraft Operation | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841028300 |
| 840880800 | 7/17/2025 | Department of the Interior | Private (Police Officer) | 0083 - Police | San Francisco, California | SP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/840880800 |
| 840856700 | 7/17/2025 | Department of the Interior | Wildland Firefighter (Helicopter Squad Leader) (Direct Hire Authority) | 0456 - Wildland Fire Management | Homestead, Florida | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/840856700 |
| 840991500 | 7/18/2025 | Other Agencies and Independent Organizations | Performance Improvement Integrator | 0301 - Miscellaneous Administration And Program | Gulfport, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/840991500 |
| 840992300 | 7/18/2025 | Other Agencies and Independent Organizations | Performance Improvement Integrator | 0301 - Miscellaneous Administration And Program | Gulfport, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/840992300 |
| 841053900 | 7/18/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Manchester, Kentucky | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/841053900 |
| 841061200 | 7/18/2025 | Department of the Air Force | FREIGHT RATE SPECIALIST | 2131 - Freight Rate | Travis AFB, California | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/841061200 |
| 841061600 | 7/18/2025 | Department of Justice | Correctional Treatment Specialist (Special Population Program Coordinator) | 0101 - Social Science | Duluth, Minnesota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841061600 |
| 841063000 | 7/18/2025 | Department of the Air Force | AIRFIELD MANAGER | 2150 - Transportation Operations | March AFB, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841063000 |
| 841065900 | 7/18/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Duluth, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841065900 |
| 841067200 | 7/18/2025 | Department of the Air Force | MISSION INTEGRATION SPECIALIST | 0301 - Miscellaneous Administration And Program | Fort Bliss, Texas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841067200 |
| 841071200 | 7/18/2025 | Department of the Air Force | COMMAND STAFF OFFICER | 0301 - Miscellaneous Administration And Program | Dobbins AFB, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841071200 |
| 841079900 | 7/18/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Challenge) | 0180 - Psychology | Beaumont, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841079900 |
| 841080400 | 7/18/2025 | Department of the Air Force | COUNTER NARCOTICS PLANNING SPECIALIST | 0301 - Miscellaneous Administration And Program | Peterson AFB, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841080400 |
| 841083400 | 7/18/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841083400 |
| 841084300 | 7/18/2025 | Department of the Air Force | SUPERVISORY PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841084300 |
| 841086900 | 7/18/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Duluth, Minnesota | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/841086900 |
| 841091000 | 7/18/2025 | Department of the Air Force | INSPECTIONS SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Goodfellow AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841091000 |
| 841094500 | 7/18/2025 | Department of Justice | Medical Supply Technician (Central Processing Technician) | 0622 - Medical Supply Aide And Technician | Butner Federal Correctional Complex, North Carolin | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/841094500 |
| 841096400 | 7/18/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | McGuire AFB, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841096400 |
| 841107800 | 7/18/2025 | Other Agencies and Independent Organizations | Security Guard | 0085 - Security Guard | Washington, District of Columbia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841107800 |
| 841108400 | 7/18/2025 | Other Agencies and Independent Organizations | Security Guard | 0085 - Security Guard | Washington, District of Columbia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841108400 |
| 841119500 | 7/18/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Tallahassee, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841119500 |
| 841121200 | 7/18/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Fort Worth, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841121200 |
| 841122300 | 7/18/2025 | Department of Transportation | TRANSPORTATION ASSISTANT (QUALITY ASSURANCE) | 2102 - Transportation Clerk And Assistant | McGuire AFB, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841122300 |
| 841135900 | 7/18/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Duluth, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841135900 |
| 841139000 | 7/18/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Bastrop, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841139000 |
| 841145700 | 7/18/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Tucson, Arizona | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841145700 |
| 841061100 | 7/18/2025 | Department of Justice | Food Services Specialist (Assistant Food Service Administrator) | 1667 - Food Services | Oakdale, Louisiana | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841061100 |
| 840957400 | 7/21/2025 | Department of Agriculture | Agricultural Commodity Grader | 1980 - Agricultural Commodity Grading | Stuart, Iowa | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/840957400 |
| 840957700 | 7/21/2025 | Department of Agriculture | Agricultural Commodity Grader | 1980 - Agricultural Commodity Grading | Gadsden, Alabama | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/840957700 |
| 841045100 | 7/21/2025 | Department of the Interior | Seasonal Museum Technician (General) | 1016 - Museum Specialist And Technician | Sainte Genevieve, Missouri | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841045100 |
| 841046500 | 7/21/2025 | Department of the Interior | Seasonal Museum Technician (General) | 1016 - Museum Specialist And Technician | Van Buren, Missouri | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841046500 |
| 841046900 | 7/21/2025 | Department of the Interior | Seasonal Administrative Support Assistant (OA) | 0303 - Miscellaneous Clerk And Assistant | Empire, Michigan | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841046900 |
| 841070400 | 7/21/2025 | Department of Agriculture | Agricultural Market Reporter | 1147 - Agricultural Market Reporting | Atlanta, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841070400 |
| 841091800 | 7/21/2025 | Department of Agriculture | Biological Science Laboratory Technician (Highly Pathogenic Avian Influenza) | 0404 - Biological Science Technician | Ames, Iowa | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841091800 |
| 841111200 | 7/21/2025 | Department of the Interior | Seasonal Motor Vehicle Operator | 5703 - Motor Vehicle Operating | Munising, Michigan | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841111200 |
| 841126700 | 7/21/2025 | Department of the Air Force | TRAINING INSTRUCTOR (AIR WEAPONS CONTROL) | 1712 - Training Instruction | Luke AFB, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841126700 |
| 841127400 | 7/21/2025 | Department of the Air Force | SUPV LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Laughlin AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841127400 |
| 841133100 | 7/21/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841133100 |
| 841138500 | 7/21/2025 | Department of the Air Force | SUPERVISORY AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | March AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841138500 |
| 841163600 | 7/21/2025 | Department of the Air Force | SUPERVISORY TRAINING INSTRUCTOR (AIRCRAFT MAINTENANCE) | 1712 - Training Instruction | Sheppard AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841163600 |
| 841236300 | 7/21/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Yokota Air Base, Japan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841236300 |
| 841316000 | 7/21/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841316000 |
| 841137000 | 7/21/2025 | Department of the Interior | Park Manager - Superintendent | 0025 - Park Ranger | Del Rio, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841137000 |
| 841138600 | 7/21/2025 | Department of the Interior | Seasonal Park Ranger (Interpretation) | 0025 - Park Ranger | Homestead, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841138600 |
| 841138800 | 7/21/2025 | Department of the Interior | Park Manager - Park Superintendent | 0025 - Park Ranger | Fort Smith, Montana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841138800 |
| 841139600 | 7/21/2025 | Department of the Interior | Park Manager | 0025 - Park Ranger | Hereford, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841139600 |
| 841247900 | 7/21/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Bastrop, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841247900 |
| 841252200 | 7/21/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" Resolve) | 0180 - Psychology | Greenville, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841252200 |
| 841252500 | 7/21/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator-Challenge) | 0180 - Psychology | Pollock, Louisiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841252500 |
| 841134100 | 7/21/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841134100 |

3317242

A107

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 841199400 | 7/21/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Butner Federal Correctional Complex, North Carolin | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/841199400 |
| 841167100 | 7/21/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Chicago, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841167100 |
| 841173000 | 7/21/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Aliceville, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841173000 |
| 841179000 | 7/21/2025 | Department of Justice | Dentist (Chief Dental Officer) | 0680 - Dental Officer | Duluth, Minnesota | GP-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841179000 |
| 841243200 | 7/21/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Duluth, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841243200 |
| 841225000 | 7/21/2025 | Department of the Air Force | SUPERVISORY FREIGHT RATE SPECIALIST | 2131 - Freight Rate | McGuire AFB, New Jersey | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/841225000 |
| 841138100 | 7/21/2025 | Department of the Interior | Seasonal Laborer (Motor Vehicle Operating) | 3502 - Laboring | Springfield, Illinois | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841138100 |
| 841112500 | 7/21/2025 | Department of the Interior | Seasonal Custodial Worker | 3566 - Custodial Working | Strong City, Kansas | WG-2 | Questionnaire with EO question | https://www.usajobs.gov/job/841112500 |
| 840782100 | 7/21/2025 | Department of the Interior | Seasonal Maintenance Mechanic | 4749 - Maintenance Mechanic | Keystone, South Dakota | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/840782100 |
| 841139700 | 7/21/2025 | Department of the Interior | Seasonal Tractor Operator | 5705 - Tractor Operating | Hot Springs, Arkansas | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841139700 |
| 841187300 | 7/22/2025 | Department of the Interior | Seasonal Motor Vehicle Operator | 5703 - Motor Vehicle Operating | Brecksville, Ohio | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841187300 |
| 841188400 | 7/22/2025 | Department of the Interior | Seasonal Custodial Worker (Motor Vehicle Operating) | 3566 - Custodial Working | Brecksville, Ohio | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/841188400 |
| 841196800 | 7/22/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Gordon, Nebraska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841196800 |
| 841219000 | 7/22/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Burbank, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841219000 |
| 841220600 | 7/22/2025 | Department of Agriculture | Agricultural Commodity Grader (Dairy) | 1980 - Agricultural Commodity Grading | Minneapolis, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841220600 |
| 841221100 | 7/22/2025 | Department of Agriculture | Agricultural Commodity Grader (Dairy) | 1980 - Agricultural Commodity Grading | Carlisle, Pennsylvania | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841221100 |
| 841303700 | 7/22/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Laughlin AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841303700 |
| 841312700 | 7/22/2025 | Department of the Air Force | SUPERVISORY AIR OPERATIONS SPECIALIST | 2150 - Transportation Operations | Travis AFB, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841312700 |
| 841331400 | 7/22/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Patrick AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841331400 |
| 841353200 | 7/22/2025 | Department of the Air Force | EQUIPMENT SPECIALIST (AIRFRAME) | 1670 - Equipment Services | McGuire AFB, New Jersey | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841353200 |
| 841333000 | 7/22/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Big Spring, Texas | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/841333000 |
| 841267300 | 7/22/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Butner Federal Correctional Complex, North Carolin | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/841267300 |
| 841300900 | 7/22/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Forrest City, Arkansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841300900 |
| 841315700 | 7/22/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Coleman, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841315700 |
| 841324100 | 7/22/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Rochester, Minnesota | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841324100 |
| 841348100 | 7/22/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Rochester, Minnesota | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/841348100 |
| 841330600 | 7/22/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Welch, West Virginia | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/841330600 |
| 841430100 | 7/22/2025 | Department of the Interior | Realty Specialist | 1170 - Realty | Palm Springs, California | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841430100 |
| 841358400 | 7/22/2025 | Executive Office of the President | Statistician (Demographer) | 1530 - Statistics | District of Columbia, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841358400 |
| 841359700 | 7/22/2025 | Department of the Interior | Equipment Specialist (Direct Hire Authority) | 1670 - Equipment Services | Boise, Idaho | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841359700 |
| 841218400 | 7/22/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Medford, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841218400 |
| 841218800 | 7/22/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Long Prairie, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841218800 |
| 841219400 | 7/22/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Buffalo Lake, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841219400 |
| 840982600 | 7/22/2025 | Department of Agriculture | Agricultural Commodity Grader | 1980 - Agricultural Commodity Grading | Allen Park, Michigan | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/840982600 |
| 841323000 | 7/22/2025 | Department of the Air Force | CARGO SCHEDULER | 2144 - Cargo Scheduling | Travis AFB, California | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/841323000 |
| 841190700 | 7/22/2025 | Department of the Air Force | EMERGENCY VEHICLE DISPATCHER | 2151 - Dispatching | Luke AFB, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841190700 |
| 841165900 | 7/23/2025 | Department of the Interior | Seasonal Education Technician | 1702 - Education And Training Technician | Harpers Ferry, Iowa | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841165900 |
| 841166100 | 7/23/2025 | Department of the Interior | Aviation Safety Inspector (Airworthiness) | 1825 - Aviation Safety | Oklahoma City, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841166100 |
| 841278000 | 7/23/2025 | Department of Agriculture | Supervisory Agricultural Commodity Grader (Cotton) | 1980 - Agricultural Commodity Grading | Rayville, Louisiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841278000 |
| 841284700 | 7/23/2025 | Department of the Interior | Seasonal Physical Science Technician | 1311 - Physical Science Technician | Munising, Michigan | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841284700 |
| 841294800 | 7/23/2025 | Department of Agriculture | Veterinary Medical Officer (New World Screwworm) | 0701 - Veterinary Medical Science | Fort Collins, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841294800 |
| 841351500 | 7/23/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer | 0701 - Veterinary Medical Science | District of Columbia, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841351500 |
| 841414100 | 7/23/2025 | Department of the Air Force | SUPERVISORY AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | March AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841414100 |
| 841415400 | 7/23/2025 | Department of the Air Force | WING REFUELING DOCUMENT CONTROL OFFICER | 0301 - Miscellaneous Administration And Program | Charleston AFB, South Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841415400 |
| 841431600 | 7/23/2025 | Department of Justice | DOJ Pathways Internship Program - Bureau of Prisons (Psychology Doctoral Intern) | 0199 - Social Science Student Trainee | Butner Federal Correctional Complex, North Carolin | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/841431600 |
| 841437800 | 7/23/2025 | Department of Agriculture | Loan Assistant/Loan Specialist (Agricultural) | 1165 - Loan Specialist | Denton, Maryland | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841437800 |
| 841441900 | 7/23/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841441900 |
| 841302500 | 7/23/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Carlsbad, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841302500 |
| 841367200 | 7/23/2025 | Department of the Interior | Supervisory Park Ranger (P) | 0025 - Park Ranger | Grand Canyon, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841367200 |
| 841365900 | 7/23/2025 | Department of the Interior | Social Service Representative | 0187 - Social Services | Portland, Oregon | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841365900 |
| 841424400 | 7/23/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Welch, West Virginia | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841424400 |
| 841385700 | 7/23/2025 | Department of Transportation | Provost | 0301 - Miscellaneous Administration And Program | Kings Point, New York | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/841385700 |
| 841425900 | 7/23/2025 | Department of Justice | Trust Fund Program Specialist (Trust Fund Specialist) | 0301 - Miscellaneous Administration And Program | Waseca, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841425900 |
| 841443200 | 7/23/2025 | Department of the Air Force | LEGISLATIVE AFFAIRS SPECIALIST | 0301 - Miscellaneous Administration And Program | Hurlburt Field, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841443200 |
| 841222000 | 7/23/2025 | Other Agencies and Independent Organizations | Supervisory Nurse | 0610 - Nurse | Gulfport, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841222000 |
| 841395900 | 7/23/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Seatac, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841395900 |
| 841491200 | 7/23/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Tucson, Arizona | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/841491200 |
| 841491800 | 7/23/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Victorville, California | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/841491800 |
| 841435700 | 7/23/2025 | Department of Transportation | Supervisory Electronics Engineer (Open to both U.S. Citizens and Federal Employees) | 0855 - Electronics Engineering | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841435700 |
| 841386400 | 7/23/2025 | Department of Justice | Contract Specialist (Senior Contracting Officer) | 1102 - Contracting | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841386400 |
| 841387200 | 7/23/2025 | Department of Justice | Supvy Contract Specialist (Assistant Director) | 1102 - Contracting | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841387200 |
| 841402900 | 7/23/2025 | Department of Agriculture | Loan Assistant/Loan Specialist (Agricultural) | 1165 - Loan Specialist | Salem, Oregon | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841402900 |
| 841420700 | 7/23/2025 | Department of Agriculture | Loan Assistant/Loan Specialist (Agricultural) | 1165 - Loan Specialist | Salinas, California | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841420700 |
| 841433300 | 7/23/2025 | Department of Justice | Training Instructor (Vocational Training Instructor-Dog Trainer) | 1712 - Training Instruction | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841433300 |
| 841318900 | 7/23/2025 | Department of Education | Supervisory Protective Service Specialist, GS-1801-15, FPL 15, (MP) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841318900 |
| 841282700 | 7/23/2025 | Department of the Interior | Seasonal Engineering Equipment Operator | 5716 - Engineering Equipment Operating | Empire, Michigan | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/841282700 |
| 841184500 | 7/24/2025 | Department of Agriculture | Agricultural Market Reporter | 1147 - Agricultural Market Reporting | Salt Lake City, Utah | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841184500 |
| 841185300 | 7/24/2025 | Department of Agriculture | Agricultural Market Reporter | 1147 - Agricultural Market Reporting | Phoenix, Arizona | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841185300 |
| 841391700 | 7/24/2025 | Department of the Air Force | AIRFIELD MANAGER | 2150 - Transportation Operations | McGuire AFB, New Jersey | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841391700 |
| 841399900 | 7/24/2025 | Department of Agriculture | Contract Specialist | 1102 - Contracting | Washington, District of Columbia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841399900 |
| 841410600 | 7/24/2025 | Department of the Interior | Park Ranger (Interpretation) (Seasonal) | 0025 - Park Ranger | Baltimore, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841410600 |
| 841410700 | 7/24/2025 | Department of the Interior | Recreation Fee Technician (Seasonal) | 0503 - Financial Clerical And Assistance | Baltimore, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841410700 |
| 841420200 | 7/24/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Nixon, Texas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841420200 |
| 841422400 | 7/24/2025 | Department of the Air Force | SUPERVISORY SUPPLY MANAGEMENT SPECIALIST | 2003 - Supply Program Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841422400 |

A108

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 841458200 | 7/24/2025 | Department of Agriculture | Loan Specialist (Agricultural) | 1165 - Loan Specialist | Wheatland, Wyoming | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841458200 |
| 841476800 | 7/24/2025 | Department of the Air Force | FOREIGN AFFAIRS SPECIALIST | 0130 - Foreign Affairs | Randolph AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841476800 |
| 841543500 | 7/24/2025 | Department of the Interior | Park Ranger (Protection) | 0025 - Park Ranger | Salt Lake City, Utah | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841543500 |
| 841579500 | 7/24/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841579500 |
| 841533700 | 7/24/2025 | Department of Commerce | Investigation & Compliance Specialist | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841533700 |
| 841520700 | 7/24/2025 | Department of Commerce | Criminal Investigator | 1811 - Criminal Investigation | Phoenix, Arizona | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841520700 |
| 841523500 | 7/24/2025 | Department of Commerce | Supervisory Criminal Investigator (Special Agent in Charge) | 1811 - Criminal Investigation | Irvine, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841523500 |
| 841526800 | 7/24/2025 | Department of Commerce | Criminal Investigator | 1811 - Criminal Investigation | Sacramento, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841526800 |
| 841672600 | 7/24/2025 | Department of Commerce | Senior Export Compliance Specialist | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841672600 |
| 841605200 | 7/24/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Pekin, Illinois | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841605200 |
| 841413000 | 7/24/2025 | Department of Agriculture | Intelligence Operations Specialist | 0132 - Intelligence | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841413000 |
| 841445200 | 7/24/2025 | Department of the Air Force | DEPUTY DIRECTOR OF OPERATIONS | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841445200 |
| 841541900 | 7/24/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Littleton, Colorado | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/841541900 |
| 841527900 | 7/24/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841527900 |
| 841536300 | 7/24/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Loretto, Pennsylvania | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/841536300 |
| 841167800 | 7/24/2025 | Department of Agriculture | Animal Health Technician (HPAI) | 0704 - Animal Health Technician | Miami, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841167800 |
| 841506300 | 7/24/2025 | Department of Agriculture | Loan Assistant/ Loan Specialist (Agricultural) | 1165 - Loan Specialist | Franklin, Texas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841506300 |
| 841408100 | 7/24/2025 | Department of the Interior | Seasonal Physical Science Technician | 1311 - Physical Science Technician | Custer, South Dakota | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841408100 |
| 841470400 | 7/24/2025 | Department of the Interior | Seasonal Hydrologic Technician | 1316 - Hydrologic Technician | Hot Springs, Arkansas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841470400 |
| 841401600 | 7/24/2025 | Department of Education | Supervisory Protective Service Specialist, GS-1801-14 FPL 14 (ED Only) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841401600 |
| 841514000 | 7/24/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (QUALITY ASSURANCE) | 2102 - Transportation Clerk And Assistant | McGuire AFB, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841514000 |
| 841533000 | 7/24/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PASSENGER) | 2102 - Transportation Clerk And Assistant | Luke AFB, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841533000 |
| 841571500 | 7/25/2025 | Department of the Air Force | COMMAND POST SPECIALIST (SORTS) | 0301 - Miscellaneous Administration And Program | Dobbins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841571500 |
| 841687900 | 7/25/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841687900 |
| 841715700 | 7/25/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Fort Worth, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841715700 |
| 841599700 | 7/25/2025 | Department of Agriculture | Biological Science Technician (Wildlife) | 0404 - Biological Science Technician | Annapolis, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841599700 |
| 841568900 | 7/25/2025 | Executive Office of the President | Supervisory Statistician (Data Scientist) | 1530 - Statistics | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841568900 |
| 841672100 | 7/25/2025 | Department of Commerce | Supervisory Criminal Investigator (Investigative Programs Unit Chief) | 1811 - Criminal Investigation | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841672100 |
| 841681200 | 7/25/2025 | Department of Commerce | Supervisory Criminal Investigator (Assistant Special Agent in Charge) | 1811 - Criminal Investigation | Richmond, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841681200 |
| 841581500 | 7/25/2025 | Department of Agriculture | Agricultural Warehouse Inspector | 1850 - Agricultural Warehouse Inspection Series | Dothan, Alabama | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841581500 |
| 841506000 | 7/25/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Brush, Colorado | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841506000 |
| 841603500 | 7/25/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Paso Robles, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841603500 |
| 841642700 | 7/25/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | New Milford, Connecticut | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841642700 |
| 841702100 | 7/25/2025 | Department of the Air Force | SUPERVISORY SUPPLY TECHNICIAN | 2005 - Supply Clerical And Technician | Columbus AFB, Mississippi | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841702100 |
| 841714200 | 7/25/2025 | Department of the Air Force | SUPPLY TECHNICIAN | 2005 - Supply Clerical And Technician | McGuire AFB, New Jersey | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841714200 |
| 841671200 | 7/25/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Minneapolis, Minnesota | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/841671200 |
| 841672300 | 7/25/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Pekin, Illinois | GS-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/841672300 |
| 841550300 | 7/25/2025 | Department of the Interior | Park Ranger (Protection) | 0025 - Park Ranger | Sacramento, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841550300 |
| 841686800 | 7/25/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Greenville, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841686800 |
| 841700100 | 7/25/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" Advanced Care Level) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841700100 |
| 841714400 | 7/25/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Littleton, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841714400 |
| 841727100 | 7/25/2025 | Department of the Interior | Social Services Assistant | 0186 - Social Services Aid And Assistant | Belcourt, North Dakota | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841727100 |
| 841615300 | 7/25/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer/Biological Scientist (Highly Pathogenic Avian Influenza) | 0401 - General Natural Resources Management And Bi | Ames, Iowa | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841615300 |
| 841702700 | 7/25/2025 | Department of Defense | TELLER | 0530 - Cash Processing | McGuire AFB, New Jersey | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/841702700 |
| 841629900 | 7/25/2025 | Department of Defense | Nuclear Medicine Technician | 0642 - Nuclear Medicine Technician | Tripler Army Medical Center, Hawaii | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/841629900 |
| 841571600 | 7/25/2025 | Department of the Interior | Fire Protection Engineer | 0804 - Fire Protection Engineering | Philadelphia, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841571600 |
| 841671500 | 7/25/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Palmer, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841671500 |
| 841672700 | 7/25/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Palmer, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841672700 |
| 841673200 | 7/25/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Anchorage, Alaska | GS-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841673200 |
| 841673500 | 7/25/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Anchorage, Alaska | GS-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841673500 |
| 841674700 | 7/25/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Phoenix, Arizona | GS-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841674700 |
| 841675600 | 7/25/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Phoenix, Arizona | GS-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841675600 |
| 841692300 | 7/25/2025 | Department of Defense | COMPUTER ASSISTED ORDERING TECHNICIAN | 1101 - General Business And Industry | Fort Belvoir, Virginia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841692300 |
| 841693300 | 7/25/2025 | Department of Defense | COMPUTER ASSISTED ORDERING TECHNICIAN | 1101 - General Business And Industry | Andrews AFB, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841693300 |
| 841687700 | 7/25/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Duluth, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841687700 |
| 841505700 | 7/25/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Boulder, Colorado | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841505700 |
| 841603000 | 7/25/2025 | Department of the Air Force | AIRPLANE FLIGHT INSTRUCTOR | 2181 - Aircraft Operation | Air Force Academy, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841603000 |
| 841315100 | 7/28/2025 | Department of the Interior | Seasonal Education Specialist | 1701 - General Education And Training | Munising, Michigan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841315100 |
| 841713000 | 7/28/2025 | Department of the Air Force | TRAINING INSTRUCTOR (AIRCRAFT MAINTENANCE) | 1712 - Training Instruction | Tinker AFB, Oklahoma | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841713000 |
| 841683400 | 7/28/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Maxwell AFB, Alabama | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/841683400 |
| 841811900 | 7/28/2025 | Department of the Interior | Wildland Firefighter - CTAP/ICTAP | 0456 - Wildland Fire Management | Tucson, Arizona | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841811900 |
| 841754000 | 7/28/2025 | Other Agencies and Independent Organizations | Deputy Director, Financial Operations, EM-0501-00 | 0501 - Financial Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/841754000 |
| 841765400 | 7/28/2025 | Department of the Air Force | TRAINING INSTRUCTOR (AIRCRAFT MAINTENANCE) | 1712 - Training Instruction | Tinker AFB, Oklahoma | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841765400 |
| 841466300 | 7/28/2025 | Department of the Interior | Park Manager - Superintendent | 0025 - Park Ranger | Big Bend National Park, Texas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841466300 |
| 841780600 | 7/28/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841780600 |
| 841786100 | 7/28/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" Resolve) | 0180 - Psychology | Pekin, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841786100 |
| 841803900 | 7/28/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Stepdown) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841803900 |
| 841806000 | 7/28/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Pekin, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841806000 |
| 841781600 | 7/28/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Victorville, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/841781600 |
| 841768000 | 7/28/2025 | Department of the Interior | Archeologist (Fire/Fuels) - Direct Hire Authority | 0193 - Archeology | Battle Mountain, Nevada | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841768000 |
| 841705100 | 7/28/2025 | Other Agencies and Independent Organizations | Performance Improvement Integrator | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841705100 |
| 841705700 | 7/28/2025 | Other Agencies and Independent Organizations | Performance Improvement Integrator | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841705700 |
| 841752400 | 7/28/2025 | Department of Housing and Urban Development | Director Emergency Management and National Security | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841752400 |

A109

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 841752700 | 7/28/2025 | Department of Housing and Urban Development | Director Emergency Management and National Security | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/841752700 |
| 841819000 | 7/28/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Lackland AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841819000 |
| 841781700 | 7/28/2025 | Department of the Interior | Management and Program Analyst (Fire Business) - Direct Hire Authority | 0343 - Management And Program Analysis | Hines, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841781700 |
| 841758600 | 7/28/2025 | Department of the Interior | Logistics Management Specialist (Assistant Dispatch Fire Center Manager) | 0346 - Logistics Management | Las Vegas, Nevada | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841758600 |
| 841794800 | 7/28/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841794800 |
| 841766800 | 7/28/2025 | Department of Agriculture | Biological Science Laboratory Technician (Microbiology) (Highly Pathogenic Avian Influenza) | 0404 - Biological Science Technician | Manhattan, Kansas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841766800 |
| 841759500 | 7/28/2025 | Department of the Interior | Forestry Technician (Fire Dispatch) - Direct Hire Authority | 0462 - Forestry Technician | Lewistown, Montana | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/841759500 |
| 841809600 | 7/28/2025 | Department of the Interior | Supervisory Forestry Technician (Smokejumper) | 0462 - Forestry Technician | Boise, Idaho | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841809600 |
| 841776700 | 7/28/2025 | Department of Defense | Teller | 0530 - Cash Processing | Joint Base Anacostia-Bolling, District of Columbia | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/841776700 |
| 841523700 | 7/28/2025 | Department of Agriculture | Veterinary Medical Officer (New World Screwworm) | 0701 - Veterinary Medical Science | Fort Collins, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841523700 |
| 841834500 | 7/28/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Big Spring, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841834500 |
| 841750700 | 7/28/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Twentynine Palms, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841750700 |
| 841774200 | 7/28/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Campbell, Kentucky | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841774200 |
| 841790300 | 7/28/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Whiteman AFB, Missouri | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/841790300 |
| 841794600 | 7/28/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Hood, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841794600 |
| 841802900 | 7/28/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Joint Base Anacostia-Bolling, District of Columbia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841802900 |
| 841803700 | 7/28/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Joint Base Anacostia-Bolling, District of Columbia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841803700 |
| 841842800 | 7/28/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Norfolk County, Virginia | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/841842800 |
| 841767600 | 7/28/2025 | Department of Justice | Quality Assurance Specialist (Quality Assurance Manager - UNICOR) | 1910 - Quality Assurance | Pekin, Illinois | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841767600 |
| 841720400 | 7/28/2025 | Department of the Air Force | SUPPLY TECHNICIAN | 2005 - Supply Clerical And Technician | Altus AFB, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841720400 |
| 841735400 | 7/28/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Saint Louis, Missouri | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841735400 |
| 841735500 | 7/28/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Saint Louis, Missouri | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841735500 |
| 841811400 | 7/28/2025 | Department of Defense | Store Worker | 6914 - Store Working | Joint Base Anacostia-Bolling, District of Columbia | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/841811400 |
| 841832500 | 7/28/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Fort Ord, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841832500 |
| 841834000 | 7/28/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Scott AFB, Illinois | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841834000 |
| 841703600 | 7/28/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | MacDill AFB, Florida | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841703600 |
| 841795500 | 7/28/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Scott AFB, Illinois | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841795500 |
| 841837100 | 7/28/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Scott AFB, Illinois | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841837100 |
| 842457900 | 7/28/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Redstone Arsenal, Alabama | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842457900 |
| 841760400 | 7/29/2025 | Department of the Interior | Park Fire Chief | 0081 - Fire Protection and Prevention | Parks, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841760400 |
| 841835500 | 7/29/2025 | Department of the Interior | Park Guide (Seasonal) | 0090 - Guide | Medora, North Dakota | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841835500 |
| 841821400 | 7/29/2025 | Department of the Interior | Management and Program Analyst (Fire) - Direct Hire Authority | 0343 - Management And Program Analysis | Salt Lake City, Utah | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841821400 |
| 841763000 | 7/29/2025 | Department of the Interior | Park Fire Chief | 0081 - Fire Protection and Prevention | Grand Canyon, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841763000 |
| 841927300 | 7/29/2025 | Department of the Army | PRINCIPAL SARC (TITLE 5) | 0101 - Social Science | Saint Augustine, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841927300 |
| 841946000 | 7/29/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Bruceton Mills, West Virginia | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841946000 |
| 841884700 | 7/29/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Pekin, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841884700 |
| 841916000 | 7/29/2025 | Department of the Interior | Social Worker | 0185 - Social Work | Sacramento, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841916000 |
| 841944900 | 7/29/2025 | Department of Justice | Social Worker | 0185 - Social Work | Alderson, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841944900 |
| 841929000 | 7/29/2025 | Department of the Air Force | COMMERCIAL AVIATION OPERATIONS ANALYST | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841929000 |
| 841938500 | 7/29/2025 | Department of the Air Force | DIRECTOR OF STAFF | 0301 - Miscellaneous Administration And Program | Ellsworth AFB, South Dakota | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841938500 |
| 841952600 | 7/29/2025 | Department of the Interior | Administrative Management Specialist (National Fire Incident Business Lead) | 0301 - Miscellaneous Administration And Program | Boise, Idaho | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841952600 |
| 841960100 | 7/29/2025 | Department of the Air Force | COMMERCIAL AVIATION OPERATIONS ANALYST | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841960100 |
| 841915800 | 7/29/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Rochester, Minnesota | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/841915800 |
| 841796800 | 7/29/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Harrison, Arkansas | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841796800 |
| 841873900 | 7/29/2025 | Department of the Interior | Wildland Firefighter (Aviation) Unit Aviation Manager - Direct Hire Authority | 0456 - Wildland Fire Management | Winnemucca, Nevada | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841873900 |
| 841946100 | 7/29/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Anchorage, Alaska | GW-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841946100 |
| 841029700 | 7/29/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Arlington, Virginia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841029700 |
| 841944300 | 7/29/2025 | Department of Justice | Clinical Laboratory Scientist (Medical Technologist) | 0644 - Clinical Laboratory Science | Butner Federal Correctional Complex, North Carolin | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/841944300 |
| 841941900 | 7/29/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Bruceton Mills, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841941900 |
| 841840100 | 7/29/2025 | Department of Agriculture | Animal Health Technician | 0704 - Animal Health Technician | Cabo Rojo, Puerto Rico | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/841840100 |
| 841875900 | 7/29/2025 | Department of Justice | Legal Assistant (Legal Access Officer) | 0986 - Legal Assistance | Seatac, Washington | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/841875900 |
| 841950200 | 7/29/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Waseca, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841950200 |
| 841951900 | 7/29/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Robins AFB, Georgia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841951900 |
| 841952100 | 7/29/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Robins AFB, Georgia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841952100 |
| 841960200 | 7/29/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | New London County, Connecticut | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/841960200 |
| 841917300 | 7/29/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Rochester, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/841917300 |
| 841919400 | 7/29/2025 | Department of Agriculture | CHEMIST | 1320 - Chemistry | Athens, Georgia | GS-5/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841919400 |
| 841919700 | 7/29/2025 | Department of Agriculture | CHEMIST | 1320 - Chemistry | Normandy, Missouri | GS-5/12 | Questionnaire with EO question | https://www.usajobs.gov/job/841919700 |
| 841883500 | 7/29/2025 | Department of Commerce | Criminal Investigator | 1811 - Criminal Investigation | Marlborough, Massachusetts | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841883500 |
| 841595900 | 7/29/2025 | Department of Agriculture | Agricultural Commodity Grader (Fruit and Vegetable) | 1980 - Agricultural Commodity Grading | Commerce, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841595900 |
| 841601300 | 7/29/2025 | Department of Agriculture | Agricultural Commodity Grader (Fruit and Vegetable) | 1980 - Agricultural Commodity Grading | Arcadia, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841601300 |
| 841667600 | 7/29/2025 | Department of Agriculture | Agricultural Commodity Grader (Cotton) | 1980 - Agricultural Commodity Grading | Florence, South Carolina | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841667600 |
| 841757700 | 7/29/2025 | Department of Agriculture | Agricultural Commodity Grader (Specialty Crops) | 1980 - Agricultural Commodity Grading | Arcadia, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841757700 |
| 841793400 | 7/29/2025 | Department of Agriculture | Supervisory Agricultural Commodity Grader (Cotton) (Area Director) | 1980 - Agricultural Commodity Grading | Visalia, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841793400 |
| 842020500 | 7/29/2025 | Department of Agriculture | Agricultural Commodity Grader (Dairy) | 1980 - Agricultural Commodity Grading | Naperville, Illinois | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842020500 |
| 841849800 | 7/29/2025 | Department of the Interior | Deputy Division Chief (Aviation) | 2101 - Transportation Specialist | Boise, Idaho | GW-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841849800 |
| 841936600 | 7/29/2025 | Department of the Air Force | THEATER AEROSPACE OPERATIONS COMMAND AND CONTROL SPECIALIST(TITLE 32) | 2101 - Transportation Specialist | Tyndall AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841936600 |
| 841937900 | 7/29/2025 | Department of the Air Force | THEATER AEROSPACE OPERATIONS COMMAND AND CONTROL SPECIALIST(TITLE 32) | 2101 - Transportation Specialist | Tyndall AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841937900 |

A110

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 841867700 | 7/29/2025 | Department of the Air Force | SUPERVISORY AIR OPERATIONS SPECIALIST | 2150 - Transportation Operations | Travis AFB, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841867700 |
| 841850300 | 7/29/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Mesa Verde National Park, Colorado | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/841850300 |
| 841937500 | 7/29/2025 | Department of the Interior | Supervisory Dispatcher (Public Safety) | 2151 - Dispatching | Boulder City, Nevada | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/841937500 |
| 841833600 | 7/29/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Travis AFB, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/841833600 |
| 841940000 | 7/29/2025 | Department of the Air Force | ITSPEC (SYSADMIN) (TITLE 32) | 2210 - Information Technology Management | Tyndall AFB, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841940000 |
| 841970600 | 7/30/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Nashville, Tennessee | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841970600 |
| 841006300 | 7/30/2025 | Department of the Interior | Safety and Occupational Health Manager | 0018 - Safety and Occupational Health Management | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841006300 |
| 841876400 | 7/30/2025 | Department of the Interior | Senior Staff Ranger | 0025 - Park Ranger | Grand Canyon, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841876400 |
| 842048500 | 7/30/2025 | Department of the Interior | Park Fire Chief | 0081 - Fire Protection and Prevention | Page, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842048500 |
| 841989700 | 7/30/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841989700 |
| 842011500 | 7/30/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" Resolve) | 0180 - Psychology | Atwater, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842011500 |
| 841950400 | 7/30/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Mildenhall, United Kingdom | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/841950400 |
| 842009400 | 7/30/2025 | Department of the Air Force | SUPERVISORY PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842009400 |
| 841943600 | 7/30/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Yokota Air Base, Japan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841943600 |
| 841947900 | 7/30/2025 | Department of Agriculture | Biological Science Technician (Wildlife) | 0404 - Biological Science Technician | Hilo, Hawaii | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841947900 |
| 841873200 | 7/30/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Concord, New Hampshire | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841873200 |
| 842039800 | 7/30/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Prince George, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842039800 |
| 842059100 | 7/30/2025 | Department of Justice | Nurse (Specialty Clinic Coordinator) | 0610 - Nurse | Victorville, California | GL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/842059100 |
| 842070100 | 7/30/2025 | Department of Justice | Physical Therapist | 0633 - Physical Therapist | Rochester, Minnesota | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/842070100 |
| 841984000 | 7/30/2025 | Department of Defense | COMPUTER ASSISTED ORDERING TECHNICIAN | 1101 - General Business And Industry | Jacksonville, Florida | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841984000 |
| 842005800 | 7/30/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Marysville, Washington | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842005800 |
| 841771700 | 7/30/2025 | Department of Agriculture | Lead Contract Specialist | 1102 - Contracting | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841771700 |
| 841977700 | 7/30/2025 | Department of Labor | Criminal Investigator | 1811 - Criminal Investigation | Washington, District of Columbia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/841977700 |
| 841824900 | 7/30/2025 | Department of Agriculture | Supervisory Aviation Safety Inspector | 1825 - Aviation Safety | Oklahoma City, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841824900 |
| 841964600 | 7/30/2025 | Department of Agriculture | Agricultural Commodity Grader (Grain) | 1980 - Agricultural Commodity Grading | Belle Chasse, Louisiana | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/841964600 |
| 842052100 | 7/30/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PASSENGER) | 2102 - Transportation Clerk And Assistant | Ramstein, Germany | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842052100 |
| 841863100 | 7/30/2025 | Department of Transportation | High Voltage Electrician Leader (Open to both U.S. Citizens and Federal Employees) | 2810 - High Voltage Electrician | Beaumont, Texas | WL-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841863100 |
| 841862100 | 7/30/2025 | Department of Transportation | Preservation Servicer Supervisor (Open to both U.S. Citizens and Federal Employees) | 7006 - Preservation Servicing | Benicia, California | WS-07 | Questionnaire with EO question | https://www.usajobs.gov/job/841862100 |
| 842004400 | 7/30/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Shaw AFB, South Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842004400 |
| 842019800 | 7/30/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Shaw AFB, South Carolina | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842019800 |
| 842013100 | 7/31/2025 | Department of Transportation | General Engineer (Senior Regional Safety Officer) - DIRECT HIRE | 0801 - General Engineering | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842013100 |
| 842131700 | 7/31/2025 | Department of Transportation | Supervisory Transportation Specialist - DIRECT HIRE | 2101 - Transportation Specialist | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842131700 |
| 842120100 | 7/31/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Tucson, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842120100 |
| 842143500 | 7/31/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Beaumont, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842143500 |
| 842174000 | 7/31/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Beaumont, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842174000 |
| 842217100 | 7/31/2025 | Department of the Interior | Archeologist | 0193 - Archeology | Atascadero, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842217100 |
| 842217200 | 7/31/2025 | Department of the Interior | Archeologist | 0193 - Archeology | Atascadero, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842217200 |
| 842114400 | 7/31/2025 | Department of the Air Force | SUPERVISORY EXECUTIVE STAFF OFFICER | 0301 - Miscellaneous Administration And Program | Kirtland AFB, New Mexico | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842114400 |
| 842131200 | 7/31/2025 | Other Agencies and Independent Organizations | Deputy Director, Office of Legislative Affairs, EM-0301-00 (Public) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842131200 |
| 842131300 | 7/31/2025 | Other Agencies and Independent Organizations | Deputy Director, Office of Legislative Affairs, EM-0301-00 (Merit Promotion) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842131300 |
| 842132100 | 7/31/2025 | Other Agencies and Independent Organizations | Deputy to the Chairman and Chief Operating Officer, EM-0301-00 (Merit Promotion) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842132100 |
| 842132200 | 7/31/2025 | Other Agencies and Independent Organizations | Deputy to the Chairman and Chief Operating Officer, EM-0301-00 (Public) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842132200 |
| 842226800 | 7/31/2025 | Department of Commerce | Field Supervisor | 0303 - Miscellaneous Clerk And Assistant | Colusa County, California | GG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842226800 |
| 842014500 | 7/31/2025 | Department of Transportation | Senior Program Analyst - DIRECT HIRE | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842014500 |
| 842126700 | 7/31/2025 | Department of the Interior | Logistics Management Specialist (Fire - Dispatch Center Manager) | 0346 - Logistics Management | Cody, Wyoming | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842126700 |
| 841674100 | 7/31/2025 | Department of Agriculture | Supervisory Biologist (National Wildlife Disease Program Coordinator) | 0401 - General Natural Resources Management And Bi | Fort Collins, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/841674100 |
| 842127400 | 7/31/2025 | Department of the Interior | Supervisory Natural Resourses Specialist | 0401 - General Natural Resources Management And Bi | Casper, Wyoming | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842127400 |
| 842150700 | 7/31/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/842150700 |
| 842163700 | 7/31/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Superintendent)(IHC)(Vet Crew) | 0456 - Wildland Fire Management | Bakersfield, California | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/842163700 |
| 842206600 | 7/31/2025 | Department of the Interior | Lead Wildland Firefighter (Assistant Fire Helicopter Crew Manager) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/842206600 |
| 842209800 | 7/31/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Parker, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842209800 |
| 841938800 | 7/31/2025 | Department of Agriculture | Wildlife Biologist (Rabies Program Assistant) | 0486 - Wildlife Biology | Elberton, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841938800 |
| 842133200 | 7/31/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Thomson, Illinois | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/842133200 |
| 842131100 | 7/31/2025 | Department of Justice | Supervisory Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Thomson, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842131100 |
| 842177100 | 7/31/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Prince George, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842177100 |
| 842132500 | 7/31/2025 | Other Agencies and Independent Organizations | Deputy to the Chairman and Chief Operating Officer, EM-0905-00 (Attorneys) | 0905 - Attorney | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842132500 |
| 842103100 | 7/31/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | New London, Connecticut | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842103100 |
| 842135500 | 7/31/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Naval Air Station San Diego, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842135500 |
| 842131500 | 7/31/2025 | Other Agencies and Independent Organizations | Corporate Expert (Senior Advisor), CX-1160-00 (Merit Promotion) | 1160 - Financial Analysis | Washington, District of Columbia | CX-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842131500 |
| 842131600 | 7/31/2025 | Other Agencies and Independent Organizations | Corporate Expert (Senior Advisor), CX-1160-00 (Public) | 1160 - Financial Analysis | Washington, District of Columbia | CX-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842131600 |
| 842215800 | 7/31/2025 | Department of the Treasury | Financial Analyst | 1160 - Financial Analysis | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842215800 |
| 842216000 | 7/31/2025 | Department of the Treasury | Financial Analyst | 1160 - Financial Analysis | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842216000 |
| 842165200 | 7/31/2025 | Department of Commerce | Supervisory Patent Examiner - TC1600 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842165200 |
| 842165600 | 7/31/2025 | Department of Commerce | Supervisory Patent Examiner - TC 3600 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842165600 |
| 842165900 | 7/31/2025 | Department of Commerce | Supervisory Patent Examiner - TC2800 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842165900 |
| 842166200 | 7/31/2025 | Department of Commerce | Supervisory Patent Examiner - TC1700 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842166200 |
| 842164900 | 7/31/2025 | Department of Commerce | Supervisory Design Patent Examiner - TC2900 | 1226 - Design Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842164900 |
| 842197000 | 7/31/2025 | Department of the Air Force | EQUIPMENT FACILITIES and SERVICES (EFS) ASSISTANT | 1603 - Equipment, Facilities, And Services Assista | Randolph AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842197000 |

A111

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 841966600 | 7/31/2025 | Department of the Interior | Seasonal Educational Technician | 1702 - Education And Training Technician | Empire, Michigan | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/841966600 |
| 842113700 | 7/31/2025 | Department of Justice | Training Instructor (Vocational Training Instructor-Welding) | 1712 - Training Instruction | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842113700 |
| 841792100 | 7/31/2025 | Department of Agriculture | Supervisory Agricultural Commodity Grader (Cotton) | 1980 - Agricultural Commodity Grading | Memphis, Tennessee | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841792100 |
| 841973400 | 7/31/2025 | Department of Transportation | Preservation Servicer (Open to both U.S. Citizens and Federal Employees) | 7006 - Preservation Servicing | Beaumont, Texas | WG-07 | Questionnaire with EO question | https://www.usajobs.gov/job/841973400 |
| 842206500 | 8/1/2025 | Department of Agriculture | Plant Pathologist (Mycology) | 0434 - Plant Pathology | South San Francisco, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842206500 |
| 842325600 | 8/1/2025 | Department of the Interior | Safety & Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Fairbanks, Alaska | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842325600 |
| 842158700 | 8/1/2025 | Department of the Interior | Park Ranger (P) | 0025 - Park Ranger | Willcox, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842158700 |
| 842300500 | 8/1/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Chinle, Arizona | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842300500 |
| 842186200 | 8/1/2025 | Department of Agriculture | Program Specialist | 0301 - Miscellaneous Administration And Program | Sacramento, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842186200 |
| 842204700 | 8/1/2025 | Department of Justice | Chief of Staff | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842204700 |
| 842218700 | 8/1/2025 | Department of Agriculture | Import Permit Examiner | 0301 - Miscellaneous Administration And Program | Fort Collins, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842218700 |
| 842250300 | 8/1/2025 | Department of the Air Force | WING REFUELING DOCUMENT CONTROL OFFICER | 0301 - Miscellaneous Administration And Program | Charleston AFB, South Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842250300 |
| 842264500 | 8/1/2025 | Department of the Interior | Project Manager - National Wildfire Coordinating Group (NWCG) Writer/Editor | 0301 - Miscellaneous Administration And Program | Boise, Idaho | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842264500 |
| 842283100 | 8/1/2025 | Department of the Air Force | SUPERVISORY OPERATIONS AND PLANS SPECIALIST | 0301 - Miscellaneous Administration And Program | Mildenhall, United Kingdom | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842283100 |
| 842187500 | 8/1/2025 | Department of the Interior | Seasonal Administrative Support Assistant (OA) | 0303 - Miscellaneous Clerk And Assistant | Homestead, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842187500 |
| 842277400 | 8/1/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | San Diego, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842277400 |
| 842313000 | 8/1/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Butner Federal Correctional Complex, North Carolin | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/842313000 |
| 842195300 | 8/1/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | McChord AFB, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842195300 |
| 841008400 | 8/1/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Altus AFB, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841008400 |
| 842183300 | 8/1/2025 | Department of Agriculture | PPQ Officer (Pest Identification) | 0401 - General Natural Resources Management And Bi | Douglas, Arizona | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842183300 |
| 842192200 | 8/1/2025 | Department of Agriculture | Entomologist (Identifier) | 0414 - Entomology | Fort Lauderdale, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842192200 |
| 842148300 | 8/1/2025 | Department of Agriculture | Plant Protection Technician | 0421 - Plant Protection Technician | Peoria, Illinois | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/842148300 |
| 842272100 | 8/1/2025 | Department of Agriculture | Plant Pathologist (Mycology) | 0434 - Plant Pathology | South San Francisco, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842272100 |
| 842255700 | 8/1/2025 | Department of the Interior | Wildland Firefighter (Aviation Manager) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842255700 |
| 842257400 | 8/1/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842257400 |
| 842262500 | 8/1/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Fire Management Officer) | 0456 - Wildland Fire Management | Saint George, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842262500 |
| 842289700 | 8/1/2025 | Department of the Interior | Wildland Firefighter (Aviation Specialist) - Direct Hire Authority | 0456 - Wildland Fire Management | Boise, Idaho | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842289700 |
| 842187600 | 8/1/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Roseburg, Oregon | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842187600 |
| 842207900 | 8/1/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Fort Collins, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842207900 |
| 842229300 | 8/1/2025 | Department of Defense | RESOURCES ANALYST | 0501 - Financial Administration And Program | Fort Lee, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842229300 |
| 842237300 | 8/1/2025 | Department of Justice | Business Administrator | 0501 - Financial Administration And Program | Maxwell AFB, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842237300 |
| 842260200 | 8/1/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Springfield, Missouri | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/842260200 |
| 842300100 | 8/1/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Sheridan, Oregon | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/842300100 |
| 842144500 | 8/1/2025 | Department of the Interior | Interdisciplinary Supervisory General Engineer/Architect | 0801 - General Engineering | Albuquerque, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842144500 |
| 842188900 | 8/1/2025 | Department of the Interior | Interdisciplinary Supervisory General Engineer/Architect | 0801 - General Engineering | Albuquerque, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842188900 |
| 842326700 | 8/1/2025 | Department of Commerce | Supervisory General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842326700 |
| 842327300 | 8/1/2025 | Department of Commerce | General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842327300 |
| 842328100 | 8/1/2025 | Department of Commerce | General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842328100 |
| 842235700 | 8/1/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Kirtland AFB, New Mexico | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842235700 |
| 842270900 | 8/1/2025 | Department of Defense | COMPUTER ASSISTED ORDERING TECHNICIAN | 1101 - General Business And Industry | Virginia Beach, Virginia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842270900 |
| 842321400 | 8/1/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Moody AFB, Georgia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842321400 |
| 842327400 | 8/1/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Nellis AFB, Nevada | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842327400 |
| 842329900 | 8/1/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Moody AFB, Georgia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842329900 |
| 842193400 | 8/1/2025 | Department of Agriculture | Loan Assistant/Specialist (Agricultural) | 1165 - Loan Specialist | Okanogan, Washington | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842193400 |
| 842282900 | 8/1/2025 | Department of Commerce | Supervisory Patent Examiner - TC2100 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842282900 |
| 842283000 | 8/1/2025 | Department of Commerce | Supervisory Patent Examiner - TC2400 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842283000 |
| 842283400 | 8/1/2025 | Department of Commerce | Supervisory Patent Examiner - TC2600 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842283400 |
| 842285300 | 8/1/2025 | Department of Commerce | Supervisory Patent Examiner - TC3700 | 1224 - Patent Examining | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842285300 |
| 842330500 | 8/1/2025 | Department of Commerce | Physical Scientist | 1301 - General Physical Science | Boulder, Colorado | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842330500 |
| 842331500 | 8/1/2025 | Department of Commerce | Lead Physical Scientist | 1301 - General Physical Science | Boulder, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842331500 |
| 842332500 | 8/1/2025 | Department of Commerce | Physical Scientist | 1301 - General Physical Science | Boulder, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842332500 |
| 842314500 | 8/1/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Bastrop, Texas | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/842314500 |
| 842231900 | 8/1/2025 | Department of Commerce | Criminal Investigator | 1811 - Criminal Investigation | Manassas, Virginia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/842231900 |
| 842189900 | 8/1/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Kuna, Idaho | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842189900 |
| 842258200 | 8/1/2025 | Department of the Interior | National Aviation Program Manager (Air Tanker Program Manager) - Direct Hiring Authority | 2101 - Transportation Specialist | Boise, Idaho | GW-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842258200 |
| 842271400 | 8/1/2025 | Department of Transportation | Supervisory Transportation Specialist - DIRECT HIRE | 2101 - Transportation Specialist | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842271400 |
| 842101700 | 8/1/2025 | Department of Transportation | Supervisory Transportation Operations Specialist (Open to both U.S. Citizens and Federal Employees) | 2150 - Transportation Operations | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842101700 |
| 842331800 | 8/1/2025 | Department of Justice | Electrical Worker Supervisor (Electrical Worker Foreman) | 2805 - Electrician | Miami, Florida | WS-09 | Questionnaire with EO question | https://www.usajobs.gov/job/842331800 |
| 842182400 | 8/1/2025 | Department of the Army | Lock and Dam Operator Supervisor | 5426 - Lock And Dam Operating | Northport, Alabama | WA-8 | Questionnaire with EO question | https://www.usajobs.gov/job/842182400 |
| 842239400 | 8/1/2025 | Department of Defense | STORE WORKER (FORK LIFT OPERATOR) | 6914 - Store Working | Fort McCoy, Wisconsin | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842239400 |
| 842340200 | 8/1/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Fort Benning, Georgia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842340200 |
| 842234900 | 8/1/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Imperial Beach, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842234900 |
| 842293200 | 8/1/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | San Diego, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842293200 |
| 842258800 | 8/4/2025 | Department of the Interior | Physical Security Specialist | 0080 - Security Administration | Boise, Idaho | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842258800 |
| 842252100 | 8/4/2025 | Department of Homeland Security | Intelligence Research Specialist | 0132 - Intelligence | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842252100 |
| 842313600 | 8/4/2025 | Department of Homeland Security | Intelligence Research Specialist | 0132 - Intelligence | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842313600 |
| 842328700 | 8/4/2025 | Department of Transportation | Program Support Specialist - P | 0301 - Miscellaneous Administration And Program | Oakland, California | GS-09/12 | Questionnaire with EO question | https://www.usajobs.gov/job/842328700 |
| 842318200 | 8/4/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Chicago, Illinois | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842318200 |
| 842285800 | 8/4/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842285800 |
| 841263400 | 8/4/2025 | Department of Defense | IT PROGRAM MANAGER (PLCPLN) | 2210 - Information Technology Management | Fort Lee, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/841263400 |
| 842239700 | 8/4/2025 | Department of the Army | Animal Caretaker | 5048 - Animal Caretaking | Fort Sam Houston, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842239700 |
| 842431100 | 8/4/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Cumberland, Maryland | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842431100 |
| 842420000 | 8/4/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Atwater, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842420000 |
| 842450700 | 8/4/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Little Rock AFB, Arkansas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842450700 |
| 842358000 | 8/4/2025 | Department of Homeland Security | Lead Management and Program Analyst | 0343 - Management And Program Analysis | Denver, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842358000 |
| 842466900 | 8/4/2025 | Department of the Interior | Supervisory Logistics Management Specialist | 0346 - Logistics Management | Fairbanks, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842466900 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 842387500 | 8/4/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Sheridan, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842387500 |
| 842365700 | 8/4/2025 | Department of Justice | Health Technician (Phlebotomist) | 0640 - Health Aid And Technician | Federal Medical Center Carswell, Texas | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/842365700 |
| 842381700 | 8/4/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Florence, Colorado | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/842381700 |
| 842380500 | 8/4/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Pollock, Louisiana | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/842380500 |
| 842401100 | 8/4/2025 | Department of the Interior | Civil Engineer | 0810 - Civil Engineering | Salt Lake City, Utah | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842401100 |
| 842460100 | 8/4/2025 | Department of the Interior | Civil Engineer (Hydrologic) | 0810 - Civil Engineering | Boulder, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842460100 |
| 842411200 | 8/4/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Federal Medical Center Carswell, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842411200 |
| 842364300 | 8/4/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Naval Air Station Whidbey Island, Washington | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842364300 |
| 842371300 | 8/4/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842371300 |
| 842376800 | 8/4/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Naval Air Station San Diego, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842376800 |
| 842395000 | 8/4/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Wright-Patterson AFB, Ohio | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842395000 |
| 842423000 | 8/4/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Pearl Harbor, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842423000 |
| 842433000 | 8/4/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Pearl Harbor, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842433000 |
| 842445900 | 8/4/2025 | Department of Defense | Lead Store Associate | 1101 - General Business And Industry | Moody AFB, Georgia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842445900 |
| 842446200 | 8/4/2025 | Department of Defense | Lead Store Associate | 1101 - General Business And Industry | Moody AFB, Georgia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842446200 |
| 842425000 | 8/4/2025 | Department of Defense | Supply Technician | 2005 - Supply Clerical And Technician | Marine Corps Air Station Miramar, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842425000 |
| 842392700 | 8/4/2025 | Department of Defense | Store Worker | 6914 - Store Working | Port Hueneme, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842392700 |
| 842453200 | 8/5/2025 | Executive Office of the President | Policy Analyst | 0301 - Miscellaneous Administration And Program | District of Columbia, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/842453200 |
| 842375100 | 8/5/2025 | Department of Agriculture | Agriculturist (New World Screwworm Program Manager) | 0401 - General Natural Resources Management And Bi | College Station, Texas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842375100 |
| 842400000 | 8/5/2025 | Department of the Interior | Lead Wildland Firefighter (Engine Captain) | 0456 - Wildland Fire Management | Titusville, Florida | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/842400000 |
| 842463300 | 8/5/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/842463300 |
| 842427600 | 8/5/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842427600 |
| 842390900 | 8/5/2025 | Department of Agriculture | Loan Specialist (Agricultural) | 1165 - Loan Specialist | Roswell, New Mexico | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842390900 |
| 842389100 | 8/5/2025 | Department of Homeland Security | Supervisory Immigration Services Assistant (SISA) | 1802 - Compliance Inspection And Support | Fresno, California | GS-10/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842389100 |
| 842443700 | 8/5/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Langdon, North Dakota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842443700 |
| 842450900 | 8/5/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Batesville, Arkansas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842450900 |
| 842453400 | 8/5/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Sequoia National Park, California | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/842453400 |
| 842454400 | 8/5/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Sequoia National Park, California | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/842454400 |
| 842540200 | 8/5/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - Skills) | 0101 - Social Science | Beaumont, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842540200 |
| 842517400 | 8/5/2025 | Department of Agriculture | Lead Intelligence Operations Specialist | 0132 - Intelligence | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842517400 |
| 842560700 | 8/5/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Fort Devens, Massachusetts | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842560700 |
| 842563700 | 8/5/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Duluth, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842563700 |
| 842514800 | 8/5/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (LER) Deputy Chief | 0201 - Human Resources Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842514800 |
| 842592500 | 8/5/2025 | Department of Justice | Administrative Services Specialist | 0301 - Miscellaneous Administration And Program | Shreveport, Louisiana | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/842592500 |
| 842579000 | 8/5/2025 | Department of the Interior | Management and Program Analyst (Fire Program Analyst) | 0343 - Management And Program Analysis | Sacramento, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842579000 |
| 842579500 | 8/5/2025 | Department of the Interior | Management and Program Analyst (Fire Program Analyst) | 0343 - Management And Program Analysis | Bakersfield, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842579500 |
| 842512200 | 8/5/2025 | Department of the Interior | Wildland Firefighter (Helitack Senior Firefighter) | 0456 - Wildland Fire Management | Billings, Montana | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842512200 |
| 842558000 | 8/5/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Sacaton, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842558000 |
| 842510300 | 8/5/2025 | Department of Justice | Nursing Assistant | 0621 - Nursing Assistant | Springfield, Missouri | GL-04/05 | Questionnaire with EO question | https://www.usajobs.gov/job/842510300 |
| 842539600 | 8/5/2025 | Department of Justice | Dietician (Clinical Dietician) | 0630 - Dietitian And Nutritionist | Federal Medical Center Carswell, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842539600 |
| 842570000 | 8/5/2025 | Department of Justice | Supervisory Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Marianna, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842570000 |
| 842478500 | 8/5/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Grand Forks AFB, North Dakota | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842478500 |
| 842478600 | 8/5/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Buckley AFB, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842478600 |
| 842479200 | 8/5/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Buckley AFB, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842479200 |
| 842479700 | 8/5/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Grand Forks AFB, North Dakota | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842479700 |
| 842546500 | 8/5/2025 | Department of the Navy | Food & Beverage Manager - Shenanigan's, PMRF | 1101 - General Business And Industry | Kauai Island, Hawaii | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/842546500 |
| 842510100 | 8/5/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Brecksville, Ohio | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/842510100 |
| 842585800 | 8/5/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Sequoia National Park, California | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/842585800 |
| 842481900 | 8/5/2025 | Department of Defense | Meat Cutter Leader | 7407 - Meatcutting | Travis AFB, California | WL-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842481900 |
| 842567400 | 8/5/2025 | Department of the Interior | Park Ranger (P) - Green River District Ranger - Supervisory | 0025 - Park Ranger | Jensen, Utah | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842567400 |
| 842472100 | 8/6/2025 | Executive Office of the President | Policy Analyst | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/842472100 |
| 842562100 | 8/6/2025 | Department of Transportation | Associate Administrator for Pipeline Safety | 0340 - Program Management | Washington, District of Columbia | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842562100 |
| 842541000 | 8/6/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842541000 |
| 842583600 | 8/6/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Parker, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842583600 |
| 842431900 | 8/6/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842431900 |
| 842536000 | 8/6/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Sacramento, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842536000 |
| 842574500 | 8/6/2025 | Department of Homeland Security | Supervisory Immigration Services Officer (Field Office Director) | 1801 - General Inspection, Investigation, Enforcem | Oakland Park, Florida | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842574500 |
| 842707100 | 8/6/2025 | Department of Justice | Correctional Program Officer (Executive Assistant) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842707100 |
| 842714800 | 8/6/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist - Spanish) | 0101 - Social Science | Miami, Florida | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842714800 |
| 842672900 | 8/6/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Forrest City, Arkansas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842672900 |
| 842699300 | 8/6/2025 | Department of Justice | Supervisory Clinical Psychologist (Chief, Mental Health Services) | 0180 - Psychology | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842699300 |
| 842631700 | 8/6/2025 | Department of Homeland Security | Program Manager | 0340 - Program Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842631700 |
| 842682400 | 8/6/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Washington, District of Columbia | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842682400 |
| 842635600 | 8/6/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Parker, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842635600 |
| 842649400 | 8/6/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842649400 |
| 842620800 | 8/6/2025 | Department of Justice | Nurse (Oncology Nurse) | 0610 - Nurse | Butner Federal Correctional Complex, North Carolin | GL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/842620800 |
| 842666300 | 8/6/2025 | Department of Justice | Recreation Therapist | 0638 - Recreation/Creative Arts Therapist | Rochester, Minnesota | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/842666300 |
| 842674700 | 8/6/2025 | Department of Justice | Respiratory Therapist | 0651 - Respiratory Therapist | Springfield, Missouri | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/842674700 |
| 842625000 | 8/6/2025 | Department of Homeland Security | Writer/Editor | 1082 - Writing And Editing | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842625000 |
| 842615300 | 8/6/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Wright-Patterson AFB, Ohio | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842615300 |
| 842654600 | 8/6/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Carlisle Barracks, Pennsylvania | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842654600 |

A113

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 842657800 | 8/6/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Carlisle Barracks, Pennsylvania | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842657800 |
| 842660500 | 8/6/2025 | Department of the Interior | Field Staff Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Barstow, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842660500 |
| 842660900 | 8/6/2025 | Department of the Interior | Land Management Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Barstow, California | GL-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842660900 |
| 842638100 | 8/6/2025 | Department of Homeland Security | Supervisory Immigration Services Assistant (SISA) | 1802 - Compliance Inspection And Support | Sacramento, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842638100 |
| 842674500 | 8/6/2025 | Department of the Army | SUPERVISORY SUPPLY SYSTEMS ANALYST (TITLE 32) | 2003 - Supply Program Management | Camp Blanding, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842674500 |
| 842614700 | 8/6/2025 | Department of the Air Force | SUPERVISORY TRAFFIC MANAGEMENT SPECIALIST | 2130 - Traffic Management | Hanscom AFB, Massachusetts | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842614700 |
| 842662600 | 8/6/2025 | Department of the Air Force | AIRFIELD MANAGER | 2150 - Transportation Operations | Niagara Falls, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842662600 |
| 842643200 | 8/6/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Tobyhanna, Pennsylvania | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842643200 |
| 842704600 | 8/6/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Seymour Johnson AFB, North Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842704600 |
| 842709700 | 8/6/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Sill, Oklahoma | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842709700 |
| 842647800 | 8/7/2025 | Department of Defense | Teller | 0530 - Cash Processing | Tinker AFB, Oklahoma | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842647800 |
| 842670100 | 8/7/2025 | Department of Transportation | General Engineer (Cost Engineer) - DIRECT HIRE | 0801 - General Engineering | Kings Point, New York | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/842670100 |
| 842634400 | 8/7/2025 | Department of Transportation | Campus-Wide Maintenance Contract Program Advisor (Open to both U.S. Citizens and Federal Employees) | 1101 - General Business And Industry | Kings Point, New York | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842634400 |
| 842724800 | 8/7/2025 | Department of Agriculture | Loan Assistant/Specialist (Agricultural) | 1165 - Loan Specialist | Billings, Montana | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842724800 |
| 842652500 | 8/7/2025 | Other Agencies and Independent Organizations | Senior IT Specialist (Security), CG-2210-14 | 2210 - Information Technology Management | Washington, District of Columbia | CG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842652500 |
| 842816700 | 8/7/2025 | Department of Justice | Associate Warden | 0006 - Correctional Institution Administration | Guaynabo, Puerto Rico | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842816700 |
| 842842500 | 8/7/2025 | Department of the Interior | Supervisory Correctional Officer | 0007 - Correctional Officer | Fort Totten, North Dakota | GL-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842842500 |
| 842848300 | 8/7/2025 | Department of the Interior | Park Ranger (Protection) | 0025 - Park Ranger | Fairbanks, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842848300 |
| 842788600 | 8/7/2025 | Department of Energy | Security Officer | 0080 - Security Administration | Lakewood, Colorado | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842788600 |
| 842788700 | 8/7/2025 | Department of Homeland Security | Deputy Chief | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842788700 |
| 842805100 | 8/7/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842805100 |
| 842799900 | 8/7/2025 | Department of Defense | FINANCIAL ANALYST | 0501 - Financial Administration And Program | Fort Lee, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842799900 |
| 842775000 | 8/7/2025 | Department of Defense | FINANCIAL TECHNICIAN | 0503 - Financial Clerical And Assistance | Fort Lee, Virginia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842775000 |
| 842764300 | 8/7/2025 | Other Agencies and Independent Organizations | Reactor Systems Engineer | 0801 - General Engineering | Rockville, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842764300 |
| 842828800 | 8/7/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Glenville, West Virginia | GS-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/842828800 |
| 842733500 | 8/7/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Tinker AFB, Oklahoma | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842733500 |
| 842760200 | 8/7/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Groton Submarine Base, Connecticut | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842760200 |
| 842774300 | 8/7/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Cherry Point, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842774300 |
| 842784600 | 8/7/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Schofield Barracks, Hawaii | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842784600 |
| 842792100 | 8/7/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Keesler AFB, Mississippi | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842792100 |
| 842820200 | 8/7/2025 | Department of Defense | Lead Store Associate | 1101 - General Business And Industry | Schofield Barracks, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842820200 |
| 842863300 | 8/7/2025 | Department of Health and Human Services | Supervisory Contract Specialist | 1102 - Contracting | Hamilton, Missouri | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842863300 |
| 842863500 | 8/7/2025 | Department of Health and Human Services | Contract Specialist | 1102 - Contracting | Hamilton, Missouri | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842863500 |
| 842865800 | 8/7/2025 | Department of Health and Human Services | Contract Specialist | 1102 - Contracting | Hamilton, Missouri | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/842865800 |
| 842765800 | 8/7/2025 | Department of the Interior | Wildland Fire Training Specialist - Direct Hire Authority | 1712 - Training Instruction | Aberdeen, South Dakota | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842765800 |
| 842806800 | 8/7/2025 | Department of the Interior | Law Enforcement Officer (Instructor) | 1801 - General Inspection, Investigation, Enforcem | Artesia, New Mexico | GL-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842806800 |
| 842815100 | 8/7/2025 | Department of Commerce | Supervisory Export Enforcement Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/842815100 |
| 842811600 | 8/7/2025 | Department of the Air Force | SUPERVISORY SUPPLY MANAGEMENT SPECIALIST | 2003 - Supply Program Management | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842811600 |
| 842798300 | 8/7/2025 | Department of the Air Force | THEATER AEROSPACE OPERATIONS COMMAND AND CONTROL SPECIALIST (TITLE 32) | 2101 - Transportation Specialist | Tyndall AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842798300 |
| 842745900 | 8/7/2025 | Department of the Air Force | SUPERVISORY IT CYBERSECURITY SPECIALIST (INFOSEC) (TITLE 5) | 2210 - Information Technology Management | Jacksonville, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842745900 |
| 842781200 | 8/7/2025 | Department of the Air Force | IT CYBERSECURITY SPECIALIST (INFOSEC) (TITLE 5) | 2210 - Information Technology Management | Jacksonville, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842781200 |
| 842751200 | 8/7/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Knox, Kentucky | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842751200 |
| 842752300 | 8/7/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Knox, Kentucky | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842752300 |
| 842788800 | 8/7/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Keesler AFB, Mississippi | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842788800 |
| 842826700 | 8/7/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fairchild AFB, Washington | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842826700 |
| 842870200 | 8/7/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Andersen Air Base, Guam | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842870200 |
| 842804300 | 8/8/2025 | Department of the Air Force | HISTORIAN | 0170 - History | Vance AFB, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842804300 |
| 842656900 | 8/8/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Savannah, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842656900 |
| 842826400 | 8/8/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Montclair, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/842826400 |
| 842809100 | 8/8/2025 | Department of Transportation | General Engineer - DIRECT HIRE | 0801 - General Engineering | Washington, District of Columbia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842809100 |
| 842836400 | 8/8/2025 | Department of Transportation | Marine Surveyor (Open to both U.S. Citizens and Federal Employees) | 0873 - Marine Survey Technical | Beaumont, Texas | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842836400 |
| 842829700 | 8/8/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Fowler, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842829700 |
| 842845800 | 8/8/2025 | Department of Transportation | Deck Operations Supervisor (Open to both U.S. Citizens and Federal Employees) | 5782 - Ship Operating | Beaumont, Texas | WS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842845800 |
| 842877900 | 8/8/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Craig, Colorado | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842877900 |
| 842940600 | 8/8/2025 | Department of the Interior | Park Ranger (Protection) - Law Enforcement Specialist | 0025 - Park Ranger | Estes Park, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842940600 |
| 842916600 | 8/8/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - Challenge) | 0101 - Social Science | Beaumont, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842916600 |
| 842910700 | 8/8/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator – Resolve) | 0180 - Psychology | Ashland, Kentucky | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/842910700 |
| 842897500 | 8/8/2025 | Department of the Air Force | SUPERVISORY STRATEGIC PLANNER | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842897500 |
| 842911300 | 8/8/2025 | Other Agencies and Independent Organizations | Regional Director, EM-0301-00 (Public) | 0301 - Miscellaneous Administration And Program | Atlanta, Georgia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842911300 |
| 842911800 | 8/8/2025 | Other Agencies and Independent Organizations | Regional Director, EM-0301-00 (Merit Promotion) | 0301 - Miscellaneous Administration And Program | Atlanta, Georgia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842911800 |
| 842912200 | 8/8/2025 | Other Agencies and Independent Organizations | Senior Deputy Director, Supervision and Examinations Branch, EM-0301-00 (Public) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842912200 |
| 842912600 | 8/8/2025 | Other Agencies and Independent Organizations | Senior Deputy Director, Supervision and Examinations Branch, EM-0301-00 (Merit Promotion) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/842912600 |
| 842916100 | 8/8/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Mildenhall, United Kingdom | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842916100 |
| 842971200 | 8/8/2025 | Department of the Army | PROJECT COORDINATION SPECIALIST (TITLE 5) | 0301 - Miscellaneous Administration And Program | Saint Augustine, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842971200 |
| 842899300 | 8/8/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Saratoga Springs, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842899300 |
| 842917400 | 8/8/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Vance AFB, Oklahoma | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842917400 |
| 842948800 | 8/8/2025 | Department of the Interior | Supervisory Wildland Fire Fighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Parker, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842948800 |

A114

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 842904500 | 8/8/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Yankton, South Dakota | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/842904500 |
| 842916200 | 8/8/2025 | Department of Justice | Supervisory Nurse (Supervisory Clinical Nurse) | 0610 - Nurse | Butner Federal Correctional Complex, North Carolin | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842916200 |
| 842900200 | 8/8/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Florence, Colorado | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/842900200 |
| 842951600 | 8/8/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Three Rivers, Texas | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/842951600 |
| 842944300 | 8/8/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Tallahassee, Florida | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/842944300 |
| 842880800 | 8/8/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Fort Myer, Virginia | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842880800 |
| 842912000 | 8/8/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Naval Air Station San Diego, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842912000 |
| 842919300 | 8/8/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Schofield Barracks, Hawaii | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842919300 |
| 842919600 | 8/8/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Schofield Barracks, Hawaii | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842919600 |
| 842935200 | 8/8/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Saratoga Springs, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842935200 |
| 842937200 | 8/8/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Saratoga Springs, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842937200 |
| 842946400 | 8/8/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | San Diego, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842946400 |
| 842952400 | 8/8/2025 | Department of Agriculture | Loan Assistant/Specialist (Agricultural) | 1165 - Loan Specialist | Clarion, Pennsylvania | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842952400 |
| 842909200 | 8/8/2025 | Department of Commerce | Physical Scientist | 1301 - General Physical Science | College Park, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842909200 |
| 842911000 | 8/8/2025 | Department of Commerce | Physical Scientist | 1301 - General Physical Science | College Park, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842911000 |
| 842911100 | 8/8/2025 | Department of Commerce | Physical Scientist | 1301 - General Physical Science | College Park, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/842911100 |
| 842886700 | 8/8/2025 | Department of the Interior | Engineering Equipment Operator (Fire) - Direct Hire Authority | 5716 - Engineering Equipment Operating | Hines, Oregon | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/842886700 |
| 842905200 | 8/8/2025 | Department of Defense | STORE WORKER | 6914 - Store Working | Offutt AFB, Nebraska | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842905200 |
| 842915100 | 8/8/2025 | Department of Defense | Store Worker | 6914 - Store Working | Schofield Barracks, Hawaii | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842915100 |
| 842878000 | 8/8/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Tinker AFB, Oklahoma | WS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842878000 |
| 842898400 | 8/8/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Campbell, Kentucky | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842898400 |
| 842914600 | 8/8/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Campbell, Kentucky | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842914600 |
| 842915700 | 8/8/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Andersen Air Base, Guam | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842915700 |
| 842925800 | 8/8/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Kansas City, Missouri | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842925800 |
| 842930000 | 8/8/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Kansas City, Missouri | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842930000 |
| 842955500 | 8/8/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Rucker, Alabama | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842955500 |
| 842961200 | 8/8/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Air Force Academy, Colorado | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842961200 |
| 843423500 | 8/8/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Saratoga Springs, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843423500 |
| 842789000 | 8/11/2025 | Department of the Interior | Safety and Occupational Health Manager | 0018 - Safety and Occupational Health Management | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842789000 |
| 842668100 | 8/11/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842668100 |
| 842541600 | 8/11/2025 | Department of Homeland Security | Logistics Management Specialist | 0346 - Logistics Management | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842541600 |
| 842926200 | 8/11/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Missoula, Montana | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/842926200 |
| 842779200 | 8/11/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Billings, Montana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/842779200 |
| 842780300 | 8/11/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Billings, Montana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/842780300 |
| 842753100 | 8/11/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Fresno, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842753100 |
| 842769500 | 8/11/2025 | Department of Agriculture | Supervisory Criminal Investigator | 1811 - Criminal Investigation | Vancouver, Washington | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/842769500 |
| 842894700 | 8/11/2025 | Department of Transportation | Supply Management Specialist (Open to both U.S. Citizens and Federal Employees) | 2003 - Supply Program Management | Beaumont, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/842894700 |
| 842510600 | 8/11/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Brecksville, Ohio | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/842510600 |
| 843006100 | 8/11/2025 | Department of the Interior | Park Ranger (P) | 0025 - Park Ranger | Republic, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843006100 |
| 843052200 | 8/11/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Sheridan, Oregon | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843052200 |
| 843041800 | 8/11/2025 | Department of the Air Force | FOREIGN AFFAIRS SPECIALIST | 0130 - Foreign Affairs | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843041800 |
| 843067900 | 8/11/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" STAGES) | 0180 - Psychology | Terre Haute, Indiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843067900 |
| 843052900 | 8/11/2025 | Other Agencies and Independent Organizations | Senior Human Resources Specialist (Employee Benefits) | 0201 - Human Resources Management | Rockville, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843052900 |
| 843086900 | 8/11/2025 | Department of Homeland Security | Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843086900 |
| 843008900 | 8/11/2025 | Department of the Interior | Management and Program Analyst (Fire Business) - Direct Hire Authority | 0343 - Management And Program Analysis | Aberdeen, South Dakota | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843008900 |
| 843042500 | 8/11/2025 | Department of the Interior | Supervisory Wildland Firefighter (State Fire Management Officer) | 0456 - Wildland Fire Management | Cheyenne, Wyoming | GW-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843042500 |
| 843060200 | 8/11/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Atlanta, Georgia | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/843060200 |
| 843011600 | 8/11/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Shreveport, Louisiana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843011600 |
| 843014400 | 8/11/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Shreveport, Louisiana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843014400 |
| 843059000 | 8/11/2025 | Department of Justice | Health Information Technician | 0675 - Medical Records Technician | Ray Brook, New York | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843059000 |
| 843026100 | 8/11/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Miami, Florida | GS-10/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843026100 |
| 843053200 | 8/11/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Fort Sill, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843053200 |
| 843054800 | 8/11/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Fort Rucker, Alabama | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843054800 |
| 843068600 | 8/11/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Marine Corps Air Station Miramar, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843068600 |
| 842998200 | 8/11/2025 | Department of the Air Force | EQUIPMENT SPECIALIST (ORDNANCE) | 1670 - Equipment Services | Kirtland AFB, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842998200 |
| 843006800 | 8/11/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Oklahoma City, Oklahoma | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843006800 |
| 843056000 | 8/11/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Imperial Beach, California | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843056000 |
| 842996600 | 8/11/2025 | Department of the Interior | Seasonal Custodial Worker (MVO) | 3566 - Custodial Working | Hot Springs, South Dakota | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/842996600 |
| 843018200 | 8/11/2025 | Department of Defense | Store Worker | 6914 - Store Working | Imperial Beach, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843018200 |
| 843024400 | 8/11/2025 | Department of Defense | MEATCUTTER SUPERVISOR | 7407 - Meatcutting | Bremerton, Washington | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843024400 |
| 843042800 | 8/11/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Cannon AFB, New Mexico | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843042800 |
| 843010100 | 8/12/2025 | Department of the Interior | Supervisory Park Ranger (P) | 0025 - Park Ranger | Highlands, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843010100 |
| 843035300 | 8/12/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | New Harmony, Utah | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843035300 |
| 843084400 | 8/12/2025 | Department of the Interior | Supervisory Park Ranger (Chief Ranger-Protection) | 0025 - Park Ranger | Luray, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843084400 |
| 843047200 | 8/12/2025 | Department of Homeland Security | SUPERVISORY INTELLIGENCE RESEARCH SPECIALIST | 0132 - Intelligence | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843047200 |
| 843059200 | 8/12/2025 | Department of Homeland Security | SUPERVISORY INTELLIGENCE RESEARCH SPECIALIST | 0132 - Intelligence | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843059200 |
| 843066300 | 8/12/2025 | Department of Defense | Lead Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Fort Meade, Maryland | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/843066300 |
| 843062600 | 8/12/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843062600 |
| 843076000 | 8/12/2025 | Department of the Air Force | TRAINING INSTRUCTOR (AIR WEAPONS CONTROL) | 1712 - Training Instruction | Luke AFB, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843076000 |
| 843083700 | 8/12/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | New Delhi, India | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843083700 |
| 842745400 | 8/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Bryan, Texas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842745400 |
| 842779800 | 8/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Tierra Amarilla, New Mexico | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/842779800 |
| 843004600 | 8/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Windsor, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843004600 |
| 843006700 | 8/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Plover, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843006700 |
| 843008800 | 8/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Arcadia, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843008800 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 843009500 | 8/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Sigourney, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843009500 |
| 843053900 | 8/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Abbotsford, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843053900 |
| 843061800 | 8/12/2025 | Department of the Air Force | SUPERVISORY SUPPLY MANAGEMENT SPECIALIST | 2003 - Supply Program Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843061800 |
| 843095500 | 8/12/2025 | Department of the Interior | Lead Public Safety Dispatcher | 2151 - Dispatching | El Portal, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843095500 |
| 843158500 | 8/12/2025 | Department of Justice | Correctional Program Specialist (Mentor Coordinator) | 0006 - Correctional Institution Administration | Florence, Colorado | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/843158500 |
| 843178600 | 8/12/2025 | Department of the Interior | Park Ranger (Preventative Search and Rescue) | 0025 - Park Ranger | New York, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843178600 |
| 843187900 | 8/12/2025 | Department of the Interior | Supervisory Park Ranger (Emergency Services) | 0025 - Park Ranger | New York, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843187900 |
| 843124500 | 8/12/2025 | Department of the Air Force | SECURITY SPECIALIST (TITLE 5) | 0080 - Security Administration | Jacksonville, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843124500 |
| 843191400 | 8/12/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Oakdale, Louisiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843191400 |
| 843155300 | 8/12/2025 | Department of the Air Force | INTELLIGENCE OPERATIONS SPECIALIST (TITLE 32) | 0132 - Intelligence | Tyndall AFB, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843155300 |
| 843112200 | 8/12/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Federal Medical Center Carswell, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843112200 |
| 843114900 | 8/12/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Rochester, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843114900 |
| 843183600 | 8/12/2025 | Department of Justice | Social Worker | 0185 - Social Work | Tucson, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843183600 |
| 843125200 | 8/12/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Chief Worklife and Employee Programs) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843125200 |
| 843127700 | 8/12/2025 | Department of the Air Force | OPERATIONAL JOINT INTERFACE CONTROL TECH (TITLE 5) | 0301 - Miscellaneous Administration And Program | Tyndall AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843127700 |
| 843182900 | 8/12/2025 | Department of the Air Force | DEPUTY CHIEF OF STAFF | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843182900 |
| 843202500 | 8/12/2025 | Department of the Air Force | EXECUTIVE DIRECTOR | 0301 - Miscellaneous Administration And Program | Barksdale AFB, Louisiana | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843202500 |
| 843108100 | 8/12/2025 | Department of Justice | Religious Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Florence, Colorado | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/843108100 |
| 843116300 | 8/12/2025 | Department of the Interior | Wildland Firefighter (Aviation) Unit Aviation Manager - Direct Hire Authority | 0456 - Wildland Fire Management | Safford, Arizona | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843116300 |
| 843157000 | 8/12/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Miami, Oklahoma | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843157000 |
| 843115000 | 8/12/2025 | Department of the Air Force | BUDGET OFFICER (TITLE 32) | 0560 - Budget Analysis | Jacksonville, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843115000 |
| 843203100 | 8/12/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Tampa, Florida | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843203100 |
| 843196800 | 8/12/2025 | Department of the Air Force | PRODUCTION CONTROLLER (SCHEDULING)(TITLE 5) | 1152 - Production Control | Jacksonville, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843196800 |
| 843154000 | 8/12/2025 | Department of the Interior | Deputy Field Division Manager | 1601 - Equipment Facilities, And Services | Page, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843154000 |
| 843151700 | 8/12/2025 | Department of Justice | Training Instructor (Vocational Training Instructor - Dog Trainer) | 1712 - Training Instruction | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843151700 |
| 843210000 | 8/12/2025 | Department of Energy | Senior Aviation Safety Officer | 1801 - General Inspection, Investigation, Enforcem | Livermore, California | NQ-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843210000 |
| 843158100 | 8/12/2025 | Department of the Air Force | THEATER AEROSPACE OPERATIONS COMMAND AND CONTROL SPECIALIST (TITLE 32) | 2101 - Transportation Specialist | Tyndall AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843158100 |
| 843112700 | 8/12/2025 | Department of Energy | IT Cybersecurity Specialist (CYBERMGT) | 2210 - Information Technology Management | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843112700 |
| 843149200 | 8/12/2025 | Department of the Air Force | ITSPEC (SYSADMIN) (TITLE 32) | 2210 - Information Technology Management | Tyndall AFB, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843149200 |
| 843151500 | 8/12/2025 | Department of the Air Force | ITSPEC (SYSADMIN) (TITLE 32) | 2210 - Information Technology Management | Tyndall AFB, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843151500 |
| 843155500 | 8/12/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Randolph AFB, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843155500 |
| 843244600 | 8/12/2025 | Department of the Interior | Supervisory Park Ranger (P) | 0025 - Park Ranger | Houghton, Michigan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843244600 |
| 843069600 | 8/12/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Fort Meade, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843069600 |
| 843073700 | 8/12/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Annapolis, Maryland | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843073700 |
| 843213800 | 8/13/2025 | Department of Justice | Financial Litigation Technician | 0303 - Miscellaneous Clerk And Assistant | Seattle, Washington | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843213800 |
| 843213900 | 8/13/2025 | Department of Justice | Financial Litigation Technician | 0303 - Miscellaneous Clerk And Assistant | Seattle, Washington | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843213900 |
| 843171900 | 8/13/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Fort Worth, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843171900 |
| 843160300 | 8/13/2025 | Department of the Interior | Wildland Firefighter (Fire Management Planning) | 0456 - Wildland Fire Management | Titusville, Florida | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843160300 |
| 843158300 | 8/13/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Concord, New Hampshire | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843158300 |
| 843118100 | 8/13/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Langley AFB, Virginia | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843118100 |
| 843148700 | 8/13/2025 | Department of Agriculture | Loan Assistant/Loan Specialist (Agricultural) | 1165 - Loan Specialist | The Dalles, Oregon | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843148700 |
| 842493400 | 8/13/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | San Francisco, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842493400 |
| 843159500 | 8/13/2025 | Department of Homeland Security | Supervisory Inventory Management Specialist | 2010 - Inventory Management | Frederick, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843159500 |
| 843123500 | 8/13/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | San Francisco, California | GS-6/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843123500 |
| 843114700 | 8/13/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Langley AFB, Virginia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843114700 |
| 843272900 | 8/13/2025 | Other Agencies and Independent Organizations | Supervisory Social Science Analyst | 0101 - Social Science | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843272900 |
| 843321000 | 8/13/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Oakdale, Louisiana | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/843321000 |
| 843314800 | 8/13/2025 | Department of the Interior | Social Worker (Child Welfare) | 0185 - Social Work | Sacramento, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843314800 |
| 843334500 | 8/13/2025 | Department of the Interior | Social Worker (IIM) | 0185 - Social Work | Sacramento, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843334500 |
| 843246800 | 8/13/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Milan, Michigan | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843246800 |
| 843264200 | 8/13/2025 | Department of Justice | Administrative Services Specialist | 0301 - Miscellaneous Administration And Program | Tampa, Florida | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843264200 |
| 843243500 | 8/13/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Vandenberg AFB, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843243500 |
| 843252300 | 8/13/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Seatac, Washington | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843252300 |
| 843310000 | 8/13/2025 | Department of Justice | Secretary | 0318 - Secretary | Florence, Colorado | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/843310000 |
| 843297500 | 8/13/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843297500 |
| 843330200 | 8/13/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843330200 |
| 843293200 | 8/13/2025 | Department of Commerce | Staff Accountant | 0510 - Accounting | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843293200 |
| 843295700 | 8/13/2025 | Department of Commerce | Staff Accountant | 0510 - Accounting | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843295700 |
| 843296300 | 8/13/2025 | Department of Commerce | Staff Accountant | 0510 - Accounting | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843296300 |
| 843298400 | 8/13/2025 | Department of Commerce | Staff Accountant | 0510 - Accounting | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843298400 |
| 843276300 | 8/13/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Tucson, Arizona | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/843276300 |
| 843233300 | 8/13/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Chicago, Illinois | GS-07 | Questionnaire with EO question | https://www.usajobs.gov/job/843233300 |
| 843245700 | 8/13/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Tucson, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843245700 |
| 843267200 | 8/13/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Chicago, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843267200 |
| 843271300 | 8/13/2025 | Department of the Army | Interdisciplinary | 0801 - General Engineering | Redstone Arsenal, Alabama | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843271300 |
| 843331900 | 8/13/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Big Spring, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843331900 |
| 843336800 | 8/13/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Lewis Run, Pennsylvania | GL-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/843336800 |
| 843303000 | 8/13/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Springfield, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843303000 |
| 843223500 | 8/13/2025 | Department of Justice | Supervisory Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Atlanta, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843223500 |
| 843275700 | 8/13/2025 | Other Agencies and Independent Organizations | Supervisory Attorney (Investigative) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843275700 |
| 843265600 | 8/13/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Orlando, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843265600 |
| 843326100 | 8/13/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Fresno, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843326100 |
| 843327000 | 8/13/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Fresno, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843327000 |
| 843327100 | 8/13/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Sacramento, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843327100 |
| 843327600 | 8/13/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Sacramento, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843327600 |

A116

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 843253800 | 8/13/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Nellis AFB, Nevada | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843253800 |
| 843264600 | 8/13/2025 | Other Agencies and Independent Organizations | Supervisory International Trade Analyst | 1101 - General Business And Industry | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843264600 |
| 843307100 | 8/13/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Malmstrom AFB, Montana | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843307100 |
| 843261600 | 8/13/2025 | Department of the Air Force | LIBRARY TECHNICIAN | 1411 - Library Technician | Lackland AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843261600 |
| 843272400 | 8/13/2025 | Department of Justice | Teacher - Special Education (Special Education Teacher) | 1710 - Education And Vocational Training | Marianna, Florida | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843272400 |
| 843300700 | 8/13/2025 | Department of Justice | Teacher - Special Education (Special Education Teacher) | 1710 - Education And Vocational Training | Coleman, Florida | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843300700 |
| 843301300 | 8/13/2025 | Department of Justice | Teacher - Special Education (Special Education Teacher) | 1710 - Education And Vocational Training | Jesup, Georgia | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843301300 |
| 843331500 | 8/13/2025 | Department of Commerce | Supervisory International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843331500 |
| 843333100 | 8/13/2025 | Department of Commerce | Supervisory International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843333100 |
| 843270500 | 8/13/2025 | Department of the Army | Test Pilot Flight Instructor | 2181 - Aircraft Operation | Patuxent River, Maryland | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843270500 |
| 843324700 | 8/13/2025 | Department of the Air Force | SUPERVISORY AIRPLANE PILOT (SIMULATOR INSTRUCTOR) | 2181 - Aircraft Operation | Vance AFB, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843324700 |
| 843309400 | 8/13/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Fort Benning, Georgia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843309400 |
| 843316600 | 8/14/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Vale, Oregon | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843316600 |
| 843185400 | 8/14/2025 | Department of Agriculture | LOAN ASSISTANT/LOAN SPECIALIST (AGRL) | 1165 - Loan Specialist | Chinook, Montana | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843185400 |
| 843057400 | 8/14/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | New Orleans, Louisiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843057400 |
| 843057500 | 8/14/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | New Orleans, Louisiana | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843057500 |
| 843322900 | 8/14/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843322900 |
| 843324600 | 8/14/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843324600 |
| 843237600 | 8/14/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Huntingburg, Indiana | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843237600 |
| 843286500 | 8/14/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Nebraska City, Nebraska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843286500 |
| 843410800 | 8/14/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Oakdale, Louisiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843410800 |
| 843435600 | 8/14/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Phoenix, Arizona | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843435600 |
| 843357300 | 8/14/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843357300 |
| 843365700 | 8/14/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Stepdown) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843365700 |
| 843381100 | 8/14/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator -  Advance Care Level) | 0180 - Psychology | Rochester, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843381100 |
| 843387500 | 8/14/2025 | Department of Justice | Clinical Psychologist (Administrative Maximum Unit Psychologist) | 0180 - Psychology | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843387500 |
| 843397800 | 8/14/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Oakdale, Louisiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843397800 |
| 843411100 | 8/14/2025 | Other Agencies and Independent Organizations | DEPUTY DIRECTOR | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843411100 |
| 843444200 | 8/14/2025 | Department of the Interior | Lead Wildland Firefighter (Fire Ops) - Direct Hire Authority | 0456 - Wildland Fire Management | Winnebago, Nebraska | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843444200 |
| 843465400 | 8/14/2025 | Department of the Interior | Wildland Firefighter (Module Leader - Wildland Fire Module) - Direct Hire Authority | 0456 - Wildland Fire Management | Lewistown, Montana | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/843465400 |
| 843465500 | 8/14/2025 | Department of the Interior | Wildland Firefighter (Assistant Module Leader - Wildland Fire Module) - Direct Hire Authority | 0456 - Wildland Fire Management | Lewistown, Montana | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843465500 |
| 843411600 | 8/14/2025 | Department of the Interior | Irrigation System Operator | 0459 - Irrigation System Operation | Saint Ignatius, Montana | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843411600 |
| 843453700 | 8/14/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | Oakdale, Louisiana | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843453700 |
| 843353200 | 8/14/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Grand Marsh, Wisconsin | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843353200 |
| 843357400 | 8/14/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Chicago, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843357400 |
| 843407200 | 8/14/2025 | Other Agencies and Independent Organizations | Senior Attorney Advisor | 0905 - Attorney | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/843407200 |
| 843409300 | 8/14/2025 | Other Agencies and Independent Organizations | SUPERVISORY ATTORNEY ADVISOR (DEPUTY DIRECTOR) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843409300 |
| 843418900 | 8/14/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Fort Bragg, North Carolina | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843418900 |
| 843451400 | 8/14/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Fort Leavenworth, Kansas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843451400 |
| 843449100 | 8/14/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Oakdale, Louisiana | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/843449100 |
| 843426300 | 8/14/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Florence, Colorado | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843426300 |
| 843359700 | 8/14/2025 | Department of Justice | Teacher - Special Education (Special Education Teacher) | 1710 - Education And Vocational Training | Herlong Sierra Ordnance Depot, California | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843359700 |
| 843375400 | 8/14/2025 | Department of Justice | Teacher - Special Education (Special Education Teacher) | 1710 - Education And Vocational Training | Phoenix, Arizona | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843375400 |
| 843385400 | 8/14/2025 | Department of Justice | Teacher-Special Education (Special Education Teacher) | 1710 - Education And Vocational Training | Kings, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843385400 |
| 843410200 | 8/14/2025 | Department of Justice | Teacher - Special Education (Special Education Teacher) | 1710 - Education And Vocational Training | Elkton, Ohio | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843410200 |
| 843356200 | 8/14/2025 | Department of the Army | ELECTRONICS MECHANIC (TITLE 32) | 2604 - Electronics Mechanic | Camp Blanding, Florida | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843356200 |
| 843418600 | 8/14/2025 | Department of the Army | ELECTRONICS MECHANIC (TITLE 32) | 2604 - Electronics Mechanic | Haines City, Florida | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843418600 |
| 843354500 | 8/14/2025 | Department of the Army | SURFACE MAINTENANCE REPAIRER (TITLE 32) | 5801 - Miscellaneous Transportation/Mobile Equipme | Plant City, Florida | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843354500 |
| 843360000 | 8/14/2025 | Department of the Army | SURFACE MAINTENANCE REPAIRER (TITLE 32) | 5801 - Miscellaneous Transportation/Mobile Equipme | Bonifay, Florida | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843360000 |
| 843366000 | 8/14/2025 | Department of the Army | SURFACE MAINTENANCE REPAIRER (TITLE 32) | 5801 - Miscellaneous Transportation/Mobile Equipme | Pensacola, Florida | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843366000 |
| 843365600 | 8/14/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Peterson AFB, Colorado | WS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843365600 |
| 843471300 | 8/14/2025 | Department of Justice | Law Student Volunteer - Spring 2026 | 0999 - Legal Occupations Student Trainee | Washington, District of Columbia | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/843471300 |
| 843452000 | 8/15/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Shasta, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843452000 |
| 843452200 | 8/15/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Shasta, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843452200 |
| 843356000 | 8/15/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Sioux Falls, South Dakota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843356000 |
| 843356700 | 8/15/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Sioux Falls, South Dakota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843356700 |
| 843375600 | 8/15/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Savannah, Georgia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843375600 |
| 843375800 | 8/15/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Savannah, Georgia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843375800 |
| 843382500 | 8/15/2025 | Department of Homeland Security | IMMIGRATION SERVICES ASSISTANT (OA) | 1802 - Compliance Inspection And Support | Montgomery, Alabama | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843382500 |
| 843308800 | 8/15/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Fort Benning, Georgia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843308800 |
| 843529100 | 8/15/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Bastrop, Texas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843529100 |
| 843553200 | 8/15/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Fort Worth, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/843553200 |
| 843520300 | 8/15/2025 | Executive Office of the President | Personnel Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843520300 |
| 843495600 | 8/15/2025 | Department of Energy | Lead Nuclear Materials Courier (MBF) | 0084 - Nuclear Materials Courier | Oak Ridge, Tennessee | NV-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843495600 |
| 843496000 | 8/15/2025 | Department of Energy | Lead Nuclear Materials Courier (SRF) | 0084 - Nuclear Materials Courier | Oak Ridge, Tennessee | NV-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843496000 |
| 843471600 | 8/15/2025 | Department of Justice | College Intern (Student Volunteer) Spring 2026 | 0099 - General Student Trainee | Washington, District of Columbia | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/843471600 |
| 843553400 | 8/15/2025 | Department of Justice | Records & Information Management Specialist | 0308 - Records & Information Management | Fresno, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843553400 |
| 843570200 | 8/15/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Little Rock AFB, Arkansas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843570200 |
| 843470700 | 8/15/2025 | Department of Health and Human Services | Program Analyst | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843470700 |
| 843491500 | 8/15/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Hurlburt Field, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843491500 |
| 843563200 | 8/15/2025 | Department of the Interior | Wildland Firefighter (Aviation Fixed-Wing Specialist) - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843563200 |
| 843278800 | 8/15/2025 | Executive Office of the President | Financial Specialist | 0501 - Financial Administration And Program | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843278800 |

A117

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 843301600 | 8/15/2025 | Executive Office of the President | Financial Analyst | 0501 - Financial Administration And Program | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843301600 |
| 843540500 | 8/15/2025 | Department of Justice | Advance Practice Nurse - Psychiatric (Psychiatric Mid-Level Practitioner) | 0610 - Nurse | Federal Medical Center Carswell, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843540500 |
| 843547600 | 8/15/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Butner Federal Correctional Complex, North Carolin | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843547600 |
| 843521300 | 8/15/2025 | Department of Justice | Health Technician (Phlebotomist) | 0640 - Health Aid And Technician | Chicago, Illinois | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/843521300 |
| 843473200 | 8/15/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Sandstone, Minnesota | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843473200 |
| 843562100 | 8/15/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Tucson, Arizona | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/843562100 |
| 843475100 | 8/15/2025 | Other Agencies and Independent Organizations | Attorney Advisor | 0905 - Attorney | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/843475100 |
| 843485600 | 8/15/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Jackson, Tennessee | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843485600 |
| 843485900 | 8/15/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Jackson, Tennessee | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843485900 |
| 843505500 | 8/15/2025 | Department of Justice | Legal Assistant (Office Automation) Grand Jury | 0986 - Legal Assistance | Jefferson City, Missouri | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843505500 |
| 843506800 | 8/15/2025 | Department of Justice | Legal Assistant (Office Automation) Grand Jury | 0986 - Legal Assistance | Jefferson City, Missouri | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843506800 |
| 843508200 | 8/15/2025 | Department of Justice | Lead Legal Assistant (OA) | 0986 - Legal Assistance | Houston, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843508200 |
| 843480700 | 8/15/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Knox, Kentucky | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843480700 |
| 843481400 | 8/15/2025 | Department of Defense | COMMISSARY CONTRACTOR MONITOR | 1101 - General Business And Industry | Fort Knox, Kentucky | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843481400 |
| 843525500 | 8/15/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Naval Air Station San Diego, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843525500 |
| 843536300 | 8/15/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Holloman AFB, New Mexico | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843536300 |
| 843570900 | 8/15/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Portsmouth, Virginia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843570900 |
| 843475900 | 8/15/2025 | Department of the Air Force | FACILITY OPERATIONS SPECIALIST | 1640 - Facility Operations Services | Maxwell AFB, Alabama | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843475900 |
| 843489200 | 8/15/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Oakdale, Louisiana | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/843489200 |
| 843537600 | 8/15/2025 | Department of Justice | Training Instructor (Vocational Training Instructor - Welding) | 1712 - Training Instruction | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843537600 |
| 843525300 | 8/15/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Joint Base Lewis-McChord, Washington | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843525300 |
| 843551900 | 8/15/2025 | Department of the Interior | Utility Systems Repairer Operator | 4742 - Utility Systems Repairing-Operating | Manzanita Lake, California | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843551900 |
| 843526300 | 8/15/2025 | Department of Defense | MEATCUTTER | 7407 - Meatcutting | Joint Base Lewis-McChord, Washington | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843526300 |
| 843545300 | 8/15/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Lackland AFB, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843545300 |
| 843545700 | 8/15/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Lackland AFB, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843545700 |
| 843571000 | 8/15/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Robins AFB, Georgia | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843571000 |
| 843573600 | 8/17/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Dahlgren, Virginia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843573600 |
| 843508600 | 8/18/2025 | Department of the Interior | Safety & Occupational Health Manager | 0018 - Safety And Occupational Health Management | Barstow, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843508600 |
| 843556800 | 8/18/2025 | Department of Justice | Human Resources Officer | 0201 - Human Resources Management | Louisville, Kentucky | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843556800 |
| 843413100 | 8/18/2025 | Department of Homeland Security | Policy Analyst | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/843413100 |
| 843414100 | 8/18/2025 | Department of Homeland Security | Policy Analyst | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/843414100 |
| 843481800 | 8/18/2025 | Department of Energy | Executive Assistant | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843481800 |
| 843511700 | 8/18/2025 | Department of Homeland Security | Congressional Liaison Specialist | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/843511700 |
| 843536100 | 8/18/2025 | Department of Commerce | Field Supervisor | 0303 - Miscellaneous Clerk And Assistant | Polk County, Iowa | AD-00 | Questionnaire with EO question | https://www.usajobs.gov/job/843536100 |
| 843537300 | 8/18/2025 | Department of Commerce | Field Supervisor | 0303 - Miscellaneous Clerk And Assistant | Kendall County, Illinois | AD-00 | Questionnaire with EO question | https://www.usajobs.gov/job/843537300 |
| 843124800 | 8/18/2025 | Department of Homeland Security | Program Manager | 0340 - Program Management | San Diego, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843124800 |
| 843470100 | 8/18/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Bangor, Maine | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843470100 |
| 843552900 | 8/18/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843552900 |
| 843273300 | 8/18/2025 | Department of Health and Human Services | Budget Analyst | 0560 - Budget Analysis | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843273300 |
| 843497100 | 8/18/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Louisville, Kentucky | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843497100 |
| 843533700 | 8/18/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Seattle, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843533700 |
| 843534100 | 8/18/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Seattle, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843534100 |
| 843477300 | 8/18/2025 | Department of Transportation | Trade Specialist  (Open to both U.S. Citizens and Federal Employees) | 1140 - Trade Specialist | Washington, District of Columbia | GS-09/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843477300 |
| 842794300 | 8/18/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | San Jose, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/842794300 |
| 843509700 | 8/18/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Savannah, Georgia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843509700 |
| 843498400 | 8/18/2025 | Department of the Interior | Seasonal Tree Worker Helper (Motor Vehicle Operator) | 5042 - Tree Trimming And Removing | Empire, Michigan | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843498400 |
| 843669300 | 8/18/2025 | Department of the Interior | Seasonal Park Ranger (Interpretation-Language) | 0025 - Park Ranger | Volcano, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843669300 |
| 843661500 | 8/18/2025 | Department of Justice | Supervisory Human Resources Specialist (Deputy Chief, Staffing & Employee Relations Section) | 0201 - Human Resources Management | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843661500 |
| 843586100 | 8/18/2025 | Department of Transportation | Public Safety Assistant (OA) (Open to both U.S. Citizens and Federal Employees) | 0303 - Miscellaneous Clerk And Assistant | Kings Point, New York | GS-07 | Questionnaire with EO question | https://www.usajobs.gov/job/843586100 |
| 843596500 | 8/18/2025 | Department of Justice | Victim Witness Assistant (Office Automation) | 0303 - Miscellaneous Clerk And Assistant | Phoenix, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843596500 |
| 843597300 | 8/18/2025 | Department of Justice | Victim Witness Assistant (Office Automation) | 0303 - Miscellaneous Clerk And Assistant | Phoenix, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843597300 |
| 843602700 | 8/18/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843602700 |
| 843632600 | 8/18/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843632600 |
| 843667100 | 8/18/2025 | Department of Energy | Program Analyst (Acquisition Division) | 0343 - Management And Program Analysis | Washington Navy Yard, District of Columbia | NQ-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843667100 |
| 843627800 | 8/18/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Westover Air Reserve Base, Massachusetts | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843627800 |
| 843652000 | 8/18/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843652000 |
| 843652800 | 8/18/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843652800 |
| 843659400 | 8/18/2025 | Department of Justice | Auditor (Audit Manager) | 0511 - Auditing | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843659400 |
| 843628500 | 8/18/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Aliceville, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843628500 |
| 843632400 | 8/18/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Springfield, Missouri | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843632400 |
| 843665900 | 8/18/2025 | Department of Energy | General Engineer | 0801 - General Engineering | Washington Navy Yard, District of Columbia | NN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843665900 |
| 843666900 | 8/18/2025 | Department of the Interior | Engineering Technician (Petroleum) | 0802 - Engineering Technical | Dickinson, North Dakota | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843666900 |
| 843667000 | 8/18/2025 | Department of the Interior | Engineering Technician (Petroleum) | 0802 - Engineering Technical | Dickinson, North Dakota | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843667000 |
| 843634900 | 8/18/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Hartford, Connecticut | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843634900 |
| 843636500 | 8/18/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Hartford, Connecticut | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843636500 |
| 843674200 | 8/18/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | San Francisco, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843674200 |
| 843674300 | 8/18/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | San Francisco, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843674300 |
| 843587500 | 8/18/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Atlanta, Georgia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843587500 |
| 843639100 | 8/18/2025 | Department of Justice | Legal Assistant (OA) | 0986 - Legal Assistance | New Haven, Connecticut | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843639100 |
| 843606400 | 8/18/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Mitchell AFB, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843606400 |

A118

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 843634100 | 8/18/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Mitchell AFB, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843634100 |
| 843645600 | 8/18/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843645600 |
| 843619800 | 8/18/2025 | Department of the Air Force | SUPERVISORY LIBRARIAN | 1410 - Librarian | Lackland AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843619800 |
| 843584200 | 8/18/2025 | Department of Justice | Teacher (Special Education) (Special Education Teacher) | 1710 - Education And Vocational Training | Butner Federal Correctional Complex, North Carolin | GS-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843584200 |
| 843659900 | 8/18/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843659900 |
| 843660400 | 8/18/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843660400 |
| 843664000 | 8/18/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843664000 |
| 843664800 | 8/18/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843664800 |
| 843596000 | 8/18/2025 | Department of Homeland Security | Inventory Management Specialist | 2010 - Inventory Management | Frederick, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843596000 |
| 843608800 | 8/18/2025 | Department of Homeland Security | Inventory Management Specialist | 2010 - Inventory Management | Frederick, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843608800 |
| 843648700 | 8/18/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Shreveport, Louisiana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843648700 |
| 843649700 | 8/18/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Shreveport, Louisiana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843649700 |
| 843644900 | 8/18/2025 | Department of Defense | Store Worker | 6914 - Store Working | Meridian, Mississippi | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843644900 |
| 843637600 | 8/18/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Mitchell AFB, New York | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843637600 |
| 843646000 | 8/18/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Sam Houston, Texas | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843646000 |
| 845165000 | 8/18/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845165000 |
| 843632100 | 8/19/2025 | Department of Energy | Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843632100 |
| 843497900 | 8/19/2025 | Executive Office of the President | Deputy Assistant US Trade Representative - DAUSTR | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843497900 |
| 843590500 | 8/19/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Macon, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843590500 |
| 843666400 | 8/19/2025 | Department of Justice | Supervisory Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Savannah, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843666400 |
| 843647200 | 8/19/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Pensacola, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843647200 |
| 843593000 | 8/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Lakeland, Florida | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843593000 |
| 843664700 | 8/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Georgetown, Delaware | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843664700 |
| 843666100 | 8/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Asheboro, North Carolina | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843666100 |
| 843667400 | 8/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Columbus Junction, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843667400 |
| 843649800 | 8/19/2025 | Department of the Air Force | SUPERVISORY FREIGHT RATE SPECIALIST | 2131 - Freight Rate | Sheppard AFB, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843649800 |
| 843652600 | 8/19/2025 | Department of the Air Force | SUPERVISORY AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | March AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843652600 |
| 843581500 | 8/19/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Sioux Falls, South Dakota | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843581500 |
| 843581800 | 8/19/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Sioux Falls, South Dakota | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843581800 |
| 843707700 | 8/19/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Milan, Michigan | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843707700 |
| 843721100 | 8/19/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Terre Haute, Indiana | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843721100 |
| 843757200 | 8/19/2025 | Other Agencies and Independent Organizations | International Economist | 0110 - Economist | Washington, District of Columbia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843757200 |
| 843765800 | 8/19/2025 | Department of the Air Force | FOREIGN AFFAIRS SPECIALIST | 0130 - Foreign Affairs | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843765800 |
| 843742700 | 8/19/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Terre Haute, Indiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843742700 |
| 843745000 | 8/19/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Federal Medical Center Carswell, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843745000 |
| 843785900 | 8/19/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Oklahoma City, Oklahoma | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843785900 |
| 843768200 | 8/19/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Seatac, Washington | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843768200 |
| 843703300 | 8/19/2025 | Department of Justice | Social Worker | 0185 - Social Work | Alderson, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843703300 |
| 843787800 | 8/19/2025 | Department of Justice | Social Worker | 0185 - Social Work | Bryan, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843787800 |
| 843720100 | 8/19/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Duluth, Minnesota | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843720100 |
| 843728700 | 8/19/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Milan, Michigan | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843728700 |
| 843790700 | 8/19/2025 | Executive Office of the President | Human Resources Specialist (Information Systems) | 0201 - Human Resources Management | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843790700 |
| 843695900 | 8/19/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Minneapolis, Minnesota | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843695900 |
| 843712500 | 8/19/2025 | Department of the Air Force | SUPERVISORY EXECUTIVE STAFF OFFICER | 0301 - Miscellaneous Administration And Program | Kirtland AFB, New Mexico | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843712500 |
| 843757300 | 8/19/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Phoenix, Arizona | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843757300 |
| 843758700 | 8/19/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Pekin, Illinois | GS-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/843758700 |
| 843680700 | 8/19/2025 | Department of Homeland Security | Program Manager | 0340 - Program Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843680700 |
| 843692500 | 8/19/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843692500 |
| 843722500 | 8/19/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843722500 |
| 843746300 | 8/19/2025 | Department of the Interior | Wildland Firefighter (Fuels)-Direct Hire Authority | 0456 - Wildland Fire Management | Spokane, Washington | GW-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843746300 |
| 843785500 | 8/19/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Eagle Butte, South Dakota | GS-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843785500 |
| 843718900 | 8/19/2025 | Department of the Interior | Forestry Technician (Fire Dispatch) - Direct Hire Authority | 0462 - Forestry Technician | Casper, Wyoming | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843718900 |
| 843697300 | 8/19/2025 | Department of Justice | Financial Manager (Regional Comptroller) | 0505 - Financial Management | Annapolis Junction, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843697300 |
| 843780700 | 8/19/2025 | Department of Justice | Accountant | 0510 - Accounting | Bryan, Texas | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843780700 |
| 843691900 | 8/19/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Philadelphia, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843691900 |
| 843692000 | 8/19/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Philadelphia, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843692000 |
| 843787600 | 8/19/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Milan, Michigan | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843787600 |
| 843704600 | 8/19/2025 | Department of Justice | Budget Technician | 0561 - Budget Clerical And Assistance | Tampa, Florida | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843704600 |
| 843769500 | 8/19/2025 | Department of Justice | Budget Technician | 0561 - Budget Clerical And Assistance | Phoenix, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843769500 |
| 843780400 | 8/19/2025 | Department of Justice | Physician (Chief Psychiatrist) | 0602 - Medical Officer | Federal Medical Center Carswell, Texas | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843780400 |
| 843750700 | 8/19/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Butner Federal Correctional Complex, North Carolin | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/843750700 |
| 843705600 | 8/19/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Aliceville, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843705600 |
| 843748300 | 8/19/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Forrest City, Arkansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843748300 |
| 843790400 | 8/19/2025 | Department of Justice | Pharmacy Technician | 0661 - Pharmacy Technician | Butner Federal Correctional Complex, North Carolin | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/843790400 |
| 843774100 | 8/19/2025 | Department of Energy | General Engineer | 0801 - General Engineering | Pittsburgh, Pennsylvania | NN-2/3 | Questionnaire with EO question | https://www.usajobs.gov/job/843774100 |
| 843781000 | 8/19/2025 | Department of the Interior | Interdisciplinary Engineer/Architect | 0801 - General Engineering | Albuquerque, New Mexico | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843781000 |
| 843783300 | 8/19/2025 | Department of the Interior | Interdisciplinary Engineer/Architect | 0801 - General Engineering | Albuquerque, New Mexico | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843783300 |
| 843708300 | 8/19/2025 | Department of the Interior | Engineering Technician (Petroleum) | 0802 - Engineering Technical | Dickinson, North Dakota | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843708300 |
| 843739200 | 8/19/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Milan, Michigan | GL-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/843739200 |
| 843779800 | 8/19/2025 | Department of Energy | Nuclear Engineer | 0840 - Nuclear Engineering | Schenectady, New York | NN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843779800 |
| 843736700 | 8/19/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Mobile, Alabama | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843736700 |
| 843737400 | 8/19/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Mobile, Alabama | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843737400 |
| 843559800 | 8/19/2025 | Department of the Treasury | Trial Attorney (Tax) (Special Trial Attorney) | 0905 - Attorney | Charlotte Amalie, Virgin Islands | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843559800 |
| 843761100 | 8/19/2025 | Department of Justice | Legal Instruments Examiner (Inmate Classification & Computation Technician) | 0963 - Legal Instruments Examining | Grand Prairie, Texas | GS-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/843761100 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 843715400 | 8/19/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Houston, Texas | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843715400 |
| 843719400 | 8/19/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Houston, Texas | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843719400 |
| 843745400 | 8/19/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Herlong Sierra Ordnance Depot, California | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843745400 |
| 843751600 | 8/19/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Dover AFB, Delaware | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843751600 |
| 843753900 | 8/19/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Vandenberg AFB, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843753900 |
| 843695000 | 8/19/2025 | Department of Agriculture | Loan Assistant/Specialist (Agricultural) | 1165 - Loan Specialist | Middlebury, Vermont | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843695000 |
| 843727300 | 8/19/2025 | Department of Commerce | Hydrologist | 1315 - Hydrology | Sacramento, California | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843727300 |
| 843728200 | 8/19/2025 | Department of Commerce | Supervisory Hydrologist | 1315 - Hydrology | Sacramento, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843728200 |
| 843728900 | 8/19/2025 | Department of Commerce | Hydrologist | 1315 - Hydrology | Anchorage, Alaska | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843728900 |
| 843729100 | 8/19/2025 | Department of Commerce | Hydrologist | 1315 - Hydrology | Wilmington, Ohio | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843729100 |
| 843736500 | 8/19/2025 | Department of Commerce | Hydrologist | 1315 - Hydrology | Tuscaloosa, Alabama | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843736500 |
| 843742500 | 8/19/2025 | Department of Commerce | Hydrologist | 1315 - Hydrology | Anchorage, Alaska | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843742500 |
| 843691800 | 8/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Moorefield, West Virginia | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843691800 |
| 843712200 | 8/19/2025 | Department of Agriculture | Supervisory Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Georgetown, Delaware | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843712200 |
| 843714800 | 8/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Cobleskill, New York | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843714800 |
| 843702100 | 8/19/2025 | Department of the Air Force | SUPERVISORY QUALITY ASSURANCE SPECIALIST(Aircraft) | 1910 - Quality Assurance | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843702100 |
| 843777600 | 8/19/2025 | Department of the Air Force | SUPERVISORY SUPPLY MANAGEMENT SPECIALIST | 2003 - Supply Program Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843777600 |
| 843715300 | 8/19/2025 | Department of Defense | Store Worker | 6914 - Store Working | Vandenberg AFB, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843715300 |
| 843747800 | 8/20/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Redding, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843747800 |
| 843748200 | 8/20/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Redding, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843748200 |
| 843789200 | 8/20/2025 | Department of Homeland Security | Community Relations Specialist | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843789200 |
| 843774500 | 8/20/2025 | Department of Transportation | General Engineer (Liquified Natural Gas (LNG) - DIRECT HIRE | 0801 - General Engineering | Lake Charles, Louisiana | GS-12/14 | Questionnaire with EO question | https://www.usajobs.gov/job/843774500 |
| 843686400 | 8/20/2025 | Other Agencies and Independent Organizations | Senior Nuclear Engineer | 0840 - Nuclear Engineering | Rockville, Maryland | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843686400 |
| 843810400 | 8/20/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Littleton, Colorado | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/843810400 |
| 843819200 | 8/20/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Blowing Rock, North Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843819200 |
| 843848700 | 8/20/2025 | Department of the Air Force | FOREIGN AFFAIRS SPECIALIST | 0130 - Foreign Affairs | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843848700 |
| 843831400 | 8/20/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Oklahoma City, Oklahoma | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843831400 |
| 843858200 | 8/20/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" Challenge) | 0180 - Psychology | Beaumont, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843858200 |
| 843869100 | 8/20/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Challenge) | 0180 - Psychology | Bruceton Mills, West Virginia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843869100 |
| 843870900 | 8/20/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Seatac, Washington | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843870900 |
| 843811800 | 8/20/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Sheridan, Oregon | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/843811800 |
| 843824300 | 8/20/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Classification Branch Chief) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843824300 |
| 843828400 | 8/20/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Recruitment & Placement Branch Chief) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843828400 |
| 843833400 | 8/20/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (HROC Chief) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843833400 |
| 843848500 | 8/20/2025 | Department of Homeland Security | Chief Business Operations (HCTB) | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843848500 |
| 843895400 | 8/20/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Prince George, Virginia | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/843895400 |
| 843808700 | 8/20/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Milan, Michigan | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/843808700 |
| 843850200 | 8/20/2025 | Department of Justice | Secretary (Associate Wardenâ€™s Secretary) | 0318 - Secretary | Pekin, Illinois | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843850200 |
| 843830600 | 8/20/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843830600 |
| 843884100 | 8/20/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Lompoc, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843884100 |
| 843834900 | 8/20/2025 | Department of Justice | Dentist (Chief Dental Officer) | 0680 - Dental Officer | Bruceton Mills, West Virginia | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843834900 |
| 843909100 | 8/20/2025 | Department of Justice | Dental Assistant - Expanded Function (Dental Assistant) | 0681 - Dental Assistant | Prince George, Virginia | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/843909100 |
| 843887500 | 8/20/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Boulder, Colorado | ZT-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843887500 |
| 843888800 | 8/20/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Boulder, Colorado | ZT-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843888800 |
| 843888900 | 8/20/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Boulder, Colorado | ZT-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843888900 |
| 843890300 | 8/20/2025 | Department of Commerce | Electronics Technician | 0856 - Electronics Technical | Boulder, Colorado | ZT-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843890300 |
| 843896200 | 8/20/2025 | Department of Justice | Paralegal Specialist (Financial Litigation) | 0950 - Paralegal Specialist | Sacramento, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843896200 |
| 843896700 | 8/20/2025 | Department of Justice | Paralegal Specialist (Financial Litigation) | 0950 - Paralegal Specialist | Sacramento, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843896700 |
| 843868400 | 8/20/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Joint Base Lewis-McChord, Washington | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843868400 |
| 843921200 | 8/20/2025 | Department of Health and Human Services | Contract Specialist | 1102 - Contracting | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843921200 |
| 843882300 | 8/20/2025 | Department of Commerce | Computer Scientist | 1550 - Computer Science | Boulder, Colorado | ZP-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843882300 |
| 843882400 | 8/20/2025 | Department of Commerce | Computer Scientist | 1550 - Computer Science | Boulder, Colorado | ZP-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843882400 |
| 843882500 | 8/20/2025 | Department of Commerce | Computer Scientist | 1550 - Computer Science | Boulder, Colorado | ZP-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/843882500 |
| 843882600 | 8/20/2025 | Department of Commerce | Computer Scientist | 1550 - Computer Science | Boulder, Colorado | ZP-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843882600 |
| 843882700 | 8/20/2025 | Department of Commerce | Computer Scientist | 1550 - Computer Science | Boulder, Colorado | ZP-3 | Questionnaire with EO question | https://www.usajobs.gov/job/843882700 |
| 843823600 | 8/20/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Big Spring, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/843823600 |
| 843897400 | 8/20/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843897400 |
| 843898300 | 8/20/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843898300 |
| 843902500 | 8/20/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843902500 |
| 843902700 | 8/20/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843902700 |
| 843890200 | 8/20/2025 | Department of the Interior | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Arcata, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843890200 |
| 843890400 | 8/20/2025 | Department of the Interior | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Anchorage, Alaska | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843890400 |
| 843890500 | 8/20/2025 | Department of the Interior | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Carson City, Nevada | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843890500 |
| 843890700 | 8/20/2025 | Department of the Interior | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Canon City, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843890700 |
| 843891000 | 8/20/2025 | Department of the Interior | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Phoenix, Arizona | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843891000 |
| 843891100 | 8/20/2025 | Department of the Interior | Criminal Investigator (Internal Affairs) | 1811 - Criminal Investigation | Phoenix, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843891100 |
| 843849200 | 8/20/2025 | Department of the Air Force | SUPERVISORY SUPPLY MANAGEMENT SPECIALIST | 2003 - Supply Program Management | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843849200 |
| 843810100 | 8/20/2025 | Department of the Air Force | AIR TERMINAL SHIFT MANAGER | 2150 - Transportation Operations | Hickam AFB, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843810100 |
| 843877900 | 8/20/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | March AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843877900 |
| 843846400 | 8/20/2025 | Department of Defense | STORE WORKER (FORK LIFT OPERATOR) | 6914 - Store Working | Fort McCoy, Wisconsin | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/843846400 |
| 843892400 | 8/20/2025 | Department of Defense | Store Worker | 6914 - Store Working | Fort Riley, Kansas | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843892400 |
| 843849000 | 8/20/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE SUPERVISOR (Title 32) | 8801 - Miscellaneous Aircraft Overhaul | Salt Lake City, Utah | WS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843849000 |
| 843836200 | 8/20/2025 | Department of the Interior | Park Ranger (Protection) | 0025 - Park Ranger | Moab, Utah | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843836200 |
| 843701600 | 8/21/2025 | Department of Homeland Security | Intelligence Research Specialist | 0132 - Intelligence | Atlanta, Georgia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843701600 |
| 843838000 | 8/21/2025 | Department of the Air Force | HISTORIAN | 0170 - History | Vance AFB, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843838000 |
| 843823100 | 8/21/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Montgomery, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843823100 |
| 843923600 | 8/21/2025 | Department of Justice | Legal Administrative Specialist (Lit Support) | 0901 - General Legal And Kindred Administration | Portland, Oregon | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843923600 |

3317242

A120

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 843915300 | 8/21/2025 | Department of the Interior | Supervisory Wildlife Inspector | 1801 - General Inspection, Investigation, Enforcem | Torrance, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843915300 |
| 843919200 | 8/21/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Fairview Heights, Illinois | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843919200 |
| 843919300 | 8/21/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Fairview Heights, Illinois | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843919300 |
| 843889400 | 8/21/2025 | Department of the Air Force | POWERED SUPPORT SYSTEMS MECHANIC (TITLE 32) | 5378 - Powered Support Systems Mechanic | Jacksonville, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/843889400 |
| 843880700 | 8/21/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Mitchell AFB, New York | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843880700 |
| 844052300 | 8/21/2025 | Department of Veterans Affairs | Staff Psychologist Primary Care Mental Health Integration (PCMHI) | 0180 - Psychology | Aurora, Colorado | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844052300 |
| 843957600 | 8/21/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Prince George, Virginia | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/843957600 |
| 843954200 | 8/21/2025 | Department of Justice | Tribal Victim Assistance Specialist | 0301 - Miscellaneous Administration And Program | Marquette, Michigan | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843954200 |
| 843954800 | 8/21/2025 | Department of Justice | Tribal Victim Assistance Specialist | 0301 - Miscellaneous Administration And Program | Marquette, Michigan | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843954800 |
| 843976200 | 8/21/2025 | Department of the Air Force | AVIATION RESOURCES MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Andrews AFB, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843976200 |
| 843984500 | 8/21/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Oakland, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843984500 |
| 843984600 | 8/21/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Oakland, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843984600 |
| 843948600 | 8/21/2025 | Department of Defense | Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Fairchild AFB, Washington | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/843948600 |
| 843987100 | 8/21/2025 | Department of the Interior | Range Technician | 0455 - Range Technician | Lakeview, Oregon | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843987100 |
| 843931200 | 8/21/2025 | Department of the Interior | Wildland Firefighter (Fuels)-Direct Hire Authority | 0456 - Wildland Fire Management | Spokane, Washington | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843931200 |
| 843991100 | 8/21/2025 | Department of Justice | Accountant | 0510 - Accounting | El Reno, Oklahoma | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/843991100 |
| 844007600 | 8/21/2025 | Department of Health and Human Services | Health Information Specialist (CAC) | 0601 - General Health Science | Sisseton, South Dakota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844007600 |
| 844028800 | 8/21/2025 | Department of Health and Human Services | Health Information Specialist (CAC) | 0601 - General Health Science | Sisseton, South Dakota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844028800 |
| 844003900 | 8/21/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Bastrop, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844003900 |
| 844045200 | 8/21/2025 | Department of Health and Human Services | Pharmacist (Clinical Applications Coordinator)-ESEP/MP | 0660 - Pharmacist | Shiprock, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844045200 |
| 843987700 | 8/21/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Kings, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843987700 |
| 844030500 | 8/21/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Minersville, Pennsylvania | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844030500 |
| 843924000 | 8/21/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Portland, Oregon | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843924000 |
| 843931300 | 8/21/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Mountain Home, Idaho | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843931300 |
| 843944000 | 8/21/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Vandenberg AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843944000 |
| 843952400 | 8/21/2025 | Department of the Air Force | SUPERVISORY LIBRARIAN | 1410 - Librarian | Maxwell AFB, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843952400 |
| 843939300 | 8/21/2025 | Department of Justice | Training Instructor (Vocational Training Instructor-Welding) | 1712 - Training Instruction | Lompoc, California | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843939300 |
| 844042400 | 8/21/2025 | Department of the Interior | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Ukiah, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844042400 |
| 843957300 | 8/21/2025 | Department of Homeland Security | Inventory Management Specialist | 2010 - Inventory Management | Frederick, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843957300 |
| 843959600 | 8/21/2025 | Department of Homeland Security | Inventory Management Specialist | 2010 - Inventory Management | Frederick, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/843959600 |
| 843936700 | 8/21/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PASSENGER) | 2102 - Transportation Clerk And Assistant | Ramstein, Germany | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843936700 |
| 843966000 | 8/21/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PERSONAL PROPERTY) | 2102 - Transportation Clerk And Assistant | Holloman AFB, New Mexico | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843966000 |
| 844011200 | 8/21/2025 | Department of Justice | Plumbing Worker Supervisor (Plumbing Worker Foreman) | 4206 - Plumbing | Kings, New York | WS-08 | Questionnaire with EO question | https://www.usajobs.gov/job/844011200 |
| 843931500 | 8/21/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Dyess AFB, Texas | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843931500 |
| 843928500 | 8/21/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE SUPERVISOR (TITLE 32) | 8801 - Miscellaneous Aircraft Overhaul | Jacksonville, Florida | WS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843928500 |
| 843991500 | 8/22/2025 | Department of Justice | Victim Assistance Specialist | 0301 - Miscellaneous Administration And Program | Rapid City, South Dakota | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843991500 |
| 843992300 | 8/22/2025 | Department of Justice | Victim Assistance Specialist | 0301 - Miscellaneous Administration And Program | Rapid City, South Dakota | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/843992300 |
| 843938300 | 8/22/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Grand Rapids, Michigan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843938300 |
| 843494300 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Handcrew | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843494300 |
| 843494900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Handcrew | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843494900 |
| 843646100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Apprentice | 0456 - Wildland Fire Management | Andalusia, Alabama | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843646100 |
| 843960700 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dozer Operator (Wildland Firefighter) | 0456 - Wildland Fire Management | Arcadia, California | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843960700 |
| 843981300 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Apprentice | 0456 - Wildland Fire Management | Bridgeport, California | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843981300 |
| 843984100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Bridgeport, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843984100 |
| 843985300 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Smokejumper | 0456 - Wildland Fire Management | Redding, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/843985300 |
| 843985500 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843985500 |
| 843986600 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Juneau, Alaska | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843986600 |
| 843986700 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Juneau, Alaska | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843986700 |
| 843987200 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Management Officer (DZAFMO High) | 0456 - Wildland Fire Management | Bridgeport, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843987200 |
| 843987900 | 8/22/2025 | Department of Agriculture | Lead Wildland Firefighter - Helitack | 0456 - Wildland Fire Management | Hereford, Arizona | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843987900 |
| 843988400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Hotshot/Handcrew | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843988400 |
| 843989000 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (Airtanker Base) | 0456 - Wildland Fire Management | Hereford, Arizona | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843989000 |
| 843989200 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Module Supervisor | 0456 - Wildland Fire Management | Camp Connell, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843989200 |
| 843989400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Suppression | 0456 - Wildland Fire Management | Bridgeport, California | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/843989400 |
| 843990500 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Handcrew | 0456 - Wildland Fire Management | Ozark, Arkansas | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843990500 |
| 843990800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Juneau, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843990800 |
| 844013600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Andalusia, Alabama | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844013600 |
| 844013900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Management Officer (DZFMO Low) | 0456 - Wildland Fire Management | Heflin, Alabama | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844013900 |
| 844014000 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Management Officer (DZAFMO High) | 0456 - Wildland Fire Management | Alpine, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844014000 |
| 844014400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Quemado, New Mexico | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844014400 |
| 844014600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter | 0456 - Wildland Fire Management | Hector, Arkansas | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844014600 |
| 844014700 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Helitack | 0456 - Wildland Fire Management | Montgomery, Alabama | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844014700 |
| 844015000 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Brent, Alabama | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844015000 |
| 844015400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter | 0456 - Wildland Fire Management | Heflin, Alabama | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844015400 |
| 844015800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Helitack | 0456 - Wildland Fire Management | Hereford, Arizona | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844015800 |
| 844016500 | 8/22/2025 | Department of Agriculture | Wildland Firefighter (Fuels Management) | 0456 - Wildland Fire Management | Laona, Wisconsin | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844016500 |
| 844016900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Prevention | 0456 - Wildland Fire Management | Hoonah, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844016900 |
| 844017200 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Brent, Alabama | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844017200 |
| 844018900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Apprentice | 0456 - Wildland Fire Management | Acton, California | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844018900 |
| 844019800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Acton, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844019800 |
| 844023600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Camp Verde, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844023600 |
| 844026500 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefigher - Smokejumper | 0456 - Wildland Fire Management | Redding, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844026500 |
| 844027300 | 8/22/2025 | Department of Agriculture | Lead Wildland Firefighter - Smokejumper | 0456 - Wildland Fire Management | Redding, California | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844027300 |
| 844027800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Smokejumper | 0456 - Wildland Fire Management | Redding, California | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844027800 |
| 844028700 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Brent, Alabama | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844028700 |
| 844029100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (Airtanker Base) | 0456 - Wildland Fire Management | Hereford, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844029100 |
| 844029300 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Acton, California | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844029300 |
| 844031000 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Management Officer (DZAFMO High) | 0456 - Wildland Fire Management | Acton, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844031000 |

A121

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844035600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Prevention | 0456 - Wildland Fire Management | Acton, California | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844035600 |
| 844036800 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Helitack | 0456 - Wildland Fire Management | Montgomery, Alabama | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844036800 |
| 844040000 | 8/22/2025 | Department of Agriculture | Forestry Technician - Prevention - Wildland Firefighter | 0456 - Wildland Fire Management | Springerville, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844040000 |
| 844042900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (ATGS) | 0456 - Wildland Fire Management | Chester, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844042900 |
| 844043100 | 8/22/2025 | Department of Agriculture | Lead Wildland Firefighter - IHC Squad Leader | 0456 - Wildland Fire Management | Flagstaff, Arizona | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844043100 |
| 844043900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (Airtanker Base) | 0456 - Wildland Fire Management | Chester, California | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844043900 |
| 844053100 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Prevention | 0456 - Wildland Fire Management | Camp Verde, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844053100 |
| 844053300 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Type 1 WFM Assistant | 0456 - Wildland Fire Management | Camp Connell, California | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844053300 |
| 844053700 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Suppression | 0456 - Wildland Fire Management | Acton, California | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844053700 |
| 843493200 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch (Wildland Firefighter) | 0462 - Forestry Technician | Alturas, California | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843493200 |
| 843915400 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843915400 |
| 843962700 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch (Wildland Firefighter) | 0462 - Forestry Technician | Alturas, California | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843962700 |
| 843981100 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Moose Pass, Alaska | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843981100 |
| 843985200 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - Assistant Dispatch Center Manager (Wildland Firefighter) | 0462 - Forestry Technician | Anchorage, Alaska | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843985200 |
| 843985800 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Challis, Idaho | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843985800 |
| 843986200 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - IHC Crew Assistant (Wildland Firefighter) | 0462 - Forestry Technician | Flagstaff, Arizona | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843986200 |
| 843987300 | 8/22/2025 | Department of Agriculture | Forestry Technician - Assistant Dispatch Center Manager (Wildland Firefighter) | 0462 - Forestry Technician | Anchorage, Alaska | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843987300 |
| 843987500 | 8/22/2025 | Department of Agriculture | Forestry Technician - Helicopter Manager (Wildland Firefighter) | 0462 - Forestry Technician | Anchorage, Alaska | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843987500 |
| 843988800 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician DZAFMO Moderate (Wildland Firefighter) | 0462 - Forestry Technician | Anchorage, Alaska | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843988800 |
| 843989100 | 8/22/2025 | Department of Agriculture | Forestry Technician - Assistant Airtanker Base Manager (Wildland Firefighter) | 0462 - Forestry Technician | Hereford, Arizona | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843989100 |
| 843989500 | 8/22/2025 | Department of Agriculture | Forestry Technician - Training Specialist (Wildland Firefighter) | 0462 - Forestry Technician | Mesa, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843989500 |
| 843990200 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - AFEO (Wildland Firefighter) | 0462 - Forestry Technician | Juneau, Alaska | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/843990200 |
| 843990400 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Moose Pass, Alaska | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/843990400 |
| 844014900 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch GACC Logistics (WIldland Firefighter) | 0462 - Forestry Technician | Redding, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844014900 |
| 844015600 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Canon City, Colorado | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844015600 |
| 844015700 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch GACC Logistics (WIldland Firefighter) | 0462 - Forestry Technician | Salt Lake City, Utah | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844015700 |
| 844020300 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fire Operations Specialist (Wildland Firefighter) | 0462 - Forestry Technician | Bridgeport, California | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844020300 |
| 844020400 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - IHC Superintendent (Wildland Firefighter) | 0462 - Forestry Technician | Flagstaff, Arizona | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844020400 |
| 844020700 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Alpine, Arizona | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844020700 |
| 844021100 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - AFEO (Wildland Firefighter) | 0462 - Forestry Technician | Brent, Alabama | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844021100 |
| 844022600 | 8/22/2025 | Department of Agriculture | Forestry Technician - JC Training Specialist (Wildland Firefighter) | 0462 - Forestry Technician | Ozark, Arkansas | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844022600 |
| 844023300 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Alpine, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844023300 |
| 844025300 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - Job Corp AFMO (Wildland Firefighter) | 0462 - Forestry Technician | Ozark, Arkansas | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844025300 |
| 844028300 | 8/22/2025 | Department of Agriculture | Forestry Technician (Fire Dispatch) | 0462 - Forestry Technician | Anchorage, Alaska | GW-4/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844028300 |
| 844028500 | 8/22/2025 | Department of Agriculture | Forestry Technician (Dispatch) | 0462 - Forestry Technician | Montgomery, Alabama | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844028500 |
| 843975000 | 8/22/2025 | Other Agencies and Independent Organizations | Museum Technician (History) | 1016 - Museum Specialist And Technician | College Park, Maryland | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843975000 |
| 843973700 | 8/22/2025 | Other Agencies and Independent Organizations | Archives Technician | 1421 - Archives Technician | College Park, Maryland | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843973700 |
| 843970400 | 8/22/2025 | Department of the Air Force | FACILITY OPERATIONS SPECIALIST | 1640 - Facility Operations Services | Kirtland AFB, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/843970400 |
| 844013300 | 8/22/2025 | Department of the Air Force | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Omaha, Nebraska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844013300 |
| 843984400 | 8/22/2025 | Department of the Air Force | QUALITY ASSURANCE SPECIALIST (AIRCRAFT) | 1910 - Quality Assurance | Altus AFB, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843984400 |
| 844022900 | 8/22/2025 | Department of Agriculture | Aviation Operations Specialist (UAS) | 2101 - Transportation Specialist | Prescott, Arizona | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844022900 |
| 843955200 | 8/22/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Washington, District of Columbia | GS-6/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843955200 |
| 844039500 | 8/22/2025 | Department of Agriculture | Engineering Equipment Operator | 5716 - Engineering Equipment Operating | Andalusia, Alabama | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844039500 |
| 844053900 | 8/22/2025 | Department of Agriculture | Engineering Equipment Operator Leader (Wildland Fire Fighter) | 5716 - Engineering Equipment Operating | Camino, California | WL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844053900 |
| 844105700 | 8/22/2025 | Department of Health and Human Services | Safety & Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Albuquerque, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844105700 |
| 844147400 | 8/22/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Beaver, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844147400 |
| 844086000 | 8/22/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - BRAVE) | 0101 - Social Science | El Reno, Oklahoma | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844086000 |
| 844130900 | 8/22/2025 | Other Agencies and Independent Organizations | INTERNATIONAL ECONOMIST | 0110 - Economist | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844130900 |
| 844133100 | 8/22/2025 | Other Agencies and Independent Organizations | INTERNATIONAL ECONOMIST (DIRECT HIRE) | 0110 - Economist | Washington, District of Columbia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844133100 |
| 844134300 | 8/22/2025 | Other Agencies and Independent Organizations | INTERNATIONAL ECONOMIST | 0110 - Economist | Washington, District of Columbia | GS-9/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844134300 |
| 844089300 | 8/22/2025 | Department of the Air Force | EXECUTIVE DIRECTOR | 0301 - Miscellaneous Administration And Program | Barksdale AFB, Louisiana | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844089300 |
| 844121600 | 8/22/2025 | Department of the Air Force | SUPERVISORY STRATEGIC PLANNER | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844121600 |
| 844111600 | 8/22/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Hickam AFB, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844111600 |
| 844064300 | 8/22/2025 | Department of the Interior | Wildland Firefighter (Fuels) | 0456 - Wildland Fire Management | Twin Falls, Idaho | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844064300 |
| 844080000 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Suppression | 0456 - Wildland Fire Management | Juneau, Alaska | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844080000 |
| 844080100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Acton, California | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844080100 |
| 844078000 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - AFEO (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844078000 |
| 844078400 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844078400 |
| 844081000 | 8/22/2025 | Department of Agriculture | Forestry Technician - Aviation Dispatch GACC (WIldland Firefighter) | 0462 - Forestry Technician | Redding, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844081000 |
| 844089100 | 8/22/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Leavenworth, Kansas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/844089100 |
| 844136900 | 8/22/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Sacramento, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844136900 |
| 844137000 | 8/22/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Sacramento, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844137000 |
| 844068600 | 8/22/2025 | Department of Justice | Nurse (Telemedicine Clinic Coordinator) | 0610 - Nurse | Kings, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844068600 |
| 844149200 | 8/22/2025 | Department of Health and Human Services | Supervisory Nurse (OB/GYN) | 0610 - Nurse | Zuni, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844149200 |
| 844149300 | 8/22/2025 | Department of Health and Human Services | Supervisory Nurse (OB/GYN) | 0610 - Nurse | Zuni, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844149300 |
| 844148700 | 8/22/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Beaumont, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844148700 |
| 844142900 | 8/22/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Buckley AFB, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844142900 |
| 844059700 | 8/22/2025 | Department of Agriculture | LOAN ASST/SPECLST (AGRL) | 1165 - Loan Specialist | Florida City, Florida | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844059700 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844059400 | 8/22/2025 | Other Agencies and Independent Organizations | Senior Hydrologist (Open to Everyone) | 1315 - Hydrology | Rockville, Maryland | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844059400 |
| 844114600 | 8/22/2025 | Department of Justice | Teacher | 1710 - Education And Vocational Training | Big Spring, Texas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/844114600 |
| 844071700 | 8/22/2025 | Department of Commerce | Supervisory International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844071700 |
| 844074100 | 8/22/2025 | Department of Commerce | Supervisory International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844074100 |
| 844122900 | 8/22/2025 | Department of the Interior | Supervisory Inspector (Production Operations) | 1801 - General Inspection, Investigation, Enforcem | Angleton, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844122900 |
| 844133900 | 8/22/2025 | Department of the Air Force | EXERCISE PROGRAM MANAGER | 1801 - General Inspection, Investigation, Enforcem | Nellis AFB, Nevada | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844133900 |
| 844141900 | 8/22/2025 | Department of Commerce | International Trade Compliance Analyst (Recent Graduate) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844141900 |
| 844142000 | 8/22/2025 | Department of Commerce | International Trade Compliance Analyst (Recent Graduate) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844142000 |
| 844142400 | 8/22/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844142400 |
| 844144900 | 8/22/2025 | Department of Commerce | Senior International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844144900 |
| 844145300 | 8/22/2025 | Department of Commerce | Senior International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844145300 |
| 844134100 | 8/22/2025 | Department of the Air Force | SUPPLY TECHNICIAN (MUNITIONS) | 2005 - Supply Clerical And Technician | Altus AFB, Oklahoma | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844134100 |
| 844129900 | 8/22/2025 | Department of the Air Force | TRANSPORTATION SPECIALIST | 2101 - Transportation Specialist | Fort Worth, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844129900 |
| 844091900 | 8/22/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Dover AFB, Delaware | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844091900 |
| 844144000 | 8/22/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Air Force Academy, Colorado | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844144000 |
| 844433100 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dozer Operator (Wildland Firefighter) | 0462 - Forestry Technician | Arcadia, California | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844433100 |
| 844515500 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844515500 |
| 844080300 | 8/25/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Boston, Massachusetts | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844080300 |
| 843954500 | 8/25/2025 | Department of Agriculture | Supervisory FAM/Residues Program Manager (Wildland Firefighter) | 0301 - Miscellaneous Administration And Program | San Dimas, California | GW-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843954500 |
| 843863900 | 8/25/2025 | Department of Homeland Security | Administrative Officer | 0341 - Administrative Officer | Aliso Viejo, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843863900 |
| 844090800 | 8/25/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Montgomery, Alabama | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844090800 |
| 844091000 | 8/25/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Montgomery, Alabama | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844091000 |
| 843434900 | 8/25/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Aliso Viejo, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/843434900 |
| 844087100 | 8/25/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Air Force Academy, Colorado | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844087100 |
| 844078900 | 8/25/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Key West, Florida | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844078900 |
| 844143900 | 8/25/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Norfolk, Virginia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844143900 |
| 844263100 | 8/25/2025 | Department of Justice | Correctional Program Officer (Administrator Program Review Branch) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844263100 |
| 844174200 | 8/25/2025 | Department of the Interior | Supervisory Park Ranger (P) | 0025 - Park Ranger | Highlands, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844174200 |
| 844202100 | 8/25/2025 | Department of the Interior | PARK RANGER (PROTECTION) | 0025 - Park Ranger | Salt Lake City, Utah | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844202100 |
| 844179900 | 8/25/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | El Reno, Oklahoma | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844179900 |
| 844223600 | 8/25/2025 | Department of Justice | Law Enforcement Coordination Specialist | 0301 - Miscellaneous Administration And Program | Fairview Heights, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844223600 |
| 844223800 | 8/25/2025 | Department of Justice | Law Enforcement Coordination Specialist | 0301 - Miscellaneous Administration And Program | Fairview Heights, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844223800 |
| 844230500 | 8/25/2025 | Department of Justice | Program Manager (HR Data and Systems) | 0340 - Program Management | Arlington, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844230500 |
| 844186800 | 8/25/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844186800 |
| 844199300 | 8/25/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Montclair, California | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844199300 |
| 844178600 | 8/25/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Spokane Valley, Washington | GW-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844178600 |
| 844264600 | 8/25/2025 | Department of the Interior | Wildland Firefighter (Fire Program Specialist) - Direct Hire Authority | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844264600 |
| 844166300 | 8/25/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Atlanta, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844166300 |
| 844198300 | 8/25/2025 | Department of Justice | Advanced Practice Nurse - Psychiatric (Psychiatric Mid-Level Practitioner) | 0610 - Nurse | Waymart, Pennsylvania | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844198300 |
| 844187200 | 8/25/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Springfield, Missouri | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844187200 |
| 844173700 | 8/25/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Coleman, Florida | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/844173700 |
| 844223700 | 8/25/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Florence, Colorado | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/844223700 |
| 844205800 | 8/25/2025 | Department of Justice | Respiratory Therapist | 0651 - Respiratory Therapist | Springfield, Missouri | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/844205800 |
| 844258800 | 8/25/2025 | Department of Health and Human Services | Pharmacist | 0660 - Pharmacist | Cass Lake, Minnesota | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844258800 |
| 844180700 | 8/25/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Leavenworth, Kansas | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/844180700 |
| 844202700 | 8/25/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Riverside, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844202700 |
| 844210600 | 8/25/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Los Angeles, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844210600 |
| 844210800 | 8/25/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Los Angeles, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844210800 |
| 844211000 | 8/25/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Santa Ana, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844211000 |
| 844212000 | 8/25/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Riverside, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844212000 |
| 844189200 | 8/25/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | New Orleans, Louisiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844189200 |
| 844189400 | 8/25/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | New Orleans, Louisiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844189400 |
| 844200400 | 8/25/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Fort Myers, Florida | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844200400 |
| 844263900 | 8/25/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Memphis, Tennessee | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844263900 |
| 844264000 | 8/25/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Memphis, Tennessee | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844264000 |
| 844175300 | 8/25/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Bangor, Maine | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844175300 |
| 844179800 | 8/25/2025 | Department of Defense | Lead Store Associate | 1101 - General Business And Industry | Fort Riley, Kansas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844179800 |
| 844187300 | 8/25/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Riley, Kansas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844187300 |
| 844188900 | 8/25/2025 | Department of Defense | Lead Store Associate | 1101 - General Business And Industry | Fort Riley, Kansas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844188900 |
| 844189900 | 8/25/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Riley, Kansas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844189900 |
| 844220000 | 8/25/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Davis Monthan AFB, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844220000 |
| 844171200 | 8/25/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Fairbanks, Alaska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844171200 |
| 844171300 | 8/25/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Monterey, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844171300 |
| 844171600 | 8/25/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Anchorage, Alaska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844171600 |
| 844169300 | 8/25/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Seatac, Washington | GS-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844169300 |
| 844265000 | 8/25/2025 | Department of Health and Human Services | Supervisory Facility Operations Specialist | 1640 - Facility Operations Services | Parker, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844265000 |
| 844181700 | 8/25/2025 | Department of Health and Human Services | Guidance Counselor (School Counselor) | 1740 - Education Services | Jesup, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844181700 |
| 844198900 | 8/25/2025 | Department of the Air Force | INSPECTIONS SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Goodfellow AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844198900 |
| 844257800 | 8/25/2025 | Department of the Air Force | FREIGHT RATE SPECIALIST | 2131 - Freight Rate | McGuire AFB, New Jersey | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844257800 |
| 844229700 | 8/25/2025 | Department of the Air Force | EMERGENCY SERVICES DISPATCHER | 2151 - Dispatching | Holloman AFB, New Mexico | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844229700 |
| 844184100 | 8/25/2025 | Department of Justice | Supervisory Information Technology Specialist | 2210 - Information Technology Management | Philadelphia, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844184100 |
| 844184200 | 8/25/2025 | Department of Justice | Supervisory Information Technology Specialist | 2210 - Information Technology Management | Philadelphia, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844184200 |
| 844200700 | 8/25/2025 | Department of Justice | Information Technology Specialist (Customer Support) | 2210 - Information Technology Management | Oakland, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844200700 |
| 844201000 | 8/25/2025 | Department of Justice | Information Technology Specialist (Customer Support) | 2210 - Information Technology Management | Oakland, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844201000 |
| 844168700 | 8/25/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | San Diego, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844168700 |
| 844182500 | 8/25/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Riley, Kansas | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844182500 |
| 844182600 | 8/25/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Riley, Kansas | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844182600 |
| 844210900 | 8/25/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Meade, Maryland | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844210900 |
| 844279200 | 8/25/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Goodfellow AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844279200 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844280300 | 8/25/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Goodfellow AFB, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844280300 |
| 808997700 | 8/25/2025 | Department of Health and Human Services | Supervisory Mental Health Specialist | 0101 - Social Science | Mobridge, South Dakota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/808997700 |
| 844209100 | 8/26/2025 | Department of the Interior | Park Ranger (Protection) | 0025 - Park Ranger | Boston, Massachusetts | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844209100 |
| 844209200 | 8/26/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Boston, Massachusetts | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844209200 |
| 844267000 | 8/26/2025 | Department of the Interior | Supervisory Park Ranger (Protection) - Deputy Chief Ranger | 0025 - Park Ranger | Sequoia National Park, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844267000 |
| 844174600 | 8/26/2025 | Executive Office of the President | Emergency Management Specialist | 0089 - Emergency Management Specialist | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844174600 |
| 844224500 | 8/26/2025 | Department of Health and Human Services | Health Insurance Specialist (Program Policy) | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844224500 |
| 844237900 | 8/26/2025 | Department of Health and Human Services | Health Insurance Specialist (Program Policy) | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844237900 |
| 844123500 | 8/26/2025 | Department of Health and Human Services | Economist | 0110 - Economist | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844123500 |
| 844267300 | 8/26/2025 | Department of Energy | International Relations Specialist | 0131 - International Relations | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844267300 |
| 844268000 | 8/26/2025 | Department of Energy | International Relations Specialist | 0131 - International Relations | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844268000 |
| 844197000 | 8/26/2025 | Department of the Air Force | INTELLIGENCE OPERATIONS SPECIALIST (TITLE 32) | 0132 - Intelligence | Jacksonville, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844197000 |
| 844191200 | 8/26/2025 | Department of the Air Force | OPERATIONAL JOINT INTERFACE CONTROL TECH (TITLE 5) | 0301 - Miscellaneous Administration And Program | Tyndall AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844191200 |
| 844231500 | 8/26/2025 | Department of the Air Force | AIRMAN AND FAMILY READINESS SPECIALIST (TITLE 5) | 0301 - Miscellaneous Administration And Program | Jacksonville, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844231500 |
| 844245900 | 8/26/2025 | Department of Health and Human Services | Chief of Staff | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844245900 |
| 844118900 | 8/26/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Hato Rey, Puerto Rico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844118900 |
| 844263700 | 8/26/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844263700 |
| 844126200 | 8/26/2025 | Department of Health and Human Services | Nurse | 0610 - Nurse | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844126200 |
| 844222300 | 8/26/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Indianapolis, Indiana | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844222300 |
| 844222700 | 8/26/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Indianapolis, Indiana | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844222700 |
| 844198600 | 8/26/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Mott, North Dakota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844198600 |
| 844202300 | 8/26/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Willmar, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844202300 |
| 844206400 | 8/26/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Sioux City, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844206400 |
| 844247300 | 8/26/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | San Leandro, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844247300 |
| 844210400 | 8/26/2025 | Department of the Air Force | IT SPECIALIST (SYSADMIN) (TITLE 32) | 2210 - Information Technology Management | Tyndall AFB, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844210400 |
| 844202500 | 8/26/2025 | Department of the Air Force | HEAVY MOBILE EQUIPMENT MECHANIC (TITLE 32) | 5803 - Heavy Mobile Equipment Mechanic | Camp Blanding, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844202500 |
| 844207100 | 8/26/2025 | Department of the Air Force | HEAVY MOBILE EQUIPMENT MECHANIC (TITLE 32) | 5803 - Heavy Mobile Equipment Mechanic | Jacksonville, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844207100 |
| 844364500 | 8/26/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Barstow, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844364500 |
| 844326700 | 8/26/2025 | Department of the Interior | Security Guard | 0085 - Security Guard | Page, Arizona | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844326700 |
| 844358600 | 8/26/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Ray Brook, New York | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844358600 |
| 844359900 | 8/26/2025 | Department of Justice | Correctional Treatment Specialist (Assistant Case Management Coordinator) | 0101 - Social Science | Miami-Dade County, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844359900 |
| 844288400 | 8/26/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€"FIT) | 0180 - Psychology | Greenville, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844288400 |
| 844298000 | 8/26/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - STAGES) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844298000 |
| 844302900 | 8/26/2025 | Department of Justice | Clinical Psychologist (Sex Offender Program Psychologist) | 0180 - Psychology | Milan, Michigan | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844302900 |
| 844338200 | 8/26/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Littleton, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844338200 |
| 844346200 | 8/26/2025 | Department of Justice | Clinical Psychologist (Sex Offender Program Psychologist) | 0180 - Psychology | Prince George, Virginia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844346200 |
| 844359500 | 8/26/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Bruceton Mills, West Virginia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844359500 |
| 844382000 | 8/26/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - RESOLVE) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844382000 |
| 844326500 | 8/26/2025 | Other Agencies and Independent Organizations | Senior Human Resources Specialist (Employee Benefits) | 0201 - Human Resources Management | Rockville, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844326500 |
| 844293300 | 8/26/2025 | Department of Health and Human Services | Chief of Staff | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844293300 |
| 844301900 | 8/26/2025 | Department of the Air Force | SUPERVISORY PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844301900 |
| 844378200 | 8/26/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Fort Myers, Florida | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844378200 |
| 844354800 | 8/26/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844354800 |
| 844346400 | 8/26/2025 | Department of the Interior | Wildland Firefighter (Fire Management Planning) - Direct Hire Authority | 0456 - Wildland Fire Management | Aberdeen, South Dakota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844346400 |
| 844322300 | 8/26/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | San Francisco, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844322300 |
| 844321700 | 8/26/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Prince George, Virginia | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844321700 |
| 844344100 | 8/26/2025 | Department of Health and Human Services | Supervisory Dentist | 0680 - Dental Officer | Wewoka, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844344100 |
| 844281100 | 8/26/2025 | Department of Justice | Dental Assistant - Expanded Function (Dental Assistant) | 0681 - Dental Assistant | Waymart, Pennsylvania | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/844281100 |
| 844348000 | 8/26/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Victorville, California | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/844348000 |
| 844304900 | 8/26/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Naval Air Station Whidbey Island, Washington | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844304900 |
| 844304400 | 8/26/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Bryan, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844304400 |
| 844345800 | 8/26/2025 | Department of Commerce | Investigation & Compliance Specialist | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844345800 |
| 844361700 | 8/26/2025 | Department of the Air Force | SUPERVISORY INSPECTOR GENERAL | 1801 - General Inspection, Investigation, Enforcem | Ramstein, Germany | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844361700 |
| 844276000 | 8/26/2025 | Department of Homeland Security | Supervisory Immigration Services Assistant (SISA) | 1802 - Compliance Inspection And Support | Buffalo, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844276000 |
| 844374800 | 8/26/2025 | Department of Labor | Supervisory Criminal Investigator | 1811 - Criminal Investigation | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844374800 |
| 844375500 | 8/26/2025 | Department of Labor | Supervisory Criminal Investigator | 1811 - Criminal Investigation | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844375500 |
| 844352400 | 8/26/2025 | Executive Office of the President | Distribution Facilities Specialist | 2030 - Distribution Facilities and Storage Managem | District of Columbia, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844352400 |
| 844310900 | 8/26/2025 | Department of the Air Force | TRANSPORATION ASSISTANT (PERSONAL PROPERTY) | 2102 - Transportation Clerk And Assistant | Colorado Springs, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844310900 |
| 844353700 | 8/26/2025 | Department of the Air Force | FIRE ALARM COMMUNICATION CENTER DISPATCHER | 2151 - Dispatching | Altus AFB, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844353700 |
| 844506300 | 8/26/2025 | Department of Justice | Volunteer Law Student Spring 2026 | 0999 - Legal Occupations Student Trainee | Albuquerque, New Mexico | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/844506300 |
| 844323800 | 8/27/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Van Horn, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844323800 |
| 844312400 | 8/27/2025 | Department of the Air Force | LEAD FIREFIGHTER (Title 5) | 0081 - Fire Protection and Prevention | Ellington AFB, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844312400 |
| 844389600 | 8/27/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Fresno, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844389600 |
| 844389700 | 8/27/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Fresno, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844389700 |
| 843879600 | 8/27/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Labor and Employee Relations) | 0201 - Human Resources Management | Aliso Viejo, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/843879600 |
| 844174100 | 8/27/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Labor and Employee Relations) | 0201 - Human Resources Management | Aliso Viejo, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844174100 |
| 844372700 | 8/27/2025 | Department of Justice | HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Cheyenne, Wyoming | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844372700 |
| 844289000 | 8/27/2025 | Other Agencies and Independent Organizations | PROGRAM SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | SK-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844289000 |
| 844367600 | 8/27/2025 | Department of Energy | Supervisory Facilities Specialist | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844367600 |
| 844365500 | 8/27/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Philadelphia, Pennsylvania | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844365500 |
| 844299400 | 8/27/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/844299400 |
| 844334600 | 8/27/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Miles City, Montana | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844334600 |
| 844252300 | 8/27/2025 | Department of Homeland Security | Supervisory Public Affairs Specialist | 1035 - Public Affairs | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844252300 |
| 844280100 | 8/27/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Boston, Massachusetts | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844280100 |

A124

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844283700 | 8/27/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Albany, New York | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844283700 |
| 844348100 | 8/27/2025 | Department of Homeland Security | Investigative Specialist | 1801 - General Inspection, Investigation, Enforcem | Aliso Viejo, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844348100 |
| 844227800 | 8/27/2025 | Department of Homeland Security | Investigative Analyst | 1805 - Investigative Analysis | Camp Springs, Maryland | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844227800 |
| 844378400 | 8/27/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Rantoul, Illinois | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844378400 |
| 844468000 | 8/27/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Seward, Alaska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844468000 |
| 844505700 | 8/27/2025 | Department of Justice | Non-Law Volunteer Student Spring 2026 | 0099 - General Student Trainee | Albuquerque, New Mexico | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/844505700 |
| 844431900 | 8/27/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist â€" FIT) | 0101 - Social Science | Greenville, Illinois | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844431900 |
| 844482200 | 8/27/2025 | Department of the Air Force | FOREIGN AFFAIRS SPECIALIST | 0130 - Foreign Affairs | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844482200 |
| 844431100 | 8/27/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Miami-Dade County, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844431100 |
| 844436900 | 8/27/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Littleton, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844436900 |
| 844464700 | 8/27/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844464700 |
| 844455200 | 8/27/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Mildenhall, United Kingdom | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844455200 |
| 844494000 | 8/27/2025 | Department of Justice | Trust Fund Program Specialist (Trust Fund Specialist) | 0301 - Miscellaneous Administration And Program | Bastrop, Texas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/844494000 |
| 844403900 | 8/27/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Bloomington, Minnesota | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844403900 |
| 844440800 | 8/27/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Hickam AFB, Hawaii | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844440800 |
| 844415300 | 8/27/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Chester, California | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844415300 |
| 844420700 | 8/27/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Thousand Oaks, California | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844420700 |
| 844495800 | 8/27/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | Forrest City, Arkansas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844495800 |
| 844471800 | 8/27/2025 | Department of the Air Force | STRENGTH AND CONDITIONING SPECIALIST | 0601 - General Health Science | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844471800 |
| 844450600 | 8/27/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Victorville, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844450600 |
| 844477500 | 8/27/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Los Angeles, California | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/844477500 |
| 844495300 | 8/27/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Sacramento, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844495300 |
| 844495400 | 8/27/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Sacramento, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844495400 |
| 844423200 | 8/27/2025 | Department of Justice | Legal Assistant (OA) | 0986 - Legal Assistance | Tampa, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844423200 |
| 844423100 | 8/27/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Luke AFB, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844423100 |
| 844423400 | 8/27/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Luke AFB, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844423400 |
| 844416600 | 8/27/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PASSENGER) | 2102 - Transportation Clerk And Assistant | Luke AFB, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844416600 |
| 844450500 | 8/27/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PERSONAL PROPERTY) | 2102 - Transportation Clerk And Assistant | Dover AFB, Delaware | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844450500 |
| 844481400 | 8/27/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (REPORTS/OA) | 2102 - Transportation Clerk And Assistant | Hickam AFB, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844481400 |
| 844500400 | 8/27/2025 | Department of the Air Force | SUPV AIRPLANE PILOT (SIMULATOR INSTRUCTOR) | 2181 - Aircraft Operation | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844500400 |
| 844504300 | 8/27/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Shaw AFB, South Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844504300 |
| 844521000 | 8/28/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844521000 |
| 844481500 | 8/28/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Barksdale AFB, Louisiana | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844481500 |
| 844421800 | 8/28/2025 | Executive Office of the President | Logistics Assistant (Mail/MVO) | 0303 - Miscellaneous Clerk And Assistant | District of Columbia, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844421800 |
| 844442100 | 8/28/2025 | Department of the Interior | Fire Program Assistant - Direct Hire Authority | 0303 - Miscellaneous Clerk And Assistant | Tupelo, Mississippi | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844442100 |
| 844448500 | 8/28/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844448500 |
| 844476700 | 8/28/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Fort Worth, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844476700 |
| 844442500 | 8/28/2025 | Department of the Interior | Wildland Firefighter | 0456 - Wildland Fire Management | Travis County, Texas | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844442500 |
| 844454300 | 8/28/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Cannon AFB, New Mexico | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844454300 |
| 844440500 | 8/28/2025 | Department of the Interior | Lead Health Technician (Paramedic) | 0640 - Health Aid And Technician | Springdale, Utah | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844440500 |
| 844444200 | 8/28/2025 | Department of the Interior | Lead Health Technician (Paramedic) | 0640 - Health Aid And Technician | Springdale, Utah | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844444200 |
| 844429400 | 8/28/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Honolulu, Hawaii | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844429400 |
| 844429800 | 8/28/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Honolulu, Hawaii | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844429800 |
| 844459600 | 8/28/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Los Angeles, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844459600 |
| 844496000 | 8/28/2025 | Department of the Air Force | SUPERVISORY IT SPECIALIST (NETWORK) | 2210 - Information Technology Management | Seymour Johnson AFB, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844496000 |
| 844489800 | 8/28/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | Dyess AFB, Texas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844489800 |
| 844536600 | 8/28/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Malmstrom AFB, Montana | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844536600 |
| 844585900 | 8/28/2025 | Department of the Air Force | POLICE OFFICER | 0083 - Police | Minneapolis, Minnesota | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844585900 |
| 844602100 | 8/28/2025 | Department of the Air Force | WORK/LIFE CONSULTANT | 0101 - Social Science | McConnell AFB, Kansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844602100 |
| 844615600 | 8/28/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Terre Haute, Indiana | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844615600 |
| 844565600 | 8/28/2025 | Department of Justice | Clinical Psychologist (Staff Psychologist) | 0180 - Psychology | Beaumont, Texas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844565600 |
| 844566200 | 8/28/2025 | Department of Justice | Clinical Psychologist (Internship Program Coordinator) | 0180 - Psychology | Littleton, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844566200 |
| 844604500 | 8/28/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Advanced Care Level) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844604500 |
| 844630600 | 8/28/2025 | Department of Justice | Clinical Psychologist (Sex Offender Program Psychologist) | 0180 - Psychology | Tucson, Arizona | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844630600 |
| 844624000 | 8/28/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Dover AFB, Delaware | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844624000 |
| 844588800 | 8/28/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Fort Myers, Florida | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844588800 |
| 844554200 | 8/28/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Administration And Program | Los Angeles, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844554200 |
| 844525200 | 8/28/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844525200 |
| 844598600 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Helitack Squad Boss) - Direct Hire Authority | 0456 - Wildland Fire Management | Boise, Idaho | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844598600 |
| 844599900 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Helicopter Crew Supervisor) - Direct Hire Authority | 0456 - Wildland Fire Management | Rifle, Colorado | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844599900 |
| 844600500 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Operations) High Complexity - Direct Hire Authority | 0456 - Wildland Fire Management | Burley, Idaho | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844600500 |
| 844600700 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Operations) Moderate Complexity - Direct Hire Authority | 0456 - Wildland Fire Management | Alturas, California | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844600700 |
| 844601100 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Safford, Arizona | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844601100 |
| 844601600 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant IHC Superintendent) - Direct Hire Authority | 0456 - Wildland Fire Management | Craig, Colorado | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844601600 |
| 844601900 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Fire Helicopter Crew Supervisor) - Direct Hire Authority | 0456 - Wildland Fire Management | Billings, Montana | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844601900 |
| 844602500 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Assistant Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Safford, Arizona | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844602500 |
| 844602900 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Assistant Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Montrose, Colorado | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844602900 |
| 844603100 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Fuels Squad Boss) - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844603100 |
| 844603500 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Hotshot Squad Boss) - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844603500 |
| 844642300 | 8/28/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | San Francisco, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844642300 |

A125

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844642400 | 8/28/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | San Francisco, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844642400 |
| 844552300 | 8/28/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Oklahoma City, Oklahoma | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844552300 |
| 844552900 | 8/28/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Oklahoma City, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844552900 |
| 844553300 | 8/28/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Oklahoma City, Oklahoma | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844553300 |
| 844635700 | 8/28/2025 | Department of Justice | Advance Practice Nurse (Psychiatric), (Psychiatric Mid-Level Practitioner) | 0610 - Nurse | Florence, Colorado | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844635700 |
| 844625400 | 8/28/2025 | Department of Justice | Supervisory Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Littleton, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844625400 |
| 844603800 | 8/28/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Los Angeles, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844603800 |
| 844616100 | 8/28/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Littleton, Colorado | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844616100 |
| 844577300 | 8/28/2025 | Department of the Air Force | ENGINEERING TECHNICIAN (AEROSPACE/DRAFTING) | 0802 - Engineering Technical | Travis AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844577300 |
| 844628700 | 8/28/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Forrest City, Arkansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844628700 |
| 844538000 | 8/28/2025 | Department of Justice | Supervisory Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844538000 |
| 844593100 | 8/28/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | New Orleans, Louisiana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844593100 |
| 844593300 | 8/28/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | New Orleans, Louisiana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844593300 |
| 844533900 | 8/28/2025 | Other Agencies and Independent Organizations | Attorney (Investigate) | 0905 - Attorney | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/844533900 |
| 844602800 | 8/28/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Phoenix, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844602800 |
| 844603200 | 8/28/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Phoenix, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844603200 |
| 844536400 | 8/28/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Mitchell AFB, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844536400 |
| 844536700 | 8/28/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Mitchell AFB, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844536700 |
| 844574600 | 8/28/2025 | Other Agencies and Independent Organizations | INTERNATIONAL TRADE ANALYST (CHEMIST) | 1101 - General Business And Industry | Washington, District of Columbia | GS-9/14 | Questionnaire with EO question | https://www.usajobs.gov/job/844574600 |
| 844576100 | 8/28/2025 | Other Agencies and Independent Organizations | INTERNATIONAL TRADE ANALYST (CHEMIST) | 1101 - General Business And Industry | Washington, District of Columbia | GS-9/14 | Questionnaire with EO question | https://www.usajobs.gov/job/844576100 |
| 844604900 | 8/28/2025 | Department of Defense | COMMISSARY CONTRACTOR MONITOR | 1101 - General Business And Industry | Davis Monthan AFB, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844604900 |
| 844633600 | 8/28/2025 | Department of the Air Force | SUPERVISORY COMMUNITY SERVICES SPECIALIST - DIRECT HIRING AUTHORITY | 1101 - General Business And Industry | Wright-Patterson AFB, Ohio | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/844633600 |
| 844613300 | 8/28/2025 | Department of the Air Force | CONTRACT SPECIALIST | 1102 - Contracting | Robins AFB, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844613300 |
| 844609200 | 8/28/2025 | Department of the Air Force | OPERATIONS AND MAINTENANCE MANAGER | 1601 - Equipment Facilities, And Services | Cannon AFB, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844609200 |
| 844621300 | 8/28/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Herlong Sierra Ordnance Depot, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844621300 |
| 844579000 | 8/28/2025 | Department of the Air Force | EFL/ESL SPECIALIST | 1701 - General Education And Training | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844579000 |
| 844540800 | 8/28/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN | 1702 - Education And Training Technician | Lackland AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844540800 |
| 844604300 | 8/28/2025 | Department of Justice | Training Instructor (Vocational Training Instructor - Dog Trainer) | 1712 - Training Instruction | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844604300 |
| 844540300 | 8/28/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Atlanta, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844540300 |
| 844634800 | 8/28/2025 | Department of the Air Force | SUPERVISORY INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Goodfellow AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844634800 |
| 844614900 | 8/28/2025 | Department of the Interior | Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Owyhee, Nevada | GL-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844614900 |
| 844542400 | 8/28/2025 | Department of the Interior | Dispatcher (Public Safety) | 2151 - Dispatching | Owyhee, Nevada | GS-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844542400 |
| 844646200 | 8/28/2025 | Department of the Interior | Supervisory Dispatcher (Public Safety) | 2151 - Dispatching | Yellowstone National Park, Wyoming | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844646200 |
| 844646400 | 8/28/2025 | Department of the Interior | Supervisory Dispatcher (Public Safety) | 2151 - Dispatching | Yellowstone National Park, Wyoming | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844646400 |
| 844532800 | 8/28/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Air Force Academy, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844532800 |
| 844537600 | 8/28/2025 | Department of the Air Force | AIRCRAFT ELECTRICIAN (AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC) | 2892 - Aircraft Electrician | Niagara Falls, New York | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844537600 |
| 844527500 | 8/28/2025 | Department of the Air Force | MAINTENANCE MECHANIC | 4749 - Maintenance Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844527500 |
| 844605500 | 8/28/2025 | Department of Defense | Store Worker Leader | 6914 - Store Working | Barksdale AFB, Louisiana | WL-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844605500 |
| 844605900 | 8/28/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Barksdale AFB, Louisiana | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844605900 |
| 844618900 | 8/28/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Barksdale AFB, Louisiana | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844618900 |
| 844620300 | 8/28/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Groton Submarine Base, Connecticut | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844620300 |
| 844622600 | 8/28/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Groton Submarine Base, Connecticut | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844622600 |
| 844702500 | 8/28/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Moody AFB, Georgia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844702500 |
| 844701800 | 8/28/2025 | Department of Defense | Meatcutter Leader | 7407 - Meatcutting | Fort Gordon, Georgia | WL-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844701800 |
| 844577000 | 8/29/2025 | Department of Health and Human Services | Physical Security Specialist | 0080 - Security Administration | Montgomery County, Maryland | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844577000 |
| 844578300 | 8/29/2025 | Department of Health and Human Services | Physical Security Specialist | 0080 - Security Administration | Montgomery County, Maryland | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844578300 |
| 844579200 | 8/29/2025 | Department of Health and Human Services | Physical Security Specialist | 0080 - Security Administration | Hamilton, Montana | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844579200 |
| 844579500 | 8/29/2025 | Department of Health and Human Services | Physical Security Specialist | 0080 - Security Administration | Hamilton, Montana | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844579500 |
| 844531700 | 8/29/2025 | Department of the Air Force | SEXUAL ASSAULT/SEXUAL HARASSMENT PREVENTION AND RESPONSE SPE | 0101 - Social Science | March AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844531700 |
| 844615200 | 8/29/2025 | Department of the Air Force | WORK/LIFE SPECIALIST | 0101 - Social Science | Holloman AFB, New Mexico | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844615200 |
| 844588100 | 8/29/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844588100 |
| 844610400 | 8/29/2025 | Department of the Air Force | SUPERVISORY PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844610400 |
| 844614300 | 8/29/2025 | Department of the Air Force | FORCE SUPPORT SUPERINTENDENT | 0301 - Miscellaneous Administration And Program | Charleston AFB, South Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844614300 |
| 844620100 | 8/29/2025 | Department of the Air Force | PROTOCOL SPECIALIST | 0301 - Miscellaneous Administration And Program | Andrews AFB, Maryland | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844620100 |
| 844626400 | 8/29/2025 | Department of Homeland Security | Project Manager | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/844626400 |
| 844626700 | 8/29/2025 | Department of the Air Force | SUPERVISORY PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844626700 |
| 844635500 | 8/29/2025 | Department of the Air Force | AVIATION RESOURCES MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Davis Monthan AFB, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844635500 |
| 844564800 | 8/29/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | MacDill AFB, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844564800 |
| 844574800 | 8/29/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Vandenberg AFB, California | NK-3 | Questionnaire with EO question | https://www.usajobs.gov/job/844574800 |
| 844627400 | 8/29/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT ANALYST | 0343 - Management And Program Analysis | MacDill AFB, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844627400 |
| 844593400 | 8/29/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Annapolis, Maryland | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844593400 |
| 844594900 | 8/29/2025 | Department of Energy | Senior Investment Officer | 1101 - General Business And Industry | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/844594900 |
| 844534000 | 8/29/2025 | Department of the Air Force | PRODUCTION CONTROLLER (AIRCRAFT) | 1152 - Production Control | Wright-Patterson AFB, Ohio | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844534000 |
| 844629900 | 8/29/2025 | Department of the Air Force | EDUCATION SERVICES SPECIALIST | 1740 - Education Services | Geilenkirchen, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844629900 |
| 844606800 | 8/29/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Boston, Massachusetts | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844606800 |
| 844368500 | 8/29/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Holtsville, New York | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844368500 |
| 844370000 | 8/29/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Montgomery, Alabama | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844370000 |
| 844629000 | 8/29/2025 | Department of the Air Force | AIRCRAFT SURVIVAL AND FLIGHT EQUIPMENT REPAIRER | 4818 - Aircraft Survival Flight Equipment Repair | Youngstown, Ohio | WG-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844629000 |
| 844627700 | 8/29/2025 | Department of the Air Force | AIRCRAFT ENGINE MECHANIC SUPERVISOR | 8602 - Aircraft Engine Mechanic | Patrick AFB, Florida | WS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844627700 |
| 844564400 | 8/29/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Fort Worth, Texas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844564400 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844565300 | 8/29/2025 | Department of the Air Force | AIRCRAFT MECHANIC INSPECTOR | 8852 - Aircraft Mechanic | Altus AFB, Oklahoma | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844565300 |
| 844675800 | 8/29/2025 | Department of the Interior | Supervisory Correctional Officer | 0007 - Correctional Officer | Harlem, Montana | GL-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844675800 |
| 844681500 | 8/29/2025 | Department of the Interior | Corrections Officer | 0007 - Correctional Officer | Busby, Montana | GL-5/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844681500 |
| 844696800 | 8/29/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Yankton, South Dakota | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/844696800 |
| 844704900 | 8/29/2025 | Department of Justice | Supervisory Correctional Officer, (Lieutenant) | 0007 - Correctional Officer | Herlong Sierra Ordnance Depot, California | GL-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844704900 |
| 844709100 | 8/29/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Bastrop, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/844709100 |
| 844723300 | 8/29/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Fresno, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844723300 |
| 844723400 | 8/29/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Fresno, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844723400 |
| 844723900 | 8/29/2025 | Department of the Air Force | INTELLIGENCE OPERATIONS SPECIALIST | 0132 - Intelligence | Fargo, North Dakota | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844723900 |
| 844673000 | 8/29/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Three Rivers, Texas | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844673000 |
| 844684500 | 8/29/2025 | Department of Justice | Social Worker | 0185 - Social Work | Waseca, Minnesota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844684500 |
| 844675200 | 8/29/2025 | Department of Justice | EVIDENCE CONTROL SPECIALIST | 0301 - Miscellaneous Administration And Program | Boston, Massachusetts | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844675200 |
| 844677400 | 8/29/2025 | Department of Justice | EVIDENCE CUSTODIAN | 0303 - Miscellaneous Clerk And Assistant | Boston, Massachusetts | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844677400 |
| 844658600 | 8/29/2025 | Department of Defense | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Norfolk, Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844658600 |
| 844673500 | 8/29/2025 | Department of the Air Force | SECRETARY (OA) | 0318 - Secretary | Maxwell AFB, Alabama | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844673500 |
| 844702800 | 8/29/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Pollock, Louisiana | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/844702800 |
| 844681700 | 8/29/2025 | Department of the Air Force | MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Andrews AFB, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844681700 |
| 844705500 | 8/29/2025 | Department of the Interior | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Boise, Idaho | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844705500 |
| 844676300 | 8/29/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Cannon AFB, New Mexico | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844676300 |
| 844670700 | 8/29/2025 | Department of Defense | Teller | 0530 - Cash Processing | New Orleans, Louisiana | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844670700 |
| 844693200 | 8/29/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Los Angeles, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844693200 |
| 844696400 | 8/29/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Los Angeles, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844696400 |
| 844710900 | 8/29/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Sacramento, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844710900 |
| 844711100 | 8/29/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Sacramento, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844711100 |
| 844697400 | 8/29/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Moody AFB, Georgia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844697400 |
| 844700200 | 8/29/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Naval Air Station San Diego, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844700200 |
| 844704000 | 8/29/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Pollock, Louisiana | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844704000 |
| 844670900 | 8/29/2025 | Department of the Air Force | HOUSING MANAGER | 1173 - Housing Management | Kaiserslautern, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844670900 |
| 844667500 | 8/29/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER | 1601 - Equipment Facilities, And Services | Keesler AFB, Mississippi | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844667500 |
| 844716000 | 8/29/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Three Rivers, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/844716000 |
| 844715200 | 8/29/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Alconbury, United Kingdom | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844715200 |
| 844667700 | 8/29/2025 | Department of the Air Force | SUPERVISORY TRAINING INSTRUCTOR (RAWS SUPPLEMENTAL COURSES) | 1712 - Training Instruction | Keesler AFB, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844667700 |
| 844670100 | 8/29/2025 | Department of the Air Force | TRAINING INSTRUCTOR (OFFICER COURSES) | 1712 - Training Instruction | Keesler AFB, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844670100 |
| 844678400 | 8/29/2025 | Department of the Air Force | TRAINING INSTRUCTOR (CIVIL ENGINEERNG) | 1712 - Training Instruction | Gulfport, Mississippi | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844678400 |
| 844699900 | 8/29/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844699900 |
| 844693000 | 8/29/2025 | Department of the Interior | Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Crow Agency, Montana | GL-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844693000 |
| 844653300 | 8/29/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Fort Rucker, Alabama | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/844653300 |
| 844676800 | 8/29/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PERSONAL PROPERTY) | 2102 - Transportation Clerk And Assistant | Holloman AFB, New Mexico | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844676800 |
| 844676200 | 8/29/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC | 2610 - Electronic Integrated Systems Mechanic | Travis AFB, California | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844676200 |
| 844665500 | 8/29/2025 | Department of the Air Force | AIRCRAFT ELECTRICIAN (AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC) | 2892 - Aircraft Electrician | McConnell AFB, Kansas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844665500 |
| 844699100 | 8/29/2025 | Department of the Interior | Materials Handler Supervisor | 6907 - Materials Handler | Boise, Idaho | WS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844699100 |
| 844699700 | 8/29/2025 | Department of the Interior | Materials Handler Supervisor | 6907 - Materials Handler | Boise, Idaho | WS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844699700 |
| 844697700 | 8/29/2025 | Department of Defense | Meatcutter Leader | 7407 - Meatcutting | Fort Gordon, Georgia | WL-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844697700 |
| 844966900 | 8/29/2025 | Department of Veterans Affairs | Staff Psychologist BHIP Therapist | 0180 - Psychology | Colorado Springs, Colorado | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844966900 |
| 844453000 | 9/1/2025 | Department of the Air Force | AIRCRAFT OVERHAUL LEADER | 8801 - Miscellaneous Aircraft Overhaul | Whiteman AFB, Missouri | WL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844453000 |
| 844461900 | 9/1/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Moody AFB, Georgia | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844461900 |
| 844704300 | 9/2/2025 | Department of the Interior | Safety and Health Occupational Specialist | 0018 - Safety and Occupational Health Management | Honolulu, Hawaii | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844704300 |
| 844735600 | 9/2/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Hawaii National Park, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844735600 |
| 844621400 | 9/2/2025 | Department of Energy | Supervisory Security Specialist | 0080 - Security Administration | Germantown, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844621400 |
| 844633800 | 9/2/2025 | Department of Health and Human Services | Emergency Management Specialist | 0089 - Emergency Management Specialist | Hamilton, Montana | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844633800 |
| 844634000 | 9/2/2025 | Department of Health and Human Services | Emergency Management Specialist | 0089 - Emergency Management Specialist | Hamilton, Montana | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844634000 |
| 844634200 | 9/2/2025 | Department of Health and Human Services | Emergency Management Specialist | 0089 - Emergency Management Specialist | Hamilton, Montana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844634200 |
| 844634300 | 9/2/2025 | Department of Health and Human Services | Emergency Management Specialist | 0089 - Emergency Management Specialist | Hamilton, Montana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844634300 |
| 844715900 | 9/2/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844715900 |
| 844680500 | 9/2/2025 | Department of the Air Force | AIR COMMANDER (PILOT) | 0301 - Miscellaneous Administration And Program | Tyndall AFB, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844680500 |
| 844691000 | 9/2/2025 | Department of the Air Force | EXECUTIVE SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | Langley AFB, Virginia | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844691000 |
| 844701000 | 9/2/2025 | Department of the Air Force | SUPERVISORY EXECUTIVE SERVICES SPECIALIST | 0301 - Miscellaneous Administration And Program | Travis AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844701000 |
| 844678200 | 9/2/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Westover Air Reserve Base, Massachusetts | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844678200 |
| 844711000 | 9/2/2025 | Department of the Air Force | MEDICAL ADMINISTRATIVE ASSISTANT | 0303 - Miscellaneous Clerk And Assistant | Seymour Johnson AFB, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844711000 |
| 844703100 | 9/2/2025 | Department of the Interior | Wildland Firefighter (Assistant Engine Captain) (Direct Hire Authority) | 0456 - Wildland Fire Management | Agoura Hills, California | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844703100 |
| 844712700 | 9/2/2025 | Department of Homeland Security | Auditor (Financial) | 0511 - Auditing | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844712700 |
| 844570300 | 9/2/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Honolulu, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844570300 |
| 844570800 | 9/2/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Honolulu, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844570800 |
| 844686700 | 9/2/2025 | Department of the Interior | Regional Fire Budget Analyst | 0560 - Budget Analysis | Phoenix, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844686700 |
| 844680700 | 9/2/2025 | Department of the Air Force | BUDGET TECHNICIAN | 0561 - Budget Clerical And Assistance | Columbus, Mississippi | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844680700 |
| 844634100 | 9/2/2025 | Other Agencies and Independent Organizations | General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-2/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844634100 |
| 844704200 | 9/2/2025 | Department of Energy | General Engineer/ Physical Scientist | 0801 - General Engineering | Albuquerque, New Mexico | NN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844704200 |
| 844695400 | 9/2/2025 | Department of Commerce | Electronics Engineer | 0855 - Electronics Engineering | Boulder, Colorado | ZP-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844695400 |
| 843313100 | 9/2/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | San Diego, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843313100 |
| 844668300 | 9/2/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Phoenix, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844668300 |
| 844716100 | 9/2/2025 | Department of Justice | Supervisory Criminal Investigator | 1811 - Criminal Investigation | Brooklyn, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844716100 |
| 844692800 | 9/2/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Seymour Johnson AFB, North Carolina | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844692800 |
| 844790300 | 9/2/2025 | Department of Justice | Correctional Program Specialist (Contract Oversight Specialist) | 0006 - Correctional Institution Administration | Seattle, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844790300 |
| 844790700 | 9/2/2025 | Department of Justice | Correctional Program Specialist (Special Investigative Agent) | 0006 - Correctional Institution Administration | Yazoo City, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844790700 |
| 844820800 | 9/2/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Beaumont, Texas | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/844820800 |

3317242

A127

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844805600 | 9/2/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | New Orleans, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844805600 |
| 844787100 | 9/2/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Jonesville, Virginia | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844787100 |
| 844818800 | 9/2/2025 | Department of Justice | Intelligence Research Specialist | 0132 - Intelligence | Anywhere in the U.S. (remote job), United States | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844818800 |
| 844747900 | 9/2/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPLOYEE RELATIONS) | 0201 - Human Resources Management | Maxwell AFB, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844747900 |
| 844745400 | 9/2/2025 | Other Agencies and Independent Organizations | Ombudsman, EM-0301-00 | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/844745400 |
| 844746200 | 9/2/2025 | Department of Homeland Security | Chief | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844746200 |
| 844748400 | 9/2/2025 | Department of the Air Force | OPERATIONS SPECIALIST | 0301 - Miscellaneous Administration And Program | Hurlburt Field, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844748400 |
| 844769000 | 9/2/2025 | Department of Justice | Lock and Security Specialist (Locksmith Supervisor) | 0301 - Miscellaneous Administration And Program | Atwater, California | GL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844769000 |
| 844804400 | 9/2/2025 | Department of the Air Force | PLANNING AND INTEGRATION MANAGER | 0301 - Miscellaneous Administration And Program | Malmstrom AFB, Montana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844804400 |
| 844758300 | 9/2/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Jonesville, Virginia | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/844758300 |
| 844818600 | 9/2/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Bennettsville, South Carolina | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/844818600 |
| 844742600 | 9/2/2025 | Department of Energy | Program Manager | 0340 - Program Management | Fort Smith, Arkansas | NQ-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844742600 |
| 844802300 | 9/2/2025 | Department of Energy | Program Manager | 0340 - Program Management | Las Vegas, Nevada | EN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844802300 |
| 844743500 | 9/2/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844743500 |
| 844797200 | 9/2/2025 | Department of the Air Force | PROGRAM ANALYST- DIRECT HIRE AUTHORITY | 0343 - Management And Program Analysis | Wright-Patterson AFB, Ohio | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/844797200 |
| 844754600 | 9/2/2025 | Department of Commerce | Telecommunications Manager | 0391 - Telecommunications | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844754600 |
| 844787500 | 9/2/2025 | Department of the Interior | Wildland Firefighter (Aviation)-Direct Hire Authority | 0456 - Wildland Fire Management | Cedar City, Utah | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844787500 |
| 844811000 | 9/2/2025 | Department of Justice | Business Administrator | 0501 - Financial Administration And Program | Leavenworth, Kansas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844811000 |
| 844828800 | 9/2/2025 | Department of Veterans Affairs | Lead Medical Reimbursement Technician | 0503 - Financial Clerical And Assistance | Las Vegas, Nevada | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844828800 |
| 844788300 | 9/2/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | Waymart, Pennsylvania | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844788300 |
| 844807200 | 9/2/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Maxwell AFB, Alabama | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/844807200 |
| 844828000 | 9/2/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Mendota, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/844828000 |
| 844834900 | 9/2/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | San Diego, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844834900 |
| 844803200 | 9/2/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Estill, South Carolina | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/844803200 |
| 844802500 | 9/2/2025 | Other Agencies and Independent Organizations | General Engineer | 0801 - General Engineering | Washington, District of Columbia | DN-2/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844802500 |
| 844825800 | 9/2/2025 | Other Agencies and Independent Organizations | General Engineer (Developmental) - Professional Development Program | 0801 - General Engineering | Washington, District of Columbia | DN-1 | Questionnaire with EO question | https://www.usajobs.gov/job/844825800 |
| 844826900 | 9/2/2025 | Other Agencies and Independent Organizations | General Engineer (Developmental) - Summer Scholars | 0801 - General Engineering | Washington, District of Columbia | DN-1 | Questionnaire with EO question | https://www.usajobs.gov/job/844826900 |
| 844820900 | 9/2/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Coleman, Florida | GS-10/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844820900 |
| 844806800 | 9/2/2025 | Department of Energy | Electrical Engineer (Programming) | 0850 - Electrical Engineering | Spokane, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844806800 |
| 844807000 | 9/2/2025 | Department of Energy | Electrical Engineer (Programming) | 0850 - Electrical Engineering | Spokane, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844807000 |
| 844823900 | 9/2/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Spokane, Washington | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844823900 |
| 844824000 | 9/2/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Spokane, Washington | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844824000 |
| 844759500 | 9/2/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Louisville, Kentucky | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844759500 |
| 844746000 | 9/2/2025 | Other Agencies and Independent Organizations | Ombudsman, EM-0905-00 (Attorneys) | 0905 - Attorney | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/844746000 |
| 844775000 | 9/2/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | New Orleans, Louisiana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844775000 |
| 844826800 | 9/2/2025 | Department of Justice | Legal Assistant (Civil) | 0986 - Legal Assistance | Hammond, Indiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844826800 |
| 844832400 | 9/2/2025 | Department of Justice | Legal Assistant (Civil) | 0986 - Legal Assistance | Hammond, Indiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844832400 |
| 844821800 | 9/2/2025 | Other Agencies and Independent Organizations | Supervisory International Trade Analyst | 1101 - General Business And Industry | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844821800 |
| 844807700 | 9/2/2025 | Department of Energy | Contract Specialist | 1102 - Contracting | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844807700 |
| 844811600 | 9/2/2025 | Department of Energy | Contract Specialist | 1102 - Contracting | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844811600 |
| 844766000 | 9/2/2025 | Other Agencies and Independent Organizations | Lead International Trade Specialist | 1140 - Trade Specialist | Arlington, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844766000 |
| 844761100 | 9/2/2025 | Department of Commerce | Lead Meteorologist | 1340 - Meteorology | Mount Holly, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844761100 |
| 844761300 | 9/2/2025 | Department of Commerce | Lead Meteorologist | 1340 - Meteorology | Fairbanks, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844761300 |
| 844761800 | 9/2/2025 | Department of Commerce | Lead Meteorologist | 1340 - Meteorology | Barrigada, Guam | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844761800 |
| 844762300 | 9/2/2025 | Department of Commerce | Lead Meteorologist | 1340 - Meteorology | Hanford, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844762300 |
| 844808000 | 9/2/2025 | Department of Justice | Education Administrator | 1701 - General Education And Training | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/844808000 |
| 844778000 | 9/2/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Ramstein, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844778000 |
| 844744600 | 9/2/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Estherville, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844744600 |
| 844745000 | 9/2/2025 | Department of Agriculture | Consumcer Safety Inspector | 1862 - Consumer Safety Inspection | Long Prairie, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844745000 |
| 844806200 | 9/2/2025 | Department of Energy | Supervisory IT Specialist (SYSANALYSIS/APPSW) | 2210 - Information Technology Management | Portland, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844806200 |
| 844806300 | 9/2/2025 | Department of Energy | Supervisory IT Specialist (SYSANALYSIS/APPSW) | 2210 - Information Technology Management | Portland, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844806300 |
| 844807100 | 9/2/2025 | Department of Energy | Supervisory IT Specialist (SYSADMIN) | 2210 - Information Technology Management | Portland, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844807100 |
| 844807400 | 9/2/2025 | Department of Energy | Supervisory IT Specialist (SYSADMIN) | 2210 - Information Technology Management | Portland, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844807400 |
| 844814900 | 9/2/2025 | Department of Justice | Information Technology Specialist (Computer Specialist) | 2210 - Information Technology Management | Estill, South Carolina | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844814900 |
| 844815100 | 9/2/2025 | Department of Energy | IT Specialist (Network/SDN) | 2210 - Information Technology Management | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844815100 |
| 844816700 | 9/2/2025 | Department of Energy | IT Specialist (Network/SDN) | 2210 - Information Technology Management | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844816700 |
| 844803700 | 9/2/2025 | Department of the Air Force | MAINTENANCE MECHANIC | 4749 - Maintenance Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844803700 |
| 844767100 | 9/2/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Charleston AFB, South Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844767100 |
| 844816600 | 9/2/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Tinker AFB, Oklahoma | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844816600 |
| 844755900 | 9/2/2025 | Department of the Air Force | AIRCRAFT MECHANIC (TITLE 32) | 8852 - Aircraft Mechanic | Jacksonville, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844755900 |
| 845177000 | 9/2/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Zuni, New Mexico | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845177000 |
| 845193900 | 9/2/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845193900 |
| 844833600 | 9/3/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Redding, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844833600 |
| 844833700 | 9/3/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Redding, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844833700 |
| 844836400 | 9/3/2025 | Department of the Interior | Senior Staff Ranger | 0025 - Park Ranger | Omaha, Nebraska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844836400 |
| 844718500 | 9/3/2025 | Department of the Air Force | SECURITY OFFICER | 0080 - Security Administration | Fort Belvoir, Virginia | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844718500 |
| 844793500 | 9/3/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Maxwell AFB, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844793500 |
| 844825500 | 9/3/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Shasta, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844825500 |
| 844826000 | 9/3/2025 | Department of the Interior | Emergency Management Specialist | 0089 - Emergency Management Specialist | Shasta, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844826000 |
| 844541200 | 9/3/2025 | Department of Homeland Security | Human Resources Specialist (LER) | 0201 - Human Resources Management | Aliso Viejo, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844541200 |
| 844803600 | 9/3/2025 | Executive Office of the President | Policy Analyst | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844803600 |
| 844744700 | 9/3/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | March AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844744700 |
| 844780900 | 9/3/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Beale AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844780900 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844799700 | 9/3/2025 | Department of the Air Force | SQUADRON AVIATION RESOURCE MANAGEMENT TECHNICIAN | 0303 - Miscellaneous Clerk And Assistant | Air Force Academy, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844799700 |
| 844772600 | 9/3/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844772600 |
| 844766100 | 9/3/2025 | Department of Agriculture | Biological Science Technician (Animal) | 0404 - Biological Science Technician | Ames, Iowa | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844766100 |
| 844545700 | 9/3/2025 | Department of Homeland Security | Supervisory Financial Programs/Cost Analyst | 0501 - Financial Administration And Program | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844545700 |
| 844740600 | 9/3/2025 | Department of Justice | SUPERVISORY LEGAL ADMINISTRATIVE SPECIALIST | 0901 - General Legal And Kindred Administration | Casper, Wyoming | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844740600 |
| 844759300 | 9/3/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Indianapolis, Indiana | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844759300 |
| 844759400 | 9/3/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Indianapolis, Indiana | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844759400 |
| 844803900 | 9/3/2025 | Department of the Air Force | SUPERVISORY SUSTAINMENT SERVICES SPECIALIST | 1101 - General Business And Industry | Maxwell AFB, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844803900 |
| 844691200 | 9/3/2025 | Department of the Air Force | GEOPHYSICIST | 1313 - Geophysics | Patrick AFB, Florida | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844691200 |
| 844819500 | 9/3/2025 | Department of the Interior | Meteorologist (Fire) | 1340 - Meteorology | Fairbanks, Alaska | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844819500 |
| 844752800 | 9/3/2025 | Department of the Air Force | OPERATIONS RESEARCH ANALYST | 1515 - Operations Research | MacDill AFB, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844752800 |
| 844773100 | 9/3/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Moody AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844773100 |
| 844795400 | 9/3/2025 | Department of Homeland Security | Adjudication Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844795400 |
| 844799600 | 9/3/2025 | Department of Agriculture | Supervisory Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Salt Lake City, Utah | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844799600 |
| 844781400 | 9/3/2025 | Department of the Treasury | Assistant Inspector General For Investigations (Investigative Operations) | 1811 - Criminal Investigation | Washington, District of Columbia | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/844781400 |
| 844828500 | 9/3/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Holloman AFB, New Mexico | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844828500 |
| 844826500 | 9/3/2025 | Department of the Air Force | AIRPLANE PILOT (SIMULATOR INSTRUCTOR) | 2181 - Aircraft Operation | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844826500 |
| 844779100 | 9/3/2025 | Department of Justice | IT Specialist (CustSpt) | 2210 - Information Technology Management | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844779100 |
| 844838900 | 9/3/2025 | Department of Energy | IT Specialist | 2210 - Information Technology Management | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844838900 |
| 844839200 | 9/3/2025 | Department of Energy | IT Specialist | 2210 - Information Technology Management | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844839200 |
| 844781300 | 9/3/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT/PAINTER) | 3806 - Sheet Metal Mechanic | Seymour Johnson AFB, North Carolina | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844781300 |
| 844771300 | 9/3/2025 | Department of the Air Force | AIRCRAFT ORDNANCE SYSTEMS MECHANIC | 6652 - Aircraft Ordnance Systems Mechanic | Tyndall AFB, Florida | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844771300 |
| 844692500 | 9/3/2025 | Department of the Air Force | AIRCRAFT ENGINE MECHANIC | 8602 - Aircraft Engine Mechanic | March AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844692500 |
| 844799900 | 9/3/2025 | Department of the Air Force | AIRCRAFT OVERHAUL SUPERVISOR | 8801 - Miscellaneous Aircraft Overhaul | Beale AFB, California | WS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844799900 |
| 844864100 | 9/3/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Bastrop, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844864100 |
| 844928100 | 9/3/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Leavenworth, Kansas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844928100 |
| 844907600 | 9/3/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Los Angeles, California | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/844907600 |
| 844935300 | 9/3/2025 | Department of Justice | Correctional Officer (Senior Officer Specialist) | 0007 - Correctional Officer | Atlanta, Georgia | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/844935300 |
| 844909900 | 9/3/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Barstow, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844909900 |
| 844873900 | 9/3/2025 | Department of the Air Force | FIRE PROTECTION INSPECTOR | 0081 - Fire Protection and Prevention | Ramstein, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844873900 |
| 844951900 | 9/3/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECH/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Cheyenne Mountain AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844951900 |
| 844960600 | 9/3/2025 | Department of the Air Force | POLICE OFFICER | 0083 - Police | Niagara Falls, New York | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844960600 |
| 844923200 | 9/3/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Waseca, Minnesota | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844923200 |
| 844950200 | 9/3/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Marianna, Florida | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844950200 |
| 844957100 | 9/3/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - Advanced Care Level) | 0101 - Social Science | Alderson, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844957100 |
| 844884100 | 9/3/2025 | Department of the Air Force | RELOCATION ASSISTANCE TECHNICIAN | 0102 - Social Science Aid and Technician | Sheppard AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844884100 |
| 844884800 | 9/3/2025 | Department of the Air Force | FOREIGN AFFAIRS SPECIALIST | 0130 - Foreign Affairs | Randolph AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844884800 |
| 844901300 | 9/3/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Stepdown) | 0180 - Psychology | Atlanta, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844901300 |
| 844931800 | 9/3/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - RESOLVE) | 0180 - Psychology | Atwater, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844931800 |
| 844931900 | 9/3/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Three Rivers, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844931900 |
| 844939500 | 9/3/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" Resolve) | 0180 - Psychology | Bryan, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844939500 |
| 844967100 | 9/3/2025 | Department of Veterans Affairs | Staff Psychologist BHIP Therapist | 0180 - Psychology | Colorado Springs, Colorado | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844967100 |
| 844870800 | 9/3/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Inez, Kentucky | GS-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844870800 |
| 844866600 | 9/3/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Loretto, Pennsylvania | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/844866600 |
| 844874600 | 9/3/2025 | Department of Energy | Archeologist | 0193 - Archeology | Portland, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844874600 |
| 844878400 | 9/3/2025 | Department of Energy | Archeologist | 0193 - Archeology | Portland, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844878400 |
| 844884500 | 9/3/2025 | Department of Justice | Human Resources Officer - Human Resource Development (Employee Development Manager) | 0201 - Human Resources Management | Leavenworth, Kansas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844884500 |
| 844864800 | 9/3/2025 | Department of Justice | Lock and Security Specialist (Assistant Locksmith) | 0301 - Miscellaneous Administration And Program | Pollock, Louisiana | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/844864800 |
| 844878800 | 9/3/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Lackland AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844878800 |
| 844904400 | 9/3/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Minneapolis, Minnesota | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844904400 |
| 844913500 | 9/3/2025 | Department of the Interior | Project Manager - National Wildfire Coordinating Group (NWCG Publications) | 0301 - Miscellaneous Administration And Program | Boise, Idaho | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844913500 |
| 844917100 | 9/3/2025 | Department of the Air Force | AEROMEDICAL EVACUATION SPECIALIST | 0301 - Miscellaneous Administration And Program | Niagara Falls, New York | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844917100 |
| 844961200 | 9/3/2025 | Department of Justice | Grand Jury Clerk | 0303 - Miscellaneous Clerk And Assistant | San Francisco, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844961200 |
| 844961300 | 9/3/2025 | Department of Justice | Grand Jury Clerk | 0303 - Miscellaneous Clerk And Assistant | San Francisco, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844961300 |
| 844968500 | 9/3/2025 | Department of Energy | Power System Dispatcher | 0303 - Miscellaneous Clerk And Assistant | Loveland, Colorado | GS-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844968500 |
| 844863300 | 9/3/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Bennettsville, South Carolina | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/844863300 |
| 844915000 | 9/3/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Marion, Illinois | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844915000 |
| 844893600 | 9/3/2025 | Department of the Air Force | OFFICE AUTOMATION ASSISTANT | 0326 - Office Automation Clerical And Assistance | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844893600 |
| 844934200 | 9/3/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844934200 |
| 844924800 | 9/3/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Hickam AFB, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844924800 |
| 844890300 | 9/3/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Butner Federal Correctional Complex, North Carolin | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/844890300 |
| 844905300 | 9/3/2025 | Department of Justice | Supervisory Nurse (Supervisory Clinical Nurse) | 0610 - Nurse | Victorville, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844905300 |
| 844925100 | 9/3/2025 | Department of Justice | Pharmacy Technician | 0661 - Pharmacy Technician | Springfield, Missouri | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/844925100 |
| 844949900 | 9/3/2025 | Department of Justice | Assistant Health System Administrator (Assistant Health Services Administrator) | 0670 - Health System Administration | Leavenworth, Kansas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844949900 |
| 844872100 | 9/3/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Fort Dix, New Jersey | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/844872100 |
| 844961000 | 9/3/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Oakland, California | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844961000 |
| 844961100 | 9/3/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Oakland, California | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844961100 |
| 844959800 | 9/3/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | San Francisco, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844959800 |
| 844960400 | 9/3/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | San Francisco, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844960400 |
| 844891900 | 9/3/2025 | Department of the Air Force | PUBLIC AFFAIRS SPECIALIST | 1035 - Public Affairs | MacDill AFB, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844891900 |
| 844848600 | 9/3/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Ellsworth AFB, South Dakota | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844848600 |
| 844862700 | 9/3/2025 | Department of Defense | COMMISSARY CONTRACTOR MONITOR | 1101 - General Business And Industry | Wright-Patterson AFB, Ohio | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844862700 |
| 844841700 | 9/3/2025 | Department of Energy | Public Utilities Specialist (Transmission Scheduling) | 1130 - Public Utilities Specialist | Spokane, Washington | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844841700 |
| 844841800 | 9/3/2025 | Department of Energy | Public Utilities Specialist (Transmission Scheduling) | 1130 - Public Utilities Specialist | Spokane, Washington | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844841800 |

A129

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844910800 | 9/3/2025 | Department of Defense | Produce Department Manager | 1144 - Commissary Management | New London, Connecticut | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844910800 |
| 844932200 | 9/3/2025 | Department of Defense | Grocery Department Manager | 1144 - Commissary Management | Albany, Georgia | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844932200 |
| 844818100 | 9/3/2025 | Department of the Air Force | BUILDING MANAGEMENT SPECIALIST | 1176 - Building Management | Wright-Patterson AFB, Ohio | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844818100 |
| 844880700 | 9/3/2025 | Department of the Air Force | FAMILY CHILD CARE COORDINATOR | 1701 - General Education And Training | Travis AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844880700 |
| 844962500 | 9/3/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Dover AFB, Delaware | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844962500 |
| 844925300 | 9/3/2025 | Department of the Air Force | TRAINING INSTRUCTOR (COMPUTER SCIENCE) | 1712 - Training Instruction | Keesler AFB, Mississippi | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844925300 |
| 844947600 | 9/3/2025 | Department of Education | Education Research Analyst GS-1730-14 (DE) | 1730 - Education Research | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844947600 |
| 844948000 | 9/3/2025 | Department of Education | Education Research Analyst GS-1730-14 (MP) | 1730 - Education Research | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844948000 |
| 844882500 | 9/3/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Terre Haute, Indiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844882500 |
| 844943800 | 9/3/2025 | Department of Justice | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Maxwell AFB, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844943800 |
| 844950900 | 9/3/2025 | Department of Justice | Quality Assurance Specialist (Quality Assurance Manager - UNICOR) | 1910 - Quality Assurance | Salters, South Carolina | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844950900 |
| 844875500 | 9/3/2025 | Department of the Air Force | SUPPLY TECH | 2005 - Supply Clerical And Technician | Goodfellow AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844875500 |
| 844858800 | 9/3/2025 | Department of the Air Force | AERIAL REFUELING TECHNICIAN (INSTRUCTOR) | 2185 - Aircrew Technician | Grissom AFB, Indiana | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844858800 |
| 844937200 | 9/3/2025 | Department of the Air Force | ORDNANCE EQUIPMENT MECHANIC | 6641 - Ordnance Equipment Mechanic | Elmendorf AFB, Alaska | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844937200 |
| 844697200 | 9/4/2025 | Department of the Air Force | SUPERVISORY COMMUNITY PLANNER (ENVIRONMENTAL) - DIRECT HIRE AUTHORITY | 0020 - Community Planning | Kelly AFB, Texas | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844697200 |
| 844965700 | 9/4/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Oneida, Tennessee | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844965700 |
| 844861700 | 9/4/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844861700 |
| 844959600 | 9/4/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Fort Meade, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844959600 |
| 844860800 | 9/4/2025 | Department of the Air Force | QUALITY ASSURANCE SPECIALIST | 0301 - Miscellaneous Administration And Program | Vance AFB, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844860800 |
| 844895200 | 9/4/2025 | Department of the Air Force | DRUG DEMAND REDUCTION SPECIALIST | 0301 - Miscellaneous Administration And Program | Holloman AFB, New Mexico | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844895200 |
| 844934500 | 9/4/2025 | Department of Homeland Security | Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Phoenix, Arizona | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844934500 |
| 844935900 | 9/4/2025 | Department of Homeland Security | Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Phoenix, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844935900 |
| 844940000 | 9/4/2025 | Department of the Air Force | FORCE SUPPORT OFFICER | 0301 - Miscellaneous Administration And Program | McConnell AFB, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844940000 |
| 844956800 | 9/4/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Holloman AFB, New Mexico | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844956800 |
| 844901000 | 9/4/2025 | Department of the Air Force | LEAD INFORMATION RECEPTIONIST (O/A) | 0304 - Information Receptionist | Lackland AFB, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844901000 |
| 844871200 | 9/4/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Mobile, Alabama | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844871200 |
| 844788200 | 9/4/2025 | Department of Agriculture | Biological Scientist | 0401 - General Natural Resources Management And Bi | Fort Collins, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844788200 |
| 844790200 | 9/4/2025 | Department of Agriculture | Entomologist/Plant Pathologist | 0414 - Entomology | Raleigh, North Carolina | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844790200 |
| 844940400 | 9/4/2025 | Department of the Interior | Wildland Firefighter | 0456 - Wildland Fire Management | Burbank, Washington | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844940400 |
| 844964600 | 9/4/2025 | Department of Energy | Public Utilities Specialist (EIM Entity Scheduling Coordinator) | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844964600 |
| 844964700 | 9/4/2025 | Department of Energy | Public Utilities Specialist (EIM Entity Scheduling Coordinator) | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844964700 |
| 844855500 | 9/4/2025 | Department of the Air Force | PRODUCTION CONTROLLER (AIRCRAFT) | 1152 - Production Control | Dobbins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844855500 |
| 844936800 | 9/4/2025 | Department of the Air Force | METEOROLOGICAL TECHNICIAN | 1341 - Meteorological Technician | Westover Air Reserve Base, Massachusetts | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844936800 |
| 844928400 | 9/4/2025 | Department of the Air Force | DEAN OF SPACE EDUCATION | 1701 - General Education And Training | Washington, District of Columbia | AD-25 | Questionnaire with EO question | https://www.usajobs.gov/job/844928400 |
| 844841900 | 9/4/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | McConnell AFB, Kansas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844841900 |
| 844891200 | 9/4/2025 | Department of the Air Force | INSPECTOR GENERAL SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | March AFB, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844891200 |
| 844797400 | 9/4/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Phoenix, Arizona | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844797400 |
| 844852700 | 9/4/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Palestine, Texas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844852700 |
| 844854600 | 9/4/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Bushnell, Florida | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844854600 |
| 844932800 | 9/4/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Harpers Ferry, West Virginia | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844932800 |
| 844954100 | 9/4/2025 | Department of Agriculture | Airplane Pilot (Wildland Firefighter) | 2181 - Aircraft Operation | Ogden, Utah | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844954100 |
| 844953700 | 9/4/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT) SUPERVISOR | 3806 - Sheet Metal Mechanic | Altus AFB, Oklahoma | WS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844953700 |
| 844944600 | 9/4/2025 | Department of the Air Force | MAINTENANCE MECHANIC | 4749 - Maintenance Mechanic | Patrick AFB, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844944600 |
| 844907000 | 9/4/2025 | Department of the Air Force | ORDNANCE EQUIPMENT MECHANIC SUPERVISOR (TITLE 32) | 6641 - Ordnance Equipment Mechanic | Jacksonville, Florida | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844907000 |
| 844886100 | 9/4/2025 | Department of the Air Force | AIRCRAFT ORDNANCE SYSTEMS MECHANIC | 6652 - Aircraft Ordnance Systems Mechanic | Moody AFB, Georgia | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844886100 |
| 844893000 | 9/4/2025 | Department of the Air Force | AIRCRAFT OVERHAUL LEADER | 8801 - Miscellaneous Aircraft Overhaul | Hill AFB, Utah | WL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844893000 |
| 844898800 | 9/4/2025 | Department of the Air Force | AIRCRAFT OVERHAUL LEADER | 8801 - Miscellaneous Aircraft Overhaul | Moody AFB, Georgia | WL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844898800 |
| 844901500 | 9/4/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Peterson AFB, Colorado | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844901500 |
| 844948400 | 9/4/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Moody AFB, Georgia | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844948400 |
| 845086500 | 9/4/2025 | Department of Justice | Correctional Program Specialist (Executive Assistant) | 0006 - Correctional Institution Administration | Gregg Township, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845086500 |
| 845019700 | 9/4/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Oakdale, Louisiana | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845019700 |
| 845022800 | 9/4/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Waseca, Minnesota | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845022800 |
| 845068400 | 9/4/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Sheridan, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845068400 |
| 845080000 | 9/4/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Oklahoma City, Oklahoma | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845080000 |
| 844974900 | 9/4/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Lompoc, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/844974900 |
| 844993400 | 9/4/2025 | Department of Energy | Supervisory Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844993400 |
| 844977600 | 9/4/2025 | Department of the Air Force | FIRE PROTECTION SPECIALIST | 0081 - Fire Protection and Prevention | Ramstein, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844977600 |
| 844983800 | 9/4/2025 | Department of the Air Force | FIRE PROTECTION SPECIALIST | 0081 - Fire Protection and Prevention | Barksdale AFB, Louisiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844983800 |
| 844990100 | 9/4/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECH/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Cheyenne Mountain AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844990100 |
| 845035400 | 9/4/2025 | Department of the Air Force | SUPERVISORY POLICE OFFICER T32 | 0083 - Police | Phoenix, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845035400 |
| 844989800 | 9/4/2025 | Department of the Air Force | SEXUAL ASSAULT PREVENTION AND RESPONSE SPECIALIST | 0101 - Social Science | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844989800 |
| 845025200 | 9/4/2025 | Department of Justice | Correctional Treatment Specialist (Special Population Program Coordinator) | 0101 - Social Science | Victorville, California | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845025200 |
| 845050200 | 9/4/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Waseca, Minnesota | GS-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/845050200 |
| 845051500 | 9/4/2025 | Department of Justice | Correctional Treatment Specialist (Reentry Affairs Coordinator) | 0101 - Social Science | Tallahassee, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845051500 |
| 845072900 | 9/4/2025 | Department of Justice | Correctional Treatment Specialist (Assistant Case Management Coordinator) | 0101 - Social Science | Waymart, Pennsylvania | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845072900 |
| 845079500 | 9/4/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Elkton, Ohio | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845079500 |
| 845011600 | 9/4/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Three Rivers, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845011600 |
| 845068000 | 9/4/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Lewis Run, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845068000 |
| 845084100 | 9/4/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Elkton, Ohio | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845084100 |
| 845091700 | 9/4/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (INFORMATION SYSTEMS/MILITARY) T32 | 0201 - Human Resources Management | Phoenix, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845091700 |
| 844995900 | 9/4/2025 | Department of Justice | Trust Fund Program Specialist (Trust Fund Specialist) | 0301 - Miscellaneous Administration And Program | Herlong Sierra Ordnance Depot, California | GL-09 | | https://www.usajobs.gov/job/844995900 |
| 845042500 | 9/4/2025 | Department of Justice | Management Specialist (Investigative Support Specialist) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/845042500 |
| 845054000 | 9/4/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | March AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845054000 |
| 844994600 | 9/4/2025 | Department of Justice | Secretary | 0318 - Secretary | Waseca, Minnesota | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/844994600 |
| 845010100 | 9/4/2025 | Department of Justice | Secretary | 0318 - Secretary | Prince George, Virginia | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/845010100 |
| 845084800 | 9/4/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Prince George, Virginia | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845084800 |

3317242

A130

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844981100 | 9/4/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844981100 |
| 844990500 | 9/4/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844990500 |
| 844980500 | 9/4/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Lackland AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844980500 |
| 845084900 | 9/4/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/845084900 |
| 845085600 | 9/4/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Kingman, Arizona | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845085600 |
| 845091200 | 9/4/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845091200 |
| 845083900 | 9/4/2025 | Department of the Interior | Forestry Technician (Fire Dispatch) - Direct Hire Authority | 0462 - Forestry Technician | Fairbanks, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845083900 |
| 845084000 | 9/4/2025 | Department of the Interior | Forestry Technician (Fire Dispatch) - Direct Hire Authority | 0462 - Forestry Technician | Fairbanks, Alaska | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845084000 |
| 844998400 | 9/4/2025 | Department of the Air Force | SUPERVISORY FINANCIAL SERVICES SPECIALIST | 0501 - Financial Administration And Program | Buckley AFB, Colorado | NH-2 | Questionnaire with EO question | https://www.usajobs.gov/job/844998400 |
| 845051200 | 9/4/2025 | Other Agencies and Independent Organizations | Financial Analyst (Auditor) | 0511 - Auditing | Washington, District of Columbia | GS-12/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845051200 |
| 845004900 | 9/4/2025 | Department of the Air Force | BUDGET TECHNICIAN (OFFICE AUTOMATION) | 0561 - Budget Clerical And Assistance | Aviano, Italy | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845004900 |
| 845033800 | 9/4/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Miami-Dade County, Florida | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/845033800 |
| 845049900 | 9/4/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Tallahassee, Florida | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/845049900 |
| 845067400 | 9/4/2025 | Department of the Air Force | GENERAL ENGINEER | 0801 - General Engineering | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845067400 |
| 845010400 | 9/4/2025 | Department of the Air Force | ENGINEERING TECHNICIAN | 0802 - Engineering Technical | Cannon AFB, New Mexico | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845010400 |
| 845003700 | 9/4/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845003700 |
| 845004500 | 9/4/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845004500 |
| 845050300 | 9/4/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Loveland, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845050300 |
| 845059900 | 9/4/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Huron, South Dakota | GS-5/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845059900 |
| 845023900 | 9/4/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Riverside, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845023900 |
| 845032900 | 9/4/2025 | Department of Justice | Supervisory Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845032900 |
| 845024400 | 9/4/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Los Angeles, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845024400 |
| 845087000 | 9/4/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Fresno, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845087000 |
| 845087400 | 9/4/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Fresno, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845087400 |
| 844990200 | 9/4/2025 | Department of Commerce | Trade and Industry Analyst | 1101 - General Business And Industry | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844990200 |
| 844999400 | 9/4/2025 | Department of Commerce | Lead Trade and Industry Analyst | 1101 - General Business And Industry | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844999400 |
| 845051700 | 9/4/2025 | Department of the Air Force | SUPERVISORY CONTRACT SPECIALIST (TITLE 5) | 1102 - Contracting | Jacksonville, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845051700 |
| 844979000 | 9/4/2025 | Department of Energy | Health Physicist | 1306 - Health Physics | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844979000 |
| 845077300 | 9/4/2025 | Department of Justice | Food Services Specialist (Assistant Food Service Administrator) | 1667 - Food Services | Sheridan, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845077300 |
| 844994400 | 9/4/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Vogelweh Army Installation, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844994400 |
| 845052100 | 9/4/2025 | Department of the Air Force | TRAINING TECHNICIAN (OFFICE AUTOMATION) | 1702 - Education And Training Technician | Sheppard AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845052100 |
| 845055900 | 9/4/2025 | Department of the Air Force | EDUCATION TECHNICIAN | 1702 - Education And Training Technician | Holloman AFB, New Mexico | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845055900 |
| 845051000 | 9/4/2025 | Department of the Air Force | SUPERVISORY INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Sheppard AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845051000 |
| 845046800 | 9/4/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-5/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845046800 |
| 845047100 | 9/4/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845047100 |
| 845047300 | 9/4/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845047300 |
| 845047400 | 9/4/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845047400 |
| 845047700 | 9/4/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845047700 |
| 845044800 | 9/4/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Butner Federal Correctional Complex, North Carolin | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845044800 |
| 844997300 | 9/4/2025 | Department of the Air Force | SUPPLY TECHNICIAN | 2005 - Supply Clerical And Technician | Altus AFB, Oklahoma | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844997300 |
| 845063300 | 9/4/2025 | Department of the Air Force | FREIGHT RATE SPECIALIST | 2131 - Freight Rate | McGuire AFB, New Jersey | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845063300 |
| 844984900 | 9/4/2025 | Department of the Air Force | TRANSPORTATION OPERATIONS SPECIALIST | 2150 - Transportation Operations | Andrews AFB, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844984900 |
| 844998200 | 9/4/2025 | Department of the Air Force | AIRFIELD MANAGER | 2150 - Transportation Operations | March AFB, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844998200 |
| 845027200 | 9/4/2025 | Department of the Army | SUPERVISORY IT SPECIALIST (CUSTOMER SUPPORT) | 2210 - Information Technology Management | Bismarck, North Dakota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845027200 |
| 845080700 | 9/4/2025 | Department of the Air Force | SUPV IT SPECIALIST (CUSTSPT) | 2210 - Information Technology Management | MacDill AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845080700 |
| 844973400 | 9/4/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT) (TITLE 32) | 3806 - Sheet Metal Mechanic | Jacksonville, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844973400 |
| 844986600 | 9/4/2025 | Department of the Air Force | PAINTER | 4102 - Painting | Sheppard AFB, Texas | WG-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844986600 |
| 845048800 | 9/4/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Grand Forks AFB, North Dakota | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845048800 |
| 845089300 | 9/4/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Cheyenne, Wyoming | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845089300 |
| 845199500 | 9/4/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845199500 |
| 845103500 | 9/4/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | Victorville, California | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845103500 |
| 845136500 | 9/4/2025 | Department of the Air Force | COMPUTER ENGINEER | 0854 - Computer Engineering | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845136500 |
| 845136900 | 9/4/2025 | Department of the Air Force | Electronics Engineer | 0855 - Electronics Engineering | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845136900 |
| 845135500 | 9/4/2025 | Department of the Air Force | COMPUTER SCIENTIST | 1550 - Computer Science | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845135500 |
| 845137900 | 9/4/2025 | Department of the Air Force | IT SPECIALIST | 2210 - Information Technology Management | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845137900 |
| 845034800 | 9/5/2025 | Executive Office of the President | Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845034800 |
| 844936200 | 9/5/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/844936200 |
| 845035100 | 9/5/2025 | Department of the Air Force | HISTORIAN | 0170 - History | Keesler AFB, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845035100 |
| 844988300 | 9/5/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Charleston AFB, South Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844988300 |
| 845067500 | 9/5/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Randolph AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845067500 |
| 845045200 | 9/5/2025 | Department of the Air Force | SUPV RESILIENCE & PROFESSIONAL DEVELOPMENT SPEC | 0301 - Miscellaneous Administration And Program | Robins AFB, Georgia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845045200 |
| 845073100 | 9/5/2025 | Department of the Air Force | PROTOCOL SPECIALIST | 0301 - Miscellaneous Administration And Program | Dobbins AFB, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845073100 |
| 845078000 | 9/5/2025 | Department of the Air Force | EDUCATION AND TRAINING SPECIALIST | 0301 - Miscellaneous Administration And Program | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845078000 |
| 844991300 | 9/5/2025 | Department of the Air Force | CHILD DEVELOPMENT CENTER OPERATIONS ASSISTANT (OA) | 0303 - Miscellaneous Clerk And Assistant | Hurlburt Field, Florida | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844991300 |
| 845011800 | 9/5/2025 | Department of Justice | Administrative Assistant (Office Automation) | 0303 - Miscellaneous Clerk And Assistant | Honolulu, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845011800 |
| 845013100 | 9/5/2025 | Department of Justice | Administrative Assistant (Office Automation) | 0303 - Miscellaneous Clerk And Assistant | Honolulu, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845013100 |
| 844985000 | 9/5/2025 | Department of the Air Force | MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Patrick AFB, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844985000 |
| 844991200 | 9/5/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844991200 |
| 844994200 | 9/5/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844994200 |
| 845022900 | 9/5/2025 | Department of Agriculture | Interdisciplinary -Supervisory Biological Scientist or Supervisory Veterinary Medical Officer | 0401 - General Natural Resources Management And Bi | Ames, Iowa | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845022900 |
| 845071900 | 9/5/2025 | Department of Agriculture | Biological Science Technician | 0404 - Biological Science Technician | Fort Collins, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845071900 |
| 845042700 | 9/5/2025 | Department of the Interior | Wildland Firefighter | 0456 - Wildland Fire Management | Commerce City, Colorado | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845042700 |
| 845002700 | 9/5/2025 | Department of Agriculture | Wildlife Biologist (Field) | 0486 - Wildlife Biology | Fort Collins, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845002700 |
| 844951000 | 9/5/2025 | Department of the Air Force | MILITARY PAY TECHNICIAN | 0545 - Military Pay | Whiteman AFB, Missouri | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844951000 |
| 844995400 | 9/5/2025 | Department of Agriculture | Supervisory Industrial Hygiene and Safety Manager | 0690 - Industrial Hygiene | Ames, Iowa | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844995400 |
| 845061000 | 9/5/2025 | Department of Agriculture | Veterinary Medical Officer | 0701 - Veterinary Medical Science | Ames, Iowa | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845061000 |
| 844940500 | 9/5/2025 | Department of the Air Force | DEPUTY BASE CIVIL ENGINEER | 0801 - General Engineering | Aviano, Italy | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/844940500 |

A131

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845008900 | 9/5/2025 | Department of Homeland Security | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Birmingham, Alabama | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845008900 |
| 845023500 | 9/5/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Indianapolis, Indiana | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845023500 |
| 845024200 | 9/5/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Indianapolis, Indiana | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845024200 |
| 845056000 | 9/5/2025 | Department of Homeland Security | Legal Assistant (OA) | 0986 - Legal Assistance | Birmingham, Alabama | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845056000 |
| 845073600 | 9/5/2025 | Department of the Air Force | OPERATIONS RESEARCH ANALYST | 1515 - Operations Research | MacDill AFB, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845073600 |
| 845041000 | 9/5/2025 | Department of the Air Force | FACILITY OPERATIONS SPECIALIST | 1640 - Facility Operations Services | Kirtland AFB, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845041000 |
| 845055200 | 9/5/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845055200 |
| 845036900 | 9/5/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Craig, Colorado | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845036900 |
| 845000200 | 9/5/2025 | Department of Justice | Supervisory Information Technology Specialist | 2210 - Information Technology Management | Minneapolis, Minnesota | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845000200 |
| 845082700 | 9/5/2025 | Department of Energy | IT Specialist | 2210 - Information Technology Management | Spokane, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845082700 |
| 845082800 | 9/5/2025 | Department of the Air Force | IT SPECIALIST (PLCYPLN) | 2210 - Information Technology Management | Quantico, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845082800 |
| 845083300 | 9/5/2025 | Department of Energy | IT Specialist | 2210 - Information Technology Management | Spokane, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845083300 |
| 845087300 | 9/5/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Seattle, Washington | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845087300 |
| 845087500 | 9/5/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Seattle, Washington | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845087500 |
| 845073000 | 9/5/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC | 2610 - Electronic Integrated Systems Mechanic | Tyndall AFB, Florida | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845073000 |
| 845076100 | 9/5/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC | 2610 - Electronic Integrated Systems Mechanic | Tyndall AFB, Florida | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845076100 |
| 845035900 | 9/5/2025 | Department of the Air Force | AIRCRAFT ELECTRICIAN (AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC) | 2892 - Aircraft Electrician | McGuire AFB, New Jersey | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845035900 |
| 844933100 | 9/5/2025 | Department of the Air Force | MACHINIST (WELDER) | 3414 - Machining | Hill AFB, Utah | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844933100 |
| 845077500 | 9/5/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | Dover AFB, Delaware | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845077500 |
| 844916800 | 9/5/2025 | Department of the Air Force | AIRCRAFT OVERHAUL SUPERVISOR | 8801 - Miscellaneous Aircraft Overhaul | McConnell AFB, Kansas | WS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844916800 |
| 845124900 | 9/5/2025 | Department of Justice | Correctional Program Specialist (Discipline Hearing Officer) | 0006 - Correctional Institution Administration | Fort Worth, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845124900 |
| 845175100 | 9/5/2025 | Department of Justice | Supervisory Correctional Officer (Captain) | 0007 - Correctional Officer | Long Beach, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845175100 |
| 845144500 | 9/5/2025 | Department of the Air Force | PHYSICAL SECURITY SPECIALIST | 0080 - Security Administration | Spangdahlem, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845144500 |
| 845191600 | 9/5/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Fort Dix, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845191600 |
| 845113000 | 9/5/2025 | Department of the Air Force | SECURITY ASSISTANT | 0086 - Security Clerical and Assistance | Altus AFB, Oklahoma | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845113000 |
| 845202100 | 9/5/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Sheridan, Oregon | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845202100 |
| 845142200 | 9/5/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator â€" Challenge) | 0180 - Psychology | Coleman, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845142200 |
| 845158400 | 9/5/2025 | Department of the Interior | Social Service Representative | 0187 - Social Services | Portland, Oregon | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845158400 |
| 845106800 | 9/5/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Dobbins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845106800 |
| 845149800 | 9/5/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Holloman AFB, New Mexico | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845149800 |
| 845156100 | 9/5/2025 | Department of Justice | Human Resources Specialist (Quality Control) | 0201 - Human Resources Management | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845156100 |
| 845157900 | 9/5/2025 | Department of Justice | Supervisory Human Resources Specialist | 0201 - Human Resources Management | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845157900 |
| 845109600 | 9/5/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Dover AFB, Delaware | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845109600 |
| 845146000 | 9/5/2025 | Department of Justice | Victim Witness Coordinator | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845146000 |
| 845167200 | 9/5/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | March AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845167200 |
| 845186800 | 9/5/2025 | Department of the Air Force | MISSION INTEGRATION SPECIALIST | 0301 - Miscellaneous Administration And Program | Fort Bliss, Texas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845186800 |
| 845129800 | 9/5/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Seagoville, Texas | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845129800 |
| 845142600 | 9/5/2025 | Department of Commerce | Field Supervisor | 0303 - Miscellaneous Clerk And Assistant | Allen County, Kentucky | GG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845142600 |
| 845100600 | 9/5/2025 | Department of Homeland Security | PROGRAM MANAGER | 0340 - Program Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845100600 |
| 845191100 | 9/5/2025 | Department of Energy | Program Manager (Power Operations) | 0340 - Program Management | Folsom, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845191100 |
| 845191200 | 9/5/2025 | Department of Energy | Program Manager (Power Operations) | 0340 - Program Management | Folsom, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845191200 |
| 845145000 | 9/5/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845145000 |
| 845151900 | 9/5/2025 | Department of the Interior | Supervisory Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845151900 |
| 845164300 | 9/5/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Minersville, Pennsylvania | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/845164300 |
| 845202900 | 9/5/2025 | Department of the Army | FINANCIAL SERVICES TECHNICIAN T32 | 0503 - Financial Clerical And Assistance | Phoenix, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845202900 |
| 845171900 | 9/5/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Spokane, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845171900 |
| 845172600 | 9/5/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Spokane, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845172600 |
| 845179900 | 9/5/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845179900 |
| 845180300 | 9/5/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845180300 |
| 845149500 | 9/5/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845149500 |
| 845211200 | 9/5/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Fort Lauderdale, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845211200 |
| 845211300 | 9/5/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Fort Lauderdale, Florida | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845211300 |
| 845179800 | 9/5/2025 | Department of Commerce | General Attorney - Cybersecurity and Information Technology Law | 0905 - Attorney | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845179800 |
| 845146300 | 9/5/2025 | Department of Energy | Public Affairs Specialist | 1035 - Public Affairs | Washington, District of Columbia | EN-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845146300 |
| 845119600 | 9/5/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Jackson, South Carolina | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845119600 |
| 845123600 | 9/5/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Tucson, Arizona | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845123600 |
| 845163100 | 9/5/2025 | Department of the Air Force | Contract Specialist | 1102 - Contracting | Patuxent River, Maryland | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845163100 |
| 845102900 | 9/5/2025 | Department of Defense | Assistant Grocery Department Manager | 1144 - Commissary Management | Fort Leonard Wood, Missouri | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845102900 |
| 845109700 | 9/5/2025 | Department of Defense | Grocery Department Manager | 1144 - Commissary Management | Pearl Harbor, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845109700 |
| 845159300 | 9/5/2025 | Department of Defense | Assistant Grocery Department Manager | 1144 - Commissary Management | Schofield Barracks, Hawaii | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845159300 |
| 845161700 | 9/5/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER | 1601 - Equipment Facilities, And Services | Altus AFB, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845161700 |
| 845115600 | 9/5/2025 | Department of Justice | Food Services Specialist (Assistant Food Service Administrator) | 1667 - Food Services | Big Spring, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845115600 |
| 845106200 | 9/5/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (O/A) | 1702 - Education And Training Technician | Maxwell AFB, Alabama | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845106200 |
| 845183300 | 9/5/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Dobbins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845183300 |
| 845099000 | 9/5/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Columbus, Ohio | GS-5/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845099000 |
| 845115000 | 9/5/2025 | Department of Homeland Security | Network Intrusion Forensic Analyst | 1801 - General Inspection, Investigation, Enforcem | Chicago, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845115000 |
| 845104900 | 9/5/2025 | Department of Homeland Security | Supervisory Immigration Services Assistant (SISA) | 1802 - Compliance Inspection And Support | Hialeah, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845104900 |
| 845137200 | 9/5/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Atlanta, Georgia | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845137200 |
| 845173000 | 9/5/2025 | Department of the Air Force | SUPPLY TECHNICIAN | 2005 - Supply Clerical And Technician | Columbus AFB, Mississippi | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845173000 |
| 845150600 | 9/5/2025 | Department of the Air Force | AIRFIELD MANAGER | 2150 - Transportation Operations | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845150600 |
| 845173900 | 9/5/2025 | Department of the Air Force | SUPERVISORY AIR TRANSPORTATION OPERATIONS SPECIALIST | 2150 - Transportation Operations | Hickam AFB, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845173900 |
| 845201800 | 9/5/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Youngstown, Ohio | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845201800 |
| 845123800 | 9/5/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Lackland AFB, Texas | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845123800 |
| 845153000 | 9/5/2025 | Other Agencies and Independent Organizations | Information Technology Specialist (Security) (Security) | 2210 - Information Technology Management | Rockville, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845153000 |
| 845110300 | 9/5/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC | 2610 - Electronic Integrated Systems Mechanic | Hill AFB, Utah | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845110300 |
| 845113600 | 9/5/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Davis Monthan AFB, Arizona | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845113600 |
| 845173700 | 9/5/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Jackson, South Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845173700 |
| 845176300 | 9/5/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Jackson, South Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845176300 |
| 845211400 | 9/5/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Travis AFB, California | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845211400 |
| 845124100 | 9/5/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Lackland AFB, Texas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845124100 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845266100 | 9/5/2025 | Department of Justice | Financial Litigation Technician | 0303 - Miscellaneous Clerk And Assistant | Hammond, Indiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845266100 |
| 845268500 | 9/5/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Lackland AFB, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845268500 |
| 845189400 | 9/6/2025 | Department of the Air Force | PUBLIC AFFAIRS SPECIALIST | 1035 - Public Affairs | Randolph AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845189400 |
| 845062200 | 9/6/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Lackland AFB, Texas | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845062200 |
| 845148500 | 9/8/2025 | Department of Veterans Affairs | Social Science Specialist (Crisis Responder) | 0101 - Social Science | Anywhere in the U.S. (remote job), United States | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845148500 |
| 845198500 | 9/8/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845198500 |
| 845203400 | 9/8/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845203400 |
| 845205900 | 9/8/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845205900 |
| 845140900 | 9/8/2025 | Department of Agriculture | Supervisory Intelligence Operations Specialist | 0132 - Intelligence | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845140900 |
| 845113900 | 9/8/2025 | Department of Homeland Security | Human Resources Specialist (Processing) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845113900 |
| 845114200 | 9/8/2025 | Department of Homeland Security | Supervisory Human Resources Specialist | 0201 - Human Resources Management | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845114200 |
| 845180500 | 9/8/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPLOYEE RELATIONS) | 0201 - Human Resources Management | MacDill AFB, Florida | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845180500 |
| 844801800 | 9/8/2025 | Other Agencies and Independent Organizations | Chief of Operations | 0301 - Miscellaneous Administration And Program | New Orleans, Louisiana | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/844801800 |
| 845037200 | 9/8/2025 | Department of the Air Force | Program Specialist | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845037200 |
| 845135800 | 9/8/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Dyess AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845135800 |
| 845162400 | 9/8/2025 | Department of the Air Force | SUPERVISORY READINESS PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Langley AFB, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845162400 |
| 845209800 | 9/8/2025 | Department of Health and Human Services | Special Assistant | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845209800 |
| 845178300 | 9/8/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Honolulu, Hawaii | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845178300 |
| 845178600 | 9/8/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Honolulu, Hawaii | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845178600 |
| 845115300 | 9/8/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Patrick AFB, Florida | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845115300 |
| 845184700 | 9/8/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845184700 |
| 845201600 | 9/8/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845201600 |
| 845140300 | 9/8/2025 | Department of Agriculture | Agriculturist (Risk Management Specialist) | 0401 - General Natural Resources Management And Bi | Fort Collins, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845140300 |
| 845201700 | 9/8/2025 | Department of Agriculture | Plant Protection and Quarantine Officer (Plant Health Safeguarding Specialist) | 0401 - General Natural Resources Management And Bi | Cullman, Alabama | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845201700 |
| 845152600 | 9/8/2025 | Department of Agriculture | Biological Science Technician (Animal) | 0404 - Biological Science Technician | Fort Collins, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845152600 |
| 845189700 | 9/8/2025 | Department of the Air Force | HEALTH SYSTEM SPECIALIST | 0671 - Health System Specialist | Homestead AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845189700 |
| 845204900 | 9/8/2025 | Department of Health and Human Services | Health Communications Specialist | 1001 - General Arts And Information | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845204900 |
| 845119100 | 9/8/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Fort Jackson, South Carolina | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845119100 |
| 845199800 | 9/8/2025 | Department of the Air Force | SUPERVISORY PRODUCTION CONTROLLER (AIRCRAFT) | 1152 - Production Control | Lackland AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845199800 |
| 845193300 | 9/8/2025 | Department of Agriculture | LOAN ASSISTANT/SPECIALIST (AGRL) | 1165 - Loan Specialist | Cut Bank, Montana | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845193300 |
| 845118100 | 9/8/2025 | Department of the Air Force | GEOPHYSICIST | 1313 - Geophysics | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845118100 |
| 845174300 | 9/8/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Patrick AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845174300 |
| 844944100 | 9/8/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Houston, Texas | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844944100 |
| 845032200 | 9/8/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | San Antonio, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845032200 |
| 845059800 | 9/8/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Lees Summit, Missouri | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845059800 |
| 845149700 | 9/8/2025 | Department of Homeland Security | Supervisory Immigration Services Officer (Field Office Director) | 1801 - General Inspection, Investigation, Enforcem | Cleveland, Ohio | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845149700 |
| 845193500 | 9/8/2025 | Department of Homeland Security | IMMIGRATION SERVICES OFFICER | 1801 - General Inspection, Investigation, Enforcem | Tucson, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845193500 |
| 845178900 | 9/8/2025 | Department of Agriculture | Agricultural Commodity Grader (Meat) (Relief Grader) | 1980 - Agricultural Commodity Grading | Cincinnati, Ohio | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845178900 |
| 845179300 | 9/8/2025 | Department of Agriculture | Agricultural Commodity Grader (Poultry) (Relief Grader) | 1980 - Agricultural Commodity Grading | Decatur, Alabama | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845179300 |
| 845124700 | 9/8/2025 | Department of Energy | Supervisory Transportation Specialist (Secondary) | 2101 - Transportation Specialist | Albuquerque, New Mexico | NQ-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845124700 |
| 845136600 | 9/8/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Keesler AFB, Mississippi | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845136600 |
| 845033900 | 9/8/2025 | Department of Agriculture | IT Cybersecurity Specialist (INFOSEC) - Insider Risk Data Analyst | 2210 - Information Technology Management | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845033900 |
| 845036300 | 9/8/2025 | Department of Agriculture | IT Cybersecurity Specialist (INFOSEC) - Insider Risk Data Analyst | 2210 - Information Technology Management | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845036300 |
| 845135000 | 9/8/2025 | Department of the Air Force | Information Technology Specialist (PLCYPLN) | 2210 - Information Technology Management | Lackland AFB, Texas | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845135000 |
| 845141600 | 9/8/2025 | Department of the Air Force | AIRCRAFT ELECTRICIAN (AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC) | 2892 - Aircraft Electrician | Seymour Johnson AFB, North Carolina | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845141600 |
| 845064400 | 9/8/2025 | Department of the Interior | Seasonal Laborer (Motor Vehicle Operating) | 3502 - Laboring | Saint Louis, Missouri | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845064400 |
| 845177400 | 9/8/2025 | Department of the Navy | Maintenance Worker - Logistics, JBPHH | 4749 - Maintenance Mechanic | Pearl Harbor, Hawaii | NA-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845177400 |
| 845246100 | 9/8/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Albuquerque, New Mexico | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845246100 |
| 845271900 | 9/8/2025 | Department of the Interior | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Albuquerque, New Mexico | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845271900 |
| 845234000 | 9/8/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Terre Haute, Indiana | GS-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/845234000 |
| 845316000 | 9/8/2025 | Department of the Air Force | SUPERVISORY FITNESS AND SPORTS SPECIALIST | 0030 - Sports Specialist | Kaiserslautern, Germany | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845316000 |
| 845314900 | 9/8/2025 | Department of the Interior | Chief - US Park Police | 0083 - Police | Washington, District of Columbia | SP-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845314900 |
| 845315200 | 9/8/2025 | Department of the Interior | Chief- US Park Police | 0083 - Police | Washington, District of Columbia | SP-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845315200 |
| 845239100 | 9/8/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | New York, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845239100 |
| 845247600 | 9/8/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Mountainside, New Jersey | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845247600 |
| 845259200 | 9/8/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator - MAT) | 0180 - Psychology | Terre Haute, Indiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845259200 |
| 845295100 | 9/8/2025 | Department of Veterans Affairs | Social Work Program Coordinator (Metro Denver HUD VASH) | 0185 - Social Work | Denver, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845295100 |
| 845267800 | 9/8/2025 | Department of Justice | Human Resources Specialist | 0201 - Human Resources Management | Grand Prairie, Texas | GS-07 | Questionnaire with EO question | https://www.usajobs.gov/job/845267800 |
| 845270400 | 9/8/2025 | Department of Justice | Victim Witness Coordinator | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845270400 |
| 845283000 | 9/8/2025 | Department of Justice | Financial Litigation Technician | 0303 - Miscellaneous Clerk And Assistant | Hammond, Indiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845283000 |
| 845323400 | 9/8/2025 | Department of Justice | Secretary | 0318 - Secretary | Victorville, California | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/845323400 |
| 845233300 | 9/8/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845233300 |
| 845312600 | 9/8/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT ANALYSIS OFFICER | 0343 - Management And Program Analysis | Pentagon, Arlington, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845312600 |
| 845289600 | 9/8/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Peterson AFB, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845289600 |
| 845230800 | 9/8/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Operations) Moderate Complexity - Direct Hire Authority | 0456 - Wildland Fire Management | Price, Utah | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845230800 |
| 845320800 | 9/8/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Terre Haute, Indiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/845320800 |
| 845308100 | 9/8/2025 | Department of the Air Force | NURSE (COMMUNITY HEALTH) | 0610 - Nurse | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845308100 |
| 844891300 | 9/8/2025 | Department of the Air Force | CIVIL ENGINEER ENTERPRISE AIRFIELD PAVEMENT EVALUATION PROGRAM MANAGER - DIRECT HIRE AUTHORITY | 0810 - Civil Engineering | Tyndall AFB, Florida | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/844891300 |
| 845599800 | 9/8/2025 | Department of the Air Force | Civil Engineer  / Electrical Engineer | 0810 - Civil Engineering | Whiteman AFB, Missouri | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845599800 |
| 845323200 | 9/8/2025 | Department of the Air Force | COMPUTER ENGINEER | 0854 - Computer Engineering | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845323200 |
| 845323800 | 9/8/2025 | Department of the Air Force | Electronics Engineer | 0855 - Electronics Engineering | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845323800 |
| 845248000 | 9/8/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845248000 |
| 845260900 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) - International | 0905 - Attorney | Birmingham, Alabama | GS-12/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845260900 |
| 845314400 | 9/8/2025 | Department of the Treasury | Attorney-Adviser (Tax) (Senior Technician Reviewer) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845314400 |
| 845314700 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) | 0905 - Attorney | San Diego, California | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845314700 |

3317242

A133

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845315300 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) - Senior Technician Reviewer - International | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845315300 |
| 845318200 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) - Senior Technician Reviewer - Income Tax and Accounting | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845318200 |
| 845318900 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) - Special Counsel - Income Tax and Accounting | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845318900 |
| 845319300 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) - Income Tax and Accounting | 0905 - Attorney | Washington, District of Columbia | GS-12/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845319300 |
| 845349300 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) - Special Counsel (Passthroughs, Trusts, and Estates) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845349300 |
| 845273500 | 9/8/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845273500 |
| 845319900 | 9/8/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Fort Leonard Wood, Missouri | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845319900 |
| 845320100 | 9/8/2025 | Department of Defense | Supervisory Computer Assisted Ordering Technician | 1101 - General Business And Industry | Fort Leonard Wood, Missouri | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845320100 |
| 845292600 | 9/8/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Sandstone, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845292600 |
| 845231100 | 9/8/2025 | Department of Defense | Grocery Department Manager | 1144 - Commissary Management | Kirtland AFB, New Mexico | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845231100 |
| 845258400 | 9/8/2025 | Department of Defense | Produce Department Manager | 1144 - Commissary Management | Peterson AFB, Colorado | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845258400 |
| 845302500 | 9/8/2025 | Department of Defense | Commissary Officer | 1144 - Commissary Management | Fort Detrick, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845302500 |
| 845245200 | 9/8/2025 | Department of Agriculture | Agricultural Program Specialist (DETAIL/TEMP PROMOTION NTE 1 YEAR) | 1145 - Agricultural Program Specialist | Salt Lake City, Utah | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845245200 |
| 845225600 | 9/8/2025 | Department of Agriculture | Loan Assistant/Specialist (Agricultural) | 1165 - Loan Specialist | Pueblo, Colorado | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845225600 |
| 845285400 | 9/8/2025 | Other Agencies and Independent Organizations | LOAN SPECIALIST | 1165 - Loan Specialist | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845285400 |
| 845286200 | 9/8/2025 | Other Agencies and Independent Organizations | LOAN SPECIALIST | 1165 - Loan Specialist | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845286200 |
| 845291800 | 9/8/2025 | Other Agencies and Independent Organizations | OPERATIONS RESEARCH ANALYST (SENIOR DATA SCIENTIST/ECONOMETRICIAN) | 1515 - Operations Research | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845291800 |
| 845265800 | 9/8/2025 | Department of Education | Statistician (Education) GS-1530-13 (Direct Hire) | 1530 - Statistics | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845265800 |
| 845239300 | 9/8/2025 | Department of the Air Force | COMPUTER SCIENTIST | 1550 - Computer Science | Langley AFB, Virginia | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845239300 |
| 845322800 | 9/8/2025 | Department of the Air Force | COMPUTER SCIENTIST | 1550 - Computer Science | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845322800 |
| 845309100 | 9/8/2025 | Department of the Air Force | ASSISTANT CHILD DEVELOPMENT CENTER DIRECTOR | 1701 - General Education And Training | Gunter AFB, Alabama | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845309100 |
| 845222500 | 9/8/2025 | Department of Justice | Educational Technician | 1702 - Education And Training Technician | Three Rivers, Texas | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/845222500 |
| 845323500 | 9/8/2025 | Department of the Air Force | TRAINING INSTRUCTOR | 1712 - Training Instruction | Sheppard AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845323500 |
| 845220200 | 9/8/2025 | Department of Education | Education Research Analyst GS-1730-13 (MP) | 1730 - Education Research | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845220200 |
| 845220400 | 9/8/2025 | Department of Education | Education Research Analyst GS-1730-13 (DE) | 1730 - Education Research | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845220400 |
| 845245100 | 9/8/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Pollock, Louisiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845245100 |
| 845237800 | 9/8/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | West Palm Beach, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845237800 |
| 845251600 | 9/8/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Boston, Massachusetts | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845251600 |
| 845240700 | 9/8/2025 | Department of Agriculture | CONSUMER SAFETY INSPECTOR | 1862 - Consumer Safety Inspection | Hartford, Connecticut | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845240700 |
| 845277600 | 9/8/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Beardstown, Illinois | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845277600 |
| 845235900 | 9/8/2025 | Department of the Army | SUPERVISORY GENERAL SUPPLY SPECIALIST (D1903000) | 2001 - General Supply | Fort Buchanan, Puerto Rico | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845235900 |
| 845278900 | 9/8/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Homestead AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845278900 |
| 845324300 | 9/8/2025 | Department of the Air Force | IT SPECIALIST | 2210 - Information Technology Management | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845324300 |
| 845284900 | 9/8/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC | 2610 - Electronic Integrated Systems Mechanic | Homestead AFB, Florida | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845284900 |
| 845557200 | 9/8/2025 | Department of Justice | Pipefitter Supervisor (Pipefitter Foreman) | 4204 - Pipefitting | El Reno, Oklahoma | WS-09 | Questionnaire with EO question | https://www.usajobs.gov/job/845557200 |
| 845258300 | 9/8/2025 | Department of the Air Force | AIRCRAFT ORDNANCE SYSTEMS MECHANIC | 6652 - Aircraft Ordnance Systems Mechanic | Homestead AFB, Florida | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845258300 |
| 845227100 | 9/8/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Marysville, Washington | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845227100 |
| 845226600 | 9/8/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Marysville, Washington | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845226600 |
| 845226800 | 9/8/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Marysville, Washington | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845226800 |
| 845272700 | 9/8/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Knox, Kentucky | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845272700 |
| 845273900 | 9/8/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Fort Knox, Kentucky | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845273900 |
| 845275800 | 9/8/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Seymour Johnson AFB, North Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845275800 |
| 845278300 | 9/8/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Seymour Johnson AFB, North Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845278300 |
| 845286700 | 9/8/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Fort Leavenworth, Kansas | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845286700 |
| 845287400 | 9/8/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Fort Leavenworth, Kansas | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845287400 |
| 845308900 | 9/8/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | El Segundo, California | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845308900 |
| 845226500 | 9/8/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Grissom AFB, Indiana | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845226500 |
| 845315400 | 9/8/2025 | Department of the Treasury | General Attorney (Tax) - Senior Technical Reviewer - International | 0905 - Unknown | Thousand Oaks, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845315400 |
| 845462100 | 9/9/2025 | Department of Justice | Correctional Program Specialist (Curriculum Developer) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845462100 |
| 845435900 | 9/9/2025 | Department of the Interior | Corrections Officer | 0007 - Correctional Officer | Fort Yates, North Dakota | GL-5/8 | Questionnaire with EO question | https://www.usajobs.gov/job/845435900 |
| 845349500 | 9/9/2025 | Department of the Interior | Safety & Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Coeur d'Alene, Idaho | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845349500 |
| 845366600 | 9/9/2025 | Department of the Air Force | SUPERVISORY SAFETY AND OCCUPATIONAL HEALTH MANAGER | 0018 - Safety and Occupational Health Management | March AFB, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845366600 |
| 845449900 | 9/9/2025 | Department of the Interior | Park Ranger (OHV) Temporary Seasonal 1039 | 0025 - Park Ranger | El Centro, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845449900 |
| 845276500 | 9/9/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Aviano, Italy | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845276500 |
| 845382600 | 9/9/2025 | Department of the Air Force | FIREFIGHTER (HAZARDOUS MATERIALS TECHNICIAN) | 0081 - Fire Protection and Prevention | March AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845382600 |
| 845439000 | 9/9/2025 | Department of the Air Force | LEAD FIREFIGHTER | 0081 - Fire Protection and Prevention | Grissom AFB, Indiana | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845439000 |
| 845346200 | 9/9/2025 | Department of Health and Human Services | Social Science Research Analyst | 0101 - Social Science | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845346200 |
| 845402700 | 9/9/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Florence, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845402700 |
| 845304800 | 9/9/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Milwaukee, Wisconsin | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845304800 |
| 845307400 | 9/9/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Atlanta, Georgia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845307400 |
| 845308000 | 9/9/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Los Angeles, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845308000 |
| 845334100 | 9/9/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Phoenix, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845334100 |
| 845372700 | 9/9/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Suitland, Maryland | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845372700 |
| 845373200 | 9/9/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Philadelphia, Pennsylvania | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845373200 |
| 845378300 | 9/9/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Denver, Colorado | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845378300 |
| 845380000 | 9/9/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Los Angeles, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845380000 |
| 845413400 | 9/9/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Federal Medical Center Carswell, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845413400 |
| 845432100 | 9/9/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Herlong Sierra Ordnance Depot, California | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845432100 |
| 845388600 | 9/9/2025 | Department of Justice | Social Worker | 0185 - Social Work | Alderson, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845388600 |
| 845439800 | 9/9/2025 | Department of Justice | Social Worker | 0185 - Social Work | Lexington, Kentucky | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845439800 |
| 845383800 | 9/9/2025 | Department of the Air Force | RECREATION SPECIALIST (COMMUNITY ACTIVITIES) | 0188 - Recreation Specialist | Spangdahlem, Germany | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845383800 |
| 845304200 | 9/9/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPLOYEE RELATIONS) | 0201 - Human Resources Management | Altus AFB, Oklahoma | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845304200 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845436500 | 9/9/2025 | Department of the Air Force | Human Resources Specialist | 0201 - Human Resources Management | Edwards AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845436500 |
| 845445500 | 9/9/2025 | Department of the Air Force | Supervisory Human Resources Specialist (Military) | 0201 - Human Resources Management | Randolph AFB, Texas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845445500 |
| 845062900 | 9/9/2025 | Department of the Air Force | CAREER FIELD ADMINISTRATOR | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845062900 |
| 845223200 | 9/9/2025 | Department of Transportation | PROGRAM SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | Oakland, California | GS-09/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845223200 |
| 845241100 | 9/9/2025 | Department of the Air Force | EXECUTIVE OFFICER | 0301 - Miscellaneous Administration And Program | Youngstown, Ohio | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845241100 |
| 845253100 | 9/9/2025 | Department of the Air Force | ADMINISTRATIVE SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845253100 |
| 845290100 | 9/9/2025 | Department of Justice | Supervisory Administrative Services Specialist | 0301 - Miscellaneous Administration And Program | Detroit, Michigan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845290100 |
| 845292000 | 9/9/2025 | Department of Homeland Security | Immigration Services Analyst | 0301 - Miscellaneous Administration And Program | New York, New York | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845292000 |
| 845338800 | 9/9/2025 | Department of the Air Force | SUPERVISORY READINESS PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845338800 |
| 845350800 | 9/9/2025 | Department of Homeland Security | COMMUNICATIONS SPECIALIST | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845350800 |
| 845351000 | 9/9/2025 | Department of Homeland Security | COMMUNICATIONS SPECIALIST | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845351000 |
| 845431000 | 9/9/2025 | Department of the Air Force | OPERATIONS SPECIALIST | 0301 - Miscellaneous Administration And Program | Hurlburt Field, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845431000 |
| 845438300 | 9/9/2025 | Department of the Air Force | AVIATION RESOURCES MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Davis Monthan AFB, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845438300 |
| 845413200 | 9/9/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Aliceville, Alabama | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/845413200 |
| 845283100 | 9/9/2025 | Department of the Air Force | SECRETARY (OA) | 0318 - Secretary | Maxwell AFB, Alabama | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845283100 |
| 845377900 | 9/9/2025 | Department of Homeland Security | PROGRAM MANAGER | 0340 - Program Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845377900 |
| 845284000 | 9/9/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Robins AFB, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845284000 |
| 845319500 | 9/9/2025 | Department of the Interior | Management & Program Analyst (Fire Business) - Direct Hire Authority | 0343 - Management And Program Analysis | Phoenix, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845319500 |
| 845346100 | 9/9/2025 | Department of Health and Human Services | Management Analyst | 0343 - Management And Program Analysis | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845346100 |
| 845435500 | 9/9/2025 | Department of the Air Force | Logistics Management Specialist | 0346 - Logistics Management | Peterson AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845435500 |
| 845066600 | 9/9/2025 | Department of Agriculture | Agriculturist | 0401 - General Natural Resources Management And Bi | Glynco, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845066600 |
| 845158000 | 9/9/2025 | Department of Agriculture | Biologist (Computational Bioinformatics) | 0401 - General Natural Resources Management And Bi | Fort Collins, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845158000 |
| 845335200 | 9/9/2025 | Department of the Air Force | Biological Scientist (Environmental) | 0401 - General Natural Resources Management And Bi | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845335200 |
| 845387500 | 9/9/2025 | Department of the Air Force | SUPERVISORY BIOLOGIST | 0401 - General Natural Resources Management And Bi | McGuire AFB, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845387500 |
| 845231700 | 9/9/2025 | Department of Agriculture | Biological Science Technician | 0404 - Biological Science Technician | Benton County, Arkansas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845231700 |
| 845066900 | 9/9/2025 | Department of Agriculture | Plant Protection Technician | 0421 - Plant Protection Technician | Daphne, Alabama | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845066900 |
| 845272200 | 9/9/2025 | Department of the Interior | Wildland Firefighter (Fuels) | 0456 - Wildland Fire Management | Columbia, South Dakota | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845272200 |
| 845440100 | 9/9/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845440100 |
| 845292400 | 9/9/2025 | Department of the Interior | Forestry Technician (Fire Dispatch) | 0462 - Forestry Technician | Eglin AFB, Florida | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845292400 |
| 845314300 | 9/9/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Sacramento, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845314300 |
| 845714500 | 9/9/2025 | Department of the Air Force | FINANCIAL MANAGEMENT SPECIALIST | 0501 - Financial Administration And Program | Maxwell AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845714500 |
| 845715200 | 9/9/2025 | Department of the Air Force | COST ANALYST | 0501 - Financial Administration And Program | Eglin AFB, Florida | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845715200 |
| 845437500 | 9/9/2025 | Department of the Air Force | ACCOUNTANT | 0510 - Accounting | Robins AFB, Georgia | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845437500 |
| 845412000 | 9/9/2025 | Department of Defense | Teller | 0530 - Cash Processing | Fort Leonard Wood, Missouri | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845412000 |
| 845435200 | 9/9/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Florence, Colorado | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/845435200 |
| 845139900 | 9/9/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Spangdahlem, Germany | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845139900 |
| 845436600 | 9/9/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Elmendorf AFB, Alaska | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845436600 |
| 845397300 | 9/9/2025 | Department of the Air Force | STRENGTH & CONDITIONING SPECIALIST | 0601 - General Health Science | Laughlin AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845397300 |
| 845446100 | 9/9/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | La Tuna, Texas | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/845446100 |
| 845445200 | 9/9/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Waymart, Pennsylvania | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845445200 |
| 845111000 | 9/9/2025 | Department of Agriculture | Veterinary Medical Officer | 0701 - Veterinary Medical Science | Baldwin County, Alabama | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845111000 |
| 845239200 | 9/9/2025 | Department of Agriculture | Veterinary Medical Officer | 0701 - Veterinary Medical Science | Athens, Georgia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845239200 |
| 845328400 | 9/9/2025 | Department of the Air Force | Engineer (Public Notice) | 0801 - General Engineering | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845328400 |
| 845318000 | 9/9/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Vancouver, Washington | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845318000 |
| 845319100 | 9/9/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Vancouver, Washington | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845319100 |
| 845332100 | 9/9/2025 | Department of the Air Force | Electronics Engineer (Public Notice) | 0855 - Electronics Engineering | Lackland AFB, Texas | GG-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845332100 |
| 845254200 | 9/9/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Madison, Wisconsin | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845254200 |
| 845383700 | 9/9/2025 | Department of the Treasury | General Attorney (Tax) - Senior Technician Reviewer (Energy, Credits, and Excise Tax) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845383700 |
| 845385000 | 9/9/2025 | Department of the Treasury | General Attorney (Tax) - Special Counsel (Energy, Credits, and Excise Tax) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845385000 |
| 845403900 | 9/9/2025 | Department of the Treasury | Special Counsel (Employee Benefits, Exempt Orgs, Employment Taxes) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845403900 |
| 845448200 | 9/9/2025 | Department of the Treasury | General Attorney (Tax) - Special Counsel - National Taxpayer Advocate | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845448200 |
| 845366200 | 9/9/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Topeka, Kansas | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845366200 |
| 845369100 | 9/9/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Topeka, Kansas | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845369100 |
| 845386800 | 9/9/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | New Orleans, Louisiana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845386800 |
| 845387200 | 9/9/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | New Orleans, Louisiana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845387200 |
| 845388000 | 9/9/2025 | Department of the Air Force | PUBLIC AFFAIRS SPECIALIST | 1035 - Public Affairs | Minot AFB, North Dakota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845388000 |
| 845412800 | 9/9/2025 | Department of Justice | Supervisory Public Affairs Specialist | 1035 - Public Affairs | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845412800 |
| 845414100 | 9/9/2025 | Department of Justice | Supervisory Public Affairs Specialist | 1035 - Public Affairs | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845414100 |
| 845345900 | 9/9/2025 | Department of Health and Human Services | Contracting Officer Representative | 1101 - General Business And Industry | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845345900 |
| 845359800 | 9/9/2025 | Department of Commerce | Trade and Industry Analyst | 1101 - General Business And Industry | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845359800 |
| 845380700 | 9/9/2025 | Department of Commerce | Trade and Industry Analyst | 1101 - General Business And Industry | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845380700 |
| 845440700 | 9/9/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Bangor, Washington | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845440700 |
| 845456900 | 9/9/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Cherry Point, North Carolina | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845456900 |
| 845385900 | 9/9/2025 | Department of Energy | Public Utilities Specialist | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845385900 |
| 845386600 | 9/9/2025 | Department of Energy | Public Utilities Specialist | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845386600 |
| 845357400 | 9/9/2025 | Department of the Air Force | PRODUCTION CONTROLLER (AIRCRAFT) | 1152 - Production Control | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845357400 |
| 845346000 | 9/9/2025 | Department of Agriculture | Loan Assistant/Specialist (Agricultural) | 1165 - Loan Specialist | Accomac, Virginia | GS-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845346000 |
| 845330300 | 9/9/2025 | Department of the Air Force | PHYSICAL SCIENTIST | 1301 - General Physical Science | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845330300 |
| 845448100 | 9/9/2025 | Department of Transportation | Physical Scientist - DIRECT HIRE | 1301 - General Physical Science | Washington, District of Columbia | GS-11/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845448100 |
| 845337000 | 9/9/2025 | Department of the Air Force | Physicist | 1310 - Physics | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845337000 |
| 845327900 | 9/9/2025 | Department of the Air Force | Chemist | 1320 - Chemistry | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845327900 |
| 845384700 | 9/9/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Honolulu, Hawaii | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845384700 |
| 845388300 | 9/9/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Oakland, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845388300 |
| 845391100 | 9/9/2025 | Department of Commerce | Supervisory Meteorologist | 1340 - Meteorology | Nashua, New Hampshire | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845391100 |
| 845393600 | 9/9/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Honolulu, Hawaii | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845393600 |
| 845327700 | 9/9/2025 | Department of the Air Force | Operations Research Analyst | 1515 - Operations Research | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845327700 |
| 845436100 | 9/9/2025 | Department of the Air Force | OPERATIONS RESEARCH ANALYST | 1515 - Operations Research | Los Angeles County, California | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845436100 |
| 845329300 | 9/9/2025 | Department of the Air Force | MATHEMATICIAN (PUBLIC NOTICE) | 1520 - Mathematics | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845329300 |
| 845328700 | 9/9/2025 | Department of the Air Force | COMPUTER SCIENTIST | 1550 - Computer Science | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845328700 |

A135

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845332400 | 9/9/2025 | Department of the Air Force | Computer Scientist (Public Notice) | 1550 - Computer Science | Lackland AFB, Texas | GG-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845332400 |
| 845331500 | 9/9/2025 | Department of the Air Force | DATA SCIENTIST | 1560 - Data Science Series | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845331500 |
| 845391000 | 9/9/2025 | Department of the Air Force | PROFESSIONAL DEVELOPMENT SPECIALIST | 1701 - General Education And Training | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845391000 |
| 845434600 | 9/9/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | McConnell AFB, Kansas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845434600 |
| 845447100 | 9/9/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Hurlburt Field, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845447100 |
| 845463600 | 9/9/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Goodfellow AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845463600 |
| 845360200 | 9/9/2025 | Department of the Air Force | TRAINING SPECIALIST | 1712 - Training Instruction | Rota, Spain | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845360200 |
| 845442800 | 9/9/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Maxwell AFB, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845442800 |
| 845416700 | 9/9/2025 | Department of Justice | Criminal Investigator | 1811 - Criminal Investigation | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845416700 |
| 845249300 | 9/9/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Curtiss, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845249300 |
| 845296100 | 9/9/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Amarillo, Texas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845296100 |
| 845448000 | 9/9/2025 | Executive Office of the President | Supply Technician (MVO) | 2005 - Supply Clerical And Technician | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845448000 |
| 845231500 | 9/9/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Air Force Academy, Colorado | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845231500 |
| 845357600 | 9/9/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Homestead AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845357600 |
| 845311400 | 9/9/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Lackland AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845311400 |
| 845224600 | 9/9/2025 | Department of the Air Force | IT SPECIALIST (PLCYPLN/ENTARCH) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845224600 |
| 845241400 | 9/9/2025 | Department of the Air Force | IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Goodfellow AFB, Texas | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845241400 |
| 845251300 | 9/9/2025 | Department of the Air Force | IT SPECIALIST (SECURITY) | 2210 - Information Technology Management | Lackland AFB, Texas | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845251300 |
| 845263100 | 9/9/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (PLCYPLN/INFOSEC) | 2210 - Information Technology Management | Kirtland AFB, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845263100 |
| 845321700 | 9/9/2025 | Department of the Air Force | SUPERVISORY IT SPECIALIST (NETWORK) | 2210 - Information Technology Management | Seymour Johnson AFB, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845321700 |
| 845437400 | 9/9/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | McConnell AFB, Kansas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845437400 |
| 845297700 | 9/9/2025 | Department of the Air Force | AIRCRAFT OVERHAUL SUPERVISOR | 8801 - Miscellaneous Aircraft Overhaul | Fort Worth, Texas | WS-16 | Questionnaire with EO question | https://www.usajobs.gov/job/845297700 |
| 845314500 | 9/9/2025 | Department of the Interior | Aircraft Mechanic Inspector | 8852 - Aircraft Mechanic | Anchorage, Alaska | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845314500 |
| 845315000 | 9/9/2025 | Department of the Interior | Aircraft Mechanic Inspector | 8852 - Aircraft Mechanic | Anchorage, Alaska | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845315000 |
| 845446200 | 9/9/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (INFOSEC)-DIRECT HIRE AUTHORITY | 2210 - Unknown | Wright-Patterson AFB, Ohio | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845446200 |
| 845446300 | 9/9/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (ENTARCH) - DIRECT HIRING AUTHORITY | 2210 - Unknown | Wright-Patterson AFB, Ohio | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845446300 |
| 845517500 | 9/10/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Florence, Colorado | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/845517500 |
| 845022500 | 9/10/2025 | Department of the Air Force | AFIMSC PROGRAM MANAGER - DIRECT HIRE AUTHORITY | 0020 - Community Planning | Hickam AFB, Hawaii | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845022500 |
| 845574000 | 9/10/2025 | Department of the Air Force | GENERAL ENGINEER (ENVIRONMENTAL) | 0020 - Community Planning | MacDill AFB, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845574000 |
| 845420700 | 9/10/2025 | Department of the Interior | Temporary Park Ranger (Protection) | 0025 - Park Ranger | Springdale, Utah | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845420700 |
| 845466200 | 9/10/2025 | Department of the Interior | Supervisory Park Ranger (P) | 0025 - Park Ranger | Grand Canyon, Arizona | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845466200 |
| 845391800 | 9/10/2025 | Department of the Air Force | PHYSICAL SECURITY SPECIALIST | 0080 - Security Administration | Ramstein, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845391800 |
| 845582300 | 9/10/2025 | Department of Justice | Supervisory Personnel Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845582300 |
| 845508300 | 9/10/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Sandstone, Minnesota | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845508300 |
| 845413500 | 9/10/2025 | Department of Health and Human Services | Heath Insurance Specialist (Technical Advisor) | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845413500 |
| 845390900 | 9/10/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Saint Louis, Missouri | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845390900 |
| 845401900 | 9/10/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Cincinnati, Ohio | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845401900 |
| 845408000 | 9/10/2025 | Department of Labor | Economic Assistant (Spanish) - Part-time | 0119 - Economics Assistant | Dallas, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845408000 |
| 845425400 | 9/10/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Tampa, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845425400 |
| 845513200 | 9/10/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Minneapolis, Minnesota | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845513200 |
| 845424100 | 9/10/2025 | Department of Agriculture | Intelligence Operations Specialist | 0132 - Intelligence | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845424100 |
| 845434700 | 9/10/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845434700 |
| 845531600 | 9/10/2025 | Department of Justice | Intelligence Research Specialist | 0132 - Intelligence | Boston, Massachusetts | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845531600 |
| 845532500 | 9/10/2025 | Department of Justice | Intelligence Research Specialist | 0132 - Intelligence | Boston, Massachusetts | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845532500 |
| 845584500 | 9/10/2025 | Department of the Interior | Social Worker (Child Welfare) | 0185 - Social Work | Sacramento, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845584500 |
| 845600700 | 9/10/2025 | Department of the Interior | Social Worker | 0185 - Social Work | Everett, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845600700 |
| 845487900 | 9/10/2025 | Department of the Air Force | SUPERVISORY HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Westover Air Reserve Base, Massachusetts | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845487900 |
| 845265200 | 9/10/2025 | Department of Homeland Security | Supervisory Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Lees Summit, Missouri | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845265200 |
| 845453300 | 9/10/2025 | Department of Homeland Security | Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845453300 |
| 845507300 | 9/10/2025 | Department of Justice | Lock and Security Specialist (Assistant Locksmith) | 0301 - Miscellaneous Administration And Program | Florence, Colorado | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/845507300 |
| 845516200 | 9/10/2025 | Department of the Air Force | DIRECTOR OF STAFF | 0301 - Miscellaneous Administration And Program | Hickam AFB, Hawaii | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845516200 |
| 845530900 | 9/10/2025 | Department of the Air Force | CHIEF OF STAFF | 0301 - Miscellaneous Administration And Program | Colorado Springs, Colorado | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845530900 |
| 845541600 | 9/10/2025 | Department of the Air Force | WARGAMING OPERATIONS SPECIALIST | 0301 - Miscellaneous Administration And Program | Peterson AFB, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845541600 |
| 845577700 | 9/10/2025 | Department of the Air Force | SUPERVISORY SENIOR FORCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | MacDill AFB, Florida | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845577700 |
| 845363100 | 9/10/2025 | Department of Justice | Administrative Assistant (OA) | 0303 - Miscellaneous Clerk And Assistant | Nashville, Tennessee | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845363100 |
| 845363500 | 9/10/2025 | Department of Justice | Administrative Assistant (OA) | 0303 - Miscellaneous Clerk And Assistant | Nashville, Tennessee | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845363500 |
| 845378200 | 9/10/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Travis AFB, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845378200 |
| 845401100 | 9/10/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Travis AFB, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845401100 |
| 845513800 | 9/10/2025 | Department of Justice | Recycling Technician - Correctional (Recycling Technician) | 0303 - Miscellaneous Clerk And Assistant | Florence, Colorado | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845513800 |
| 845514200 | 9/10/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Lackland AFB, Texas | GG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845514200 |
| 845533500 | 9/10/2025 | Department of Justice | Secretary (Captainâ€™s Secretary) | 0318 - Secretary | Fort Worth, Texas | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/845533500 |
| 845434500 | 9/10/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Lackland AFB, Texas | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845434500 |
| 845439300 | 9/10/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845439300 |
| 845488800 | 9/10/2025 | Other Agencies and Independent Organizations | Program Analyst (Internal Detail) | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845488800 |
| 845489000 | 9/10/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Randolph AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845489000 |
| 845507900 | 9/10/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845507900 |
| 845545900 | 9/10/2025 | Department of the Interior | Program Analyst (IQCS) | 0343 - Management And Program Analysis | Fairbanks, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845545900 |
| 845342700 | 9/10/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Pentagon, Arlington, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845342700 |
| 845545400 | 9/10/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Maxwell AFB, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845545400 |
| 845533600 | 9/10/2025 | Department of the Air Force | TELECOMMUNICATIONS SPECIALIST | 0391 - Telecommunications | McConnell AFB, Kansas | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845533600 |
| 845560600 | 9/10/2025 | Department of the Interior | Telecommunication Specialist | 0391 - Telecommunications | Bakersfield, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845560600 |
| 845560800 | 9/10/2025 | Department of the Interior | Telecommunication Specialist | 0391 - Telecommunications | Bakersfield, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845560800 |
| 845274100 | 9/10/2025 | Department of Agriculture | Agriculturist (Foreign Program Specialist) | 0401 - General Natural Resources Management And Bi | Los Angeles, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845274100 |
| 845440300 | 9/10/2025 | Department of Agriculture | Biological Scientist | 0401 - General Natural Resources Management And Bi | Orient Point, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845440300 |
| 845499500 | 9/10/2025 | Department of Agriculture | Supervisory Plant Protection and Quarantine Officer | 0401 - General Natural Resources Management And Bi | Phoenix, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845499500 |
| 845375000 | 9/10/2025 | Department of the Interior | Supervisory Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Marble Falls, Arkansas | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845375000 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845439500 | 9/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Tucson, Arizona | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845439500 |
| 845489200 | 9/10/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Cherokee, North Carolina | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845489200 |
| 845514400 | 9/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Medora, North Dakota | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845514400 |
| 845602800 | 9/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Las Vegas, Nevada | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845602800 |
| 845431800 | 9/10/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Fort Collins, Colorado | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845431800 |
| 845524000 | 9/10/2025 | Department of Defense | Teller | 0530 - Cash Processing | Maxwell AFB, Alabama | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845524000 |
| 845509100 | 9/10/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Patrick AFB, Florida | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845509100 |
| 845424000 | 9/10/2025 | Department of the Air Force | NURSE (FLIGHT OPERATIONS) | 0610 - Nurse | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845424000 |
| 845304900 | 9/10/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer (National Preparedness and Incident Coordination Director) | 0701 - Veterinary Medical Science | Montgomery, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845304900 |
| 845307300 | 9/10/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer (Office of Interagency Coordination Director) | 0701 - Veterinary Medical Science | Montgomery, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845307300 |
| 845371600 | 9/10/2025 | Department of the Air Force | SUPERVISORY GENERAL ENGINEER | 0801 - General Engineering | McConnell AFB, Kansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845371600 |
| 845478500 | 9/10/2025 | Other Agencies and Independent Organizations | ENVIRONMENTAL ENGINEER/PHYSICAL SCIENTIST | 0819 - Environmental Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845478500 |
| 845479200 | 9/10/2025 | Other Agencies and Independent Organizations | ENVIRONMENTAL ENGINEER/PHYSICAL SCIENTIST | 0819 - Environmental Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845479200 |
| 845420200 | 9/10/2025 | Department of the Air Force | INTERDISCIPLINARY-NUCLEAR ENGINEER/PHYSICAL SCIENTIST | 0840 - Nuclear Engineering | Colorado Springs, Colorado | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845420200 |
| 845512800 | 9/10/2025 | Department of Energy | Electrical Engineer (Operations and/or Transmission Planning) | 0850 - Electrical Engineering | Folsom, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845512800 |
| 845288900 | 9/10/2025 | Other Agencies and Independent Organizations | MINING ENGINEER | 0880 - Mining Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845288900 |
| 845289200 | 9/10/2025 | Other Agencies and Independent Organizations | MINING ENGINEER | 0880 - Mining Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845289200 |
| 845561700 | 9/10/2025 | Department of Justice | Legal Administrative Specialist (Lit Support) | 0901 - General Legal And Kindred Administration | Fort Lauderdale, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845561700 |
| 845562100 | 9/10/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Fort Lauderdale, Florida | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845562100 |
| 845573600 | 9/10/2025 | Department of Justice | Legal Administrative Specialist (FLU) | 0901 - General Legal And Kindred Administration | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845573600 |
| 845457000 | 9/10/2025 | Department of the Treasury | General Attorney (Tax) (Special Counsel - Taxpayer Services) | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845457000 |
| 845518000 | 9/10/2025 | Department of the Treasury | Attorney-Adviser (Tax) - Special Counsel - International | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845518000 |
| 845524500 | 9/10/2025 | Department of the Treasury | General Attorney (Tax) - Financial Institutions & Products | 0905 - Attorney | Washington, District of Columbia | GS-12/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845524500 |
| 845535400 | 9/10/2025 | Department of the Treasury | General Attorney (Tax) - Senior Technician Reviewer | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845535400 |
| 845536000 | 9/10/2025 | Department of the Treasury | General Attorney (Tax) - Senior Technician Reviewer | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845536000 |
| 845557400 | 9/10/2025 | Department of the Treasury | General Attorney (Tax) (Senior Counsel) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845557400 |
| 845571900 | 9/10/2025 | Department of the Treasury | Senior Technician Reviewer (Employee Benefits, Exempt Orgs & Employment Taxes) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845571900 |
| 845243700 | 9/10/2025 | Department of the Air Force | PUBLIC AFFAIRS SPECIALIST | 1035 - Public Affairs | Tinker AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845243700 |
| 845531100 | 9/10/2025 | Department of Justice | Public Affairs Specialist | 1035 - Public Affairs | San Francisco, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845531100 |
| 845531300 | 9/10/2025 | Department of Justice | Public Affairs Specialist | 1035 - Public Affairs | San Francisco, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845531300 |
| 845520500 | 9/10/2025 | Other Agencies and Independent Organizations | International Trade Analyst (Investigator) | 1101 - General Business And Industry | Washington, District of Columbia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845520500 |
| 845520600 | 9/10/2025 | Other Agencies and Independent Organizations | International Trade Analyst (Investigator) | 1101 - General Business And Industry | Washington, District of Columbia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845520600 |
| 845564500 | 9/10/2025 | Department of Defense | COMPUTER ASSISTED ORDERING TECHNICIAN | 1101 - General Business And Industry | Virginia Beach, Virginia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845564500 |
| 845530600 | 9/10/2025 | Department of Defense | Grocery Department Manager | 1144 - Commissary Management | Fort Detrick, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845530600 |
| 845554200 | 9/10/2025 | Department of Defense | Produce Department Manager | 1144 - Commissary Management | Fort Detrick, Maryland | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845554200 |
| 845495500 | 9/10/2025 | Department of the Air Force | PRODUCTION CONTROLLER (AIRCRAFT) | 1152 - Production Control | Wright-Patterson AFB, Ohio | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845495500 |
| 845521600 | 9/10/2025 | Department of Commerce | Lead Meteorologist | 1340 - Meteorology | College Park, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845521600 |
| 845522100 | 9/10/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Wilmington, North Carolina | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845522100 |
| 845539400 | 9/10/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | College Park, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845539400 |
| 845541700 | 9/10/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Anchorage, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845541700 |
| 845544600 | 9/10/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Jacksonville, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845544600 |
| 845548400 | 9/10/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Miami, Florida | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845548400 |
| 845559000 | 9/10/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Miami, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845559000 |
| 845562600 | 9/10/2025 | Department of Commerce | Supervisory Meteorologist | 1340 - Meteorology | Houston, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845562600 |
| 845565600 | 9/10/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Norman, Oklahoma | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845565600 |
| 845588100 | 9/10/2025 | Department of the Air Force | LIBRARY TECHNICIAN (OFFICE AUTOMATION) | 1411 - Library Technician | Aviano, Italy | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845588100 |
| 845460200 | 9/10/2025 | Department of Education | Statistician (Education) GS-1530-14 (DHA) | 1530 - Statistics | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845460200 |
| 845444400 | 9/10/2025 | Department of Homeland Security | Lead Facilities Project Manager | 1601 - Equipment Facilities, And Services | Artesia, New Mexico | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845444400 |
| 845537000 | 9/10/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845537000 |
| 845547800 | 9/10/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Pope AFB, North Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845547800 |
| 845102800 | 9/10/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Boise, Idaho | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845102800 |
| 845234600 | 9/10/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Helena, Montana | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845234600 |
| 845352400 | 9/10/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Indianapolis, Indiana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845352400 |
| 845377400 | 9/10/2025 | Department of Homeland Security | Law Enforcement Specialist (Technical Investigations Instructor) | 1801 - General Inspection, Investigation, Enforcem | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845377400 |
| 845480800 | 9/10/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Boston, Massachusetts | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845480800 |
| 845483100 | 9/10/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Seattle, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845483100 |
| 845489500 | 9/10/2025 | Department of the Interior | Senior Incident Investigation Coordinator | 1801 - General Inspection, Investigation, Enforcem | Jefferson, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845489500 |
| 845496500 | 9/10/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | San Jose, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845496500 |
| 845497300 | 9/10/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Seattle, Washington | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845497300 |
| 845601400 | 9/10/2025 | Department of the Interior | Staff Law Enforcement Ranger | 1801 - General Inspection, Investigation, Enforcem | El Dorado Hills, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845601400 |
| 845284500 | 9/10/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Fort Jones, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845284500 |
| 844978800 | 9/10/2025 | Department of Homeland Security | CUSTOMS LIQUIDATOR (DRAWBACK) | 1894 - Customs Entry And Liquidating | San Francisco, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844978800 |
| 845377300 | 9/10/2025 | Department of the Air Force | QUALITY ASSURANCE SPECIALIST (CHEMICALS) | 1910 - Quality Assurance | Laughlin AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845377300 |
| 845508100 | 9/10/2025 | Department of the Air Force | QUALITY ASSURANCE SPECIALIST (AIRCRAFT) | 1910 - Quality Assurance | Luke AFB, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845508100 |
| 845169700 | 9/10/2025 | Department of Agriculture | Agricultural Commodity Grader | 1980 - Agricultural Commodity Grading | Fort Worth, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845169700 |
| 845239400 | 9/10/2025 | Department of Agriculture | Agricultural Commodity Grader (Dairy) | 1980 - Agricultural Commodity Grading | Louisville, Kentucky | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845239400 |
| 845351600 | 9/10/2025 | Department of Agriculture | Supervisory Agricultural Commodity Grader (Assistant Officer-in-Charge | 1980 - Agricultural Commodity Grading | Fresno, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845351600 |
| 845352300 | 9/10/2025 | Department of Agriculture | Supervisory Agricultural Commodity Grader (Assistant Officer-in-Charge) | 1980 - Agricultural Commodity Grading | Stockton, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845352300 |
| 845521200 | 9/10/2025 | Department of the Air Force | GENERAL SUPPLY SPECIALIST | 2001 - General Supply | Cheyenne, Wyoming | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845521200 |
| 845520100 | 9/10/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Air Force Academy, Colorado | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845520100 |

A137

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845544500 | 9/10/2025 | Department of the Air Force | AIRFIELD MANAGER | 2150 - Transportation Operations | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845544500 |
| 845558900 | 9/10/2025 | Department of Transportation | Vessel Traffic Controller | 2150 - Transportation Operations | Massena, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845558900 |
| 845356400 | 9/10/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Luray, Virginia | GS-6/8 | Questionnaire with EO question | https://www.usajobs.gov/job/845356400 |
| 845580500 | 9/10/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Lackland AFB, Texas | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845580500 |
| 845376700 | 9/10/2025 | Department of the Air Force | AIRCRAFT OPERATIONS OFFICER | 2181 - Aircraft Operation | Minneapolis, Minnesota | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845376700 |
| 845460800 | 9/10/2025 | Department of the Air Force | AIRPLANE PILOT (SIMULATOR INSTRUCTOR) | 2181 - Aircraft Operation | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845460800 |
| 845571300 | 9/10/2025 | Department of the Air Force | AIRPLANE PILOT (SIMULATOR INSTRUCTOR) | 2181 - Aircraft Operation | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845571300 |
| 845154100 | 9/10/2025 | Department of the Air Force | IT Information Assurance Program Manager and Technical Advisor - DIRECT HIRE AUTHORITY | 2210 - Information Technology Management | Kelly AFB, Texas | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845154100 |
| 845241800 | 9/10/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (APPSW/SYSANALYSIS) | 2210 - Information Technology Management | Randolph AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845241800 |
| 845389800 | 9/10/2025 | Department of Energy | IT Specialist (SYSADMIN/OS) | 2210 - Information Technology Management | Phoenix, Arizona | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845389800 |
| 845455900 | 9/10/2025 | Department of the Air Force | AIRCRAFT ELECTRICIAN (AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC) | 2892 - Aircraft Electrician | McConnell AFB, Kansas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845455900 |
| 845434300 | 9/10/2025 | Department of the Interior | Utility Systems Repairer-Operator | 4742 - Utility Systems Repairing-Operating | Keystone, South Dakota | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845434300 |
| 845522200 | 9/10/2025 | Department of Transportation | Trades Helper Linehandler (Relief Pool) (Open to both U.S. Citizens and Federal Employees) | 5426 - Lock And Dam Operating | Massena, New York | WG-05 | Questionnaire with EO question | https://www.usajobs.gov/job/845522200 |
| 845423900 | 9/10/2025 | Department of the Air Force | ORDNANCE EQUIPMENT MECHANIC SUPERVISOR | 6641 - Ordnance Equipment Mechanic | Luke AFB, Arizona | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845423900 |
| 845437000 | 9/10/2025 | Department of the Air Force | AIRCRAFT ORDNANCE SYSTEMS MECHANIC | 6652 - Aircraft Ordnance Systems Mechanic | Homestead AFB, Florida | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845437000 |
| 845525700 | 9/10/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Meade, Maryland | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845525700 |
| 845554400 | 9/10/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Maxwell AFB, Alabama | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845554400 |
| 845573200 | 9/10/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Fort Lee, Virginia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845573200 |
| 845451400 | 9/10/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | MacDill AFB, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845451400 |
| 845489100 | 9/10/2025 | Department of the Air Force | AIRCRAFT OVERHAUL SUPERVISOR | 8801 - Miscellaneous Aircraft Overhaul | Scott AFB, Illinois | WS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845489100 |
| 845542300 | 9/10/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Cheyenne, Wyoming | WG-8/10 | Questionnaire with EO question | https://www.usajobs.gov/job/845542300 |
| 845600600 | 9/10/2025 | Department of the Interior | Staff Law Enforcement Ranger | 1801 - General Inspection, Investigation, Enforcem | El Dorado Hills, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845600600 |
| 845811200 | 9/10/2025 | Department of Transportation | Associate Administrator for Pipeline Safety | 0340 - Program Management | Washington, District of Columbia | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/845811200 |
| 845574700 | 9/10/2025 | Department of the Air Force | Contract Specialist | 1102 - Contracting | Patuxent River, Maryland | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845574700 |
| 845385500 | 9/10/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT ANALYST | 0343 - Unknown | Barksdale AFB, Louisiana | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845385500 |
| 845414800 | 9/10/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Unknown | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845414800 |
| 845682800 | 9/11/2025 | Department of Justice | Correctional Program Specialist (Executive Assistant - CTAP Only) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845682800 |
| 845641200 | 9/11/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Glenville, West Virginia | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/845641200 |
| 845703800 | 9/11/2025 | Department of the Interior | Corrections Officer | 0007 - Correctional Officer | McDermitt, Nevada | GL-5/8 | Questionnaire with EO question | https://www.usajobs.gov/job/845703800 |
| 845444000 | 9/11/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Lakenheath, United Kingdom | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845444000 |
| 845561400 | 9/11/2025 | Department of Agriculture | Personnel Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845561400 |
| 845634700 | 9/11/2025 | Other Agencies and Independent Organizations | Sr. Security Specialist (SSO) | 0080 - Security Administration | Rockville, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845634700 |
| 845643500 | 9/11/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Kirtland AFB, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845643500 |
| 845695700 | 9/11/2025 | Department of the Air Force | PHYSICAL SECURITY SPECIALIST | 0080 - Security Administration | Scott AFB, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845695700 |
| 845613400 | 9/11/2025 | Department of the Interior | Fire Chief | 0081 - Fire Protection and Prevention | Big Bend National Park, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845613400 |
| 845626700 | 9/11/2025 | Department of the Air Force | POLICE OFFICER | 0083 - Police | Lackland AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845626700 |
| 845561900 | 9/11/2025 | Department of Justice | Student Volunteer - Undergrad (Spring 2026) | 0099 - General Student Trainee | Detroit, Michigan | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/845561900 |
| 845578800 | 9/11/2025 | Department of the Air Force | PREVENTION SPECIALIST | 0101 - Social Science | Ramstein, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845578800 |
| 845662400 | 9/11/2025 | Department of the Air Force | WORK/LIFE SPECIALIST | 0101 - Social Science | Aviano, Italy | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845662400 |
| 845511700 | 9/11/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Cleveland, Ohio | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845511700 |
| 845552100 | 9/11/2025 | Department of Labor | Economic Assistant (Spanish) - Part-Time | 0119 - Economics Assistant | Tampa, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845552100 |
| 845591100 | 9/11/2025 | Department of the Air Force | Foreign Affairs Specialist | 0130 - Foreign Affairs | Keesler AFB, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845591100 |
| 845704900 | 9/11/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Yazoo City, Mississippi | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/845704900 |
| 845357800 | 9/11/2025 | Department of the Air Force | Air Commander (Pilot/Navigator) | 0301 - Miscellaneous Administration And Program | McGuire AFB, New Jersey | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845357800 |
| 845427800 | 9/11/2025 | Department of the Air Force | SUPERVISORY PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Langley AFB, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845427800 |
| 845545500 | 9/11/2025 | Department of the Air Force | EXECUTIVE OFFICER | 0301 - Miscellaneous Administration And Program | Lackland AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845545500 |
| 845559100 | 9/11/2025 | Department of the Air Force | DEPUTY DIRECTOR FOR INSTALLATION SUPPORT | 0301 - Miscellaneous Administration And Program | Goodfellow AFB, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845559100 |
| 845568900 | 9/11/2025 | Department of the Air Force | EXECUTIVE STAFF SPECIALIST | 0301 - Miscellaneous Administration And Program | Greater Pittsburgh Airport, Pennsylvania | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845568900 |
| 845590900 | 9/11/2025 | Department of Homeland Security | Special Assistant | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845590900 |
| 845596500 | 9/11/2025 | Department of the Air Force | WORKFORCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Fort Bliss, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845596500 |
| 845632200 | 9/11/2025 | Department of the Air Force | Supervisory Data Management Specialist | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845632200 |
| 845640900 | 9/11/2025 | Department of Justice | Policy Analyst | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845640900 |
| 845522500 | 9/11/2025 | Department of the Air Force | CHILD DEVELOPMENT PROGRAM CLERK (OFFICE AUTOMATION) | 0303 - Miscellaneous Clerk And Assistant | Ramstein, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845522500 |
| 845575400 | 9/11/2025 | Department of the Air Force | CLASSIFIED DOCUMENT CONTROL CLERK | 0303 - Miscellaneous Clerk And Assistant | Lackland AFB, Texas | GG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845575400 |
| 845698600 | 9/11/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Florence, Colorado | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/845698600 |
| 845584700 | 9/11/2025 | Department of Transportation | Superintendent | 0340 - Program Management | Kings Point, New York | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/845584700 |
| 845628800 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ASSOCIATE DIRECTOR | 0340 - Program Management | Philadelphia, Pennsylvania | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845628800 |
| 845633800 | 9/11/2025 | Department of Homeland Security | Supervisory Program Manager | 0340 - Program Management | Phoenix, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845633800 |
| 845532100 | 9/11/2025 | Department of the Air Force | MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Westover Air Reserve Base, Massachusetts | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845532100 |
| 845546400 | 9/11/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Chicago, Illinois | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845546400 |
| 845569500 | 9/11/2025 | Department of Labor | Program Analyst (Immigration) | 0343 - Management And Program Analysis | Anywhere in the U.S. (remote job), United States | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845569500 |
| 845597000 | 9/11/2025 | Department of Labor | Program Analyst (Immigration Policy) | 0343 - Management And Program Analysis | Anywhere in the U.S. (remote job), United States | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845597000 |
| 845623700 | 9/11/2025 | Department of the Air Force | Program Analyst (Cyber Operations) | 0343 - Management And Program Analysis | Peterson AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845623700 |
| 845650300 | 9/11/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845650300 |
| 845293000 | 9/11/2025 | Department of Agriculture | Botanist | 0430 - Botany | Gastonia, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845293000 |
| 845491300 | 9/11/2025 | Department of Agriculture | Botanist (Identifier) | 0430 - Botany | Atlanta, Georgia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845491300 |
| 845655900 | 9/11/2025 | Department of the Interior | Supervisory Wildland Firefighter (Regional Assistant FMO) - Direct Hiring Authority | 0456 - Wildland Fire Management | Fresno, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845655900 |
| 845675100 | 9/11/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Las Cruces, New Mexico | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845675100 |
| 845438900 | 9/11/2025 | Department of Agriculture | Supervisory Wildlife Biologist (District Supervisor) | 0486 - Wildlife Biology | Monroe County, Arkansas | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845438900 |
| 845630600 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ASSOCIATE DIRECTOR | 0510 - Accounting | Washington, District of Columbia | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845630600 |
| 845499600 | 9/11/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Omaha, Nebraska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845499600 |

A138

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845639100 | 9/11/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845639100 |
| 845661700 | 9/11/2025 | Department of Energy | Supervisory Budget Analyst | 0560 - Budget Analysis | Albuquerque, New Mexico | NQ-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845661700 |
| 845631400 | 9/11/2025 | Department of Justice | Budget Technician | 0561 - Budget Clerical And Assistance | Tampa, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845631400 |
| 845649700 | 9/11/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Pollock, Louisiana | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845649700 |
| 845441800 | 9/11/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer (Import/Export) | 0701 - Veterinary Medical Science | Douglas, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845441800 |
| 845568700 | 9/11/2025 | Department of the Air Force | INTERDISCIPLINARY-NUCLEAR ENGINEER/PHYSICIST/CHEMIST | 0840 - Nuclear Engineering | Offutt AFB, Nebraska | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845568700 |
| 845691500 | 9/11/2025 | Department of the Interior | Electronics Technician | 0856 - Electronics Technical | Phoenix, Arizona | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845691500 |
| 845628400 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ASSOCIATE DIRECTOR | 0905 - Attorney | Philadelphia, Pennsylvania | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845628400 |
| 845630200 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ASSOCIATE DIRECTOR | 0905 - Attorney | Washington, District of Columbia | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845630200 |
| 845631900 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ASSOCIATE DIRECTOR | 0905 - Attorney | Washington, District of Columbia | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845631900 |
| 845651900 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ACTING ASSOCIATE GENERAL COUNSEL | 0905 - Attorney | Washington, District of Columbia | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845651900 |
| 845711800 | 9/11/2025 | Department of Defense | ATTORNEY-ADVISOR (GENERAL) | 0905 - Attorney | Cleveland, Ohio | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845711800 |
| 845715400 | 9/11/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Cleveland, Ohio | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845715400 |
| 845715800 | 9/11/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Cleveland, Ohio | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845715800 |
| 845717200 | 9/11/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Akron, Ohio | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845717200 |
| 845717300 | 9/11/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Akron, Ohio | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845717300 |
| 845524700 | 9/11/2025 | Department of Homeland Security | Supervisory Legal Assistant (OA) | 0986 - Legal Assistance | Phoenix, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845524700 |
| 845562000 | 9/11/2025 | Department of Justice | Student Volunteer - Law (Spring 2026) | 0999 - Legal Occupations Student Trainee | Detroit, Michigan | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/845562000 |
| 845668900 | 9/11/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Camp Lejeune, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845668900 |
| 845687000 | 9/11/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Davis Monthan AFB, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845687000 |
| 845587300 | 9/11/2025 | Department of Agriculture | Supervisory Agricultural Marketing Specialist (General) | 1146 - Agricultural Marketing | Winter Haven, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845587300 |
| 845383300 | 9/11/2025 | Department of the Interior | Meteorologist | 1340 - Meteorology | Albuquerque, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845383300 |
| 845621200 | 9/11/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | College Park, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845621200 |
| 845622300 | 9/11/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Juneau, Alaska | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845622300 |
| 845645900 | 9/11/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Boise, Idaho | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845645900 |
| 845659700 | 9/11/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Norman, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845659700 |
| 845661800 | 9/11/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | College Park, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845661800 |
| 845705500 | 9/11/2025 | Department of Commerce | Lead Meteorologist | 1340 - Meteorology | Boise, Idaho | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845705500 |
| 845713800 | 9/11/2025 | Department of Commerce | Meteorologist | 1340 - Meteorology | Norman, Oklahoma | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845713800 |
| 845551100 | 9/11/2025 | Department of Homeland Security | Law Librarian | 1410 - Librarian | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845551100 |
| 845717800 | 9/11/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER (TITLE 32) | 1601 - Equipment Facilities, And Services | Jacksonville, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845717800 |
| 845632100 | 9/11/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Yankton, South Dakota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845632100 |
| 845588500 | 9/11/2025 | Department of Agriculture | Supervisory Equipment Specialist | 1670 - Equipment Services | Edinburg, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845588500 |
| 845486600 | 9/11/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Whiteman AFB, Missouri | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845486600 |
| 845675500 | 9/11/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Milan, Michigan | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/845675500 |
| 845681500 | 9/11/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Maxwell AFB, Alabama | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845681500 |
| 845570000 | 9/11/2025 | Department of the Interior | Training Instructor | 1712 - Training Instruction | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845570000 |
| 845570800 | 9/11/2025 | Department of the Interior | Training Instructor | 1712 - Training Instruction | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845570800 |
| 845562700 | 9/11/2025 | Department of Agriculture | Supervisory Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Missoula, Montana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845562700 |
| 845578600 | 9/11/2025 | Department of the Air Force | Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Elko, Nevada | GL-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845578600 |
| 845582100 | 9/11/2025 | Department of the Air Force | EXERCISE PROGRAM SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Scott AFB, Illinois | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845582100 |
| 845591700 | 9/11/2025 | Department of the Air Force | INSPECTOR GENERAL SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Minneapolis, Minnesota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845591700 |
| 845656100 | 9/11/2025 | Department of the Interior | Supervisory Staff Law Enforcement Ranger | 1801 - General Inspection, Investigation, Enforcem | Idaho Falls, Idaho | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845656100 |
| 845557100 | 9/11/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Annandale, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845557100 |
| 845224700 | 9/11/2025 | Department of Agriculture | Agricultural Commodity Grader | 1980 - Agricultural Commodity Grading | College Park, Georgia | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845224700 |
| 845431200 | 9/11/2025 | Department of Agriculture | Supervisory Agricultural Commodity Grader | 1980 - Agricultural Commodity Grading | Winter Haven, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845431200 |
| 845440600 | 9/11/2025 | Department of Agriculture | Supervisory Agricultural Commodity Grader (Grain) | 1980 - Agricultural Commodity Grading | Destrehan, Louisiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845440600 |
| 845512900 | 9/11/2025 | Department of Agriculture | Agricultural Commodity Grader (Poultry) (Relief Grader) | 1980 - Agricultural Commodity Grading | Decatur, Alabama | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845512900 |
| 845513900 | 9/11/2025 | Department of Agriculture | Agricultural Commodity Grader (Meat) (Relief Grader) | 1980 - Agricultural Commodity Grading | Cincinnati, Ohio | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845513900 |
| 845550300 | 9/11/2025 | Department of Agriculture | Agricultural Commodity Grader (Dairy) | 1980 - Agricultural Commodity Grading | Boise, Idaho | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845550300 |
| 845632600 | 9/11/2025 | Department of Defense | Supply Technician | 2005 - Supply Clerical And Technician | Guam, Guam | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845632600 |
| 845666100 | 9/11/2025 | Department of Energy | Transportation Management Specialist (Secondary) | 2101 - Transportation Specialist | Albuquerque, New Mexico | NQ-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845666100 |
| 845593200 | 9/11/2025 | Department of the Interior | Lead Dispatcher (Public Safety) | 2151 - Dispatching | Owyhee, Nevada | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845593200 |
| 845650900 | 9/11/2025 | Department of the Air Force | AIR TRAFFIC CONTROLLER (TERMINAL) | 2152 - Air Traffic Control | Pope AFB, North Carolina | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845650900 |
| 845410800 | 9/11/2025 | Department of Agriculture | Helicopter Pilot | 2181 - Aircraft Operation | Cocoa, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845410800 |
| 845412700 | 9/11/2025 | Department of Agriculture | Helicopter Pilot | 2181 - Aircraft Operation | Tuscaloosa, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845412700 |
| 845589900 | 9/11/2025 | Department of the Air Force | SUPERVISORY AIRPLANE FLIGHT INSTRUCTOR | 2181 - Aircraft Operation | Westover Air Reserve Base, Massachusetts | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845589900 |
| 845672800 | 9/11/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Fort Worth, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845672800 |
| 845688400 | 9/11/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Dover AFB, Delaware | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845688400 |
| 845508900 | 9/11/2025 | Department of the Air Force | SUPV IT SPECIALIST (SYSADMIN/CUSTSPT) | 2210 - Information Technology Management | Quantico, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845508900 |
| 845511800 | 9/11/2025 | Department of the Air Force | IT SPECIALIST (PLCYPLN/ENTARCH) | 2210 - Information Technology Management | Sheppard AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845511800 |
| 845714000 | 9/11/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Toledo, Ohio | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845714000 |
| 845714700 | 9/11/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Toledo, Ohio | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845714700 |
| 845716400 | 9/11/2025 | Department of Justice | Supervisory Information Technology Specialist | 2210 - Information Technology Management | Cleveland, Ohio | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845716400 |
| 845717100 | 9/11/2025 | Department of Justice | Supervisory Information Technology Specialist | 2210 - Information Technology Management | Cleveland, Ohio | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845717100 |
| 845536400 | 9/11/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT/PAINTER) | 3806 - Sheet Metal Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845536400 |
| 845663800 | 9/11/2025 | Department of the Air Force | POWERED SUPPORT SYSTEMS MECHANIC | 5378 - Powered Support Systems Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845663800 |
| 845722900 | 9/11/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Twentynine Palms, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845722900 |
| 845724000 | 9/11/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Twentynine Palms, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845724000 |
| 845504500 | 9/11/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | McConnell AFB, Kansas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845504500 |
| 845554000 | 9/11/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | McConnell AFB, Kansas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845554000 |
| 845735000 | 9/11/2025 | Department of the Air Force | SUPERVISORY FIREFIGHTER | 0081 - Fire Protection and Prevention | Maxwell AFB, Alabama | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845735000 |
| 845741600 | 9/11/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Lompoc, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/845741600 |
| 845734200 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ASSOCIATE DIRECTOR | 0340 - Program Management | Washington, District of Columbia | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845734200 |
| 845727800 | 9/11/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | MacDill AFB, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845727800 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845762000 | 9/11/2025 | Department of the Interior | Forestry Technician (Smokejumper - Loft Technician) - Direct Hire Authority | 0462 - Forestry Technician | Fairbanks, Alaska | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845762000 |
| 845726700 | 9/11/2025 | Department of the Air Force | SUPERVISORY FINANCIAL SERVICES SPECIALIST | 0501 - Financial Administration And Program | Misawa AFB, Japan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845726700 |
| 845762700 | 9/11/2025 | Department of the Air Force | HEALTH SYSTEMS SPECIALIST | 0671 - Health System Specialist | Cheyenne, Wyoming | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845762700 |
| 845731800 | 9/11/2025 | Department of the Treasury | General Attorney (Tax) - Senior Counsel - Income Tax and Accounting | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845731800 |
| 845733200 | 9/11/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-ASSOCIATE DIRECTOR | 0905 - Attorney | Washington, District of Columbia | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845733200 |
| 845733400 | 9/11/2025 | Department of the Treasury | General Attorney (Tax) - Senior Counsel - International | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845733400 |
| 845722500 | 9/11/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Elmendorf AFB, Alaska | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845722500 |
| 845734100 | 9/11/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Elmendorf AFB, Alaska | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845734100 |
| 845736800 | 9/11/2025 | Department of Justice | Contract Specialist (Direct Hire) | 1102 - Contracting | Birmingham, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845736800 |
| 845734500 | 9/11/2025 | Department of the Air Force | EDUCATION TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Travis AFB, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845734500 |
| 845735800 | 9/11/2025 | Department of Energy | Information Technology Specialist | 2210 - Information Technology Management | Albuquerque, New Mexico | NQ-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845735800 |
| 845697300 | 9/11/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (APPSW/DATAMGT) | 2210 - Information Technology Management | Tinker AFB, Oklahoma | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845697300 |
| 845550200 | 9/12/2025 | Department of Agriculture | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Albuquerque, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845550200 |
| 845748100 | 9/12/2025 | Department of Agriculture | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Manhattan, Kansas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845748100 |
| 845738600 | 9/12/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Saint Louis, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845738600 |
| 845676900 | 9/12/2025 | Department of the Air Force | Physical Security Specialist | 0080 - Security Administration | Ames, Iowa | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845676900 |
| 845683700 | 9/12/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Grissom AFB, Indiana | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845683700 |
| 845744400 | 9/12/2025 | Department of Commerce | Security Specialist (Executive Protection) | 0080 - Security Administration | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845744400 |
| 845744500 | 9/12/2025 | Department of Commerce | Security Specialist (Executive Protection) | 0080 - Security Administration | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845744500 |
| 845736300 | 9/12/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Lincoln, Nebraska | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845736300 |
| 844589800 | 9/12/2025 | Department of Homeland Security | Intelligence Research Specialist | 0132 - Intelligence | Seattle, Washington | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/844589800 |
| 845688700 | 9/12/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Hurlburt Field, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845688700 |
| 845647200 | 9/12/2025 | Department of the Air Force | HISTORIAN | 0170 - History | Laughlin AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845647200 |
| 845711600 | 9/12/2025 | Department of the Air Force | SOCIAL WORKER | 0185 - Social Work | Minneapolis, Minnesota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845711600 |
| 845753600 | 9/12/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845753600 |
| 845760300 | 9/12/2025 | Department of Justice | Human Resources Assistant | 0203 - Human Resources Assistance | Denver County, Colorado | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/845760300 |
| 845760600 | 9/12/2025 | Department of Justice | Human Resources Assistant | 0203 - Human Resources Assistance | Denver County, Colorado | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/845760600 |
| 845578100 | 9/12/2025 | Department of Agriculture | Supervisory Program Specialist (Import/Export Document Analyst) | 0301 - Miscellaneous Administration And Program | Sacramento, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845578100 |
| 845750500 | 9/12/2025 | Department of Homeland Security | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Kings, New York | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845750500 |
| 845754900 | 9/12/2025 | Department of the Air Force | MISSION SUPPORT OFFICER | 0301 - Miscellaneous Administration And Program | Peterson AFB, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845754900 |
| 845657600 | 9/12/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Westover Air Reserve Base, Massachusetts | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845657600 |
| 845668400 | 9/12/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Sheppard AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845668400 |
| 845705700 | 9/12/2025 | Department of Justice | Victim Witness Assistant (OA) | 0303 - Miscellaneous Clerk And Assistant | New Haven, Connecticut | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845705700 |
| 845729700 | 9/12/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Sheppard AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845729700 |
| 845751800 | 9/12/2025 | Department of Justice | Victim Witness Assistant (OA) | 0303 - Miscellaneous Clerk And Assistant | New Haven, Connecticut | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845751800 |
| 845755200 | 9/12/2025 | Department of Agriculture | Administrative Support Assistant | 0303 - Miscellaneous Clerk And Assistant | Macon, Georgia | GS-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/845755200 |
| 845694700 | 9/12/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Altus AFB, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845694700 |
| 845742700 | 9/12/2025 | Department of the Air Force | MANAGEMENT & PROGRAM ANALYST | 0343 - Management And Program Analysis | Fairchild AFB, Washington | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845742700 |
| 845730800 | 9/12/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845730800 |
| 845496300 | 9/12/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer/Biological Scientist | 0401 - General Natural Resources Management And Bi | Ames, Iowa | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845496300 |
| 845589100 | 9/12/2025 | Department of Agriculture | Biological Science Information Specialist | 0401 - General Natural Resources Management And Bi | Montgomery, Alabama | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845589100 |
| 845684800 | 9/12/2025 | Department of Agriculture | Interdisciplinary - Biological Scientist/Veterinary Medical Officer | 0401 - General Natural Resources Management And Bi | Montgomery, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845684800 |
| 845708900 | 9/12/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer / Microbiologist / Biological Scientist (Assistant Director) | 0401 - General Natural Resources Management And Bi | Montgomery, Alabama | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845708900 |
| 845738500 | 9/12/2025 | Department of Agriculture | Agriculturist | 0401 - General Natural Resources Management And Bi | Guatemala City, Guatemala | FP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845738500 |
| 845740000 | 9/12/2025 | Department of Agriculture | Agriculturist | 0401 - General Natural Resources Management And Bi | Panama City, Panama | FP-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845740000 |
| 845745200 | 9/12/2025 | Department of Agriculture | Agriculturist | 0401 - General Natural Resources Management And Bi | Panama City, Panama | FP-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845745200 |
| 845749300 | 9/12/2025 | Department of Agriculture | Agriculturist | 0401 - General Natural Resources Management And Bi | Guatemala City, Guatemala | FP-2 | Questionnaire with EO question | https://www.usajobs.gov/job/845749300 |
| 845588800 | 9/12/2025 | Department of Agriculture | Biological Science Laboratory Technician | 0404 - Biological Science Technician | Washington, District of Columbia | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845588800 |
| 845764600 | 9/12/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Seminole, Oklahoma | GW-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845764600 |
| 845647400 | 9/12/2025 | Department of Agriculture | Supervisory Wildlife Biologist (District Supervisor) | 0486 - Wildlife Biology | Delta County, Colorado | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845647400 |
| 845747900 | 9/12/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Ramstein, Germany | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845747900 |
| 845753100 | 9/12/2025 | Department of Agriculture | Wildlife Biologist | 0486 - Wildlife Biology | Sherwood, Arkansas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845753100 |
| 845716600 | 9/12/2025 | Department of Agriculture | Auditor (Financial) | 0511 - Auditing | Kansas City, Missouri | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845716600 |
| 845596700 | 9/12/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | McConnell AFB, Kansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845596700 |
| 845715500 | 9/12/2025 | Department of the Air Force | HEALTH SYSTEMS SPECIALIST | 0671 - Health System Specialist | Charleston AFB, South Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845715500 |
| 845488200 | 9/12/2025 | Department of Agriculture | Veterinary Medical Officer (Import/Export) | 0701 - Veterinary Medical Science | Sacramento, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845488200 |
| 845646300 | 9/12/2025 | Department of Agriculture | Veterinary Medical Officer (Veterinarian in Charge) | 0701 - Veterinary Medical Science | Boise, Idaho | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845646300 |
| 845654800 | 9/12/2025 | Department of Agriculture | Veterinary Medical Officer (Emergency Coordinator) | 0701 - Veterinary Medical Science | Fort Collins, Colorado | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845654800 |
| 845750600 | 9/12/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer (Animal Care Specialist) | 0701 - Veterinary Medical Science | Salt Lake City, Utah | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845750600 |
| 845751600 | 9/12/2025 | Department of Agriculture | Supervisory Veterinary Medical Officer (Director) | 0701 - Veterinary Medical Science | Salt Lake City, Utah | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845751600 |
| 845752500 | 9/12/2025 | Department of Agriculture | Veterinary Medical Officer | 0701 - Veterinary Medical Science | Broward County, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845752500 |
| 845487200 | 9/12/2025 | Department of Agriculture | Animal Health Technician | 0704 - Animal Health Technician | Imperial County, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845487200 |
| 845750300 | 9/12/2025 | Department of Energy | Interdisciplinary Electrical/Electronic/Civil/Mechanical Engineer | 0810 - Civil Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845750300 |
| 845750400 | 9/12/2025 | Department of Energy | Interdisciplinary Electrical/Electronic/Civil/Mechanical Engineer | 0810 - Civil Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845750400 |
| 845761100 | 9/12/2025 | Department of Energy | Supervisory Electrical Engineer | 0850 - Electrical Engineering | Vancouver, Washington | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845761100 |
| 845763100 | 9/12/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845763100 |
| 845765700 | 9/12/2025 | Department of Energy | Electrical Engineer (ACS Product Manager) | 0850 - Electrical Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845765700 |
| 845756000 | 9/12/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Vancouver, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845756000 |
| 845759100 | 9/12/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Spokane, Washington | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845759100 |
| 845636300 | 9/12/2025 | Department of Agriculture | Legal Instruments Examiner | 0963 - Legal Instruments Examining | Aurora, Colorado | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/845636300 |
| 845630000 | 9/12/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Charleston, West Virginia | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845630000 |
| 845630300 | 9/12/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Charleston, West Virginia | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845630300 |
| 845722200 | 9/12/2025 | Department of Agriculture | Supervisory Contract Specialist | 1102 - Contracting | Fort Collins, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845722200 |
| 845722400 | 9/12/2025 | Department of Agriculture | Supervisory Contract Specialist | 1102 - Contracting | Fort Collins, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845722400 |
| 845737000 | 9/12/2025 | Executive Office of the President | Supervisory Procurement Analyst | 1102 - Contracting | District of Columbia, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845737000 |
| 845765900 | 9/12/2025 | Department of Energy | Public Utilities Specialist (Account Executive) | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845765900 |

A140

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845770500 | 9/12/2025 | Department of Defense | Assistant Commissary Officer | 1144 - Commissary Management | Eglin AFB, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845770500 |
| 845647500 | 9/12/2025 | Department of Agriculture | Supervisory Agricultural Marketing Specialist (Regulatory) (Regional Director) | 1146 - Agricultural Marketing | Atlanta, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845647500 |
| 845660000 | 9/12/2025 | Department of Agriculture | Supervisory Cotton Marketing Specialist (General) (Division Director) | 1146 - Agricultural Marketing | Memphis, Tennessee | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845660000 |
| 845679900 | 9/12/2025 | Department of Agriculture | Dairy Products Marketing Specialist | 1146 - Agricultural Marketing | Folsom, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845679900 |
| 845690600 | 9/12/2025 | Department of Agriculture | Supervisory Grain Marketing Specialist | 1146 - Agricultural Marketing | Kansas City, Missouri | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845690600 |
| 845693600 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist | 1146 - Agricultural Marketing | Chicago, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845693600 |
| 845710200 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist (Standardization) | 1146 - Agricultural Marketing | Fredericksburg, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845710200 |
| 845718000 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist (Regulatory) | 1146 - Agricultural Marketing | Denver, Colorado | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845718000 |
| 845735400 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist (Regulatory) (Decision Writer/Investigator) | 1146 - Agricultural Marketing | Tucson, Arizona | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845735400 |
| 845736100 | 9/12/2025 | Department of Agriculture | Fruit and Vegetable Marketing Specialist (Regulatory) | 1146 - Agricultural Marketing | Tucson, Arizona | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845736100 |
| 845743200 | 9/12/2025 | Department of Agriculture | Fruit and Vegetable Marketing Specialist | 1146 - Agricultural Marketing | Nogales, Arizona | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845743200 |
| 845749100 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist | 1146 - Agricultural Marketing | Salt Lake City, Utah | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845749100 |
| 845749400 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist | 1146 - Agricultural Marketing | Salt Lake City, Utah | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845749400 |
| 845759800 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist (Standardization) (Branch Chief) | 1146 - Agricultural Marketing | Fredericksburg, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845759800 |
| 845767000 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist | 1146 - Agricultural Marketing | Fresno, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845767000 |
| 845673600 | 9/12/2025 | Department of Agriculture | Supervisory Cotton Market Reporter (Deputy Director) | 1147 - Agricultural Market Reporting | Memphis, Tennessee | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845673600 |
| 845759500 | 9/12/2025 | Department of Agriculture | Supervisory Dairy Market Reporter | 1147 - Agricultural Market Reporting | Atlanta, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845759500 |
| 845758500 | 9/12/2025 | Department of Agriculture | Physical Scientist (Environmental) | 1301 - General Physical Science | Ames, Iowa | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845758500 |
| 845599200 | 9/12/2025 | Department of Agriculture | Physical Science Technician | 1311 - Physical Science Technician | Gastonia, North Carolina | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845599200 |
| 845667800 | 9/12/2025 | Department of the Air Force | SUPERVISORY LIBRARIAN | 1410 - Librarian | Laughlin AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845667800 |
| 845738000 | 9/12/2025 | Department of the Air Force | DEPUTY DIRECTOR OF MAINTENANCE | 1601 - Equipment Facilities, And Services | Charleston AFB, South Carolina | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845738000 |
| 845727500 | 9/12/2025 | Department of the Air Force | SUPERVISORY FOOD SERVICES SPECIALIST | 1667 - Food Services | Fort Sam Houston, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845727500 |
| 845699600 | 9/12/2025 | Department of Agriculture | Supervisory Training Specialist | 1712 - Training Instruction | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845699600 |
| 845702600 | 9/12/2025 | Department of Agriculture | Supervisory Training Specialist (Associate Director) | 1712 - Training Instruction | Newnan, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845702600 |
| 845704700 | 9/12/2025 | Department of Agriculture | Supervisory Training Specialist | 1712 - Training Instruction | Glynco, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845704700 |
| 845528600 | 9/12/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Las Vegas, Nevada | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845528600 |
| 845734800 | 9/12/2025 | Department of the Air Force | INSPECTIONS SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Charleston AFB, South Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845734800 |
| 845757600 | 9/12/2025 | Department of Agriculture | Supply Management Specialist | 2003 - Supply Program Management | Kansas City, Missouri | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845757600 |
| 845298100 | 9/12/2025 | Department of the Air Force | SUPPLY TECHNICIAN | 2005 - Supply Clerical And Technician | Maxwell AFB, Alabama | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845298100 |
| 845461100 | 9/12/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Dobbins AFB, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845461100 |
| 845672000 | 9/12/2025 | Department of the Air Force | AIRPLANE FLIGHT INSTRUCTOR | 2181 - Aircraft Operation | Little Rock AFB, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845672000 |
| 845687600 | 9/12/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Lackland AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845687600 |
| 845766300 | 9/12/2025 | Department of Energy | Supervisory Aircraft Specialist | 2181 - Aircraft Operation | Portland, Oregon | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845766300 |
| 845666400 | 9/12/2025 | Department of the Air Force | SUPERVISORY AIRCRAFT LOADMASTER (INSTRUCTOR) | 2185 - Aircrew Technician | Dover AFB, Delaware | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845666400 |
| 845667400 | 9/12/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (NETWORK SERVICES) | 2210 - Information Technology Management | Fort Worth, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845667400 |
| 845676500 | 9/12/2025 | Department of Agriculture | IT Specialist (Enterprise Architecture) | 2210 - Information Technology Management | Denver, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845676500 |
| 845682300 | 9/12/2025 | Department of the Air Force | SUPERVISORY IT SPECIALIST (PLCYPLN/SYSANALYSIS) | 2210 - Information Technology Management | Ramstein, Germany | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845682300 |
| 845670800 | 9/12/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT/PAINTER) SUPERVISOR | 3806 - Sheet Metal Mechanic | Westover Air Reserve Base, Massachusetts | WS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845670800 |
| 845643700 | 9/12/2025 | Department of the Air Force | AIRCRAFT OVERHAUL LEADER | 8801 - Miscellaneous Aircraft Overhaul | Homestead AFB, Florida | WL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845643700 |
| 845720900 | 9/12/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Maxwell AFB, Alabama | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845720900 |
| 845813900 | 9/12/2025 | Department of the Interior | Safety & Occupational Health Manager | 0018 - Safety & Occupational Health Management | Boise, Idaho | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845813900 |
| 845842200 | 9/12/2025 | Executive Office of the President | Personnel Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845842200 |
| 845867000 | 9/12/2025 | Department of the Air Force | LEAD FIREFIGHTER | 0081 - Fire Protection and Prevention | Cannon AFB, New Mexico | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845867000 |
| 845879400 | 9/12/2025 | Department of the Air Force | LEAD FIREFIGHTER | 0081 - Fire Protection and Prevention | Homestead AFB, Florida | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845879400 |
| 845815100 | 9/12/2025 | Department of the Air Force | POLICE OFFICER | 0083 - Police | Greater Pittsburgh Airport, Pennsylvania | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845815100 |
| 845804400 | 9/12/2025 | Department of the Interior | Security Guard | 0085 - Security Guard | Saint Louis, Missouri | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845804400 |
| 845893300 | 9/12/2025 | Department of the Air Force | SUPERVISORY AIRMAN AND FAMILY READINESS SPECIALIST | 0101 - Social Science | Misawa AFB, Japan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845893300 |
| 845901800 | 9/12/2025 | Department of Justice | Correctional Support Teams Program Specialist (National Correctional Support Teams Coordinator) | 0101 - Social Science | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845901800 |
| 845904000 | 9/12/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - ACL) | 0101 - Social Science | Springfield, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845904000 |
| 845805500 | 9/12/2025 | Department of Agriculture | Agricultural Economist | 0110 - Economist | Duluth, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845805500 |
| 845866000 | 9/12/2025 | Other Agencies and Independent Organizations | International Economist | 0110 - Economist | Washington, District of Columbia | GS-11/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845866000 |
| 845788400 | 9/12/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Russellville, Arkansas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845788400 |
| 845790200 | 9/12/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Lafayette, Louisiana | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845790200 |
| 845878000 | 9/12/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Anchorage, Alaska | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845878000 |
| 845806900 | 9/12/2025 | Department of the Air Force | SUPERVISORY INTELLIGENCE SPECIALIST | 0132 - Intelligence | Lackland AFB, Texas | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845806900 |
| 845893900 | 9/12/2025 | Department of Homeland Security | Historian | 0170 - History | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/845893900 |
| 845808000 | 9/12/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Terre Haute, Indiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845808000 |
| 845841200 | 9/12/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845841200 |
| 845849900 | 9/12/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Fairton, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845849900 |
| 845883100 | 9/12/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Pekin, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845883100 |
| 845888400 | 9/12/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Pekin, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845888400 |
| 845900000 | 9/12/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator – Stepdown) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845900000 |
| 845804900 | 9/12/2025 | Department of Energy | Archeologist | 0193 - Archeology | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845804900 |
| 845853300 | 9/12/2025 | Department of Energy | Equal Employment Specialist | 0260 - Equal Employment Opportunity | Portland, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845853300 |
| 845826800 | 9/12/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Mildenhall, United Kingdom | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845826800 |
| 845843100 | 9/12/2025 | Other Agencies and Independent Organizations | Case Manager (Internal Detail) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845843100 |
| 845785400 | 9/12/2025 | Department of Defense | Lead Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Scott AFB, Illinois | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845785400 |
| 845825300 | 9/12/2025 | Department of Energy | Records and Information Management Specialist (IGLM Program Lead) | 0308 - Records & Information Management | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845825300 |
| 845809600 | 9/12/2025 | Department of Transportation | Superintendent | 0340 - Program Management | Kings Point, New York | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/845809600 |
| 845833500 | 9/12/2025 | Department of Energy | Management Analyst | 0343 - Management And Program Analysis | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845833500 |
| 845783200 | 9/12/2025 | Department of Agriculture | Biological Science Laboratory Technician | 0404 - Biological Science Technician | Beltsville, Maryland | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845783200 |
| 845834900 | 9/12/2025 | Department of the Interior | Wildland Firefighter (State Fire Trespass Coordinator) | 0456 - Wildland Fire Management | Boise, Idaho | GW-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845834900 |

3317242

A141

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845843900 | 9/12/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Module Leader WFM) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845843900 |
| 845909600 | 9/12/2025 | Department of the Interior | Wildland Firefighter (Engine) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiskeytown, California | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845909600 |
| 845873300 | 9/12/2025 | Department of Defense | FINANCIAL ANALYST | 0501 - Financial Administration And Program | Fort Lee, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845873300 |
| 845883400 | 9/12/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | Seagoville, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/845883400 |
| 845872400 | 9/12/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Elmendorf AFB, Alaska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845872400 |
| 845900900 | 9/12/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845900900 |
| 845873700 | 9/12/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Springfield, Missouri | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/845873700 |
| 845813100 | 9/12/2025 | Department of Justice | Nursing Assistant | 0621 - Nursing Assistant | Springfield, Missouri | GL-04/05 | Questionnaire with EO question | https://www.usajobs.gov/job/845813100 |
| 845834400 | 9/12/2025 | Department of Veterans Affairs | Intermediate Care Technician | 0640 - Health Aid And Technician | Juneau, Alaska | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845834400 |
| 845846700 | 9/12/2025 | Department of Justice | Respiratory Therapist | 0651 - Respiratory Therapist | Springfield, Missouri | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845846700 |
| 845887400 | 9/12/2025 | Department of Justice | Medical Records Administrator | 0669 - Medical Records Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845887400 |
| 845844900 | 9/12/2025 | Department of Justice | Dentist (Chief, Dental Officer) | 0680 - Dental Officer | Danbury, Connecticut | GP-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845844900 |
| 845805900 | 9/12/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Welch, West Virginia | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/845805900 |
| 845879800 | 9/12/2025 | Department of Agriculture | Animal Health Technician | 0704 - Animal Health Technician | Baldwin County, Alabama | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845879800 |
| 845772600 | 9/12/2025 | Department of the Interior | Electrical Engineer | 0850 - Electrical Engineering | Lakewood, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845772600 |
| 845807600 | 9/12/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845807600 |
| 845821900 | 9/12/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Goshen, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845821900 |
| 845825600 | 9/12/2025 | Department of Energy | Electrical Engineer (Programming) | 0850 - Electrical Engineering | Spokane, Washington | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845825600 |
| 845833600 | 9/12/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Malin, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845833600 |
| 845829300 | 9/12/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Florence, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845829300 |
| 845855600 | 9/12/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Columbus, Ohio | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845855600 |
| 845855900 | 9/12/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Columbus, Ohio | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845855900 |
| 845812300 | 9/12/2025 | Department of Homeland Security | General Attorney (Administrative Law and Regulatory Affairs) | 0905 - Attorney | Washington, District of Columbia | GS-11/15 | Questionnaire with EO question | https://www.usajobs.gov/job/845812300 |
| 845887300 | 9/12/2025 | Department of the Treasury | Supervisory General Attorney (Criminal Tax) - Branch Chief - Criminal Tax Division | 0905 - Attorney | East Hartford, Connecticut | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845887300 |
| 845857900 | 9/12/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Cincinnati, Ohio | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845857900 |
| 845859300 | 9/12/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Cincinnati, Ohio | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845859300 |
| 845810100 | 9/12/2025 | Department of Justice | Legal Assistant (OA) | 0986 - Legal Assistance | Pensacola, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845810100 |
| 845812400 | 9/12/2025 | Department of Justice | Legal Assistant (OA) | 0986 - Legal Assistance | Pensacola, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845812400 |
| 845847100 | 9/12/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Fort Wayne, Indiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845847100 |
| 845852200 | 9/12/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Fort Wayne, Indiana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845852200 |
| 845855300 | 9/12/2025 | Department of Energy | Public Affairs Specialist (Senior Spokesperson) | 1035 - Public Affairs | Portland, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845855300 |
| 845777000 | 9/12/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845777000 |
| 845777400 | 9/12/2025 | Department of Defense | Computer Assisted Ordering Techniciann | 1101 - General Business And Industry | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845777400 |
| 845826200 | 9/12/2025 | Department of the Air Force | BUSINESS OPERATIONS SPECIALIST | 1101 - General Business And Industry | McChord AFB, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845826200 |
| 845847900 | 9/12/2025 | Department of Energy | Resource and Work Planning Supervisor | 1101 - General Business And Industry | Vancouver, Washington | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845847900 |
| 845875600 | 9/12/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Travis AFB, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845875600 |
| 845877200 | 9/12/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Luke AFB, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845877200 |
| 845885200 | 9/12/2025 | Other Agencies and Independent Organizations | Supervisory International Trade Analyst (Detail NTE 9 months) | 1101 - General Business And Industry | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845885200 |
| 845892900 | 9/12/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Marine Corps Air Station Miramar, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845892900 |
| 845893200 | 9/12/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Marine Corps Air Station Miramar, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845893200 |
| 845827100 | 9/12/2025 | Department of Agriculture | Contract Specialist | 1102 - Contracting | Fort Collins, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845827100 |
| 845832700 | 9/12/2025 | Department of Agriculture | Contract Specialist | 1102 - Contracting | Fort Collins, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845832700 |
| 845835700 | 9/12/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Miami-Dade County, Florida | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/845835700 |
| 845848700 | 9/12/2025 | Department of Energy | Contract Specialist | 1102 - Contracting | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845848700 |
| 845865600 | 9/12/2025 | Department of Justice | Contract Specialist - UNICOR | 1102 - Contracting | Aliceville, Alabama | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845865600 |
| 845811600 | 9/12/2025 | Department of Energy | Supervisory Public Utilities Specialist (Revenue) | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845811600 |
| 845834200 | 9/12/2025 | Department of Energy | Public Utilities Specialist | 1130 - Public Utilities Specialist | Portland, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845834200 |
| 845835100 | 9/12/2025 | Department of Energy | Public Utilities Specialist | 1130 - Public Utilities Specialist | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845835100 |
| 845804800 | 9/12/2025 | Department of Defense | Grocery Department Manager | 1144 - Commissary Management | Portsmouth Naval Shipyard, Maine | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845804800 |
| 845895100 | 9/12/2025 | Department of Defense | Produce Department Manager | 1144 - Commissary Management | McGuire AFB, New Jersey | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845895100 |
| 845841600 | 9/12/2025 | Department of Agriculture | Agricultural Marketing Specialist (General) | 1146 - Agricultural Marketing | Fresno, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845841600 |
| 845881700 | 9/12/2025 | Other Agencies and Independent Organizations | Supervisory Financial Analyst (Auditor) Detail NTE 1-Year | 1160 - Financial Analysis | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845881700 |
| 845828600 | 9/12/2025 | Department of the Air Force | REALTY SPECIALIST | 1170 - Realty | Goodfellow AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845828600 |
| 845847800 | 9/12/2025 | Department of Energy | Supervisory Realty Specialist | 1170 - Realty | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845847800 |
| 845796000 | 9/12/2025 | Department of Energy | Physical Scientist | 1301 - General Physical Science | Albuquerque, New Mexico | NN-2/3 | Questionnaire with EO question | https://www.usajobs.gov/job/845796000 |
| 845867300 | 9/12/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER | 1601 - Equipment Facilities, And Services | Travis AFB, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845867300 |
| 845861000 | 9/12/2025 | Department of the Air Force | SUPERVISORY SCHOOL AGE CARE PROGRAM COORDINATOR | 1701 - General Education And Training | Maxwell AFB, Alabama | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845861000 |
| 845883800 | 9/12/2025 | Department of the Air Force | SUPERVISORY SCHOOL AGE CARE PROGRAM COORDINATOR | 1701 - General Education And Training | Air Force Academy, Colorado | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845883800 |
| 845815300 | 9/12/2025 | Department of the Air Force | TRAINING SPECIALIST | 1712 - Training Instruction | Randolph AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845815300 |
| 845823800 | 9/12/2025 | Department of Energy | Training Specialist | 1712 - Training Instruction | Oak Ridge, Tennessee | NQ-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845823800 |
| 845828800 | 9/12/2025 | Department of the Interior | Training Specialist | 1712 - Training Instruction | Anchorage, Alaska | GW-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845828800 |
| 845812700 | 9/12/2025 | Department of the Interior | Supervisory Wildlife Inspector | 1801 - General Inspection, Investigation, Enforcem | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845812700 |
| 845871600 | 9/12/2025 | Department of the Interior | Law Enforcement Officer (Lieutenant) | 1801 - General Inspection, Investigation, Enforcem | Lame Deer, Montana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845871600 |
| 845794700 | 9/12/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Holton, Kansas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845794700 |
| 845807500 | 9/12/2025 | Department of the Air Force | AIRSPACE MANAGEMENT SPECIALIST | 2101 - Transportation Specialist | Altus AFB, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845807500 |
| 845830000 | 9/12/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Greater Pittsburgh Airport, Pennsylvania | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845830000 |
| 845789800 | 9/12/2025 | Department of Transportation | Chief Product and Technology Officer | 2210 - Information Technology Management | Washington, District of Columbia | ES-00 | Questionnaire with EO question | https://www.usajobs.gov/job/845789800 |
| 845825400 | 9/12/2025 | Department of Energy | IT Specialist (APPSW/SYSADMIN) | 2210 - Information Technology Management | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845825400 |
| 845845300 | 9/12/2025 | Other Agencies and Independent Organizations | Information Technology Specialist (INET) Webmaster | 2210 - Information Technology Management | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845845300 |
| 845871300 | 9/12/2025 | Other Agencies and Independent Organizations | IT Specialist - Microsoft Apps (Sharepoint) (APPSW/INFOSEC) | 2210 - Information Technology Management | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845871300 |
| 845903700 | 9/12/2025 | Department of Energy | IT Specialist (Network/SDN) | 2210 - Information Technology Management | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845903700 |
| 845845700 | 9/12/2025 | Department of the Air Force | AIRCRAFT ELECTRICIAN (AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC) | 2892 - Aircraft Electrician | Barksdale AFB, Louisiana | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845845700 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845900200 | 9/12/2025 | Department of the Army | SURFACE MAINTENANCE MECHANIC SUPERVISOR | 5801 - Miscellaneous Transportation/Mobile Equipme | Devils Lake, North Dakota | WS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845900200 |
| 845813500 | 9/12/2025 | Department of Defense | MEATCUTTER | 7407 - Meatcutting | Norfolk, Virginia | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845813500 |
| 846005500 | 9/12/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fairchild AFB, Washington | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846005500 |
| 846137700 | 9/12/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Camp Pendleton, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846137700 |
| 846137500 | 9/12/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Camp Pendleton, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846137500 |
| 845679700 | 9/12/2025 | Department of the Air Force | CHEMICAL ENGINEER (DIRECT HIRE AUTHORITY) | 0893 - Chemical Engineering | Dahlgren, Virginia | DR-1/2 | Questionnaire with EO question | https://www.usajobs.gov/job/845679700 |
| 845848900 | 9/12/2025 | Department of the Air Force | Financial Specialist | 0501 - Financial Administration And Program | Wright-Patterson AFB, Ohio | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845848900 |
| 845856400 | 9/13/2025 | Department of Homeland Security | Paralegal Specialist | 0950 - Paralegal Specialist | Los Angeles, California | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845856400 |
| 845856500 | 9/13/2025 | Department of Homeland Security | Paralegal Specialist | 0950 - Paralegal Specialist | Los Angeles, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845856500 |
| 845787000 | 9/13/2025 | Department of the Air Force | EQUIPMENT SPECIALIST | 1670 - Equipment Services | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845787000 |
| 845903600 | 9/13/2025 | Department of the Interior | Zone Field Training Officer (Lead) | 1801 - General Inspection, Investigation, Enforcem | San Francisco, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845903600 |
| 845903400 | 9/13/2025 | Department of the Interior | Supervisory Criminal Investigator (North Central ASAC) | 1811 - Criminal Investigation | Harrison, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845903400 |
| 845906100 | 9/15/2025 | Department of the Interior | Safety and Occupational Health Manager | 0018 - Safety and Occupational Health Management | Lakewood, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845906100 |
| 845886100 | 9/15/2025 | Department of the Air Force | INFORMATION SECURITY SPECIALIST | 0080 - Security Administration | Maxwell AFB, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845886100 |
| 845882800 | 9/15/2025 | Department of the Air Force | EMERGENCY MANAGEMENT SPECIALIST | 0089 - Emergency Management Specialist | Hickam AFB, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845882800 |
| 845745900 | 9/15/2025 | Department of the Air Force | SUPERVISORY INTEGRATED PREVENTION AND RESPONSE DIRECTOR | 0101 - Social Science | Misawa AFB, Japan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845745900 |
| 845878400 | 9/15/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Las Vegas, Nevada | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845878400 |
| 845880800 | 9/15/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Provo, Utah | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845880800 |
| 845884000 | 9/15/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Saint George, Utah | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845884000 |
| 845877000 | 9/15/2025 | Department of the Air Force | SUPERVISORY INTELLIGENCE SPECIALIST | 0132 - Intelligence | Quantico, Virginia | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845877000 |
| 845624700 | 9/15/2025 | Department of the Air Force | Human Resources Specialist (Military) | 0201 - Human Resources Management | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845624700 |
| 845797500 | 9/15/2025 | Department of Justice | Supervisory Human Resources Specialist (Recruitment and Placement) | 0201 - Human Resources Management | Arlington, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845797500 |
| 845861400 | 9/15/2025 | Department of Homeland Security | Human Resources Specialist (LER) | 0201 - Human Resources Management | Salt Lake City, Utah | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845861400 |
| 845861500 | 9/15/2025 | Department of Homeland Security | Human Resources Specialist (LER) | 0201 - Human Resources Management | Salt Lake City, Utah | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845861500 |
| 845642000 | 9/15/2025 | Department of Homeland Security | Supervisory Program Coordinator | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845642000 |
| 845809800 | 9/15/2025 | Department of Homeland Security | Special Assistant | 0301 - Miscellaneous Administration And Program | Seattle, Washington | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845809800 |
| 845888600 | 9/15/2025 | Department of the Air Force | ASSET ACCOUNTABILITY MANAGER | 0301 - Miscellaneous Administration And Program | Goodfellow AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845888600 |
| 845888700 | 9/15/2025 | Department of Labor | Strategic Integrator (IT Liaison) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845888700 |
| 845898700 | 9/15/2025 | Department of Labor | Chief, Division of Compliance Assistance | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845898700 |
| 845901700 | 9/15/2025 | Department of the Air Force | SUPERVISORY SERVICES SPECIALIST | 0301 - Miscellaneous Administration And Program | Dobbins AFB, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845901700 |
| 845903300 | 9/15/2025 | Department of Labor | Chief, Division of Interpretations and Regulations | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845903300 |
| 845869000 | 9/15/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Holloman AFB, New Mexico | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845869000 |
| 845809400 | 9/15/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Patrick AFB, Florida | GG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845809400 |
| 845891100 | 9/15/2025 | Department of Homeland Security | Program Manager | 0340 - Program Management | Holtsville, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845891100 |
| 845485100 | 9/15/2025 | Department of the Air Force | MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Randolph AFB, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845485100 |
| 845579700 | 9/15/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Lackland AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845579700 |
| 845889100 | 9/15/2025 | Department of Energy | Management and Program Analyst | 0343 - Management And Program Analysis | Golden, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845889100 |
| 845815200 | 9/15/2025 | Department of the Air Force | MANAGEMENT ASSISTANT | 0344 - Management And Program Clerical And Assista | March AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845815200 |
| 845846900 | 9/15/2025 | Department of Homeland Security | Logistics Management Specialist | 0346 - Logistics Management | Camp Springs, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845846900 |
| 845910200 | 9/15/2025 | Department of Agriculture | Biological Science Technician (Animal) | 0404 - Biological Science Technician | Athens, Georgia | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/845910200 |
| 845824800 | 9/15/2025 | Department of Defense | ACCOUNTANT (STAFF) | 0510 - Accounting | Fort Lee, Virginia | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845824800 |
| 845906700 | 9/15/2025 | Department of the Interior | Industrial Hygienist | 0690 - Industrial Hygiene | Phoenix, Arizona | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845906700 |
| 845793400 | 9/15/2025 | Other Agencies and Independent Organizations | General Engineer (Resident Inspector) | 0801 - General Engineering | Oak Ridge, Tennessee | DN-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845793400 |
| 845732800 | 9/15/2025 | Department of the Air Force | Interdisciplinary-Computer Engineer/Electronics Engineer/Computer Scientist | 0854 - Computer Engineering | Wright-Patterson AFB, Ohio | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845732800 |
| 845740100 | 9/15/2025 | Department of the Air Force | INTERDISCIPLINARY SUPERVISORY ELECTRONICS ENGINEER/SUPERVISORY GEOPHYSICIST | 0855 - Electronics Engineering | Patrick AFB, Florida | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845740100 |
| 845897200 | 9/15/2025 | Department of Energy | Contract Specialist | 1102 - Contracting | Oak Ridge, Tennessee | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845897200 |
| 845792200 | 9/15/2025 | Department of Homeland Security | Supervisory Data Scientist | 1560 - Data Science Series | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845792200 |
| 845857300 | 9/15/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER | 1601 - Equipment Facilities, And Services | Fort Worth, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845857300 |
| 845593400 | 9/15/2025 | Department of the Interior | Supervisory Land Management Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Manteo, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845593400 |
| 845599000 | 9/15/2025 | Department of Homeland Security | Supervisory Immigration Services Officer (Assistant Center Director) | 1801 - General Inspection, Investigation, Enforcem | Lees Summit, Missouri | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845599000 |
| 845618700 | 9/15/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Indianapolis, Indiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845618700 |
| 845634600 | 9/15/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | San Diego, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845634600 |
| 845640000 | 9/15/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Helena, Montana | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845640000 |
| 845656200 | 9/15/2025 | Department of Agriculture | LAW ENFORCEMENT OFFICER | 1801 - General Inspection, Investigation, Enforcem | Salt Lake City, Utah | GL-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845656200 |
| 845665600 | 9/15/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Lees Summit, Missouri | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845665600 |
| 845829600 | 9/15/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Kings, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845829600 |
| 845870300 | 9/15/2025 | Department of Agriculture | Supervisory Protective Services Specialist (Deputy Director, Security Services Division) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845870300 |
| 845872500 | 9/15/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Orlando, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845872500 |
| 845868800 | 9/15/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Fresno, California | GS-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845868800 |
| 845872000 | 9/15/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Fresno, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845872000 |
| 845826400 | 9/15/2025 | Department of the Air Force | TRANSPORTATION SPECIALIST | 2101 - Transportation Specialist | Homestead AFB, Florida | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845826400 |
| 845864000 | 9/15/2025 | Department of the Air Force | TRANSPORTATION SPECIALIST | 2101 - Transportation Specialist | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845864000 |
| 845640600 | 9/15/2025 | Department of the Air Force | AIRCRAFT LOADMASTER (INSTRUCTOR) | 2185 - Aircrew Technician | McGuire AFB, New Jersey | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845640600 |
| 845893700 | 9/15/2025 | Department of the Air Force | A/C SURVIVAL AND FLIGHT EQUIPMENT REPAIRER | 4818 - Aircraft Survival Flight Equipment Repair | March AFB, California | WG-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845893700 |
| 845912900 | 9/15/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Wright-Patterson AFB, Ohio | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845912900 |
| 845803500 | 9/15/2025 | Department of the Air Force | AIRCRAFT MECHANIC SUPERVISOR | 8852 - Aircraft Mechanic | Charleston AFB, South Carolina | WS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845803500 |
| 845822100 | 9/15/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845822100 |
| 846033300 | 9/15/2025 | Department of the Interior | Supervisory Park Ranger (Protection) | 0025 - Park Ranger | Houghton, Michigan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846033300 |
| 845921000 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZARDOUS MATERIALS TECH/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Schriever AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845921000 |
| 845926000 | 9/15/2025 | Department of the Air Force | LEAD FIREFIGHTER (HAZARDOUS MATERIALS TECH/BASIC LIFE SUPPOR | 0081 - Fire Protection and Prevention | Schriever AFB, Colorado | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845926000 |
| 845941500 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Lakehurst, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845941500 |
| 845950700 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECH/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Schriever AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845950700 |
| 845991500 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECHNICIAN/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Homestead AFB, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845991500 |
| 845971100 | 9/15/2025 | Department of the Interior | Private (Experienced Police Officer) | 0083 - Police | Washington, District of Columbia | SP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845971100 |
| 845971300 | 9/15/2025 | Department of the Interior | Private (Police Officer - Retired U.S. Federal Service) | 0083 - Police | Washington, District of Columbia | SP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/845971300 |
| 845925100 | 9/15/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Louisville, Kentucky | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845925100 |
| 845943300 | 9/15/2025 | Department of Justice | Lead Human Resources Specialist | 0201 - Human Resources Management | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845943300 |

A143

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845919800 | 9/15/2025 | Executive Office of the President | Policy Analyst (Trade) | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/845919800 |
| 845983500 | 9/15/2025 | Department of Agriculture | CHIEF OF STAFF | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845983500 |
| 845984700 | 9/15/2025 | Department of the Air Force | DEPUTY DIRECTOR OF OPERATIONS | 0301 - Miscellaneous Administration And Program | Hurlburt Field, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845984700 |
| 845931200 | 9/15/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845931200 |
| 845944900 | 9/15/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845944900 |
| 845920200 | 9/15/2025 | Department of the Air Force | SUPERVISORY FINANCIAL SERVICES SPECIALIST | 0501 - Financial Administration And Program | Lackland AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845920200 |
| 845975200 | 9/15/2025 | Department of Justice | Accounting Technician | 0525 - Accounting Technician | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845975200 |
| 845934200 | 9/15/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Andrews AFB, Maryland | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845934200 |
| 845918400 | 9/15/2025 | Department of Agriculture | Animal Health Technician | 0704 - Animal Health Technician | Athens, Georgia | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845918400 |
| 845964500 | 9/15/2025 | Other Agencies and Independent Organizations | CIVIL ENGINEER | 0810 - Civil Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845964500 |
| 845979300 | 9/15/2025 | Other Agencies and Independent Organizations | MECHANICAL ENGINEER | 0830 - Mechanical Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845979300 |
| 845979400 | 9/15/2025 | Other Agencies and Independent Organizations | MECHANICAL ENGINEER | 0830 - Mechanical Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845979400 |
| 846010900 | 9/15/2025 | Other Agencies and Independent Organizations | ELECTRICAL ENGINEER | 0850 - Electrical Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846010900 |
| 846011900 | 9/15/2025 | Other Agencies and Independent Organizations | ELECTRICAL ENGINEER | 0850 - Electrical Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846011900 |
| 846034500 | 9/15/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846034500 |
| 845928200 | 9/15/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Atlanta, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845928200 |
| 845928600 | 9/15/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Atlanta, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845928600 |
| 845956200 | 9/15/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Edwards AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845956200 |
| 845967300 | 9/15/2025 | Department of the Air Force | ACQUISITION PROGRAM MANAGEMENT SPECIALIST | 1101 - General Business And Industry | Dobbins AFB, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845967300 |
| 845970300 | 9/15/2025 | Department of Defense | Commissary Officer | 1144 - Commissary Management | Key West, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845970300 |
| 846025400 | 9/15/2025 | Department of Defense | Store Manager | 1144 - Commissary Management | Port Hueneme, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846025400 |
| 846037000 | 9/15/2025 | Department of Defense | Store Manager | 1144 - Commissary Management | Los Angeles, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846037000 |
| 845922800 | 9/15/2025 | Department of Agriculture | Loan Assistant/Specialist (Agricultural) | 1165 - Loan Specialist | Watertown, South Dakota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845922800 |
| 845934000 | 9/15/2025 | Department of Agriculture | LOAN ASSISTANT/SPECIALIST (AGRCULTURAL) | 1165 - Loan Specialist | Fremont, Nebraska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845934000 |
| 846003900 | 9/15/2025 | Department of Energy | Substation Operations Specialist | 1601 - Equipment Facilities, And Services | East Wenatchee, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846003900 |
| 845939900 | 9/15/2025 | Department of the Air Force | GRADUATE ASSISTANT | 1701 - General Education And Training | Wright-Patterson AFB, Ohio | AD-21 | Questionnaire with EO question | https://www.usajobs.gov/job/845939900 |
| 845964000 | 9/15/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Maxwell AFB, Alabama | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/845964000 |
| 845995700 | 9/15/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Travis AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845995700 |
| 845926500 | 9/15/2025 | Department of Homeland Security | IMMIGRATION SERVICES OFFICER | 1801 - General Inspection, Investigation, Enforcem | South Burlington, Vermont | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845926500 |
| 845965800 | 9/15/2025 | Department of Homeland Security | Immigration Services Officer (Office Automation) | 1801 - General Inspection, Investigation, Enforcem | Mount Laurel, New Jersey | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845965800 |
| 845965500 | 9/15/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Cranbury, New Jersey | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845965500 |
| 845918900 | 9/15/2025 | Department of Energy | Transportation Management Specialist (Secondary) | 2101 - Transportation Specialist | Albuquerque, New Mexico | NQ-3 | Questionnaire with EO question | https://www.usajobs.gov/job/845918900 |
| 845929700 | 9/15/2025 | Department of the Air Force | SUPERVISORY AIR TERMINAL SPECIALIST (PASSENGER) | 2150 - Transportation Operations | Andersen Air Base, Guam | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845929700 |
| 845969300 | 9/15/2025 | Department of the Air Force | AIRCRAFT LOADMASTER (INSTRUCTOR) | 2185 - Aircrew Technician | Charleston AFB, South Carolina | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845969300 |
| 845960200 | 9/15/2025 | Department of Education | IT Specialist (SYS ANALYSIS) (Product Manager), GS-2210-15 (Direct Hire) | 2210 - Information Technology Management | San Francisco, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845960200 |
| 845961700 | 9/15/2025 | Department of Education | IT Specialist (SYS ANALYSIS) (Product Manager), GS-2210-15 (Direct Hire - NTE 4 Years) | 2210 - Information Technology Management | San Francisco, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845961700 |
| 845966700 | 9/15/2025 | Department of Justice | Information Technology Specialist (Lit Tech) | 2210 - Information Technology Management | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845966700 |
| 845969500 | 9/15/2025 | Department of the Air Force | AIRCRAFT SURVIVAL AND FLIGHT EQUIPMENT REPAIRER | 4818 - Aircraft Survival Flight Equipment Repair | Youngstown, Ohio | WG-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845969500 |
| 845923600 | 9/15/2025 | Department of Defense | Store Worker | 6914 - Store Working | Maxwell AFB, Alabama | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845923600 |
| 845975600 | 9/15/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Elmendorf AFB, Alaska | WS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845975600 |
| 846005700 | 9/15/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fairchild AFB, Washington | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846005700 |
| 845993600 | 9/15/2025 | Department of the Air Force | AEROSPACE PROPULSION TECHNICIAN | 8602 - Aircraft Engine Mechanic | McChord AFB, Washington | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845993600 |
| 846143800 | 9/15/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Robins AFB, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846143800 |
| 845965100 | 9/15/2025 | Department of Justice | Information Technology Specialist (Litigation Technology) | 2210 - Information Technology Management | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845965100 |
| 846003600 | 9/16/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Santa Rosa, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846003600 |
| 846006700 | 9/16/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Chico, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846006700 |
| 846024100 | 9/16/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Lackland AFB, Texas | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846024100 |
| 845973600 | 9/16/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Eglin AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845973600 |
| 846028900 | 9/16/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Charleston AFB, South Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846028900 |
| 846033900 | 9/16/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Davis Monthan AFB, Arizona | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846033900 |
| 846007400 | 9/16/2025 | Department of the Air Force | HUMAN RESOURCES ASSISTANT | 0203 - Human Resources Assistance | Westover Air Reserve Base, Massachusetts | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846007400 |
| 845940000 | 9/16/2025 | Department of the Air Force | PROTOCOL SPECIALIST | 0301 - Miscellaneous Administration And Program | Keesler AFB, Mississippi | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845940000 |
| 845971500 | 9/16/2025 | Department of the Air Force | COMMAND POST SPECIALIST | 0301 - Miscellaneous Administration And Program | Crestview, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845971500 |
| 845978000 | 9/16/2025 | Department of Justice | Victim Witness Coordinator | 0301 - Miscellaneous Administration And Program | Saint Thomas, Virgin Islands | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845978000 |
| 845981400 | 9/16/2025 | Department of Justice | Victim Witness Coordinator | 0301 - Miscellaneous Administration And Program | Saint Thomas, Virgin Islands | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845981400 |
| 845992700 | 9/16/2025 | Department of Homeland Security | Immigration Services Analyst | 0301 - Miscellaneous Administration And Program | New York, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845992700 |
| 846016300 | 9/16/2025 | Department of the Air Force | INSTALLATION MANAGER | 0301 - Miscellaneous Administration And Program | Goodfellow AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846016300 |
| 846022700 | 9/16/2025 | Department of Homeland Security | Congressional Liaison Specialist | 0301 - Miscellaneous Administration And Program | New York, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846022700 |
| 845943100 | 9/16/2025 | Department of the Air Force | ADMINISTRATIVE SUPPORT TECHNICIAN (OA) | 0303 - Miscellaneous Clerk And Assistant | March AFB, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845943100 |
| 845948600 | 9/16/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Sheppard AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845948600 |
| 846010400 | 9/16/2025 | Department of the Air Force | CHILD DEVELOPMENT PROGRAM CLERK (OFFICE AUTOMATION) | 0303 - Miscellaneous Clerk And Assistant | Kaiserslautern, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846010400 |
| 845920600 | 9/16/2025 | Department of Homeland Security | Program Manager (Logistics) | 0340 - Program Management | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845920600 |
| 845953000 | 9/16/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Lackland AFB, Texas | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845953000 |
| 845966000 | 9/16/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | New York, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845966000 |
| 846033600 | 9/16/2025 | Department of Energy | Management and Program Analyst | 0343 - Management And Program Analysis | Golden, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846033600 |
| 846009000 | 9/16/2025 | Department of Agriculture | Biological Science Technician (Animal) | 0404 - Biological Science Technician | Ames, Iowa | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/846009000 |
| 846001200 | 9/16/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846001200 |
| 846000400 | 9/16/2025 | Department of Justice | Supervisory Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Savannah, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846000400 |
| 846000500 | 9/16/2025 | Department of Justice | Supervisory Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Savannah, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846000500 |
| 846014200 | 9/16/2025 | Department of the Air Force | LEAD PRODUCTION CONTROLLER(AIRCRAFT) | 1152 - Production Control | Randolph AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846014200 |
| 845989400 | 9/16/2025 | Department of Energy | Financial Analyst | 1160 - Financial Analysis | Portland, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845989400 |
| 845951700 | 9/16/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Crestview, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845951700 |
| 845998600 | 9/16/2025 | Department of the Air Force | SUPERVISORY TRAINING TECHNICIAN | 1702 - Education And Training Technician | Niagara Falls, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845998600 |

3317242

A144

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845921500 | 9/16/2025 | Department of Agriculture | Protection Agent (Executive Protection Agent) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845921500 |
| 845928700 | 9/16/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Yakima, Washington | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845928700 |
| 845948000 | 9/16/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Fort Smith, Arkansas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845948000 |
| 845983400 | 9/16/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Santa Ana, California | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845983400 |
| 845985700 | 9/16/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Santa Ana, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845985700 |
| 846011600 | 9/16/2025 | Department of Homeland Security | Law Enforcement Specialist (International Training Coordinator/Instructor) | 1801 - General Inspection, Investigation, Enforcem | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846011600 |
| 846031600 | 9/16/2025 | Department of Agriculture | PROTECTION AGENT | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846031600 |
| 845982300 | 9/16/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Gibbon, Nebraska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845982300 |
| 845973900 | 9/16/2025 | Department of the Air Force | SUPERVISORY AIRPLANE FLIGHT INSTRUCTOR | 2181 - Aircraft Operation | Andrews AFB, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845973900 |
| 845895200 | 9/16/2025 | Department of the Air Force | SUPERVISORY AIRCRAFT LOADMASTER (INSTRUCTOR) | 2185 - Aircrew Technician | Little Rock AFB, Arkansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845895200 |
| 845781200 | 9/16/2025 | Department of the Air Force | SUPERVISORY IT SPECIALIST (SYSANALYSIS) | 2210 - Information Technology Management | Quantico, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845781200 |
| 845987600 | 9/16/2025 | Department of the Air Force | IT SPECIALIST (SECURITY) | 2210 - Information Technology Management | Lackland AFB, Texas | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845987600 |
| 845892000 | 9/16/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT/PAINTER) | 3806 - Sheet Metal Mechanic | Seymour Johnson AFB, North Carolina | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845892000 |
| 845934700 | 9/16/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | McConnell AFB, Kansas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845934700 |
| 846146800 | 9/16/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Prince George, Virginia | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/846146800 |
| 846160400 | 9/16/2025 | Department of the Interior | Environmental Protection Specialist | 0028 - Environmental Protection Specialist | Coolidge, Arizona | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846160400 |
| 846107500 | 9/16/2025 | Department of the Air Force | SUPERVISORY FIREFIGHTER | 0081 - Fire Protection and Prevention | Clear AFB, Alaska | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846107500 |
| 846056900 | 9/16/2025 | Department of the Interior | Private (Police Officer) | 0083 - Police | Washington, District of Columbia | SP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846056900 |
| 846094700 | 9/16/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Herlong Sierra Ordnance Depot, California | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846094700 |
| 846066600 | 9/16/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Clarksburg, West Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846066600 |
| 846068700 | 9/16/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Reading, Pennsylvania | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846068700 |
| 846069800 | 9/16/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Riverside, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846069800 |
| 846073700 | 9/16/2025 | Department of Labor | Economic Assistant (Spanish) - Part-Time | 0119 - Economics Assistant | Miami, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846073700 |
| 846079500 | 9/16/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Fort Myers, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846079500 |
| 846091100 | 9/16/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Florence, Alabama | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846091100 |
| 846092300 | 9/16/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Birmingham, Alabama | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846092300 |
| 846109300 | 9/16/2025 | Department of the Air Force | SUPV RECREATION SPEC (YOUTH ACTIVITIES) | 0188 - Recreation Specialist | Kaiserslautern, Germany | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846109300 |
| 846063500 | 9/16/2025 | Department of Justice | Supervisory Human Resources Specialist (Recruitment and Placement) | 0201 - Human Resources Management | Arlington, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846063500 |
| 846060300 | 9/16/2025 | Department of the Air Force | HUMAN RESOURCES ASSISTANT | 0203 - Human Resources Assistance | Patrick AFB, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846060300 |
| 846081300 | 9/16/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Keesler AFB, Mississippi | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846081300 |
| 846152600 | 9/16/2025 | Executive Office of the President | Logistics Support Specialist | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846152600 |
| 846154800 | 9/16/2025 | Executive Office of the President | Logistics Support Specialist | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846154800 |
| 846104400 | 9/16/2025 | Department of Justice | MISSION SUPPORT ASSISTANT (OA) | 0303 - Miscellaneous Clerk And Assistant | San Diego, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846104400 |
| 846098300 | 9/16/2025 | Department of the Air Force | MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Patrick AFB, Florida | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846098300 |
| 846159900 | 9/16/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846159900 |
| 846124600 | 9/16/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | MacDill AFB, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846124600 |
| 846093700 | 9/16/2025 | Department of the Air Force | FINANCIAL MANAGEMENT SPECIALIST - DIRECT HIRE AUTHORITY | 0501 - Financial Administration And Program | Kelly AFB, Texas | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846093700 |
| 846092000 | 9/16/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Buckley AFB, Colorado | NH-2 | Questionnaire with EO question | https://www.usajobs.gov/job/846092000 |
| 846065100 | 9/16/2025 | Department of Justice | Clinical Nurse (Dialysis Nurse) | 0610 - Nurse | Springfield, Missouri | GL-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/846065100 |
| 846053600 | 9/16/2025 | Department of Energy | Supervisory Electrical Engineer | 0850 - Electrical Engineering | Phoenix, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846053600 |
| 846150500 | 9/16/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846150500 |
| 846151300 | 9/16/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Spokane, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846151300 |
| 846165200 | 9/16/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Idaho Falls, Idaho | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846165200 |
| 846165400 | 9/16/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Idaho Falls, Idaho | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846165400 |
| 846115600 | 9/16/2025 | Department of Justice | Legal Administration Specialist (Asset Forfeiture) | 0901 - General Legal And Kindred Administration | Arlington, Virginia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846115600 |
| 846122300 | 9/16/2025 | Department of Justice | SUPERVISORY LEGAL ADMINISTRATIVE SPECIALIST (ASSET FORFEITURE) | 0901 - General Legal And Kindred Administration | Arlington, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846122300 |
| 846166700 | 9/16/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Fresno, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846166700 |
| 846166800 | 9/16/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Fresno, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846166800 |
| 846139700 | 9/16/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Allentown, Pennsylvania | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/846139700 |
| 846139900 | 9/16/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Allentown, Pennsylvania | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/846139900 |
| 846118400 | 9/16/2025 | Department of Defense | SUPERVISORY STORE ASSOCIATE | 1101 - General Business And Industry | Fort Irwin, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846118400 |
| 846078500 | 9/16/2025 | Department of Justice | Contract Specialist - UNICOR | 1102 - Contracting | Aliceville, Alabama | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846078500 |
| 846119400 | 9/16/2025 | Department of the Air Force | PURCHASING AGENT (OFFICE AUTOMATION) | 1105 - Purchasing | Holloman AFB, New Mexico | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846119400 |
| 846069700 | 9/16/2025 | Department of the Air Force | CHILD DEVELOPMENT CENTER DIRECTOR | 1701 - General Education And Training | Aviano, Italy | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846069700 |
| 846118600 | 9/16/2025 | Department of the Air Force | SUPERVISORY SCHOOL AGE CARE PROGRAM COORDINATOR | 1701 - General Education And Training | Maxwell AFB, Alabama | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846118600 |
| 846097500 | 9/16/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Pope AFB, North Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846097500 |
| 846139200 | 9/16/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Maxwell AFB, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846139200 |
| 846149000 | 9/16/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Sheppard AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846149000 |
| 846041600 | 9/16/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Charlotte Amalie, Virgin Islands | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846041600 |
| 846059600 | 9/16/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Los Angeles, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846059600 |
| 846089500 | 9/16/2025 | Department of the Interior | Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Lower Brule, South Dakota | GL-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846089500 |
| 846098100 | 9/16/2025 | Department of Homeland Security | Supervisory Immigration Services Officer (Field Office Director) | 1801 - General Inspection, Investigation, Enforcem | Los Angeles, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846098100 |
| 846044700 | 9/16/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Sandusky, Ohio | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846044700 |
| 846074300 | 9/16/2025 | Department of Veterans Affairs | Transportation Assistant | 2102 - Transportation Clerk And Assistant | Seattle, Washington | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/846074300 |
| 846133000 | 9/16/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT (PERSONAL PROPERTY/OA) | 2102 - Transportation Clerk And Assistant | Lackland AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846133000 |
| 846068600 | 9/16/2025 | Department of the Air Force | SUPERVISORY AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Westover Air Reserve Base, Massachusetts | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846068600 |
| 846078300 | 9/16/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Pope AFB, North Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846078300 |
| 846081200 | 9/16/2025 | Department of the Air Force | AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | March AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846081200 |
| 846082200 | 9/16/2025 | Department of the Air Force | SUPERVISORY AIR TRANSPORTATION OPERATIONS SPECIALIST | 2150 - Transportation Operations | Scott AFB, Illinois | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846082200 |
| 846095500 | 9/16/2025 | Department of the Air Force | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) | 2152 - Air Traffic Control | Dover AFB, Delaware | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846095500 |
| 846080900 | 9/16/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Eglin AFB, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846080900 |
| 846144000 | 9/16/2025 | Department of Energy | Electrician (Construction) | 2810 - High Voltage Electrician | Vancouver, Washington | BB-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846144000 |
| 846083800 | 9/16/2025 | Department of the Air Force | AIRCRAFT OVERHAUL SUPERVISOR | 8801 - Miscellaneous Aircraft Overhaul | Elmendorf AFB, Alaska | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846083800 |
| 846081500 | 9/17/2025 | Department of the Interior | Deputy Chief US Park Police | 0083 - Police | Washington, District of Columbia | SP-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846081500 |
| 846120300 | 9/17/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Offutt AFB, Nebraska | GG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846120300 |
| 845961000 | 9/17/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Dover AFB, Delaware | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845961000 |
| 846093500 | 9/17/2025 | Department of the Air Force | SUPERVISORY HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Pentagon, Arlington, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846093500 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846098700 | 9/17/2025 | Department of Justice | Human Resources Officer | 0201 - Human Resources Management | Hammond, Indiana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846098700 |
| 846148200 | 9/17/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (CLASSIFICATION /R&P) | 0201 - Human Resources Management | MacDill AFB, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846148200 |
| 845802200 | 9/17/2025 | Department of Homeland Security | HUMAN RESOURCES ASSISTANT (RECRUITMENT & PLACEMENT) | 0203 - Human Resources Assistance | Bloomington, Minnesota | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/845802200 |
| 845820700 | 9/17/2025 | Department of Homeland Security | Supervisory Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845820700 |
| 845950000 | 9/17/2025 | Department of the Air Force | COMMUNITY PROGRAMS SPECIALIST | 0301 - Miscellaneous Administration And Program | Misawa AFB, Japan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/845950000 |
| 846005900 | 9/17/2025 | Department of the Air Force | SENIOR STRATEGY TECHNICAL ADVISOR | 0301 - Miscellaneous Administration And Program | Pentagon, Arlington, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846005900 |
| 846010200 | 9/17/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846010200 |
| 846010700 | 9/17/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846010700 |
| 846062500 | 9/17/2025 | Department of the Air Force | MISSION SUPPORT OFFICER | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846062500 |
| 846068900 | 9/17/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846068900 |
| 846128400 | 9/17/2025 | Department of Justice | Health Unit Program Coordinator | 0301 - Miscellaneous Administration And Program | Arlington, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846128400 |
| 846131600 | 9/17/2025 | Department of Justice | Medical Exams Program Specialist | 0301 - Miscellaneous Administration And Program | Arlington, Virginia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846131600 |
| 846135000 | 9/17/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Charleston, West Virginia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846135000 |
| 846135600 | 9/17/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Charleston, West Virginia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846135600 |
| 846137600 | 9/17/2025 | Department of Justice | Human Capital Coordinator | 0301 - Miscellaneous Administration And Program | Arlington, Virginia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846137600 |
| 846146000 | 9/17/2025 | Department of the Air Force | COMMAND POST SPECIALIST | 0301 - Miscellaneous Administration And Program | Whiteman AFB, Missouri | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846146000 |
| 846048300 | 9/17/2025 | Department of the Air Force | SQUADRON AVIATION RESOURCE MANAGEMENT TECHNICIAN | 0303 - Miscellaneous Clerk And Assistant | Air Force Academy, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846048300 |
| 846088700 | 9/17/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Sheppard AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846088700 |
| 846073500 | 9/17/2025 | Department of the Air Force | INFORMATION RECEPTIONIST (OA) | 0304 - Information Receptionist | Lackland AFB, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846073500 |
| 846116900 | 9/17/2025 | Department of the Air Force | LEAD INFORMATION RECEPTIONIST (O/A) | 0304 - Information Receptionist | Lackland AFB, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846116900 |
| 846114700 | 9/17/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Keesler AFB, Mississippi | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846114700 |
| 846116600 | 9/17/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Ramstein, Germany | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846116600 |
| 846121900 | 9/17/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Vance AFB, Oklahoma | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846121900 |
| 846141900 | 9/17/2025 | Department of the Air Force | COMPUTER ASSISTANT | 0335 - Computer Clerk And Assistant | Altus AFB, Oklahoma | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846141900 |
| 846087200 | 9/17/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Hammond, Indiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846087200 |
| 846128100 | 9/17/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Fort Smith, Arkansas | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/846128100 |
| 846093100 | 9/17/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Eglin AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846093100 |
| 846160600 | 9/17/2025 | Department of the Interior | Lead Wildland Firefighter | 0456 - Wildland Fire Management | Angleton, Texas | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/846160600 |
| 846173200 | 9/17/2025 | Department of the Interior | Wildland Firefighter (Planning) | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846173200 |
| 846174000 | 9/17/2025 | Department of the Interior | Supervisory Wildland Firefighter (Regional Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Bloomington, Minnesota | GW-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846174000 |
| 846130600 | 9/17/2025 | Department of the Air Force | FINANCIAL MANAGEMENT SPECIALIST | 0501 - Financial Administration And Program | Robins AFB, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846130600 |
| 846087400 | 9/17/2025 | Department of Energy | Budget Analyst | 0560 - Budget Analysis | Golden, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846087400 |
| 846074200 | 9/17/2025 | Department of Homeland Security | Contract Compliance Specialist | 1101 - General Business And Industry | Artesia, New Mexico | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846074200 |
| 846150300 | 9/17/2025 | Department of Homeland Security | Contract Specialist | 1102 - Contracting | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846150300 |
| 845927600 | 9/17/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | San Diego, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845927600 |
| 845980200 | 9/17/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Miami, Florida | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/845980200 |
| 846073200 | 9/17/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Tampa, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846073200 |
| 846077400 | 9/17/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846077400 |
| 846080700 | 9/17/2025 | Department of Homeland Security | Law Enforcement Specialist (Computer Forensics Instructor) | 1801 - General Inspection, Investigation, Enforcem | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846080700 |
| 846091200 | 9/17/2025 | Department of Homeland Security | SUPERVISORY ADJUCATION OFFICER | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846091200 |
| 846135900 | 9/17/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Charlotte, North Carolina | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846135900 |
| 846145500 | 9/17/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846145500 |
| 846151100 | 9/17/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Edinburg, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846151100 |
| 846167000 | 9/17/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846167000 |
| 846056700 | 9/17/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Indianapolis, Indiana | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846056700 |
| 846019500 | 9/17/2025 | Department of Agriculture | Criminal Investigator | 1811 - Criminal Investigation | Salt Lake City, Utah | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846019500 |
| 846069300 | 9/17/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Crete, Nebraska | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846069300 |
| 846114500 | 9/17/2025 | Department of the Air Force | SUPERVISORY AIRPLANE FLIGHT INSTRUCTOR | 2181 - Aircraft Operation | Greater Pittsburgh Airport, Pennsylvania | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846114500 |
| 846134100 | 9/17/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Andrews AFB, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846134100 |
| 846125000 | 9/17/2025 | Department of the Air Force | FLIGHT ENGINEER (INSTRUCTOR) | 2185 - Aircrew Technician | Travis AFB, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846125000 |
| 846123000 | 9/17/2025 | Department of Homeland Security | Information Technology Project Manager | 2210 - Information Technology Management | Ashburn, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846123000 |
| 846130900 | 9/17/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (NETWORK SERVICES) | 2210 - Information Technology Management | Westover Air Reserve Base, Massachusetts | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846130900 |
| 846132900 | 9/17/2025 | Department of the Air Force | AIRCRAFT ELECTRICIAN (AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC) | 2892 - Aircraft Electrician | Lackland AFB, Texas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846132900 |
| 846138300 | 9/17/2025 | Department of the Air Force | POWERED SUPPORT SYSTEMS MECHANIC | 5378 - Powered Support Systems Mechanic | McConnell AFB, Kansas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846138300 |
| 846085100 | 9/17/2025 | Department of the Air Force | ORDNANCE EQUIPMENT MECHANIC | 6641 - Ordnance Equipment Mechanic | Patrick AFB, Florida | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846085100 |
| 846123300 | 9/17/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Seymour Johnson AFB, North Carolina | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846123300 |
| 846131100 | 9/17/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | McChord AFB, Washington | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846131100 |
| 846158800 | 9/17/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Hill AFB, Utah | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846158800 |
| 846283700 | 9/17/2025 | Department of the Interior | Security Specialist | 0080 - Security Administration | Boise, Idaho | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846283700 |
| 846187500 | 9/17/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | San Diego, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846187500 |
| 846235100 | 9/17/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846235100 |
| 846198000 | 9/17/2025 | Department of the Air Force | SUPERVISORY HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Peterson AFB, Colorado | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846198000 |
| 846229900 | 9/17/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPLOYEE RELATIONS/PLACEMENT) | 0201 - Human Resources Management | Dobbins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846229900 |
| 846272000 | 9/17/2025 | Department of the Air Force | EQUAL EMPLOYMENT MANAGER | 0260 - Equal Employment Opportunity | Cannon AFB, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846272000 |
| 846275000 | 9/17/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846275000 |
| 846276900 | 9/17/2025 | Department of the Air Force | AVIATION RESOURCES MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Davis Monthan AFB, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846276900 |
| 846277500 | 9/17/2025 | Department of the Air Force | COUNTER THREAT FINANCE SPECIALIST | 0301 - Miscellaneous Administration And Program | Peterson AFB, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846277500 |
| 846175900 | 9/17/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Montclair, California | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846175900 |
| 846201300 | 9/17/2025 | Department of Homeland Security | SUPERVISORY MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846201300 |
| 846212500 | 9/17/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846212500 |
| 846219400 | 9/17/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846219400 |
| 846222900 | 9/17/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Robins AFB, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846222900 |
| 846250800 | 9/17/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846250800 |
| 846198300 | 9/17/2025 | Department of Health and Human Services | Financial Management Analyst | 0501 - Financial Administration And Program | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846198300 |
| 846108200 | 9/17/2025 | Department of the Air Force | BUDGET ANALYST - DIRECT HIRE AUTHORITY | 0560 - Budget Analysis | Kelly AFB, Texas | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846108200 |
| 846238700 | 9/17/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Waymart, Pennsylvania | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/846238700 |
| 846230200 | 9/17/2025 | Department of the Air Force | CIVIL ENGINEER | 0808 - Architecture | Keesler AFB, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846230200 |

A146

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846242300 | 9/17/2025 | Department of the Air Force | ELECTRONICS ENGINEER - DIRECT HIRE AUTHORITY | 0855 - Electronics Engineering | Eglin AFB, Florida | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846242300 |
| 846227900 | 9/17/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | San Diego, California | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846227900 |
| 846228500 | 9/17/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | San Diego, California | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846228500 |
| 846287800 | 9/17/2025 | Department of Justice | Legal Administrative Specialist (PRG) (Litigation Technology) | 0901 - General Legal And Kindred Administration | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846287800 |
| 846182100 | 9/17/2025 | Department of Defense | ATTORNEY-ADVISER (GENERAL) | 0905 - Attorney | Indianapolis, Indiana | GS-9/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846182100 |
| 846284200 | 9/17/2025 | Department of Homeland Security | General Attorney (General Administrative Law) | 0905 - Attorney | Washington, District of Columbia | GS-11/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846284200 |
| 846288600 | 9/17/2025 | Department of Justice | Supervisory Paralegal Specialist | 0950 - Paralegal Specialist | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846288600 |
| 846176700 | 9/17/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Pearl Harbor, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846176700 |
| 846177300 | 9/17/2025 | Department of Defense | Commissary Contractor Monitor | 1101 - General Business And Industry | Pearl Harbor, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846177300 |
| 846229500 | 9/17/2025 | Department of Defense | Computer Assisted Ordering Technician | 1101 - General Business And Industry | Scott AFB, Illinois | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846229500 |
| 846263900 | 9/17/2025 | Department of Defense | Supervisory Store Associate | 1101 - General Business And Industry | Travis AFB, California | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/846263900 |
| 846265100 | 9/17/2025 | Other Agencies and Independent Organizations | LOAN SPECIALIST | 1165 - Loan Specialist | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/846265100 |
| 846266000 | 9/17/2025 | Other Agencies and Independent Organizations | LOAN SPECIALIST | 1165 - Loan Specialist | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/846266000 |
| 846239500 | 9/17/2025 | Department of the Air Force | REALTY SPECIALIST | 1170 - Realty | Fort Sam Houston, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846239500 |
| 846206000 | 9/17/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Ramstein, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846206000 |
| 846214400 | 9/17/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Vogelweh Army Installation, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846214400 |
| 846197900 | 9/17/2025 | Department of the Interior | Supervisory Training Instructor | 1712 - Training Instruction | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846197900 |
| 846253500 | 9/17/2025 | Department of the Air Force | SUPERVISORY TRAINING INSTRUCTOR (COMPUTER SCIENCE) | 1712 - Training Instruction | Keesler AFB, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846253500 |
| 846184000 | 9/17/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Maxwell AFB, Alabama | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846184000 |
| 846211800 | 9/17/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Keesler AFB, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846211800 |
| 846177000 | 9/17/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | San Juan, Puerto Rico | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846177000 |
| 846184800 | 9/17/2025 | Department of Homeland Security | IMMIGRATION OFFICER | 1801 - General Inspection, Investigation, Enforcem | Irving, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846184800 |
| 846190200 | 9/17/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Helena, Montana | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846190200 |
| 846197700 | 9/17/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846197700 |
| 846212900 | 9/17/2025 | Department of Homeland Security | Supervisory Immigration Services Officer (Field Office Director) | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846212900 |
| 846292800 | 9/17/2025 | Department of Energy | Executive Protection Special Agent | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846292800 |
| 846221200 | 9/17/2025 | Department of the Air Force | TRANSPORTATION SPECIALIST | 2101 - Transportation Specialist | Peterson AFB, Colorado | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846221200 |
| 846207500 | 9/17/2025 | Department of the Air Force | SUPERVISORY AIRFIELD MANAGEMENT SPECIALIST | 2150 - Transportation Operations | Youngstown, Ohio | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846207500 |
| 846271500 | 9/17/2025 | Department of the Air Force | AIR TERMINAL SHIFT MANAGER | 2150 - Transportation Operations | Yokota Air Base, Japan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846271500 |
| 846182700 | 9/17/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC | 2610 - Electronic Integrated Systems Mechanic | McChord AFB, Washington | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846182700 |
| 846176400 | 9/17/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Pearl Harbor, Hawaii | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846176400 |
| 846212700 | 9/17/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Arnold AFB, Tennessee | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846212700 |
| 846217400 | 9/17/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846217400 |
| 846342200 | 9/17/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846342200 |
| 846214900 | 9/18/2025 | Department of the Interior | Supervisory Park Ranger (P) | 0025 - Park Ranger | Flagstaff, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846214900 |
| 846204800 | 9/18/2025 | Department of Energy | Emergency Management Specialist | 0089 - Emergency Management Specialist | Albuquerque, New Mexico | NQ-2 | Questionnaire with EO question | https://www.usajobs.gov/job/846204800 |
| 846290500 | 9/18/2025 | Department of the Air Force | SEXUAL ASSAULT/SEXUAL HARASSMENT PREVENTION & RESPONSE SPEC | 0101 - Social Science | Holloman AFB, New Mexico | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846290500 |
| 846288300 | 9/18/2025 | Department of Health and Human Services | Health Insurance Specialist (State Project Officer) | 0107 - Health Insurance Administration | Denver, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846288300 |
| 846291900 | 9/18/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Dallas, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846291900 |
| 846248600 | 9/18/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846248600 |
| 846280700 | 9/18/2025 | Department of the Air Force | INTELLIGENCE RESEARCH SPECIALIST | 0132 - Intelligence | Fort Bliss, Texas | GG-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846280700 |
| 846193700 | 9/18/2025 | Department of the Air Force | Supv Human Resources Specialist | 0201 - Human Resources Management | San Antonio, Texas | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846193700 |
| 846259500 | 9/18/2025 | Department of Justice | Human Resources Officer | 0201 - Human Resources Management | Tulsa, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846259500 |
| 846162000 | 9/18/2025 | Department of Homeland Security | Mission Support Specialist (Generalist) | 0301 - Miscellaneous Administration And Program | Artesia, New Mexico | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846162000 |
| 846199400 | 9/18/2025 | Department of the Air Force | COMBAT OPERATIONS STAFF OFFICER | 0301 - Miscellaneous Administration And Program | March AFB, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846199400 |
| 846233900 | 9/18/2025 | Department of the Air Force | EXECUTIVE ASSISTANT | 0301 - Miscellaneous Administration And Program | Patrick AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846233900 |
| 846296100 | 9/18/2025 | Department of the Air Force | EXECUTIVE ASSISTANT | 0301 - Miscellaneous Administration And Program | Fort Worth, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846296100 |
| 846184100 | 9/18/2025 | Department of the Air Force | YOUTH PROGRAMS CLERK | 0303 - Miscellaneous Clerk And Assistant | Aviano, Italy | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846184100 |
| 846271700 | 9/18/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Wheeling, West Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846271700 |
| 846241300 | 9/18/2025 | Department of the Air Force | MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | March AFB, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846241300 |
| 846278200 | 9/18/2025 | Department of the Air Force | BUDGET ANALYST | 0560 - Budget Analysis | Travis AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846278200 |
| 846187900 | 9/18/2025 | Department of the Air Force | Air Force Operations Program Group Subject Matter Expert - Direct Hire Authority | 0801 - General Engineering | Tyndall AFB, Florida | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846187900 |
| 846199300 | 9/18/2025 | Department of the Air Force | INTERDISCIPLINARY GEN ENGINEER/ARCHITECT/CIV ENGINEER/ENV ENGINEER/MECH ENGINEER/ELEC ENGINEER | 0801 - General Engineering | Mildenhall, United Kingdom | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846199300 |
| 846669600 | 9/18/2025 | Department of the Air Force | SUPERVISORY GENERAL ENGINEER | 0801 - General Engineering | Fort Worth, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846669600 |
| 846274600 | 9/18/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Madison, Wisconsin | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846274600 |
| 846299400 | 9/18/2025 | Department of Health and Human Services | SUPERVISORY COMMUNICATIONS SPECIALIST | 1001 - General Arts And Information | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846299400 |
| 846297300 | 9/18/2025 | Department of Health and Human Services | PUBLIC AFFAIRS SPECIALIST | 1035 - Public Affairs | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846297300 |
| 846154500 | 9/18/2025 | Department of the Air Force | CONTRACT SPECIALIST | 1102 - Contracting | Ramstein, Germany | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846154500 |
| 846260900 | 9/18/2025 | Department of Health and Human Services | Grants Management Specialist | 1109 - Grants Management | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846260900 |
| 846260500 | 9/18/2025 | Department of the Air Force | GEOPHYSICIST | 1313 - Geophysics | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846260500 |
| 846263100 | 9/18/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | McGuire AFB, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846263100 |
| 846254300 | 9/18/2025 | Department of the Air Force | EDUCATION SERVICES SPECIALIST | 1740 - Education Services | Holloman AFB, New Mexico | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846254300 |
| 846212000 | 9/18/2025 | Department of the Air Force | TRANSPORTATION ASSISTANT | 2102 - Transportation Clerk And Assistant | Elmendorf AFB, Alaska | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846212000 |
| 846089900 | 9/18/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Dover AFB, Delaware | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846089900 |
| 846266600 | 9/18/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Andrews AFB, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846266600 |
| 846232600 | 9/18/2025 | Department of the Air Force | AERIAL REFUELING TECHNICIAN (INSTRUCTOR) | 2185 - Aircrew Technician | Travis AFB, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846232600 |
| 846275800 | 9/18/2025 | Department of the Air Force | AIRCRAFT LOADMASTER (INSTRUCTOR) | 2185 - Aircrew Technician | Dobbins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846275800 |
| 846249900 | 9/18/2025 | Department of the Air Force | IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Quantico, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846249900 |
| 846190300 | 9/18/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC | 2610 - Electronic Integrated Systems Mechanic | McConnell AFB, Kansas | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846190300 |
| 846148300 | 9/18/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT/PAINTER) | 3806 - Sheet Metal Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846148300 |
| 846219100 | 9/18/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846219100 |
| 846203400 | 9/18/2025 | Department of the Air Force | AIRCRAFT OVERHAUL LEADER | 8801 - Miscellaneous Aircraft Overhaul | Whiteman AFB, Missouri | WL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846203400 |
| 846362800 | 9/18/2025 | Department of the Interior | Corrections Officer | 0007 - Correctional Officer | Keams Canyon, Arizona | GL-5/8 | Questionnaire with EO question | https://www.usajobs.gov/job/846362800 |
| 846409200 | 9/18/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Butner Federal Correctional Complex, North Carolin | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846409200 |
| 846398800 | 9/18/2025 | Department of the Air Force | SUPV HUMAN RESOURCES SPECIALIST (EMPL REL/LABOR REL) | 0201 - Human Resources Management | Peterson AFB, Colorado | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846398800 |

A147

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846343300 | 9/18/2025 | Department of the Air Force | Host Aviation Resource Management Specialist | 0301 - Miscellaneous Administration And Program | Patrick AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846343300 |
| 846367000 | 9/18/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Fort Myers, Florida | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846367000 |
| 846343800 | 9/18/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Fort Polk, Louisiana | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846343800 |
| 846305600 | 9/18/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846305600 |
| 846315900 | 9/18/2025 | Department of the Air Force | MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Andrews AFB, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846315900 |
| 846338400 | 9/18/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846338400 |
| 846377900 | 9/18/2025 | Department of Justice | Student Trainee (Clerical) | 0399 - Administration And Office Support Student T | Tampa, Florida | GS-2/3 | Questionnaire with EO question | https://www.usajobs.gov/job/846377900 |
| 846327000 | 9/18/2025 | Department of the Air Force | FINANCIAL MANAGEMENT SPECIALIST | 0501 - Financial Administration And Program | Minneapolis, Minnesota | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846327000 |
| 846390800 | 9/18/2025 | Other Agencies and Independent Organizations | Accountant | 0510 - Accounting | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846390800 |
| 846361200 | 9/18/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Waseca, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846361200 |
| 846334100 | 9/18/2025 | Department of Energy | General Engineer | 0801 - General Engineering | Albuquerque, New Mexico | NN-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/846334100 |
| 846340800 | 9/18/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | San Diego, California | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846340800 |
| 846340900 | 9/18/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | San Diego, California | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846340900 |
| 846378400 | 9/18/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Andersen Air Base, Guam | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846378400 |
| 846389100 | 9/18/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Terre Haute, Indiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846389100 |
| 846376400 | 9/18/2025 | Department of Defense | Commissary Management Specialist (Intern) | 1144 - Commissary Management | Yuma, Arizona | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846376400 |
| 846413600 | 9/18/2025 | Department of Defense | Commissary Management Specialist (Produce Intern) | 1144 - Commissary Management | Lemoore, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846413600 |
| 846316900 | 9/18/2025 | Department of the Air Force | TRAINING AND CURRICULUM SPECIALIST | 1701 - General Education And Training | Misawa AFB, Japan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846316900 |
| 846321600 | 9/18/2025 | Department of the Air Force | EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Misawa AFB, Japan | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846321600 |
| 846352300 | 9/18/2025 | Department of the Air Force | EDUCATION SERVICES SPECIALIST | 1740 - Education Services | Holloman AFB, New Mexico | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846352300 |
| 846328900 | 9/18/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Keesler AFB, Mississippi | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846328900 |
| 846388100 | 9/18/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Maxwell AFB, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846388100 |
| 845735300 | 9/18/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Santa Ana, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845735300 |
| 846308300 | 9/18/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Columbus, Ohio | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846308300 |
| 846348400 | 9/18/2025 | Department of the Air Force | SUPERVISORY NAVIGATOR (INSTRUCTOR) | 2183 - Air Navigation | Dobbins AFB, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846348400 |
| 846378300 | 9/18/2025 | Department of Education | IT Program Manager (Service Designer), GS-2210-15 (Direct Hire - NTE 13 Months) | 2210 - Information Technology Management | San Francisco, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846378300 |
| 846402300 | 9/18/2025 | Department of Education | IT Program Manager (Service Designer), GS-2210-15, FPL 15, (DHA) | 2210 - Information Technology Management | San Francisco County, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846402300 |
| 846325100 | 9/18/2025 | Department of the Air Force | POWERED SUPPORT SYSTEMS MECHANIC | 5378 - Powered Support Systems Mechanic | Lackland AFB, Texas | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846325100 |
| 846181400 | 9/19/2025 | Department of Homeland Security | Emergency Management Specialist | 0089 - Emergency Management Specialist | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846181400 |
| 846370000 | 9/19/2025 | Department of Health and Human Services | Health Insurance Specialist (Program Policy) | 0107 - Health Insurance Administration | Denver, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846370000 |
| 846371200 | 9/19/2025 | Department of Health and Human Services | Health Insurance Specialist (Program Policy) | 0107 - Health Insurance Administration | Denver, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846371200 |
| 846394300 | 9/19/2025 | Executive Office of the President | Interdisciplinary (Computational Quantitative Analyst) | 0110 - Economist | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846394300 |
| 846058900 | 9/19/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (RECRUITMENT & PLACEMENT) | 0201 - Human Resources Management | Randolph AFB, Texas | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846058900 |
| 846377700 | 9/19/2025 | Department of Homeland Security | Human Resources Specialist (Recruitment and Placement) | 0201 - Human Resources Management | Bloomington, Minnesota | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846377700 |
| 846387200 | 9/19/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | Randolph AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846387200 |
| 846408900 | 9/19/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPLOYEE RELATIONS/PLACEMENT) | 0201 - Human Resources Management | Malmstrom AFB, Montana | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846408900 |
| 846409300 | 9/19/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (MILITARY) | 0201 - Human Resources Management | March AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846409300 |
| 846210000 | 9/19/2025 | Department of the Air Force | DRUG DEMAND REDUCTION SPECIALIST | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846210000 |
| 846210300 | 9/19/2025 | Department of the Air Force | COMMAND POST SPECIALIST | 0301 - Miscellaneous Administration And Program | Wright-Patterson AFB, Ohio | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846210300 |
| 846325800 | 9/19/2025 | Department of Homeland Security | Mission Support Specialist (Generalist) | 0301 - Miscellaneous Administration And Program | Glynco, Georgia | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846325800 |
| 846344400 | 9/19/2025 | Department of the Air Force | AVIATION RESOURCES MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Andrews AFB, Maryland | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846344400 |
| 846373700 | 9/19/2025 | Department of the Air Force | TRAINING AND EXERCISE PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Peterson AFB, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846373700 |
| 846387700 | 9/19/2025 | Department of the Air Force | PERSONNEL LIAISON SPECIALIST | 0301 - Miscellaneous Administration And Program | Travis AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846387700 |
| 846395000 | 9/19/2025 | Department of the Air Force | SUPPORT PROGRAMS SPECIALIST | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846395000 |
| 846396200 | 9/19/2025 | Department of the Air Force | PERSONNEL LIAISON SPECIALIST | 0301 - Miscellaneous Administration And Program | Maxwell AFB, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846396200 |
| 846418900 | 9/19/2025 | Department of the Air Force | EXECUTIVE STAFF SPECIALIST | 0301 - Miscellaneous Administration And Program | MacDill AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846418900 |
| 846317700 | 9/19/2025 | Department of the Air Force | ADMINISTRATIVE PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Davis Monthan AFB, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846317700 |
| 846340100 | 9/19/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Lackland AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846340100 |
| 846327600 | 9/19/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Annapolis, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846327600 |
| 845456400 | 9/19/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Irving, Texas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/845456400 |
| 846075200 | 9/19/2025 | Department of the Air Force | MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Hurlburt Field, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846075200 |
| 846349800 | 9/19/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Peterson AFB, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846349800 |
| 846350900 | 9/19/2025 | Department of the Air Force | MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Altus AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846350900 |
| 846332400 | 9/19/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846332400 |
| 846397000 | 9/19/2025 | Department of the Air Force | NURSE (FLIGHT OPERATIONS) | 0610 - Nurse | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846397000 |
| 846330000 | 9/19/2025 | Department of Homeland Security | Supervisory Veterinary Medical Officer | 0701 - Veterinary Medical Science | Front Royal, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846330000 |
| 846386200 | 9/19/2025 | Department of Transportation | Supervisory General Engineer (Director of New Ship Construction) - DIRECT HIRE | 0801 - General Engineering | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846386200 |
| 846399700 | 9/19/2025 | Department of the Air Force | GENERAL ENGINEER | 0801 - General Engineering | Wright-Patterson AFB, Ohio | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846399700 |
| 846404200 | 9/19/2025 | Department of Energy | Interdisciplinary Engineer | 0810 - Civil Engineering | Phoenix, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846404200 |
| 846384800 | 9/19/2025 | Department of the Air Force | ELECTRICAL ENGINEER | 0850 - Electrical Engineering | McGuire AFB, New Jersey | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846384800 |
| 846396800 | 9/19/2025 | Department of Justice | Paralegal Specialist (Health Care Fraud) | 0950 - Paralegal Specialist | Minneapolis, Minnesota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846396800 |
| 846355800 | 9/19/2025 | Department of the Air Force | CLUB MANAGER | 1101 - General Business And Industry | Incirlik, Turkey | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846355800 |
| 846364000 | 9/19/2025 | Department of Defense | Assistant Area Director | 1101 - General Business And Industry | Sacramento, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846364000 |
| 846387000 | 9/19/2025 | Department of the Air Force | ACQUISITION PROGRAM MANAGEMENT SPECIALIST | 1101 - General Business And Industry | Patrick AFB, Florida | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846387000 |
| 846325700 | 9/19/2025 | Department of the Air Force | CONTRACT SPECIALIST | 1102 - Contracting | Mildenhall, United Kingdom | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846325700 |
| 846388900 | 9/19/2025 | Department of the Air Force | METEOROLOGICAL TECHNICIAN | 1341 - Meteorological Technician | Homestead AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846388900 |
| 846370500 | 9/19/2025 | Department of the Air Force | ASSISTANT CHILD DEVELOPMENT CENTER DIRECTOR | 1701 - General Education And Training | Misawa AFB, Japan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846370500 |
| 846325300 | 9/19/2025 | Department of Homeland Security | Training Technician | 1702 - Education And Training Technician | Glynco, Georgia | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846325300 |
| 846310400 | 9/19/2025 | Department of the Air Force | INSPECTIONS SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Lackland AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846310400 |
| 846422600 | 9/19/2025 | Department of Labor | District Director (LEO) | 1801 - General Inspection, Investigation, Enforcem | New Orleans, Louisiana | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846422600 |
| 846422700 | 9/19/2025 | Department of Labor | District Director (Non-LEO) | 1801 - General Inspection, Investigation, Enforcem | New Orleans, Louisiana | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846422700 |
| 846422900 | 9/19/2025 | Department of Labor | Chief, Division of Enforcement (Non-LEO) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846422900 |
| 846423000 | 9/19/2025 | Department of Labor | Chief, Division of Enforcement (LEO) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846423000 |
| 846423600 | 9/19/2025 | Department of Labor | District Director (LEO) | 1801 - General Inspection, Investigation, Enforcem | Los Angeles, California | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846423600 |
| 846423700 | 9/19/2025 | Department of Labor | District Director (Non-LEO) | 1801 - General Inspection, Investigation, Enforcem | Los Angeles, California | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846423700 |
| 846387100 | 9/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Brush, Colorado | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846387100 |
| 846387300 | 9/19/2025 | Department of the Air Force | GENERAL SUPPLY SPECIALIST | 2001 - General Supply | Niagara Falls, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846387300 |
| 846227300 | 9/19/2025 | Department of the Air Force | AIRPLANE PILOT | 2181 - Aircraft Operation | Andrews AFB, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846227300 |

3317242

A148

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846349000 | 9/19/2025 | Department of the Air Force | SUPERVISORY AIRPLANE FLIGHT INSTRUCTOR | 2181 - Aircraft Operation | Dobbins AFB, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846349000 |
| 846316200 | 9/19/2025 | Department of the Air Force | IT SPECIALIST (NETWORK SERVICES) | 2210 - Information Technology Management | Dobbins AFB, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846316200 |
| 846424100 | 9/19/2025 | Department of Energy | High Voltage Electrician | 2810 - High Voltage Electrician | Fort Peck, Montana | WB-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846424100 |
| 846424200 | 9/19/2025 | Department of Energy | High Voltage Electrician | 2810 - High Voltage Electrician | Fort Peck, Montana | WB-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846424200 |
| 846364700 | 9/19/2025 | Department of the Air Force | SHEET METAL MECHANIC (AIRCRAFT/PAINTER) | 3806 - Sheet Metal Mechanic | Seymour Johnson AFB, North Carolina | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846364700 |
| 846386300 | 9/19/2025 | Department of the Air Force | SHEET METAL REPAIR INSPECTOR (AIRCRAFT) | 3806 - Sheet Metal Mechanic | Barksdale AFB, Louisiana | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846386300 |
| 846388300 | 9/19/2025 | Department of the Air Force | AIRCRAFT OVERHAUL SUPERVISOR | 8801 - Miscellaneous Aircraft Overhaul | Luke AFB, Arizona | WS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846388300 |
| 846440300 | 9/19/2025 | Department of the Army | Supervisory Firefighter | 0081 - Fire Protection and Prevention | Dugway Proving Ground, Utah | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846440300 |
| 846425400 | 9/19/2025 | Department of Health and Human Services | Health Insurance Specialist (Program Contractor Management) | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846425400 |
| 846465000 | 9/19/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846465000 |
| 846447500 | 9/19/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Rochester, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846447500 |
| 846448100 | 9/19/2025 | Department of Labor | Economic Assistant (Spanish) - Part-Time | 0119 - Economics Assistant | Orlando, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846448100 |
| 846448900 | 9/19/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Buffalo, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846448900 |
| 846463400 | 9/19/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Wichita, Kansas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846463400 |
| 846481700 | 9/19/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Janesville, Wisconsin | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846481700 |
| 846484400 | 9/19/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Frankfort, Indiana | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846484400 |
| 846486800 | 9/19/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Brookings, South Dakota | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846486800 |
| 846499800 | 9/19/2025 | Department of Labor | Economic Assistant (Part-Time) | 0119 - Economics Assistant | Miami, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846499800 |
| 846514600 | 9/19/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Orlando, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846514600 |
| 846481400 | 9/19/2025 | Department of the Air Force | HUMAN RESOURCES ASSISTANT (MILITARY/OA) | 0203 - Human Resources Assistance | Sheppard AFB, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846481400 |
| 846474200 | 9/19/2025 | Department of Justice | Chief of Staff to the Deputy Director | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846474200 |
| 846476800 | 9/19/2025 | Department of the Treasury | Director - Strategic Policy | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846476800 |
| 846427600 | 9/19/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Scott AFB, Illinois | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846427600 |
| 846524700 | 9/19/2025 | Department of Energy | Management Analyst | 0343 - Management And Program Analysis | Washington, District of Columbia | EN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846524700 |
| 846455100 | 9/19/2025 | Department of the Air Force | ACCOUNTING AND BUDGET TECHNICIAN | 0503 - Financial Clerical And Assistance | Sheppard AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846455100 |
| 846531000 | 9/19/2025 | Department of Defense | Chief Financial Officer (Financial Manager) | 0505 - Financial Management | Fort Lee, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846531000 |
| 846444800 | 9/19/2025 | Department of Energy | Supervisory Budget Analyst | 0560 - Budget Analysis | Livermore, California | NQ-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846444800 |
| 846479900 | 9/19/2025 | Department of the Air Force | General Engineer-- DIRECT HIRE AUTHORITY | 0801 - General Engineering | Eglin AFB, Florida | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846479900 |
| 846478600 | 9/19/2025 | Department of Energy | Power System Real-Time Electrical Engineer | 0850 - Electrical Engineering | Loveland, Colorado | AD-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/846478600 |
| 846454000 | 9/19/2025 | Department of the Air Force | Aerospace Engineer | 0861 - Aerospace Engineering | Eglin AFB, Florida | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846454000 |
| 846426000 | 9/19/2025 | Other Agencies and Independent Organizations | LOAN SPECIALIST | 1165 - Loan Specialist | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/846426000 |
| 846478900 | 9/19/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846478900 |
| 846479100 | 9/19/2025 | Department of Commerce | International Trade Compliance Analyst | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846479100 |
| 846441100 | 9/19/2025 | Department of Agriculture | Supervisory Criminal Investigator (Special Agent-in-Charge) | 1811 - Criminal Investigation | Kansas City, Missouri | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846441100 |
| 846441400 | 9/19/2025 | Department of Agriculture | Supervisory Criminal Investigator (Assistant Special Agent-in-Charge) | 1811 - Criminal Investigation | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846441400 |
| 846441600 | 9/19/2025 | Department of Agriculture | Supervisory Criminal Investigator (Assistant Special Agent-in-Charge) | 1811 - Criminal Investigation | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846441600 |
| 846442000 | 9/19/2025 | Department of Agriculture | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Minneapolis, Minnesota | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846442000 |
| 846442300 | 9/19/2025 | Department of Agriculture | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Little Rock, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846442300 |
| 846479300 | 9/19/2025 | Department of Education | Criminal Investigator, GS-1811-13 (DE) | 1811 - Criminal Investigation | San Juan, Puerto Rico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846479300 |
| 846492300 | 9/19/2025 | Department of Education | Criminal Investigator, GS-1811-13 (DE) | 1811 - Criminal Investigation | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846492300 |
| 846437600 | 9/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Brooklyn, New York | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846437600 |
| 846502900 | 9/19/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Cassville, Missouri | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846502900 |
| 846480300 | 9/19/2025 | Department of the Air Force | SUPPLY TECHNICIAN | 2005 - Supply Clerical And Technician | Columbus AFB, Mississippi | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846480300 |
| 846477000 | 9/19/2025 | Department of Education | IT Specialist (APPSW), GS-2210-15 "Senior Engineer", FPL GS-15 (Direct Hire), NTE 13 mos | 2210 - Information Technology Management | San Francisco, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846477000 |
| 846477500 | 9/19/2025 | Department of Education | IT Specialist (APPSW), GS-2210-15 "Senior Engineer", FPL GS-15 (Direct Hire), Full-time | 2210 - Information Technology Management | San Francisco, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846477500 |
| 846478700 | 9/19/2025 | Other Agencies and Independent Organizations | SENIOR OFFICER-CHIEF INFORMATION OFFICER | 2210 - Information Technology Management | Washington, District of Columbia | SO-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846478700 |
| 846535500 | 9/19/2025 | Department of Justice | Supervisory Information Technology Specialist | 2210 - Information Technology Management | San Diego, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846535500 |
| 846536000 | 9/19/2025 | Department of Justice | Supervisory Information Technology Specialist | 2210 - Information Technology Management | San Diego, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846536000 |
| 846464900 | 9/19/2025 | Department of Defense | Store Worker (Fork Lift Operator) | 6914 - Store Working | Fort Campbell, Kentucky | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846464900 |
| 846498200 | 9/19/2025 | Department of Defense | Store Worker | 6914 - Store Working | McChord AFB, Washington | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846498200 |
| 846480700 | 9/19/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Campbell, Kentucky | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846480700 |
| 846491700 | 9/19/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Campbell, Kentucky | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846491700 |
| 846542200 | 9/22/2025 | Department of Health and Human Services | Social Science Research Analyst | 0101 - Social Science | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846542200 |
| 846479800 | 9/22/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846479800 |
| 846542100 | 9/22/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846542100 |
| 846542300 | 9/22/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Eldersburg, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846542300 |
| 846469300 | 9/22/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Oklahoma City, Oklahoma | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846469300 |
| 846470900 | 9/22/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Paris, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846470900 |
| 846518800 | 9/22/2025 | Department of Labor | Economic Assistant (Part-time) | 0119 - Economics Assistant | Springfield, Massachusetts | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846518800 |
| 846503800 | 9/22/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST(RECRUITMENT & PLACEMENT) | 0201 - Human Resources Management | Ramstein, Germany | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846503800 |
| 845840400 | 9/22/2025 | Department of Homeland Security | MISSION SUPPORT SPECIALIST (WORKFORCE MANAGEMENT) | 0301 - Miscellaneous Administration And Program | Havre, Montana | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845840400 |
| 846458700 | 9/22/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Altus AFB, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846458700 |
| 846221900 | 9/22/2025 | Department of Homeland Security | MANAGEMENT AND PROGRAM ANALYST (ACQUISITION) | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846221900 |
| 846480200 | 9/22/2025 | Department of Health and Human Services | Program Analyst | 0343 - Management And Program Analysis | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846480200 |
| 846240600 | 9/22/2025 | Department of Homeland Security | General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846240600 |
| 846448200 | 9/22/2025 | Department of Commerce | General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846448200 |
| 846349400 | 9/22/2025 | Department of the Air Force | CIVIL ENGINEER (STRUCTURAL) | 0810 - Civil Engineering | Mildenhall, United Kingdom | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846349400 |
| 846470700 | 9/22/2025 | Department of the Air Force | CIVIL ENGINEER | 0810 - Civil Engineering | Mildenhall, United Kingdom | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846470700 |
| 846409900 | 9/22/2025 | Department of the Air Force | ELECTRICAL ENGINEER | 0850 - Electrical Engineering | Mildenhall, United Kingdom | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846409900 |
| 846398300 | 9/22/2025 | Department of the Air Force | PROCUREMENT ANALYST | 1102 - Contracting | Ramstein, Germany | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846398300 |
| 846090300 | 9/22/2025 | Department of Homeland Security | Supervisory Data Scientist | 1560 - Data Science Series | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846090300 |
| 846376800 | 9/22/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER | 1601 - Equipment Facilities, And Services | Luke AFB, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846376800 |
| 846281900 | 9/22/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Boise, Idaho | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846281900 |
| 846301800 | 9/22/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Mount Laurel, New Jersey | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846301800 |
| 846313500 | 9/22/2025 | Department of Homeland Security | Information Technology Specialist (Policy Planning) | 2210 - Information Technology Management | Ashburn, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846313500 |
| 846490600 | 9/22/2025 | Department of Homeland Security | Information Technology Specialist | 2210 - Information Technology Management | Portal, North Dakota | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846490600 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846506400 | 9/22/2025 | Department of Health and Human Services | IT Prog Mgr (DataMgt) (Data Scientist) | 2210 - Information Technology Management | Atlanta, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846506400 |
| 846552400 | 9/22/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846552400 |
| 846577400 | 9/22/2025 | Department of Energy | Foreign Affairs Specialist | 0130 - Foreign Affairs | Washington, District of Columbia | EN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846577400 |
| 846592500 | 9/22/2025 | Other Agencies and Independent Organizations | Chief, Benefits Operations, CM-0201-00 | 0201 - Human Resources Management | Washington, District of Columbia | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846592500 |
| 846565900 | 9/22/2025 | Department of Justice | Human Resources Assistant (OA) | 0203 - Human Resources Assistance | Washington, District of Columbia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846565900 |
| 846549500 | 9/22/2025 | Other Agencies and Independent Organizations | Program Specialist | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846549500 |
| 846568500 | 9/22/2025 | Department of the Air Force | SUPERVISORY SERVICES SPECIALIST | 0301 - Miscellaneous Administration And Program | Dobbins AFB, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846568500 |
| 846569500 | 9/22/2025 | Department of Justice | Supervisory Program and Legal Operations Analyst | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846569500 |
| 846576600 | 9/22/2025 | Executive Office of the President | Program Examiner | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846576600 |
| 846577200 | 9/22/2025 | Executive Office of the President | Program Examiner | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846577200 |
| 846587000 | 9/22/2025 | Other Agencies and Independent Organizations | Deputy Regional Director, EM-0301-00 (Dallas Regional Office) | 0301 - Miscellaneous Administration And Program | Dallas, Texas | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846587000 |
| 846587700 | 9/22/2025 | Other Agencies and Independent Organizations | Deputy Regional Director, EM-0301-00 (New York Regional Office) | 0301 - Miscellaneous Administration And Program | Braintree, Massachusetts | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846587700 |
| 846548300 | 9/22/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Lackland AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846548300 |
| 846562500 | 9/22/2025 | Department of Education | Management and Program Analyst, (UX/UI) GS-343-13, FPL 13 (TERM NTE 13 Months) (DE) | 0343 - Management And Program Analysis | San Francisco, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846562500 |
| 846563600 | 9/22/2025 | Department of Education | Management Program Analyst (UX/UI Designer), GS-0343-13, (FPL 13) (MP) | 0343 - Management And Program Analysis | San Francisco, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846563600 |
| 846564500 | 9/22/2025 | Department of Education | Management Program Analyst (UX/UI Designer),GS-0343-13, (FPL 13) (DE) | 0343 - Management And Program Analysis | San Francisco, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846564500 |
| 846588800 | 9/22/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Travis AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846588800 |
| 846568800 | 9/22/2025 | Executive Office of the President | Student Trainee (Program Examiner) | 0399 - Administration And Office Support Student T | Washington, District of Columbia | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846568800 |
| 846585200 | 9/22/2025 | Other Agencies and Independent Organizations | Deputy Director, Corporate Planning & Performance Management, EM-501-00 | 0501 - Financial Administration And Program | Washington, District of Columbia | EM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846585200 |
| 846558800 | 9/22/2025 | Department of Defense | Chief Financial Officer (Financial Manager) | 0505 - Financial Management | Fort Lee, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846558800 |
| 846579100 | 9/22/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Hato Rey, Puerto Rico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846579100 |
| 846579300 | 9/22/2025 | Department of Justice | Budget Officer | 0560 - Budget Analysis | Hato Rey, Puerto Rico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846579300 |
| 846591100 | 9/22/2025 | Other Agencies and Independent Organizations | Assistant Regional Director, CM-0570-00 (Chicago Regional Office) | 0570 - Financial Institution Examining | Chicago, Illinois | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846591100 |
| 846592400 | 9/22/2025 | Other Agencies and Independent Organizations | Field Supervisor, CM-0570-00 (Dallas Region) | 0570 - Financial Institution Examining | Denver, Colorado | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846592400 |
| 846570500 | 9/22/2025 | Executive Office of the President | Student Trainee (Budget Preparation) | 0599 - Financial Management Student Trainee | Washington, District of Columbia | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846570500 |
| 846545500 | 9/22/2025 | Department of Health and Human Services | Public Health Analyst (Policy) | 0685 - Public Health Program Specialist | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846545500 |
| 846566500 | 9/22/2025 | Department of Agriculture | Animal Health Technician | 0704 - Animal Health Technician | Manhattan, Kansas | GS-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846566500 |
| 846562300 | 9/22/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846562300 |
| 846571200 | 9/22/2025 | Department of the Air Force | PARALEGAL SPECIALIST | 0950 - Paralegal Specialist | Osan, South Korea | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846571200 |
| 846551100 | 9/22/2025 | Department of Justice | Legal Assistant (OA) | 0986 - Legal Assistance | San Juan, Puerto Rico | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/846551100 |
| 846573800 | 9/22/2025 | Department of the Air Force | LEGAL ASSISTANT (O/A) | 0986 - Legal Assistance | Aviano, Italy | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846573800 |
| 846557800 | 9/22/2025 | Department of the Air Force | REALTY SPECIALIST | 1170 - Realty | Fort Sam Houston, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846557800 |
| 846568400 | 9/22/2025 | Department of the Air Force | REALTY SPECIALIST | 1170 - Realty | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846568400 |
| 846571100 | 9/22/2025 | Department of Justice | Data Scientist | 1560 - Data Science Series | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846571100 |
| 846571600 | 9/22/2025 | Department of Justice | Data Scientist | 1560 - Data Science Series | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846571600 |
| 846546300 | 9/22/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER | 1601 - Equipment Facilities, And Services | Westover Air Reserve Base, Massachusetts | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846546300 |
| 846546600 | 9/22/2025 | Department of Homeland Security | Supervisory Immigration Services Officer (Field Office Director) | 1801 - General Inspection, Investigation, Enforcem | Los Angeles, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846546600 |
| 846567700 | 9/22/2025 | Department of Justice | Investigative Analyst | 1805 - Investigative Analysis | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846567700 |
| 846568300 | 9/22/2025 | Department of Justice | Investigative Analyst | 1805 - Investigative Analysis | Washington, District of Columbia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846568300 |
| 846569000 | 9/22/2025 | Department of Justice | Lead Investigative Analyst | 1805 - Investigative Analysis | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846569000 |
| 846561000 | 9/22/2025 | Department of Justice | Criminal Investigator | 1811 - Criminal Investigation | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846561000 |
| 846561100 | 9/22/2025 | Department of Justice | Criminal Investigator | 1811 - Criminal Investigation | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846561100 |
| 846564600 | 9/22/2025 | Department of Justice | Criminal Investigator (Special Agent) | 1811 - Criminal Investigation | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846564600 |
| 846584600 | 9/22/2025 | Department of Education | Supervisory Criminal Investigator, GS-1811-15 (MP) | 1811 - Criminal Investigation | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846584600 |
| 846564000 | 9/22/2025 | Department of the Interior | Dispatcher (Public Safety) | 2151 - Dispatching | Fort Washakie, Wyoming | GS-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/846564000 |
| 846571000 | 9/22/2025 | Department of Education | IT Spec (ENTARCH)"Infrastructure and Database Engineers", GS-2210-14, (Term) | 2210 - Information Technology Management | San Francisco, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846571000 |
| 846572200 | 9/22/2025 | Department of Education | IT Specialist (ENTARCH)"Infrastructure and Database Engineers", GS-2210-14 (MP) | 2210 - Information Technology Management | San Francisco, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846572200 |
| 846572300 | 9/22/2025 | Department of Justice | Information Technology Specialist (Help Desk) | 2210 - Information Technology Management | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846572300 |
| 846572800 | 9/22/2025 | Department of Justice | Information Technology Specialist (Help Desk) | 2210 - Information Technology Management | Washington, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846572800 |
| 846573300 | 9/22/2025 | Department of Justice | Information Technology Specialist (Help Desk) | 2210 - Information Technology Management | Washington, District of Columbia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846573300 |
| 846574800 | 9/22/2025 | Department of Education | IT Specialist (ENTARCH)"Infrastructure and Database Engineers", GS-2210-14 | 2210 - Information Technology Management | San Francisco, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846574800 |
| 846597600 | 9/22/2025 | General Services Administration | IT SPECIALIST (INFORMATION SECURITY) (INFOSEC) | 2210 - Information Technology Management | Phoenix, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846597600 |
| 846598400 | 9/22/2025 | General Services Administration | IT SPECIALIST (INFORMATION SECURITY) (INFOSEC) | 2210 - Information Technology Management | Phoenix, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846598400 |
| 846598800 | 9/22/2025 | General Services Administration | IT SPECIALIST (INFORMATION SECURITY) (INFOSEC) | 2210 - Information Technology Management | Phoenix, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846598800 |
| 846563200 | 9/22/2025 | Department of the Air Force | NONDESTRUCTIVE TESTER | 3705 - Non-Destructive Testing | Westover Air Reserve Base, Massachusetts | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846563200 |
| 846559700 | 9/22/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | McChord AFB, Washington | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846559700 |
| 846942800 | 9/22/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | McConnell AFB, Kansas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846942800 |
| 846580700 | 9/23/2025 | Department of the Air Force | CAREER FIELD ADMINISTRATOR | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846580700 |
| 846595300 | 9/23/2025 | Department of Homeland Security | Immigration Service Officer | 1801 - General Inspection, Investigation, Enforcem | Salt Lake City, Utah | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846595300 |
| 846581100 | 9/23/2025 | Department of Defense | Quality Assurance Specialist (Chemicals) | 1910 - Quality Assurance | Houston, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846581100 |
| 846617400 | 9/23/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846617400 |
| 846619700 | 9/23/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846619700 |
| 846635900 | 9/24/2025 | Department of Justice | Spring College Interns  (Student Volunteer) | 0099 - General Student Trainee | Fort Worth, Texas | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846635900 |
| 846636000 | 9/24/2025 | Department of Justice | Spring College Interns(Student Volunteer) | 0099 - General Student Trainee | Abilene, Texas | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846636000 |
| 846637300 | 9/24/2025 | Department of Justice | Spring Law Interns (Student Volunteer) | 0099 - General Student Trainee | Dallas, Texas | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846637300 |
| 846633000 | 9/24/2025 | Department of Justice | Government Information Specialist | 0306 - Government Information Specialist | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846633000 |

3317242

A150

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846649000 | 9/24/2025 | Department of the Air Force | PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Tyndall AFB, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846649000 |
| 846666100 | 9/24/2025 | Department of Justice | Government Information Specialist (FOIA/PA) | 0306 - Government Information Specialist | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846666100 |
| 846709400 | 9/26/2025 | Department of Homeland Security | Supervisory Immigration Services Assistant (SISA) | 1802 - Compliance Inspection And Support | Cranbury, New Jersey | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846709400 |
| 846801300 | 9/29/2025 | Department of Justice | Correctional Program Officer (Administrator, External Auditing Branch) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846801300 |
| 846801600 | 9/29/2025 | Department of Justice | Correctional Program Officer (Sector Administrator) | 0006 - Correctional Institution Administration | Montgomery, Alabama | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846801600 |
| 846807700 | 9/29/2025 | Department of Justice | Correctional Program Officer (Residential Reentry Manager) | 0006 - Correctional Institution Administration | Montgomery, Alabama | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846807700 |
| 846808900 | 9/29/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Cumberland, Maryland | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846808900 |
| 846811700 | 9/29/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Duluth, Minnesota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846811700 |
| 846813200 | 9/29/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Yazoo City, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846813200 |
| 846815400 | 9/29/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Lompoc, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846815400 |
| 846828100 | 9/29/2025 | Department of Justice | Correctional Program Officer (Residential Reentry Manager) | 0006 - Correctional Institution Administration | Miami, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846828100 |
| 846841800 | 9/29/2025 | Department of Justice | Correctional Program Specialist (Emergency Management Specialist) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846841800 |
| 846872200 | 9/29/2025 | Department of Justice | Correctional Program Officer (Sector Administrator) | 0006 - Correctional Institution Administration | Phoenix, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846872200 |
| 846883500 | 9/29/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Beaumont, Texas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846883500 |
| 846899100 | 9/29/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Guaynabo, Puerto Rico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846899100 |
| 846905300 | 9/29/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Butner Federal Correctional Complex, North Carolin | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846905300 |
| 846930300 | 9/29/2025 | Department of Justice | Correctional Program Specialist (Senior Designator) | 0006 - Correctional Institution Administration | Grand Prairie, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846930300 |
| 846948700 | 9/29/2025 | Department of Justice | Correctional Program Specialist (Inmate Classification & Computation Specialist) | 0006 - Correctional Institution Administration | Grand Prairie, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846948700 |
| 846789500 | 9/29/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Maxwell AFB, Alabama | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/846789500 |
| 846801800 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Captain) | 0007 - Correctional Officer | Yankton, South Dakota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846801800 |
| 846803100 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer, (Lieutenant) | 0007 - Correctional Officer | Springfield, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846803100 |
| 846804300 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Jesup, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846804300 |
| 846804500 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Jesup, Georgia | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/846804500 |
| 846804900 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Marianna, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846804900 |
| 846805200 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Edgefield, South Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846805200 |
| 846806800 | 9/29/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Terre Haute, Indiana | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/846806800 |
| 846808200 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Inez, Kentucky | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846808200 |
| 846810800 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Elkton, Ohio | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/846810800 |
| 846825000 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Houston, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846825000 |
| 846829600 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Springfield, Missouri | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/846829600 |
| 846834200 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Fort Dix, New Jersey | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846834200 |
| 846834700 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Elkton, Ohio | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846834700 |
| 846857900 | 9/29/2025 | Department of Justice | Correctional Officer (Senior Officer Specialist) | 0007 - Correctional Officer | Littleton, Colorado | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/846857900 |
| 846860200 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Manchester, Kentucky | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846860200 |
| 846862400 | 9/29/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Coleman, Florida | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/846862400 |
| 846864500 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Atlanta, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846864500 |
| 846912700 | 9/29/2025 | Department of Justice | Supervisory Correctional Officer, (Lieutenant), GS-0007-09/11 | 0007 - Correctional Officer | Lompoc, California | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846912700 |
| 846950800 | 9/29/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Victorville, California | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/846950800 |
| 846844800 | 9/29/2025 | Department of Justice | Safety & Occupational Health Manager (Safety Administrator) | 0018 - Safety and Occupational Health Management | Pollock, Louisiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846844800 |
| 846855300 | 9/29/2025 | Department of Justice | Safety & Occupational Health Specialist (Safety Specialist) | 0018 - Safety and Occupational Health Management | Edgefield, South Carolina | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846855300 |
| 846824800 | 9/29/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Thomson, Illinois | GS-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846824800 |
| 846769700 | 9/29/2025 | Department of Housing and Urban Development | Supervisory Physical Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846769700 |
| 846772800 | 9/29/2025 | Department of Housing and Urban Development | Physical Security Specialist (Law Enforcement) | 0080 - Security Administration | Washington, District of Columbia | GL-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846772800 |
| 846861300 | 9/29/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Eielson AFB, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846861300 |
| 846863700 | 9/29/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Kirtland AFB, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846863700 |
| 846887800 | 9/29/2025 | Department of the Air Force | PHYSICAL SECURITY SPECIALIST | 0080 - Security Administration | Scott AFB, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846887800 |
| 846887300 | 9/29/2025 | Department of the Interior | Police Officer (Private - Retired US Federal Service - Up to 70K Recruitment Incentive) | 0083 - Police | Washington, District of Columbia | SP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846887300 |
| 846887700 | 9/29/2025 | Department of the Interior | Police Officer (Private - Experienced Officer - Up to 70K Recruitment Incentive) | 0083 - Police | Washington, District of Columbia | SP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846887700 |
| 846888000 | 9/29/2025 | Department of the Interior | Police Officer (Private - Up to 70K Recruitment Incentive) | 0083 - Police | Washington, District of Columbia | SP-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846888000 |
| 846866000 | 9/29/2025 | Department of the Air Force | Student Trainee | 0099 - General Student Trainee | Clear AFB, Alaska | GS-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/846866000 |
| 846875000 | 9/29/2025 | Department of Justice | Spring College Interns(Student Volunteer) | 0099 - General Student Trainee | Fort Worth, Texas | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846875000 |
| 846875200 | 9/29/2025 | Department of Justice | Spring College Interns(Student Volunteer) | 0099 - General Student Trainee | Abilene, Texas | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846875200 |
| 846877000 | 9/29/2025 | Department of Justice | Spring Law Interns (Student Volunteer) | 0099 - General Student Trainee | Dallas, Texas | GS-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846877000 |
| 846782000 | 9/29/2025 | Department of the Air Force | Work/Life Consultant | 0101 - Social Science | Vandenberg AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846782000 |
| 846782100 | 9/29/2025 | Department of the Air Force | Prevention Specialist | 0101 - Social Science | Joint Base Anacostia-Bolling, District of Columbia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846782100 |
| 846802300 | 9/29/2025 | Department of Justice | Correctional Treatment Specialist (Special Population Program Coordinator) | 0101 - Social Science | Marion, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846802300 |
| 846806900 | 9/29/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Pine Knot, Kentucky | GS-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846806900 |
| 846816300 | 9/29/2025 | Department of the Army | TITLE 5 SEXUAL ASSAULT PREVENTION RESPONSE VICTIM ADVOCATE (SAPR VA) (MI J9 FCTC) | 0101 - Social Science | Fort Custer, Michigan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846816300 |
| 846825600 | 9/29/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Sheridan, Oregon | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846825600 |
| 846858700 | 9/29/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Kings, New York | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846858700 |
| 846948300 | 9/29/2025 | Department of Veterans Affairs | Peer Specialist (Facility Based) | 0102 - Social Science Aid and Technician | Battle Creek, Michigan | GS-6/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846948300 |
| 846650900 | 9/29/2025 | Department of Health and Human Services | HEALTH INSURANCE SPECIALIST | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846650900 |
| 846673000 | 9/29/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Boston, Massachusetts | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846673000 |
| 846765700 | 9/29/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846765700 |
| 846671600 | 9/29/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Wright-Patterson AFB, Ohio | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846671600 |
| 846760500 | 9/29/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Hickam AFB, Hawaii | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846760500 |
| 846768300 | 9/29/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Peterson AFB, Colorado | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846768300 |
| 846768900 | 9/29/2025 | Department of Housing and Urban Development | Supervisory Intelligence Operations Specialist | 0132 - Intelligence | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846768900 |
| 846868500 | 9/29/2025 | Department of Defense | SUPERVISORY INTELLIGENCE OPERATIONS SPECIALIST (REGIONAL OPERATIONS OFFICER) | 0132 - Intelligence | San Diego, California | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846868500 |

3317242

A151

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846871900 | 9/29/2025 | Department of Defense | INTELLIGENCE OPERATIONS SPECIALIST (COUNTERINTELLIGENCE SPECIAL AGENT (CISA)) | 0132 - Intelligence | San Diego, California | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846871900 |
| 846806500 | 9/29/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Resolve) | 0180 - Psychology | Victorville, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846806500 |
| 846814000 | 9/29/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Herlong Sierra Ordnance Depot, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846814000 |
| 846816600 | 9/29/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Lewis Run, Pennsylvania | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846816600 |
| 846817900 | 9/29/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Atlanta, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846817900 |
| 846831500 | 9/29/2025 | Department of Justice | Clinical Psychologist (Sex Offender Program Psychologist) | 0180 - Psychology | Milan, Michigan | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846831500 |
| 846838100 | 9/29/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Miami-Dade County, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846838100 |
| 846845300 | 9/29/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Herlong Sierra Ordnance Depot, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846845300 |
| 846852500 | 9/29/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Littleton, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846852500 |
| 846862700 | 9/29/2025 | Department of Justice | Clinical Psychologist (Deputy Chief Psychologist) | 0180 - Psychology | Butner Federal Correctional Complex, North Carolin | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846862700 |
| 846878500 | 9/29/2025 | Department of Justice | Clinical Psychologist (Neuropsychologist) | 0180 - Psychology | Butner Federal Correctional Complex, North Carolin | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846878500 |
| 846884800 | 9/29/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Beaumont, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846884800 |
| 846899000 | 9/29/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Butner Federal Correctional Complex, North Carolin | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846899000 |
| 846821100 | 9/29/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Beaumont, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/846821100 |
| 846879300 | 9/29/2025 | Department of the Air Force | SOCIAL WORKER (FAMILY ADVOCACY) | 0185 - Social Work | McConnell AFB, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846879300 |
| 846805700 | 9/29/2025 | Department of Justice | Recreation Specialist - Institutional | 0188 - Recreation Specialist | Talladega, Alabama | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/846805700 |
| 846825900 | 9/29/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Tallahassee, Florida | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/846825900 |
| 846781200 | 9/29/2025 | Department of the Air Force | Human Resources Specialist | 0201 - Human Resources Management | Edwards AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846781200 |
| 846809600 | 9/29/2025 | Department of Justice | Human Resources Officer (Human Resource Manager) | 0201 - Human Resources Management | Marion, Illinois | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846809600 |
| 846826800 | 9/29/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPL REL/LABOR REL) | 0201 - Human Resources Management | Travis AFB, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846826800 |
| 846827200 | 9/29/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Long Beach, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846827200 |
| 846838900 | 9/29/2025 | Department of Justice | Human Resource Specialist - Recruitment & Performance Management (Senior Human Resource Specialist) | 0201 - Human Resources Management | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846838900 |
| 846850500 | 9/29/2025 | Department of Justice | Human Resource Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846850500 |
| 846858900 | 9/29/2025 | Department of Justice | Human Resource Specialist - Placement (Staffing Specialist) | 0201 - Human Resources Management | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846858900 |
| 846884400 | 9/29/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Lompoc, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846884400 |
| 846908900 | 9/29/2025 | Department of Justice | Human Resources Officer (Human Resource Manager) | 0201 - Human Resources Management | Philadelphia, Pennsylvania | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846908900 |
| 846912100 | 9/29/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Deputy Chief of HROC) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846912100 |
| 846914600 | 9/29/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Langley AFB, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846914600 |
| 846790400 | 9/29/2025 | Department of the Air Force | HUMAN RESOURCES ASSISTANT (MILITARY/OA) | 0203 - Human Resources Assistance | Sheppard AFB, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846790400 |
| 846821700 | 9/29/2025 | Department of the Air Force | HUMAN RESOURCES ASSISTANT | 0203 - Human Resources Assistance | Patrick AFB, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846821700 |
| 846325000 | 9/29/2025 | Department of Homeland Security | Supervisory Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Aliso Viejo, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846325000 |
| 846360200 | 9/29/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Fort Myers, Florida | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846360200 |
| 846712000 | 9/29/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Brooklyn, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846712000 |
| 846732000 | 9/29/2025 | Department of Defense | EXECUTIVE ASSISTANT | 0301 - Miscellaneous Administration And Program | Pentagon, Arlington, Virginia | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846732000 |
| 846780900 | 9/29/2025 | Department of the Air Force | Configuration and Data Management Specialist | 0301 - Miscellaneous Administration And Program | Robins AFB, Georgia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846780900 |
| 846781000 | 9/29/2025 | Department of the Air Force | Configuration and Data Management Specialist | 0301 - Miscellaneous Administration And Program | Robins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846781000 |
| 846802500 | 9/29/2025 | Department of Justice | Assistant Trust Fund Supervisor | 0301 - Miscellaneous Administration And Program | Fort Dix, New Jersey | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846802500 |
| 846803700 | 9/29/2025 | Department of Homeland Security | Congressional Liaison Specialist | 0301 - Miscellaneous Administration And Program | Hartford, Connecticut | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846803700 |
| 846843300 | 9/29/2025 | Department of Justice | Trust Fund Supervisor | 0301 - Miscellaneous Administration And Program | Duluth, Minnesota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846843300 |
| 846863500 | 9/29/2025 | Department of Justice | Victim Witness Coordinator | 0301 - Miscellaneous Administration And Program | Grand Rapids, Michigan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846863500 |
| 846881800 | 9/29/2025 | Department of Justice | Trust Fund Supervisor | 0301 - Miscellaneous Administration And Program | Yazoo City, Mississippi | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846881800 |
| 846819900 | 9/29/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | El Reno, Oklahoma | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846819900 |
| 846807200 | 9/29/2025 | Department of Justice | Secretary (Unit Secretary) | 0318 - Secretary | Victorville, California | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/846807200 |
| 846811900 | 9/29/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Marion, Illinois | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846811900 |
| 846815900 | 9/29/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Grand Marsh, Wisconsin | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/846815900 |
| 846816000 | 9/29/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Victorville, California | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/846816000 |
| 846836300 | 9/29/2025 | Department of Justice | Secretary (Unit Secretary) | 0318 - Secretary | Atwater, California | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/846836300 |
| 846893600 | 9/29/2025 | Department of the Army | Programs Director Family and Morale Welfare and Recreation, NF-05 | 0340 - Program Management | Natick, Massachusetts | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846893600 |
| 846759800 | 9/29/2025 | Other Agencies and Independent Organizations | ADMINISTRATIVE OFFICER | 0341 - Administrative Officer | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846759800 |
| 846760100 | 9/29/2025 | Other Agencies and Independent Organizations | ADMINISTRATIVE OFFICER | 0341 - Administrative Officer | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846760100 |
| 846781700 | 9/29/2025 | Department of the Air Force | Management Analyst | 0343 - Management And Program Analysis | Eglin AFB, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846781700 |
| 846782200 | 9/29/2025 | Department of the Air Force | Program analyst (Cyber Operations) | 0343 - Management And Program Analysis | Peterson AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846782200 |
| 846809500 | 9/29/2025 | Department of the Air Force | SUPERVISORY MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Sheppard AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846809500 |
| 846845200 | 9/29/2025 | Department of Energy | Business and Infrastructure Director (Program Analyst) | 0343 - Management And Program Analysis | Washington, District of Columbia | EN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846845200 |
| 846892500 | 9/29/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Fort Worth, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846892500 |
| 846780300 | 9/29/2025 | Department of the Air Force | Logistics Management Specialist | 0346 - Logistics Management | Peterson AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846780300 |
| 846780400 | 9/29/2025 | Department of the Air Force | Logistics Management Specialist | 0346 - Logistics Management | MacDill AFB, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846780400 |
| 846780500 | 9/29/2025 | Department of the Air Force | Logistics Management Specialist | 0346 - Logistics Management | MacDill AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846780500 |
| 846780600 | 9/29/2025 | Department of the Air Force | Logistics Management Specialist | 0346 - Logistics Management | Peterson AFB, Colorado | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846780600 |
| 846780700 | 9/29/2025 | Department of the Air Force | Logistics Management Specialist | 0346 - Logistics Management | Peterson AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846780700 |
| 846780800 | 9/29/2025 | Department of the Air Force | Logistics Management Specialist | 0346 - Logistics Management | Peterson AFB, Colorado | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846780800 |
| 846811000 | 9/29/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Westover Air Reserve Base, Massachusetts | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846811000 |
| 846815500 | 9/29/2025 | Department of the Air Force | LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846815500 |
| 846853500 | 9/29/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846853500 |
| 846873400 | 9/29/2025 | Department of the Interior | Telecommunications Specialist | 0391 - Telecommunications | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846873400 |
| 846622500 | 9/29/2025 | Executive Office of the President | Financial Management Specialist | 0501 - Financial Administration And Program | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846622500 |
| 846827600 | 9/29/2025 | Department of Justice | Business Administrator | 0501 - Financial Administration And Program | Lompoc, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846827600 |
| 846832300 | 9/29/2025 | Department of Justice | Business Administrator | 0501 - Financial Administration And Program | Bryan, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846832300 |
| 846900400 | 9/29/2025 | Department of Justice | General Business Manager (UNICOR Business Manager) | 0501 - Financial Administration And Program | Marion, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846900400 |
| 846910600 | 9/29/2025 | Department of Justice | General Business Manager (UNICOR Business Manager) | 0501 - Financial Administration And Program | Jesup, Georgia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846910600 |
| 846922700 | 9/29/2025 | Department of the Air Force | SUPERVISORY FUNDS CONTROL OFFICER- DIRECT HIRE AUTHORITY | 0501 - Financial Administration And Program | Kelly AFB, Texas | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846922700 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846826200 | 9/29/2025 | Department of Health and Human Services | Lead Accountant | 0510 - Accounting | Rockville, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846826200 |
| 846826400 | 9/29/2025 | Department of Health and Human Services | Accountant | 0510 - Accounting | Rockville, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846826400 |
| 846906100 | 9/29/2025 | Department of Justice | Accountant (Factory Operational Accountant) | 0510 - Accounting | Gregg Township, Pennsylvania | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846906100 |
| 846909200 | 9/29/2025 | Department of Justice | Accountant (Factory Operational Accountant) | 0510 - Accounting | Forrest City, Arkansas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846909200 |
| 846807400 | 9/29/2025 | Department of Homeland Security | Auditor (Financial) | 0511 - Auditing | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846807400 |
| 846828500 | 9/29/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Victorville, California | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/846828500 |
| 846883800 | 9/29/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | San Francisco, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846883800 |
| 846884000 | 9/29/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | San Francisco, California | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846884000 |
| 846905800 | 9/29/2025 | Department of the Air Force | BUDGET OFFICER | 0560 - Budget Analysis | Fairchild AFB, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846905800 |
| 846803200 | 9/29/2025 | Department of Justice | Physician (Chief Psychiatrist) | 0602 - Medical Officer | Federal Medical Center Carswell, Texas | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846803200 |
| 846826000 | 9/29/2025 | Department of Justice | Supervisory Nurse (Supervisory Clinical Nurse) | 0610 - Nurse | Yazoo City, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846826000 |
| 846826600 | 9/29/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Marianna, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846826600 |
| 846817400 | 9/29/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Sheridan, Oregon | GS-07 | Questionnaire with EO question | https://www.usajobs.gov/job/846817400 |
| 846879800 | 9/29/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Kings, New York | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/846879800 |
| 846897500 | 9/29/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Thomson, Illinois | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/846897500 |
| 846809700 | 9/29/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Florence, Colorado | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846809700 |
| 846828600 | 9/29/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Chicago, Illinois | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/846828600 |
| 846913500 | 9/29/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Thomson, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846913500 |
| 846805100 | 9/29/2025 | Department of Justice | Assistant Health System Administrator (Assistant Health Services Administrator) | 0670 - Health System Administration | Tallahassee, Florida | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846805100 |
| 846851100 | 9/29/2025 | Department of Justice | Assistant Health System Administrator (Assistant Health Services Administrator) | 0670 - Health System Administration | Tucson, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846851100 |
| 846903200 | 9/29/2025 | Department of Justice | Health System Administrator (Health Services Administrator) | 0670 - Health System Administration | Ray Brook, New York | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846903200 |
| 846808000 | 9/29/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Grand Marsh, Wisconsin | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846808000 |
| 846810100 | 9/29/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Kings, New York | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/846810100 |
| 846839000 | 9/29/2025 | Department of Justice | Dentist (Chief Dental Officer) | 0680 - Dental Officer | Bruceton Mills, West Virginia | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846839000 |
| 846803800 | 9/29/2025 | Department of Justice | Dental Assistant - Expanded Function | 0681 - Dental Assistant | Houston, Texas | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/846803800 |
| 846804000 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Edwards AFB, California | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846804000 |
| 846857600 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Yuma Proving Ground, Arizona | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846857600 |
| 846866300 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Davis Monthan AFB, Arizona | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846866300 |
| 846876300 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) | 0701 - Veterinary Medical Science | Fort Bliss, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846876300 |
| 846878200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Belvoir, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846878200 |
| 846881400 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Randolph AFB, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846881400 |
| 846891300 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Rucker, Alabama | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846891300 |
| 846894200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Vilseck, Germany | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846894200 |
| 846905900 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | West Point, New York | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846905900 |
| 846912200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Polk, Louisiana | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846912200 |
| 846916900 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Naval Air Station Pensacola, Florida | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846916900 |
| 846924100 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Minot AFB, North Dakota | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846924100 |
| 846925400 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Great Lakes Naval Training Center, Illinois | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846925400 |
| 846930100 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Hohenfels, Germany | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846930100 |
| 846931200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Lemoore Naval Air Station, California | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846931200 |
| 846934600 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Schofield Barracks, Hawaii | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846934600 |
| 846936200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846936200 |
| 846941200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Port Hueneme, California | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846941200 |
| 846943600 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Camp Humphreys, South Korea | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846943600 |
| 846944600 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Irwin, California | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846944600 |
| 846948200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846948200 |
| 846951400 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Twentynine Palms, California | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846951400 |
| 846937200 | 9/29/2025 | Department of the Army | Animal Health Assistant (Developmental) NF-02/03 | 0704 - Animal Health Technician | Camp Pendleton, California | NF-2/3 | Questionnaire with EO question | https://www.usajobs.gov/job/846937200 |
| 846773600 | 9/29/2025 | Department of the Air Force | ENGINEERING | 0801 - General Engineering | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846773600 |
| 846819800 | 9/29/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Big Spring, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846819800 |
| 846838800 | 9/29/2025 | Department of the Treasury | Computer Engineer (Artificial Intelligence Engineer) | 0854 - Computer Engineering | Salt Lake City, Utah | GS-12/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846838800 |
| 846773700 | 9/29/2025 | Department of the Air Force | ELECTRONICS ENGINEER | 0855 - Electronics Engineering | Lackland AFB, Texas | GG-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846773700 |
| 846925000 | 9/29/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Herlong Sierra Ordnance Depot, California | GS-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/846925000 |
| 846875300 | 9/29/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Savannah, Georgia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846875300 |
| 846875400 | 9/29/2025 | Department of Justice | Legal Administrative Specialist (Litigation Support) | 0901 - General Legal And Kindred Administration | Savannah, Georgia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846875400 |
| 846756100 | 9/29/2025 | Department of Homeland Security | General Attorney | 0905 - Attorney | Birmingham, Alabama | GS-11/14 | Questionnaire with EO question | https://www.usajobs.gov/job/846756100 |
| 846795800 | 9/29/2025 | Department of the Air Force | ATTORNEY-ADVISER | 0905 - Attorney | Randolph AFB, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846795800 |
| 846816900 | 9/29/2025 | Department of Justice | Trial Attorney | 0905 - Attorney | Washington, District of Columbia | GS-13/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846816900 |
| 846831900 | 9/29/2025 | Department of Justice | Trial Attorney (Health Care Fraud Unit) | 0905 - Attorney | Los Angeles, California | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/846831900 |
| 846744700 | 9/29/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Seattle, Washington | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846744700 |
| 846744800 | 9/29/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Seattle, Washington | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846744800 |
| 846746600 | 9/29/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Seattle, Washington | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846746600 |
| 846746800 | 9/29/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Seattle, Washington | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846746800 |
| 846944700 | 9/29/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Jacksonville, Florida | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846944700 |
| 846854000 | 9/29/2025 | Department of Justice | Public Affairs Specialist | 1035 - Public Affairs | Billings, Montana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846854000 |
| 846854200 | 9/29/2025 | Department of Justice | Public Affairs Specialist | 1035 - Public Affairs | Billings, Montana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846854200 |
| 846626200 | 9/29/2025 | Department of the Air Force | AUDIOVISUAL PRODUCTION SPECIALIST | 1071 - Audiovisual Production | Robins AFB, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846626200 |
| 846347200 | 9/29/2025 | Department of Energy | Business Division Director | 1101 - General Business And Industry | Berkeley, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846347200 |
| 846802200 | 9/29/2025 | Department of Justice | Procurement And Property Specialist | 1101 - General Business And Industry | Grand Marsh, Wisconsin | GS-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846802200 |
| 846844400 | 9/29/2025 | Department of Energy | Customer Account Executive (Real Time Trader and Scheduler) (Recent Grad) | 1101 - General Business And Industry | Portland, Oregon | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846844400 |
| 846864700 | 9/29/2025 | Department of Justice | Program Manager (Operations Manager - UNICOR) | 1101 - General Business And Industry | Forrest City, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846864700 |
| 846880800 | 9/29/2025 | Department of Justice | Supervisory Industrial Specialist (Supervisory Project Manager) | 1101 - General Business And Industry | Salt Lake City, Utah | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846880800 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846895500 | 9/29/2025 | Department of the Air Force | ACQUISITION PROGRAM MANAGEMENT SPECIALIST- DIRECT HIRE AUTHORITY | 1101 - General Business And Industry | Wright-Patterson AFB, Ohio | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846895500 |
| 846904700 | 9/29/2025 | Other Agencies and Independent Organizations | Chief, Contract Oversight Section, CM-1101-00 | 1101 - General Business And Industry | Washington, District of Columbia | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846904700 |
| 846802600 | 9/29/2025 | Department of Justice | Supervisory Contract Specialist - UNICOR | 1102 - Contracting | Forrest City, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846802600 |
| 846825500 | 9/29/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Oakdale, Louisiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846825500 |
| 846858600 | 9/29/2025 | Department of the Air Force | SUPERVISORY CONTRACT SPECIALIST | 1102 - Contracting | Yokota Air Base, Japan | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846858600 |
| 846870800 | 9/29/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Fort Devens, Massachusetts | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/846870800 |
| 846884200 | 9/29/2025 | Department of Justice | Contract Specialist (Direct Hire) | 1102 - Contracting | San Francisco, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846884200 |
| 846822300 | 9/29/2025 | Department of Energy | Public Utilites Specialist | 1130 - Public Utilities Specialist | Portland, Oregon | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846822300 |
| 846822900 | 9/29/2025 | Department of Energy | Public Utilities Specialist | 1130 - Public Utilities Specialist | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846822900 |
| 846823000 | 9/29/2025 | Department of Energy | Public Utilities Specialist (Trader) | 1130 - Public Utilities Specialist | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846823000 |
| 846823400 | 9/29/2025 | Department of Energy | Public Utilities Specialist (Trader) | 1130 - Public Utilities Specialist | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846823400 |
| 846857300 | 9/29/2025 | Department of Justice | Production Controller (Supervisory Production Controller - UNICOR) | 1152 - Production Control | Minersville, Pennsylvania | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846857300 |
| 846894600 | 9/29/2025 | Department of the Air Force | REALTY SPECIALIST | 1170 - Realty | Goodfellow AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846894600 |
| 846931800 | 9/29/2025 | Department of Commerce | Patent Examiner (Computer Science) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846931800 |
| 846934100 | 9/29/2025 | Department of Commerce | Patent Examiner (Electrical Engineering) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846934100 |
| 846935100 | 9/29/2025 | Department of Commerce | Patent Examiner (Chemistry) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846935100 |
| 846937800 | 9/29/2025 | Department of Commerce | Patent Examiner (Biomedical Engineering) | 1224 - Patent Examining | Alexandria County, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846937800 |
| 846938200 | 9/29/2025 | Department of Commerce | Patent Examiner (Computer Engineering) | 1224 - Patent Examining | Alexandria, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846938200 |
| 846709200 | 9/29/2025 | Department of the Air Force | PHYSICAL SCIENTIST (ENVIRONMENTAL) | 1301 - General Physical Science | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846709200 |
| 846847800 | 9/29/2025 | Department of Energy | Physical Scientist | 1301 - General Physical Science | Portland, Oregon | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846847800 |
| 846730500 | 9/29/2025 | Department of the Air Force | CHEMIST | 1320 - Chemistry | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846730500 |
| 846734800 | 9/29/2025 | Department of the Air Force | OPERATIONS RESEARCH ANALYST | 1515 - Operations Research | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846734800 |
| 846709100 | 9/29/2025 | Department of the Air Force | MATHEMATICIAN | 1520 - Mathematics | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846709100 |
| 846731400 | 9/29/2025 | Department of the Air Force | Computer Scientist | 1550 - Computer Science | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846731400 |
| 846773800 | 9/29/2025 | Department of the Air Force | COMPUTER SCIENTIST | 1550 - Computer Science | Lackland AFB, Texas | GG-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846773800 |
| 846709300 | 9/29/2025 | Department of the Air Force | DATA SCIENTIST | 1560 - Data Science Series | Gunter AFB, Alabama | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846709300 |
| 846796800 | 9/29/2025 | Department of Defense | Data Scientist (AI/RISK) | 1560 - Data Science Series | Battle Creek, Michigan | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846796800 |
| 846872000 | 9/29/2025 | Department of the Interior | Fleet Management Systems Specialist | 1601 - Equipment Facilities, And Services | Washington, District of Columbia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846872000 |
| 846814700 | 9/29/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Sheridan, Oregon | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/846814700 |
| 846730100 | 9/29/2025 | Department of the Interior | Supervisory Facility Operations Specialist | 1640 - Facility Operations Services | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846730100 |
| 846813100 | 9/29/2025 | Department of the Air Force | FACILITY OPERATIONS SPECIALIST | 1640 - Facility Operations Services | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846813100 |
| 846910000 | 9/29/2025 | Department of Justice | Supervisory Facility Operations Specialists, (Regional Facilities Administrator) | 1640 - Facility Operations Services | Kansas City, Kansas | GL-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846910000 |
| 846807900 | 9/29/2025 | Department of Justice | Supervisory Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Jonesville, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846807900 |
| 846814600 | 9/29/2025 | Department of Justice | Food Services Specialist (Assistant Food Service Administrator) | 1667 - Food Services | Elkton, Ohio | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846814600 |
| 846821800 | 9/29/2025 | Department of the Army | Supervisory Chef NF-03 | 1667 - Food Services | Fort Knox, Kentucky | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846821800 |
| 846823100 | 9/29/2025 | Department of Justice | Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Bastrop, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846823100 |
| 846832400 | 9/29/2025 | Department of Justice | Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Tallahassee, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846832400 |
| 846847900 | 9/29/2025 | Department of Justice | Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Maxwell AFB, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846847900 |
| 846870500 | 9/29/2025 | Department of Justice | Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Sheridan, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846870500 |
| 846781100 | 9/29/2025 | Department of the Air Force | Equipment Specialist | 1670 - Equipment Services | Schriever AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846781100 |
| 846781300 | 9/29/2025 | Department of the Air Force | Child Development Specialist | 1701 - General Education And Training | Edwards AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846781300 |
| 846781500 | 9/29/2025 | Department of the Air Force | Youth Program Specialist | 1701 - General Education And Training | Edwards AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846781500 |
| 846781600 | 9/29/2025 | Department of the Air Force | General Education and Training Specialist | 1701 - General Education And Training | Andrews AFB, Maryland | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846781600 |
| 846859700 | 9/29/2025 | Department of the Air Force | SUPERVISORY SCHOOL AGE CARE PROGRAM COORDINATOR | 1701 - General Education And Training | Maxwell AFB, Alabama | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846859700 |
| 846876600 | 9/29/2025 | Department of Justice | Education Specialist (Education Program Specialist) | 1701 - General Education And Training | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846876600 |
| 846886100 | 9/29/2025 | Department of the Air Force | ESL/EFL INSTRUCTOR | 1701 - General Education And Training | Lackland AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846886100 |
| 846934000 | 9/29/2025 | Department of the Air Force | CURRICULUM & EDUCATION TECHNOLOGY SPECIALIST | 1701 - General Education And Training | Sheppard AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846934000 |
| 846936100 | 9/29/2025 | Department of the Air Force | TRAINING AND CURRICULUM SPECIALIST | 1701 - General Education And Training | Yokota Air Base, Japan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846936100 |
| 846945300 | 9/29/2025 | Department of the Air Force | TEST ADMINISTRATOR | 1702 - Education And Training Technician | Altus AFB, Oklahoma | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846945300 |
| 846832500 | 9/29/2025 | Department of Justice | Guidance Counselor (School Guidance Counselor) | 1740 - Education Services | Terre Haute, Indiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846832500 |
| 846781800 | 9/29/2025 | Department of the Air Force | Instructional Systems Specialist | 1750 - Instructional Systems | Goodfellow AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846781800 |
| 846823500 | 9/29/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Vandenberg AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846823500 |
| 846833300 | 9/29/2025 | Department of the Air Force | SUPV INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Keesler AFB, Mississippi | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846833300 |
| 846925800 | 9/29/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Sheppard AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846925800 |
| 846264100 | 9/29/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Las Vegas, Nevada | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846264100 |
| 846564200 | 9/29/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Orlando, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846564200 |
| 846620000 | 9/29/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846620000 |
| 846710200 | 9/29/2025 | Department of Homeland Security | Supervisory Immigration Services Officer (Field Office Director) | 1801 - General Inspection, Investigation, Enforcem | Phoenix, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846710200 |
| 846735300 | 9/29/2025 | Department of Homeland Security | Investigative Specialist | 1801 - General Inspection, Investigation, Enforcem | Orlando, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846735300 |
| 846735400 | 9/29/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Honolulu, Hawaii | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846735400 |
| 846742700 | 9/29/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Los Angeles, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846742700 |
| 846785500 | 9/29/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Pittsburgh, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846785500 |
| 846810200 | 9/29/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Hartford, Connecticut | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846810200 |
| 846813300 | 9/29/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Hartford, Connecticut | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846813300 |
| 846815100 | 9/29/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | El Paso, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846815100 |
| 846817300 | 9/29/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Fairfax, Virginia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846817300 |
| 846857700 | 9/29/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | San Bernardino, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846857700 |
| 846905000 | 9/29/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Salt Lake City, Utah | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846905000 |
| 846910500 | 9/29/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846910500 |
| 846937100 | 9/29/2025 | Department of the Air Force | INSPECTOR GENERAL SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846937100 |
| 846644000 | 9/29/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Pittsburgh, Pennsylvania | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846644000 |
| 846732100 | 9/29/2025 | Department of Homeland Security | Supervisory Immigration Services Assistant | 1802 - Compliance Inspection And Support | Denver, Colorado | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846732100 |
| 846742300 | 9/29/2025 | Department of Homeland Security | Supervisory Immigration Services Assistant | 1802 - Compliance Inspection And Support | Phoenix, Arizona | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846742300 |
| 846842400 | 9/29/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Ray Brook, New York | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/846842400 |
| 846846400 | 9/29/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Phoenix, Arizona | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/846846400 |
| 846857000 | 9/29/2025 | Department of Homeland Security | Supervisory Transportation Security Officer | 1802 - Compliance Inspection And Support | Reno, Nevada | SV-G | Questionnaire with EO question | https://www.usajobs.gov/job/846857000 |
| 846860500 | 9/29/2025 | Department of Homeland Security | Supervisory Transportation Security Officer | 1802 - Compliance Inspection And Support | Santa Maria, California | SV-G | Questionnaire with EO question | https://www.usajobs.gov/job/846860500 |
| 846916300 | 9/29/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Greenville, Illinois | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/846916300 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846927500 | 9/29/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Miami-Dade County, Florida | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/846927500 |
| 846929900 | 9/29/2025 | Department of Homeland Security | Lead Transportation Security Officer | 1802 - Compliance Inspection And Support | Burbank, California | SV-F | Questionnaire with EO question | https://www.usajobs.gov/job/846929900 |
| 846740000 | 9/29/2025 | Department of Homeland Security | Investigative Analyst | 1805 - Investigative Analysis | Aliso Viejo, California | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846740000 |
| 846883400 | 9/29/2025 | Department of the Interior | Investigator | 1810 - General Investigation | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846883400 |
| 846892000 | 9/29/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Fredericksburg, Pennsylvania | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846892000 |
| 846764000 | 9/29/2025 | Department of Homeland Security | Air Interdiction Agent | 1881 - Customs And Border Protection Interdiction | Salt Lake City, Utah | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846764000 |
| 846731200 | 9/29/2025 | Department of Homeland Security | Import Specialist | 1889 - Import Compliance Series | New York, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846731200 |
| 846753900 | 9/29/2025 | Department of Homeland Security | Customs and Border Protection Officer | 1895 - Customs And Border Protection | Saipan, Mariana Island, Northern Mariana Islands | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846753900 |
| 846950000 | 9/29/2025 | Department of Defense | Quality Assurance Specialist (Chemicals) | 1910 - Quality Assurance | Seal Beach, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846950000 |
| 846551900 | 9/29/2025 | Department of the Air Force | SUPPLY TECHNICIAN (OFFICE AUTOMATION) | 2005 - Supply Clerical And Technician | Columbus AFB, Mississippi | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846551900 |
| 846780100 | 9/29/2025 | Department of the Air Force | Inventory Management Specialist | 2010 - Inventory Management | Robins AFB, Georgia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846780100 |
| 846780200 | 9/29/2025 | Department of the Air Force | Inventory Management Specialist | 2010 - Inventory Management | Robins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846780200 |
| 846912800 | 9/29/2025 | Department of the Army | Travel Clerk NF-02 | 2102 - Transportation Clerk And Assistant | Fort Jackson, South Carolina | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/846912800 |
| 846847100 | 9/29/2025 | Department of the Interior | Public Safety Dispatch Supervisor | 2151 - Dispatching | Washington, District of Columbia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846847100 |
| 846436200 | 9/29/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Brooklyn, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846436200 |
| 846745800 | 9/29/2025 | Department of the Air Force | SUPERVISORY IT SPECIALIST (CUSTSPT/SYSADMIN) | 2210 - Information Technology Management | Warren AFB, Wyoming | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846745800 |
| 846747100 | 9/29/2025 | Department of Housing and Urban Development | Supervisory IT Specialist (Chief Technology Officer) | 2210 - Information Technology Management | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846747100 |
| 846747700 | 9/29/2025 | Department of Housing and Urban Development | Supervisory IT Specialist (ACIO IOO) | 2210 - Information Technology Management | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846747700 |
| 846766000 | 9/29/2025 | Department of Energy | Supervisory IT Cybersecurity Specialist (INFOSEC) | 2210 - Information Technology Management | Phoenix, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846766000 |
| 846806200 | 9/29/2025 | Department of the Air Force | SUPV IT SPECIALIST (NETWORK/CUSTSPT) | 2210 - Information Technology Management | Bangor, Maine | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846806200 |
| 846829800 | 9/29/2025 | Department of Justice | INFORMATION TECHNOLOGY SPECIALIST | 2210 - Information Technology Management | Denver, Colorado | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846829800 |
| 846830000 | 9/29/2025 | Department of Justice | INFORMATION TECHNOLOGY SPECIALIST | 2210 - Information Technology Management | Denver, Colorado | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846830000 |
| 846837100 | 9/29/2025 | Department of Defense | IT Specialist (INFOSEC) | 2210 - Information Technology Management | Battle Creek, Michigan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846837100 |
| 846857200 | 9/29/2025 | Department of the Interior | Information Technology Specialist | 2210 - Information Technology Management | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846857200 |
| 846885100 | 9/29/2025 | Other Agencies and Independent Organizations | Regional Manager (Dallas Regional Office), CM-2210-00 | 2210 - Information Technology Management | Dallas, Texas | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846885100 |
| 846823900 | 9/29/2025 | Department of the Army | TITLE 32 SURFACE MAINTENANCE MECHANIC SUPERVISOR (MI SMO - FMS 22) | 5801 - Miscellaneous Transportation/Mobile Equipme | Midland, Michigan | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846823900 |
| 846820500 | 9/29/2025 | Department of the Army | TITLE 32 MATERIALS HANDLER SUPERVISOR (MI CAMP GRAYLING) | 6907 - Materials Handler | Grayling, Michigan | WS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846820500 |
| 846952200 | 9/29/2025 | Department of the Army | Food Service Worker NA-01 | 7408 - Food Service Working | Fort Riley, Kansas | NA-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846952200 |
| 846956000 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Corpus Christi, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846956000 |
| 846960200 | 9/29/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Barksdale AFB, Louisiana | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846960200 |
| 846966100 | 9/29/2025 | Department of the Treasury | Senior Level Counsel (SCE) | 0905 - Attorney | Charlotte Amalie, Virgin Islands | SL-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846966100 |
| 846967600 | 9/29/2025 | Other Agencies and Independent Organizations | AIG for Investigations (Office of the Inspector General) | 0905 - Attorney | Washington, District of Columbia | SL-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846967600 |
| 846960900 | 9/29/2025 | Department of the Army | CYS Coordinator NF-05 | 1701 - General Education And Training | Fort Wainwright, Alaska | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846960900 |
| 846967300 | 9/29/2025 | Other Agencies and Independent Organizations | AIG for Investigations (Office of the Inspector General) | 1811 - Criminal Investigation | Washington, District of Columbia | SL-00 | Questionnaire with EO question | https://www.usajobs.gov/job/846967300 |
| 846959800 | 9/29/2025 | Department of the Army | Cook NA-04 | 7404 - Cooking | Fort Bliss, Texas | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846959800 |
| 846984300 | 9/29/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Pittsburgh, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846984300 |
| 846988200 | 9/29/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Pittsburgh, Pennsylvania | GS-5/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846988200 |
| 846807100 | 9/30/2025 | Department of the Air Force | SECURITY OFFICER | 0080 - Security Administration | Arlington, Virginia | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846807100 |
| 846864100 | 9/30/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Eielson AFB, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846864100 |
| 846951800 | 9/30/2025 | Department of Energy | Nuclear Materials Courier | 0084 - Nuclear Materials Courier | Albuquerque, New Mexico | NV-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846951800 |
| 846952600 | 9/30/2025 | Department of Energy | Nuclear Materials Courier | 0084 - Nuclear Materials Courier | Amarillo, Texas | NV-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846952600 |
| 846740800 | 9/30/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Quantico, Virginia | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846740800 |
| 846758200 | 9/30/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Wright-Patterson AFB, Ohio | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846758200 |
| 846763100 | 9/30/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Wright-Patterson AFB, Ohio | GG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846763100 |
| 846853200 | 9/30/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Fort Riley, Kansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846853200 |
| 846864200 | 9/30/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Fort Riley, Kansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846864200 |
| 846839700 | 9/30/2025 | Department of the Air Force | SUPERVISORY HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Westover Air Reserve Base, Massachusetts | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846839700 |
| 846901300 | 9/30/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Fairchild AFB, Washington | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846901300 |
| 846910400 | 9/30/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPLOYEE RELATIONS/PLACEMENT) | 0201 - Human Resources Management | Goodfellow AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846910400 |
| 846929500 | 9/30/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST(EMPLOYEE RELATIONS/PLACEMENT) | 0201 - Human Resources Management | Little Rock AFB, Arkansas | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846929500 |
| 846930900 | 9/30/2025 | Department of the Air Force | SUPERVISORY HUMAN RESOURCES SPECIALIST | 0201 - Human Resources Management | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846930900 |
| 846928800 | 9/30/2025 | Department of Justice | Human Resources Assistant | 0203 - Human Resources Assistance | Detroit, Michigan | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846928800 |
| 846762100 | 9/30/2025 | Department of the Treasury | ASSISTANT DIRECTOR - LICENSING | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846762100 |
| 846763800 | 9/30/2025 | Department of the Treasury | Assistant Director - Policy | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846763800 |
| 846791300 | 9/30/2025 | Department of the Air Force | EXECUTIVE ASSISTANT | 0301 - Miscellaneous Administration And Program | Patrick AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846791300 |
| 846800000 | 9/30/2025 | Department of Homeland Security | Mission Support Specialist (Generalist) | 0301 - Miscellaneous Administration And Program | Oroville, Washington | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846800000 |
| 846800500 | 9/30/2025 | Department of Homeland Security | Mission Support Specialist (Finance) | 0301 - Miscellaneous Administration And Program | Spokane, Washington | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846800500 |
| 846800700 | 9/30/2025 | Department of Homeland Security | Mission Support Specialist (Finance) | 0301 - Miscellaneous Administration And Program | Spokane, Washington | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846800700 |
| 846822800 | 9/30/2025 | Department of the Air Force | SUPERVISORY PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Langley AFB, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846822800 |
| 846877800 | 9/30/2025 | Department of the Air Force | ADMINISTRATIVE SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846877800 |
| 846883700 | 9/30/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846883700 |
| 846942900 | 9/30/2025 | Department of the Air Force | DEPUTY DIRECTOR | 0301 - Miscellaneous Administration And Program | Falls Church County, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846942900 |
| 846943200 | 9/30/2025 | Department of Homeland Security | Communications Specialist | 0301 - Miscellaneous Administration And Program | Fort Smith, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846943200 |
| 846947200 | 9/30/2025 | Department of the Air Force | PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Joint Base Anacostia-Bolling, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846947200 |
| 846953800 | 9/30/2025 | Department of the Air Force | EXECUTIVE SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846953800 |
| 846957600 | 9/30/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846957600 |
| 846958800 | 9/30/2025 | Department of the Air Force | SENIOR TECHNICAL ADVISOR | 0301 - Miscellaneous Administration And Program | Falls Church County, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846958800 |
| 846959700 | 9/30/2025 | Department of the Air Force | Supervisory Operations Support Specialist (Section Chief) | 0301 - Miscellaneous Administration And Program | Lees Summit, Missouri | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846959700 |
| 846801000 | 9/30/2025 | Department of Homeland Security | Mission Support Assistant | 0303 - Miscellaneous Clerk And Assistant | Spokane, Washington | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846801000 |
| 846879000 | 9/30/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Sheppard AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846879000 |
| 846893900 | 9/30/2025 | Department of the Air Force | UNIT PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Dobbins AFB, Georgia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846893900 |
| 846833500 | 9/30/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Keesler AFB, Mississippi | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846833500 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 846906900 | 9/30/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Goodfellow AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846906900 |
| 846925500 | 9/30/2025 | Department of the Air Force | SECRETARY (OFFICE AUTOMATION) | 0318 - Secretary | Altus AFB, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846925500 |
| 846793800 | 9/30/2025 | Department of the Air Force | PROGRAM ANALYST | 0343 - Management And Program Analysis | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846793800 |
| 846856100 | 9/30/2025 | Department of the Air Force | MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Altus AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846856100 |
| 846905600 | 9/30/2025 | Department of the Air Force | MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Westover Air Reserve Base, Massachusetts | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846905600 |
| 846946700 | 9/30/2025 | Department of Defense | Management & Program Analyst (Law Enforcement Policy) | 0343 - Management And Program Analysis | Pentagon, Arlington, Virginia | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846946700 |
| 846963800 | 9/30/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846963800 |
| 846955700 | 9/30/2025 | Department of the Air Force | SUPERVISORY FINANCIAL SERVICES SPECIALIST | 0501 - Financial Administration And Program | Misawa AFB, Japan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846955700 |
| 846939300 | 9/30/2025 | Department of the Air Force | ACCOUNTING AND BUDGET TECHNICIAN | 0503 - Financial Clerical And Assistance | Sheppard AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846939300 |
| 846842200 | 9/30/2025 | Department of Defense | Supervisory Physician (Clinic Director/Manager/Chief) | 0602 - Medical Officer | Bethesda, Maryland | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846842200 |
| 846892600 | 9/30/2025 | Department of Defense | Occupational Therapist | 0631 - Occupational Therapist | Fort Riley, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846892600 |
| 846823800 | 9/30/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Fort Sill, Oklahoma | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846823800 |
| 846877700 | 9/30/2025 | Department of Defense | Diagnostic Radiologic Technologist (Computed Tomography) | 0647 - Diagnostic Radiologic Technologist | Fort Riley, Kansas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/846877700 |
| 846877200 | 9/30/2025 | Department of Commerce | General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846877200 |
| 846799200 | 9/30/2025 | Department of the Air Force | INTERDISCIPLINARY MECHANICAL/ELECTRONICS/AEROSPACE ENGINEER | 0830 - Mechanical Engineering | Wright-Patterson AFB, Ohio | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846799200 |
| 846929100 | 9/30/2025 | Department of Justice | Legal Administrative Specialist | 0901 - General Legal And Kindred Administration | Detroit, Michigan | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/846929100 |
| 846819400 | 9/30/2025 | Department of the Air Force | ATTORNEY-ADVISOR (GENERAL) | 0905 - Attorney | Fort Sam Houston, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846819400 |
| 846892900 | 9/30/2025 | Department of the Air Force | ATTORNEY-ADVISOR (CONTRACT) | 0905 - Attorney | Fort Belvoir, Virginia | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846892900 |
| 846905400 | 9/30/2025 | Department of Homeland Security | Attorney - Advisor (Labor) | 0905 - Attorney | Glynco, Georgia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/846905400 |
| 846910700 | 9/30/2025 | Department of Homeland Security | ATTORNEY-ADVISOR (CONTRACTS) | 0905 - Attorney | Fort Sam Houston, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846910700 |
| 846962000 | 9/30/2025 | Department of Homeland Security | Statistician | 1530 - Statistics | Camp Springs, Maryland | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/846962000 |
| 846963000 | 9/30/2025 | Department of Homeland Security | Supervisory Statistician | 1530 - Statistics | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846963000 |
| 846934200 | 9/30/2025 | Department of the Air Force | EDUCATION TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Travis AFB, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846934200 |
| 846800300 | 9/30/2025 | Department of Homeland Security | Law Enforcement Information Systems Specialist | 1801 - General Inspection, Investigation, Enforcem | Spokane, Washington | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/846800300 |
| 846829700 | 9/30/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Orlando, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846829700 |
| 846897000 | 9/30/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Nashville, Tennessee | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846897000 |
| 846928400 | 9/30/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846928400 |
| 846929300 | 9/30/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Fort Smith, Arkansas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846929300 |
| 846949900 | 9/30/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846949900 |
| 846744500 | 9/30/2025 | Department of the Air Force | IT SPECIALIST (NETWORK SERVICES/CUSTOMER SUPPORT) | 2210 - Information Technology Management | Sheppard AFB, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846744500 |
| 846878900 | 9/30/2025 | Department of Commerce | Information Technology Program Manager | 2210 - Information Technology Management | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/846878900 |
| 846903600 | 9/30/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (NETWORK SERVICES) | 2210 - Information Technology Management | Quantico, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846903600 |
| 846926000 | 9/30/2025 | Department of the Air Force | IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Quantico, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846926000 |
| 846927400 | 9/30/2025 | Department of the Air Force | IT PROGRAM MANAGER (PLCYPLN/ENTARCH) | 2210 - Information Technology Management | Quantico, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846927400 |
| 846946900 | 9/30/2025 | Department of the Air Force | IT SPECIALIST (PLCYPLN/ENTARCH) | 2210 - Information Technology Management | Quantico, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846946900 |
| 846912600 | 9/30/2025 | Department of the Army | TITLE 32 POWERED SUPPORT SYSTEMS MECHANIC (MI AASF 2) | 5378 - Powered Support Systems Mechanic | Selfridge ANG Base, Michigan | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846912600 |
| 846902900 | 9/30/2025 | Department of the Army | TITLE 32 SURFACE MAINTENANCE MECHANIC LEADER (MI FMS 2) | 5801 - Miscellaneous Transportation/Mobile Equipme | Selfridge ANG Base, Michigan | WL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846902900 |
| 846904900 | 9/30/2025 | Department of the Army | TITLE 32 SURFACE MAINTENANCE REPAIRER (MI SMO - FMS 22) | 5801 - Miscellaneous Transportation/Mobile Equipme | Midland, Michigan | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/846904900 |
| 846944200 | 9/30/2025 | Department of the Air Force | AIRCRAFT PNEUDRAULIC SYSTEMS MECHANIC | 8268 - Aircraft Pneudraulic Systems Mechanic | Travis AFB, California | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846944200 |
| 847009400 | 9/30/2025 | Department of Justice | Correctional Program Officer (Residential Reentry Manager) | 0006 - Correctional Institution Administration | Philadelphia, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847009400 |
| 847067700 | 9/30/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Fort Worth, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847067700 |
| 847034800 | 9/30/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Grand Marsh, Wisconsin | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847034800 |
| 847090200 | 9/30/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Inez, Kentucky | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847090200 |
| 847109500 | 9/30/2025 | Department of Defense | Physical Security Specialist | 0080 - Security Administration | New Cumberland Defense Logistics Center, Pennsylva | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847109500 |
| 846977600 | 9/30/2025 | Department of the Air Force | TITLE 5 FIREFIGHTER (HAZARDOUS MATERIALS TECH/BASIC LIFE SUPPORT) (MI 127th CES) | 0081 - Fire Protection and Prevention | Selfridge ANG Base, Michigan | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846977600 |
| 847071900 | 9/30/2025 | Department of the Air Force | POLICE OFFICER | 0083 - Police | Fort Wayne, Indiana | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847071900 |
| 847102700 | 9/30/2025 | Department of the Air Force | HISTORIAN | 0170 - History | Barksdale AFB, Louisiana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847102700 |
| 847006900 | 9/30/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Rochester, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847006900 |
| 847028100 | 9/30/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Resolve) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847028100 |
| 847066100 | 9/30/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Federal Medical Center Carswell, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847066100 |
| 847107700 | 9/30/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Kings, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847107700 |
| 847011300 | 9/30/2025 | Department of the Army | Recreation Assistant (Lifeguard) NF-02 | 0189 - Recreation Aid And Assistant | Fort Drum, New York | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847011300 |
| 847082600 | 9/30/2025 | Department of the Army | Recreation Assistant (Outdoor) NF-02 | 0189 - Recreation Aid And Assistant | Fort Hood, Texas | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847082600 |
| 846975600 | 9/30/2025 | Department of Homeland Security | OPERATION SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | South Burlington, Vermont | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846975600 |
| 846982100 | 9/30/2025 | Department of the Air Force | PRIVATIZED HOUSING RESIDENT ADVOCATE | 0301 - Miscellaneous Administration And Program | Altus AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846982100 |
| 847010700 | 9/30/2025 | Department of Justice | Trust Fund Program Specialist (Trust Fund Specialist) | 0301 - Miscellaneous Administration And Program | Morgantown, West Virginia | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847010700 |
| 847031000 | 9/30/2025 | Department of the Air Force | PROGRAM MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Arlington, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847031000 |
| 847057500 | 9/30/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Bangor, Maine | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847057500 |
| 847081400 | 9/30/2025 | Department of the Air Force | Host Aviation Resource Management Specialist | 0301 - Miscellaneous Administration And Program | Patrick AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847081400 |
| 847098300 | 9/30/2025 | Department of Defense | Strategic Analyst | 0301 - Miscellaneous Administration And Program | Fort Belvoir, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847098300 |
| 846991100 | 9/30/2025 | Department of the Army | Administrative Support Assistant (Veterinary Services) NF-03 | 0303 - Miscellaneous Clerk And Assistant | Millington, Tennessee | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846991100 |
| 847024000 | 9/30/2025 | Department of Energy | Power System Dispatcher | 0303 - Miscellaneous Clerk And Assistant | Phoenix, Arizona | AD-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/847024000 |
| 846994800 | 9/30/2025 | Department of the Air Force | INFORMATION RECEPTIONIST (OA) | 0304 - Information Receptionist | Lackland AFB, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/846994800 |
| 846976400 | 9/30/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Fairton, New Jersey | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/846976400 |
| 847071000 | 9/30/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Prince George, Virginia | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847071000 |
| 846983900 | 9/30/2025 | Department of the Air Force | MANAGEMENT AND PROGRAM ANALYST | 0343 - Management And Program Analysis | Pope AFB, North Carolina | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846983900 |
| 846989000 | 9/30/2025 | Department of Homeland Security | Management and Program Analyst (National Utilization Officer) | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846989000 |
| 847079800 | 9/30/2025 | Department of Transportation | Program Analyst (SSO) - SME (Open to both U.S. Citizens and Federal Employees ) | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847079800 |
| 847082400 | 9/30/2025 | Department of the Air Force | SUPERVISORY LOGISTICS MANAGEMENT SPECIALIST | 0346 - Logistics Management | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847082400 |
| 847054600 | 9/30/2025 | Department of the Air Force | STRENGTH & CONDITIONING SPECIALIST | 0601 - General Health Science | Laughlin AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847054600 |
| 847121400 | 9/30/2025 | Department of Health and Human Services | Physician (Multiple Specialties) | 0602 - Medical Officer | Chinle, Arizona | GS-13/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847121400 |
| 847005100 | 9/30/2025 | Department of Veterans Affairs | Medical Technician- Phlebotomy | 0645 - Medical Technician | Viera, Florida | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847005100 |
| 847008100 | 9/30/2025 | Department of Justice | Supervisory Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Thomson, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847008100 |
| 847018900 | 9/30/2025 | Department of Defense | Medical Records Technician (Office Automation) | 0675 - Medical Records Technician | Ballston Spa, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847018900 |
| 847000600 | 9/30/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Myer, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847000600 |
| 847018500 | 9/30/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Naval Base, Norfolk, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847018500 |

3317242

A156

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847044600 | 9/30/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Lee, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847044600 |
| 847117900 | 9/30/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Eustis, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847117900 |
| 846979000 | 9/30/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Fort Gordon, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846979000 |
| 846987300 | 9/30/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Guantanamo Bay, Cuba | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846987300 |
| 846998800 | 9/30/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Cherry Point, North Carolina | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/846998800 |
| 847008300 | 9/30/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Fort Gordon, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847008300 |
| 846994400 | 9/30/2025 | Department of the Air Force | CIVIL ENGINEER | 0808 - Architecture | Keesler AFB, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846994400 |
| 846979600 | 9/30/2025 | Department of the Army | TITLE 32 ELECTRONICS TECHNICIAN (MI CRTC) | 0856 - Electronics Technical | Alpena, Michigan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846979600 |
| 847111100 | 9/30/2025 | Department of Justice | LEGAL ADMINISTRATIVE SPECIALIST | 0901 - General Legal And Kindred Administration | Denver, Colorado | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847111100 |
| 847111300 | 9/30/2025 | Department of Justice | LEGAL ADMINISTRATIVE SPECIALIST | 0901 - General Legal And Kindred Administration | Denver, Colorado | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847111300 |
| 847111800 | 9/30/2025 | Department of Justice | Legal Administrative Specialist (Health Care Fraud) | 0901 - General Legal And Kindred Administration | Denver, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847111800 |
| 847111900 | 9/30/2025 | Department of Justice | Legal Administrative Specialist (Health Care Fraud) | 0901 - General Legal And Kindred Administration | Denver, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847111900 |
| 847084500 | 9/30/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Beaumont, Texas | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847084500 |
| 847094900 | 9/30/2025 | Department of Justice | Legal Assistant (Office Automation) | 0986 - Legal Assistance | Beaumont, Texas | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847094900 |
| 847021700 | 9/30/2025 | Department of the Air Force | SUPERVISORY SUSTAINMENT SERVICES SPECIALIST | 1101 - General Business And Industry | Westover Air Reserve Base, Massachusetts | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847021700 |
| 847027800 | 9/30/2025 | Department of the Army | Marketing Coordinator NF-03 | 1101 - General Business And Industry | Monterey, California | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847027800 |
| 847069100 | 9/30/2025 | Department of the Army | Commercial Sponsorship and Advertising Account Executive NF-04 | 1101 - General Business And Industry | Fort Campbell, Kentucky | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847069100 |
| 847086900 | 9/30/2025 | Department of the Army | Marketing Manager NF-04 | 1101 - General Business And Industry | Fort Lee, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847086900 |
| 847050700 | 9/30/2025 | Department of the Air Force | REALTY SPECIALIST | 1170 - Realty | Fort Sam Houston, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847050700 |
| 846979700 | 9/30/2025 | Department of the Army | Library Technician NF-02 | 1411 - Library Technician | Fort Knox, Kentucky | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/846979700 |
| 847003200 | 9/30/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Seagoville, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/847003200 |
| 847019800 | 9/30/2025 | Department of the Army | General Facilities & Equipment Assistant NF-02 | 1603 - Equipment, Facilities, And Services Assista | Fort Gordon, Georgia | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847019800 |
| 847001800 | 9/30/2025 | Department of the Air Force | FOOD SERVICES SPECIALIST | 1667 - Food Services | Sheppard AFB, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847001800 |
| 847024500 | 9/30/2025 | Department of Justice | Food Services Specialist (Assistant Food Service Administrator) | 1667 - Food Services | Yazoo City, Mississippi | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847024500 |
| 846975100 | 9/30/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Florence, Colorado | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/846975100 |
| 847000700 | 9/30/2025 | Department of the Air Force | TRAINING TECHNICIAN | 1702 - Education And Training Technician | Grissom AFB, Indiana | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847000700 |
| 847064300 | 9/30/2025 | Department of the Air Force | SUPERVISORY EDUCATIONAL TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Maxwell AFB, Alabama | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847064300 |
| 847089200 | 9/30/2025 | Department of the Air Force | EDUCATION TECHNICIAN (CHILD DEVELOPMENT) | 1702 - Education And Training Technician | Sheppard AFB, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847089200 |
| 846981200 | 9/30/2025 | Department of Defense | TRAINING SPECIALIST (COURSE MANAGER) | 1712 - Training Instruction | Linthicum, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846981200 |
| 846981400 | 9/30/2025 | Department of the Air Force | TRAINING INSTRUCTOR (AIRCRAFT MAINTENANCE) | 1712 - Training Instruction | Pensacola, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846981400 |
| 846983100 | 9/30/2025 | Department of Defense | TRAINING SPECIALIST (Insider Threat Curriculum Manager) | 1712 - Training Instruction | Linthicum, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846983100 |
| 847025100 | 9/30/2025 | Department of the Air Force | TRAINING INSTRUCTOR (COMPTROLLER) | 1712 - Training Instruction | Keesler AFB, Mississippi | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847025100 |
| 846975300 | 9/30/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Lompoc, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846975300 |
| 846975800 | 9/30/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Philadelphia County, Pennsylvania | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/846975800 |
| 847036300 | 9/30/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Atlanta, Georgia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847036300 |
| 847039500 | 9/30/2025 | Department of Homeland Security | Homeland Defender (Immigration Services Officer) | 1801 - General Inspection, Investigation, Enforcem | Anywhere in the U.S. (remote job), United States | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847039500 |
| 847041700 | 9/30/2025 | Department of Homeland Security | Homeland Defender (Immigration Services Officer) | 1801 - General Inspection, Investigation, Enforcem | Anywhere in the U.S. (remote job), United States | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847041700 |
| 847006700 | 9/30/2025 | Department of Justice | INVESTIGATIVE ANALYST (POLYGRAPH EXAMINER/QUALITY REVIEWER) | 1805 - Investigative Analysis | Salt Lake City, Utah | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847006700 |
| 846977100 | 9/30/2025 | Department of the Army | TITLE 32 SUPERVISORY DISTRIBUTION FACILITIES SPECIALIST (MI Camp Grayling) | 2030 - Distribution Facilities and Storage Managem | Grayling, Michigan | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846977100 |
| 847095700 | 9/30/2025 | Department of Transportation | Railroad Safety Inspector (Hazardous Materials) - SME (Open to both U.S. Citizens and Federal Employ | 2121 - Railroad Safety | Bullitt County, Kentucky | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847095700 |
| 846986700 | 9/30/2025 | Department of Defense | Information Technology Specialist (INFOSEC) | 2210 - Information Technology Management | Pasadena, California | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846986700 |
| 846987800 | 9/30/2025 | Department of Defense | SUPERVISORY IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Downers Grove, Illinois | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846987800 |
| 847034400 | 9/30/2025 | Department of the Air Force | INFORMATION SYSTEMS SECURITY MANAGER - DIRECT HIRE AUTHORITY | 2210 - Information Technology Management | Dahlgren, Virginia | DR-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847034400 |
| 846974900 | 9/30/2025 | Department of Transportation | Electrician (OST) - SME (Open to both U.S. Citizens and Federal Employees) | 2805 - Electrician | Massena, New York | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846974900 |
| 846989600 | 9/30/2025 | Department of the Army | Custodial Worker NA-01 | 3566 - Custodial Working | Fort Gordon, Georgia | NA-1 | Questionnaire with EO question | https://www.usajobs.gov/job/846989600 |
| 847087400 | 9/30/2025 | Department of the Army | Custodial Worker NA-02 | 3566 - Custodial Working | Fort Campbell, Kentucky | NA-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847087400 |
| 847076100 | 9/30/2025 | Department of the Army | Recreational Equipment Operator NA-08 | 4741 - General Equipment Operating | West Point, New York | NA-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847076100 |
| 847021800 | 9/30/2025 | Department of the Army | Bowling Equipment Repairer NA-07 | 4819 - Bowling Equipment Repairing | Fort Hood, Texas | NA-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847021800 |
| 847115800 | 9/30/2025 | Department of the Army | SMALL CRAFT OPERATOR | 5786 - Small Craft Operating | Sault Ste. Marie, Michigan | XH-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847115800 |
| 847041600 | 9/30/2025 | Department of the Army | Food and Beverage Attendant (Snack Bar) NA-02 | 7401 - Miscellaneous Food Preparation and Serving | Fort Drum, New York | NA-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847041600 |
| 847020000 | 9/30/2025 | Department of the Army | Bartender NA-03 | 7405 - Bartending | Fort Gordon, Georgia | NA-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847020000 |
| 847056100 | 9/30/2025 | Department of the Army | Bartender NA-04 | 7405 - Bartending | Fort Drum, New York | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847056100 |
| 847217700 | 9/30/2025 | Department of the Army | Recreation Aid (Lifeguard) NF-01 | 0189 - Recreation Aid And Assistant | Joint Base Lewis-McChord, Washington | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/847217700 |
| 847026100 | 10/1/2025 | Department of the Navy | INTEGRATED VETTING TECHNICAL ADVISOR | 0080 - Security Administration | Pentagon, Arlington, Virginia | SL-00 | Questionnaire with EO question | https://www.usajobs.gov/job/847026100 |
| 847084600 | 10/1/2025 | Department of the Navy | SECURITY GUARD | 0085 - Security Guard | Kitsap County, Washington | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847084600 |
| 846833700 | 10/1/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846833700 |
| 846992500 | 10/1/2025 | Department of the Air Force | SUPERVISORY INTELLIGENCE OPERATIONS SPECIALIST | 0132 - Intelligence | Fort McNair, District of Columbia | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/846992500 |
| 847076500 | 10/1/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | March AFB, California | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847076500 |
| 847080400 | 10/1/2025 | Department of the Air Force | SUPERVISORY INTELLIGENCE SPECIALIST | 0132 - Intelligence | Quantico, Virginia | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847080400 |
| 847014100 | 10/1/2025 | Department of the Air Force | HUMAN RESOURCES SPECIALIST (EMPL REL/LABOR REL) | 0201 - Human Resources Management | Sheppard AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847014100 |
| 847082900 | 10/1/2025 | Department of Justice | Lead Benefits Consultant | 0201 - Human Resources Management | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847082900 |
| 846610000 | 10/1/2025 | Department of the Air Force | CAREER FIELD ADMINISTRATOR | 0301 - Miscellaneous Administration And Program | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846610000 |
| 847005400 | 10/1/2025 | Department of the Air Force | AVIATION RESOURCE MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | McChord AFB, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847005400 |
| 847058600 | 10/1/2025 | Department of the Air Force | UNIT DEPLOYMENT MANAGER | 0301 - Miscellaneous Administration And Program | Travis AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847058600 |
| 847078000 | 10/1/2025 | Department of the Air Force | RECRUITING SPECIALIST | 0301 - Miscellaneous Administration And Program | Quantico, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847078000 |
| 847094100 | 10/1/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Brooklyn, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847094100 |
| 847094700 | 10/1/2025 | Department of Justice | Victim Witness Specialist | 0301 - Miscellaneous Administration And Program | Brooklyn, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847094700 |
| 846988400 | 10/1/2025 | Department of the Air Force | ADMINISTRATIVE SUPPORT ASSISTANT (OA) | 0303 - Miscellaneous Clerk And Assistant | Scott AFB, Illinois | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846988400 |
| 847074000 | 10/1/2025 | Department of Justice | Administrative Officer | 0341 - Administrative Officer | Detroit, Michigan | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847074000 |
| 847079600 | 10/1/2025 | Department of the Air Force | MANAGEMENT ANALYST | 0343 - Management And Program Analysis | Dobbins AFB, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847079600 |
| 846981800 | 10/1/2025 | Department of the Air Force | FINANCIAL MANAGEMENT SPECIALIST | 0501 - Financial Administration And Program | Salt Lake City, Utah | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846981800 |
| 847090800 | 10/1/2025 | Department of the Air Force | FINANCIAL SERVICES SPECIALIST | 0501 - Financial Administration And Program | Beale AFB, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847090800 |
| 847038400 | 10/1/2025 | Department of Defense | Advanced Practice Nurse (Midwife) | 0610 - Nurse | Fort Riley, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847038400 |
| 847125900 | 10/1/2025 | Department of Defense | Nurse (Occupational Health) | 0610 - Nurse | Sasebo, Japan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847125900 |

A157

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847077500 | 10/1/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Andrews AFB, Maryland | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847077500 |
| 847053100 | 10/1/2025 | Department of the Air Force | TITLE 32 HEALTH SYSTEMS SPECIALIST (MI 127 MDG) | 0671 - Health System Specialist | Selfridge ANG Base, Michigan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847053100 |
| 847037400 | 10/1/2025 | Department of Defense | Dental Hygienist | 0682 - Dental Hygiene | Fort Leonard Wood, Missouri | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847037400 |
| 846918100 | 10/1/2025 | Department of Defense | Supervisory General Engineer | 0801 - General Engineering | Bethesda, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846918100 |
| 847069000 | 10/1/2025 | Department of the Army | CONSTRUCTION CONTROL REPRESENTATIVE | 0809 - Construction Control Technical | Warren, Michigan | GS-10/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847069000 |
| 847080100 | 10/1/2025 | Department of the Air Force | COMPUTER ENGINEER | 0854 - Computer Engineering | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847080100 |
| 847097100 | 10/1/2025 | Department of the Air Force | Electronic Engineer | 0855 - Electronics Engineering | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847097100 |
| 846856600 | 10/1/2025 | Department of the Air Force | Contract Specialist | 1102 - Contracting | Eielson AFB, Alaska | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/846856600 |
| 847087700 | 10/1/2025 | Department of the Air Force | SUPERVISORY LIBRARIAN | 1410 - Librarian | Maxwell AFB, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847087700 |
| 847080300 | 10/1/2025 | Department of the Air Force | COMPUTER SCIENTIST | 1550 - Computer Science | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847080300 |
| 847076800 | 10/1/2025 | Department of Homeland Security | Lead Facilites Project Manager | 1601 - Equipment Facilities, And Services | North Charleston, South Carolina | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847076800 |
| 847118100 | 10/1/2025 | Department of the Air Force | DEPUTY DIRECTOR OF MAINTENANCE | 1601 - Equipment Facilities, And Services | Charleston AFB, South Carolina | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847118100 |
| 847045500 | 10/1/2025 | Department of Defense | Education Assessment Specialist (Special Populations) | 1701 - General Education And Training | Alexandria, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847045500 |
| 847046400 | 10/1/2025 | Department of Defense | Education Assessment Specialist (Special Populations) | 1701 - General Education And Training | Alexandria, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847046400 |
| 847085700 | 10/1/2025 | Department of the Air Force | INSTRUCTIONAL SYSTEMS SPECIALIST | 1750 - Instructional Systems | Keesler AFB, Mississippi | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847085700 |
| 847048000 | 10/1/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Tama, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847048000 |
| 847055400 | 10/1/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Barron, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847055400 |
| 846719200 | 10/1/2025 | Department of Agriculture | Airplane Pilot (Wildland Firefighter) | 2181 - Aircraft Operation | Mesa, Arizona | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846719200 |
| 846755600 | 10/1/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST (SYSTEMS ADMINISTRATION) | 2210 - Information Technology Management | Eglin AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/846755600 |
| 847028600 | 10/1/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Brooklyn, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847028600 |
| 847028700 | 10/1/2025 | Department of Justice | Information Technology Specialist | 2210 - Information Technology Management | Brooklyn, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847028700 |
| 847044400 | 10/1/2025 | Department of the Air Force | IT SPECIALIST (SYSADMIN/CUSTSPT) | 2210 - Information Technology Management | Barksdale AFB, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847044400 |
| 847096900 | 10/1/2025 | Department of the Air Force | IT SPECIALIST | 2210 - Information Technology Management | Salt Lake City, Utah | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847096900 |
| 847110800 | 10/1/2025 | Department of the Air Force | INFORMATION TECHNOLOGY SPECIALIST(PLCYPLN/INFOSEC) | 2210 - Information Technology Management | Hanscom AFB, Massachusetts | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847110800 |
| 846907000 | 10/1/2025 | Department of Defense | Cook | 7404 - Cooking | Bethesda, Maryland | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/846907000 |
| 847151900 | 10/1/2025 | Department of Justice | Correctional Program Specialist (National Policy and Program Coordinator) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/847151900 |
| 847129100 | 10/1/2025 | Department of Justice | Correctional Officer — Direct Hire | 0007 - Correctional Officer | Aliceville, Alabama | GL-05/08 | Questionnaire with EO question | https://www.usajobs.gov/job/847129100 |
| 847144200 | 10/1/2025 | Department of Justice | Chaplain | 0060 - Chaplain | Guaynabo, Puerto Rico | GS-09/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847144200 |
| 847218900 | 10/1/2025 | Department of Defense | PERSONNEL SECURITY SPECIALIST (ADJUDICATOR) | 0080 - Security Administration | Fort Meade, Maryland | GG-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847218900 |
| 847131400 | 10/1/2025 | Department of Justice | Clinical Psychologist (Staff Psychologist) | 0180 - Psychology | Guaynabo, Puerto Rico | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847131400 |
| 847200600 | 10/1/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847200600 |
| 847197200 | 10/1/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Sheridan, Oregon | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/847197200 |
| 847211700 | 10/1/2025 | Department of the Army | Recreation Specialist (Outdoor Recreation) NF-03 | 0188 - Recreation Specialist | Yuma Proving Ground, Arizona | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847211700 |
| 847254600 | 10/1/2025 | Department of the Army | Recreation Aid NF-01 | 0189 - Recreation Aid And Assistant | Hawaii National Park, Hawaii | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/847254600 |
| 847244200 | 10/1/2025 | Department of Homeland Security | HR Business Partner (Human Resources Specialist) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847244200 |
| 847165500 | 10/1/2025 | Department of the Army | CYS Services Program Specialist, NF-04 | 0301 - Miscellaneous Administration And Program | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847165500 |
| 847184900 | 10/1/2025 | Department of the Army | CYS Services Program Specialist, NF-04 | 0301 - Miscellaneous Administration And Program | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847184900 |
| 847253200 | 10/1/2025 | Department of the Army | Deputy Director Family Morale Welfare and Recreation NF-05 | 0301 - Miscellaneous Administration And Program | Schofield Barracks, Hawaii | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847253200 |
| 847139100 | 10/1/2025 | Department of Justice | Secretary (Unit Secretary) | 0318 - Secretary | Guaynabo, Puerto Rico | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/847139100 |
| 847129500 | 10/1/2025 | Department of the Army | Programs Director Family and Morale Welfare and Recreation, NF-05 | 0340 - Program Management | Fort Hood, Texas | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847129500 |
| 847145800 | 10/1/2025 | Department of the Army | Management Analyst, NF-04 | 0343 - Management And Program Analysis | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847145800 |
| 847187200 | 10/1/2025 | Department of Defense | Program Analyst | 0343 - Management And Program Analysis | Redstone Arsenal, Alabama | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847187200 |
| 847198800 | 10/1/2025 | Department of Defense | Program Analyst | 0343 - Management And Program Analysis | Battle Creek, Michigan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847198800 |
| 847227500 | 10/1/2025 | Department of Transportation | Program Analyst (Drug and Alcohol) - SME (Open to both U.S. Citizens and Federal Employees) | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847227500 |
| 847135600 | 10/1/2025 | Department of Justice | Physician (Psychiatric Physician) | 0602 - Medical Officer | Guaynabo, Puerto Rico | GP-13/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847135600 |
| 847136100 | 10/1/2025 | Department of Justice | Physician (Medical Officer) | 0602 - Medical Officer | Guaynabo, Puerto Rico | GP-13/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847136100 |
| 847136400 | 10/1/2025 | Department of Justice | Physician (Clinical Director) | 0602 - Medical Officer | Guaynabo, Puerto Rico | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847136400 |
| 847160200 | 10/1/2025 | Department of Defense | Physician (Radiology-Diagnostic) | 0602 - Medical Officer | Fort Polk, Louisiana | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847160200 |
| 847218100 | 10/1/2025 | Department of Health and Human Services | Supervisory Physician (Administration) | 0602 - Medical Officer | Window Rock, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847218100 |
| 847137300 | 10/1/2025 | Department of Justice | Physician Assistant (Mid-Level Practitioner) | 0603 - Physician Assistant | Guaynabo, Puerto Rico | GS-07/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847137300 |
| 847130700 | 10/1/2025 | Department of Justice | Nurse (Registered Nurse) - Direct Hire | 0610 - Nurse | Aliceville, Alabama | GL-05/10 | Questionnaire with EO question | https://www.usajobs.gov/job/847130700 |
| 847134500 | 10/1/2025 | Department of Justice | Advance Practice Nurse (Mid-Level Practitioner) | 0610 - Nurse | Guaynabo, Puerto Rico | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847134500 |
| 847241600 | 10/1/2025 | Department of Health and Human Services | Supervisory Nurse (Emergency Room) | 0610 - Nurse | Pine Ridge, South Dakota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847241600 |
| 847254100 | 10/1/2025 | Department of Health and Human Services | Supervisory Nurse | 0610 - Nurse | Wewoka, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847254100 |
| 847138700 | 10/1/2025 | Department of Justice | Health Technician (Paramedic) | 0640 - Health Aid And Technician | Guaynabo, Puerto Rico | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847138700 |
| 847205100 | 10/1/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Inez, Kentucky | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/847205100 |
| 847133500 | 10/1/2025 | Department of Justice | Dentist (Dental Officer) | 0680 - Dental Officer | Guaynabo, Puerto Rico | GP-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847133500 |
| 847131700 | 10/1/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Cherry Point, North Carolina | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847131700 |
| 847142500 | 10/1/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Stewart, Georgia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847142500 |
| 847147500 | 10/1/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Eustis, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847147500 |
| 847149200 | 10/1/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Groton Submarine Base, Connecticut | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847149200 |
| 847246600 | 10/1/2025 | Department of Energy | Interdisciplinary Civil/Mechanical Engineer | 0810 - Civil Engineering | Vancouver, Washington | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847246600 |
| 847132900 | 10/1/2025 | Department of the Army | Banquet Manager NF-03 | 1101 - General Business And Industry | West Point, New York | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847132900 |
| 847178800 | 10/1/2025 | Department of the Army | Marketing Specialist (Commercial Sponsorship/Advertising) NF-03 | 1101 - General Business And Industry | Fort Detrick, Maryland | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847178800 |
| 847191900 | 10/1/2025 | Department of the Army | Marketing Assistant NF-03 | 1101 - General Business And Industry | Fort Polk, Louisiana | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847191900 |
| 847220600 | 10/1/2025 | Department of the Army | Operations Assistant NF-02 | 1101 - General Business And Industry | Fort Drum, New York | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847220600 |
| 847234100 | 10/1/2025 | Department of the Army | PRODUCTION CONTROLLER | 1152 - Production Control | Guernsey, Wyoming | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847234100 |
| 847217900 | 10/1/2025 | Department of the Army | CYS Administrator NF-04 | 1701 - General Education And Training | Joint Base Lewis-McChord, Washington | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847217900 |
| 847195900 | 10/1/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Sheridan, Oregon | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847195900 |
| 847085600 | 10/1/2025 | Department of Homeland Security | Polygraph Examiner | 1810 - General Investigation | Los Angeles, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847085600 |
| 847167000 | 10/1/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Huntingburg, Indiana | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847167000 |
| 847242900 | 10/1/2025 | Department of the Army | Supply Technician (OA) NF-03 | 2005 - Supply Clerical And Technician | Hawaii National Park, Hawaii | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847242900 |
| 847136900 | 10/1/2025 | Department of Defense | INVENTORY MANAGEMENT SPECIALIST | 2010 - Inventory Management | Whitehall, Ohio | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847136900 |
| 847161900 | 10/1/2025 | Department of Defense | Transportation Assistant | 2102 - Transportation Clerk And Assistant | Tracy, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847161900 |
| 847201800 | 10/1/2025 | Department of the Army | Laborer (Banquet) NA-04 | 3502 - Laboring | Fort Drum, New York | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847201800 |
| 847224300 | 10/1/2025 | Department of Energy | Substation Operator | 5407 - Electrical Power Controlling | Burley, Idaho | BB-00 | Questionnaire with EO question | https://www.usajobs.gov/job/847224300 |
| 847143300 | 10/1/2025 | Department of the Army | Barista NA-04 | 7401 - Miscellaneous Food Preparation and Serving | Fort Drum, New York | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847143300 |

A158

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847194100 | 10/1/2025 | Department of the Army | Bartender NA-03 | 7405 - Bartending | Fort Hood, Texas | NA-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847194100 |
| 847246700 | 10/1/2025 | Department of the Air Force | AIRCRAFT MECHANIC | 8852 - Aircraft Mechanic | Cheyenne, Wyoming | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/847246700 |
| 847371200 | 10/1/2025 | Department of the Army | Administrative Support Assistant, NF-03 | 0303 - Miscellaneous Clerk And Assistant | Fort Stewart, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847371200 |
| 847084000 | 10/2/2025 | Department of the Air Force | SECURITY SPECIALIST | 0080 - Security Administration | Barksdale AFB, Louisiana | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847084000 |
| 847168900 | 10/2/2025 | Department of Health and Human Services | Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847168900 |
| 847089000 | 10/2/2025 | Department of the Air Force | INTELLIGENCE SPECIALIST | 0132 - Intelligence | Charleston AFB, South Carolina | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847089000 |
| 847138600 | 10/2/2025 | Department of Justice | Classification Operations Manager | 0201 - Human Resources Management | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847138600 |
| 847160900 | 10/2/2025 | Department of Health and Human Services | Financial Management Analyst | 0501 - Financial Administration And Program | Atlanta, Georgia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847160900 |
| 846919300 | 10/2/2025 | Department of Defense | Uniform Business Office Technician | 0503 - Financial Clerical And Assistance | Naval Medical Center, Portsmouth, Virginia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846919300 |
| 847199800 | 10/2/2025 | Department of Defense | Physician (Internal Medicine) | 0602 - Medical Officer | Fort Bragg, North Carolina | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847199800 |
| 847241100 | 10/2/2025 | Department of Defense | Physician (Pediatrics) | 0602 - Medical Officer | Camp Pendleton, California | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847241100 |
| 847077000 | 10/2/2025 | Department of Defense | Advanced Practice Nurse (Practitioner/Family Practice) | 0610 - Nurse | Oak Harbor, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847077000 |
| 847092700 | 10/2/2025 | Department of Defense | Nurse (Case Management) | 0610 - Nurse | Andrews AFB, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847092700 |
| 847225200 | 10/2/2025 | Department of Defense | NURSE (CLINICAL) | 0610 - Nurse | Lemoore, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847225200 |
| 846847000 | 10/2/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Fort Leonard Wood, Missouri | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846847000 |
| 846869500 | 10/2/2025 | Department of Defense | Medical Technician (Blood Banking) | 0645 - Medical Technician | Fort Leonard Wood, Missouri | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846869500 |
| 847136700 | 10/2/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Sill, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847136700 |
| 847238000 | 10/2/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Leonard Wood, Missouri | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847238000 |
| 847160700 | 10/2/2025 | Department of the Army | Interdisciplinary | 0808 - Architecture | Kingsport, Tennessee | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847160700 |
| 847243000 | 10/2/2025 | Department of Energy | Interdisciplinary Electrical/Electronic/Civil Engineer | 0810 - Civil Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847243000 |
| 847243100 | 10/2/2025 | Department of Energy | Interdisciplinary Electrical/Electronic/CivilEngineer | 0810 - Civil Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847243100 |
| 847113600 | 10/2/2025 | Department of the Army | Maintenance and Operations Manager | 1601 - Equipment Facilities, And Services | Fort Peck, Montana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847113600 |
| 847001300 | 10/2/2025 | Department of the Air Force | IT PROJECT MANAGER (PLCYPLN) | 2210 - Information Technology Management | Randolph AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847001300 |
| 847301500 | 10/2/2025 | Department of Justice | Correctional Program Specialist (Special Agent) | 0006 - Correctional Institution Administration | Philadelphia, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847301500 |
| 847307500 | 10/2/2025 | Department of Justice | Correctional Program Specialist (Special Agent) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847307500 |
| 847344400 | 10/2/2025 | Department of Justice | Correctional Program Specialist (Special Agent) | 0006 - Correctional Institution Administration | Saint Louis, Missouri | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847344400 |
| 847363700 | 10/2/2025 | Department of Justice | Correctional Program Specialist (Special Agent) | 0006 - Correctional Institution Administration | Kansas City, Kansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847363700 |
| 847294700 | 10/2/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Morgantown, West Virginia | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847294700 |
| 847358100 | 10/2/2025 | Department of the Army | Assistant Facility Manager (Fitness) NF-03 | 0030 - Sports Specialist | Fort Drum, New York | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847358100 |
| 847297900 | 10/2/2025 | Department of Defense | Police Officer | 0083 - Police | Tracy, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847297900 |
| 847326200 | 10/2/2025 | Department of the Interior | Security Guard | 0085 - Security Guard | Lawrence, Kansas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847326200 |
| 847273600 | 10/2/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Springfield, Missouri | GS-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847273600 |
| 847370300 | 10/2/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847370300 |
| 847260600 | 10/2/2025 | Department of Defense | INTELLIGENCE OPERATIONS SPECIALIST | 0132 - Intelligence | Huntsville, Alabama | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847260600 |
| 847262000 | 10/2/2025 | Department of Defense | INTELLIGENCE OPERATIONS SPECIALIST | 0132 - Intelligence | Farmers Branch, Texas | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847262000 |
| 847268100 | 10/2/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Butner Federal Correctional Complex, North Carolin | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847268100 |
| 847336400 | 10/2/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Kelly Township, Pennsylvania | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847336400 |
| 847275200 | 10/2/2025 | Department of Veterans Affairs | Social Services Assistant (Community Health Worker) | 0186 - Social Services Aid And Assistant | Vineland, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847275200 |
| 847275400 | 10/2/2025 | Department of Veterans Affairs | Social Services Assistant (Community Health Worker) | 0186 - Social Services Aid And Assistant | Vineland, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847275400 |
| 847370100 | 10/2/2025 | Department of the Army | Recreation Specialist NF-03 | 0188 - Recreation Specialist | Macomb, Michigan | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847370100 |
| 847263400 | 10/2/2025 | Department of the Army | Recreation Assistant (Physical Fitness) NF-02 | 0189 - Recreation Aid And Assistant | Fort Drum, New York | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847263400 |
| 847327900 | 10/2/2025 | Department of the Army | Recreation Assistant NF-02 | 0189 - Recreation Aid And Assistant | Fort Drum, New York | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847327900 |
| 847369000 | 10/2/2025 | Department of the Army | Lead Recreation Assistant NF-02 | 0189 - Recreation Aid And Assistant | Fort Drum, New York | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847369000 |
| 847379800 | 10/2/2025 | Department of the Army | Lead Recreation Assistant NF-03 | 0189 - Recreation Aid And Assistant | Joint Base Lewis-McChord, Washington | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847379800 |
| 847384700 | 10/2/2025 | Department of the Army | Recreation Assistant (Water Safety Instructor) NF-02 | 0189 - Recreation Aid And Assistant | Joint Base Lewis-McChord, Washington | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847384700 |
| 847262200 | 10/2/2025 | Department of Defense | Human Resources Specialist | 0201 - Human Resources Management | Redstone Arsenal, Alabama | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847262200 |
| 847311500 | 10/2/2025 | Department of the Treasury | Deputy Comptroller for Human Capital, NB-0201-VIII | 0201 - Human Resources Management | Washington, District of Columbia | NB-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847311500 |
| 847280700 | 10/2/2025 | Department of the Army | Human Resources Assistant (NAF/Developmental) NF-02/03 | 0203 - Human Resources Assistance | Grafenwohr, Germany | NF-2/3 | Questionnaire with EO question | https://www.usajobs.gov/job/847280700 |
| 847265600 | 10/2/2025 | Department of Justice | Trust Fund Supervisor | 0301 - Miscellaneous Administration And Program | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847265600 |
| 847300800 | 10/2/2025 | Department of the Army | Program Operations Specialist (CYS) NF-04 | 0301 - Miscellaneous Administration And Program | Fort Belvoir, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847300800 |
| 847288300 | 10/2/2025 | Department of Justice | Tool Room Officer | 0303 - Miscellaneous Clerk And Assistant | Springfield, Missouri | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847288300 |
| 847299300 | 10/2/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Victorville, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847299300 |
| 847328600 | 10/2/2025 | Department of Justice | Budget Analyst | 0560 - Budget Analysis | Los Angeles, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847328600 |
| 847353800 | 10/2/2025 | Department of the Treasury | Executive Secretary (FFIEC), NB-0570-VII (Term NTE 5 years), FFIEC | 0570 - Financial Institution Examining | Arlington, Virginia | NB-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847353800 |
| 847388500 | 10/2/2025 | Other Agencies and Independent Organizations | FFIEC, Executive Secretary, CM-0570-00 (Temporary Assignment) | 0570 - Financial Institution Examining | Washington, District of Columbia | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/847388500 |
| 847260100 | 10/2/2025 | Department of Justice | Nurse (Utilization Review Nurse) | 0610 - Nurse | Rochester, Minnesota | GL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/847260100 |
| 847387300 | 10/2/2025 | Department of Health and Human Services | Advanced Practice Nurse (Nurse Practitioner) | 0610 - Nurse | Chinle, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847387300 |
| 847357500 | 10/2/2025 | Department of Justice | Nursing Assistant | 0621 - Nursing Assistant | Springfield, Missouri | GL-04/05 | Questionnaire with EO question | https://www.usajobs.gov/job/847357500 |
| 847341800 | 10/2/2025 | Department of Defense | Health Technician (Occupational Health) | 0640 - Health Aid And Technician | Camp Pendleton, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847341800 |
| 847258300 | 10/2/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Grand Marsh, Wisconsin | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847258300 |
| 847340400 | 10/2/2025 | Department of Justice | Assistant Health System Administrator (Assistant Health Services Administrator) | 0670 - Health System Administration | Bruceton Mills, West Virginia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847340400 |
| 847269800 | 10/2/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Los Angeles, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/847269800 |
| 847360700 | 10/2/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | Fort Sill, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847360700 |
| 847299900 | 10/2/2025 | Department of Justice | Dental Assistant - Expanded Function (Dental Assistant) | 0681 - Dental Assistant | Sheridan, Oregon | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/847299900 |
| 847353000 | 10/2/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Welch, West Virginia | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847353000 |
| 847349000 | 10/2/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Fort Myer, Virginia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847349000 |
| 847372000 | 10/2/2025 | Department of Justice | Engineering Technician | 0802 - Engineering Technical | Memphis, Tennessee | GL-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/847372000 |
| 847274400 | 10/2/2025 | Department of Defense | Electronics Engineer (Industrial Controls) | 0855 - Electronics Engineering | New Cumberland Defense Logistics Center, Pennsylva | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847274400 |
| 847349200 | 10/2/2025 | Department of Justice | Public Affairs Specialist (Legislative Affairs Specialist) | 1035 - Public Affairs | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847349200 |
| 847352700 | 10/2/2025 | Department of the Army | Assistant Business Manager NF-03 | 1101 - General Business And Industry | Fort McCoy, Wisconsin | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847352700 |
| 847302400 | 10/2/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Kings, New York | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847302400 |
| 847372800 | 10/2/2025 | Department of the Army | Contract Specialist (Senior Level) NF-04 | 1102 - Contracting | Honolulu, Hawaii | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847372800 |
| 847304400 | 10/2/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Herlong Sierra Ordnance Depot, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/847304400 |

A159

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847318200 | 10/2/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Kings, New York | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/847318200 |
| 847278200 | 10/2/2025 | Department of Justice | Supervisory Facility Operations Specialist (Facility Manager) | 1640 - Facility Operations Services | Inez, Kentucky | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847278200 |
| 847272800 | 10/2/2025 | Department of Homeland Security | Supervisory Transportation Security Officer | 1802 - Compliance Inspection And Support | Santa Barbara, California | SV-G | Questionnaire with EO question | https://www.usajobs.gov/job/847272800 |
| 847291300 | 10/2/2025 | Department of Homeland Security | Supervisory Transportation Security Officer | 1802 - Compliance Inspection And Support | San Luis Obispo, California | SV-G | Questionnaire with EO question | https://www.usajobs.gov/job/847291300 |
| 847324900 | 10/2/2025 | Department of Homeland Security | Supervisory Transportation Security Officer | 1802 - Compliance Inspection And Support | Lawton, Oklahoma | SV-G | Questionnaire with EO question | https://www.usajobs.gov/job/847324900 |
| 847325400 | 10/2/2025 | Department of Homeland Security | Lead Transportation Security Officer | 1802 - Compliance Inspection And Support | Raleigh, North Carolina | SV-F | Questionnaire with EO question | https://www.usajobs.gov/job/847325400 |
| 847341200 | 10/2/2025 | Department of Justice | Quality Assurance Specialist (Quality Assurance Manager - UNICOR) | 1910 - Quality Assurance | Fort Dix, New Jersey | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847341200 |
| 847372700 | 10/2/2025 | Department of the Army | Plumber (Irrigation System) NA-09 | 4206 - Plumbing | Fort Bliss, Texas | NA-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847372700 |
| 847342300 | 10/2/2025 | Department of the Army | Bowling Equipment Repairer NA-07 | 4819 - Bowling Equipment Repairing | Fort Drum, New York | NA-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847342300 |
| 847343700 | 10/2/2025 | Department of the Army | POWER PLANT SHIFT OPERATOR | 5407 - Electrical Power Controlling | Pickstown, South Dakota | WB-00 | Questionnaire with EO question | https://www.usajobs.gov/job/847343700 |
| 847343600 | 10/2/2025 | Department of the Army | Cook NA-04 | 7404 - Cooking | Fort Drum, New York | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847343600 |
| 847137500 | 10/3/2025 | Department of Defense | Clinical Psychologist (Behavioral Health) | 0180 - Psychology | Fort Drum, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847137500 |
| 847229700 | 10/3/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Fort Sam Houston, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847229700 |
| 847234800 | 10/3/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Shaw AFB, South Carolina | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847234800 |
| 847316900 | 10/3/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Millington, Tennessee | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847316900 |
| 847368200 | 10/3/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Corpus Christi, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847368200 |
| 847129900 | 10/3/2025 | Department of the Army | SOCIAL WORKER (FAMILY ADVOCACY) | 0185 - Social Work | Presidio of Monterey, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847129900 |
| 847287400 | 10/3/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Fort Drum, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847287400 |
| 846900900 | 10/3/2025 | Department of the Air Force | YOUTH CENTER PROGRAM ASSISTANT (OA) | 0303 - Miscellaneous Clerk And Assistant | Maxwell AFB, Alabama | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846900900 |
| 846927000 | 10/3/2025 | Department of the Air Force | ACTIVITY PROGRAM COORDINATOR | 0303 - Miscellaneous Clerk And Assistant | Maxwell AFB, Alabama | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846927000 |
| 846997000 | 10/3/2025 | Department of the Air Force | CHILD DEVELOPMENT PROGRAM CLERK (OA) | 0303 - Miscellaneous Clerk And Assistant | Maxwell AFB, Alabama | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846997000 |
| 847099700 | 10/3/2025 | Department of Defense | SUPERVISORY FINANCIAL MANAGEMENT ANALYST | 0501 - Financial Administration And Program | Charleston, South Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847099700 |
| 847212500 | 10/3/2025 | Department of Defense | Physician (Pediatrics) | 0602 - Medical Officer | Fort Lee, Virginia | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847212500 |
| 847277000 | 10/3/2025 | Department of Defense | Supervisory Physician (Family Practice) | 0602 - Medical Officer | Fort Stewart, Georgia | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847277000 |
| 847333600 | 10/3/2025 | Department of Defense | Physician (Neurology) | 0602 - Medical Officer | Fort Carson, Colorado | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847333600 |
| 847377200 | 10/3/2025 | Department of Defense | Physician (Anesthesiology)/Supervisory Physician (Anesthesiology) | 0602 - Medical Officer | White Sands Missile Range, New Mexico | GP-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847377200 |
| 847242500 | 10/3/2025 | Department of Defense | Physician Assistant/Supervisory Physician Assistant | 0603 - Physician Assistant | White Sands Missile Range, New Mexico | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847242500 |
| 847279600 | 10/3/2025 | Department of Defense | Nurse (Occupational Health) | 0610 - Nurse | Camp Pendleton, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847279600 |
| 847255800 | 10/3/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Wiesbaden, Germany | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847255800 |
| 847348300 | 10/3/2025 | Department of Defense | Health Technician (Orthopedics) | 0640 - Health Aid And Technician | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847348300 |
| 847183600 | 10/3/2025 | Department of Defense | Diagnostic Radiologic Technologist (MRI) | 0647 - Diagnostic Radiologic Technologist | Fort Drum, New York | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847183600 |
| 847342500 | 10/3/2025 | Department of Defense | Supervisory Health System Specialist | 0671 - Health System Specialist | Fort Sam Houston, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847342500 |
| 847259800 | 10/3/2025 | Department of Defense | Dentist (General Practice-Dentistry) | 0680 - Dental Officer | Pearl Harbor, Hawaii | GP-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847259800 |
| 847311000 | 10/3/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Sam Houston, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847311000 |
| 847334800 | 10/3/2025 | Department of the Army | Interdisciplinary | 0801 - General Engineering | Norfolk, Virginia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847334800 |
| 847358800 | 10/3/2025 | Department of the Army | Engineering Technician (Scheduler) | 0802 - Engineering Technical | Norfolk, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847358800 |
| 847391200 | 10/3/2025 | Department of the Army | Engineering Technician | 0802 - Engineering Technical | Kingsport, Tennessee | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847391200 |
| 847379500 | 10/3/2025 | Department of Homeland Security | General Attorney (Appellate) | 0905 - Attorney | Los Angeles, California | GS-11/14 | Questionnaire with EO question | https://www.usajobs.gov/job/847379500 |
| 847260700 | 10/3/2025 | Department of Defense | Sign Language Interpreter | 1001 - General Arts And Information | Fort Benning, Georgia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847260700 |
| 847116500 | 10/3/2025 | Department of the Navy | SENIOR TECHNICAL PHYSICAL SCIENTIST | 1301 - General Physical Science | Stennis Space Center, Mississippi | ST-00 | Questionnaire with EO question | https://www.usajobs.gov/job/847116500 |
| 847060200 | 10/3/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Cactus, Texas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847060200 |
| 847309400 | 10/3/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Farmerville, Louisiana | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847309400 |
| 847097800 | 10/3/2025 | Department of Defense | IT Specialist (System Administration/Information Security) | 2210 - Information Technology Management | Fort Lee, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847097800 |
| 847312400 | 10/3/2025 | Department of Defense | IT Specialist (SysAnalysis/InfoSec) | 2210 - Information Technology Management | Naval Medical Center, Portsmouth, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847312400 |
| 847376100 | 10/3/2025 | Department of the Army | IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Sault Ste. Marie, Michigan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847376100 |
| 847420000 | 10/3/2025 | Department of Justice | Correctional Program Specialist (Special Agent) | 0006 - Correctional Institution Administration | Aurora, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847420000 |
| 847439300 | 10/3/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Prince George, Virginia | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847439300 |
| 847449700 | 10/3/2025 | Department of Defense | INDUSTRIAL SECURITY SPECIALIST | 0080 - Security Administration | Mount Laurel, New Jersey | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847449700 |
| 847373800 | 10/3/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Gulfport, Mississippi | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847373800 |
| 847431400 | 10/3/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator- MAT) | 0180 - Psychology | Bruceton Mills, West Virginia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847431400 |
| 847474400 | 10/3/2025 | Department of Justice | Social Worker | 0185 - Social Work | Alderson, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847474400 |
| 847413500 | 10/3/2025 | Department of the Army | Recreation Aid NF-01 | 0189 - Recreation Aid And Assistant | PYONG TAEK, South Korea | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/847413500 |
| 847468800 | 10/3/2025 | Department of the Army | Recreation Aid (Facility Aid) NF-01 | 0189 - Recreation Aid And Assistant | Fort Hood, Texas | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/847468800 |
| 847485200 | 10/3/2025 | Department of the Army | Recreation Aid NF-01 | 0189 - Recreation Aid And Assistant | Fort Carson, Colorado | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/847485200 |
| 847421600 | 10/3/2025 | Department of Energy | Energy Marketing and Management Specialist | 0301 - Miscellaneous Administration And Program | Watertown, South Dakota | AD-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/847421600 |
| 847473600 | 10/3/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Welch, West Virginia | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847473600 |
| 847431500 | 10/3/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Long Beach, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/847431500 |
| 847488300 | 10/3/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847488300 |
| 847396800 | 10/3/2025 | Department of Defense | Supervisory Physician (Psychiatry) | 0602 - Medical Officer | Fort Bragg, North Carolina | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847396800 |
| 847412100 | 10/3/2025 | Department of Defense | Physician (Obstetrics/Gynecology) | 0602 - Medical Officer | Fort Campbell, Tennessee | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847412100 |
| 847427000 | 10/3/2025 | Department of Defense | Physician (Psychiatry) | 0602 - Medical Officer | Naval Medical Center, Portsmouth, Virginia | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847427000 |
| 847482400 | 10/3/2025 | Department of Defense | PHYSICIAN (NEUROLOGY) | 0602 - Medical Officer | Tripler Army Medical Center, Hawaii | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847482400 |
| 847499000 | 10/3/2025 | Department of Defense | NURSE (CLINICAL/CRITICAL CARE) | 0610 - Nurse | Tripler Army Medical Center, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847499000 |
| 847416700 | 10/3/2025 | Department of Veterans Affairs | Supervisory Medical Care Transportation Technician | 0640 - Health Aid And Technician | Ann Arbor, Michigan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847416700 |
| 847420600 | 10/3/2025 | Department of Veterans Affairs | Health Technician (Urology) | 0640 - Health Aid And Technician | Bronx, New York | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847420600 |
| 847460600 | 10/3/2025 | Department of Veterans Affairs | Surgical Technician | 0640 - Health Aid And Technician | Louisville, Kentucky | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847460600 |
| 847410900 | 10/3/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Tyndall AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847410900 |
| 847393700 | 10/3/2025 | Department of Defense | Pharmacist | 0660 - Pharmacist | Landstuhl, Germany | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847393700 |
| 847406100 | 10/3/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Langley AFB, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847406100 |
| 847432800 | 10/3/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Terre Haute, Indiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847432800 |
| 847472000 | 10/3/2025 | Department of the Army | Marketing Assistant NF-03 | 1101 - General Business And Industry | Schofield Barracks, Hawaii | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847472000 |
| 847491400 | 10/3/2025 | Department of the Army | Caterer NF-03 | 1101 - General Business And Industry | Joint Base Lewis-McChord, Washington | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847491400 |
| 847493500 | 10/3/2025 | Department of the Army | Customer Service Relations Assistant  NF-02 | 1101 - General Business And Industry | Fort Gordon, Georgia | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847493500 |
| 847440900 | 10/3/2025 | Department of Defense | POLYGRAPH SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Fort Jackson, South Carolina | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847440900 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847466900 | 10/3/2025 | Department of Defense | Supply Technician | 2005 - Supply Clerical And Technician | Portsmouth Naval Shipyard, Maine | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847466900 |
| 847489000 | 10/3/2025 | Department of the Army | Laborer NA-04 | 3502 - Laboring | Fort Campbell, Kentucky | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847489000 |
| 847475900 | 10/3/2025 | Department of the Army | Custodial Worker NA-02 | 3566 - Custodial Working | Fort Campbell, Kentucky | NA-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847475900 |
| 847468000 | 10/3/2025 | Department of Veterans Affairs | Animal Caretaker | 5048 - Animal Caretaking | Boston, Massachusetts | WG-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/847468000 |
| 847392900 | 10/3/2025 | Department of the Army | Materials Handler (Motor Vehicle Operator) NA-05 | 6907 - Materials Handler | PYONG TAEK, South Korea | NA-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847392900 |
| 847440000 | 10/3/2025 | Department of Defense | Store Worker | 6914 - Store Working | McChord AFB, Washington | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847440000 |
| 847496600 | 10/3/2025 | Department of the Army | Food and Beverage Attendant NA-03 | 7401 - Miscellaneous Food Preparation and Serving | Joint Base Lewis-McChord, Washington | NA-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847496600 |
| 847496300 | 10/3/2025 | Department of the Army | Cook NA-06 | 7404 - Cooking | Joint Base Lewis-McChord, Washington | NA-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847496300 |
| 847494100 | 10/4/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Eielson AFB, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847494100 |
| 847233600 | 10/4/2025 | Department of Defense | Senior Accounts Receivable Specialist | 0501 - Financial Administration And Program | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847233600 |
| 847417300 | 10/4/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Fort Hood, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847417300 |
| 847452000 | 10/4/2025 | Department of Defense | Practical Nurse/Vocational Nurse | 0620 - Practical Nurse | White Sands Missile Range, New Mexico | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847452000 |
| 847278500 | 10/4/2025 | Department of Defense | Medical Instrument Technician (Gastroenterology) | 0649 - Medical Instrument Technician | Bethesda, Maryland | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847278500 |
| 847298400 | 10/4/2025 | Department of Defense | Supervisory Health System Specialist | 0671 - Health System Specialist | Fort Sam Houston, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847298400 |
| 847475300 | 10/4/2025 | Department of Defense | Dentist (General Practice) | 0680 - Dental Officer | Fort Riley, Kansas | GP-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847475300 |
| 847382300 | 10/5/2025 | Department of Defense | Nurse (Administration) | 0610 - Nurse | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847382300 |
| 846099400 | 10/6/2025 | Department of Homeland Security | Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846099400 |
| 847451500 | 10/6/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847451500 |
| 847320200 | 10/6/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Fort Sam Houston, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847320200 |
| 847391300 | 10/6/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Kadena Air Base Okinawa, Japan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847391300 |
| 847460400 | 10/6/2025 | Department of Defense | Program Specialist (Student Transportation) | 0301 - Miscellaneous Administration And Program | West Point, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847460400 |
| 847329000 | 10/6/2025 | Department of Defense | School Support Assistant | 0303 - Miscellaneous Clerk And Assistant | Fort Bragg, North Carolina | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847329000 |
| 847463900 | 10/6/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Camp Lejeune, North Carolina | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847463900 |
| 847496800 | 10/6/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847496800 |
| 847400900 | 10/6/2025 | Department of Defense | FINANCIAL MANAGEMENT ANAYLYST | 0501 - Financial Administration And Program | Naval Medical Center, Portsmouth, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847400900 |
| 847465700 | 10/6/2025 | Department of the Army | Financial Management Technician NF-03 | 0503 - Financial Clerical And Assistance | Redstone Arsenal, Alabama | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847465700 |
| 847433400 | 10/6/2025 | Department of Health and Human Services | Physician | 0602 - Medical Officer | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847433400 |
| 847134600 | 10/6/2025 | Department of Defense | Nurse (Clinical/Ambulatory) | 0610 - Nurse | Fort Eustis, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847134600 |
| 847471200 | 10/6/2025 | Department of Defense | Supervisory Nurse (Occupational Health) | 0610 - Nurse | Corpus Christi, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847471200 |
| 847484300 | 10/6/2025 | Department of Defense | Health Technician | 0640 - Health Aid And Technician | Fort Sam Houston, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847484300 |
| 847504000 | 10/6/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Fort Sam Houston, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847504000 |
| 847475600 | 10/6/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Edwards AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847475600 |
| 847365300 | 10/6/2025 | Department of Defense | Medical Instrument Technician (Electrocardiogram / Telemetry) | 0649 - Medical Instrument Technician | Naval Medical Center, Portsmouth, Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847365300 |
| 847370200 | 10/6/2025 | Department of Defense | Medical Instrument Technician (Ultrasound) | 0649 - Medical Instrument Technician | Fort Sam Houston, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847370200 |
| 847401400 | 10/6/2025 | Department of Defense | Interdisciplinary General Engineer/Operations Research Analyst | 0801 - General Engineering | Redstone Arsenal, Alabama | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847401400 |
| 847092600 | 10/6/2025 | Department of Defense | Contract Specialist | 1102 - Contracting | Alexandria, Virginia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847092600 |
| 847404200 | 10/6/2025 | Department of Homeland Security | Homeland Defender (Immigration Services Officer) | 1801 - General Inspection, Investigation, Enforcem | Anywhere in the U.S. (remote job), United States | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847404200 |
| 847415900 | 10/6/2025 | Department of Health and Human Services | Full Stack Engineer | 2210 - Information Technology Management | Baltimore, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847415900 |
| 847451400 | 10/6/2025 | Department of Defense | IT SPECIALIST (PLCYPLN) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847451400 |
| 847503900 | 10/6/2025 | Department of Defense | Supervisory IT Specialist (DATAMGT/SYSADMIN) | 2210 - Information Technology Management | Fort Sam Houston, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847503900 |
| 847421900 | 10/6/2025 | Department of the Navy | PIPEFITTING WORKER | 4204 - Pipefitting | Bremerton, Washington | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847421900 |
| 847405800 | 10/6/2025 | Department of Veterans Affairs | Motor Vehicle Operator | 5703 - Motor Vehicle Operating | North Chicago, Illinois | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847405800 |
| 847539900 | 10/6/2025 | Department of Justice | Correctional Program Officer (Assistant Sector Administrator) | 0006 - Correctional Institution Administration | Maricopa, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847539900 |
| 847520700 | 10/6/2025 | Department of the Interior | Correctional Officer (Instructor) | 0007 - Correctional Officer | Artesia, New Mexico | GL-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847520700 |
| 847592300 | 10/6/2025 | Department of the Army | ASSISTANT FACILITY MANAGER (FITNESS) NF-03 | 0030 - Sports Specialist | White Sands Missile Range, New Mexico | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847592300 |
| 847527800 | 10/6/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Alderson, West Virginia | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847527800 |
| 847528200 | 10/6/2025 | Department of Justice | Supervisory Correctional Treatment Specialist (Case Management Coordinator) | 0101 - Social Science | Fairton, New Jersey | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847528200 |
| 847518500 | 10/6/2025 | Department of Defense | Social Worker (Behavioral Health Consultant) | 0185 - Social Work | Fort Bragg, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847518500 |
| 847506900 | 10/6/2025 | Department of the Army | Lead Recreation Assistant (Outdoor Recreation) NF-03 | 0189 - Recreation Aid And Assistant | Fort Detrick, Maryland | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847506900 |
| 847545800 | 10/6/2025 | Department of the Army | Recreation Assistant (Ski Patrol) NF-03 | 0189 - Recreation Aid And Assistant | West Point, New York | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847545800 |
| 847548700 | 10/6/2025 | Department of the Army | Recreation Assistant (Massage Therapist), NF-03/RPL | 0189 - Recreation Aid And Assistant | Garmisch, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847548700 |
| 847577800 | 10/6/2025 | Department of the Army | Assistant Human Resources Officer (NAF) NF-04 | 0201 - Human Resources Management | Joint Base Lewis-McChord, Washington | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847577800 |
| 847547400 | 10/6/2025 | Department of Justice | Tool Room Officer | 0303 - Miscellaneous Clerk And Assistant | Pekin, Illinois | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847547400 |
| 847543300 | 10/6/2025 | Department of Defense | Program Analyst | 0343 - Management And Program Analysis | Redstone Arsenal, Alabama | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847543300 |
| 847509600 | 10/6/2025 | Department of the Army | Management Assistant NF-03 | 0344 - Management And Program Clerical And Assista | Fort Hunter Liggett, California | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847509600 |
| 847597300 | 10/6/2025 | Department of the Army | Quality Review Analyst NF-04 | 0501 - Financial Administration And Program | Schofield Barracks, Hawaii | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847597300 |
| 847506600 | 10/6/2025 | Department of Defense | Budget Analyst | 0560 - Budget Analysis | Redstone Arsenal, Alabama | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847506600 |
| 847507300 | 10/6/2025 | Department of Defense | Physician (Internal Medicine) | 0602 - Medical Officer | Fort Rucker, Alabama | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847507300 |
| 847536100 | 10/6/2025 | Department of Defense | Physician (Occupational Medicine) | 0602 - Medical Officer | Naval Weapons Station, Yorktown, Virginia | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847536100 |
| 847507800 | 10/6/2025 | Department of Defense | Supervisory Nurse (Clinical/Neonatal Intensive Care Unit) | 0610 - Nurse | Fort Bragg, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847507800 |
| 847509400 | 10/6/2025 | Department of Defense | Advanced Practice Nurse (Nurse Midwife) | 0610 - Nurse | Fort Campbell, Tennessee | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847509400 |
| 847519000 | 10/6/2025 | Department of Defense | Nurse (Clinical/Oncology) | 0610 - Nurse | Tripler Army Medical Center, Hawaii | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/847519000 |
| 847598700 | 10/6/2025 | Department of Defense | Nurse (Clinical) | 0610 - Nurse | Camp Courtney Okinawa, Japan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847598700 |
| 847546900 | 10/6/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Springfield, Missouri | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/847546900 |
| 847513100 | 10/6/2025 | Department of Justice | Physical Therapist | 0633 - Physical Therapist | Springfield, Missouri | GS-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847513100 |
| 847549100 | 10/6/2025 | Department of Defense | Health Technician | 0640 - Health Aid And Technician | Camp Pendleton, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847549100 |
| 847513400 | 10/6/2025 | Department of Veterans Affairs | Medical Technician- Phlebotomist | 0645 - Medical Technician | Phoenix, Arizona | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847513400 |
| 847546600 | 10/6/2025 | Department of Defense | Medical Records Technician (Analyzer) | 0675 - Medical Records Technician | Camp Pendleton, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847546600 |
| 847574600 | 10/6/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Leavenworth, Kansas | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/847574600 |
| 847541600 | 10/6/2025 | Department of the Army | Interdisciplinary | 0801 - General Engineering | Colorado Springs, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847541600 |

A161

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847518200 | 10/6/2025 | Department of Energy | Interdisciplinary Engineer | 0810 - Civil Engineering | Folsom, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847518200 |
| 847593800 | 10/6/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Idaho Falls, Idaho | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847593800 |
| 847594000 | 10/6/2025 | Department of Energy | Electronics Engineer | 0855 - Electronics Engineering | Idaho Falls, Idaho | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847594000 |
| 847578500 | 10/6/2025 | Department of Justice | Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Leavenworth, Kansas | GL-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847578500 |
| 847565400 | 10/6/2025 | Department of Defense | FACULTY SENIOR ASSOCIATE | 1701 - General Education And Training | Wright-Patterson AFB, Ohio | AD-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847565400 |
| 847566600 | 10/6/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Butner Federal Correctional Complex, North Carolin | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847566600 |
| 847526900 | 10/6/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Fort Dix, New Jersey | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847526900 |
| 847580100 | 10/6/2025 | Department of the Army | Supply Technician NF-03 | 2005 - Supply Clerical And Technician | Joint Base Lewis-McChord, Washington | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847580100 |
| 847511400 | 10/6/2025 | Department of the Treasury | Maintenance and Operations General Foreman | 4701 - Miscellaneous General Maintenance and Opera | Washington, District of Columbia | WS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847511400 |
| 847550900 | 10/6/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Randolph AFB, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847550900 |
| 847516700 | 10/7/2025 | Department of Defense | Security Guard | 0085 - Security Guard | Fort Sam Houston, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847516700 |
| 847599200 | 10/7/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Camp Humphreys, South Korea | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847599200 |
| 847563500 | 10/7/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Fort Leonard Wood, Missouri | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847563500 |
| 847570100 | 10/7/2025 | Department of Defense | SOCIAL WORKER | 0185 - Social Work | Dover, Delaware | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847570100 |
| 847429700 | 10/7/2025 | Department of Defense | Physician (Obstetrics-Gynecology) | 0602 - Medical Officer | Fort Benning, Georgia | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847429700 |
| 847544300 | 10/7/2025 | Department of Defense | Physician (Pediatrics) | 0602 - Medical Officer | Fort Drum, New York | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847544300 |
| 847544800 | 10/7/2025 | Department of Defense | Supervisory Physician (Family Practice) | 0602 - Medical Officer | Fort Drum, New York | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847544800 |
| 847568800 | 10/7/2025 | Department of Defense | Physician (Radiology-Diagnostic) | 0602 - Medical Officer | Fort Sill, Oklahoma | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847568800 |
| 847411100 | 10/7/2025 | Department of Defense | Advanced Practice Nurse (Family Practice) | 0610 - Nurse | Camp Pendleton, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847411100 |
| 847470100 | 10/7/2025 | Department of Defense | Advanced Practice Nurse (Anesthetist) | 0610 - Nurse | Fort Riley, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847470100 |
| 847514000 | 10/7/2025 | Department of Defense | NURSE (CLINICAL) | 0610 - Nurse | Naval Air Station Oceana, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847514000 |
| 847574500 | 10/7/2025 | Department of Defense | Advanced Practice Nurse (Nurse Practitioner) | 0610 - Nurse | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847574500 |
| 847583700 | 10/7/2025 | Department of Defense | Nurse (Urgent Care) | 0610 - Nurse | Naval Air Station Pensacola, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847583700 |
| 847516900 | 10/7/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Bethesda, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847516900 |
| 847599100 | 10/7/2025 | Department of Defense | PRACTICAL NURSE | 0620 - Practical Nurse | Ramstein, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847599100 |
| 847587000 | 10/7/2025 | Department of Defense | Operating Room Nursing Assistant | 0621 - Nursing Assistant | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847587000 |
| 847504700 | 10/7/2025 | Department of Defense | Occupational Therapist | 0631 - Occupational Therapist | Stuttgart, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847504700 |
| 847333500 | 10/7/2025 | Department of Defense | SUPERVISORY CLINICAL LABORATORY SCIENTIST | 0644 - Clinical Laboratory Science | Charleston, South Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847333500 |
| 847374500 | 10/7/2025 | Department of Defense | Supervisory Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Fort Sill, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847374500 |
| 847455500 | 10/7/2025 | Department of Defense | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Fort Benning, Georgia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847455500 |
| 847595700 | 10/7/2025 | Department of Defense | Supervisory Health System Administrator | 0670 - Health System Administration | Camp Walker, South Korea | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847595700 |
| 847481500 | 10/7/2025 | Department of Defense | Health System Specialist | 0671 - Health System Specialist | Fort Drum, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847481500 |
| 847595500 | 10/7/2025 | Department of Defense | Health System Specialist | 0671 - Health System Specialist | Camp Humphreys, South Korea | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847595500 |
| 847570200 | 10/7/2025 | Department of Defense | Medical Records Technician (Office Automation) | 0675 - Medical Records Technician | Dover, Delaware | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847570200 |
| 847599300 | 10/7/2025 | Department of Defense | Medical Records Technician (Coder) | 0675 - Medical Records Technician | Camp Humphreys, South Korea | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847599300 |
| 847598100 | 10/7/2025 | Department of Defense | Medical Support Assistant (OA) | 0679 - Medical Support Assistance | Tripler Army Medical Center, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847598100 |
| 847543900 | 10/7/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Lemoore, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847543900 |
| 847520400 | 10/7/2025 | Department of Health and Human Services | Public Health Analyst | 0685 - Public Health Program Specialist | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847520400 |
| 847591200 | 10/7/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY (SUPERVISORY BRANCH CHIEF) | 0801 - General Engineering | New York, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847591200 |
| 847577500 | 10/7/2025 | Department of Homeland Security | Civil Engineer (Structural) | 0810 - Civil Engineering | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847577500 |
| 847571300 | 10/7/2025 | Department of Homeland Security | Contract Compliance Specialist | 1101 - General Business And Industry | Glynco, Georgia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847571300 |
| 847598900 | 10/7/2025 | Department of the Army | Business Manager NF-03 | 1101 - General Business And Industry | Sagamihara Housing Area, Japan | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847598900 |
| 847594400 | 10/7/2025 | Department of Defense | STATISTICIAN (OPERATIONS AND ADMINISTRATION) | 1530 - Statistics | Indianapolis, Indiana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847594400 |
| 847547600 | 10/7/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Creston, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847547600 |
| 847513500 | 10/7/2025 | Department of Defense | IT PROJECT MANAGER (PLCYPLN) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847513500 |
| 847560400 | 10/7/2025 | Department of the Treasury | AIR CONDITIONING EQUIPMENT MECHANIC | 5306 - Air Conditioning Equipment Mechanic | Washington, District of Columbia | WG-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847560400 |
| 847689000 | 10/7/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Milan, Michigan | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847689000 |
| 847606400 | 10/7/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Leavenworth, Kansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847606400 |
| 847688300 | 10/7/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Pekin, Illinois | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847688300 |
| 847633700 | 10/7/2025 | Department of Homeland Security | Security Specialist | 0080 - Security Administration | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847633700 |
| 847660500 | 10/7/2025 | Department of Veterans Affairs | Police Officer | 0083 - Police | Battle Creek, Michigan | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847660500 |
| 847677800 | 10/7/2025 | Department of Defense | Foreign Affairs Specialist | 0130 - Foreign Affairs | Fort Belvoir, Virginia | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847677800 |
| 847626600 | 10/7/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Fort Hood, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847626600 |
| 847632600 | 10/7/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Fort Hood, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847632600 |
| 847614600 | 10/7/2025 | Department of Justice | Supervisory Recreation Specialist - Institutional (Recreation Supervisor) | 0188 - Recreation Specialist | Lewis Run, Pennsylvania | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847614600 |
| 847599900 | 10/7/2025 | Department of the Army | Recreation Assistant (Lifeguard) NF-02 | 0189 - Recreation Aid And Assistant | Zama, Camp Zama, Japan | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847599900 |
| 847639400 | 10/7/2025 | Department of the Army | Recreation Assistant NF - 02 | 0189 - Recreation Aid And Assistant | Fort Jackson, South Carolina | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847639400 |
| 847649800 | 10/7/2025 | Department of the Army | Recreation Assistant NF-02 | 0189 - Recreation Aid And Assistant | Fort Gordon, Georgia | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847649800 |
| 847608900 | 10/7/2025 | Department of Defense | PROJECT MANAGEMENT SPECIALIST | 0301 - Miscellaneous Administration And Program | Indianapolis, Indiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847608900 |
| 847612300 | 10/7/2025 | Department of Defense | Congressional Affairs Specialist | 0301 - Miscellaneous Administration And Program | Arlington, Virginia | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847612300 |
| 847694600 | 10/7/2025 | Department of Defense | Strategic Communications and Content Specialist | 0301 - Miscellaneous Administration And Program | Richmond, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847694600 |
| 847661200 | 10/7/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Seatac, Washington | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/847661200 |
| 847644100 | 10/7/2025 | Department of Energy | Program Manager (Director Transmission and Construction) | 0340 - Program Management | Phoenix, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847644100 |
| 847566900 | 10/7/2025 | Department of Defense | PROGRAM ANALYST | 0343 - Management And Program Analysis | Fort Meade, Maryland | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847566900 |
| 847696800 | 10/7/2025 | Department of Defense | Program Analysis Officer (Senior Operations and Planning Advisor) | 0343 - Management And Program Analysis | Phoenix, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847696800 |
| 847659200 | 10/7/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Ignacio, Colorado | GS-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847659200 |
| 847640700 | 10/7/2025 | Department of Justice | Business Administrator | 0501 - Financial Administration And Program | Leavenworth, Kansas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847640700 |
| 847689900 | 10/7/2025 | Department of Defense | Physician (Family Practice) | 0602 - Medical Officer | Fort Riley, Kansas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847689900 |
| 847712000 | 10/7/2025 | Department of Defense | PHYSICIAN (PSYCHIATRY) | 0602 - Medical Officer | Tripler Army Medical Center, Hawaii | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847712000 |
| 847612800 | 10/7/2025 | Department of Defense | Advanced Practical Nurse (Nurse Practitioner) | 0610 - Nurse | Naval Medical Center, Portsmouth, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847612800 |
| 847613000 | 10/7/2025 | Department of Defense | Nurse (Infection Control) | 0610 - Nurse | Naval Medical Center, Portsmouth, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847613000 |
| 847667800 | 10/7/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Tripler Army Medical Center, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847667800 |

A162

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847604500 | 10/7/2025 | Department of Defense | Physical Therapist | 0633 - Physical Therapist | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847604500 |
| 847610300 | 10/7/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Fort Sam Houston, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847610300 |
| 847645000 | 10/7/2025 | Department of Justice | Respiratory Therapist | 0651 - Respiratory Therapist | Springfield, Missouri | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847645000 |
| 847617100 | 10/7/2025 | Department of Defense | Medical Records Technician (Office Automation) | 0675 - Medical Records Technician | Bethesda, Maryland | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847617100 |
| 847632400 | 10/7/2025 | Department of Defense | General Engineer | 0801 - General Engineering | Redstone Arsenal, Alabama | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847632400 |
| 847616100 | 10/7/2025 | Department of Defense | Architect | 0808 - Architecture | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847616100 |
| 847625400 | 10/7/2025 | Department of the Army | Interdisciplinary | 0808 - Architecture | Redstone Arsenal, Alabama | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847625400 |
| 847614400 | 10/7/2025 | Department of the Army | CONSTRUCTION CONTROL REPRESENTATIVE | 0809 - Construction Control Technical | Kings Point, New York | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847614400 |
| 847621600 | 10/7/2025 | Department of the Army | Mechanical Engineer | 0830 - Mechanical Engineering | Redstone Arsenal, Alabama | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847621600 |
| 847688600 | 10/7/2025 | Department of Defense | Interdisciplinary Engineer (Computer) | 0854 - Computer Engineering | King of Prussia, Pennsylvania | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847688600 |
| 847624600 | 10/7/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Leavenworth, Kansas | GS-10/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847624600 |
| 847672000 | 10/7/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Springfield, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847672000 |
| 847683600 | 10/7/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Victorville, California | GL-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/847683600 |
| 847620000 | 10/7/2025 | Department of Homeland Security | Supervisory General Attorney (Labor and Employment Law Division) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847620000 |
| 847632900 | 10/7/2025 | Department of the Army | Commercial Sponsorship and Advertising Account Executive NF-04 | 1101 - General Business And Industry | Fort Campbell, Kentucky | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847632900 |
| 847681600 | 10/7/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Leavenworth, Kansas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847681600 |
| 847698600 | 10/7/2025 | Department of Defense | Property Disposal Technician | 1107 - Property Disposal Clerical And Technician | Norfolk, Virginia | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847698600 |
| 847644300 | 10/7/2025 | Department of Defense | Chemist | 1320 - Chemistry | Fort Belvoir, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847644300 |
| 847672500 | 10/7/2025 | Department of Justice | Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Fairton, New Jersey | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847672500 |
| 847614100 | 10/7/2025 | Department of Defense | FACULTY SENIOR ASSOCIATE | 1701 - General Education And Training | Arlington County, Virginia | AD-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847614100 |
| 847631700 | 10/7/2025 | Department of Defense | CYS Assistant Director NF-04 | 1701 - General Education And Training | Richmond, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847631700 |
| 847673400 | 10/7/2025 | Department of the Army | CYS Facility Director NF-04 | 1701 - General Education And Training | Redstone Arsenal, Alabama | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847673400 |
| 847676000 | 10/7/2025 | Department of the Army | Evaluation Team Lead (CYS), NF-05 | 1701 - General Education And Training | Fort Sam Houston, Texas | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847676000 |
| 847631000 | 10/7/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Seatac, Washington | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847631000 |
| 847640100 | 10/7/2025 | Department of Justice | Quality Assurance Specialist (Quality Assurance Manager) (UNICOR) | 1910 - Quality Assurance | Marion, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847640100 |
| 847612400 | 10/7/2025 | Department of the Air Force | IT SPECIALIST (ENTARCH/INFOSEC) | 2210 - Information Technology Management | Scott AFB, Illinois | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847612400 |
| 847618100 | 10/7/2025 | Department of Veterans Affairs | Water Treatment Plant Operator | 5409 - Water Treatment Plant Operating | Fresno, California | WG-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847618100 |
| 847655800 | 10/7/2025 | Department of the Army | Waiter NA-02 | 7420 - Waiter | Fort Campbell, Kentucky | NA-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847655800 |
| 847658900 | 10/8/2025 | Department of the Interior | Safety & Occupational Health Manager | 0018 - Safety and Occupational Health Management | Albuquerque, New Mexico | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847658900 |
| 847614200 | 10/8/2025 | Department of the Army | Firefighter (Hazardous Materials Operations) | 0081 - Fire Protection and Prevention | Pine Bluff Arsenal, Arkansas | GS-3/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847614200 |
| 847600000 | 10/8/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Landstuhl, Germany | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847600000 |
| 847617300 | 10/8/2025 | Department of Defense | TELECOMMUNICATIONS SPECIALIST | 0391 - Telecommunications | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847617300 |
| 847679000 | 10/8/2025 | Department of Energy | Natural Resources Specialist (Environmental Services Manager) | 0401 - General Natural Resources Management And Bi | Lakewood, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847679000 |
| 847520300 | 10/8/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Naval Medical Center, Portsmouth, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847520300 |
| 847592400 | 10/8/2025 | Department of Defense | Behavioral Health Case Management | 0601 - General Health Science | Fort Hood, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847592400 |
| 847670000 | 10/8/2025 | Department of Defense | Physician (Internal Medicine) | 0602 - Medical Officer | Bremerton, Washington | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847670000 |
| 847684100 | 10/8/2025 | Department of Defense | Physician (Family Practice)/Supervisory Physician (Family Practice) | 0602 - Medical Officer | White Sands Missile Range, New Mexico | GP-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847684100 |
| 847688000 | 10/8/2025 | Department of Defense | Physician (Internal Medicine)/Supervisory Physician (Internal Medicine) | 0602 - Medical Officer | White Sands Missile Range, New Mexico | GP-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847688000 |
| 847696700 | 10/8/2025 | Department of Defense | Physician (Family Practice) | 0602 - Medical Officer | Oak Harbor, Washington | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847696700 |
| 847697700 | 10/8/2025 | Department of Defense | Physician (Family Medicine) | 0602 - Medical Officer | Camp Pendleton, California | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847697700 |
| 847606200 | 10/8/2025 | Department of Defense | Physician Assistant (Occupational Health) | 0603 - Physician Assistant | Naval Shipyard, Portsmouth, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847606200 |
| 847410500 | 10/8/2025 | Department of Defense | Nurse (Inpatient Clinical/OB-GYN) | 0610 - Nurse | Camp Pendleton, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847410500 |
| 847626000 | 10/8/2025 | Department of Defense | Nurse (Clinical) | 0610 - Nurse | Bethesda, Maryland | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847626000 |
| 847695500 | 10/8/2025 | Department of Defense | Nurse (Operating Room) | 0610 - Nurse | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847695500 |
| 847644700 | 10/8/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Fort Drum, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847644700 |
| 847713300 | 10/8/2025 | Department of Defense | Practical Nurse (Family Medicine) | 0620 - Practical Nurse | Baumholder, Germany | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847713300 |
| 847575400 | 10/8/2025 | Department of Defense | Orthopedic Technician | 0640 - Health Aid And Technician | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847575400 |
| 847605300 | 10/8/2025 | Department of Defense | Health Technician | 0640 - Health Aid And Technician | Fort Carson, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847605300 |
| 847616000 | 10/8/2025 | Department of Veterans Affairs | Medical Care Transportation Technician - Paramedic | 0640 - Health Aid And Technician | Ann Arbor, Michigan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847616000 |
| 847550100 | 10/8/2025 | Department of Veterans Affairs | Nuclear Medicine Technician | 0642 - Nuclear Medicine Technician | Fort Hood, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847550100 |
| 846658600 | 10/8/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomy | 0645 - Medical Technician | Tucson, Arizona | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/846658600 |
| 847525900 | 10/8/2025 | Department of Defense | Medical Instrument Technician (Magnetic Resonance Imaging) | 0649 - Medical Instrument Technician | Fort Jackson, South Carolina | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847525900 |
| 847684700 | 10/8/2025 | Department of Defense | Medical Instrument Technician (Ultrasound) | 0649 - Medical Instrument Technician | Fort Sam Houston, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847684700 |
| 847628500 | 10/8/2025 | Department of Defense | Pharmacy Technician | 0661 - Pharmacy Technician | Bethesda, Maryland | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847628500 |
| 847467900 | 10/8/2025 | Department of Defense | Dentist (General Practice - Dentistry) | 0680 - Dental Officer | Naval Air Station Oceana, Virginia | GP-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847467900 |
| 847692700 | 10/8/2025 | Department of the Army | INTERDISCIPLINARY (ENGINEER/ARCHITECT) | 0801 - General Engineering | Kings Point, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847692700 |
| 847701400 | 10/8/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY | 0801 - General Engineering | Kings Point, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847701400 |
| 847702200 | 10/8/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY | 0801 - General Engineering | Kings Point, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847702200 |
| 847668500 | 10/8/2025 | Department of Transportation | Lead Engineering Technician (Mechanical) - SME | 0802 - Engineering Technical | Kings Point, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847668500 |
| 847697000 | 10/8/2025 | Department of Homeland Security | General Attorney (General Administrative Law) | 0905 - Attorney | Washington, District of Columbia | GS-11/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847697000 |
| 847694400 | 10/8/2025 | Department of Homeland Security | Criminal Investigator | 1811 - Criminal Investigation | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847694400 |
| 847507000 | 10/8/2025 | Department of Defense | IT CYBERSECURITY SPECIALIST (SYSANALYSIS) | 2210 - Information Technology Management | Indianapolis, Indiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847507000 |
| 847687100 | 10/8/2025 | Department of Defense | Information Technology Specialist (Information Security/System Administrator) | 2210 - Information Technology Management | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847687100 |
| 847756500 | 10/8/2025 | Department of Energy | Environmental Protection Specialist (NEPA Coordinator) | 0028 - Environmental Protection Specialist | Phoenix, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847756500 |
| 847758300 | 10/8/2025 | Department of Energy | Environmental Protection Specialist (NEPA Coordinator) | 0028 - Environmental Protection Specialist | Phoenix, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847758300 |
| 847741700 | 10/8/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Tallahassee, Florida | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847741700 |
| 847735200 | 10/8/2025 | Department of the Air Force | INFORMATION SECURITY SPECIALIST | 0080 - Security Administration | Camp Murray, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847735200 |
| 847743700 | 10/8/2025 | Department of the Air Force | PERSONNEL SECURITY SPECIALIST (SENIOR ADJUDICATOR) | 0080 - Security Administration | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847743700 |
| 847740000 | 10/8/2025 | Department of the Air Force | FIREFIGHTER (HAZARDOUS MATERIALS TECH-BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Syracuse, New York | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847740000 |
| 847752100 | 10/8/2025 | Department of the Air Force | FIREFIGHTER (CREW CHIEF-DRIVER OPERATOR) | 0081 - Fire Protection and Prevention | Syracuse, New York | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847752100 |
| 847717800 | 10/8/2025 | Department of Energy | Nuclear Materials Courier | 0084 - Nuclear Materials Courier | Albuquerque, New Mexico | NV-1 | Questionnaire with EO question | https://www.usajobs.gov/job/847717800 |
| 847718300 | 10/8/2025 | Department of Energy | Nuclear Materials Courier | 0084 - Nuclear Materials Courier | Amarillo, Texas | NV-1 | Questionnaire with EO question | https://www.usajobs.gov/job/847718300 |
| 847757100 | 10/8/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Victorville, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847757100 |
| 847806700 | 10/8/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Fort Richardson, Alaska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847806700 |
| 847748500 | 10/8/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Pine Knot, Kentucky | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847748500 |
| 847782100 | 10/8/2025 | Department of the Army | Recreation Assistant (Facilities Operator) NF-02 | 0189 - Recreation Aid And Assistant | Fort Gordon, Georgia | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847782100 |

A163

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847728800 | 10/8/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Los Angeles, California | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847728800 |
| 847731300 | 10/8/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Loretto, Pennsylvania | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847731300 |
| 847733400 | 10/8/2025 | Department of Justice | Human Resources Specialist | 0201 - Human Resources Management | Florence, Colorado | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847733400 |
| 847722000 | 10/8/2025 | Department of Justice | Trust Fund Supervisor | 0301 - Miscellaneous Administration And Program | Federal Medical Center Carswell, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847722000 |
| 847741100 | 10/8/2025 | Department of Homeland Security | Deputy Chief | 0301 - Miscellaneous Administration And Program | Aliso Viejo, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847741100 |
| 847794300 | 10/8/2025 | Department of Homeland Security | Special Assistant | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847794300 |
| 847763300 | 10/8/2025 | Department of the Army | Administrative Support Assistant (Veterinary Services) NF-03 | 0303 - Miscellaneous Clerk And Assistant | Edwards AFB, California | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847763300 |
| 847749100 | 10/8/2025 | Department of Energy | Program Manager | 0340 - Program Management | Washington, District of Columbia | EN-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847749100 |
| 847738000 | 10/8/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847738000 |
| 847756800 | 10/8/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847756800 |
| 847739900 | 10/8/2025 | Department of the Air Force | TELECOMMUNICATIONS SPECIALIST (COMSEC) | 0391 - Telecommunications | Rome, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847739900 |
| 847765200 | 10/8/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Eagle Butte, South Dakota | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847765200 |
| 847728900 | 10/8/2025 | Department of the Army | BUDGET ANALYST | 0560 - Budget Analysis | Watervliet, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847728900 |
| 847730700 | 10/8/2025 | Department of the Army | Budget Analyst, NF-03 | 0560 - Budget Analysis | Fort Sam Houston, Texas | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847730700 |
| 847707700 | 10/8/2025 | Department of Defense | PHYSICIAN (OBSTETRICS/GYNECOLOGY) | 0602 - Medical Officer | Tripler Army Medical Center, Hawaii | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847707700 |
| 847729000 | 10/8/2025 | Department of Defense | Advanced Practice Nurse | 0610 - Nurse | Fort Bragg, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847729000 |
| 847729300 | 10/8/2025 | Department of Defense | Advanced Practice Nurse (Nurse Pract/Neonatal) | 0610 - Nurse | Fort Bragg, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847729300 |
| 847804600 | 10/8/2025 | Department of Defense | NURSING ASSISTANT | 0621 - Nursing Assistant | Tripler Army Medical Center, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847804600 |
| 847720900 | 10/8/2025 | Department of the Army | Nutritionist (CYS), NF-04 | 0630 - Dietitian And Nutritionist | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847720900 |
| 847725300 | 10/8/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Vandenberg AFB, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847725300 |
| 847763100 | 10/8/2025 | Department of Defense | Health Technician (Occupational Health) | 0640 - Health Aid And Technician | Monterey, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847763100 |
| 847771800 | 10/8/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | San Diego, California | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/847771800 |
| 847726200 | 10/8/2025 | Department of Defense | Supervisory Respiratory Therapist | 0651 - Respiratory Therapist | Naval Medical Center, Portsmouth, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847726200 |
| 847734500 | 10/8/2025 | Department of Defense | Respiratory Therapist | 0651 - Respiratory Therapist | Naval Medical Center, Portsmouth, Virginia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847734500 |
| 847735800 | 10/8/2025 | Department of Defense | Pharmacy Technician | 0661 - Pharmacy Technician | Naval Medical Center, Portsmouth, Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847735800 |
| 847803000 | 10/8/2025 | Department of Veterans Affairs | Pharmacy Technician - Inpatient/Outpatient | 0661 - Pharmacy Technician | Erie, Pennsylvania | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847803000 |
| 847824600 | 10/8/2025 | Department of Defense | DENTAL ASSISTANT | 0681 - Dental Assistant | Tripler Army Medical Center, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847824600 |
| 847752500 | 10/8/2025 | Department of Defense | Dental Hygienist | 0682 - Dental Hygiene | Fort Bragg, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847752500 |
| 847818100 | 10/8/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Estill, South Carolina | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847818100 |
| 847824300 | 10/8/2025 | Department of Defense | Dental Hygienist | 0682 - Dental Hygiene | Fort Shafter, Hawaii | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847824300 |
| 847733900 | 10/8/2025 | Department of the Air Force | PUBLIC AFFAIRS SPECIALIST | 1035 - Public Affairs | Rome, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847733900 |
| 847744300 | 10/8/2025 | Department of Homeland Security | Supervisory Space Management Specialist | 1101 - General Business And Industry | South Burlington, Vermont | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847744300 |
| 847748800 | 10/8/2025 | Department of Homeland Security | Supervisory Space Management Specialist (Branch Chief) | 1101 - General Business And Industry | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847748800 |
| 847758000 | 10/8/2025 | Department of the Army | Marketing Assistant, NF-02/RFL | 1101 - General Business And Industry | Garmisch, Germany | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847758000 |
| 847732500 | 10/8/2025 | Department of Defense | Property Disposal Technician | 1107 - Property Disposal Clerical And Technician | Pearl Harbor, Hawaii | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847732500 |
| 847821800 | 10/8/2025 | Department of the Army | Lead Realty Specialist (DHA) | 1170 - Realty | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847821800 |
| 845813000 | 10/8/2025 | Department of Energy | District Operations and Maintenance Manager | 1601 - Equipment Facilities, And Services | Kalispell, Montana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/845813000 |
| 847806000 | 10/8/2025 | Department of Justice | Facility Operations Specialist (Facility Manager) | 1640 - Facility Operations Services | Marion, Illinois | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847806000 |
| 847789000 | 10/8/2025 | Department of the Army | Training Instructor (Automotive) NF-03 | 1712 - Training Instruction | Fort Benning, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847789000 |
| 847817300 | 10/8/2025 | Department of Justice | Training Instructor (Vocational Training Instructor - Dog Trainer) | 1712 - Training Instruction | Lewis Run, Pennsylvania | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847817300 |
| 847718600 | 10/8/2025 | Department of Veterans Affairs | Supply Technician | 2005 - Supply Clerical And Technician | Kansas City, Missouri | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847718600 |
| 847769100 | 10/8/2025 | Department of the Interior | Dispatcher (Public Safety) | 2151 - Dispatching | Albuquerque, New Mexico | GS-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847769100 |
| 847734200 | 10/8/2025 | Department of the Air Force | IT SPEC (NETWORK) | 2210 - Information Technology Management | Rome, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847734200 |
| 847736700 | 10/8/2025 | Department of the Air Force | IT SPECIALIST (PLCYPLN/NETWORK SERVICES) | 2210 - Information Technology Management | Rome, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847736700 |
| 847737200 | 10/8/2025 | Department of the Air Force | IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Rome, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847737200 |
| 847744400 | 10/8/2025 | Department of the Army | Cook, NA-04/RPL | 7404 - Cooking | Garmisch, Germany | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847744400 |
| 847751500 | 10/8/2025 | Department of the Army | Cook Leader, NL-06/RFL | 7404 - Cooking | Garmisch, Germany | NL-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847751500 |
| 847917100 | 10/8/2025 | Department of the Army | SPORTS SPECIALIST NF-03 | 0030 - Sports Specialist | White Sands Missile Range, New Mexico | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847917100 |
| 847891700 | 10/8/2025 | Department of the Army | Supervisory Recreation Specialist NF-03 | 0188 - Recreation Specialist | Fort Wainwright, Alaska | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847891700 |
| 848472000 | 10/8/2025 | Department of Defense | Quality Assurance Specialist | 1910 - Quality Assurance | King of Prussia, Pennsylvania | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848472000 |
| 847627700 | 10/9/2025 | Department of Defense | Clinical Psychologist (Health) | 0180 - Psychology | Bethesda, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847627700 |
| 847808300 | 10/9/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Bremerton, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847808300 |
| 847825000 | 10/9/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Tripler Army Medical Center, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847825000 |
| 847780900 | 10/9/2025 | Department of the Army | Assistant Human Resources Officer (NAF) - NF-04 | 0201 - Human Resources Management | Joint Base Lewis-McChord, Washington | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847780900 |
| 847778100 | 10/9/2025 | Department of Homeland Security | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Miami-Dade County, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847778100 |
| 847788200 | 10/9/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Zuni, New Mexico | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847788200 |
| 847756200 | 10/9/2025 | Department of Defense | Supervisory Budget Analyst | 0560 - Budget Analysis | Fort Sam Houston, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847756200 |
| 847699100 | 10/9/2025 | Department of Defense | Physician (Neurology) | 0602 - Medical Officer | Fort Sam Houston, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847699100 |
| 847703400 | 10/9/2025 | Department of Defense | Physician (Pediatrics) | 0602 - Medical Officer | Fort Sam Houston, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847703400 |
| 847744700 | 10/9/2025 | Department of Defense | Physician (Pediatrics) | 0602 - Medical Officer | Groton Submarine Base, Connecticut | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847744700 |
| 847660100 | 10/9/2025 | Department of Defense | Nurse (Inpatient Clinical/Ob-Gyn) | 0610 - Nurse | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847660100 |
| 847769500 | 10/9/2025 | Department of Defense | Nurse (Inpatient Clinical/OB-GYN) | 0610 - Nurse | Fort Riley, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847769500 |
| 847782500 | 10/9/2025 | Department of Defense | Medical Supply Technician | 0622 - Medical Supply Aide And Technician | Pearl Harbor, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847782500 |
| 847811000 | 10/9/2025 | Department of Defense | Occupational Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Fort Drum, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847811000 |
| 847705400 | 10/9/2025 | Department of Defense | Lead Nuclear Medicine Technician | 0642 - Nuclear Medicine Technician | Tripler Army Medical Center, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847705400 |
| 847676900 | 10/9/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Fort Sam Houston, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847676900 |
| 847705300 | 10/9/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Tripler Army Medical Center, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847705300 |
| 847781100 | 10/9/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Bremerton, Washington | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847781100 |

A164

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847781900 | 10/9/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Marine Corps Air Station - Yuma, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847781900 |
| 847686300 | 10/9/2025 | Department of Defense | Diagnostic Radiologic Technologist (Mammography) | 0647 - Diagnostic Radiologic Technologist | Fort Hood, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847686300 |
| 847666200 | 10/9/2025 | Department of Defense | Medical Instrument Technician | 0649 - Medical Instrument Technician | Bethesda, Maryland | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847666200 |
| 847825400 | 10/9/2025 | Department of Defense | Health Systems Specialist | 0671 - Health System Specialist | Camp Foster, Japan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847825400 |
| 847648800 | 10/9/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Camp Pendleton, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847648800 |
| 847784300 | 10/9/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY (CHIEF COST ENGINEER) | 0801 - General Engineering | New York, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847784300 |
| 847795800 | 10/9/2025 | Department of Defense | Supervisory General Engineer | 0801 - General Engineering | Tripler Army Medical Center, Hawaii | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847795800 |
| 847812600 | 10/9/2025 | Department of the Army | INTERDISCIPLINARY (ENGINEER/ARCHITECT) (TECHNICAL MANAGER) | 0801 - General Engineering | Kings Point, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847812600 |
| 847795200 | 10/9/2025 | Department of the Treasury | Computer Engineer (Artificial Intelligence Engineer) | 0854 - Computer Engineering | Salt Lake City, Utah | GS-12/15 | Questionnaire with EO question | https://www.usajobs.gov/job/847795200 |
| 847747200 | 10/9/2025 | Department of Veterans Affairs | Purchasing Agent - Prosthetics | 1105 - Purchasing | Asheville, North Carolina | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847747200 |
| 847821700 | 10/9/2025 | Department of the Army | Lead Realty Specialist | 1170 - Realty | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847821700 |
| 847745000 | 10/9/2025 | Department of Homeland Security | Investigator | 1810 - General Investigation | Glynco, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847745000 |
| 847771700 | 10/9/2025 | Department of Veterans Affairs | Housekeeping Aid Supervisor | 3566 - Custodial Working | Evansville, Indiana | WS-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847771700 |
| 847762300 | 10/9/2025 | Department of Veterans Affairs | Maintenance Worker | 4749 - Maintenance Mechanic | Houston, Texas | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847762300 |
| 847553500 | 10/9/2025 | Department of the Navy | MARINE MACHINERY MECHANIC SUPERVISOR I | 5334 - Marine Machinery Mechanic | Naval Shipyard, Portsmouth, Virginia | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/847553500 |
| 847732200 | 10/9/2025 | Department of Veterans Affairs | Supervisory Utility Systems Operator | 5406 - Utility Systems Operating | Lyons, New Jersey | WS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847732200 |
| 847844000 | 10/9/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Duluth, Minnesota | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/847844000 |
| 847849900 | 10/9/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Mendota, California | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847849900 |
| 847864600 | 10/9/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Beaver, West Virginia | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847864600 |
| 847895100 | 10/9/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Seatac, Washington | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/847895100 |
| 847924900 | 10/9/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Milan, Michigan | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847924900 |
| 847926700 | 10/9/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Estill, South Carolina | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847926700 |
| 847849600 | 10/9/2025 | Department of Justice | Safety & Occupational Health Manager (Regional Safety Administrator) | 0018 - Safety and Occupational Health Management | Stockton, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847849600 |
| 847842400 | 10/9/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY | 0020 - Community Planning | Junction City, Kansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847842400 |
| 847855900 | 10/9/2025 | Department of the Army | PARK RANGER | 0025 - Park Ranger | Oldtown, Idaho | GS-2/3 | Questionnaire with EO question | https://www.usajobs.gov/job/847855900 |
| 847846100 | 10/9/2025 | Department of Justice | Correctional Treatment Specialist (Assistant Case Management Coordinator) | 0101 - Social Science | Waymart, Pennsylvania | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847846100 |
| 847914400 | 10/9/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Lompoc, California | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/847914400 |
| 847890000 | 10/9/2025 | Department of Justice | Clinical Psychologist (Reintegration Housing Psychologist) | 0180 - Psychology | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847890000 |
| 847870800 | 10/9/2025 | Department of the Army | Recreation Specialist NF-03 | 0188 - Recreation Specialist | Fort Knox, Kentucky | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847870800 |
| 847920800 | 10/9/2025 | Department of the Army | Recreation Assistant (Ski/Safety Patrol) NF-03 | 0189 - Recreation Aid And Assistant | Fort Wainwright, Alaska | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847920800 |
| 847908600 | 10/9/2025 | Department of the Army | CYS Program Specialist NF-05 | 0301 - Miscellaneous Administration And Program | Fort Bragg, North Carolina | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847908600 |
| 847861300 | 10/9/2025 | Department of Justice | Records and Information Management Specialist (Chief, Information Management) | 0308 - Records & Information Management | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847861300 |
| 847883900 | 10/9/2025 | Department of Justice | Secretary | 0318 - Secretary | Butner Federal Correctional Complex, North Carolin | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/847883900 |
| 847897000 | 10/9/2025 | Department of the Army | Management Analyst, NF-04 | 0343 - Management And Program Analysis | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847897000 |
| 847831500 | 10/9/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Leavenworth, Kansas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/847831500 |
| 847833400 | 10/9/2025 | Department of the Army | Chief Financial Management NF-04 | 0501 - Financial Administration And Program | Wiesbaden, Germany | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847833400 |
| 847910500 | 10/9/2025 | Department of the Army | Financial Management Technician NF-03 | 0503 - Financial Clerical And Assistance | Fort AP Hill, Virginia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847910500 |
| 847844600 | 10/9/2025 | Department of Justice | Accountant | 0510 - Accounting | Littleton, Colorado | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847844600 |
| 847844100 | 10/9/2025 | Department of Defense | ACCOUNTING TECHNICIAN | 0525 - Accounting Technician | Limestone, Maine | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847844100 |
| 847881000 | 10/9/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Florence, Colorado | GS-05 | Questionnaire with EO question | https://www.usajobs.gov/job/847881000 |
| 847838900 | 10/9/2025 | Department of Veterans Affairs | Research Health Science Specialist | 0601 - General Health Science | Phoenix, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847838900 |
| 847856400 | 10/9/2025 | Department of Veterans Affairs | Pathology Specialist | 0601 - General Health Science | Ann Arbor, Michigan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847856400 |
| 847897800 | 10/9/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Fort Devens, Massachusetts | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847897800 |
| 847868400 | 10/9/2025 | Department of Justice | Nursing Assistant | 0621 - Nursing Assistant | Butner Federal Correctional Complex, North Carolin | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/847868400 |
| 847900300 | 10/9/2025 | Department of Defense | PSYCHIATRIC NURSING ASSISTANT | 0621 - Nursing Assistant | Schofield Barracks, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847900300 |
| 847904200 | 10/9/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Fort Eustis, Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847904200 |
| 847859900 | 10/9/2025 | Department of Veterans Affairs | Patient Escort/Assistant | 0640 - Health Aid And Technician | San Juan, Puerto Rico | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847859900 |
| 847874400 | 10/9/2025 | Department of Veterans Affairs | Health Technician | 0640 - Health Aid And Technician | Detroit, Michigan | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847874400 |
| 847838300 | 10/9/2025 | Department of Veterans Affairs | Medical Technician- Phlebotomy/Specimen Processing | 0645 - Medical Technician | San Diego, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847838300 |
| 847859500 | 10/9/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomy | 0645 - Medical Technician | Tomah, Wisconsin | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847859500 |
| 847843700 | 10/9/2025 | Department of Defense | Health System Specialist | 0671 - Health System Specialist | Keesler AFB, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847843700 |
| 847909200 | 10/9/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Richardson, Alaska | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847909200 |
| 847891800 | 10/9/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Kaneohe, Hawaii | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847891800 |
| 847901800 | 10/9/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Fort Richardson, Alaska | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847901800 |
| 847774900 | 10/9/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY (SUPERVISORY BRANCH CHIEF) | 0801 - General Engineering | New York, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847774900 |
| 847892300 | 10/9/2025 | Department of Health and Human Services | General Engineer | 0801 - General Engineering | Eagle Butte, South Dakota | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847892300 |
| 847899500 | 10/9/2025 | Department of the Treasury | General Attorney (Tax) - Senior Counsel - International | 0905 - Attorney | Birmingham, Alabama | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847899500 |
| 847844700 | 10/9/2025 | Department of Justice | Legal Assistant (Legal Access Officer) | 0986 - Legal Assistance | Seatac, Washington | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847844700 |
| 847837100 | 10/9/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Littleton, Colorado | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/847837100 |
| 847864400 | 10/9/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | March AFB, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847864400 |
| 847855100 | 10/9/2025 | Department of Veterans Affairs | Purchasing Agent-Prosthetics and Sensory Aids | 1105 - Purchasing | Cape Girardeau, Missouri | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847855100 |
| 847868500 | 10/9/2025 | Department of Commerce | Physical Scientist | 1301 - General Physical Science | Palmer, Alaska | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847868500 |
| 847868600 | 10/9/2025 | Department of Commerce | Physical Scientist | 1301 - General Physical Science | Palmer, Alaska | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847868600 |
| 847848500 | 10/9/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Littleton, Colorado | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/847848500 |
| 847877600 | 10/9/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Tar Heel, North Carolina | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847877600 |
| 847885600 | 10/9/2025 | Department of the Air Force | GENERAL SUPPLY SPECIALIST (TITLE 32) | 2001 - General Supply | Jefferson Barracks, Missouri | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847885600 |
| 847852500 | 10/9/2025 | Department of the Air Force | IT SPECIALIST (NETWORK SERVICES) | 2210 - Information Technology Management | Rome, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847852500 |
| 847895000 | 10/9/2025 | Department of the Air Force | IT SPECIALIST (POLICY AND PLANNING/ENTERPRISE ARCHITECTURE) | 2210 - Information Technology Management | McChord AFB, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847895000 |
| 847916400 | 10/9/2025 | Department of the Army | Information Technology Specialist (SYSADMIN) NF-03 | 2210 - Information Technology Management | Yuma, Arizona | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847916400 |
| 847907800 | 10/9/2025 | Department of the Army | Laborer NA-03 | 3502 - Laboring | Fort Polk, Louisiana | NA-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847907800 |
| 847902800 | 10/9/2025 | Department of the Air Force | COMPOSITE FABRICATOR (TITLE 32) | 4352 - Composite/Plastic Fabricating | Whiteman AFB, Missouri | WG-5/10 | Questionnaire with EO question | https://www.usajobs.gov/job/847902800 |
| 847900500 | 10/9/2025 | Department of Justice | Maintenance Worker Supervisor (Maintenance Worker Foreman) | 4749 - Maintenance Mechanic | Littleton, Colorado | WS-08 | Questionnaire with EO question | https://www.usajobs.gov/job/847900500 |
| 847882400 | 10/9/2025 | Department of the Air Force | MOTOR VEHICLE OPERATOR (TITLE 32) | 5703 - Motor Vehicle Operating | Saint Joseph, Missouri | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847882400 |
| 847901100 | 10/9/2025 | Department of the Air Force | AIRCRAFT ORDNANCE SYSTEMS MECHANIC (TITLE 32) | 6652 - Aircraft Ordnance Systems Mechanic | Whiteman AFB, Missouri | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/847901100 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847916200 | 10/9/2025 | Department of Defense | Materials Examiner And Identifier (Fork Lift Operator) | 6912 - Materials Examining And Identifying | Fort Meade, Maryland | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847916200 |
| 847871900 | 10/9/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | El Segundo, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847871900 |
| 847872300 | 10/9/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | El Segundo, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847872300 |
| 847894100 | 10/9/2025 | Department of Veterans Affairs | Food Service Worker | 7408 - Food Service Working | Durham, North Carolina | WG-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847894100 |
| 847904400 | 10/10/2025 | Department of Veterans Affairs | Firefighter (Paramedic) | 0081 - Fire Protection and Prevention | Bath, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847904400 |
| 847925100 | 10/10/2025 | Department of Health and Human Services | Supervisory Social Science Research Analyst | 0101 - Social Science | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847925100 |
| 847925500 | 10/10/2025 | Department of Health and Human Services | Supervisory Social Science Research Analyst | 0101 - Social Science | New York, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847925500 |
| 847925200 | 10/10/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847925200 |
| 847888000 | 10/10/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Fort Sam Houston, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847888000 |
| 847896500 | 10/10/2025 | Department of Defense | Clinical Psychologist (Behavioral Health) | 0180 - Psychology | Port Hueneme, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847896500 |
| 847931600 | 10/10/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Yokota Air Base, Japan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847931600 |
| 847910100 | 10/10/2025 | Department of Defense | Social Worker (Behavioral Health Consultant) | 0185 - Social Work | Altus AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847910100 |
| 847913800 | 10/10/2025 | Department of Defense | Social Worker (Behavioral Health Consultant) | 0185 - Social Work | Fairchild AFB, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847913800 |
| 847916500 | 10/10/2025 | Department of Defense | Social Worker (Behavioral Health Consultant) | 0185 - Social Work | Hill AFB, Utah | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847916500 |
| 847798300 | 10/10/2025 | Department of Homeland Security | Management & Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847798300 |
| 847834100 | 10/10/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847834100 |
| 847908300 | 10/10/2025 | Department of Health and Human Services | Program Analyst (Engagement Team Member) | 0343 - Management And Program Analysis | Woodlawn, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847908300 |
| 847872900 | 10/10/2025 | Department of Defense | TELECOMMUNICATIONS SPECIALIST (CYBER) | 0391 - Telecommunications | Ford Island, Hawaii | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847872900 |
| 847913900 | 10/10/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Kykotsmovi Village, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847913900 |
| 847917000 | 10/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847917000 |
| 847713100 | 10/10/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Vilseck, Germany | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847713100 |
| 847774800 | 10/10/2025 | Department of Defense | Physician (Medical Evaluation Board) | 0602 - Medical Officer | Fort Riley, Kansas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847774800 |
| 847861500 | 10/10/2025 | Department of Defense | Physician (Family Medicine) | 0602 - Medical Officer | Temecula, California | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847861500 |
| 847913200 | 10/10/2025 | Department of Defense | Physician (Family Medicine) | 0602 - Medical Officer | Fort Bragg, North Carolina | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847913200 |
| 847919700 | 10/10/2025 | Department of Defense | Physician (Family Practice) | 0602 - Medical Officer | Davis Monthan AFB, Arizona | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847919700 |
| 847896400 | 10/10/2025 | Department of Defense | Nurse Practitioner | 0610 - Nurse | Chesapeake, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847896400 |
| 847903600 | 10/10/2025 | Department of Defense | Nurse ( Mother/Infant Care) | 0610 - Nurse | Naval Medical Center, Portsmouth, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847903600 |
| 847904600 | 10/10/2025 | Department of Veterans Affairs | Health Technician | 0640 - Health Aid And Technician | Bronx, New York | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/847904600 |
| 847595300 | 10/10/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Camp Humphreys, South Korea | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847595300 |
| 847783300 | 10/10/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Camp Pendleton, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847783300 |
| 847826200 | 10/10/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Baumholder, Germany | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847826200 |
| 847894200 | 10/10/2025 | Department of Veterans Affairs | Medical Technician (Phlebotomist) | 0645 - Medical Technician | Honolulu, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847894200 |
| 847826900 | 10/10/2025 | Department of Defense | Medical Instrument Technician (Electroneurodiagnostic) | 0649 - Medical Instrument Technician | Landstuhl, Germany | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847826900 |
| 847827900 | 10/10/2025 | Department of Defense | Medical Instrument Technician (Cardiovascular) | 0649 - Medical Instrument Technician | Landstuhl, Germany | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847827900 |
| 847794500 | 10/10/2025 | Department of Defense | Health System Specialist | 0671 - Health System Specialist | Landstuhl, Germany | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847794500 |
| 847829900 | 10/10/2025 | Department of Defense | Supervisory Health System Specialist | 0671 - Health System Specialist | Wiesbaden, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847829900 |
| 847886400 | 10/10/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | Fort Wainwright, Alaska | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847886400 |
| 847907300 | 10/10/2025 | Department of Defense | Dental Hygienist | 0682 - Dental Hygiene | Naval Base, Norfolk, Virginia | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847907300 |
| 847920000 | 10/10/2025 | Department of the Army | Electrical Engineer | 0850 - Electrical Engineering | Pittsburgh, Pennsylvania | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847920000 |
| 847878200 | 10/10/2025 | Department of Agriculture | Data Scientist (Branch Chief) | 1530 - Statistics | Fort Collins, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847878200 |
| 847833600 | 10/10/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Wray, Colorado | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847833600 |
| 847603500 | 10/10/2025 | Department of Defense | IT CYBERSECURITY SPECIALIST (APPSW) | 2210 - Information Technology Management | Indianapolis, Indiana | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/847603500 |
| 847720700 | 10/10/2025 | Department of Defense | IT PROJECT MANAGER (PLCYPLN) | 2210 - Information Technology Management | Montgomery, Alabama | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847720700 |
| 847856600 | 10/10/2025 | Department of Defense | IT SPECIALIST (SYSANALYSIS) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847856600 |
| 847886500 | 10/10/2025 | Department of Veterans Affairs | Materials Handler Leader | 6907 - Materials Handler | Manchester, New Hampshire | WL-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847886500 |
| 847876300 | 10/10/2025 | Department of Veterans Affairs | Laundry Machine Operator Leader | 7305 - Laundry Machine Operating | Madison, Wisconsin | WL-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847876300 |
| 847949900 | 10/10/2025 | Department of Justice | Clinical Psychologist (Administrative Maximum Unit Psychologist) | 0180 - Psychology | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847949900 |
| 847989000 | 10/10/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Belle Chasse, Louisiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847989000 |
| 847948300 | 10/10/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Inez, Kentucky | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/847948300 |
| 847937100 | 10/10/2025 | Department of the Army | Recreation Specialist (Facility Manager) NF-04 | 0188 - Recreation Specialist | Illesheim, Germany | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847937100 |
| 847999800 | 10/10/2025 | Department of the Army | Recreation Assistant (Bingo Caller) NF-02 | 0189 - Recreation Aid And Assistant | Fort Buchanan, Puerto Rico | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847999800 |
| 847960800 | 10/10/2025 | Department of the Army | Clerk (Veterinary Services) NF-02 | 0303 - Miscellaneous Clerk And Assistant | Iwakuni, Japan | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847960800 |
| 847972900 | 10/10/2025 | Department of the Army | Administrative Support Assistant (Veterinary Services) NF-03 | 0303 - Miscellaneous Clerk And Assistant | Wiesbaden, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847972900 |
| 847977000 | 10/10/2025 | Department of the Army | Administrative Support Assistant (Veterinary Services) NF-03 | 0303 - Miscellaneous Clerk And Assistant | Stuttgart, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847977000 |
| 848005500 | 10/10/2025 | Department of the Interior | Lead Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Winnebago, Nebraska | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848005500 |
| 847992100 | 10/10/2025 | Department of Defense | Teller | 0530 - Cash Processing | Nellis AFB, Nevada | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847992100 |
| 847962300 | 10/10/2025 | Department of Veterans Affairs | Health Science Specialist | 0601 - General Health Science | Los Angeles, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847962300 |
| 847998300 | 10/10/2025 | Department of Defense | Behavioral Health Case Manger | 0601 - General Health Science | Camp Lejeune, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847998300 |
| 848009000 | 10/10/2025 | Department of Defense | SUPERVISORY PHYSICIAN (FAMILY PRACTICE) | 0602 - Medical Officer | Schofield Barracks, Hawaii | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848009000 |
| 847965100 | 10/10/2025 | Department of Defense | Physician Assistant | 0603 - Physician Assistant | Fort Drum, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847965100 |
| 847950900 | 10/10/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Yazoo City, Mississippi | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847950900 |
| 847952000 | 10/10/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Seatac, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847952000 |
| 847957200 | 10/10/2025 | Department of Veterans Affairs | Surgical Technician | 0640 - Health Aid And Technician | Pensacola, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847957200 |
| 847977900 | 10/10/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Malmstrom AFB, Montana | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847977900 |
| 847999200 | 10/10/2025 | Department of Veterans Affairs | Assistant Hospital Housekeeping Officer | 0673 - Hospital Housekeeping Management | North Chicago, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847999200 |
| 847959900 | 10/10/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Marine Corps Air Station Miramar, California | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847959900 |
| 847936500 | 10/10/2025 | Department of Defense | Writer (Reporter/Photographer) NF-04 | 1082 - Writing And Editing | PYONG TAEK, South Korea | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847936500 |
| 847954800 | 10/10/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | China Lake, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847954800 |
| 847991300 | 10/10/2025 | Department of Justice | Operations Manager (Program Manager - UNICOR) | 1101 - General Business And Industry | Manchester, Kentucky | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847991300 |
| 847983500 | 10/10/2025 | Department of the Army | Contract Specialist | 1102 - Contracting | Kingsport, Tennessee | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847983500 |
| 847999000 | 10/10/2025 | Department of Veterans Affairs | Purchasing Agent | 1105 - Purchasing | Des Moines, Iowa | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847999000 |
| 847955800 | 10/10/2025 | Department of Defense | Procurement Technician | 1106 - Procurement Clerical And Technician | Portsmouth Naval Shipyard, Maine | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847955800 |
| 847980400 | 10/10/2025 | Department of Energy | Public Utilities Specialist (Settlements Analyst) | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847980400 |
| 847980900 | 10/10/2025 | Department of Energy | Public Utilities Specialist (Settlements Analyst) | 1130 - Public Utilities Specialist | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847980900 |
| 848001900 | 10/10/2025 | Department of the Army | Realty Specialist | 1170 - Realty | Seattle, Washington | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848001900 |
| 847937900 | 10/10/2025 | Department of the Army | Library Technician NF-03 | 1411 - Library Technician | Stuttgart, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847937900 |
| 847968700 | 10/10/2025 | Department of Defense | Supervisory Distribution Facilities Specialist | 2030 - Distribution Facilities and Storage Managem | Robins AFB, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847968700 |
| 847984800 | 10/10/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Pearl Harbor, Hawaii | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/847984800 |

A166

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 847939500 | 10/10/2025 | Department of Defense | IT SPECIALIST (DATA MANAGEMENT/INFOSEC) | 2210 - Information Technology Management | Camp Lejeune, North Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847939500 |
| 847949100 | 10/10/2025 | Department of the Army | Information Technology Specialist (SYSADMIN/CUSTSPT)  NF-04 | 2210 - Information Technology Management | Macomb, Michigan | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847949100 |
| 847957000 | 10/10/2025 | Department of Defense | IT Specialist (INFOSEC) | 2210 - Information Technology Management | Fort Belvoir, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847957000 |
| 847996400 | 10/10/2025 | Department of Defense | Supervisory IT Specialist (Policy and Planning) | 2210 - Information Technology Management | Camp Lejeune, North Carolina | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847996400 |
| 847977200 | 10/10/2025 | Department of Defense | Materials Handler (6 month register) | 6907 - Materials Handler | Portsmouth Naval Shipyard, Maine | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847977200 |
| 847946800 | 10/10/2025 | Department of Defense | Store Worker (MVO) | 6914 - Store Working | Barstow, California | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847946800 |
| 847966300 | 10/10/2025 | Department of Defense | Store Worker | 6914 - Store Working | San Diego, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847966300 |
| 847990600 | 10/10/2025 | Department of Defense | Store Worker | 6914 - Store Working | Pearl Harbor, Hawaii | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847990600 |
| 847994700 | 10/10/2025 | Department of Defense | Store Worker | 6914 - Store Working | Nellis AFB, Nevada | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847994700 |
| 847951700 | 10/10/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Norfolk, Virginia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847951700 |
| 847975400 | 10/10/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Pearl Harbor, Hawaii | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847975400 |
| 847994100 | 10/11/2025 | Department of Veterans Affairs | Telecommunications Equipment Operator | 0390 - Telecommunications Processing | Madison, Wisconsin | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847994100 |
| 847901900 | 10/11/2025 | Department of Defense | Physician (Obstetrics and Gynecology) | 0602 - Medical Officer | Fort Sam Houston, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847901900 |
| 847996700 | 10/11/2025 | Department of Defense | Supervisory Physician (Occupational Medicine) | 0602 - Medical Officer | Fort Leavenworth, Kansas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847996700 |
| 847963700 | 10/11/2025 | Department of Defense | Nurse (Clinical/Ambulatory) | 0610 - Nurse | Fort Wainwright, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847963700 |
| 847950100 | 10/11/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Lackland AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847950100 |
| 847946300 | 10/11/2025 | Department of Defense | Medical Instrument Technician (Cardiovascular) | 0649 - Medical Instrument Technician | Fort Sam Houston, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847946300 |
| 847975200 | 10/11/2025 | Department of Defense | Medical Instrument Technician (EEG) | 0649 - Medical Instrument Technician | Fort Sam Houston, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/847975200 |
| 847970400 | 10/11/2025 | Department of Defense | Pharmacy Technician | 0661 - Pharmacy Technician | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847970400 |
| 847976900 | 10/13/2025 | Department of Homeland Security | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Chicago, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847976900 |
| 847943900 | 10/13/2025 | Department of Defense | Virtual School Assistant | 0303 - Miscellaneous Clerk And Assistant | Fort Knox, Kentucky | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847943900 |
| 847835900 | 10/13/2025 | Department of Defense | Supervisory Physician Assistant | 0603 - Physician Assistant | Fort McCoy, Wisconsin | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847835900 |
| 847844400 | 10/13/2025 | Department of Defense | Nurse (Clinical) | 0610 - Nurse | Guantanamo Bay, Cuba | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847844400 |
| 847883600 | 10/13/2025 | Department of Defense | Nurse (Clinical) | 0610 - Nurse | Bethesda, Maryland | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847883600 |
| 847863100 | 10/13/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Fort Bragg, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847863100 |
| 847882200 | 10/14/2025 | Department of Homeland Security | Program Manager (Training) | 0340 - Program Management | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847882200 |
| 847332800 | 10/14/2025 | Department of Homeland Security | MANAGEMENT & PROGRAM ANALYST | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847332800 |
| 847829300 | 10/14/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-9/13 | Questionnaire with EO question | https://www.usajobs.gov/job/847829300 |
| 847975100 | 10/14/2025 | Department of Defense | Management Analyst | 0343 - Management And Program Analysis | Arlington, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847975100 |
| 847565900 | 10/14/2025 | Department of Defense | Budget Officer | 0560 - Budget Analysis | Fort Carson, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847565900 |
| 847964300 | 10/14/2025 | Department of Defense | Supervisory Physician (Medical Evaluation Board) | 0602 - Medical Officer | Fort Hood, Texas | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847964300 |
| 847886700 | 10/14/2025 | Department of Defense | Nurse (Occupational Health) | 0610 - Nurse | Guantanamo Bay, Cuba | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847886700 |
| 847901300 | 10/14/2025 | Department of Defense | Advanced Practice Nurse (Practitioner/Family Practice ) | 0610 - Nurse | Fort Jackson, South Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847901300 |
| 847840500 | 10/14/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Naval Medical Center, Portsmouth, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847840500 |
| 847915000 | 10/14/2025 | Department of Defense | Medical Records Technician (Office Automation) | 0675 - Medical Records Technician | McGuire AFB, New Jersey | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/847915000 |
| 848002200 | 10/14/2025 | Department of Energy | Reliability Compliance Management Specialist | 1101 - General Business And Industry | Phoenix, Arizona | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/848002200 |
| 847845300 | 10/14/2025 | Department of Defense | COMPUTER SCIENTIST | 1550 - Computer Science | Indianapolis, Indiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847845300 |
| 847948800 | 10/14/2025 | Department of Defense | Instructional Systems Specialist | 1750 - Instructional Systems | Alexandria, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847948800 |
| 847949400 | 10/14/2025 | Department of Defense | Instructional Systems Specialist | 1750 - Instructional Systems | Alexandria, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847949400 |
| 846998700 | 10/14/2025 | Department of Homeland Security | Criminal Investigator | 1811 - Criminal Investigation | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/846998700 |
| 847870100 | 10/14/2025 | Department of Defense | IT CYBERSECURITY SPECIALIST (SYSADMIN) | 2210 - Information Technology Management | Indianapolis, Indiana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847870100 |
| 847950600 | 10/14/2025 | Department of Defense | SUPV IT CYBERSECURITY SPECIALIST (INFOSEC/NETWORK) | 2210 - Information Technology Management | Columbus, Ohio | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847950600 |
| 847952200 | 10/14/2025 | Department of the Navy | BOILERMAKER SUPERVISOR I | 3808 - Boilermaking | Naval Shipyard, Portsmouth, Virginia | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/847952200 |
| 847972400 | 10/14/2025 | Department of Veterans Affairs | Motor Vehicle Operator | 5703 - Motor Vehicle Operating | Spokane, Washington | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847972400 |
| 847778400 | 10/14/2025 | Department of Defense | Cook | 7404 - Cooking | Bexar County, Texas | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/847778400 |
| 848083900 | 10/14/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Littleton, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848083900 |
| 848110900 | 10/14/2025 | Department of Justice | Correctional Program Officer (Chief, Communications & Archives) | 0006 - Correctional Institution Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848110900 |
| 848061100 | 10/14/2025 | Department of Justice | Correctional Officer (Senior Officer Specialist) | 0007 - Correctional Officer | Lompoc, California | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/848061100 |
| 848054700 | 10/14/2025 | Department of the Army | Assistant Facility Manager (Fitness) NF-03 | 0030 - Sports Specialist | Grafenwohr, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848054700 |
| 848079100 | 10/14/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Long Beach, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848079100 |
| 848096600 | 10/14/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Victorville, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848096600 |
| 848017100 | 10/14/2025 | Department of Justice | Correctional Treatment Specialist (Reentry Affairs Coordinator) | 0101 - Social Science | Littleton, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848017100 |
| 848029800 | 10/14/2025 | Department of Justice | Correctional Treatment Specialist (Special Population Program Coordinator) | 0101 - Social Science | Mendota, California | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848029800 |
| 848043200 | 10/14/2025 | Department of Energy | Supervisory Intelligence Operations Specialist | 0132 - Intelligence | Albuquerque, New Mexico | NQ-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848043200 |
| 848051700 | 10/14/2025 | Department of Veterans Affairs | Psychologist - Home Based Primary Care | 0180 - Psychology | Erie, Pennsylvania | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848051700 |
| 848077400 | 10/14/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848077400 |
| 848051600 | 10/14/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Butner Federal Correctional Complex, North Carolin | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848051600 |
| 848058000 | 10/14/2025 | Department of Justice | Supervisory Recreation Specialist - Institutional (Recreation Supervisor) | 0188 - Recreation Specialist | Waseca, Minnesota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848058000 |
| 848099800 | 10/14/2025 | Department of the Army | Lead Recreation Assistant NF-02 | 0189 - Recreation Aid And Assistant | Fort Bragg, North Carolina | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848099800 |
| 848023300 | 10/14/2025 | Department of Justice | Human Resources Officer (Human Resource Manager) | 0201 - Human Resources Management | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848023300 |
| 848044000 | 10/14/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Recruitment & Placement) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848044000 |
| 848047300 | 10/14/2025 | Department of Justice | Trust Fund Program Specialist (Trust Fund Specialist) | 0301 - Miscellaneous Administration And Program | Duluth, Minnesota | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848047300 |
| 848066000 | 10/14/2025 | Department of Defense | Special Events Coordinator NF-03 | 0301 - Miscellaneous Administration And Program | Whitehall, Ohio | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848066000 |
| 848100200 | 10/14/2025 | Department of the Air Force | TRAINING PROGRAM SPECIALIST | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848100200 |
| 848016800 | 10/14/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Butner Federal Correctional Complex, North Carolin | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848016800 |
| 848017800 | 10/14/2025 | Department of Defense | Administrative Support Assistant NF-03 | 0303 - Miscellaneous Clerk And Assistant | Battle Creek, Michigan | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848017800 |
| 848021500 | 10/14/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Federal Medical Center Carswell, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848021500 |
| 848040400 | 10/14/2025 | Department of the Army | Administrative Support Assistant NF-03 | 0303 - Miscellaneous Clerk And Assistant | Ansbach, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848040400 |
| 848106200 | 10/14/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Beaumont, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848106200 |
| 848053200 | 10/14/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Atlanta, Georgia | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848053200 |
| 848115200 | 10/14/2025 | Department of the Army | Financial Management Specialist NF-04 | 0501 - Financial Administration And Program | TAEGU, South Korea | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848115200 |
| 848087900 | 10/14/2025 | Department of the Army | Financial Manager, NF-04 | 0505 - Financial Management | Fort Stewart, Georgia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848087900 |
| 848085500 | 10/14/2025 | Department of Justice | Accountant | 0510 - Accounting | Atlanta, Georgia | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848085500 |
| 848043400 | 10/14/2025 | Department of Veterans Affairs | Pathology Specialist | 0601 - General Health Science | West Roxbury, Massachusetts | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848043400 |
| 848043300 | 10/14/2025 | Department of Defense | Physician (Cardiology-Non-Invasive) | 0602 - Medical Officer | Fort Bragg, North Carolina | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848043300 |

A167

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848016500 | 10/14/2025 | Department of Defense | NURSE (CLINICAL/CRITICAL CARE) | 0610 - Nurse | Fort Bragg, North Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848016500 |
| 848079500 | 10/14/2025 | Department of Defense | NURSE (INFECTION CONTROL) | 0610 - Nurse | Bremerton, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848079500 |
| 848085200 | 10/14/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | San Diego, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848085200 |
| 848020200 | 10/14/2025 | Department of Justice | Dietician (Clinical Dietician) | 0630 - Dietitian And Nutritionist | Federal Medical Center Carswell, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848020200 |
| 848016000 | 10/14/2025 | Department of Justice | Physical Therapist | 0633 - Physical Therapist | Federal Medical Center Carswell, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848016000 |
| 848051800 | 10/14/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Butner Federal Correctional Complex, North Carolin | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848051800 |
| 848054000 | 10/14/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Sheridan, Oregon | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848054000 |
| 848068100 | 10/14/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Rochester, Minnesota | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848068100 |
| 848020000 | 10/14/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomy | 0645 - Medical Technician | Gainesville, Florida | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848020000 |
| 848064100 | 10/14/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Bastrop, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848064100 |
| 848046000 | 10/14/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Rochester, Minnesota | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/848046000 |
| 848017900 | 10/14/2025 | Department of the Army | Engineering Technician (Mechanical) | 0802 - Engineering Technical | McAlester, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848017900 |
| 848107700 | 10/14/2025 | Department of the Treasury | General Attorney (Tax)- Senior Technician Reviewer | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848107700 |
| 848084800 | 10/14/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Seatac, Washington | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848084800 |
| 848053800 | 10/14/2025 | Department of the Army | Realty Specialist | 1170 - Realty | Omaha, Nebraska | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848053800 |
| 848022700 | 10/14/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Rochester, Minnesota | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848022700 |
| 848077200 | 10/14/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Atlanta, Georgia | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848077200 |
| 848030800 | 10/14/2025 | Department of Defense | Facility Operations Specialist | 1640 - Facility Operations Services | Fairchild AFB, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848030800 |
| 848043700 | 10/14/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | San Diego, California | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848043700 |
| 848016400 | 10/14/2025 | Department of Veterans Affairs | Inventory Management Specialist | 2010 - Inventory Management | Cape Coral, Florida | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848016400 |
| 848085600 | 10/14/2025 | Department of Defense | IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Lemoore, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848085600 |
| 848026500 | 10/14/2025 | Department of the Army | Laborer, NA-02/FLEX | 3502 - Laboring | Garmisch, Germany | NA-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848026500 |
| 848014100 | 10/14/2025 | Department of the Army | Materials Handler NA-04 | 6907 - Materials Handler | Bayamon, Puerto Rico | NA-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848014100 |
| 848073200 | 10/14/2025 | Department of Defense | Store Worker | 6914 - Store Working | Fort Bliss, Texas | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848073200 |
| 848099300 | 10/14/2025 | Department of Defense | Store Worker | 6914 - Store Working | McClellan, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848099300 |
| 848051900 | 10/14/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Grand Forks AFB, North Dakota | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848051900 |
| 848127200 | 10/14/2025 | Department of the Army | Recreation Aid, NF-01 | 0189 - Recreation Aid And Assistant | Fort Stewart, Georgia | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/848127200 |
| 848012700 | 10/15/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Vilseck, Germany | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848012700 |
| 848077100 | 10/15/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Joint Base Lewis-McChord, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848077100 |
| 847933800 | 10/15/2025 | Department of Defense | SOCIAL WORKER (CLINICAL) | 0185 - Social Work | Oak Harbor, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847933800 |
| 848115900 | 10/15/2025 | Department of the Army | Supervisory Recreation Specialist (Community Activities) NF-04 | 0188 - Recreation Specialist | Waegwan, South Korea | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848115900 |
| 848018500 | 10/15/2025 | Department of Defense | School Support Assistant | 0303 - Miscellaneous Clerk And Assistant | Dahlgren, Virginia | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848018500 |
| 848105000 | 10/15/2025 | Department of the Army | Management and Program Analyst (Project Controls) | 0343 - Management And Program Analysis | Kings Point, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848105000 |
| 848088100 | 10/15/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848088100 |
| 848068900 | 10/15/2025 | Department of Defense | ACCOUNTING TECHNICIAN | 0525 - Accounting Technician | Whitehall, Ohio | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848068900 |
| 848084000 | 10/15/2025 | Department of Defense | Physician (Emergency Medicine) | 0602 - Medical Officer | Fort Polk, Louisiana | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848084000 |
| 848069400 | 10/15/2025 | Department of Defense | Supervisory Nurse (Clinical/Psychiatric) | 0610 - Nurse | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848069400 |
| 848080500 | 10/15/2025 | Department of Defense | Nurse (Clinical/Ambulatory) | 0610 - Nurse | Fort Sam Houston, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848080500 |
| 848115600 | 10/15/2025 | Department of Defense | Nurse (Occupational Health) | 0610 - Nurse | Iwakuni, Japan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848115600 |
| 848089100 | 10/15/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Tinker AFB, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848089100 |
| 847977100 | 10/15/2025 | Department of Defense | Supervisory Health Technician (Ophthalmology) | 0640 - Health Aid And Technician | Fort Bragg, North Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847977100 |
| 848093700 | 10/15/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Randolph AFB, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848093700 |
| 848099600 | 10/15/2025 | Department of the Army | Interdisciplinary Engineer/Architect (Project Engineer) | 0801 - General Engineering | Kings Point, New York | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848099600 |
| 848102500 | 10/15/2025 | Department of the Army | Supervisory Interdisciplinary (Supervisory Senior Project Engineer) | 0801 - General Engineering | Kings Point, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848102500 |
| 848076500 | 10/15/2025 | Department of Veterans Affairs | Purchasing Agent | 1105 - Purchasing | Albuquerque, New Mexico | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848076500 |
| 848080900 | 10/15/2025 | Department of Homeland Security | Lead Law Enforcement Specialist (Export Training Instructor) (Direct Hire) | 1801 - General Inspection, Investigation, Enforcem | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848080900 |
| 848062500 | 10/15/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Chino, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848062500 |
| 848111000 | 10/15/2025 | Department of Veterans Affairs | Lead Transportation Assistant | 2102 - Transportation Clerk And Assistant | Portland, Oregon | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848111000 |
| 847871700 | 10/15/2025 | Department of Defense | IT SPECIALIST (APPSW) | 2210 - Information Technology Management | Indianapolis, Indiana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/847871700 |
| 848020500 | 10/15/2025 | Department of Defense | IT CYBERSECURITY SPECIALIST (NETWORK/INFOSEC) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848020500 |
| 848137500 | 10/15/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Thomson, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848137500 |
| 848131900 | 10/15/2025 | Department of Justice | Physical Security Specialist | 0080 - Security Administration | Camp Walker, South Korea | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848131900 |
| 848126900 | 10/15/2025 | Department of the Air Force | FIREFIGHTER (CREW CHIEF-DRIVER OPERATOR) | 0081 - Fire Protection and Prevention | Syracuse, New York | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848126900 |
| 848192400 | 10/15/2025 | Department of the Interior | Security Guard | 0085 - Security Guard | Albuquerque, New Mexico | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848192400 |
| 848181300 | 10/15/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | El Reno, Oklahoma | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848181300 |
| 848119900 | 10/15/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Fort Bragg, North Carolina | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848119900 |
| 848170600 | 10/15/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - STAGES) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848170600 |
| 848177900 | 10/15/2025 | Department of Justice | Social Worker | 0185 - Social Work | Rochester, Minnesota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848177900 |
| 848154300 | 10/15/2025 | Department of Justice | Assistant Human Resources Officer (Assistant Human Resource Manager) | 0201 - Human Resources Management | Florence, Colorado | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848154300 |
| 848158500 | 10/15/2025 | Department of the Army | SUPV HR SPEC | 0201 - Human Resources Management | Hanscom AFB, Massachusetts | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848158500 |
| 848160500 | 10/15/2025 | Department of the Air Force | HR SPEC (MIL) | 0201 - Human Resources Management | Niagara Falls, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848160500 |
| 848141200 | 10/15/2025 | Department of Homeland Security | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Los Angeles, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848141200 |
| 848116400 | 10/15/2025 | Department of the Army | Management Support Assistant (AO) NF-03 | 0303 - Miscellaneous Clerk And Assistant | Poznan, Poland | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848116400 |
| 848190700 | 10/15/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Bastrop, Texas | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848190700 |
| 848170700 | 10/15/2025 | Department of Defense | Management Analyst (Audit Sustainment) | 0343 - Management And Program Analysis | New Cumberland Defense Logistics Center, Pennsylva | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848170700 |
| 848130300 | 10/15/2025 | Department of the Interior | Wildland Firefighter (AFMO) - Direct Hire Authority | 0456 - Wildland Fire Management | Ronan, Montana | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848130300 |
| 848179700 | 10/15/2025 | Department of the Army | Financial Services Technician (Title 5) (Permanent) | 0503 - Financial Clerical And Assistance | Richmond, Virginia | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848179700 |
| 848179900 | 10/15/2025 | Department of the Army | Deputy Financial Manager (Title 5) (Permanent) | 0505 - Financial Management | Richmond, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848179900 |
| 848157100 | 10/15/2025 | Department of Defense | Systems Accountant NF-04 | 0510 - Accounting | Indianapolis, Indiana | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848157100 |
| 848126700 | 10/15/2025 | Department of Defense | Accounting Technician NF-03 | 0525 - Accounting Technician | Texarkana, Texas | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848126700 |
| 848167400 | 10/15/2025 | Department of Defense | Teller | 0530 - Cash Processing | Marine Corps Air Station Miramar, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848167400 |
| 848137600 | 10/15/2025 | Department of Defense | Voucher Examiner NF-03 | 0540 - Voucher Examining | Texarkana, Texas | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848137600 |
| 848156400 | 10/15/2025 | Department of Defense | Civilian Pay Technician | 0544 - Civilian Pay | Arlington, Virginia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848156400 |

A168

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848193700 | 10/15/2025 | Department of Defense | Physician (Gynecology) | 0602 - Medical Officer | Fort Drum, New York | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848193700 |
| 848202600 | 10/15/2025 | Department of Defense | Physician (Obstetrics and Gynecology) | 0602 - Medical Officer | El Paso, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848202600 |
| 848195200 | 10/15/2025 | Department of Justice | Nurse (Utilization Review Nurse) | 0610 - Nurse | Butner Federal Correctional Complex, North Carolin | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848195200 |
| 848187400 | 10/15/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Seatac, Washington | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848187400 |
| 848206000 | 10/15/2025 | Department of Justice | Practical Nurse | 0620 - Practical Nurse | Fort Leonard Wood, Missouri | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848206000 |
| 848150800 | 10/15/2025 | Department of Justice | Physical Therapist | 0633 - Physical Therapist | Rochester, Minnesota | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848150800 |
| 848147100 | 10/15/2025 | Department of Veterans Affairs | Recreation Therapist | 0638 - Recreation/Creative Arts Therapist | Erie, Pennsylvania | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848147100 |
| 848132900 | 10/15/2025 | Department of Veterans Affairs | Surgical Technician | 0640 - Health Aid And Technician | Fort Wayne, Indiana | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848132900 |
| 848194000 | 10/15/2025 | Department of Veterans Affairs | Health Technician (Audiology/Office Automation) | 0640 - Health Aid And Technician | Fort Drum, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848194000 |
| 848173500 | 10/15/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomist | 0645 - Medical Technician | Hines, Illinois | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848173500 |
| 848151400 | 10/15/2025 | Department of Veterans Affairs | Research Committee Manager - IRB Analyst | 0671 - Health System Specialist | Portland, Oregon | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848151400 |
| 848185900 | 10/15/2025 | Department of the Army | Fire Protection Engineer | 0804 - Fire Protection Engineering | Kansas City, Missouri | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848185900 |
| 848129900 | 10/15/2025 | Department of the Army | Civil Engineer (Structural) | 0810 - Civil Engineering | Norfolk, Virginia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848129900 |
| 848143700 | 10/15/2025 | Department of Defense | ELECTRONICS ENGINEER | 0854 - Computer Engineering | Ford Island, Hawaii | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848143700 |
| 848155600 | 10/15/2025 | Department of Justice | Trial Attorney | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848155600 |
| 848170400 | 10/15/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Florence, Colorado | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848170400 |
| 848165300 | 10/15/2025 | Department of Defense | Supervisory Production Controller | 1152 - Production Control | Mechanicsburg, Pennsylvania | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848165300 |
| 848206600 | 10/15/2025 | Department of the Army | Hydroelectric Power Operations Manager | 1601 - Equipment Facilities, And Services | Rufus, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848206600 |
| 848122200 | 10/15/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Coleman, Florida | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848122200 |
| 848157400 | 10/15/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Chicago, Illinois | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848157400 |
| 848116800 | 10/15/2025 | Department of Defense | SUPERVISORY TRAINING SPECIALIST (SECURITY) | 1712 - Training Instruction | Linthicum Heights, Maryland | GG-14 | | https://www.usajobs.gov/job/848116800 |
| 848183100 | 10/15/2025 | Department of Defense | Supply Systems Analyst | 2003 - Supply Program Management | New Cumberland Defense Logistics Center, Pennsylva | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848183100 |
| 848201000 | 10/15/2025 | Department of Defense | Inventory Management Specialist | 2010 - Inventory Management | Cherry Point, North Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848201000 |
| 848179800 | 10/15/2025 | Department of the Army | Traffic Management Specialist (Title 5) (Indefinite) | 2130 - Traffic Management | Richmond, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848179800 |
| 848156900 | 10/15/2025 | Department of the Air Force | IT SPECIALIST (NETWORK SERVICES/SYSTEMS ADMINISTRATION) | 2210 - Information Technology Management | Rome, New York | GS-12 | | https://www.usajobs.gov/job/848156900 |
| 848178400 | 10/15/2025 | Department of Defense | IT Specialist (CUSTSPT) | 2210 - Information Technology Management | Naval Support Activity, Mechanicsburg, Pennsylvani | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848178400 |
| 848160900 | 10/16/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Port Hueneme, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848160900 |
| 848193500 | 10/16/2025 | Other Agencies and Independent Organizations | Senior Infrastructure Project Advisor | 0301 - Miscellaneous Administration And Program | Salt Lake City, Utah | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848193500 |
| 848140300 | 10/16/2025 | Department of Defense | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | San Antonio, Texas | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848140300 |
| 848062800 | 10/16/2025 | Department of Defense | Anatomic Pathology Specialist | 0601 - General Health Science | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848062800 |
| 848133100 | 10/16/2025 | Department of Veterans Affairs | Health Science Specialist | 0601 - General Health Science | Boston, Massachusetts | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848133100 |
| 848129600 | 10/16/2025 | Department of Defense | Physician (Radiology-Diagnostic) | 0602 - Medical Officer | Fort Sam Houston, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848129600 |
| 848112700 | 10/16/2025 | Department of Defense | Nurse (Clinical/Emergency) | 0610 - Nurse | Fort Leonard Wood, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848112700 |
| 848034900 | 10/16/2025 | Department of Defense | Health Technician (Optometry) | 0640 - Health Aid And Technician | Naval Base, Norfolk, Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848034900 |
| 848135100 | 10/16/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomy | 0645 - Medical Technician | Bay Pines, Florida | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848135100 |
| 848084100 | 10/16/2025 | Department of Defense | Health Systems Specialist | 0671 - Health System Specialist | Eielson AFB, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848084100 |
| 848168300 | 10/16/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848168300 |
| 848208700 | 10/16/2025 | Department of Defense | Industrial Hygienist | 0690 - Industrial Hygiene | Tripler Army Medical Center, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848208700 |
| 848209100 | 10/16/2025 | Department of Defense | Space Management Specialist | 1101 - General Business And Industry | Pentagon, Arlington, Virginia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848209100 |
| 848125900 | 10/16/2025 | Department of Defense | Supply Technician | 2005 - Supply Clerical And Technician | Fort Bragg, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848125900 |
| 848126100 | 10/16/2025 | Department of Defense | Supply Technician | 2005 - Supply Clerical And Technician | Fort Bragg, North Carolina | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848126100 |
| 847962900 | 10/16/2025 | Department of Defense | Lead Information Technology Specialist (Data Management) | 2210 - Information Technology Management | Peachtree City, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/847962900 |
| 848134500 | 10/16/2025 | Department of Defense | IT CYBERSECURITY SPECIALIST (PROJMGT/CUSTSPT) | 2210 - Information Technology Management | Pentagon, Arlington, Virginia | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848134500 |
| 847934700 | 10/16/2025 | Department of Defense | CUSTODIAL WORKER | 3566 - Custodial Working | Camp Pendleton, California | WG-2 | Questionnaire with EO question | https://www.usajobs.gov/job/847934700 |
| 848252700 | 10/16/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848252700 |
| 848247100 | 10/16/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Seagoville, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848247100 |
| 848257500 | 10/16/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | La Tuna, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848257500 |
| 848262200 | 10/16/2025 | Department of Justice | Correctional Officer (Senior Officer Specialist) | 0007 - Correctional Officer | Elkton, Ohio | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/848262200 |
| 848218500 | 10/16/2025 | Department of the Air Force | INFORMATION SECURITY SPECIALIST | 0080 - Security Administration | McGuire AFB, New Jersey | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848218500 |
| 848283200 | 10/16/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Estill, South Carolina | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848283200 |
| 848224000 | 10/16/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator - Resolve) | 0180 - Psychology | Waseca, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848224000 |
| 848246700 | 10/16/2025 | Department of Justice | Clinical Psychologist (Sex Offender Program Psychologist) | 0180 - Psychology | Federal Medical Center Carswell, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848246700 |
| 848284400 | 10/16/2025 | Department of Veterans Affairs | Social Services Assistant | 0186 - Social Services Aid And Assistant | Vineland, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848284400 |
| 848288400 | 10/16/2025 | Department of the Army | EQUAL EMPLOYMENT MANAGER (TITLE 32) | 0260 - Equal Employment Opportunity | Jefferson City, Missouri | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848288400 |
| 848289300 | 10/16/2025 | Department of the Air Force | EQUAL EMPLOYMENT MANAGER (TITLE 32) | 0260 - Equal Employment Opportunity | Jefferson City, Missouri | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848289300 |
| 847747100 | 10/16/2025 | Department of the Army | BASE OPERATIONS MANAGER | 0301 - Miscellaneous Administration And Program | Otis ANG Base, Massachusetts | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/847747100 |
| 848281600 | 10/16/2025 | Other Agencies and Independent Organizations | Senior Infrastructure Project Advisor | 0301 - Miscellaneous Administration And Program | Salt Lake City, Utah | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848281600 |
| 848246500 | 10/16/2025 | Department of Justice | Religious Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Estill, South Carolina | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/848246500 |
| 848245200 | 10/16/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Big Spring, Texas | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848245200 |
| 848234900 | 10/16/2025 | Department of Homeland Security | Program Manager | 0340 - Program Management | Baltimore, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848234900 |
| 848225400 | 10/16/2025 | Department of Homeland Security | Management & Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848225400 |
| 848235500 | 10/16/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848235500 |
| 848276900 | 10/16/2025 | Department of the Interior | Fire Business Analyst - Direct Hire Authority | 0343 - Management And Program Analysis | Nashville, Tennessee | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848276900 |
| 848280300 | 10/16/2025 | Department of the Interior | Fire Business Analyst - Direct Hire Authority | 0343 - Management And Program Analysis | Nashville, Tennessee | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848280300 |
| 848300500 | 10/16/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Bennettsville, South Carolina | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848300500 |
| 848308400 | 10/16/2025 | Department of Defense | Physician Assistant | 0603 - Physician Assistant | Fort Leonard Wood, Missouri | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848308400 |
| 848222700 | 10/16/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Coleman, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848222700 |
| 848304600 | 10/16/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Fort Leonard Wood, Missouri | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848304600 |
| 848261800 | 10/16/2025 | Department of Justice | Recreation Therapist | 0638 - Recreation/Creative Arts Therapist | Butner Federal Correctional Complex, North Carolin | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848261800 |
| 848256400 | 10/16/2025 | Department of Defense | CLINICAL LABORATORY SCIENTIST | 0644 - Clinical Laboratory Science | Tripler Army Medical Center, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848256400 |
| 848239500 | 10/16/2025 | Department of Veterans Affairs | Clinical Pharmacist (Community Care) | 0660 - Pharmacist | Hines, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848239500 |
| 848257000 | 10/16/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Littleton, Colorado | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848257000 |

A169

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848252400 | 10/16/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Inez, Kentucky | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/848252400 |
| 848298500 | 10/16/2025 | Department of Defense | Industrial Hygienist | 0690 - Industrial Hygiene | Fort Sill, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848298500 |
| 848297600 | 10/16/2025 | Department of the Army | ATTORNEY-ADVISER (GENERAL) | 0905 - Attorney | Bismarck, North Dakota | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848297600 |
| 848303800 | 10/16/2025 | Department of the Treasury | Counsel (Administrative and Internal Law), NB-905-VI | 0905 - Attorney | Washington, District of Columbia | NB-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848303800 |
| 848271800 | 10/16/2025 | Department of the Army | Caterer NF-3 | 1101 - General Business And Industry | Fort Gordon, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848271800 |
| 848251700 | 10/16/2025 | Department of the Army | Reality Specialist (Direct Hire) | 1170 - Realty | Portland, Oregon | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848251700 |
| 848235600 | 10/16/2025 | Department of the Army | Front Office Assistant Manager NF-03 | 1173 - Housing Management | Baumholder, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848235600 |
| 848244700 | 10/16/2025 | Department of Justice | Food Services Specialist (Food Service Administrator) | 1667 - Food Services | Three Rivers, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848244700 |
| 848270800 | 10/16/2025 | Department of Justice | Food Services Specialist (Assistant Food Service Administrator) | 1667 - Food Services | Big Spring, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848270800 |
| 848211900 | 10/16/2025 | Department of Defense | TRAINING SPECIALIST | 1712 - Training Instruction | Linthicum, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848211900 |
| 848241300 | 10/16/2025 | Department of the Interior | Wildland Fire Training Officer - Direct Hire Authority | 1712 - Training Instruction | Aberdeen, South Dakota | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848241300 |
| 848218900 | 10/16/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Estill, South Carolina | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848218900 |
| 848275000 | 10/16/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Milan, Michigan | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848275000 |
| 848216400 | 10/16/2025 | Department of Defense | Inventory Management Specialist | 2010 - Inventory Management | Cherry Point, North Carolina | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848216400 |
| 848258600 | 10/16/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Fort Hood, Texas | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848258600 |
| 848259500 | 10/16/2025 | Department of the Army | INFORMATION TECHNOLOGY SPECIALIST (PLCYPLN) NF-04 | 2210 - Information Technology Management | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848259500 |
| 848275600 | 10/16/2025 | Department of Defense | Store Worker | 6914 - Store Working | Naval Air Station San Diego, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848275600 |
| 848223400 | 10/16/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Fort Lee, Virginia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848223400 |
| 848232600 | 10/16/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Virginia Beach, Virginia | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848232600 |
| 848258800 | 10/16/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Hood, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848258800 |
| 848279600 | 10/16/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Wright-Patterson AFB, Ohio | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848279600 |
| 848289500 | 10/16/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE SUPERVISOR (TITLE 32) | 8801 - Miscellaneous Aircraft Overhaul | Saint Joseph, Missouri | WS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848289500 |
| 848270300 | 10/17/2025 | Department of the Army | Sports and Fitness Director (CYS) NF-04 | 0030 - Sports Specialist | Warren, Michigan | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848270300 |
| 848210700 | 10/17/2025 | Department of Defense | Clinical Psychologist (Pediatrics) | 0180 - Psychology | Stuttgart, Germany | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848210700 |
| 848090100 | 10/17/2025 | Department of Defense | Social Worker | 0185 - Social Work | Andrews AFB, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848090100 |
| 848301300 | 10/17/2025 | Department of Defense | Social Worker (Behavioral Health Consultant) | 0185 - Social Work | Ellsworth AFB, South Dakota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848301300 |
| 848217800 | 10/17/2025 | Department of Transportation | Recruitment Specialist (General) - SME (Open to both U.S. Citizens and Federal Employees) | 0301 - Miscellaneous Administration And Program | Kings Point, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848217800 |
| 848298200 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Crow Agency, Montana | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848298200 |
| 848212800 | 10/17/2025 | Department of Defense | Financial Technician | 0503 - Financial Clerical And Assistance | Camp Pendleton, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848212800 |
| 848171300 | 10/17/2025 | Department of Defense | Physician (Family Medicine) | 0602 - Medical Officer | Naval Air Station San Diego, California | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848171300 |
| 848269000 | 10/17/2025 | Department of Defense | Nurse (Inpatient Clinical/Obstetrics and Gynecology) | 0610 - Nurse | Fort Wainwright, Alaska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848269000 |
| 848287500 | 10/17/2025 | Department of Defense | Nurse (Educator) | 0610 - Nurse | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848287500 |
| 848288500 | 10/17/2025 | Department of Defense | Advanced Practice Nurse (Midwife) | 0610 - Nurse | Fort Riley, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848288500 |
| 848310000 | 10/17/2025 | Department of Defense | Supervisory Nurse (Clinical/Ambulatory Head Nurse) | 0610 - Nurse | Joint Base Lewis-McChord, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848310000 |
| 848248100 | 10/17/2025 | Department of Defense | Nursing Assistant | 0621 - Nursing Assistant | Fort Sam Houston, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848248100 |
| 848261400 | 10/17/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomy | 0645 - Medical Technician | Topeka, Kansas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848261400 |
| 848292900 | 10/17/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomist/Specimen Processing | 0645 - Medical Technician | San Diego, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848292900 |
| 848254000 | 10/17/2025 | Department of Defense | Diagnostic Radiologic Technologist (MRI) | 0647 - Diagnostic Radiologic Technologist | Fort Drum, New York | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848254000 |
| 848289100 | 10/17/2025 | Department of Defense | Medical Instrument Technician (EEG) | 0649 - Medical Instrument Technician | Fort Sam Houston, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848289100 |
| 848193000 | 10/17/2025 | Department of Defense | Medical Records Technician | 0675 - Medical Records Technician | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848193000 |
| 848292100 | 10/17/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Sam Houston, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848292100 |
| 848196700 | 10/17/2025 | Department of Defense | Environmental Health Technician | 0698 - Environmental Health Technician | Fort Wainwright, Alaska | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848196700 |
| 848279800 | 10/17/2025 | Department of the Army | Fire Protection Engineer | 0804 - Fire Protection Engineering | Little Rock, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848279800 |
| 848307400 | 10/17/2025 | Department of the Army | Civil Engineer | 0810 - Civil Engineering | Norfolk, Virginia | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848307400 |
| 848258500 | 10/17/2025 | Department of Homeland Security | Lead Facilities Project Manager | 1601 - Equipment Facilities, And Services | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848258500 |
| 848293100 | 10/17/2025 | Department of the Interior | Wildland Fire Training Officer - Direct Hire Authority | 1712 - Training Instruction | Salt Lake City, Utah | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848293100 |
| 848323200 | 10/17/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Thomson, Illinois | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848323200 |
| 848329300 | 10/17/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Atwater, California | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848329300 |
| 848348700 | 10/17/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Ray Brook, New York | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/848348700 |
| 848385300 | 10/17/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Pine Knot, Kentucky | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848385300 |
| 848335400 | 10/17/2025 | Department of Homeland Security | Security Specialist | 0080 - Security Administration | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848335400 |
| 848351900 | 10/17/2025 | Department of Defense | Physical Security Specialist | 0080 - Security Administration | New Cumberland Defense Logistics Center, Pennsylva | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848351900 |
| 848319200 | 10/17/2025 | Department of Defense | Supervisory Firefighter (Paramedic) | 0081 - Fire Protection and Prevention | Richmond, Virginia | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848319200 |
| 848356500 | 10/17/2025 | Department of Justice | Correctional Treatment Specialist (Assistant Case Management Coordinator) | 0101 - Social Science | Elkton, Ohio | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848356500 |
| 848395600 | 10/17/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Florence, Colorado | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848395600 |
| 848345200 | 10/17/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Florence, Colorado | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848345200 |
| 848367000 | 10/17/2025 | Department of Justice | Social Worker | 0185 - Social Work | Florence, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848367000 |
| 848333100 | 10/17/2025 | Department of Justice | Supervisory Recreation Specialist - Institutional (Recreation Supervisor) | 0188 - Recreation Specialist | Lewis Run, Pennsylvania | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848333100 |
| 848337600 | 10/17/2025 | Department of Justice | Supervisory Recreation Specialist - Institutional (Recreation Supervisor) | 0188 - Recreation Specialist | Thomson, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848337600 |
| 848322200 | 10/17/2025 | Department of the Army | Recreation Assistant (Massage Therapist), NF-03/RPL | 0189 - Recreation Aid And Assistant | Garmisch, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848322200 |
| 848395700 | 10/17/2025 | Department of the Army | Lead Recreation Assistant NF-02 | 0189 - Recreation Aid And Assistant | Fort Bragg, North Carolina | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848395700 |
| 848366800 | 10/17/2025 | Department of Energy | Archeologist | 0193 - Archeology | Portland, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848366800 |
| 848390300 | 10/17/2025 | Department of the Army | Human Resources Assistant (NAF) NF-03 | 0203 - Human Resources Assistance | Aberdeen Proving Ground, Maryland | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848390300 |
| 848337200 | 10/17/2025 | Department of Defense | Operations Support Specialist NF-04 | 0301 - Miscellaneous Administration And Program | Texarkana, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848337200 |
| 848350100 | 10/17/2025 | Department of Justice | Lock and Security Specialist (Locksmith Supervisor) | 0301 - Miscellaneous Administration And Program | Federal Medical Center Carswell, Texas | GL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848350100 |
| 848328600 | 10/17/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Oakdale, Louisiana | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848328600 |
| 848334800 | 10/17/2025 | Department of Justice | Religious Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Springfield, Missouri | GS-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848334800 |
| 848354800 | 10/17/2025 | Department of Defense | Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Corpus Christi, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848354800 |
| 848355500 | 10/17/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Atlanta, Georgia | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848355500 |
| 848365200 | 10/17/2025 | Department of Justice | Religious Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Three Rivers, Texas | GS-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848365200 |
| 848340100 | 10/17/2025 | Department of Defense | Management and Program Analyst | 0343 - Management And Program Analysis | Tracy, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848340100 |
| 848346600 | 10/17/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Seminole, Oklahoma | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848346600 |

3317242

A170

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848354400 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848354400 |
| 848354600 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/848354600 |
| 848357300 | 10/17/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/848357300 |
| 848373000 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/848373000 |
| 848397900 | 10/17/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848397900 |
| 848325400 | 10/17/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Loretto, Pennsylvania | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848325400 |
| 848362700 | 10/17/2025 | Department of Veterans Affairs | Medical Reimbursement Technician | 0503 - Financial Clerical And Assistance | Las Vegas, Nevada | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848362700 |
| 848362000 | 10/17/2025 | Department of Defense | Teller | 0530 - Cash Processing | Schofield Barracks, Hawaii | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848362000 |
| 848371200 | 10/17/2025 | Department of Defense | Teller | 0530 - Cash Processing | Fort Bliss, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848371200 |
| 848342600 | 10/17/2025 | Department of Veterans Affairs | Physician Assistant - Behavioral Health Community Based Outpatient Clinic | 0603 - Physician Assistant | Venango County, Pennsylvania | AD-00 | Questionnaire with EO question | https://www.usajobs.gov/job/848342600 |
| 848342800 | 10/17/2025 | Department of Veterans Affairs | Nurse Practitioner - Behavioral Health Community Based Outpatient Clinic | 0610 - Nurse | Venango County, Pennsylvania | AD-00 | Questionnaire with EO question | https://www.usajobs.gov/job/848342800 |
| 848345100 | 10/17/2025 | Department of Veterans Affairs | Health Technician (Phlebotomy) | 0640 - Health Aid And Technician | Montrose, New York | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848345100 |
| 848382500 | 10/17/2025 | Department of Health and Human Services | Pharmacist | 0660 - Pharmacist | Chinle, Arizona | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848382500 |
| 848375400 | 10/17/2025 | Department of Veterans Affairs | Hospital Housekeeping Officer | 0673 - Hospital Housekeeping Management | Gainesville, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848375400 |
| 848371500 | 10/17/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Fort Devens, Massachusetts | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848371500 |
| 848406900 | 10/17/2025 | Department of Justice | Dentist (Chief Dental Officer) | 0680 - Dental Officer | Fort Worth, Texas | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848406900 |
| 848321300 | 10/17/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Belvoir, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848321300 |
| 848402900 | 10/17/2025 | Department of Defense | General Engineer | 0801 - General Engineering | New Cumberland Defense Logistics Center, Pennsylva | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848402900 |
| 848357900 | 10/17/2025 | Department of the Army | Construction Control Representative | 0809 - Construction Control Technical | Vandenberg AFB, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848357900 |
| 848393000 | 10/17/2025 | Department of Justice | Public Affairs Specialist (Legislative Affairs Specialist) | 1035 - Public Affairs | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848393000 |
| 848321000 | 10/17/2025 | Department of the Army | Business Manager (Range Operations) NF-04 | 1101 - General Business And Industry | Fort Benning, Georgia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848321000 |
| 848332100 | 10/17/2025 | Department of Defense | Marketing Assistant NF-03 | 1101 - General Business And Industry | Grafenwohr, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848332100 |
| 848349000 | 10/17/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Fort Polk, Louisiana | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848349000 |
| 848381200 | 10/17/2025 | Department of the Army | Business Operations and Community Recreation Officer NF-05 | 1101 - General Business And Industry | Fort Carson, Colorado | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848381200 |
| 848396800 | 10/17/2025 | Department of Veterans Affairs | Purchasing Agent | 1105 - Purchasing | Aspinwall, Pennsylvania | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848396800 |
| 848345800 | 10/17/2025 | Department of Commerce | Supervisory Physical Scientist / Supervisory Meteorologist | 1301 - General Physical Science | Davenport, Iowa | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848345800 |
| 848346100 | 10/17/2025 | Department of Commerce | Supervisory Physical Scientist / Supervisory Meteorologist | 1301 - General Physical Science | Ruskin, Florida | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848346100 |
| 848346400 | 10/17/2025 | Department of Commerce | Supervisory Physical Scientist / Supervisory Meteorologist | 1301 - General Physical Science | Gray, Maine | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848346400 |
| 848343300 | 10/17/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Elkton, Ohio | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848343300 |
| 848386400 | 10/17/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Baltimore, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848386400 |
| 848332200 | 10/17/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Pine Knot, Kentucky | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848332200 |
| 848375700 | 10/17/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Hickam AFB, Hawaii | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848375700 |
| 848332000 | 10/17/2025 | Department of Defense | IT PROJECT MANAGER | 2210 - Information Technology Management | Pentagon, Arlington, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848332000 |
| 848365000 | 10/17/2025 | Department of Defense | IT Specialist (OS) | 2210 - Information Technology Management | Battle Creek, Michigan | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848365000 |
| 848376500 | 10/17/2025 | Department of the Air Force | IT SPECIALIST (DATAMGT) | 2210 - Information Technology Management | Scott AFB, Illinois | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848376500 |
| 848395500 | 10/17/2025 | Department of the Army | Information Technology Specialist (PLCYPLN) NF-05 | 2210 - Information Technology Management | Fort Bragg, North Carolina | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848395500 |
| 848350900 | 10/17/2025 | Department of Defense | ELECTRONIC INDUSTRIAL CONTROLS MECHANIC | 2606 - Electronic Industrial Controls Mechanic | Limestone, Maine | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848350900 |
| 848338100 | 10/17/2025 | Department of Veterans Affairs | Housekeeping Aid Supervisor | 3566 - Custodial Working | Atlanta, Georgia | WS-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848338100 |
| 848338500 | 10/17/2025 | Department of Veterans Affairs | Housekeeping Aid Supervisor | 3566 - Custodial Working | Atlanta, Georgia | WS-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848338500 |
| 848346200 | 10/17/2025 | Department of Defense | Motor Vehicle Operator | 5703 - Motor Vehicle Operating | Anniston Army Depot, Alabama | WG-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848346200 |
| 848364500 | 10/17/2025 | Department of Defense | Store Worker | 6914 - Store Working | Fort Polk, Louisiana | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848364500 |
| 848369500 | 10/17/2025 | Department of Defense | Store Worker | 6914 - Store Working | Holloman AFB, New Mexico | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848369500 |
| 848393200 | 10/17/2025 | Department of Defense | Store Worker | 6914 - Store Working | Travis AFB, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848393200 |
| 848393500 | 10/17/2025 | Department of Defense | Store Worker Leader | 6914 - Store Working | McClellan, California | WL-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848393500 |
| 848354000 | 10/17/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Sam Houston, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848354000 |
| 848362500 | 10/17/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Tinker AFB, Oklahoma | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848362500 |
| 848385100 | 10/17/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Maxwell AFB, Alabama | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848385100 |
| 848432800 | 10/17/2025 | Department of Health and Human Services | Social Services Assistant | 0186 - Social Services Aid And Assistant | Davis, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848432800 |
| 848433100 | 10/17/2025 | Department of Health and Human Services | Social Services Assistant | 0186 - Social Services Aid And Assistant | Davis, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848433100 |
| 848433200 | 10/17/2025 | Department of Health and Human Services | Social Services Assistant | 0186 - Social Services Aid And Assistant | Davis, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848433200 |
| 848418000 | 10/17/2025 | Department of Defense | Supervisory Editor (Newspaper) NF-04 | 1082 - Writing And Editing | Kaiserslautern, Germany | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848418000 |
| 848336600 | 10/18/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Fort Leavenworth, Kansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848336600 |
| 848228500 | 10/18/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Fort Lee, Virginia | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848228500 |
| 848406500 | 10/18/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomist | 0645 - Medical Technician | Jefferson Barracks, Missouri | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848406500 |
| 848364100 | 10/18/2025 | Department of Defense | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | McGuire AFB, New Jersey | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848364100 |
| 848355000 | 10/18/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | McGuire AFB, New Jersey | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848355000 |
| 848156000 | 10/18/2025 | Department of Defense | Supervisory Information Technology Specialist (Policy and Planning) | 2210 - Information Technology Management | Fort Wainwright, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848156000 |
| 848415500 | 10/19/2025 | Department of the Army | Special Events Coordinator NF-03 | 0301 - Miscellaneous Administration And Program | TAEGU, South Korea | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848415500 |
| 848415000 | 10/20/2025 | Department of Defense | Safety and Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Fort Drum, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848415000 |
| 848208400 | 10/20/2025 | Department of Defense | SOCIAL WORKER | 0185 - Social Work | Oak Harbor, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848208400 |
| 847892800 | 10/20/2025 | Department of Homeland Security | MISSION SUPPORT SPECIALIST (WORKFORCE MANAGEMENT) | 0301 - Miscellaneous Administration And Program | Grand Forks, North Dakota | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847892800 |
| 848360200 | 10/20/2025 | Department of Homeland Security | Deputy Chief | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848360200 |
| 848365900 | 10/20/2025 | Department of Homeland Security | Chief | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848365900 |
| 848383800 | 10/20/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Camp Lejeune, North Carolina | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848383800 |
| 848170200 | 10/20/2025 | Department of Homeland Security | Program Manager | 0340 - Program Management | San Bernardino, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848170200 |
| 848270900 | 10/20/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Lincoln, Nebraska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848270900 |
| 848271000 | 10/20/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Lincoln, Nebraska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848271000 |
| 848326200 | 10/20/2025 | Department of Defense | Physician (Aerospace Medicine) | 0602 - Medical Officer | Fort Bragg, North Carolina | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848326200 |
| 848345000 | 10/20/2025 | Department of Defense | Nurse (Clinical) | 0610 - Nurse | Bethesda, Maryland | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848345000 |
| 848313700 | 10/20/2025 | Department of Defense | Practical Nurse (Family Medicine) | 0620 - Practical Nurse | Fort Campbell, Tennessee | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848313700 |
| 848415400 | 10/20/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848415400 |
| 848415300 | 10/20/2025 | Department of Defense | Health Technician (Opthalmology) | 0640 - Health Aid And Technician | Fort Sam Houston, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848415300 |
| 848323700 | 10/20/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | Bethesda, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848323700 |
| 848379500 | 10/20/2025 | Department of Defense | Medical Support Assistant | 0679 - Medical Support Assistance | Newport, Rhode Island | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848379500 |
| 848397600 | 10/20/2025 | Department of Energy | Realty Specialist | 1170 - Realty | Lakewood, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848397600 |
| 848322800 | 10/20/2025 | Department of Homeland Security | Senior Training Advisor (Including Reemployed Annuitants) | 1801 - General Inspection, Investigation, Enforcem | Port Moresby, Papua New Guinea | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/848322800 |
| 847035700 | 10/20/2025 | Department of the Air Force | SUPERVISORY AIR TRANSPORTATION OPERATIONS SPECIALIST | 2150 - Transportation Operations | Scott AFB, Illinois | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/847035700 |

A171

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848333600 | 10/20/2025 | Department of Defense | Information Technology Specialist (Customer Support/Information Security) | 2210 - Information Technology Management | McGuire AFB, New Jersey | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848333600 |
| 848368200 | 10/20/2025 | Department of Defense | Information Technology Specialist (Customer Support) | 2210 - Information Technology Management | Fort Richardson, Alaska | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848368200 |
| 848369700 | 10/20/2025 | Department of Defense | MAINTENANCE MECHANIC | 4749 - Maintenance Mechanic | Rome, New York | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848369700 |
| 848215800 | 10/20/2025 | Department of the Navy | SHIPWRIGHT SUPERVISOR | 5220 - Shipwright | Naval Base, Norfolk, Virginia | WS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848215800 |
| 848456500 | 10/20/2025 | Department of Justice | Correctional Program Specialist (Executive Assistant) | 0006 - Correctional Institution Administration | Chicago, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848456500 |
| 848428200 | 10/20/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Oakdale, Louisiana | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848428200 |
| 848441000 | 10/20/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Leavenworth, Kansas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848441000 |
| 848467300 | 10/20/2025 | Department of Justice | Supervisory Correctional Officer, (Lieutenant) | 0007 - Correctional Officer | Forrest City, Arkansas | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848467300 |
| 848486200 | 10/20/2025 | Department of Justice | Correctional Officer, Correctional Systems Officer | 0007 - Correctional Officer | Miami-Dade County, Florida | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848486200 |
| 848417200 | 10/20/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - Challenge) | 0101 - Social Science | Florence, Colorado | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848417200 |
| 848430400 | 10/20/2025 | Department of the Army | PRINCIPAL SARC | 0101 - Social Science | Latham, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848430400 |
| 848471900 | 10/20/2025 | Department of the Air Force | SEXUAL ASSAULT PREVENTION RESPONSE VICTIM ADVOCATE (SAPR VA) | 0101 - Social Science | Syracuse, New York | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848471900 |
| 848485100 | 10/20/2025 | Department of Justice | Correctional Treatment Specialist (Specialty Treatment Program Specialist - Advanced Care Level) | 0101 - Social Science | Springfield, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848485100 |
| 848446900 | 10/20/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Forrest City, Arkansas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848446900 |
| 848474300 | 10/20/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Chicago, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848474300 |
| 848428900 | 10/20/2025 | Department of Justice | Social Worker | 0185 - Social Work | Springfield, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848428900 |
| 848465500 | 10/20/2025 | Department of the Air Force | SOCIAL WORKER | 0185 - Social Work | Fairchild AFB, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848465500 |
| 848433600 | 10/20/2025 | Department of Homeland Security | Supervisory Human Resources Specialist (Classification) | 0201 - Human Resources Management | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848433600 |
| 848445400 | 10/20/2025 | Department of Transportation | Human Resources Specialist (LER) - SME | 0201 - Human Resources Management | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848445400 |
| 848452900 | 10/20/2025 | Department of Justice | Human Resources Specialist (Human Resource Specialist) | 0201 - Human Resources Management | Kings, New York | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848452900 |
| 848478700 | 10/20/2025 | Department of Homeland Security | Chief of Staff | 0301 - Miscellaneous Administration And Program | Fairfax, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848478700 |
| 848457600 | 10/20/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Springfield, Missouri | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/848457600 |
| 848457700 | 10/20/2025 | Department of Defense | Administrative Support Assistant NF-03 | 0303 - Miscellaneous Clerk And Assistant | Battle Creek, Michigan | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848457700 |
| 848480000 | 10/20/2025 | Department of the Army | Clerk (Veterinary Services) NF-02 | 0303 - Miscellaneous Clerk And Assistant | Kadena Air Base Okinawa, Japan | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848480000 |
| 848495700 | 10/20/2025 | Department of Justice | Health Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Miami-Dade County, Florida | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848495700 |
| 848503600 | 10/20/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848503600 |
| 848505700 | 10/20/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GW-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848505700 |
| 848416400 | 10/20/2025 | Department of the Army | Financial Management Specialist NF-04 | 0501 - Financial Administration And Program | TAEGU, South Korea | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848416400 |
| 848448400 | 10/20/2025 | Department of Justice | Financial Program Specialist (Financial Specialist) | 0501 - Financial Administration And Program | Danbury, Connecticut | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848448400 |
| 848468600 | 10/20/2025 | Department of Defense | Financial Specialist | 0501 - Financial Administration And Program | Linthicum, Maryland | NH-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848468600 |
| 848441600 | 10/20/2025 | Department of Defense | Accounting Technician NF-03 | 0525 - Accounting Technician | Wiesbaden, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848441600 |
| 848423900 | 10/20/2025 | Department of Defense | Teller | 0530 - Cash Processing | Keesler AFB, Mississippi | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848423900 |
| 848508700 | 10/20/2025 | Department of Health and Human Services | Physician (Internal Medicine) - GS-13 | 0602 - Medical Officer | Gallup, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848508700 |
| 848508900 | 10/20/2025 | Department of Health and Human Services | Physician (Internal Medicine) GS-14/15 | 0602 - Medical Officer | Gallup, New Mexico | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/848508900 |
| 848429600 | 10/20/2025 | Department of Justice | Nurse (Registered Nurse) | 0610 - Nurse | Atlanta, Georgia | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848429600 |
| 848448300 | 10/20/2025 | Department of Defense | NURSE (CLINICAL) | 0610 - Nurse | Marine Corps Air Station - Yuma, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848448300 |
| 848477500 | 10/20/2025 | Department of Justice | Supervisory Nurse (Supervisory Clinical Nurse) | 0610 - Nurse | Federal Medical Center Carswell, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848477500 |
| 848429300 | 10/20/2025 | Department of Veterans Affairs | Surgical Technician | 0640 - Health Aid And Technician | Detroit, Michigan | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848429300 |
| 848460900 | 10/20/2025 | Department of Justice | Supervisory Clinical Laboratory Scientist (Laboratory Supervisor) | 0644 - Clinical Laboratory Science | Federal Medical Center Carswell, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848460900 |
| 848436800 | 10/20/2025 | Department of Justice | Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Big Spring, Texas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848436800 |
| 848436400 | 10/20/2025 | Department of Veterans Affairs | Audiologist | 0665 - Speech Pathology And Audiology | Erie, Pennsylvania | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848436400 |
| 848420400 | 10/20/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Kings, New York | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848420400 |
| 848494100 | 10/20/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Grand Marsh, Wisconsin | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848494100 |
| 848450400 | 10/20/2025 | Department of Justice | Dental Hygienist | 0682 - Dental Hygiene | Springfield, Missouri | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848450400 |
| 848484200 | 10/20/2025 | Department of the Army | Project Manager (Construction and Logistics) NF-04 | 0801 - General Engineering | Fort Bragg, North Carolina | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848484200 |
| 848422700 | 10/20/2025 | Department of the Army | Business Operations Manager NF-04 | 1101 - General Business And Industry | Fort McCoy, Wisconsin | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848422700 |
| 848510000 | 10/20/2025 | Department of the Army | Marketing Manager NF-04 | 1101 - General Business And Industry | Fort Greely, Alaska | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848510000 |
| 848478000 | 10/20/2025 | Department of Defense | Chemist | 1320 - Chemistry | Lackland AFB, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848478000 |
| 848437600 | 10/20/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Elkton, Ohio | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848437600 |
| 848489400 | 10/20/2025 | Department of Justice | Facilities Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Fort Devens, Massachusetts | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848489400 |
| 848416900 | 10/20/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Terre Haute, Indiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848416900 |
| 848447100 | 10/20/2025 | Department of the Army | SUPERVISORY SUPPLY SYSTEMS ANALYST | 2003 - Supply Program Management | Latham, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848447100 |
| 848498700 | 10/20/2025 | Department of the Army | Cashier (Host), NF-01 | 2091 - Sales Store Clerical | Honolulu, Hawaii | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/848498700 |
| 848510200 | 10/20/2025 | Department of the Army | Information Technology Specialist (SYSADMIN/CUSTSPT) NF-04 | 2210 - Information Technology Management | Fort Wainwright, Alaska | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848510200 |
| 848467900 | 10/20/2025 | Department of the Army | Custodial Worker NA-02 | 3566 - Custodial Working | Fort Buchanan, Puerto Rico | NA-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848467900 |
| 848426300 | 10/20/2025 | Department of the Army | Senior Power Plant Operator (TC-K) | 5407 - Electrical Power Controlling | Lowell, Oregon | WB-00 | Questionnaire with EO question | https://www.usajobs.gov/job/848426300 |
| 848295700 | 10/21/2025 | Department of the Air Force | EXPLOSIVES SAFETY SPECIALIST (TITLE 32) | 0017 - Explosives Safety Series | Jacksonville, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848295700 |
| 848494200 | 10/21/2025 | Department of the Air Force | INTELLIGENCE OPERATIONS SPECIALIST (TITLE 32) | 0132 - Intelligence | Tyndall AFB, Florida | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848494200 |
| 848284600 | 10/21/2025 | Department of the Air Force | BASE SERVICES MANAGER (TITLE 32) | 0301 - Miscellaneous Administration And Program | Jacksonville, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848284600 |
| 848492400 | 10/21/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Duchesne, Utah | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848492400 |
| 848260300 | 10/21/2025 | Department of the Air Force | BUDGET OFFICER (TITLE 32) | 0560 - Budget Analysis | Jacksonville, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848260300 |
| 848367900 | 10/21/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Fort Polk, Louisiana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848367900 |
| 848288300 | 10/21/2025 | Department of Defense | Physician (Internal Medicine) | 0602 - Medical Officer | Bethesda, Maryland | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848288300 |
| 848483300 | 10/21/2025 | Department of Defense | Nurse (Consultant/Infection Control) | 0610 - Nurse | Corpus Christi, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848483300 |
| 848510900 | 10/21/2025 | Department of Defense | Occupational Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848510900 |
| 848363700 | 10/21/2025 | Department of Defense | Industrial Hygiene Technician | 0640 - Health Aid And Technician | Fort Drum, New York | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848363700 |
| 848398900 | 10/21/2025 | Department of Defense | Health Technician (Optometry) | 0640 - Health Aid And Technician | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848398900 |
| 848464300 | 10/21/2025 | Department of Defense | Health Technician | 0640 - Health Aid And Technician | Fort Sam Houston, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848464300 |
| 848491900 | 10/21/2025 | Department of Defense | Medical Technician (Microbiology) | 0645 - Medical Technician | Fort Sam Houston, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848491900 |
| 848332500 | 10/21/2025 | Department of Defense | Dental Assistant (Expanded Function) | 0681 - Dental Assistant | Lackland AFB, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848332500 |
| 848476200 | 10/21/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | McGuire AFB, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848476200 |
| 848415900 | 10/21/2025 | Department of the Army | CONSTRUCTION CONTROL REPRESENTATIVE | 0809 - Construction Control Technical | Elmendorf AFB, Alaska | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848415900 |
| 848507900 | 10/21/2025 | Department of the Army | Interior Designer (Developmental), NF-04 | 1008 - Interior Design | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848507900 |
| 848264900 | 10/21/2025 | Department of the Air Force | SUPERVISORY PRODUCTION CONTROLLER (AIRCRAFT) (TITLE 32) | 1152 - Production Control | Jacksonville, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848264900 |
| 848257800 | 10/21/2025 | Department of the Air Force | AIRCRAFT MAINTENANCE MANAGER (TITLE 32) | 1601 - Equipment Facilities, And Services | Jacksonville, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848257800 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848496400 | 10/21/2025 | Department of Justice | Diversion Investigator | 1801 - General Inspection, Investigation, Enforcem | Ponce, Puerto Rico | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848496400 |
| 848358900 | 10/21/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Livingston, Montana | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848358900 |
| 848423200 | 10/21/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Eagle Grove, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848423200 |
| 848423400 | 10/21/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Sunray, Texas | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848423400 |
| 848428400 | 10/21/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Langdon, North Dakota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848428400 |
| 848468500 | 10/21/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Norwalk, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848468500 |
| 848487500 | 10/21/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Long Prairie, Minnesota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848487500 |
| 848420500 | 10/21/2025 | Department of Transportation | Railroad Safety Inspector (Track) - SME (Open to both U.S. Citizens and Federal Employees) | 2121 - Railroad Safety | Dixon, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848420500 |
| 848427800 | 10/21/2025 | Department of Energy | IT Specialist (SYSADMIN/OS) | 2210 - Information Technology Management | Folsom, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848427800 |
| 848280600 | 10/21/2025 | Department of the Air Force | ORDNANCE EQUIPMENT MECHANIC SUPERVISOR (TITLE 32) | 6641 - Ordnance Equipment Mechanic | Jacksonville, Florida | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848280600 |
| 848471700 | 10/21/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Great Lakes, Illinois | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848471700 |
| 848498500 | 10/21/2025 | Department of the Navy | CHIEF SHIP PILOT | 9904 - Ship Pilot | Naval Station Complex, San Diego, California | WM-28 | Questionnaire with EO question | https://www.usajobs.gov/job/848498500 |
| 848587300 | 10/21/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Berlin, New Hampshire | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848587300 |
| 848570100 | 10/21/2025 | Department of Defense | Environmental Protection Specialist | 0028 - Environmental Protection Specialist | Richmond, Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848570100 |
| 848542000 | 10/21/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Chicago, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848542000 |
| 848526100 | 10/21/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Fort Drum, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848526100 |
| 848599700 | 10/21/2025 | Department of the Army | Recreation Aid NF-01 | 0189 - Recreation Aid And Assistant | Fort Polk, Louisiana | NF-1 | Questionnaire with EO question | https://www.usajobs.gov/job/848599700 |
| 848520800 | 10/21/2025 | Department of the Air Force | SUPERVISORY CHANGE MANAGEMENT AND COMMUNICATION SPECIALIST | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848520800 |
| 848562500 | 10/21/2025 | Department of Homeland Security | Chief | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848562500 |
| 848562600 | 10/21/2025 | Department of Homeland Security | Deputy Chief | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848562600 |
| 848584700 | 10/21/2025 | Department of Defense | Staff Support Analyst | 0301 - Miscellaneous Administration And Program | Fort Belvoir, Virginia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848584700 |
| 848592900 | 10/21/2025 | Department of the Army | FUNCTIONAL ADMINISTRATOR NF-04 | 0301 - Miscellaneous Administration And Program | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848592900 |
| 848517400 | 10/21/2025 | Department of Defense | Lead Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Fort Meade, Maryland | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848517400 |
| 848567500 | 10/21/2025 | Department of Defense | Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Fort Sam Houston, Texas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848567500 |
| 848582700 | 10/21/2025 | Department of Defense | Lead Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Schofield Barracks, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848582700 |
| 848582800 | 10/21/2025 | Department of Defense | Lead Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Schofield Barracks, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848582800 |
| 848547100 | 10/21/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Bruceton Mills, West Virginia | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/848547100 |
| 848574400 | 10/21/2025 | Department of Justice | Secretary | 0318 - Secretary | Milan, Michigan | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/848574400 |
| 848511800 | 10/21/2025 | Department of the Army | Management Analyst NF-04 | 0343 - Management And Program Analysis | Wiesbaden, Germany | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848511800 |
| 848574900 | 10/21/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848574900 |
| 848588500 | 10/21/2025 | Department of the Army | CHIEF, FINANCIAL MANAGER NF-05 | 0505 - Financial Management | Fort Sam Houston, Texas | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848588500 |
| 848521100 | 10/21/2025 | Department of Defense | ACCOUNTING TECHNICIAN | 0525 - Accounting Technician | Rome, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848521100 |
| 848535700 | 10/21/2025 | Department of Justice | Physician (Chief Psychiatrist) | 0602 - Medical Officer | Federal Medical Center Carswell, Texas | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848535700 |
| 848510500 | 10/21/2025 | Department of Defense | Nurse (Clinical/Emergency Department) | 0610 - Nurse | Tripler Army Medical Center, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848510500 |
| 848566800 | 10/21/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Bennettsville, South Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848566800 |
| 848595400 | 10/21/2025 | Department of Justice | Nurse (Wound Care Specialist - RN) | 0610 - Nurse | Rochester, Minnesota | GL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848595400 |
| 848557100 | 10/21/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Rochester, Minnesota | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848557100 |
| 848581400 | 10/21/2025 | Department of Justice | Nursing Assistant | 0621 - Nursing Assistant | Rochester, Minnesota | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/848581400 |
| 848531800 | 10/21/2025 | Department of Justice | Health Technician - Correctional (Housekeeping Technician) | 0640 - Health Aid And Technician | Federal Medical Center Carswell, Texas | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848531800 |
| 848516800 | 10/21/2025 | Department of Defense | Medical Technician | 0645 - Medical Technician | Lackland AFB, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848516800 |
| 848566600 | 10/21/2025 | Department of Defense | Dental Hygienist | 0682 - Dental Hygiene | San Diego, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848566600 |
| 848536300 | 10/21/2025 | Department of the Army | INTERDISCIPLINARY ENGINEER/ARCHITECT | 0801 - General Engineering | Watervliet, New York | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848536300 |
| 848492900 | 10/21/2025 | Department of the Army | MECHANICAL ENGINEER | 0830 - Mechanical Engineering | Kings Point, New York | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848492900 |
| 848583000 | 10/21/2025 | Department of Defense | Electronics Engineer | 0855 - Electronics Engineering | Saint Louis, Missouri | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848583000 |
| 848545200 | 10/21/2025 | Department of Defense | Earned Value Management Specialist | 1101 - General Business And Industry | El Segundo, California | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848545200 |
| 848583700 | 10/21/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Moffett Field, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848583700 |
| 848587100 | 10/21/2025 | Department of the Army | Business Manager (Range Operations) NF-04 | 1101 - General Business And Industry | Fort Benning, Georgia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848587100 |
| 848537900 | 10/21/2025 | Department of Defense | Contract Specialist (6 Month Register) | 1102 - Contracting | Whitehall, Ohio | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848537900 |
| 848530600 | 10/21/2025 | Department of Commerce | Supervisory Meteorologist / Supervisory Physical Scientist | 1301 - General Physical Science | Santa Teresa, New Mexico | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848530600 |
| 848530700 | 10/21/2025 | Department of Commerce | Supervisory Meteorologist / Supervisory Physical Scientist | 1301 - General Physical Science | Missoula, Montana | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848530700 |
| 848569600 | 10/21/2025 | Department of Defense | Interdisciplinary Engineer (Operations Research Analyst) | 1515 - Operations Research | Melbourne, Florida | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848569600 |
| 848568400 | 10/21/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Florence, Colorado | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848568400 |
| 848599300 | 10/21/2025 | Department of Justice | Training Instructor (Vocational Training Instructor-Dog Trainer) | 1712 - Training Instruction | Lewis Run, Pennsylvania | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848599300 |
| 848567400 | 10/21/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Texarkana, Texas | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848567400 |
| 848542100 | 10/21/2025 | Department of Defense | General Supply Specialist (6 Month Register) | 2001 - General Supply | Whitehall, Ohio | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848542100 |
| 848579500 | 10/21/2025 | General Services Administration | IT Specialist - Senior Software Engineer | 2210 - Information Technology Management | Phoenix, Arizona | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848579500 |
| 848580200 | 10/21/2025 | General Services Administration | IT Specialist - Principal Software Engineer | 2210 - Information Technology Management | Phoenix, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848580200 |
| 848573600 | 10/21/2025 | Department of the Air Force | ELECTRONIC INTEGRATED SYSTEMS MECHANIC LEADER (TITLE 32) | 2610 - Electronic Integrated Systems Mechanic | Saint Joseph, Missouri | WL-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848573600 |
| 848527500 | 10/21/2025 | Department of Defense | MAINTENANCE MECHANIC | 4749 - Maintenance Mechanic | Tacoma, Washington | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848527500 |
| 848571100 | 10/21/2025 | Department of the Air Force | POWERED SUPPORT SYSTEMS MECHANIC SUPERVISOR (TITLE 32) | 5378 - Powered Support Systems Mechanic | Whiteman AFB, Missouri | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848571100 |
| 848518700 | 10/21/2025 | Department of Defense | MEATCUTTER | 7407 - Meatcutting | Fort Knox, Kentucky | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848518700 |
| 848544100 | 10/21/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Wainwright, Alaska | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848544100 |
| 848551200 | 10/21/2025 | Department of Defense | Meatcutter Supervisor | 7407 - Meatcutting | Grand Forks AFB, North Dakota | WS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848551200 |
| 848551400 | 10/21/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fort Wainwright, Alaska | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848551400 |
| 848566400 | 10/21/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Holloman AFB, New Mexico | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848566400 |
| 848567700 | 10/21/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Sill, Oklahoma | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848567700 |
| 848572800 | 10/21/2025 | Department of the Air Force | AIRCRAFT MECHANIC (TITLE 32) | 8852 - Aircraft Mechanic | Saint Joseph, Missouri | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848572800 |
| 848560800 | 10/22/2025 | Department of Defense | Social Worker | 0185 - Social Work | Tinker AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848560800 |
| 848604900 | 10/22/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Naval Medical Center, San Diego, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848604900 |
| 848526600 | 10/22/2025 | Department of Health and Human Services | Special Assistant | 0301 - Miscellaneous Administration And Program | Woodlawn, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848526600 |
| 848542800 | 10/22/2025 | Department of Defense | Credentialing Technician | 0303 - Miscellaneous Clerk And Assistant | Jacksonville Naval Hospital, Florida | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848542800 |
| 848527900 | 10/22/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Lincoln, Nebraska | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848527900 |
| 848486800 | 10/22/2025 | Department of Defense | TELECOMMUNICATIONS SPECIALIST | 0391 - Telecommunications | Fort Meade, Maryland | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848486800 |

A173

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848604400 | 10/22/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848604400 |
| 848512300 | 10/22/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Fort Campbell, Kentucky | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848512300 |
| 848599600 | 10/22/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Camp Pendleton, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848599600 |
| 848602800 | 10/22/2025 | Department of Defense | Physician (Orthopedic Surgery) | 0602 - Medical Officer | Fort Leonard Wood, Missouri | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848602800 |
| 848457800 | 10/22/2025 | Department of Defense | Nurse (Clinical / Emergency Department) | 0610 - Nurse | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848457800 |
| 848558100 | 10/22/2025 | Department of Defense | Advanced Practice Nurse (Midwife) | 0610 - Nurse | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848558100 |
| 848290700 | 10/22/2025 | Department of Defense | Practical Nurse (Family Medicine) | 0620 - Practical Nurse | Redstone Arsenal, Alabama | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848290700 |
| 848569800 | 10/22/2025 | Department of Defense | Histopathology Technician | 0646 - Pathology Technician | Fort Campbell, Tennessee | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848569800 |
| 848429400 | 10/22/2025 | Department of Defense | Diagnostic Radiologic Technologist (MRI) | 0647 - Diagnostic Radiologic Technologist | Fort Sam Houston, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848429400 |
| 848566300 | 10/22/2025 | Department of Defense | Medical Records Technician (Office Automation) | 0675 - Medical Records Technician | Lackland AFB, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848566300 |
| 848567300 | 10/22/2025 | Department of Defense | Medical Records Technician | 0675 - Medical Records Technician | Newport, Rhode Island | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848567300 |
| 848377100 | 10/22/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Pearl Harbor, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848377100 |
| 848377400 | 10/22/2025 | Department of Defense | Dental Hygienist | 0682 - Dental Hygiene | Pearl Harbor, Hawaii | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848377400 |
| 848587600 | 10/22/2025 | Department of Defense | Dental Hygienist | 0682 - Dental Hygiene | Fort Carson, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848587600 |
| 848596300 | 10/22/2025 | Department of the Army | Interdisciplinary (Engineer/Architect) | 0801 - General Engineering | Fort Sill, Oklahoma | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848596300 |
| 848596900 | 10/22/2025 | Department of Homeland Security | General Engineer | 0801 - General Engineering | Glynco, Georgia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848596900 |
| 848603600 | 10/22/2025 | Department of the Army | Interdisciplinary | 0804 - Fire Protection Engineering | Norfolk, Virginia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848603600 |
| 848581200 | 10/22/2025 | Department of the Army | Electrical Engineer | 0850 - Electrical Engineering | Kings Point, New York | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848581200 |
| 848570000 | 10/22/2025 | Department of Defense | Public Affairs Specialist | 1035 - Public Affairs | Fort Campbell, Tennessee | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848570000 |
| 848560000 | 10/22/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Santa Ana, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848560000 |
| 848514700 | 10/22/2025 | Department of the Army | Information Technology Specialist (Policy and Planning/Systems Analysis) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848514700 |
| 848516600 | 10/22/2025 | Department of Defense | IT SPECIALIST (APPSW) | 2210 - Information Technology Management | Indianapolis, Indiana | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848516600 |
| 848410900 | 10/22/2025 | Department of Defense | CUSTODIAL WORKER | 3566 - Custodial Working | Oak Harbor, Washington | WG-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848410900 |
| 848408600 | 10/22/2025 | Department of Defense | MEDICAL EQUIPMENT REPAIRER | 4805 - Medical Equipment Repairing | Camp Pendleton, California | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848408600 |
| 848561600 | 10/22/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Jacksonville, Florida | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848561600 |
| 848684300 | 10/22/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Butner Federal Correctional Complex, North Carolin | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848684300 |
| 848687900 | 10/22/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Bruceton Mills, West Virginia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848687900 |
| 848641200 | 10/22/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Glenville, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848641200 |
| 848658400 | 10/22/2025 | Department of the Army | Sports, Fitness, and Aquatics Manager NF-04 | 0030 - Sports Specialist | Fort McCoy, Wisconsin | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848658400 |
| 848649100 | 10/22/2025 | Department of the Army | Supervisory Firefighter (Basic Life Support) | 0081 - Fire Protection and Prevention | Herlong Sierra Ordnance Depot, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848649100 |
| 848682700 | 10/22/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Marion, Illinois | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848682700 |
| 848687700 | 10/22/2025 | Department of Justice | Correctional Treatment Specialist (Special Population Program Coordinator) | 0101 - Social Science | Marion, Illinois | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848687700 |
| 848621800 | 10/22/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Thomson, Illinois | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848621800 |
| 848652000 | 10/22/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Rochester, Minnesota | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848652000 |
| 848665000 | 10/22/2025 | Department of Justice | Tool Room Officer | 0303 - Miscellaneous Clerk And Assistant | Kings, New York | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848665000 |
| 848635600 | 10/22/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Butner Federal Correctional Complex, North Carolin | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848635600 |
| 848658500 | 10/22/2025 | Department of the Army | Financial Management Specialist NF-04 | 0501 - Financial Administration And Program | Fort McCoy, Wisconsin | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848658500 |
| 848702400 | 10/22/2025 | Department of Defense | Nurse (Clinical/Obstetrics-Gynecology) | 0610 - Nurse | Camp Humphreys, South Korea | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848702400 |
| 848636400 | 10/22/2025 | Department of Justice | Recreation Therapist | 0638 - Recreation/Creative Arts Therapist | Rochester, Minnesota | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848636400 |
| 848632600 | 10/22/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Fort Devens, Massachusetts | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848632600 |
| 848639300 | 10/22/2025 | Department of Defense | Health Technician | 0640 - Health Aid And Technician | Lacey, Washington | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848639300 |
| 848669400 | 10/22/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Kings, New York | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848669400 |
| 848639000 | 10/22/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Mendota, California | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848639000 |
| 848644100 | 10/22/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY | 0801 - General Engineering | Kings Point, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848644100 |
| 848666700 | 10/22/2025 | Department of Energy | Interdisciplinary Civil Engineer/Mechanical Engineer/Electrical Engineer | 0810 - Civil Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848666700 |
| 848667200 | 10/22/2025 | Department of Energy | Interdisciplinary Civil Engineer/Mechanical Engineer/Electrical Engineer | 0810 - Civil Engineering | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848667200 |
| 848642500 | 10/22/2025 | Department of the Army | MECHANICAL ENGINEER | 0830 - Mechanical Engineering | Watervliet, New York | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848642500 |
| 848631100 | 10/22/2025 | Department of the Army | ELECTRICAL ENGINEER | 0850 - Electrical Engineering | Watervliet, New York | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848631100 |
| 848618800 | 10/22/2025 | Department of Justice | Public Affairs Specialist (Legislative Affairs Specialist) | 1035 - Public Affairs | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848618800 |
| 848684100 | 10/22/2025 | Department of Justice | Procurement and Property Specialist | 1101 - General Business And Industry | Waseca, Minnesota | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848684100 |
| 848681600 | 10/22/2025 | Department of Energy | Land Surveyor | 1373 - Land Surveying | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848681600 |
| 848681700 | 10/22/2025 | Department of Energy | Land Surveyor | 1373 - Land Surveying | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848681700 |
| 848701400 | 10/22/2025 | Department of the Army | Golf Course Superintendent NF-04 | 1601 - Equipment Facilities, And Services | Schofield Barracks, Hawaii | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848701400 |
| 848664800 | 10/22/2025 | Department of Justice | Facility Services Assistant (Facilities Assistant) | 1603 - Equipment, Facilities, And Services Assista | Victorville, California | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848664800 |
| 848621200 | 10/22/2025 | Department of the Army | Supervisory Chef NF-03 | 1667 - Food Services | Fort Knox, Kentucky | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848621200 |
| 848633700 | 10/22/2025 | Department of Education | Protective Service Specialist, GS-1801-12/13, FPL 13, (MP) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848633700 |
| 848633800 | 10/22/2025 | Department of Education | Protective Service Specialist, GS-1801-12/13, FPL 13 (DE) | 1801 - General Inspection, Investigation, Enforcem | Washington, District of Columbia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848633800 |
| 848630200 | 10/22/2025 | Department of Defense | Quality Assurance Specialist (6 Months Register) | 1910 - Quality Assurance | Whitehall, Ohio | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848630200 |
| 848611500 | 10/22/2025 | Department of Defense | Supervisory IT Specialist (INFOSEC) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848611500 |
| 848667900 | 10/22/2025 | Department of the Army | IT SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848667900 |
| 848653500 | 10/22/2025 | Department of Defense | MEATCUTTING WORKER | 7407 - Meatcutting | Andrews AFB, Maryland | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848653500 |
| 848631000 | 10/22/2025 | Department of Veterans Affairs | Medical Reimbursement Technician | 0503 - Financial Clerical And Assistance | Asheville, North Carolina | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848631000 |
| 848658100 | 10/22/2025 | Department of Veterans Affairs | Purchasing Agent | 1105 - Purchasing | Syracuse, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848658100 |
| 848756200 | 10/23/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Aliceville, Alabama | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848756200 |
| 848726300 | 10/23/2025 | Department of Justice | Safety & Occupational Health Manager (Safety Administrator) | 0018 - Safety and Occupational Health Management | Lexington, Kentucky | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848726300 |
| 848710900 | 10/23/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Marion, Illinois | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848710900 |
| 848801500 | 10/23/2025 | Department of the Army | Aquatics Manager NF-03 | 0030 - Sports Specialist | Baumholder, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848801500 |
| 848878200 | 10/23/2025 | Department of the Army | Assistant Aquatics Manager, NF-03 | 0030 - Sports Specialist | Fort Stewart, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848878200 |
| 848707900 | 10/23/2025 | Department of the Air Force | SECURITY SPECIALIST (TITLE 5) | 0080 - Security Administration | Jacksonville, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848707900 |
| 848688200 | 10/23/2025 | Department of the Army | Security Guard | 0085 - Security Guard | Alexandria, Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848688200 |
| 848749500 | 10/23/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Salters, South Carolina | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848749500 |
| 848458200 | 10/23/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Naval Air Station Pensacola, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848458200 |
| 848760700 | 10/23/2025 | Department of Justice | Clinical Psychologist (Advanced Care Level Psychologist) | 0180 - Psychology | Fort Devens, Massachusetts | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848760700 |
| 848496000 | 10/23/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Fort Carson, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848496000 |
| 848707500 | 10/23/2025 | Department of the Air Force | SOCIAL WORKER (TITLE 5) | 0185 - Social Work | Jacksonville, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848707500 |

A174

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848708500 | 10/23/2025 | Department of Defense | Social Worker (Behavioral Health Consultant) | 0185 - Social Work | Holloman AFB, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848708500 |
| 848771800 | 10/23/2025 | Department of Justice | Social Worker | 0185 - Social Work | Alderson, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848771800 |
| 848707300 | 10/23/2025 | Department of the Army | Supervisory Recreation Specialist (Community Activities) NF-04 | 0188 - Recreation Specialist | Fort Detrick, Maryland | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848707300 |
| 848644300 | 10/23/2025 | Department of the Treasury | Supervisory Program Manager | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848644300 |
| 848707700 | 10/23/2025 | Department of the Air Force | OPERATIONAL JOINT INTERFACE CONTROL TECHNICIAN (TITLE 5) | 0301 - Miscellaneous Administration And Program | Tyndall AFB, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848707700 |
| 848734400 | 10/23/2025 | Department of Justice | Lock and Security Specialist (Locksmith Supervisor) | 0301 - Miscellaneous Administration And Program | Beaumont, Texas | GL-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848734400 |
| 848740900 | 10/23/2025 | Department of the Air Force | DEPUTY DIRECTOR | 0301 - Miscellaneous Administration And Program | Falls Church County, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848740900 |
| 848736200 | 10/23/2025 | Department of Justice | Tool Room Officer | 0303 - Miscellaneous Clerk And Assistant | Pollock, Louisiana | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848736200 |
| 848777900 | 10/23/2025 | Department of Justice | Tool Room Officer | 0303 - Miscellaneous Clerk And Assistant | Minersville, Pennsylvania | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848777900 |
| 848709700 | 10/23/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Victorville, California | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848709700 |
| 848760000 | 10/23/2025 | Department of Defense | Secretary (Office Automation) | 0318 - Secretary | Saratoga Springs, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848760000 |
| 848763700 | 10/23/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Marion, Illinois | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848763700 |
| 848766400 | 10/23/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Bennettsville, South Carolina | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848766400 |
| 848688500 | 10/23/2025 | Department of Defense | Civilian Pay Specialist | 0501 - Financial Administration And Program | Naval Medical Center, San Diego, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848688500 |
| 848711500 | 10/23/2025 | Department of Veterans Affairs | Supervisory Health Science Specialist | 0601 - General Health Science | West Haven, Connecticut | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848711500 |
| 848652500 | 10/23/2025 | Department of Defense | Physician (Family Practice) | 0602 - Medical Officer | Camp Pendleton, California | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848652500 |
| 848785200 | 10/23/2025 | Department of Health and Human Services | Physician (Peds) | 0602 - Medical Officer | Eagle Butte, South Dakota | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848785200 |
| 848694400 | 10/23/2025 | Department of Defense | Physician Assistant (Emergency Room) | 0603 - Physician Assistant | Lackland AFB, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848694400 |
| 848630100 | 10/23/2025 | Department of Defense | Nurse Practitioner | 0610 - Nurse | Groton, Connecticut | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848630100 |
| 848643300 | 10/23/2025 | Department of Defense | Advanced Practice Nurse (Women's Health) | 0610 - Nurse | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848643300 |
| 848701300 | 10/23/2025 | Department of Defense | Nurse (Clinical/Ambulatory) | 0610 - Nurse | Tacoma, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848701300 |
| 848728900 | 10/23/2025 | Department of Justice | Advance Practice Nurse - Psychiatric (Psychiatric Mid-Level Practitioner) | 0610 - Nurse | Florence, Colorado | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848728900 |
| 848778400 | 10/23/2025 | Department of Defense | Nurse (Clinical/Dialysis) | 0610 - Nurse | Tripler Army Medical Center, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848778400 |
| 848790700 | 10/23/2025 | Department of Health and Human Services | Advanced Practice Nurse (Nurse Practitioner) | 0610 - Nurse | Chinle, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848790700 |
| 848751300 | 10/23/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Sheridan, Oregon | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848751300 |
| 848721300 | 10/23/2025 | Department of Defense | Physical Therapist | 0633 - Physical Therapist | Springfield, Missouri | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848721300 |
| 848624000 | 10/23/2025 | Department of Defense | Dietetic Technician | 0640 - Health Aid And Technician | Fort Polk, Louisiana | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848624000 |
| 848683400 | 10/23/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Naval Medical Center, Portsmouth, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848683400 |
| 848747300 | 10/23/2025 | Department of Justice | Clinical Laboratory Scientist (Medical Technologist) | 0644 - Clinical Laboratory Science | Rochester, Minnesota | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848747300 |
| 848756600 | 10/23/2025 | Department of Justice | Clinical Laboratory Scientist (Medical Technologist) | 0644 - Clinical Laboratory Science | Federal Medical Center Carswell, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848756600 |
| 848515900 | 10/23/2025 | Department of Defense | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Fort Lee, Virginia | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848515900 |
| 848757600 | 10/23/2025 | Department of Defense | Audiologist | 0665 - Speech Pathology And Audiology | West Point, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848757600 |
| 848774400 | 10/23/2025 | Department of Defense | Supervisory Medical Records Administrator | 0669 - Medical Records Administration | Tacoma, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848774400 |
| 848735800 | 10/23/2025 | Department of Justice | Health Systems Specialist (Performance Improvement Coordinator) | 0671 - Health System Specialist | Fort Devens, Massachusetts | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848735800 |
| 848617200 | 10/23/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | Kirtland AFB, New Mexico | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848617200 |
| 848572700 | 10/23/2025 | Department of Defense | Dentist (General Practice) | 0680 - Dental Officer | Everett, Washington | GP-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848572700 |
| 848688700 | 10/23/2025 | Department of the Army | Interdisciplinary | 0808 - Architecture | Little Rock, Arkansas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848688700 |
| 848766100 | 10/23/2025 | Department of the Army | Supervisory Interdisciplinary (Engineer/Architect) | 0808 - Architecture | Little Rock, Arkansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848766100 |
| 848696900 | 10/23/2025 | Department of Homeland Security | Supervisory General Attorney (Ethics) | 0905 - Attorney | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848696900 |
| 848432300 | 10/23/2025 | Department of Defense | Sign Language Interpreter | 1001 - General Arts And Information | Clarksville, Tennessee | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848432300 |
| 848447700 | 10/23/2025 | Department of Defense | Sign Language Interpreter | 1001 - General Arts And Information | Clarksville, Tennessee | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848447700 |
| 848715600 | 10/23/2025 | Other Agencies and Independent Organizations | Senior Joint Venture Transaction Specialist, CG-1101-14 | 1101 - General Business And Industry | Washington, District of Columbia | CG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848715600 |
| 848800700 | 10/23/2025 | Department of the Army | Business Manager NF-03 | 1101 - General Business And Industry | Hawaii National Park, Hawaii | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848800700 |
| 848642200 | 10/23/2025 | Department of Veterans Affairs | Purchasing Agent - Prosthetics | 1105 - Purchasing | White River Junction, Vermont | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848642200 |
| 848740600 | 10/23/2025 | Department of Justice | Supervisory Facility Operations Specialists (Regional Facilities Administrator) | 1640 - Facility Operations Services | Philadelphia, Pennsylvania | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848740600 |
| 848723900 | 10/23/2025 | Department of the Army | Training Instructor (Automotive) NF-03 | 1712 - Training Instruction | Fort Riley, Kansas | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848723900 |
| 848661700 | 10/23/2025 | Department of Transportation | Railroad Safety Inspector (Signal & Train Control) -SME (Open to both U.S. Citizens and Federal Empl | 2121 - Railroad Safety | Bakersfield, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848661700 |
| 848677900 | 10/23/2025 | Department of Transportation | Railroad Safety Inspector (Motive Power & Equipment)  (Open to both U.S. Citizens and Federal Employ | 2121 - Railroad Safety | Roseville, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848677900 |
| 848749900 | 10/23/2025 | Department of the Army | Veterinary Medical Officer (Clinical Care) NF-04 | 0701 - Veterinary Medical Science | Fort Myer, Virginia | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848749900 |
| 848842800 | 10/24/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Estill, South Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848842800 |
| 848878100 | 10/24/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Aliceville, Alabama | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848878100 |
| 848880100 | 10/24/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Pollock, Louisiana | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848880100 |
| 848885900 | 10/24/2025 | Department of the Interior | Correctional Officer (Instructor) | 0007 - Correctional Officer | Artesia, New Mexico | GL-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848885900 |
| 848848500 | 10/24/2025 | Department of Defense | Environmental Protection Specialist | 0028 - Environmental Protection Specialist | Pearl Harbor, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848848500 |
| 848826800 | 10/24/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Morgantown, West Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848826800 |
| 848834900 | 10/24/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | Forrest City, Arkansas | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/848834900 |
| 848838200 | 10/24/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Springfield, Missouri | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848838200 |
| 848868300 | 10/24/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Prince George, Virginia | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848868300 |
| 848701800 | 10/24/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Joint Base Lewis-McChord, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848701800 |
| 848853600 | 10/24/2025 | Department of Justice | Human Resource Specialist – Human Resource Development (Employee Development Specialist) | 0201 - Human Resources Management | Seatac, Washington | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848853600 |
| 848872000 | 10/24/2025 | Department of the Air Force | HR SPEC (MILITARY) | 0201 - Human Resources Management | Lincoln, Nebraska | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848872000 |
| 848848800 | 10/24/2025 | Department of the Army | Executive Officer NF-04 | 0301 - Miscellaneous Administration And Program | Fort Bliss, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848848800 |
| 848861500 | 10/24/2025 | Department of the Army | Deputy Director Family Morale Welfare and Recreation NF-05 | 0301 - Miscellaneous Administration And Program | Fort Bliss, Texas | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848861500 |
| 848881400 | 10/24/2025 | Department of the Army | Program Administrator (BOSS) NF-04 | 0301 - Miscellaneous Administration And Program | Fort Campbell, Kentucky | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848881400 |
| 848627000 | 10/24/2025 | Department of Defense | School Support Assistant | 0303 - Miscellaneous Clerk And Assistant | Clarksville, Tennessee | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848627000 |
| 848831800 | 10/24/2025 | Department of Justice | Secretary (Captain's Secretary) | 0318 - Secretary | Herlong Sierra Ordnance Depot, California | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/848831800 |
| 848874500 | 10/24/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Pollock, Louisiana | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/848874500 |
| 848729000 | 10/24/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Aliso Viejo, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848729000 |
| 848826400 | 10/24/2025 | Department of the Interior | Supervisory Wildland Firefighter (Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Cherokee, North Carolina | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848826400 |

A175

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848839300 | 10/24/2025 | Department of Defense | Financial Specialist | 0501 - Financial Administration And Program | Linthicum, Maryland | NH-2 | Questionnaire with EO question | https://www.usajobs.gov/job/848839300 |
| 848883400 | 10/24/2025 | Department of the Air Force | SUPERVISORY FINANCIAL MANAGEMENT SPECIALIST | 0501 - Financial Administration And Program | Scott AFB, Illinois | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848883400 |
| 848715700 | 10/24/2025 | Department of Veterans Affairs | Medical Reimbursement Technician | 0503 - Financial Clerical And Assistance | Middleton, Wisconsin | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848715700 |
| 848867500 | 10/24/2025 | Department of Defense | Accountant NF-04 | 0510 - Accounting | Texarkana, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848867500 |
| 848871900 | 10/24/2025 | Department of the Air Force | SUPERVISORY BUDGET ANALYST | 0560 - Budget Analysis | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848871900 |
| 848877200 | 10/24/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Twentynine Palms, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848877200 |
| 848543300 | 10/24/2025 | Department of Defense | Physician (Internal Medicine) | 0602 - Medical Officer | Bethesda, Maryland | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848543300 |
| 848823800 | 10/24/2025 | Department of Justice | Nurse (Quality Improvement and Infection Control Nurse) | 0610 - Nurse | Prince George, Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848823800 |
| 848833000 | 10/24/2025 | Department of Justice | Nurse (Quality Improvement & Infection Control Nurse) | 0610 - Nurse | Sheridan, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848833000 |
| 848858000 | 10/24/2025 | Department of Defense | Nurse (Vascular Access Device) | 0610 - Nurse | Tripler Army Medical Center, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848858000 |
| 848725900 | 10/24/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Bethesda, Maryland | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848725900 |
| 848810400 | 10/24/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Tyndall AFB, Florida | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848810400 |
| 848847000 | 10/24/2025 | Department of Justice | Health Technician (Phlebotomist) | 0640 - Health Aid And Technician | Victorville, California | GL-05 | Questionnaire with EO question | https://www.usajobs.gov/job/848847000 |
| 848871700 | 10/24/2025 | Department of Justice | Respiratory Therapist | 0651 - Respiratory Therapist | Springfield, Missouri | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848871700 |
| 848882900 | 10/24/2025 | Department of Justice | Medical Records Administration Specialist | 0669 - Medical Records Administration | San Diego, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848882900 |
| 848833900 | 10/24/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Prince George, Virginia | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848833900 |
| 848844300 | 10/24/2025 | Department of Justice | Dental Assistant (Expanded Function) - Dental Assistant | 0681 - Dental Assistant | Prince George, Virginia | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/848844300 |
| 848741400 | 10/24/2025 | Department of the Army | INTERDISCIPLINARY (TECHNICAL MANAGER) | 0801 - General Engineering | Watervliet, New York | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848741400 |
| 848812000 | 10/24/2025 | Department of Defense | General Engineer | 0801 - General Engineering | New Cumberland Defense Logistics Center, Pennsylva | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848812000 |
| 848730800 | 10/24/2025 | Department of the Army | Construction Control Representative | 0809 - Construction Control Technical | Watervliet, New York | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848730800 |
| 848848700 | 10/24/2025 | Department of Defense | Electronics Engineer | 0855 - Electronics Engineering | McClellan, California | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848848700 |
| 848873100 | 10/24/2025 | Department of Justice | Electronics Technician | 0856 - Electronics Technical | Herlong Sierra Ordnance Depot, California | GL-09/10 | Questionnaire with EO question | https://www.usajobs.gov/job/848873100 |
| 848779300 | 10/24/2025 | Other Agencies and Independent Organizations | Chief, Capital Markets and Resolutions Section, CM-1101-00 | 1101 - General Business And Industry | Washington, District of Columbia | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/848779300 |
| 848803900 | 10/24/2025 | Department of the Army | Business Manager NF-03 | 1101 - General Business And Industry | Grafenwohr, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848803900 |
| 848900000 | 10/24/2025 | Department of the Army | Business Operations Officer NF-04 | 1101 - General Business And Industry | Fort Bliss, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848900000 |
| 848745800 | 10/24/2025 | Department of Energy | Public Utilities Specialist (Contracts and Energy Services) | 1130 - Public Utilities Specialist | Tulsa, Oklahoma | GS-11/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848745800 |
| 848758600 | 10/24/2025 | Other Agencies and Independent Organizations | Senior Financial Analyst, CG-1160-13/14 | 1160 - Financial Analysis | Washington, District of Columbia | CG-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/848758600 |
| 848836300 | 10/24/2025 | Other Agencies and Independent Organizations | Senior Financial Analyst, CG-1160-15 | 1160 - Financial Analysis | Washington, District of Columbia | CG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848836300 |
| 848626500 | 10/24/2025 | Department of the Army | Appraiser | 1171 - Appraising | Saint Paul, Minnesota | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848626500 |
| 848815900 | 10/24/2025 | Department of Justice | Food Services Assistant (Food Service Assistant) | 1603 - Equipment, Facilities, And Services Assista | Victorville, California | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848815900 |
| 848826700 | 10/24/2025 | Department of Justice | Facility Operations Specialist (Facility Manager) | 1640 - Facility Operations Services | Alderson, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848826700 |
| 848802200 | 10/24/2025 | Department of Defense | TRAINING SPECIALIST (Curriculum Manager) | 1712 - Training Instruction | Linthicum, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848802200 |
| 848874900 | 10/24/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Fort Sill, Oklahoma | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848874900 |
| 848704500 | 10/24/2025 | Department of Defense | LEAD IT CYBERSECURITY SPECIALIST (APPSW/INFOSEC) | 2210 - Information Technology Management | Indianapolis, Indiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848704500 |
| 848835000 | 10/24/2025 | Department of Commerce | Supv IT Cybersecurity Specialist (INFOSEC) | 2210 - Information Technology Management | Alexandria, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/848835000 |
| 848835500 | 10/24/2025 | Department of Commerce | IT Cybersecurity Specialist (INFOSEC) | 2210 - Information Technology Management | Alexandria, Virginia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848835500 |
| 848844400 | 10/24/2025 | Department of the Army | INFORMATION TECHNOLOGY SPECIALIST (INFOSEC) NF-04 | 2210 - Information Technology Management | Fort Sam Houston, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848844400 |
| 848878400 | 10/24/2025 | Department of Defense | SUPV IT CYBERSECURITY SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Pentagon, Arlington, Virginia | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848878400 |
| 848842900 | 10/24/2025 | Department of the Army | Bowling Equipment Worker NA-05 | 4819 - Bowling Equipment Repairing | Fort Campbell, Kentucky | NA-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848842900 |
| 848819700 | 10/24/2025 | Department of Defense | Store Worker | 6914 - Store Working | Air Force Academy, Colorado | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848819700 |
| 848875300 | 10/24/2025 | Department of Defense | Store Worker | 6914 - Store Working | Fort Sill, Oklahoma | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848875300 |
| 848997600 | 10/24/2025 | Department of Defense | Store Worker | 6914 - Store Working | Lackland AFB, Texas | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848997600 |
| 848618700 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Key West, Florida | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848618700 |
| 848662100 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Little Rock AFB, Arkansas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848662100 |
| 848712300 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Peterson AFB, Colorado | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848712300 |
| 848732400 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Barstow, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848732400 |
| 848735900 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | China Lake, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848735900 |
| 848742800 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Corpus Christi, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848742800 |
| 848752300 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Dyess AFB, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848752300 |
| 848758300 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Groton Submarine Base, Connecticut | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848758300 |
| 848759000 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Beale AFB, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848759000 |
| 848773600 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Moffett Field, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848773600 |
| 848806600 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Davis Monthan AFB, Arizona | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848806600 |
| 848807100 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Pearl Harbor, Hawaii | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848807100 |
| 848807300 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Hickam AFB, Hawaii | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848807300 |
| 848808600 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Cherry Point, North Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848808600 |
| 848810600 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Yuma, Arizona | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848810600 |
| 848811900 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Hanscom AFB, Massachusetts | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848811900 |
| 848814000 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Gunter AFB, Alabama | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848814000 |
| 848818800 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Air Force Academy, Colorado | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848818800 |
| 848819100 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Yuma Proving Ground, Arizona | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848819100 |
| 848840300 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | McConnell AFB, Kansas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848840300 |
| 848850600 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Sam Houston, Texas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848850600 |
| 848852400 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Fort Leavenworth, Kansas | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848852400 |
| 848854300 | 10/24/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Luke AFB, Arizona | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848854300 |
| 848646700 | 10/25/2025 | Department of Defense | Safety And Occupational Health Specialist | 0018 - Safety and Occupational Health Management | Fort Wainwright, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848646700 |
| 848677300 | 10/25/2025 | Department of Defense | Health System Specialist | 0671 - Health System Specialist | McConnell AFB, Kansas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848677300 |
| 848626200 | 10/25/2025 | Department of the Army | Transportation Planner | 2101 - Transportation Specialist | Schofield Barracks, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848626200 |
| 848821900 | 10/25/2025 | Department of Veterans Affairs | Electronic Industrial Controls Mechanic | 2606 - Electronic Industrial Controls Mechanic | North Chicago, Illinois | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848821900 |
| 848911000 | 10/27/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Beaver, West Virginia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848911000 |
| 848919300 | 10/27/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Aliceville, Alabama | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848919300 |
| 848921600 | 10/27/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Prince George, Virginia | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848921600 |
| 848939300 | 10/27/2025 | Department of Justice | Correctional Officer (Senior Officer Specialist) | 0007 - Correctional Officer | Oakdale, Louisiana | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/848939300 |
| 848957800 | 10/27/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Bryan, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848957800 |

A176

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848873200 | 10/27/2025 | Department of Housing and Urban Development | Supervisory Physical Security Specialist | 0080 - Security Administration | Washington, District of Columbia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/848873200 |
| 848913600 | 10/27/2025 | Department of the Army | Fire Protection Specialist | 0081 - Fire Protection and Prevention | Herlong Sierra Ordnance Depot, California | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848913600 |
| 848946900 | 10/27/2025 | Department of Veterans Affairs | Police officer | 0083 - Police | Battle Creek, Michigan | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848946900 |
| 848952300 | 10/27/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Bennettsville, South Carolina | GS-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848952300 |
| 848811300 | 10/27/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Fort Campbell, Tennessee | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848811300 |
| 848895600 | 10/27/2025 | Department of Defense | Human Resources Officer (Human Resource Manager) | 0201 - Human Resources Management | Yazoo City, Mississippi | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848895600 |
| 848557600 | 10/27/2025 | Department of the Army | Readiness Program Analyst | 0301 - Miscellaneous Administration And Program | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848557600 |
| 848893100 | 10/27/2025 | Department of Homeland Security | Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Camp Springs, Maryland | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848893100 |
| 848901500 | 10/27/2025 | Department of Justice | Project Management Specialist NF-04 | 0301 - Miscellaneous Administration And Program | Texarkana, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848901500 |
| 848913300 | 10/27/2025 | Department of Justice | Lock and Security Specialist (Assistant Locksmith) | 0301 - Miscellaneous Administration And Program | Cumberland, Maryland | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/848913300 |
| 848931200 | 10/27/2025 | Department of Homeland Security | Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Anchorage, Alaska | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848931200 |
| 848931800 | 10/27/2025 | Department of Homeland Security | Mission Support Specialist | 0301 - Miscellaneous Administration And Program | Anchorage, Alaska | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848931800 |
| 848891900 | 10/27/2025 | Department of the Army | Administrative Support Assistant NF-03 | 0303 - Miscellaneous Clerk And Assistant | Pentagon, Arlington, Virginia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848891900 |
| 848926700 | 10/27/2025 | Department of the Army | MANAGEMENT AND PROGRAM ANALYST (WORKFORCE DEVELOPMENT) | 0343 - Management And Program Analysis | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848926700 |
| 848762000 | 10/27/2025 | Department of Defense | Supervisory Financial Management Analyst | 0501 - Financial Administration And Program | Guantanamo Bay, Cuba | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848762000 |
| 848900800 | 10/27/2025 | Department of the Air Force | FINANCIAL MANAGEMENT ANALYST | 0501 - Financial Administration And Program | Lincoln, Nebraska | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848900800 |
| 848943700 | 10/27/2025 | Department of Justice | Business Administrator | 0501 - Financial Administration And Program | Bastrop, Texas | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848943700 |
| 848896000 | 10/27/2025 | Department of the Army | Financial Management Technician NF-03 | 0503 - Financial Clerical And Assistance | Fort Gordon, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848896000 |
| 848898400 | 10/27/2025 | Department of Justice | Accountant | 0510 - Accounting | Bryan, Texas | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/848898400 |
| 848704400 | 10/27/2025 | Department of Defense | Budget Analyst | 0560 - Budget Analysis | Hickam AFB, Hawaii | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848704400 |
| 848935100 | 10/27/2025 | Department of Health and Human Services | Physician (Family Practice), GS-14 | 0602 - Medical Officer | Taos, New Mexico | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848935100 |
| 848915900 | 10/27/2025 | Department of Defense | Nurse (Clinical/Critical Care Expanded Functions) | 0610 - Nurse | Tacoma, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848915900 |
| 848886700 | 10/27/2025 | Department of Defense | Industrial Hygiene Technician | 0640 - Health Aid And Technician | Tripler Army Medical Center, Hawaii | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848886700 |
| 848825200 | 10/27/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | Fort Carson, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848825200 |
| 848785300 | 10/27/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Richardson, Alaska | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848785300 |
| 848800300 | 10/27/2025 | Department of the Army | Supervisory Interdisciplinary | 0801 - General Engineering | Elmendorf AFB, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848800300 |
| 848860600 | 10/27/2025 | Department of the Army | Supervisory Interdisciplinary | 0801 - General Engineering | Elmendorf AFB, Alaska | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848860600 |
| 848829900 | 10/27/2025 | Department of Energy | Safety Engineer | 0803 - Safety Engineering | Albany, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848829900 |
| 848861200 | 10/27/2025 | Department of the Army | Fire Protection Engineer | 0804 - Fire Protection Engineering | Redstone Arsenal, Alabama | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848861200 |
| 848862800 | 10/27/2025 | Department of the Army | Construction Control Representative | 0809 - Construction Control Technical | Elmendorf AFB, Alaska | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848862800 |
| 848871200 | 10/27/2025 | Department of Transportation | Bridge Engineer (Direct Hire) | 0810 - Civil Engineering | Juneau, Alaska | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848871200 |
| 848891200 | 10/27/2025 | Department of Homeland Security | General Attorney (Commercial and Administrative Law) | 0905 - Attorney | Washington, District of Columbia | GS-11/15 | Questionnaire with EO question | https://www.usajobs.gov/job/848891200 |
| 848920200 | 10/27/2025 | Department of Justice | Paralegal Specialist | 0950 - Paralegal Specialist | Grand Prairie, Texas | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/848920200 |
| 848838600 | 10/27/2025 | Department of Veterans Affairs | Contact Representative | 0962 - Contact Representative | Topeka, Kansas | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848838600 |
| 849065800 | 10/27/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Grand Forks AFB, North Dakota | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849065800 |
| 848943600 | 10/27/2025 | Department of Defense | CONTRACT ADMINISTRATOR | 1102 - Contracting | Saint Louis, Missouri | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848943600 |
| 848934400 | 10/27/2025 | Department of Defense | Industrial Property Management Specialist | 1103 - Industrial Property Management | Melbourne, Florida | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848934400 |
| 848898000 | 10/27/2025 | Department of Defense | Chemist | 1320 - Chemistry | Anchorage, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848898000 |
| 848866400 | 10/27/2025 | Department of the Army | CYS Coordinator NF-04 | 1701 - General Education And Training | Doral, Florida | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848866400 |
| 848880300 | 10/27/2025 | Department of Homeland Security | Athletic Trainer | 1701 - General Education And Training | Glynco, Georgia | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848880300 |
| 848961400 | 10/27/2025 | Department of the Army | CYS Coordinator NF-05 | 1701 - General Education And Training | Fort Rucker, Alabama | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848961400 |
| 848048700 | 10/27/2025 | Department of Homeland Security | Investigative Program Specialist (POLYGRAPH EXAMINER) | 1801 - General Inspection, Investigation, Enforcem | Tucson, Arizona | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/848048700 |
| 848712500 | 10/27/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Philadelphia, Pennsylvania | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848712500 |
| 848819600 | 10/27/2025 | Department of Homeland Security | Supervisory Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | Orlando, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848819600 |
| 848827400 | 10/27/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Seattle, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848827400 |
| 848932400 | 10/27/2025 | Department of Homeland Security | Enforcement and Removal Assistant (OA) | 1802 - Compliance Inspection And Support | Anchorage, Alaska | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848932400 |
| 849032900 | 10/27/2025 | Department of Homeland Security | Enforcement and Removal Assistant (OA) | 1802 - Compliance Inspection And Support | Anchorage, Alaska | GS-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/849032900 |
| 848703600 | 10/27/2025 | Department of Defense | IT CYBERSECURITY SPECIALIST (INFOSEC) | 2210 - Information Technology Management | Arlington, Virginia | GG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848703600 |
| 848815000 | 10/27/2025 | Department of Defense | Information Technology Specialist (Customer Support/Information Security) | 2210 - Information Technology Management | Ellsworth AFB, South Dakota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848815000 |
| 848924500 | 10/27/2025 | Department of the Army | IT Specialist (Applications Software) | 2210 - Information Technology Management | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848924500 |
| 848940100 | 10/27/2025 | Department of Justice | Cook Supervisor (Cook Foreman) | 7404 - Cooking | Bryan, Texas | WS-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848940100 |
| 848905300 | 10/27/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Ellsworth AFB, South Dakota | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848905300 |
| 849037200 | 10/28/2025 | Department of Justice | Correctional Officer (Senior Officer Specialist) | 0007 - Correctional Officer | Bryan, Texas | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/849037200 |
| 849041700 | 10/28/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Terre Haute, Indiana | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849041700 |
| 848952000 | 10/28/2025 | Department of Defense | Sports Specialist NF-03 | 0030 - Sports Specialist | Tracy, California | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/848952000 |
| 849022900 | 10/28/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Mendota, California | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849022900 |
| 849050100 | 10/28/2025 | Department of the Army | Supervisory Sports Specialist NF-04 | 0030 - Sports Specialist | Fort Bliss, Texas | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849050100 |
| 849036300 | 10/28/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Cumberland, Maryland | GL-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849036300 |
| 849056200 | 10/28/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Butner Federal Correctional Complex, North Carolin | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849056200 |
| 849045800 | 10/28/2025 | Department of Justice | Clinical Psychologist (Chief Psychologist) | 0180 - Psychology | La Tuna, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849045800 |
| 849128900 | 10/28/2025 | Department of the Army | Recreation Specialist (Program Manager) NF-04 | 0188 - Recreation Specialist | Poland, Poland | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849128900 |
| 849013400 | 10/28/2025 | Department of the Army | Recreation Assistant (Water Safety Instructor) NF-02 | 0189 - Recreation Aid And Assistant | Fort Jackson, South Carolina | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/849013400 |
| 849021600 | 10/28/2025 | Department of the Army | Supervisory Recreation Assistant NF-03 | 0189 - Recreation Aid And Assistant | Fort Riley, Kansas | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849021600 |
| 849045000 | 10/28/2025 | Department of the Army | Human Resources Specialist (NAF/Developmental) NF-03/04 | 0201 - Human Resources Management | Joint Base Lewis-McChord, Washington | NF-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/849045000 |
| 849043400 | 10/28/2025 | Department of the Army | Human Resources Assistant (NAF/Developmental) NF-02/03 | 0203 - Human Resources Assistance | Fort Detrick, Maryland | NF-2/3 | Questionnaire with EO question | https://www.usajobs.gov/job/849043400 |
| 848978400 | 10/28/2025 | Department of the Army | PARTNERSHIP PORTFOLIO ANALYST | 0301 - Miscellaneous Administration And Program | Fort Meade, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848978400 |
| 849003000 | 10/28/2025 | Department of Justice | Lock and Security Specialist (Assistant Locksmith) | 0301 - Miscellaneous Administration And Program | Beaumont, Texas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849003000 |
| 848993300 | 10/28/2025 | Department of Justice | Secretary (Warden's Secretary) | 0318 - Secretary | Bryan, Texas | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/848993300 |
| 849043700 | 10/28/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Mendota, California | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849043700 |
| 848811400 | 10/28/2025 | Department of Energy | Management and Program Analyst | 0343 - Management And Program Analysis | Golden, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848811400 |
| 849025100 | 10/28/2025 | Department of the Army | Supervisor Program Analyst (Project Controls) | 0343 - Management And Program Analysis | Pittsburgh, Pennsylvania | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849025100 |
| 848892800 | 10/28/2025 | Department of Defense | FINANCIAL SYSTEMS SPECIALIST (PROJMGT) | 0501 - Financial Administration And Program | Indianapolis, Indiana | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848892800 |
| 848772600 | 10/28/2025 | Department of Defense | Financial Technician | 0503 - Financial Clerical And Assistance | Guantanamo Bay, Cuba | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848772600 |
| 848890000 | 10/28/2025 | Department of Defense | Physician (Psychiatry) | 0602 - Medical Officer | Vilseck, Germany | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848890000 |
| 848966400 | 10/28/2025 | Department of Defense | Nurse (ICU) | 0610 - Nurse | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848966400 |

A177

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848978000 | 10/28/2025 | Department of the Army | Nurse Consultant (CYS) NF-04 | 0610 - Nurse | Aberdeen Proving Ground, Maryland | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/848978000 |
| 849046600 | 10/28/2025 | Department of Defense | Nurse (Ambulatory Care) | 0610 - Nurse | Mountain Home AFB, Idaho | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/849046600 |
| 849044200 | 10/28/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Butner Federal Correctional Complex, North Carolin | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849044200 |
| 848936600 | 10/28/2025 | Department of Defense | HEALTH TECHNICIAN | 0640 - Health Aid And Technician | Fort Leonard Wood, Missouri | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848936600 |
| 848967000 | 10/28/2025 | Department of Defense | Health Technician | 0640 - Health Aid And Technician | Joint Base Lewis-McChord, Washington | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848967000 |
| 849040300 | 10/28/2025 | Department of Veterans Affairs | Medical Technician - Mobile Phlebotomist | 0645 - Medical Technician | Mather AFB, California | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849040300 |
| 848912500 | 10/28/2025 | Department of Defense | Medical Instrument Technician (Polysomnography) | 0649 - Medical Instrument Technician | Fort Carson, Colorado | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848912500 |
| 848979900 | 10/28/2025 | Department of Justice | Supervisory Pharmacist (Chief Pharmacist) | 0660 - Pharmacist | Florence, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848979900 |
| 848967300 | 10/28/2025 | Department of Justice | Health System Specialist | 0671 - Health System Specialist | Tacoma, Washington | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/848967300 |
| 849002600 | 10/28/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Forrest City, Arkansas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/849002600 |
| 849008800 | 10/28/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Oklahoma City, Oklahoma | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/849008800 |
| 849019000 | 10/28/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Oakdale, Louisiana | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849019000 |
| 849033200 | 10/28/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Bryan, Texas | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/849033200 |
| 848944900 | 10/28/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Polk, Louisiana | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848944900 |
| 848992300 | 10/28/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Naval Station Complex, San Diego, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848992300 |
| 849011700 | 10/28/2025 | Department of the Army | Animal Health Assistant NF-03 | 0704 - Animal Health Technician | Kaneohe, Hawaii | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849011700 |
| 848949600 | 10/28/2025 | Department of the Army | INTERDISCIPLINARY (ENGINEER/ARCHITECT) | 0801 - General Engineering | Watervliet, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848949600 |
| 848833800 | 10/28/2025 | Department of Defense | Architect | 0808 - Architecture | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848833800 |
| 848917900 | 10/28/2025 | Department of the Army | Interdisciplinary Supervisory (Engineer/Architect) | 0808 - Architecture | Tinker AFB, Oklahoma | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848917900 |
| 848938600 | 10/28/2025 | Department of the Army | Interdisciplinary Supervisory (Engineer/Architect) | 0808 - Architecture | Tulsa, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848938600 |
| 848973500 | 10/28/2025 | Department of the Army | SUPERVISORY INTERDISCIPLINARY | 0808 - Architecture | Poznan, Poland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848973500 |
| 848978700 | 10/28/2025 | Department of the Army | Interdisciplinary (Engineer/Architect) | 0808 - Architecture | Tulsa, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848978700 |
| 849035100 | 10/28/2025 | Department of the Army | Golf Operations and Tournament Manager NF-03 | 1101 - General Business And Industry | Fort Bliss, Texas | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849035100 |
| 849052200 | 10/28/2025 | Department of Justice | Property and Procurement Specialist | 1101 - General Business And Industry | Bryan, Texas | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849052200 |
| 848890800 | 10/28/2025 | Department of Health and Human Services | Contract Specialist and Procurement Analyst | 1102 - Contracting | Woodlawn, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848890800 |
| 848990500 | 10/28/2025 | Department of Justice | Contract Specialist | 1102 - Contracting | Oakdale, Louisiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/848990500 |
| 849015600 | 10/28/2025 | Other Agencies and Independent Organizations | Contract Specialist | 1102 - Contracting | Kansas City, Missouri | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849015600 |
| 849035800 | 10/28/2025 | Department of Veterans Affairs | Purchasing Agent - Medical | 1105 - Purchasing | Daytona Beach, Florida | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/849035800 |
| 848951500 | 10/28/2025 | Department of Commerce | Physical Scientist / Hydrologist / Meteorologist | 1301 - General Physical Science | Kihei, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848951500 |
| 848952400 | 10/28/2025 | Department of Commerce | Physical Scientist / Hydrologist / Meteorologist | 1301 - General Physical Science | Santa Fe, New Mexico | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848952400 |
| 848952800 | 10/28/2025 | Department of Commerce | Physical Scientist / Hydrologist / Meteorologist | 1301 - General Physical Science | Topeka, Kansas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848952800 |
| 849012600 | 10/28/2025 | Department of the Army | Training Instructor (Automotive) NF-03 | 1712 - Training Instruction | Fort Benning, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849012600 |
| 848941600 | 10/28/2025 | Department of Homeland Security | Law Enforcement Specialist (Driver Instructor)(Direct Hire) | 1801 - General Inspection, Investigation, Enforcem | Artesia, New Mexico | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/848941600 |
| 848988100 | 10/28/2025 | Department of Justice | Special Investigative Services Technician (SIS Technician) | 1802 - Compliance Inspection And Support | Beaumont, Texas | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/848988100 |
| 848922300 | 10/28/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Medford, Wisconsin | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848922300 |
| 848922600 | 10/28/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Mott, North Dakota | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848922600 |
| 848923200 | 10/28/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Mason City, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848923200 |
| 848992700 | 10/28/2025 | Department of Agriculture | Supervisory Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Asheboro, North Carolina | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848992700 |
| 849010200 | 10/28/2025 | Department of Agriculture | Supervisory Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Vineland, New Jersey | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/849010200 |
| 848975900 | 10/28/2025 | Department of Defense | Supply Systems Analyst (Deployable) | 2003 - Supply Program Management | Tracy, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848975900 |
| 848808000 | 10/28/2025 | Department of the Army | Supervisory IT Project Manager (Policy and Planning) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848808000 |
| 848977400 | 10/28/2025 | Department of the Army | IT Specialist (PLCYPLN) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848977400 |
| 848909500 | 10/28/2025 | Department of Veterans Affairs | Gardener | 5003 - Gardening | Kansas City, Missouri | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848909500 |
| 849050600 | 10/28/2025 | Department of Defense | Meatcutter | 7407 - Meatcutting | Fallon, Nevada | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849050600 |
| 849097100 | 10/29/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Victorville, California | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/849097100 |
| 849075800 | 10/29/2025 | Department of Defense | Security Specialist | 0080 - Security Administration | Alexandria, Virginia | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849075800 |
| 849092400 | 10/29/2025 | Department of Defense | Firefighter (Paramedic/Hazardous Material Technician) | 0081 - Fire Protection and Prevention | Richmond, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849092400 |
| 849005300 | 10/29/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Bethesda, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849005300 |
| 849025800 | 10/29/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Bethesda, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849025800 |
| 849026600 | 10/29/2025 | Department of Defense | Counseling Psychologist (Professional Counselor) | 0180 - Psychology | Fort Leonard Wood, Missouri | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849026600 |
| 849065600 | 10/29/2025 | Department of Defense | Clinical Psychologist (Behavioral Health) | 0180 - Psychology | West Point, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849065600 |
| 849066300 | 10/29/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Fort Irwin, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849066300 |
| 849080800 | 10/29/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Herlong Sierra Ordnance Depot, California | GL-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849080800 |
| 848926800 | 10/29/2025 | Department of Defense | Social Worker (Behavioral Health Consultant) | 0185 - Social Work | McConnell AFB, Kansas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848926800 |
| 849094500 | 10/29/2025 | Department of Justice | Social Worker | 0185 - Social Work | Bryan, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849094500 |
| 849041600 | 10/29/2025 | Department of Homeland Security | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | New York, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849041600 |
| 849087800 | 10/29/2025 | Department of Justice | Lock and Security Specialist (Assistant Locksmith) | 0301 - Miscellaneous Administration And Program | Oakdale, Louisiana | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/849087800 |
| 848920300 | 10/29/2025 | Department of the Army | Program Manager (Deputy Garrison Manager) | 0340 - Program Management | Doral, Florida | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848920300 |
| 849079100 | 10/29/2025 | Department of Defense | ADMINISTRATIVE OFFICER (CHIEF OF STAFF) | 0341 - Administrative Officer | Fort Meade, Maryland | GG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849079100 |
| 848812600 | 10/29/2025 | Department of Energy | Management and Program Analyst | 0343 - Management And Program Analysis | Golden, Colorado | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/848812600 |
| 849008000 | 10/29/2025 | Department of the Army | INTERDISCIPLINARY (PROJECT MANAGER) | 0401 - General Natural Resources Management And Bi | Kings Point, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849008000 |
| 848890400 | 10/29/2025 | Department of the Army | Supervisory Resource Management Specialist | 0501 - Financial Administration And Program | Sembach, Germany | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848890400 |
| 848851400 | 10/29/2025 | Department of Defense | Financial Technician | 0503 - Financial Clerical And Assistance | Guantanamo Bay, Cuba | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848851400 |
| 849080900 | 10/29/2025 | Department of the Treasury | Financial Manager | 0505 - Financial Management | Vienna, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849080900 |
| 849025900 | 10/29/2025 | Department of the Army | Accounting Technician | 0525 - Accounting Technician | Fort Sam Houston, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849025900 |
| 849070700 | 10/29/2025 | Department of the Army | TITLE 32 BUDGET ANALYST (MI RRB) | 0560 - Budget Analysis | Lansing, Michigan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849070700 |
| 849063700 | 10/29/2025 | Other Agencies and Independent Organizations | Senior Bank Examination Training Specialist, CG-0570-13/14 (Temporary Assignment NTE 3 Years) | 0570 - Financial Institution Examining | Washington, District of Columbia | CG-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/849063700 |
| 849054000 | 10/29/2025 | Department of Defense | Physician (Internal Medicine) | 0602 - Medical Officer | Fort Sam Houston, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849054000 |
| 849110400 | 10/29/2025 | Department of the Air Force | PHYSICIAN (AEROSPACE MEDICINE) (TITLE 5) | 0602 - Medical Officer | Saint Joseph, Missouri | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849110400 |
| 849057200 | 10/29/2025 | Department of Defense | Physician Assistant | 0603 - Physician Assistant | Camp Pendleton, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849057200 |
| 849036200 | 10/29/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Fort Bragg, North Carolina | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849036200 |
| 849061600 | 10/29/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Pearl Harbor, Hawaii | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849061600 |
| 849073300 | 10/29/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Inez, Kentucky | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/849073300 |
| 849078100 | 10/29/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Forrest City, Arkansas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849078100 |

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 849021800 | 10/29/2025 | Department of Defense | Pharmacy Technician | 0661 - Pharmacy Technician | Fort Sam Houston, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849021800 |
| 848999000 | 10/29/2025 | Department of Defense | Medical Records Technician (Office Automation) | 0675 - Medical Records Technician | Kittery, Maine | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848999000 |
| 849098100 | 10/29/2025 | Department of Justice | Medical Records Technician (Health Information Technician) | 0675 - Medical Records Technician | Springfield, Missouri | GS-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/849098100 |
| 848956800 | 10/29/2025 | Department of the Army | INTERDISCIPLINARY (PROJECT MANAGER) | 0801 - General Engineering | Watervliet, New York | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848956800 |
| 848958300 | 10/29/2025 | Department of the Army | Supervisory Interdisciplinary | 0801 - General Engineering | Okinawa Island, Japan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848958300 |
| 848975500 | 10/29/2025 | Department of the Army | Interdisciplinary | 0801 - General Engineering | Wiesbaden, Germany | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848975500 |
| 849082900 | 10/29/2025 | Department of the Army | GENERAL ENGINEER | 0801 - General Engineering | Watervliet, New York | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849082900 |
| 849092200 | 10/29/2025 | Department of Defense | Quality Assurance Engineer | 0801 - General Engineering | Palmdale, California | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849092200 |
| 849041800 | 10/29/2025 | Department of the Army | CIVIL ENGINEER (STRUCTURAL) | 0810 - Civil Engineering | Kings Point, New York | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849041800 |
| 849162700 | 10/29/2025 | Department of the Air Force | SUPERVISORY ELECTRONICS TECHNICIAN (TITLE 32) | 0856 - Electronics Technical | Saint Joseph, Missouri | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849162700 |
| 849117900 | 10/29/2025 | Department of the Army | Appraiser | 1171 - Appraising | Portland, Oregon | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849117900 |
| 849109900 | 10/29/2025 | Department of the Army | Supervisory Chef NF-03 | 1667 - Food Services | Fort Benning, Georgia | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849109900 |
| 849063000 | 10/29/2025 | Department of Veterans Affairs | Vocational Rehabilitation Specialist | 1715 - Vocational Rehabilitation | Phoenix, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849063000 |
| 849067300 | 10/29/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Bryan, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849067300 |
| 848977800 | 10/29/2025 | Department of Homeland Security | Supervisory Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Camp Springs, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848977800 |
| 848987300 | 10/29/2025 | Department of Transportation | Transportation Specialist (Outreach Coordinator) - SME (Open to both U.S. Citizens and Federal Empl | 2101 - Transportation Specialist | Lake Charles, Louisiana | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/848987300 |
| 849112800 | 10/29/2025 | Department of the Air Force | THEATER AEROSPACE OPERATIONS COMMAND & CONTROL OFFICER (TITLE 32) | 2101 - Transportation Specialist | Jefferson Barracks, Missouri | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849112800 |
| 849129400 | 10/29/2025 | Department of the Air Force | TRAFFIC MANAGEMENT SPECIALIST | 2130 - Traffic Management | Scott AFB, Illinois | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849129400 |
| 849000300 | 10/29/2025 | Department of Defense | IT PROJECT MANAGER (PLCYPLN) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849000300 |
| 849069400 | 10/29/2025 | Other Agencies and Independent Organizations | Security Architect, CG-2210-14 | 2210 - Information Technology Management | Washington, District of Columbia | CG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849069400 |
| 849070100 | 10/29/2025 | Department of the Air Force | TITLE 32 ELECTRONIC INTEGRATED SYSTEMS MECHANIC (MI 127 MXG) | 2610 - Electronic Integrated Systems Mechanic | Selfridge ANG Base, Michigan | WG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849070100 |
| 849107900 | 10/29/2025 | Department of Defense | Maintenance Mechanic | 4749 - Maintenance Mechanic | Whitehall, Ohio | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/849107900 |
| 848597100 | 10/29/2025 | Department of the Army | Power Plant Operator (TC-I) | 5407 - Electrical Power Controlling | Rufus, Oregon | WB-00 | Questionnaire with EO question | https://www.usajobs.gov/job/848597100 |
| 848994100 | 10/29/2025 | Department of Veterans Affairs | Motor Vehicle Operator | 5703 - Motor Vehicle Operating | Charleston, South Carolina | WG-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848994100 |
| 849038300 | 10/29/2025 | Department of the Army | MATERIALS HANDLER | 6907 - Materials Handler | Tacoma, Washington | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849038300 |
| 849072200 | 10/29/2025 | Department of the Air Force | TITLE 32 AIRCRAFT MECHANIC (MI 127 AMXS) | 8852 - Aircraft Mechanic | Selfridge ANG Base, Michigan | WG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849072200 |
| 849073400 | 10/29/2025 | Department of the Air Force | TITLE 32 AIRCRAFT MECHANIC (MI 127 MXS) | 8852 - Aircraft Mechanic | Selfridge ANG Base, Michigan | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/849073400 |
| 849136400 | 10/30/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Jesup, Georgia | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849136400 |
| 849163600 | 10/30/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Loretto, Pennsylvania | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849163600 |
| 849213400 | 10/30/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Seatac, Washington | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849213400 |
| 849156100 | 10/30/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Maxwell AFB, Alabama | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/849156100 |
| 849189100 | 10/30/2025 | Department of the Interior | Corrections Officer | 0007 - Correctional Officer | Keams Canyon, Arizona | GL-5/8 | Questionnaire with EO question | https://www.usajobs.gov/job/849189100 |
| 849235100 | 10/30/2025 | Department of Justice | Correctional Officer (Correctional Counselor) | 0007 - Correctional Officer | Coleman, Florida | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849235100 |
| 849140100 | 10/30/2025 | Department of the Army | Assistant Aquatic Program Manager NF-03 | 0030 - Sports Specialist | Fort Bragg, North Carolina | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849140100 |
| 849211300 | 10/30/2025 | Department of Justice | Sports Specialist | 0030 - Sports Specialist | Oakdale, Louisiana | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849211300 |
| 849133100 | 10/30/2025 | Department of Justice | Correctional Treatment Specialist (Reentry Affairs Coordinator) | 0101 - Social Science | Manchester, Kentucky | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849133100 |
| 849191900 | 10/30/2025 | Department of Justice | Supervisory Correctional Treatment Specialist (Case Management Coordinator) | 0101 - Social Science | Miami, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849191900 |
| 849236600 | 10/30/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Bastrop, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849236600 |
| 849031700 | 10/30/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849031700 |
| 849118300 | 10/30/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Fort Leonard Wood, Missouri | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849118300 |
| 849135600 | 10/30/2025 | Department of Justice | Clinical Psychologist (Specialty Program Coordinator- Resolve) | 0180 - Psychology | Bryan, Texas | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849135600 |
| 849159500 | 10/30/2025 | Department of the Army | Supervisory Recreation Specialist NF-03 | 0188 - Recreation Specialist | Fort Huachuca, Arizona | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849159500 |
| 849238700 | 10/30/2025 | Department of the Army | Recreation Assistant (Bingo Caller) NF-02 | 0189 - Recreation Aid And Assistant | Fort Buchanan, Puerto Rico | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/849238700 |
| 849243000 | 10/30/2025 | Department of the Army | Lead Recreation Assistant NF-03 | 0189 - Recreation Aid And Assistant | Joint Base Lewis-McChord, Washington | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849243000 |
| 849174100 | 10/30/2025 | Department of the Air Force | HUMAN RESOURCES OFFICER (NAF) | 0201 - Human Resources Management | Vance AFB, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849174100 |
| 848592800 | 10/30/2025 | Department of the Army | OPERATIONS PLANNING SPECIALIST | 0301 - Miscellaneous Administration And Program | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/848592800 |
| 849068200 | 10/30/2025 | Department of Homeland Security | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Los Angeles, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849068200 |
| 849113700 | 10/30/2025 | Other Agencies and Independent Organizations | Regional Ombudsman, CG-301-15 | 0301 - Miscellaneous Administration And Program | Dallas, Texas | CG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849113700 |
| 849129900 | 10/30/2025 | Department of the Army | Administrative Management Specialist NF-04 | 0301 - Miscellaneous Administration And Program | Stuttgart, Germany | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849129900 |
| 849155000 | 10/30/2025 | Department of the Air Force | TITLE 32 UNIT DEPLOYMENT MANAGER (MI 191 MOF) | 0301 - Miscellaneous Administration And Program | Selfridge ANG Base, Michigan | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849155000 |
| 849163200 | 10/30/2025 | Department of the Air Force | MEDICAL ADMINISTRATIVE OFFICER (TITLE 32) | 0301 - Miscellaneous Administration And Program | Jefferson Barracks, Missouri | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849163200 |
| 849184800 | 10/30/2025 | Department of the Army | Recreation Program Manager NF-05 | 0301 - Miscellaneous Administration And Program | Stuttgart, Germany | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849184800 |
| 849214100 | 10/30/2025 | Department of Justice | Lock and Security Specialist (Assistant Locksmith) | 0301 - Miscellaneous Administration And Program | Sheridan, Oregon | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/849214100 |
| 849138100 | 10/30/2025 | Department of Justice | Religious Services Assistant | 0303 - Miscellaneous Clerk And Assistant | Oakdale, Louisiana | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849138100 |
| 849151800 | 10/30/2025 | Department of Defense | Commissary Support Clerk | 0303 - Miscellaneous Clerk And Assistant | Hickam AFB, Hawaii | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849151800 |
| 849193600 | 10/30/2025 | Department of the Army | Clerk (Veterinary Services) NF-02 | 0303 - Miscellaneous Clerk And Assistant | Kaiserslautern, Germany | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/849193600 |
| 849133200 | 10/30/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Bruceton Mills, West Virginia | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849133200 |
| 849102800 | 10/30/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Los Angeles, California | GS-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/849102800 |
| 849139900 | 10/30/2025 | Other Agencies and Independent Organizations | Chief, Receivership Reporting Section, CM-0501-00 | 0501 - Financial Administration And Program | Washington, District of Columbia | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/849139900 |
| 849196900 | 10/30/2025 | Department of the Air Force | COST ANALYST | 0501 - Financial Administration And Program | Scott AFB, Illinois | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849196900 |
| 849204700 | 10/30/2025 | Department of Defense | ACCOUNTS MAINTENANCE CLERK/ ACCOUNTING TECHNICIAN | 0525 - Accounting Technician | Rome, New York | GS-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/849204700 |
| 849222000 | 10/30/2025 | Department of Defense | Teller | 0530 - Cash Processing | Leavenworth, Kansas | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849222000 |
| 849174400 | 10/30/2025 | Other Agencies and Independent Organizations | Resident Risk Management Instructor, CG-0570-13/14 (Temporary Assignment NTE 3 Years) | 0570 - Financial Institution Examining | Washington, District of Columbia | CG-13/14 | Questionnaire with EO question | https://www.usajobs.gov/job/849174400 |
| 849165000 | 10/30/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Fort Bragg, North Carolina | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849165000 |
| 849035900 | 10/30/2025 | Department of Health and Human Services | Nurse (Survey and Quality Compliance) | 0610 - Nurse | Denver, Colorado | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849035900 |
| 849065900 | 10/30/2025 | Department of Defense | Supervisory Nurse (Clinical/Critical Care) | 0610 - Nurse | Tacoma, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849065900 |
| 849125600 | 10/30/2025 | Department of Defense | Nurse (Clinical/Emergency Department) | 0610 - Nurse | Tripler Army Medical Center, Hawaii | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849125600 |
| 849148400 | 10/30/2025 | Department of Defense | ADVANCED PRACTICE NURSE (CLINICAL/PSYCHIATRIC) | 0610 - Nurse | Naval Medical Center, San Diego, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849148400 |
| 849194200 | 10/30/2025 | Department of Justice | Practical Nurse (Licensed Practical Nurse) | 0620 - Practical Nurse | Fort Devens, Massachusetts | GL-06/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849194200 |

A179

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 849138400 | 10/30/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Atwater, California | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/849138400 |
| 849206000 | 10/30/2025 | Department of Justice | Diagnostic Radiologic Technologist | 0647 - Diagnostic Radiologic Technologist | Waymart, Pennsylvania | GL-05/06 | Questionnaire with EO question | https://www.usajobs.gov/job/849206000 |
| 849165600 | 10/30/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Atlanta, Georgia | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849165600 |
| 849203600 | 10/30/2025 | Department of Justice | Pharmacist (Staff Pharmacist) | 0660 - Pharmacist | Coleman, Florida | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849203600 |
| 849151400 | 10/30/2025 | Department of Justice | Health System Administrator (Health Services Administrator) | 0670 - Health System Administration | Bryan, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849151400 |
| 849075000 | 10/30/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Drum, New York | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849075000 |
| 849127900 | 10/30/2025 | Department of Defense | DENTAL ASSISTANT | 0681 - Dental Assistant | Fort Shafter, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849127900 |
| 849170600 | 10/30/2025 | Department of Veterans Affairs | Dental Laboratory Technician | 0683 - Dental Laboratory Aid And Technician | Louisville, Kentucky | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849170600 |
| 849158900 | 10/30/2025 | Department of Commerce | Supervisory General Engineer | 0801 - General Engineering | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849158900 |
| 849176300 | 10/30/2025 | Department of Defense | GENERAL ENGINEER | 0801 - General Engineering | Alexandria, Virginia | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849176300 |
| 849170500 | 10/30/2025 | Department of the Army | Engineering Technician (Civil) | 0802 - Engineering Technical | Tinker AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849170500 |
| 849180900 | 10/30/2025 | Department of the Army | Architect | 0808 - Architecture | Tulsa, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849180900 |
| 849172500 | 10/30/2025 | Department of the Army | Construction Control Representative | 0809 - Construction Control Technical | Tinker AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849172500 |
| 849187700 | 10/30/2025 | Department of Defense | Mechanical Engineer (Project Manager) | 0830 - Mechanical Engineering | Pentagon, Arlington, Virginia | GS-7/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849187700 |
| 849188600 | 10/30/2025 | Department of Defense | MECHANICAL ENGINEER (PROJECT MGR) | 0830 - Mechanical Engineering | Pentagon, Arlington, Virginia | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849188600 |
| 849157300 | 10/30/2025 | Department of the Air Force | SUPERVISORY ELECTRONICS TECHNICIAN (RAWS) | 0856 - Electronics Technical | Vance AFB, Oklahoma | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849157300 |
| 849077800 | 10/30/2025 | Department of Defense | CONTACT REPRESENTATIVE | 0962 - Contact Representative | Indianapolis, Indiana | GS-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/849077800 |
| 849209600 | 10/30/2025 | Department of Defense | Project Manager | 1101 - General Business And Industry | Fort Lee, Virginia | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849209600 |
| 849233000 | 10/30/2025 | Department of Defense | Store Associate | 1101 - General Business And Industry | Pearl Harbor, Hawaii | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849233000 |
| 849238100 | 10/30/2025 | Department of the Army | Assistant Business Manager NF-03 | 1101 - General Business And Industry | Fort McCoy, Wisconsin | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849238100 |
| 849110300 | 10/30/2025 | Department of Defense | Contract Specialist | 1102 - Contracting | Alexandria, Virginia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849110300 |
| 849119600 | 10/30/2025 | Department of the Army | Developmental Contract Specialist, NF-03 | 1102 - Contracting | Fort Campbell, Kentucky | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849119600 |
| 849139300 | 10/30/2025 | Department of the Army | Library Technician NF-03 | 1411 - Library Technician | Fort Bragg, North Carolina | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849139300 |
| 849119500 | 10/30/2025 | Department of Homeland Security | Facilities Project Manager | 1601 - Equipment Facilities, And Services | Artesia, New Mexico | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849119500 |
| 849171500 | 10/30/2025 | Department of Justice | Guidance Counselor (School Counselor) | 1740 - Education Services | Sheridan, Oregon | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849171500 |
| 848986400 | 10/30/2025 | Department of Homeland Security | LAW ENFORCEMENT INFORMATION SYSTEMS SPECIALIST | 1801 - General Inspection, Investigation, Enforcem | Swanton, Vermont | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848986400 |
| 849204500 | 10/30/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Terryville, Connecticut | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849204500 |
| 849133600 | 10/30/2025 | Department of the Army | SUPPLY TECHNICIAN (D1904000) | 2005 - Supply Clerical And Technician | Fort Buchanan, Puerto Rico | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849133600 |
| 849202000 | 10/30/2025 | Department of Veterans Affairs | Supply Technician (Medical) | 2005 - Supply Clerical And Technician | Philadelphia, Pennsylvania | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849202000 |
| 849209100 | 10/30/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Pearl Harbor, Hawaii | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849209100 |
| 849134200 | 10/30/2025 | Department of the Army | TRAFFIC MANAGEMENT SPECIALIST (D1906000) | 2130 - Traffic Management | Fort Buchanan, Puerto Rico | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849134200 |
| 849136000 | 10/30/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | San Francisco, California | GS-6/8 | Questionnaire with EO question | https://www.usajobs.gov/job/849136000 |
| 849136500 | 10/30/2025 | Department of the Interior | Public Safety Dispatcher | 2151 - Dispatching | Washington, District of Columbia | GS-6/8 | Questionnaire with EO question | https://www.usajobs.gov/job/849136500 |
| 849171000 | 10/30/2025 | Department of the Interior | Dispatcher (Public Safety) | 2151 - Dispatching | Albuquerque, New Mexico | GS-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/849171000 |
| 849146300 | 10/30/2025 | Department of Justice | Supervisory IT Program Manager (Chief, Advanced Systems & IRM Planning) | 2210 - Information Technology Management | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849146300 |
| 849162500 | 10/30/2025 | Department of the Air Force | IT SPECIALIST (NETWORK) (TITLE 32) | 2210 - Information Technology Management | Jefferson Barracks, Missouri | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849162500 |
| 849221200 | 10/30/2025 | Department of Defense | Supervisory IT Specialist (ENTARCH/SYSANALYSIS) | 2210 - Information Technology Management | Naval Support Activity, Mechanicsburg, Pennsylvani | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849221200 |
| 849180400 | 10/30/2025 | Department of Veterans Affairs | Housekeeping Aid | 3566 - Custodial Working | Marion, Illinois | WG-2 | Questionnaire with EO question | https://www.usajobs.gov/job/849180400 |
| 849144300 | 10/30/2025 | Department of Veterans Affairs | Motor Vehicle Operator | 5703 - Motor Vehicle Operating | San Francisco, California | WG-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849144300 |
| 849134400 | 10/30/2025 | Department of the Army | AMMUNITION AND EXPLOSIVES HANDLER SUPERVISOR (D1139000) | 6501 - Miscellaneous Ammunitions, Explosives, and | Salinas, Puerto Rico | WS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849134400 |
| 849186300 | 10/30/2025 | Department of Veterans Affairs | Materials Handler | 6907 - Materials Handler | Portland, Oregon | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849186300 |
| 849205600 | 10/30/2025 | Department of Defense | Store Worker | 6914 - Store Working | Travis AFB, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849205600 |
| 849211700 | 10/30/2025 | Department of Defense | Store Worker | 6914 - Store Working | Naval Air Station San Diego, California | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849211700 |
| 849198700 | 10/30/2025 | Department of Defense | Meatcutting Worker | 7407 - Meatcutting | Travis AFB, California | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849198700 |
| 849163800 | 10/30/2025 | Department of the Air Force | AIRCRAFT ENGINE MECHANIC (TITLE 32) | 8602 - Aircraft Engine Mechanic | Saint Joseph, Missouri | WG-10 | Questionnaire with EO question | https://www.usajobs.gov/job/849163800 |
| 849249100 | 10/30/2025 | Department of the Army | Community Recreation Officer NF-05 | 0301 - Miscellaneous Administration And Program | Wiesbaden, Germany | NF-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849249100 |
| 849181500 | 10/31/2025 | Department of the Air Force | FIREFIGHTER (DRIVER OPERATOR) (Title 5) | 0081 - Fire Protection and Prevention | Ellington AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849181500 |
| 849185300 | 10/31/2025 | Department of Veterans Affairs | Firefighter (Basic Life Support/Hazardous Material Operations) | 0081 - Fire Protection and Prevention | Pineville, Louisiana | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849185300 |
| 849240500 | 10/31/2025 | Department of Defense | Firefighter (Basic Life Support) | 0081 - Fire Protection and Prevention | Herlong Sierra Ordnance Depot, California | GS-4/7 | Questionnaire with EO question | https://www.usajobs.gov/job/849240500 |
| 849149700 | 10/31/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849149700 |
| 849203700 | 10/31/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Bethesda, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849203700 |
| 849126900 | 10/31/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Joint Base Lewis-McChord, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849126900 |
| 849136600 | 10/31/2025 | Department of Homeland Security | Operations Support Specialist (Temporary Promotion) | 0301 - Miscellaneous Administration And Program | Newark, New Jersey | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849136600 |
| 849188900 | 10/31/2025 | Department of Homeland Security | OPERATIONS SUPPORT SPECIALIST (Temporary Promotion) | 0301 - Miscellaneous Administration And Program | Newark, New Jersey | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849188900 |
| 849188200 | 10/31/2025 | Department of the Army | Program Manager (Deputy Garrison Commander) | 0340 - Program Management | Fort Riley, Kansas | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849188200 |
| 849189800 | 10/31/2025 | Department of Defense | Physician (Hospitalist) | 0602 - Medical Officer | Fort Carson, Colorado | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849189800 |
| 849038800 | 10/31/2025 | Department of Defense | Nurse (Cardiac Cath Lab) | 0610 - Nurse | Travis AFB, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849038800 |
| 849109700 | 10/31/2025 | Department of Defense | Supervisory Nurse (Clinical) | 0610 - Nurse | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849109700 |
| 849132200 | 10/31/2025 | Department of Defense | Supervisory Nurse (Education) | 0610 - Nurse | Tacoma, Washington | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849132200 |
| 849057000 | 10/31/2025 | Department of Defense | Nursing Assistant | 0621 - Nursing Assistant | Fort Carson, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849057000 |
| 849154100 | 10/31/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Grafenwohr, Germany | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849154100 |
| 849202900 | 10/31/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Fort Stewart, Georgia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849202900 |
| 849130500 | 10/31/2025 | Department of Defense | Industrial Hygiene Technician | 0640 - Health Aid And Technician | Red River Army Depot, Texas | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849130500 |
| 849077000 | 10/31/2025 | Department of Defense | Clinical Laboratory Scientist | 0644 - Clinical Laboratory Science | Fort Eustis, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849077000 |
| 849082500 | 10/31/2025 | Department of Veterans Affairs | Medical Technician | 0645 - Medical Technician | Iowa City, Iowa | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849082500 |
| 849244500 | 10/31/2025 | Department of Defense | Medical Instrument Technician (Ultrasound) | 0649 - Medical Instrument Technician | Naval Medical Center, San Diego, California | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/849244500 |
| 849169300 | 10/31/2025 | Department of Veterans Affairs | Health System Administrator - Assistant Director | 0670 - Health System Administration | Ann Arbor, Michigan | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849169300 |
| 849178300 | 10/31/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Drum, New York | GS-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/849178300 |
| 849197000 | 10/31/2025 | Department of the Army | Supervisory Interdisciplinary | 0801 - General Engineering | Zama, Camp Zama, Japan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849197000 |
| 849233900 | 10/31/2025 | Department of the Army | Supervisory Interdisciplinary | 0808 - Architecture | Norfolk, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849233900 |
| 849171100 | 10/31/2025 | Department of Defense | Supervisory Attorney-Adviser (General) | 0905 - Attorney | Bethesda, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849171100 |
| 849211000 | 10/31/2025 | Department of the Army | TITLE 5 ATTORNEY-ADVISOR (GENERAL) (MI JFHQ J9/JAG) | 0905 - Attorney | Lansing, Michigan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849211000 |
| 849244200 | 10/31/2025 | Department of the Army | Procurement Analyst | 1102 - Contracting | Tulsa, Oklahoma | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849244200 |
| 849132600 | 10/31/2025 | Department of Defense | Physical Scientist | 1301 - General Physical Science | Pentagon, Arlington, Virginia | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849132600 |
| 849216100 | 10/31/2025 | Department of the Army | Facility Services Assistant | 1603 - Equipment, Facilities, And Services Assista | Hesston, Pennsylvania | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849216100 |

A180

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 849234400 | 10/31/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Fort Jones, California | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849234400 |
| 849236200 | 10/31/2025 | Department of Defense | IT SPECIALIST (NETWORK SERVICES) | 2210 - Information Technology Management | Naval Medical Center, San Diego, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849236200 |
| 849209700 | 10/31/2025 | Department of Defense | ELECTRIC POWER CONTROLLER | 5407 - Electrical Power Controlling | Pentagon, Arlington, Virginia | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849209700 |
| 849248500 | 10/31/2025 | Department of Defense | Store Worker Leader | 6914 - Store Working | Camp Carroll, South Korea | WL-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849248500 |
| 848936500 | 10/31/2025 | Department of the Navy | AIRCRAFT OVERHAUL & REPAIR SUPERVISOR | 8801 - Miscellaneous Aircraft Overhaul | Naval Air Station San Diego, California | WS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848936500 |
| 849278100 | 10/31/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Miami, Florida | GL-07/08 | Questionnaire with EO question | https://www.usajobs.gov/job/849278100 |
| 849284200 | 10/31/2025 | Department of Health and Human Services | Social Science Research Analyst | 0101 - Social Science | Woodlawn, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849284200 |
| 849292200 | 10/31/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Herlong Sierra Ordnance Depot, California | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849292200 |
| 849301000 | 10/31/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Forrest City, Arkansas | GS-05/07 | Questionnaire with EO question | https://www.usajobs.gov/job/849301000 |
| 849245000 | 10/31/2025 | Department of Defense | Clinical Psychologist (Behavioral Health Consultant) | 0180 - Psychology | Kapolei, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849245000 |
| 849283300 | 10/31/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Tallahassee, Florida | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849283300 |
| 849332600 | 10/31/2025 | Department of Veterans Affairs | Recreation Assistant - Activities Program Assistant | 0189 - Recreation Aid And Assistant | Spokane, Washington | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849332600 |
| 849325600 | 10/31/2025 | Department of Justice | Human Resources Specialist - HR Development (Employee Development Specialist) | 0201 - Human Resources Management | Federal Medical Center Carswell, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/849325600 |
| 849292800 | 10/31/2025 | Department of Justice | Trust Fund Supervisor | 0301 - Miscellaneous Administration And Program | Loretto, Pennsylvania | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849292800 |
| 849253400 | 10/31/2025 | Department of Justice | Recycling Technician - Correctional (Recycling Technician) | 0303 - Miscellaneous Clerk And Assistant | Coleman, Florida | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/849253400 |
| 849322600 | 10/31/2025 | Department of the Army | PROGRAM MANAGER | 0340 - Program Management | Tinker AFB, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849322600 |
| 849256000 | 10/31/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Aliso Viejo, California | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849256000 |
| 849310000 | 10/31/2025 | Department of Defense | Financial Management Specialist | 0501 - Financial Administration And Program | Arlington, Virginia | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849310000 |
| 849324600 | 10/31/2025 | Department of Defense | Teller | 0530 - Cash Processing | Hickam AFB, Hawaii | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849324600 |
| 849254800 | 10/31/2025 | Department of Defense | Supervisory Physician (Palliative Care) | 0602 - Medical Officer | Fort Sam Houston, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849254800 |
| 849274900 | 10/31/2025 | Department of Justice | Dietitian (Clinical Dietitian) | 0630 - Dietitian And Nutritionist | Federal Medical Center Carswell, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849274900 |
| 849293600 | 10/31/2025 | Department of Justice | Physical Therapist | 0633 - Physical Therapist | Federal Medical Center Carswell, Texas | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/849293600 |
| 849292700 | 10/31/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Loretto, Pennsylvania | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/849292700 |
| 849308100 | 10/31/2025 | Department of Veterans Affairs | Medical Technician - Phlebotomist | 0645 - Medical Technician | Fargo, North Dakota | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849308100 |
| 849310500 | 10/31/2025 | Department of Defense | Medical Support Assistant | 0679 - Medical Support Assistance | Camp Pendleton, California | GS-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849310500 |
| 849301400 | 10/31/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Coronado, California | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849301400 |
| 849271100 | 10/31/2025 | Department of the Army | Supervisory Interdisciplinary | 0801 - General Engineering | Zama, Camp Zama, Japan | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849271100 |
| 849280600 | 10/31/2025 | Department of Energy | Electrical Engineer | 0850 - Electrical Engineering | Vancouver, Washington | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849280600 |
| 849302700 | 10/31/2025 | Department of Homeland Security | GENERAL ATTORNEY (EMPLOYMENT LAW) | 0905 - Attorney | Denver, Colorado | GS-12/15 | Questionnaire with EO question | https://www.usajobs.gov/job/849302700 |
| 849302800 | 10/31/2025 | Department of Homeland Security | Supervisory General Attorney (District Court Litigation Division) | 0905 - Attorney | Los Angeles, California | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849302800 |
| 849302900 | 10/31/2025 | Department of Homeland Security | General Attorney (District Court Litigation) | 0905 - Attorney | Los Angeles, California | GS-11/14 | Questionnaire with EO question | https://www.usajobs.gov/job/849302900 |
| 849306900 | 10/31/2025 | Department of the Army | Marketing Specialist (Commercial Sponsorship/Advertising) NF-03 | 1101 - General Business And Industry | Fort Leonard Wood, Missouri | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849306900 |
| 849311300 | 10/31/2025 | Department of the Army | Caterer NF-03 | 1101 - General Business And Industry | Joint Base Lewis-McChord, Washington | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849311300 |
| 849320800 | 10/31/2025 | Department of Defense | Contract Specialist | 1102 - Contracting | Tulsa, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849320800 |
| 849289200 | 10/31/2025 | Department of Veterans Affairs | Purchasing Agent | 1105 - Purchasing | Aurora, Colorado | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/849289200 |
| 849298600 | 10/31/2025 | Department of the Army | REALTY SPECIALIST | 1170 - Realty | Seattle, Washington | GS-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849298600 |
| 849275800 | 10/31/2025 | Other Agencies and Independent Organizations | Training Specialist, CG-1712-12 (FPL 13) | 1712 - Training Instruction | Washington, District of Columbia | CG-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849275800 |
| 849315000 | 10/31/2025 | Department of Justice | Training Instructor (Vocational Training Instructor - Dog Trainer) | 1712 - Training Instruction | Big Spring, Texas | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849315000 |
| 849333600 | 10/31/2025 | Department of the Army | Training Instructor (Automotive) NF-03 | 1712 - Training Instruction | Wahiawa, Hawaii | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849333600 |
| 849284900 | 10/31/2025 | Department of Defense | Supply Technician | 2005 - Supply Clerical And Technician | Hickam AFB, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849284900 |
| 849285000 | 10/31/2025 | Department of Defense | Supply Technician | 2005 - Supply Clerical And Technician | Hickam AFB, Hawaii | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849285000 |
| 849285600 | 10/31/2025 | Department of Defense | Supply Technician (Deployable) | 2005 - Supply Clerical And Technician | Tracy, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849285600 |
| 849327800 | 10/31/2025 | Department of Defense | Sales Store Checker | 2091 - Sales Store Clerical | Pearl Harbor, Hawaii | GS-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849327800 |
| 849251800 | 10/31/2025 | Department of Defense | IT Specialist (SYSANALYSIS) | 2210 - Information Technology Management | Battle Creek, Michigan | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849251800 |
| 849278900 | 10/31/2025 | Other Agencies and Independent Organizations | Assistant Director (Section Chief (APDB/CBASS)), CM-2210-00 | 2210 - Information Technology Management | Washington, District of Columbia | CM-00 | Questionnaire with EO question | https://www.usajobs.gov/job/849278900 |
| 849298700 | 10/31/2025 | Department of Defense | Store Worker | 6914 - Store Working | Pearl Harbor, Hawaii | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849298700 |
| 849332900 | 10/31/2025 | Department of the Army | Food and Beverage Attendant NA-03 | 7401 - Miscellaneous Food Preparation and Serving | Joint Base Lewis-McChord, Washington | NA-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849332900 |
| 849327000 | 10/31/2025 | Department of the Army | Cook NA-06 | 7404 - Cooking | Joint Base Lewis-McChord, Washington | NA-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849327000 |
| 849276200 | 10/31/2025 | Department of Veterans Affairs | Food Service Worker | 7408 - Food Service Working | Durham, North Carolina | WG-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849276200 |
| 849291300 | 11/1/2025 | Department of Defense | Clinical Psychologist | 0180 - Psychology | Bethesda, Maryland | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849291300 |
| 849311900 | 11/1/2025 | Department of Defense | Social Worker | 0185 - Social Work | Bethesda, Maryland | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849311900 |
| 849329000 | 11/1/2025 | Department of Defense | Social Worker (Clinical) | 0185 - Social Work | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849329000 |
| 849235700 | 11/1/2025 | Department of Defense | Nurse (Ambulatory Care) | 0610 - Nurse | El Segundo, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849235700 |
| 849255400 | 11/1/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Fort Riley, Kansas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849255400 |
| 849296500 | 11/1/2025 | Department of Defense | Health Technician (Occupational Health) | 0640 - Health Aid And Technician | Barstow, California | GS-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/849296500 |
| 849165400 | 11/1/2025 | Department of Defense | Pharmacy Technician (Supply) | 0661 - Pharmacy Technician | Fort Lee, Virginia | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849165400 |
| 849321100 | 11/1/2025 | Department of Defense | Dental Assistant | 0681 - Dental Assistant | Fort Sam Houston, Texas | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849321100 |
| 849328800 | 11/1/2025 | Department of Veterans Affairs | Transportation Assistant | 2102 - Transportation Clerk And Assistant | Victoria, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849328800 |
| 849296400 | 11/1/2025 | Department of Defense | Materials Handler | 6907 - Materials Handling | Fort Bragg, North Carolina | WG-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849296400 |
| 849206500 | 11/1/2025 | Department of Defense | Food Service Worker | 7408 - Food Service Working | Fort Bragg, North Carolina | WG-2 | Questionnaire with EO question | https://www.usajobs.gov/job/849206500 |
| 849274500 | 11/3/2025 | Department of Housing and Urban Development | Supervisory Physical Security Specialist (Law Enforcement) | 0080 - Security Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849274500 |
| 849204800 | 11/3/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849204800 |
| 849295600 | 11/3/2025 | Department of Health and Human Services | Supervisory Health Insurance Specialist | 0107 - Health Insurance Administration | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849295600 |
| 849167000 | 11/3/2025 | Department of the Army | Social Worker (Family Advocacy) | 0185 - Social Work | Grafenwohr, Germany | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849167000 |
| 849173000 | 11/3/2025 | Department of Defense | Weapons of Mass Destruction Modeler | 0301 - Miscellaneous Administration And Program | Pentagon, Arlington, Virginia | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849173000 |
| 849312200 | 11/3/2025 | Department of Defense | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Huntsville, Alabama | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849312200 |
| 849215700 | 11/3/2025 | Department of Defense | School Support Assistant | 0303 - Miscellaneous Clerk And Assistant | Fort Bragg, North Carolina | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/849215700 |
| 849309800 | 11/3/2025 | Department of the Treasury | Clerk (General Clerk) Direct Hire Term Not to Exceed 1 year, May be Extended 4 years | 0303 - Miscellaneous Clerk And Assistant | Kansas City, Missouri | GS-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/849309800 |

A181

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 849297500 | 11/3/2025 | Department of Health and Human Services | Regional Administrator | 0340 - Program Management | New York, New York | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849297500 |
| 849220200 | 11/3/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849220200 |
| 849222900 | 11/3/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Washington, District of Columbia | GS-12/14 | Questionnaire with EO question | https://www.usajobs.gov/job/849222900 |
| 849265700 | 11/3/2025 | Department of Homeland Security | Management and Program Analyst | 0343 - Management And Program Analysis | Camp Springs, Maryland | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849265700 |
| 849336700 | 11/3/2025 | Department of the Army | Chief Financial Management NF-04 | 0501 - Financial Administration And Program | PYONG TAEK, South Korea | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849336700 |
| 849024800 | 11/3/2025 | Department of the Army | Budget Analyst | 0560 - Budget Analysis | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849024800 |
| 849237100 | 11/3/2025 | Department of Defense | Budget Analyst | 0560 - Budget Analysis | Fort Wainwright, Alaska | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849237100 |
| 849309900 | 11/3/2025 | Department of the Treasury | Tax Examining Technician, Direct Hire, TERM Not to Exceed 1 year, May be Extended 4 years | 0592 - Tax Examining | Kansas City, Missouri | GS-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/849309900 |
| 849111500 | 11/3/2025 | Department of Defense | Physician (Emergency Medicine) | 0602 - Medical Officer | Fort Sam Houston, Texas | GP-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849111500 |
| 849276300 | 11/3/2025 | Department of Homeland Security | Supervisory Physician (Deputy Chief Medical Officer) | 0602 - Medical Officer | Portland, Maine | GP-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849276300 |
| 849248200 | 11/3/2025 | Department of Defense | Nurse (Clinical / Ambulatory) | 0610 - Nurse | Wiesbaden, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849248200 |
| 849248300 | 11/3/2025 | Department of Defense | Nurse (Clinical / Ambulatory) | 0610 - Nurse | Kaiserslautern, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849248300 |
| 849279600 | 11/3/2025 | Department of Defense | Nurse (Clinical/Critical Care Extended Function) | 0610 - Nurse | Tacoma, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849279600 |
| 849246500 | 11/3/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Fort Carson, Colorado | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849246500 |
| 849288800 | 11/3/2025 | Department of Defense | Pharmacist | 0660 - Pharmacist | Fort Campbell, Tennessee | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849288800 |
| 849184400 | 11/3/2025 | Department of Defense | Medical Records Administration Specialist (Health Insurance Portability Accountability Act) | 0669 - Medical Records Administration | MacDill AFB, Florida | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849184400 |
| 849162800 | 11/3/2025 | Department of Defense | Medical Support Assistant (Office Automation) | 0679 - Medical Support Assistance | Fort Campbell, Tennessee | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849162800 |
| 849316400 | 11/3/2025 | Department of the Army | Interdisciplinary Supervisory | 0808 - Architecture | Tinker AFB, Oklahoma | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849316400 |
| 849179600 | 11/3/2025 | Department of the Army | ELECTRICAL ENGINEER | 0850 - Electrical Engineering | Fort Meade, Maryland | GG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849179600 |
| 849257200 | 11/3/2025 | Department of the Army | ELECTRONICS TECHNICIAN | 0856 - Electronics Technical | Sault Ste. Marie, Michigan | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849257200 |
| 849314900 | 11/3/2025 | Department of Commerce | Physical Scientist / Meteorologist | 1301 - General Physical Science | Miami, Florida | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849314900 |
| 849107200 | 11/3/2025 | Department of Homeland Security | CARTOGRAPHER (GIS) | 1370 - Cartography | El Paso, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849107200 |
| 849224600 | 11/3/2025 | Department of Homeland Security | Immigration Officer | 1801 - General Inspection, Investigation, Enforcem | San Francisco, California | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849224600 |
| 849252200 | 11/3/2025 | Department of Homeland Security | Supervisory Law Enforcement Specialist (Instruction) | 1801 - General Inspection, Investigation, Enforcem | Glynco, Georgia | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849252200 |
| 849327300 | 11/3/2025 | Department of Homeland Security | Immigration Services Officer | 1801 - General Inspection, Investigation, Enforcem | Edinburg, Texas | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849327300 |
| 848980300 | 11/3/2025 | Department of Homeland Security | Import Specialist | 1889 - Import Compliance Series | Nogales, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848980300 |
| 849156400 | 11/3/2025 | Other Agencies and Independent Organizations | IT Specialist (Cybersecurity), CG-2210-14 | 2210 - Information Technology Management | Washington, District of Columbia | CG-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849156400 |
| 849213700 | 11/3/2025 | Department of Health and Human Services | Supervisory IT Specialist (SYS/ANALYSIS) | 2210 - Information Technology Management | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849213700 |
| 849064900 | 11/3/2025 | Department of the Navy | ELECTRONICS MECHANIC | 2604 - Electronics Mechanic | Naval Air Station San Diego, California | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849064900 |
| 849349400 | 11/3/2025 | Department of Justice | Correctional Program Specialist (Supervisory Correctional Systems Specialist) | 0006 - Correctional Institution Administration | Oakdale, Louisiana | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849349400 |
| 849367000 | 11/3/2025 | Department of Justice | Correctional Program Officer (Unit Manager) | 0006 - Correctional Institution Administration | Sheridan, Oregon | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849367000 |
| 849384500 | 11/3/2025 | Department of Justice | Supervisory Correctional Officer (Lieutenant) | 0007 - Correctional Officer | Sheridan, Oregon | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/849384500 |
| 849395900 | 11/3/2025 | Department of Justice | Correctional Officer (Correctional Systems Officer) | 0007 - Correctional Officer | Seagoville, Texas | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/849395900 |
| 849403000 | 11/3/2025 | Department of Justice | Correctional Officer (Senior Officer Specialist) | 0007 - Correctional Officer | Three Rivers, Texas | GL-08 | Questionnaire with EO question | https://www.usajobs.gov/job/849403000 |
| 849365600 | 11/3/2025 | Department of Justice | Safety & Occupational Health Specialist (Safety Specialist) | 0018 - Safety and Occupational Health Management | Loretto, Pennsylvania | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849365600 |
| 849353600 | 11/3/2025 | Department of the Army | Supervisory Sports Specialist (Equestrian) NF-4 | 0030 - Sports Specialist | West Point, New York | NF-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849353600 |
| 849371900 | 11/3/2025 | Department of Justice | Correctional Treatment Specialist (Case Manager) | 0101 - Social Science | Atlanta, Georgia | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849371900 |
| 849373500 | 11/3/2025 | Department of Justice | Correctional Treatment Specialist (Drug Abuse Treatment Specialist) | 0101 - Social Science | Florence, Colorado | GS-09/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849373500 |
| 849375800 | 11/3/2025 | Department of Justice | Correctional Treatment Specialist (Assistant Case Management Coordinator) | 0101 - Social Science | Federal Medical Center Carswell, Texas | GL-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849375800 |
| 849409400 | 11/3/2025 | Department of Justice | Correctional Treatment Specialist (Sex Offender Program Specialist) | 0101 - Social Science | Littleton, Colorado | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849409400 |
| 849361800 | 11/3/2025 | Department of Justice | Clinical Psychologist (Forensics Unit Psychologist) | 0180 - Psychology | Seatac, Washington | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849361800 |
| 849390900 | 11/3/2025 | Department of Justice | Clinical Psychologist (Drug Abuse Program Coordinator) | 0180 - Psychology | Oakdale, Louisiana | GS-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/849390900 |
| 849367900 | 11/3/2025 | Department of Justice | Psychology Technician | 0181 - Psychology Aid And Technician | Beaumont, Texas | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/849367900 |
| 849386300 | 11/3/2025 | Department of Justice | Social Worker (Supervisory Social Worker) | 0185 - Social Work | Fort Worth, Texas | GL-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849386300 |
| 849337700 | 11/3/2025 | Department of the Army | Social Services Assistant | 0186 - Social Services Aid And Assistant | Vicenza, Italy | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/849337700 |
| 849387700 | 11/3/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Loretto, Pennsylvania | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/849387700 |
| 849393900 | 11/3/2025 | Department of Justice | Recreation Specialist - Institutional (Recreation Specialist) | 0188 - Recreation Specialist | Beaumont, Texas | GL-07/09 | Questionnaire with EO question | https://www.usajobs.gov/job/849393900 |
| 849389300 | 11/3/2025 | Department of Homeland Security | Human Resources Specialist | 0201 - Human Resources Management | Camp Springs, Maryland | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849389300 |
| 849408900 | 11/3/2025 | Department of Defense | Human Resources Specialist | 0201 - Human Resources Management | Whitehall, Ohio | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849408900 |
| 849339000 | 11/3/2025 | Department of Homeland Security | Operations Support Specialist | 0301 - Miscellaneous Administration And Program | Manchester, New Hampshire | GS-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849339000 |
| 849339100 | 11/3/2025 | Department of Homeland Security | Congressional Liaison Specialist | 0301 - Miscellaneous Administration And Program | Boston, Massachusetts | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849339100 |
| 849349700 | 11/3/2025 | Department of the Air Force | EXECUTIVE SUPPORT SPECIALIST | 0301 - Miscellaneous Administration And Program | Scott AFB, Illinois | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849349700 |
| 849361200 | 11/3/2025 | Department of Justice | Lock and Security Specialist (Assistant Locksmith) | 0301 - Miscellaneous Administration And Program | Grand Marsh, Wisconsin | GL-09 | Questionnaire with EO question | https://www.usajobs.gov/job/849361200 |
| 849337900 | 11/3/2025 | Department of Defense | Customer Service Technician NF-03 | 0303 - Miscellaneous Clerk And Assistant | Kaiserslautern, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849337900 |
| 849381200 | 11/3/2025 | Department of the Army | Administrative Support Assistant (Veterinary Services) NF-03 | 0303 - Miscellaneous Clerk And Assistant | Wiesbaden, Germany | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849381200 |
| 849379800 | 11/3/2025 | Department of Justice | Information Receptionist | 0304 - Information Receptionist | Beaumont, Texas | GL-04 | Questionnaire with EO question | https://www.usajobs.gov/job/849379800 |
| 849362200 | 11/3/2025 | Department of Justice | Secretary (Associate Warden's Secretary) | 0318 - Secretary | Littleton, Colorado | GS-07 | Questionnaire with EO question | https://www.usajobs.gov/job/849362200 |
| 849339400 | 11/3/2025 | Department of Homeland Security | Supervisory Management and Program Analyst | 0343 - Management And Program Analysis | Tempe, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849339400 |
| 849396000 | 11/3/2025 | Department of Energy | Transmission Finance Lead (Management & Program Analyst) | 0343 - Management And Program Analysis | Vancouver, Washington | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849396000 |
| 849395600 | 11/3/2025 | Department of Defense | Financial Management Analyst | 0501 - Financial Administration And Program | Pentagon, Arlington, Virginia | GS-14/15 | Questionnaire with EO question | https://www.usajobs.gov/job/849395600 |
| 849396600 | 11/3/2025 | Department of Defense | Supervisory Financial Management Analyst | 0501 - Financial Administration And Program | Pentagon, Arlington, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849396600 |
| 849397500 | 11/3/2025 | Department of Defense | Supervisory Accountant (Staff) | 0510 - Accounting | Pentagon, Arlington, Virginia | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849397500 |
| 849388900 | 11/3/2025 | Department of the Army | Accounting Technician NF-03 | 0525 - Accounting Technician | Fort Campbell, Kentucky | NF-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849388900 |
| 849410300 | 11/3/2025 | Department of Justice | Time and Leave Clerk | 0544 - Civilian Pay | Kings, New York | GS-05 | Questionnaire with EO question | https://www.usajobs.gov/job/849410300 |
| 849348600 | 11/3/2025 | Department of Veterans Affairs | Nurse Practitioner - Home Based Primary Care | 0610 - Nurse | Warren County, Pennsylvania | VN-00 | Questionnaire with EO question | https://www.usajobs.gov/job/849348600 |
| 849411900 | 11/3/2025 | Department of Defense | Nurse (Clinical/ Case Management) | 0610 - Nurse | Bremerton, Washington | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/849411900 |
| 849345200 | 11/3/2025 | Department of Justice | Health Technician (Medication Technician) | 0640 - Health Aid And Technician | Sheridan, Oregon | GL-06 | Questionnaire with EO question | https://www.usajobs.gov/job/849345200 |
| 849361400 | 11/3/2025 | Department of Justice | Health System Administrator (Health Services Administrator) | 0670 - Health System Administration | Mendota, California | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849361400 |
| 849360100 | 11/3/2025 | Department of the Army | Fire Protection Engineer | 0804 - Fire Protection Engineering | Phoenix, Arizona | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849360100 |
| 849348300 | 11/3/2025 | Department of the Army | Interdisciplinary | 0808 - Architecture | Elmendorf AFB, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849348300 |
| 849378500 | 11/3/2025 | Department of Defense | Interdisciplinary Engineer | 0830 - Mechanical Engineering | McClellan, California | NH-2 | Questionnaire with EO question | https://www.usajobs.gov/job/849378500 |
| 849377600 | 11/3/2025 | Department of the Treasury | General Attorney (Tax) (Senior Counsel) | 0905 - Attorney | Phoenix, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849377600 |
| 849379200 | 11/3/2025 | Department of the Treasury | General Attorney (Tax) (Senior Counsel) | 0905 - Attorney | Phoenix, Arizona | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849379200 |
| 849382000 | 11/3/2025 | Department of the Air Force | ATTORNEY-ADVISOR (CONTRACT) | 0905 - Attorney | Scott AFB, Illinois | NH-4 | Questionnaire with EO question | https://www.usajobs.gov/job/849382000 |
| 849382100 | 11/3/2025 | Department of the Air Force | ACQUISITION PROGRAM MANAGEMENT SPECIALIST | 1101 - General Business And Industry | Wright-Patterson AFB, Ohio | NH-3 | Questionnaire with EO question | https://www.usajobs.gov/job/849382100 |

A182

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 849390200 | 11/3/2025 | Department of the Army | Operations Assistant NF-02 | 1101 - General Business And Industry | Joint Base Lewis-McChord, Washington | NF-2 | Questionnaire with EO question | https://www.usajobs.gov/job/849390200 |
| 849414300 | 11/3/2025 | Department of the Army | Operations Assistant (Developmental) NF-01 | 1101 - General Business And Industry | Fort Polk, Louisiana | NF-1/2 | Questionnaire with EO question | https://www.usajobs.gov/job/849414300 |
| 849418900 | 11/3/2025 | Department of the Army | Supervisory Contract Specialist | 1102 - Contracting | Fort Shafter, Hawaii | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849418900 |
| 849344300 | 11/3/2025 | Department of Justice | Farm Manager | 1601 - Equipment Facilities, And Services | Lompoc, California | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849344300 |
| 849394100 | 11/3/2025 | Department of Justice | Educational Technician (Education Technician) | 1702 - Education And Training Technician | Coleman, Florida | GL-07 | Questionnaire with EO question | https://www.usajobs.gov/job/849394100 |
| 849383900 | 11/3/2025 | Department of the Interior | Law Enforcement Officer | 1801 - General Inspection, Investigation, Enforcem | Fort Totten, North Dakota | GL-5/11 | Questionnaire with EO question | https://www.usajobs.gov/job/849383900 |
| 849359800 | 11/3/2025 | Department of Homeland Security | Immigration Services Assistant (Office Automation) | 1802 - Compliance Inspection And Support | Louisville, Kentucky | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849359800 |
| 849390700 | 11/3/2025 | Department of the Army | Transportation Specialist | 2101 - Transportation Specialist | Anchorage County, Alaska | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849390700 |
| 849346000 | 11/3/2025 | Department of the Army | Information Technology Specialist (Information Security) | 2210 - Information Technology Management | Fort Meade, Maryland | GG-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849346000 |
| 849361000 | 11/3/2025 | Department of the Interior | Information Technology Specialist | 2210 - Information Technology Management | Washington, District of Columbia | GS-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849361000 |
| 849406500 | 11/4/2025 | Department of Energy | Director of Occupational Health | 0018 - Safety and Occupational Health Management | Chemawa, Oregon | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849406500 |
| 849027500 | 11/4/2025 | Department of the Army | Interdisciplinary | 0110 - Economist | Okinawa Island, Japan | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849027500 |
| 849410900 | 11/4/2025 | Department of Defense | Social Worker (Case Management) | 0185 - Social Work | Fort Sam Houston, Texas | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849410900 |
| 849267100 | 11/4/2025 | Department of the Army | HR SPEC (LABOR REL/EMPL REL) (TITLE 5) | 0201 - Human Resources Management | Saint Augustine, Florida | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849267100 |
| 849340900 | 11/4/2025 | Other Agencies and Independent Organizations | Special Assistant, CG-0301-15 | 0301 - Miscellaneous Administration And Program | Washington, District of Columbia | CG-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849340900 |
| 849342200 | 11/4/2025 | Department of Homeland Security | MISSION SUPPORT SPECIALIST (GENERALIST) | 0301 - Miscellaneous Administration And Program | Sanderson, Texas | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849342200 |
| 849364100 | 11/4/2025 | Department of Homeland Security | MISSION SUPPORT SPECIALIST (GENERALIST) | 0301 - Miscellaneous Administration And Program | Sanderson, Texas | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849364100 |
| 849211900 | 11/4/2025 | Department of Homeland Security | MISSION SUPPORT ASSISTANT | 0303 - Miscellaneous Clerk And Assistant | Swanton, Vermont | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/849211900 |
| 849390500 | 11/4/2025 | Other Agencies and Independent Organizations | Ecosystem Restoration Programs Director | 0401 - General Natural Resources Management And Bi | Salt Lake City, Utah | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849390500 |
| 849400300 | 11/4/2025 | Department of Health and Human Services | Supervisory Financial Management Specialist | 0501 - Financial Administration And Program | Woodlawn, Maryland | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849400300 |
| 849415400 | 11/4/2025 | Department of Energy | Supervisory Auditor | 0511 - Auditing | Portland, Oregon | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849415400 |
| 849339700 | 11/4/2025 | Department of Defense | Behavioral Health Case Manager | 0601 - General Health Science | Fort Carson, Colorado | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849339700 |
| 849337600 | 11/4/2025 | Department of Defense | Physician Assistant | 0603 - Physician Assistant | Grafenwohr, Germany | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849337600 |
| 849325400 | 11/4/2025 | Department of Defense | Supervisory Nurse (Admin/Ambulatory) | 0610 - Nurse | El Paso, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849325400 |
| 849337500 | 11/4/2025 | Department of Defense | Nurse (Clinical/Ambulatory) | 0610 - Nurse | Grafenwohr, Germany | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849337500 |
| 849358200 | 11/4/2025 | Department of Defense | Nurse | 0610 - Nurse | Fort Bragg, North Carolina | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849358200 |
| 849363200 | 11/4/2025 | Department of Defense | Nurse (Clinical/Critical Care) | 0610 - Nurse | Tacoma, Washington | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849363200 |
| 849409100 | 11/4/2025 | Department of Defense | Nurse (Clinical/Case Management) | 0610 - Nurse | Naval Medical Center, San Diego, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/849409100 |
| 849420000 | 11/4/2025 | Department of Defense | Advanced Practice Nurse (Nurse Midwife) | 0610 - Nurse | Fort Campbell, Tennessee | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849420000 |
| 849356100 | 11/4/2025 | Department of Defense | Practical Nurse | 0620 - Practical Nurse | Tinker AFB, Oklahoma | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849356100 |
| 849260100 | 11/4/2025 | Department of Defense | Physical Therapy Assistant | 0636 - Rehabilitation Therapy Assistant | Randolph AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849260100 |
| 849419500 | 11/4/2025 | Department of Defense | Medical Support Assistant | 0679 - Medical Support Assistance | Misawa AFB, Japan | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849419500 |
| 849376500 | 11/4/2025 | Department of Defense | Dental Assistant (Expanded Function) | 0681 - Dental Assistant | Newport, Rhode Island | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849376500 |
| 849410100 | 11/4/2025 | Department of Energy | Real-Time Engineering Study Desk Supervisor | 0850 - Electrical Engineering | Spokane, Washington | GS-14 | Questionnaire with EO question | https://www.usajobs.gov/job/849410100 |
| 849416100 | 11/4/2025 | Department of Energy | Manager, Grid Operations Application Services | 0850 - Electrical Engineering | Vancouver, Washington | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849416100 |
| 849405700 | 11/4/2025 | Department of Energy | Director of Market Initiatives | 1101 - General Business And Industry | Portland, Oregon | GS-15 | Questionnaire with EO question | https://www.usajobs.gov/job/849405700 |
| 849420100 | 11/4/2025 | Department of Commerce | Meteorologist / Hydrologist / Physical Scientist | 1301 - General Physical Science | Anchorage, Alaska | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849420100 |
| 849420200 | 11/4/2025 | Department of Commerce | Meteorologist / Hydrologist / Physical Scientist | 1301 - General Physical Science | Salt Lake City, Utah | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849420200 |
| 849420400 | 11/4/2025 | Department of Commerce | Hydrologist / Meteorologist | 1315 - Hydrology | Norton, Massachusetts | GS-7/12 | Questionnaire with EO question | https://www.usajobs.gov/job/849420400 |
| 849368900 | 11/4/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Estherville, Iowa | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849368900 |
| 849379600 | 11/4/2025 | Department of Agriculture | Consumer Safety Inspector | 1862 - Consumer Safety Inspection | Baker Hill, Alabama | GS-5/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849379600 |
| 849373200 | 11/4/2025 | Department of Defense | IT Specialist (INFOSEC/SYSADMIN) | 2210 - Information Technology Management | Fort Sam Houston, Texas | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/849373200 |
| 849407900 | 11/4/2025 | Department of Energy | IT Specialist (SYSADMIN/SYSANALYSIS) | 2210 - Information Technology Management | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849407900 |
| 849410600 | 11/4/2025 | Department of Energy | IT Specialist (PLCYPLN) | 2210 - Information Technology Management | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849410600 |
| 849416400 | 11/4/2025 | Department of Energy | Informational Technology/Operational Technology (IT/OT) Cybersecurity Assessor | 2210 - Information Technology Management | Portland, Oregon | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849416400 |
| 849389600 | 11/4/2025 | Department of Veterans Affairs | Medical Equipment Repairer | 4805 - Medical Equipment Repairing | Miami, Florida | WG-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849389600 |
| 849416600 | 11/4/2025 | Department of Veterans Affairs | Boiler Plant Operator | 5402 - Boiler Plant Operating | East Orange, New Jersey | WG-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849416600 |

A183

# Exhibit D



# Merit Hiring Plan
# Frequently Asked Questions

On May 29, 2025, the Assistant to the President for Domestic Policy and the Acting Director, U.S. Office of Personnel Management (OPM), issued a joint memorandum communicating the Merit Hiring Plan in response to the January 20, 2025, Executive Order 14170, *Reforming the Federal Hiring Process and Restoring Merit to Government Service*.  This document provides guidance through the frequently asked questions below to assist agencies in implementing the joint Merit Hiring Plan memorandum.

## Topic Areas:

General Implementation

Reporting Requirements

Talent Teams

STEM and Early Career Talent

Pooled Hiring Actions

Qualifications Standards

Four Short Essay Questions

Two-Page Resumes

USA Hire, USA Staffing, USAJOBS

Workforce Data and Applicant Flow Data

OPM Resources and Training

## General Implementation

**Q1 - Are all agencies, to include small and independent agencies, covered by the Merit Hiring Plan?**

> **Response:** Yes.  All agencies, including independent agencies, are required to comply with the requirements and implementation of the Merit Hiring Plan.

**Q2 - Do agencies need to follow the requirements in the Merit Hiring Plan when filling positions covered by unique personnel systems and authorities that are outside of Title 5?**

> **Response:** While not all aspects of the Merit Hiring Plan apply to non-Title 5 personnel systems and authorities, agencies using personnel systems and authorities outside of Title 5 should align their processes with the Merit Hiring Plan to the greatest extent practicable.  For example, agencies should ensure their practices end racial discrimination in Federal hiring, recruitment, retention, and promotion and, to the extent practicable, use at least one technical assessment to identify top talent. Agencies should reach out to OPM with questions on whether a particular non-Title 5 personnel system and authority is within the scope of the Merit Hiring Plan.

A185

**Q3 - Are agencies serviced by shared service providers excluded from the implementation of the Merit Hiring Plan?**

**Response:** No.  Agencies who use a shared service provider are not excluded from complying with the Merit Hiring Plan, unless the agency is otherwise exempt from the Merit Hiring Plan.  Agencies should work closely with their shared service providers to ensure elements of the Merit Hiring Plan are being implemented on their behalf.

**Q4 - How soon do the requirements of the merit hiring plan (resume limit, 4 essay questions, ending self-assessments) have to be implemented?**

**Response:** Agencies should begin implementing the requirements of the Merit Hiring Plan immediately and follow any guidance issued by OPM on these features.

Specifically, agencies should immediately:

- End racial discrimination in Federal hiring, recruitment, retention, and promotion;
- End use of self-assessments for rating and ranking;
- Incorporate at least one technical assessment into the hiring process; and
- Use the four short essay questions (Constitution, Efficiency, Executive Orders, Work Ethic).

**Q5 - Can we wait to implement the Merit Hiring Plan until the hiring freeze lifts on October 15?**

**Response:** No.  Agencies with positions exempt from the hiring freeze should immediately begin implementing the requirements of the Merit Hiring Plan.

**Q6 - My agency is not part of the Chief Human Capital Officers (CHCOs) Council, how do we participate in activities related to the Merit Hiring Plan?**

**Response:** Non-CHCO Council agencies can participate through the Small Agency HR Council (SAHRC).  SAHRC leadership forwards applicable communications from the CHCO Council to its members.  For more information on the SAHRC, please contact HX@opm.gov.  In addition, the Inspector General community can participate in implementation and receive updates via the Council of Inspector Generals on Integrity and Efficiency (CIGIE).

## Reporting Requirements

**Q7 - What are the agency reporting requirements related to the Merit Hiring Plan?**

**Response:** Agencies are required to upload monthly Action Plan updates (with sheet 2) to their folder on the Connect.gov Merit Hiring Plan Page due on the last business day of each month and to complete the online quarterly survey when received.

A186

## Talent Teams

**Q8 - Who is the OPM Federal Talent Team?**

**Response:** The OPM Hiring Experience (HX) Group, in partnership with the various program areas across OPM, will serve as the OPM Federal Talent Team.  The OPM Federal Talent Team can be reached at HX@opm.gov.

**Q9 - My agency already has a Talent Team; does it need to change?**

**Response:** No.  If your agency already has a Talent Team with proven, strong performers who possess key functional and occupational expertise as required by the Plan, are aware of the requirements of the Plan, and are engaged in implementing it at the agency, then no changes are needed.

**Q10 - How do I make changes to my Talent Team?**

**Response:** The primary Talent Team POC should complete the Agency Talent Team tab (sheet 2) of the Merit Hiring Action Plan with any changes to Talent Team members and upload it with the Merit Hiring Action Plan due on the last business day of each month to their folder on the Connect.gov [Merit Hiring Plan Page](#).

**Q11 - How will small agencies without the staff or resources establish a Talent Team?**

**Response:** OPM will work with small agencies to cluster agencies with similar hiring needs under one Talent Team.  If a small agency lacks resources to establish a Talent Team, it should alert OPM to its resource concerns and request to be clustered with other agencies.

**Q12 - What are agencies without a delegated examining unit expected to do for establishing Talent Teams?**

**Response**: Agencies should identify proven, strong performers who possess key HR technical and operational expertise to support the hiring of the agency.  OPM can meet with your agency to discuss your talent acquisition needs and plans to achieve the merit hiring reforms.

## STEM and Early Career Talent

**Q13 - What are the parameters or definitions that OPM uses for STEM positions?**

**Response**:  STEM encompasses a wide array of roles such as Civil Engineers, Computer Scientists, Economists, IT Cybersecurity Specialists, and Mathematical Statisticians. Professionals in these roles utilize their expertise in science, technology, engineering, and mathematics to foster innovation and address real-world challenges.

In 2024, OPM extended the [Direct Hire Authority](#) (DHA) that included STEM, acquisitions, and cyber positions, through the end of 2028 to include additional positions.

A187

In addition to the IT Cybersecurity Specialists* (2210 series), the extension now covers Criminal Investigators* (1811 series) at the GS-12 to GS-15 grade levels, Computer Engineers (Cybersecurity) at the GS-12 to GS-15 grade levels, and other related cybersecurity positions.  Please see the DHA for the full list of positions and grade levels covered by the authority.

* These positions must require IT knowledge and IT competencies, the work must be coded to include cybersecurity functions as supported by the job codes in the: Guide to Data Standards and the NICE Cybersecurity Workforce Framework, 2017, and the cybersecurity work must be performed the majority of the time.

**Q14 - What are the parameters or definitions that OPM uses for Early Career Talent positions?**

Response: Early career talent refers to a spectrum of potential applicants from students and trainees through those who have less than 5 years of experience.  Agencies may use a variety of recruiting activities and hiring authorities when filling early career positions.  Any such activities should be in alignment with the recruitment initiatives and strategies set forth in the Merit Hiring Plan, particularly Appendix 1.  OPM will be providing additional guidance regarding the recruitment initiatives set forth in the Merit Hiring Plan.

## Pooled Hiring Actions

**Q15 - Will agencies be required to use OPM centralized (cross-government) hiring actions for common occupations or will agencies have flexibility to initiate recruitment efforts for these occupations?**

Response: Agencies have the discretion to fill positions through any available hiring mechanism (consistent with law and the requirements of the Merit Hiring Plan).  However, when an existing cross-government or agency shared certificate exists, agencies are strongly encouraged to review the certificate of eligibles and consult with their agency Shared Certificate Coordinator before initiating a new hiring action.  In addition, when hiring for a position series that is common across the Federal government, agencies should consult with their agency Shared Certificate Coordinator and the OPM Federal Talent Team before initiating a new hiring action.  Agencies can realize the efficiencies, in both time, resources and candidate quality, when using a ready-made certificate of eligibles and engaging in a cross-government hiring action.

There are three main mechanisms agencies use to share certificates: 1) internal certificate sharing within a department or agency; 2) under the provisions of the Competitive Service Act (CSA), external certificate sharing with other departments or agencies hiring for the same positions filled under delegated examining; and 3) OPM-run cross government certificates.  OPM-run cross-government certificates are created using

A188

subject matter experts (SMEs) from across agencies to ensure identification and assessment of common job requirements meet the needs of multiple agencies to maximize the number of hires made from a single job announcement rather than each agency running its own action.

Through the workforce planning process, agencies are to identify positions, including those that require critical and specialized skills, needed across multiple agencies for which recruitment actions and certificates of eligibles could be shared within the agency or with other agencies as part of a governmentwide pooled hiring strategy.  Agencies should consult with their Talent Pool Manager and use the Talent Pools feature in the USAJOBS Agency Talent Portal to share and receive certificates.  Agency Talent Teams are to collaborate with the OPM Federal Talent Team in the identification and use of cross-government announcements and utilizing CSA shared certificates across agencies to reduce government-wide time-to-hire.

## Qualification Standards

**Q16 - Will OPM make any changes to the job qualifications standards, such as degree requirements for certain occupational series?**

**Response:** Yes.  OPM is conducting a pilot project, the Skills-Based Hiring for Information Technology (IT) Management Positions Project, to transition the IT Management job series to fully skills-based hiring by the end of 2025.  This job series includes mission-critical, in-demand technical positions such as product managers, software developers, and AI specialists, each requiring a variety of technical skillsets.  OPM is preparing to issue updated qualifications guidance for the IT 2210 series, which will serve as a prototype for other job series.  Previously, OPM released updates to the General Schedule Qualifications Operating Handbook, integrating competency-based requirements and assessments as a core policy for qualifying talent.

## Assessments

**Q17 - What is the definition of technical assessment?**

**Response:** The Chance to Compete Act of 2024, Public Law 118-188, defines a "technical assessment" as a position-specific tool that allows for the demonstration of job-related skills, abilities, knowledge, and competencies; is based upon a job analysis; and does not solely include or principally reply upon a self-assessment for automated examination (see 5 United States Code (U.S.C.) 3304(a)(9)).

A189

**Q18 - Will agencies have time to phase out use of self-assessments for rating and ranking?**

**Response:** Federal hiring initiatives have been moving in this direction for almost a decade, with slow progress made. Use of more rigorous assessments in the hiring process will ensure selections are made from the highest quality candidates.

Therefore, agencies have until September 30, 2025, to stop using self-assessments for rating and ranking, except for positions at the GS-4 level and below, seasonal positions, and Federal Wage System positions filled under Job Element examining procedures. Agencies may continue to use self-assessments (or occupational or assessment questionnaires) to screen applicants on minimum qualifications and eligibilities, such as veterans' preference and displaced employee programs.

**Q19 - What is considered a self-assessment?**

**Response:** Self-assessments allow applicants to self-evaluate or self-certify a certain level of proficiency (e.g., I am a "Novice" or "Expert") based on a series of questions, usually statements of tasks to be performed on the job. Further, self-assessments delivered through talent acquisition systems typically allow applicants to change their self-evaluations while the job opportunity announcement is open. The most commonly used self-assessment in Federal hiring is an occupational questionnaire, also known as an assessment questionnaire.

**Q20 - Are USA Hire assessments self-assessments?**

**Response:** No. Assessments delivered through USA Hire are not self-assessments. The USA Hire Program provides Federal agencies with both off-the-shelf and customized competency-based assessments that meet the definition of technical assessments as described in the Chance to Compete Act. Assessments delivered on USA Hire were developed based on job analysis and followed applicable professional and legal standards. Since inception, a goal of the USA Hire Program has been to provide high-quality, competency-based assessments as an alternative to the self-assessments delivered through USA Staffing.

**Q21 - Are agencies required to use multiple assessments and/or multiple hurdles or just one technical assessment?**

**Response:** Agencies are required to use at least one technical or alternative assessment before issuance of a certificate of eligibles. Agencies are strongly encouraged to use two assessments to ensure a rigorously ranked certificate of eligibles. Additionally, agencies should continue to develop and use skills-based and multi-hurdle assessments, especially for mission critical occupations.

**Q22 - What is the difference between multiple assessments and multiple hurdles?**

**Response: Multiple assessments** involve the use of two or more assessment tools to gather information about individuals' competencies (knowledge, skills, abilities, and other characteristics) related to the job. In the hiring context, this information is used to

A190

rate and rank applicants in preparation for issuing a certificate of eligibles, including eliminating applicants who fail to meet the required minimum, if a required minimum, or passing grade, is established.

**Multiple hurdles** involve the administration of assessments in sequential steps. After each assessment is administered, it is then scored. Applicants who score below a predetermined threshold fall out of the process. Applicants not eliminated proceed to the next assessment or step in the process, eventually leading to a final rating used for placement on a certificate of eligibles.

**Q23 - If an agency uses a structured interview, is that done before or after issuing a certificate of eligibles?**

**Response:** A structured interview can be administered either before or after issuing a certificate of eligibles. Note, to meet the requirement in the Merit Hiring Plan to include at least one technical assessment before issuance of the certificate, the structured interview needs to be conducted before issuing the certificate if this is the only technical assessment used.

Agencies can use a post-certificate structured interview to further evaluate referred candidates; however, the results of the interview cannot be used to re-rate or re-rank applicants on the certificate.

**Q24 - Many of the assessments, e.g., USA Hire assessments, require funding that small agencies don't have. How are small agencies expected to use USA Hire assessments if they don't have the resources?**

**Response:** Agencies are not required to use USA Hire assessments, but they are recommended in the Merit Hiring Plan as a best practice. Appendix 5 of the Merit Hiring Plan provides examples of technical and alternative assessments that agencies may consider using, which agencies may develop at little to no cost (e.g., structured interviews). Agencies are also encouraged to make selections from pooled hiring and shared certificates that use USA Hire assessments. Agencies should ensure that they are budgeting and allocating resources to fully implement the Merit Hiring Plan, as implementing the Plan is a key administration priority.

## Four Short Essay Questions

**Q25 - Do the four short essay questions have to be included in every job opportunity announcement?**

**Response:** The four short essay questions (Constitution, Efficiency, Executive Orders, Work Ethic) must be used on all competitive service job opportunity announcements open to the public graded at GS-05 or above, except for job announcements for teacher, Wage Grade, and seasonal positions. While it is not a requirement to use these questions

A191

for competitive merit promotion hiring (both internal and external), agencies are encouraged to do so.

Agencies may exempt other positions from use of the questions in their discretion, where they determine that such an exemption is appropriate for the position.  Agencies should keep documentation in the case file as to why such an exemption was granted.

**Q26 - How are applicant answers to the 4 essay questions used?**

**Response:** Answers to these questions are not scored or rated.  Agencies should treat responses to these questions in the same way they would treat the submission of a cover letter.  The questions give candidates an opportunity to provide additional information about themselves, their background, and dedication to public service, but must not be used as a means of determining whether the candidate fulfills the qualifications of a position.  The questions also must not be used to impose an ideological litmus test on candidates.  If an applicant does not answer the questions along with their application, they are not disqualified or screened out.

**Q27 - Who should review applicant answers to the 4 essay questions?**

**Response:** Answers to the four essay questions are reviewed only by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the manager and later to agency leadership if the candidate is recommended for selection.  Hiring managers and agency leaders or designees must only use the questions in accordance with Merit System Principles, and should additionally be mindful of Prohibited Personnel Practices.

**Q28 - Are agencies required to include the 4 short essay questions for Senior Technical/ Senior Leader (ST/SL) positions?**

**Response:** Yes**,** these positions are included in this requirement.

## Two-Page Resumes

**Q29 - When does the 2-page limit on resume length go into effect? Will there be a phase out timeline?**

**Response:** OPM is granting a transition period for agencies to implement the 2-page resume.  This transition period will end on September 27, 2025, at which time applicants will be required to adjust their resume to the new 2-page limit before applying to a Federal job through USAJOBS.  This transition period ensures that applicants are not immediately penalized and have ample opportunity to revise their resumes accordingly.

Agencies will need to consult with their talent acquisition system (TAS) provider on a technical solution for how to handle resumes that are directly uploaded into the TAS during the application process.

**Q30 - Will applicants be required to certify whereby if they do not comply in submitting only a 2-page resume, they will be disqualified from further consideration?**

> **Response:** No.  USAJOBS is building a technical solution that will prevent applicants from applying to Federal jobs with a resume longer than 2 pages.
>
> The requirements for completing the application process should be clearly stated in the job opportunity announcement, including the submission of a 2-page resume and any other supporting documentation required by the hiring agency.  Applicants should adhere to the requirements outlined in the job opportunity announcement.  Limiting the number of pages ensures that the most relevant experience is reviewed and considered, which is a common practice in both the public and private sectors.  Agency reviews should focus on the relevance of the skills and experiences presented.
>
> If an applicant does not comply with submitting all the required documentation as stated in the announcement, they will be removed from further consideration.  This action should be documented and supported by the instructions included in the announcement, merit principles, and applicable laws.

**Q31 - Will there be updates/changes to guidance provided to applicants (through USAJOBS or some other mechanism) on how to ensure their 2-page resumes meet the requirements for determining qualifications for Federal positions?**

> **Response**: Yes.  Agencies will provide guidance and support to help applicants comply with the new 2-page resume format.  OPM will provide additional guidance to applicants on updates to the hiring process as outlined in the Merit Hiring Plan including the transition to the 2-page resume format and qualifying for Federal positions.  OPM guidance will include updated USAJOBS help center content and resume best practices training.

**Q32 - Should instructions such as font type, font size, and margins be included in the job announcement?**

> **Response:** To ensure applicants' resumes meet submission requirements and formatting guidelines, agencies should provide detailed instructions on the application process.  These instructions may cover the 2-page limit, required resume content, and recommended formatting.
>
> USAJOBS will not restrict uploaded resumes to specific font types, sizes, or margins.  USAJOBS will enforce the resume being no longer than 2 pages and provide guidance on recommended font types, sizes, and margins.  Additionally, USAJOBS will update Resume Builder functionality to comply with the 2-page limit.

A193

**Q33 - How will the 2-page resume limit impact non-Title 5 positions and judicial and legislative branch agencies that post jobs on USAJOBS?**

> **Response:** USAJOBS will restrict all resumes to 2-pages. If judicial and legislative branch agencies want to accept resumes longer than 2-pages, they will need to add language to the job opportunity announcement with instructions for applicants on how to submit a longer resume.

**Q34 - Can I select a candidate with a resume longer than 2-pages for placement from a Talent Program or RPL list?**

> **Response:** Agencies may consider applicants with resumes longer than 2 pages in existing Talent Programs and Reemployment Priority Lists because those resumes are considered placement resumes, not hiring resumes. Hiring resumes, which are submitted for job announcements, must comply with the 2-page limit.

## USA Hire, USA Staffing, USAJOBS

**Q35 - What talent acquisition systems are compatible with USA Hire?**

> **Response:** USA Hire assessments are only available through USA Staffing. The "human resources user" functionality to enable and configure USA Hire assessments is located within USA Staffing.

**Q36 - Are USAJOBS and USA Staffing merging? If so, does that impact the Federal staffing process and adherence to the Merit Hiring Plan?**

> **Response**: USAJOBS and USA Staffing are streamlining the online application process to eliminate redundancies and create a better applicant experience.

## Workforce Data and Applicant Flow Data

**Q37 - Should agencies continue to collect demographic data in recruitments for reporting requirements, such as the Management Directive (MD)-715 report, if the data is not tied to individual applicants and will not be used for hiring, recruiting, retention or promotion decisions?**

> **Response:** Yes, agencies will continue to collect and report this information to OPM to support annual and quarterly data reports that agencies are statutorily required to post publicly such as MD-715 and annual Federal Equal Opportunity Recruitment Program (FEORP) reporting. OPM will continue collecting the demographic data on USAJOBS but restrict its provision to agencies unless there is a justified use case.

A194

## OPM Training and Resources

**Q38 - Will OPM provide training to agencies on the Merit Hiring Plan and the different sections?**

> **Response:** Yes.  OPM launched its Merit Hiring Learning Series for all agency HR professionals, Talent Team members, hiring managers and agency leadership.

**Q39 - Will OPM provide additional resources to support agencies implementing the Merit Hiring Plan?**

> **Response:** Yes.  OPM launched the Merit Hiring Plan Resources webpage, which includes resources related to training (including the slides and webinar recordings from the Learning Series), assessments, job application process and pooled hiring.

**Q40 - Who should agencies contact for more information?**

> **Response:** For additional information and support, agency headquarters-level human resources offices may email:

- HX@opm.gov for implementation assistance or questions concerning the Merit Hiring Plan.

- MeritHiring@opm.gov for questions on Merit Hiring Plan reporting or compliance.

- Employ@opm.gov for questions concerning hiring policy.

Component-level human resources offices must contact their agency headquarters for assistance. Employees must contact their agency human resources offices for further information.

A195

# Exhibit E

A196

| | U.S Office of Management and Budget | U.S Office of Personnel Management | |
|---|---|---|---|

# MEMORANDUM

**TO:**      Heads of Executive Departments and Agencies

**FROM:**    Russell T. Vought, Director, Office of Management and Budget;
             Scott Kupor, Director, Office of Personnel Management

**DATE**:    November 5, 2025

**RE**:      Guidance on Executive Order 14356, *Ensuring Continued Accountability in Federal Hiring*

---

Since taking office, President Trump has made it a top priority to improve government efficiency, restore government accountability, and eliminate waste, bloat, and insularity.[1]   Those efforts have been a tremendous success. The Trump Administration has achieved unprecedented reductions in the Federal workforce, improving the efficient delivery of government services while prioritizing hiring for key national security, immigration enforcement, and public safety roles.

To protect and expand upon these historic reductions in the Federal workforce and ensure that the Federal government is optimally staffed to deliver on key administration priorities, on October 15, 2025, President Trump issued Executive Order 14356, titled *Ensuring Continued Accountability in Federal Hiring* (*Continued Accountability*). This Order sets forth policies and procedures that shall govern Federal hiring going forward.  The U.S. Office of Management and Budget (OMB) and the U.S. Office of Personnel Management (OPM) are now issuing guidance to help agencies implement *Continued Accountability*.[2]

## I.      Strategic Hiring Committees

Federal hiring must comply with the Merit Hiring Plan, and particularly its requirement that "[a]gency leadership must approve the opening of a new role."[3] Agency leadership should also "function as a hiring committee in the candidate selection process."[4]

To help fulfill these requirements, *Continued Accountability* requires each agency head to

---

[1] *See* Executive Order 14210, *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative*, § 1 (February 11, 2025).

[2] OPM and OMB are providing this guidance pursuant to their statutory and regulatory authorities regarding Federal personnel management and oversight. *See* 5 U.S.C. §§ 1103(a)(5), 1103(c), 1104(a)(1), 1104(b), 31 U.S.C. §§ 503(b); *see also* 5 C.F.R. §§ 5.2, 10.3, 250.202(a), 250.203, 250.204. This memorandum shall be interpreted and implemented consistent with all applicable laws and subject to the availability of appropriations.

[3] White House Domestic Policy Council & OPM, *Merit Hiring Plan*, at p. 9 (May 9, 2025); *see also* Executive Order 14170, *Reforming the Federal Hiring Process and Restoring Merit to Government Service* § 2(b)(vii) (Jan. 20, 2025) (requiring that "Department and Agency leadership, or their designees, are active participants . . . throughout the full hiring process").

[4] White House Domestic Policy Council & OPM, *Merit Hiring Plan,* at p. 9 (May 9, 2025).

A197

establish a Strategic Hiring Committee no later than November 17, 2025. The Strategic Hiring Committee must approve the creation or filling, as applicable, of each vacancy within the agency. Agencies can determine how components or subagencies submit requests to the Strategic Hiring Committee; for example, agencies may choose to allow components or subagencies to batch their vacancies, or request that vacancies are batched by occupation at the agency level for submission. Agencies may also create subcommittees at the component or subagency level to review requests being submitted to the Agency Strategic Hiring Committee, so long as each subcommittee is led by an official designated by the Strategic Hiring Committee.

*Continued Accountability* directs that the Strategic Hiring Committee should include the deputy agency head and the chief of staff to the agency head, along with such other senior officials as the agency head may designate.[5] With notice to OMB and OPM, the agency may substitute an assistant secretary, undersecretary, or another non-career official in place of the deputy agency head and/or chief of staff. Notices shall be submitted to workforce@omb.eop.gov and staffing@opm.gov.

The Strategic Hiring Committee must ensure that agency hiring is consistent with the national interest, agency needs, and administration priorities, as well as the Merit Hiring Plan and the agency's Annual Staffing Plan.[6] To operate effectively, the Strategic Hiring Committee should not ministerially ratify or routinely defer to the recommendations of others in reviewing and approving new hires, but should instead use its independent judgment. The Strategic Hiring Committee must provide prompt written notice of approved hires to OPM. Agencies shall report the membership of their Strategic Hiring Committees to workforce@omb.eop.gov and staffing@opm.gov no later than November 17, 2025.

## II.    Annual Staffing Plans/Quarterly Updates

*Continued Accountability* requires that each agency develop and submit an Annual Staffing Plan, in coordination with OMB and OPM, to ensure that new career appointments in the upcoming fiscal year are in the highest-need areas. These plans shall ensure that hiring is focused on critical mission areas, implementing the President's specific policy priorities, and enhancing service delivery.

Annual Staffing Plans should utilize metrics, frameworks, and criteria for evaluating the agency's current workforce and staffing needs, and they should target the agency's hiring to address critical skills gaps. In addition, Annual Staffing Plans should set forth the agency's

---

[5] In its membership and functions, the Strategic Hiring Committee should operate in a manner similar to an Executive Resources Board, except it should oversee hiring beyond the Senior Executive Service (SES). *See* OPM, *Hiring and Talent Development in the Senior Executive Service*, at pp. 5, 15-22 (May 29, 2025) (providing guidance on Executive Resources Boards, including a sample charter). Like an Executive Resources Board, the Strategic Hiring Committee should be comprised of 5-9 members and be chaired by a non-career official (preferably the deputy secretary or chief of staff). It may include career officials, but should be comprised of a majority of non-career appointees. Smaller agencies may utilize non-career officials from other agencies to staff their Strategic Hiring Committees. Strategic Hiring Committees should meet regularly, require a quorum to conduct business, and appoint a non-voting Executive Secretary to keep minutes.

[6] With respect to Inspector General hiring, OMB and OPM will develop a staffing review process in consultation with Inspector Generals.

assessment and recruitment strategies for new hires and set aside sufficient slots for the government-wide recruitment initiatives described in the Merit Hiring Plan.[7]

The agency's Annual Staffing Plan shall additionally consider efficiencies that may be created by organizational restructuring, removal of unnecessary management layers, elimination of duplicative or unnecessary functions and positions, consolidation of administrative functions, reduction of unnecessary or low-value contractor positions, performance management of underperforming employees, effective and efficient distribution of workload across similar positions and shared skill sets, process streamlining and improvements, and new technologies. In addition, agencies shall appropriately prioritize hiring for national security, homeland security, and public safety positions.

Until such time as the agency has developed and submitted its Annual Staffing Plan in coordination with OPM and OMB, each agency shall abide by the policies set forth in the July 7, 2025 presidential memorandum *Ensuring Accountability and Prioritizing Public Safety in Federal Hiring*, along with the President's direction in Executive Order 14210[8] that agencies "hire no more than one employee for every four employees that depart," provided that this ratio shall not apply to positions related to national security, immigration enforcement, or public safety.[9] In addition, the OPM Director may make additional exceptions to the four-to-one hiring ratio.[10] In calculating the four-to-one hiring ratio, agencies must only count departures achieved in the current fiscal year (i.e., Fiscal Year 2026), and may not count reductions achieved in previous fiscal years (such as deferred resignations initiated in Fiscal Year 2025).

*Continued Accountability* requires that agencies comply with their Annual Staffing Plan throughout the fiscal year. However, agencies may amend their plans in coordination with OMB and OPM.  In addition, an agency's Annual Staffing Plan may be updated during the course of the year based on enactment of relevant appropriations and/or authorizing legislation. Potential amendments to Annual Staffing Plans shall be submitted to workforce@omb.eop.gov and staffing@opm.gov.

Agencies shall submit updates to OMB and OPM each quarter, beginning with the second quarter of Fiscal Year 2026, showing progress with respect to their Annual Staffing Plan, including an explanation of any significant variances from the annual plan, and providing updates on implementing the recruitment initiatives set forth in the Merit Hiring Plan. OMB and OPM will

---

[7] *See* White House Domestic Policy Council & OPM, *Merit Hiring Plan*, at pp. 4-6, 14-16.

[8] *See* Executive Order 14210, *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative*, § 3(a) (February 11, 2025).

[9] However, agencies shall consult with OPM to determine the scope and extent of these exceptions from the four-to-one hiring ratio. Cf. OMB & OPM, *Federal Civilian Hiring Freeze Guidance* at p. 2 (Jan. 20, 2025) (stating that "Agency heads shall consult with the OPM in determining the scope and extent of positions covered by these mandatory exemptions.").

[10] Agencies shall not use contractors to circumvent the four-to-one hiring ratio. However, agencies may request that OPM allow a reduction of contractor full-time equivalents (FTEs) to count toward the four-to-one ratio for hiring federal employees, provided that they report the contractor reduction to OPM, do not backfill the positions with new contractors, and do not backfill the positions with employees whose total compensation exceeds that of the contractor.

provide additional guidance on the contents of Annual Staffing Plans and quarterly updates, along with related data calls, under separate cover.

Going forward, agencies shall prepare Annual Staffing Plans at the start of each new fiscal year in coordination with OMB and OPM, and provide quarterly updates to OMB and OPM. Annual Staffing Plans for FY 2026 shall be submitted to OMB and OPM no later than December 1, 2025.

### III.    Coverage of *Continued Accountability* and Exceptions

The policies and procedures set forth in *Continued Accountability* apply to all executive departments and agencies, regardless of their sources of operational and programmatic funding. They do not apply, however, to military personnel of the armed forces, or to the Executive Office of the President or components thereof. Additionally, *Continued Accountability* does not apply to positions related to national security, immigration enforcement, or public safety. However, for visibility and planning purposes, such positions should be accounted for in the agency's Annual Staffing Plan and quarterly updates to the greatest extent practicable.[11] In addition, agencies shall consult with OPM to determine the scope and extent of these exceptions.[12]

*Continued Accountability* does not apply to non-career positions requiring Presidential appointment or Senate confirmation, non-career positions in the Senior Executive Service, Schedule C or Schedule G positions in the Excepted Service, or to the appointment of any other non-career employees or officials if approved by an agency head appointed by the President, or another official appointed by the President. However, agencies should account for these positions in their Annual Staffing Plans and quarterly updates.

Further, while *Continued Accountability* requires the creation of Strategic Hiring Committees, it additionally makes clear that hiring may proceed where specifically approved by the head of an executive department as defined in 5 U.S.C. § 101. OPM may also authorize the head of an independent establishment (as defined in 5 U.S.C. § 101) to use this exception.

Finally, OPM may make additional exceptions to *Continued Accountability*, which it will evaluate on a case-by-case basis. In addition, exemptions previously granted by OPM shall remain in effect unless withdrawn by OPM.

---

[11] Intelligence Community agencies need not submit Annual Staffing Plans or quarterly updates. OPM may make additional exceptions for certain positions and agencies in unusual circumstances.

[12] Cf. OMB & OPM, *Federal Civilian Hiring Freeze Guidance* at p. 2 (Jan. 20, 2025).

A200

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

## PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION

3374130

A201

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, and National Association of Government Employees, Inc. respectfully request that the Court enter a stay under 5 U.S.C. § 705 against Scott Kupor, in his official capacity as Director of the Office of Personnel Management, the Office of Personnel Management, and the United States of America ("Defendants"), staying the implementation of the Merit Hiring Plan and Merit Hiring Plan Guidance, insofar as they direct the inclusion and use of the Loyalty Question in federal civil service hiring. Plaintiffs also seek an order enjoining Defendants, their officers, agents, and employees, and other persons who are in active concert or participation with any of them from implementing, requiring, using, or permitting the use of the Loyalty Question in civil service hiring; from using, requiring, or permitting the use of, or reliance upon, answers to the Loyalty Question in any manner; and from implementing, giving effect to, or reinstating the Loyalty Question under a different name.

As set forth in greater detail in the accompanying memorandum of points and authorities, and the declarations of Everett Kelley, Lee Sutton, Fernando Colón, Cara Meyer, and Federal Workers 1-4 filed herewith, Plaintiffs have established that they are likely to succeed on the merits of their claims under the First Amendment, because the Merit Hiring Plan's imposition of a Loyalty Question violates the First Amendment rights of Plaintiffs' members; and under the Administrative Procedure Act, because the Merit Hiring Plan and MHP Guidance are arbitrary and capricious, and contrary to the Constitution. Plaintiffs have demonstrated a strong likelihood of success on the merits of their claims and have shown that, absent relief, they will suffer irreparable harm, with the balance of equities and the public interest weighing in favor of

1

3374130

A202

granting a stay and preliminary injunction. Plaintiffs will post a nominal bond of $100 pursuant to Federal Rule of Civil Procedure 65(c).

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: November 19, 2025          By:   */s/ Warren A. Braunig*
Warren A. Braunig*
Sara Fitzpatrick*
Charlotte J. Kamai*
Cara R. Meyer*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
wbraunig@keker.com
sfitzpatrick@keker.com
ckamai@keker.com
cmeyer@keker.com
*Counsel for Plaintiffs*

Tsuki Hoshijima (BBO # 693765)
Elena Goldstein*
Webb Lyons**
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 991 0159
thoshijima@democracyforward.org
egoldstein@democracyforward.org
wlyons@c.democracyforward.org**
**Of Counsel*
*Counsel for Plaintiffs*

2

3374130

A203

Ori Lev*
Jacek Pruski*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org
jacek.pruski@protectdemocracy.org
*Counsel for Plaintiffs*

Rushab B. Sanghvi*
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
sanghr@afge.org
*Counsel for Plaintiff American Federation
of Government Employees, AFL-CIO (AFGE*)

Matthew S. Blumin*
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW, Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation of State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Sarah Suszczyk*
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

*Admitted pro hac vice

3

3374130

A204

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) and Federal Rule of Civil Procedure 65, counsel for Plaintiffs certify that they have given counsel for all Defendants notice of this motion and they have attempted to meet and confer in good faith with Defendants' counsel concerning this motion, in an effort to narrow or resolve the issues before filing.

_/s/Warren A. Braunig_
Warren A. Braunig

4

3374130

A205

5

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

/s/Warren A. Braunig
Warren A. Braunig

5

A206

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., | Case No.  1:25-cv-13305-GAO |
| Plaintiffs, | |
| v. | |
| SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
STAY UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION**

3117700

A207

**TABLE OF CONTENTS**

I.    INTRODUCTION ...................................................................................................1

II.   BACKGROUND ...................................................................................................4

    A.   For 150 Years, Congress Has Strengthened and Affirmed a Nonpartisan, Merit-Based Civil Service...........................................................................4

    B.   The Merit Hiring Plan's Loyalty Question Undermines the Merit-Based Civil Service System....................................................................................5

    C.   The Loyalty Question Harms Plaintiffs and Their Members.................................9

III.  ARGUMENT.......................................................................................................12

    A.   Plaintiffs are Likely to Succeed on the Merits...............................................12

        1.   The Loyalty Question Violates the First Amendment. ..............................12

            a.   The Loyalty Question Unconstitutionally Conditions Federal Employment on Political Patronage.................................13

            b.   The Loyalty Question Promotes and Enables Unconstitutional Viewpoint Discrimination. ...............................16

            c.   The Loyalty Question Unconstitutionally Compels Speech..........18

            d.   The Loyalty Question Chills Speech. ...........................................20

            e.   The Loyalty Question Fails Strict or Exacting Scrutiny................21

        2.   The MHP and the MHP Guidance Violate the Administrative Procedure Act.........................................................................................22

            a.   The MHP and MHP Guidance Together Are Final Agency Action...........................................................................................22

            b.   Use of the Loyalty Question is Arbitrary and Capricious.............23

            c.   The Loyalty Question is Contrary to Constitutional Right............26

    B.   Plaintiffs Face Irreparable Harm Absent Injunctive Relief. ................................27

    C.   The Balance of Equities and the Public Interest Favor a Preliminary Injunction. ..................................................................................................28

3117700

A208

D.    This Court Has Jurisdiction Over Plaintiffs' First Amendment and APA
      Claims. ................................................................................................28

E.    A Stay and Preliminary Injunction Are Necessary and Appropriate
      Remedies. .............................................................................................33

IV.    CONCLUSION .........................................................................................35

3117700

A209

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Federal Cases**

*303 Creative LLC v. Elenis*,
  600 U.S. 570 (2023)..............................................................................................................18

*AFGE v. Trump*,
  2025 WL 1482511 (N.D. Cal. May 22, 2025), *aff'd*, 2025 WL 1541714 (9th
  Cir. May 30, 2025)................................................................................................................29

*AFGE v. U.S. Off. of Pers. Mgmt.*,
  2025 WL 900057 (N.D. Cal. Mar. 24, 2025).........................................................................29

*AFGE v. U.S. Off. of Pers. Mgmt.*,
  No. C 25-01780 WHA, 2025 WL 2633791 (N.D. Cal. Sept. 12, 2025).......................... *passim*

*AFSCME v. U.S. Off. of Mgmt. & Budget*,
  No. 25-CV-08302-SI, 2025 WL 3018250 (N.D. Cal. Oct. 28, 2025).......................................6

*Agency for Int'l Dev. v. All. for Open Soc'y Int'l, Inc.*,
  570 U.S. 205 (2013)...............................................................................................19, 31, 34

*Akebia Therapeutics, Inc. v. Azar*,
  976 F.3d 86 (1st Cir. 2020).................................................................................................12

*Am. Ass'n of Univ. Professors v. Rubio*,
  2025 WL 2777659 (D. Mass. Sept. 30, 2025) ......................................................................17

*Am. Ass'n of Univ. Professors v. Rubio*,
  780 F. Supp. 3d 350 (D. Mass. 2025) ...................................................................................20

*Am. Fed'n of Gov't Emps. v. Trump*,
  139 F.4th 1020 (9th Cir. 2025) ......................................................................................29, 33

*Ams. for Prosperity Found. v. Bonta*,
  594 U.S. 595 (2021)............................................................................................................21

*Ass'n of Am. Univs. v. Dep't of Def.*,
  792 F. Supp. 3d 143 (D. Mass. 2025) ..............................................................................12, 34

*Atieh v. Riordan*,
  727 F.3d 73 (1st Cir. 2013)..................................................................................................26

*Axon Enter., Inc. v. Fed. Trade Comm'n*,
  598 U.S. 175 (2023)........................................................................................................32, 33

3117700

A210

*Bantam Books, Inc. v. Sullivan*,
    372 U.S. 58 (1963).................................................................................................20, 21

*Bennett v. Spear*,
    520 U.S. 154 (1997)......................................................................................................22

*Branti v. Finkel*,
    445 U.S. 507 (1980)................................................................................................13, 21

*California v. Kennedy*,
    No. CV 25-12019-NMG, 2025 WL 2807729 (D. Mass. Oct. 1, 2025) ..................................34

*Chicago Women in Trades v. Trump*,
    No. 25 C 2005, 2025 WL 3034056 (N.D. Ill. Oct. 30, 2025)...................................................35

*Counterman v. Colorado*,
    600 U.S. 66 (2023)...................................................................................................20, 21

*Dep't of Com. v. New York*,
    588 U.S. 752 (2019)......................................................................................................24

*Dorce v. Wolfe*,
    506 F. Supp. 3d 142 (D. Mass. 2020) .......................................................................28

*Elev8 Baltimore, Inc. v. Corp. for Nat'l & Cmty. Serv.*,
    2025 WL 1865971 (D. Md. July 7, 2025)..........................................................6, 29, 32

*Elgin v. Dep't of Treasury*,
    567 U.S. 1 (2012)..........................................................................................................28

*Elrod v. Burns*,
    427 U.S. 347 (1976)..............................................................................................12, 13, 21

*F.C.C. v. Fox Television Stations, Inc.*,
    556 U.S. 502 (2009)......................................................................................................24

*Harris v. Quinn*,
    573 U.S. 616 (2014)......................................................................................................19

*Heffernan v. City of Paterson*,
    578 U.S. 266 (2016)......................................................................................................13

*HM Florida-ORL, LLC v. Governor of Florida*,
    137 F.4th 1207 (11th Cir. 2025) ................................................................................18

*Iancu v. Brunetti*,
    588 U.S. 388 (2019)......................................................................................................16

iv

*Indep. Petroleum Ass'n of Am. v. Babbitt,*
  92 F.3d 1248 (D.C. Cir. 1996) ................................................................25

*Janus v. AFSCME, Council 31,*
  585 U.S. 878 (2018) ................................................................18, 19, 21

*Lakewood v. Plain Dealer Publishing Co.,*
  486 US 750 (1988) ................................................................17

*Meese v. Keene,*
  481 U.S. 465 (1987) ................................................................20

*Melone v. Coit,*
  100 F.4th 21 (1st Cir. 2024) ................................................................23, 25, 26

*Nat'l Ass'n of Immigr. Judges v. Owen,*
  139 F.4th 293 (4th Cir. 2025) ................................................................32

*Nat'l Educ. Ass'n v. U.S. Dep't of Educ.,*
  779 F. Supp. 3d 149 (D.N.H. 2025) ................................................................26

*Nat'l Instit. of Family & Life Advocates v. Becerra,*
  585 U.S. 755 (2018) ................................................................18, 19

*New York v. Kennedy,*
  155 F.4th 67 (1st Cir. 2025) ................................................................29

*Nken v. Holder,*
  556 U.S. 418 (2009) ................................................................12, 28

*Ohio v. EPA,*
  603 U.S. 279 (2024) ................................................................23, 24

*Phelan v. Laramie Cnty. Cmty. Coll. Bd. of Trs.,*
  235 F.3d 1243 (10th Cir. 2000) ................................................................19

*Reed v. Town of Gilbert, Ariz.,*
  576 U.S. 155 (2015) ................................................................16, 21

*R.I. Latino Arts v. Nat'l Endowment for the Arts,*
  777 F. Supp. 3d 87 (D.R.I. 2025) ................................................................27

*Roman Cath. Diocese of Brooklyn v. Cuomo,*
  592 U.S. 14 (2020) ................................................................3, 27, 33, 34

*Rosenberger v. Rector & Visitors of Univ. of Va.,*
  515 U.S. 819 (1995) ................................................................16, 17

v

A212

*Rutan v. Republican Party of Ill.*,
    497 U.S. 62 (1990)..................................................................................13, 14, 15, 21

*Sindicato Puertorriqueno de Trabajadores v. Fortuno*,
    699 F.3d 1 (1st Cir. 2012)...................................................................................27

*Somerville Pub. Sch. v. McMahon*,
    139 F.4th 63 (1st Cir. 2025), *administratively stayed sub. nom.*, *McMahon v.*
    *New York*, 125 S.Ct. 2643 (2025) ......................................................................29

*Thunder Basin Coal Co. v. Reich*,
    510 U.S. 200 ....................................................................................30, 31, 32, 33

*Trump v. CASA, Inc.*,
    606 U.S. 831 (2025)...........................................................................................34

*Turner v. U.S. Agency for Glob. Media*,
    502 F. Supp. 3d 333 (D.D.C. 2020) ...................................................................30

*United States v. Fausto*,
    484 U.S. 439 (1988)...........................................................................................31

*United States v. Nat'l Treasury Emps. Union*,
    513 U.S. 454 (1995)...........................................................................................30

*Univ. of Tex. M.D. Anderson Cancer Ctr. v. U.S. Dep't of Health & Hum. Servs.*,
    985 F.3d 472 (5th Cir. 2021) .............................................................................25

*Vaqueria Tres Monjitas, Inc. v. Irizarry*,
    587 F.3d 464 (1st Cir. 2009)..............................................................................12

*Virginia v. Black*,
    538 U.S. 343 (2003)...........................................................................................20

*W. Va. State Bd. Of Educ. v. Barnette*,
    319 U.S. 624 (1943) (Murphy, J., concurring) ..............................................18, 19

*Weaver v. U.S. Info. Agency*,
    87 F.3d 1429 (D.C. Cir. 1996)...........................................................................30

*Whitman v. Am. Trucking Ass'ns*,
    531 U.S. 457 (2001)...........................................................................................22

*Winter v. Nat. Res. Def. Council, Inc.*,
    555 U.S. 7 (2008)..........................................................................................12, 27

**Federal Statutes**

5 U.S.C. § 71..............................................................................................................31

3117700

A213

5 U.S.C § 704 ..................................................................................................................22

5 U.S.C. § 705 ............................................................................................................ *passim*

5 U.S.C. § 706 ..................................................................................................23, 26, 27

5 U.S.C. § 1214 ...............................................................................................................31

5 U.S.C § 2102 .................................................................................................................4

5 U.S.C. § 2103 ................................................................................................................4

5 U.S.C. § 2301 ...............................................................................................4, 21, 25

5 U.S.C. § 3131 ................................................................................................................4

5 U.S.C. § 3134 ................................................................................................................4

5 U.S.C. § 3320 ................................................................................................................4

5 U.S.C. § 3330 ................................................................................................................5

5 U.S.C. § 3331 ................................................................................................................5

5 U.S.C. § 3393 ................................................................................................................4

5 U.S.C. § 7103 ...............................................................................................................31

5 U.S.C. § 7111 ...............................................................................................................31

5 U.S.C. § 7512 ...............................................................................................................31

28 U.S.C. § 1331 .............................................................................................................28

Pendleton Act of 1883 ......................................................................................................4

Privacy Act .......................................................................................................................3

**Regulations**

Exec. Order No. 14170, 90 Fed. Reg. 8621 (Jan. 30, 2025) .....................................6, 24

Exec. Order No. 14356, 90 Fed. Reg. 48387 (October 15, 2025) ..................................7

3117700

## I.    INTRODUCTION

A cornerstone of American democracy is a nonpartisan, career civil service system based on merit, not political loyalty. But in May 2025, the Trump Administration took another dangerous step toward dismantling that system. The U.S. Office of Personnel Management ("OPM") and the White House issued a so-called Merit Hiring Plan ("MHP") that is anything but merit-based: it directs that federal job applications include an essay question that prompts candidates to express and detail their support for President Trump and his policies. Specifically, the essay question—the Loyalty Question—asks candidates to explain how they would "help advance the President's Executive Orders and policy priorities," and tells them to identify which of the President's EOs and policies "are significant to you." OPM has instructed hiring managers and political appointees to review applicants' responses to these questions before making any hiring decisions. There is no purpose to the Loyalty Question other than to try to enforce federal employee allegiance to President Donald Trump.[1]

None of this is surprising. The Trump Administration has been clear about its desire to upend the merit-based civil service and instead fill the federal workforce with people loyal to President Trump. The Loyalty Question carries out this clear intent. But the Loyalty Question, and OPM's implementation of it, violates the First Amendment and the Administrative Procedure Act ("APA").

The First Amendment problems with the Loyalty Question are manifold. First, the Loyalty Question is a form of prohibited political patronage, conditioning employment on applicants' actual or perceived political beliefs. Second, it is a tool for viewpoint discrimination,

---

[1] On November 17, 2025, Plaintiffs filed a Consent Motion for Leave to File Excess Pages and a Motion for Leave to File Nonparty Declarations Under Pseudonyms in relation to this filing. ECF Nos. 32 & 33. These motions are pending before the Court.

A215

because government officials—who have unfettered discretion to utilize the answers to the Loyalty Question in hiring—are likely to use it to identify and hire candidates based on the candidates' political views toward President Trump. Third, even if the Trump Administration does not use the Loyalty Question to test for loyalty, it still violates the First Amendment because it both compels and chills protected speech. The Loyalty Question compels speech by prompting applicants to share their political beliefs in response to a question that has no bearing on their job, and to answer this question in a way that applicants believe will be appealing to the Administration. The Loyalty Question chills speech by deterring applicants from speaking their truthful opinions or from applying to federal jobs altogether.

Plaintiffs here—three unions acting on behalf of their members, many of whom have encountered the Loyalty Question in federal job applications—have been harmed in each of these ways. The Loyalty Question therefore violates Plaintiffs' First Amendment rights.

Plaintiffs also challenge the MHP because it violates the APA. It is arbitrary and capricious several times over, both because it is substantively unreasonable and because it lacks adequate explanation. In fact, OPM provides no explanation at all for why it has made an applicant's *personal* political views part of the civil service hiring process; not only are such views irrelevant for civil service jobs but their consideration in federal employment is the opposite of what Congress has mandated. OPM's subsequent guidance related to the MHP and the Loyalty Question only adds to the arbitrariness. The guidance claims that an applicant's response to the Loyalty Question will not be scored and that agencies cannot use it to screen out applicants or to "impose an ideological litmus test." But the guidance also says that applicants are "encouraged to thoughtfully address" the Loyalty Question and that responses will be reviewed by the agency's political leadership as part of the hiring process. So, how will agency

2

A216

political leadership evaluate and utilize responses to the Loyalty Question, and what possible purpose does it serve if it is not a test of allegiance to President Trump? Unsurprisingly, OPM never says. That is the embodiment of an arbitrary and capricious rule.[2]

Plaintiffs respectfully ask this Court to stay the MHP's implementation and use of the Loyalty Question and grant preliminary injunctive relief in order to provide complete relief to Plaintiffs and their members. This Court has jurisdiction over Plaintiffs' claims, which challenge the constitutionality of OPM's government-wide program, not any personnel decision or labor action. And each of the preliminary injunction factors—which are the same factors for evaluating a requested stay of agency action—weighs in Plaintiffs' favor. The Loyalty Question plainly violates the First Amendment and the APA. And there is no real question that Plaintiffs are suffering irreparable harm, because "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020) (quoting *Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality)). Finally, the balance of equities favors relief because not only is there no government interest in continuing an unconstitutional and unlawful hiring practice, but Defendants themselves have never articulated *any* purpose of the Loyalty Question, much less a lawful one. This Court should exercise its authority under 5 U.S.C. § 705 to stay the MHP to the extent it directs and permits the inclusion and use of the Loyalty Question, and further should enter preliminary injunctive relief to ensure that Plaintiffs' members are protected from the Loyalty Question.

---

[2] Plaintiffs also allege that the Loyalty Question violates the Privacy Act but are not moving for preliminary relief on that claim.

## II.    BACKGROUND

### A.    For 150 Years, Congress Has Strengthened and Affirmed a Nonpartisan, Merit-Based Civil Service.

For nearly 150 years, the merit-based career civil service has attracted highly qualified individuals who serve the federal government in an array of fields, across presidential administrations, as nonpolitical public servants. But this was not always the case: in the nineteenth century, political patronage and a "spoils system" was the norm, with federal employment doled out as a reward for campaign work and political loyalty. The flaws and abuses of the system reached a boiling point when Charles Guiteau assassinated President James A. Garfield because the new administration had not rewarded Guiteau with a federal job for supporting Garfield's campaign. In response, Congress passed the Pendleton Act of 1883, which laid the foundation for today's civil service system.[3]

Over the next 100 years, Congress repeatedly passed and amended legislation to strengthen the federal civil service as a *merit*-based system, emphasizing that civil service hiring and personnel decisions should be based on merit alone, not politics. *See, e.g.*, 5 U.S.C. § 2301(b)(1) ("selection and advancement should be determined solely on the basis of relative ability, knowledge, and skill, after fair and open competition").

Today, there are more than two million federal employees in the civil service,[4] nearly a third of whom are veterans. These public servants provide the American people services that range from nursing care for veterans to research on the space program, from rooting out

---

[3] The Act was formally titled An Act to Regulate and Improve the Civil Service of the United States, 22 Stat. c. 27, p. 403 (Jan. 16, 1883).

[4] Most career federal civil service positions are generally classified into one of three "services": (1) competitive service, 5 U.S.C § 2102; (2) excepted service, *id.* § 2103; and (3) Senior Executive Service, *id.* § 3131. While each has different hiring processes and requirements, hiring for each is based on merit. *See, e.g., id.* §§ 2301(b)(1), 3393, 3134, 3320.

3117700

A218

healthcare fraud to helping family farmers. Each takes an oath of loyalty to the Constitution, not to any president or political party. *See* 5 U.S.C. § 3331.

Most civil service job vacancy announcements are posted to USAJOBS.gov, a website operated by OPM that is "the federal government's official employment site" and "serves as the central place to find opportunities in hundreds of federal agencies."[5] OPM uses USAJOBS to satisfy its statutory obligation to "establish and keep current a comprehensive list of all announcements of vacant positions in the competitive service within each agency." 5 U.S.C. § 3330(b). Each vacancy announcement on USAJOBS identifies to whom the job is open, its duties, its requirements, how candidates will be evaluated, required documents for application, and instructions on how to apply. Many announcements include an "assessment questionnaire"— and, because of the MHP, this questionnaire often now includes the Loyalty Question.

B.   **The Merit Hiring Plan's Loyalty Question Undermines the Merit-Based Civil Service System.**

The Trump Administration has been explicit in its desire to dismantle the career civil service and install a federal workforce of loyalists. The examples are legion: President Trump has disparaged career civil servants as "crooked" and "dishonest" and proclaimed that the "deep state must and will be brought to heel"; future Vice President J.D. Vance advised President Trump to fire "every civil servant in the administrative state, replace them with our people"; and the Director of the White House Office of Management and Budget Russell Vought, prior to assuming his current role, stated that "[w]e want bureaucrats to be traumatically affected." Meyer Decl. Exs. B–E. The Trump Administration has followed this rhetoric with action. Executive orders have tried to strip civil service protections from a wide swath of career civil

---

[5] Declaration of Cara Meyer ("Meyer Decl."), Ex. A. Most civil service jobs listed on USAJOBS are open to anyone in the general public. Applicants do not have to be, and often are not, current federal workers or members of a government employees' union.

A219

servants, illegally fired thousands of probationary workers (who are typically in their first year or two of federal service), executed significant reductions in force, and stripped collective bargaining rights from over one million employees. *Id.* Exs. F–K.[6]

President Trump has focused not only on ridding the federal workforce of existing civil servants, but also on remaking it in his own ideological image. On his first day in office, President Trump issued Executive Order 14170, which directed the Director of OPM and White House officials to develop a federal hiring plan "that brings to the Federal workforce only highly skilled Americans dedicated to the furtherance of American ideals, values, and interests." Exec. Order No. 14170, 90 Fed. Reg. 8621 (Jan. 30, 2025). On May 29, 2025, OPM and the White House responded by issuing the MHP. As relevant here, the MHP directs that "all Federal job vacancy announcements graded at GS-05 or above will include four short, free-response essay questions." ECF No. 1-1 (MHP) at 9. The third essay question, the Loyalty Question, asks:

> How would you help advance *the President's* Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives *that are significant to you*, and explain how you would help implement them if hired.

*Id.* at 9-10 (emphasis added). The MHP also requires that agency leadership—*i.e.*, political appointees—be involved throughout the full hiring process, including reviewing essay responses and approving hiring decisions. *Id.* at 9.

On June 23, 2025, OPM issued guidance entitled "Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions" ("MHP Guidance"). ECF No. 1-2. But the MHP

---

[6] Courts across the country have enjoined many of these actions. *See, e.g., AFGE v. U.S. Off. of Pers. Mgmt.*, No. C 25-01780 WHA, 2025 WL 2633791 (N.D. Cal. Sept. 12, 2025) (enjoining mass terminations of probationary employees); *Elev8 Baltimore, Inc. v. Corp. for Nat'l & Cmty. Serv.*, 2025 WL 1865971 (D. Md. July 7, 2025) (ordering reinstatement of Americorps funding and workers); *AFSCME v. U.S. Off. of Mgmt. & Budget*, No. 25-CV-08302-SI, 2025 WL 3018250 (N.D. Cal. Oct. 28, 2025) (enjoining mass terminations of employees during the federal shutdown).

3117700

A220

Guidance only compounds the problems with the Loyalty Question. It first states that applicants who do not answer the question "will not be disqualified or screened out," that responses "are not scored or rated," and that responses "must not be used to impose an ideological litmus test." *Id.* at 2. But then the MHP Guidance says the job application should tell candidates that "we encourage you to thoughtfully address each question," and that answers to the Loyalty Question will be reviewed "by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the manager and later to agency leadership." *Id.*

Subsequent guidance has only emphasized the importance of the Loyalty Question and the outsized role it will play in the hiring process. In September, OPM released additional guidance to federal agencies, stating that the four essay questions "must be used on *all competitive service job opportunity announcements* [with limited exceptions]," that "*[a]ll agencies* . . . are required to comply with the requirements and implementation of the Merit Hiring Plan," and that "agencies *should immediately* . . . [u]se the four short essay questions." ECF No. 1-4 at 1, 2, 7 (emphasis added). In October, the President issued another executive order directing that each federal agency must establish a Strategic Hiring Committee to approve the filling of vacancies, that this Committee must include high-level senior political appointees, and that "[a]ny Federal hiring shall be consistent with the Merit Hiring Plan." *Ensuring Continued Accountability in Federal Hiring*. Exec. Order No. 14356, 90 Fed. Reg. 48387 (October 15, 2025). And later in October, OPM and the Office of Management and Budget ("OMB") followed that executive order with guidance that doubles-down on the central role of high-level political appointees in the hiring process: they "must ensure that agency hiring is consistent with . . . administration priorities" and "should not ministerially ratify or routinely

7

defer to the recommendation of others in reviewing and approving new hires, but should instead use [their] independent judgment." ECF No. 1-5 at 2.

The message is clear: if an applicant does not answer the Loyalty Question or does not answer in a way that expresses personal allegiance to the Trump Administration, political appointees will see and review that response (or non-response). Indeed, in an August training session with agencies, an OPM official stated: "[T]his is a very specific priority for this administration to have this information, prior to making a final offer to the candidate." Meyer Decl. ¶ 2.

As of the November 6, 2025 filing of Plaintiffs' complaint, the Loyalty Question had appeared on over 5,800 job postings and appears on more by the day. *See* ECF No. 1-3 ("'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (documenting the number of federal job vacancy postings that include the Loyalty Question)).[7] Almost all of the job postings containing the Loyalty Question are open to the general public; both current federal workers and non-federal workers are eligible to apply and must answer it if they do so. The Loyalty Question has been part of the application process for positions as diverse as Nuclear Materials Courier (Dept. of Energy), Air Traffic Control Specialist (Dept. of the Air Force), Meatcutting Worker (Dept. of Defense), Social Worker (Dept. of Defense), Practical Nurse (Dept. of Justice), Electrical Engineering Patent Examiner (Dept. of Commerce), and Crane Operator (Dept. of Transportation). Meyer Decl. Exs. L–R. The Loyalty Question is included in *over 200 job postings* for wildland firefighters and other jobs related to preventing and addressing wildfires. *Id.* Ex. S. In a particularly troubling development, the Loyalty Question is being used on

---

[7] Agencies continued to list new job postings containing the Loyalty Question even amidst the federal government shutdown. In October 2025, after the lapse in appropriations, more than *1,700* jobs postings included the Loyalty Question. ECF No. 1-3 at 54-79.

applications for Department of Education positions that are available only because of recent reductions in force. *See, e.g.*, *id.* Ex. T. In other words, after firing existing employees, the agency has now reposted jobs with near-identical duties but with the inclusion of the Loyalty Question.[8] As is true for all civil service positions, the job postings that include the Loyalty Question are positions for which an applicant's *personal* views on the President's policy priorities and executive orders are wholly irrelevant.

### C.    The Loyalty Question Harms Plaintiffs and Their Members.

Plaintiffs—the American Federation of Government Employees ("AFGE"), the National Association of Government Employees ("NAGE"), and the American Federation of State, County and Municipal Employees ("AFSCME")—are three labor unions that collectively represent millions of workers (collectively, "Union Plaintiffs"). Their members include current federal workers, former federal workers, and other non-federal-government employees, in both the public (e.g., state or local government) and private sectors, who may be interested in someday joining the federal workforce. The Union Plaintiffs' missions include protecting and vindicating the rights of the workers they represent, and advocating for those workers, in matters related to federal employment; increasing federal employment opportunities for their members; and assisting their members in making informed decisions about potential federal employment opportunities. Declaration of Everett Kelley ("Kelley Decl.") ¶¶ 2-4, 7-9; Declaration of Lee Sutton ("Sutton Decl.") ¶¶ 3-5, 7; Declaration of Fernando Colón ("Colón Decl.") ¶¶ 2-4, 6. Eliminating the Loyalty Question from federal job applications is highly germane to the Union Plaintiffs' missions to protect and advocate for the workers whom they represent.

---

[8] The above-listed postings are just examples of the thousands of postings for nonpartisan, civil service jobs that have included the Loyalty Question. ECF No. 1-3 is a list of all federal positions, including their department and pay grade, known to have included the Loyalty Question through November 4, 2025.

3117700

A223

The Union Plaintiffs brought these claims on behalf of their members. The unions' members include individuals who are interested in positions within the federal civil service and are suffering ongoing and irreparable injuries as a result of the Loyalty Question.

Some of Union Plaintiffs' members have applied for jobs that include the Loyalty Question and have been unlawfully compelled to speak about political issues in answering it. They reasonably fear their application will be disadvantaged or incomplete if they do not answer the Loyalty Question—or if they answer in a manner that is not satisfactory to the Trump Administration. Kelley Decl. ¶¶ 16-17; Sutton Decl. ¶¶ 13-15. For instance, Federal Worker 1 is an AFGE member and former federal employee who lost her job as a statistician at the Department of Education when she was subject to a reduction in force earlier this year. Federal Worker 1 Decl. ¶¶ 2-5. She recently saw a job posting for a near-identical position to the one she had before—but the posting included the Loyalty Question. *Id.* ¶¶ 6-7. Because she believed that failing to answer would harm her employment prospects, she reviewed every executive order the President had issued up to that point (198 of them) and identified one related to charter schools and school choice. *Id.* ¶¶ 11-12. Though this executive order is irrelevant to the position for which she was applying, she thought that she could write about it in a way the Administration could find acceptable. *Id.* But Federal Worker 1 does not support the policy that the executive order advances, so she could not express her full opinion and limited her answer to only parts of the executive order that she could write about in a manner that would curry favor. *Id.*

Similarly, Federal Worker 4 is an AFGE member who currently works at the Department of Veterans Affairs and has been applying to new federal jobs to move closer to her family. Federal Worker 4 Decl. ¶¶ 1-5. Like Federal Worker 1, she too felt compelled to answer the Loyalty Question to enhance her chances of employment. *Id.* ¶¶ 8-10. And she too combed

10

A224

through multiple executive orders to find one about which she could at least partially express a favorable opinion. *Id.* She responded to the Loyalty Question in a manner that she believed the Administration would find acceptable. *Id.*

Other of Union Plaintiffs' members are chilled from speaking and deterred from applying to federal jobs that they are otherwise interested in. For example, Federal Worker 3 is a NAGE member who works at the Department of Veterans Affairs. Federal Worker 3 Decl. ¶¶ 1-3. For months he had been applying to other federal jobs in hopes of higher pay and greater job stability. *Id.* ¶ 4. But once he encountered a posting with the Loyalty Question, he was taken aback, because he believes that the question violates his free speech rights. *Id.* ¶¶ 5-6. He saw multiple job postings that he believed he was qualified for and he otherwise would have applied to, but they included the Loyalty Question so he did not apply because he did not want to share his political views in a job application, and he did not believe he could answer honestly without harming his job prospects. *Id.* ¶¶ 5-10. Likewise, Federal Worker 2 is a military veteran and AFGE member who works at the Department of Education. Federal Worker 2 Decl. ¶¶ 1-4. She loves her job but believes she needs to look for a new one because the Trump Administration is attempting to dismantle her agency. *Id.* ¶¶ 5-6. Federal Worker 2 is committed to public service and has significant expertise with government functions, but she has not applied to any federal positions with the Loyalty Question because she believes it violates American principles— principles she fought for in the U.S. military—and is thus unwilling to answer it. *Id.* ¶¶ 7-10.

Plaintiff Unions have heard from hundreds of additional members expressing concern about the Loyalty Question. Kelley Decl. ¶¶ 12-14; Sutton Decl. ¶¶ 12-13; Colón Decl. ¶¶ 10-12. Those members believe the Loyalty Question, and the information it seeks, is irrelevant to the federal civil service jobs to which they might apply, is aimed at assessing whether applicants are

11

sufficiently loyal to President Trump, and will be used to illegally weed out candidates who are not. *Id.*

## III.    ARGUMENT

Plaintiffs "seeking a preliminary injunction must establish that [they] are likely to succeed on the merits, that [they] are likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tip in [their] favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). The same standard applies to plaintiffs seeking a stay under Section 705 of the APA. *Ass'n of Am. Univs. v. Dep't of Def.*, 792 F. Supp. 3d 143, 164 (D. Mass. 2025). The first factor—likelihood of success—is the "most important." *Akebia Therapeutics, Inc. v. Azar*, 976 F.3d 86, 92 (1st Cir. 2020). At the preliminary injunction stage, a court must assess "probable outcomes" but "need not conclusively determine the merits of the underlying claims." *Id.* at 93. The second factor— irreparable injury—operates "as a sliding scale, working in conjunction with a moving party's likelihood of success on the merits." *Vaqueria Tres Monjitas, Inc. v. Irizarry*, 587 F.3d 464, 485 (1st Cir. 2009). The third and fourth factors—balance of equities and public interest—"merge when the Government is the opposing party." *Nken v. Holder*, 556 U.S. 418, 435 (2009).

### A.    Plaintiffs are Likely to Succeed on the Merits.

#### 1.    The Loyalty Question Violates the First Amendment.

Plaintiffs are highly likely to succeed on their First Amendment claim. "[P]olitical belief and association constitute the core of those activities protected by the First Amendment." *Elrod v. Burns*, 427 U.S. 347, 356 (1976) (plurality). The Loyalty Question violates these core principles in four distinct ways. It (a) conditions employment on political patronage; (b) enables and facilitates discrimination on the basis of viewpoint; (c) compels speech on protected topics; and (d) chills protected speech. Because the Loyalty Question infringes on the First Amendment

12

3117700

A226

rights of Plaintiffs' members—and anyone in the general public who wishes to apply for federal employment—in each of these ways, it can only survive legal challenge if it passes strict or exacting scrutiny. But the Loyalty Question does not advance any government interest, much less a compelling one, nor is it narrowly tailored. If Plaintiffs demonstrate a likelihood of success on any one of these theories, they satisfy the first preliminary-injunction factor. Here, Plaintiffs can show a likelihood of success on each.

<div style="text-align:center">

**a.      The Loyalty Question Unconstitutionally Conditions Federal Employment on Political Patronage.**

</div>

The Loyalty Question creates a hiring system where federal job applicants are identifiable by, and may be selected based on, their professed or perceived political beliefs and loyalties. It is unconstitutional to "condition[] hiring decisions on political belief . . . unless the government has a vital interest in doing so." *Rutan v. Republican Party of Ill.*, 497 U.S. 62, 78 (1990). To justify a patronage condition, the government must prove both "an overriding interest . . . of vital importance" to the government, *Branti v. Finkel*, 445 U.S. 507, 515-16 (1980) (citation omitted), and that political belief "is an appropriate requirement for the effective performance of the public office involved," *id.* at 518. It is the government's burden to meet this standard. *Elrod*, 427 U.S. at 362.

Time and again, the Supreme Court has rejected efforts to condition public employment on an applicant or employee holding particular political beliefs. *See, e.g.*, *Elrod*, 427 U.S. at 356 (implementing "patronage dismissals" through "the denial of public employment" is an unconstitutional "inducement"); *Branti*, 445 U.S. at 515 ("If the First Amendment protects a public employee from discharge based on what he has said, it must also protect him from discharge based on what he believes."); *Rutan*, 497 U.S. at 78 (extending prohibition on patronage dismissals to hiring and holding that "conditioning hiring decisions on political belief

<div style="text-align:center">13</div>

<div style="text-align:right">A227</div>

and association plainly constitutes an unconstitutional condition, unless the government has a vital interest in doing so."); *Heffernan v. City of Paterson*, 578 U.S. 266, 268 (2016) (holding the First Amendment protects against hiring and firing on the basis of even *perceived* political activity and belief).

The Loyalty Question similarly operates as an unconstitutional patronage condition. The Loyalty Question asks applicants how they would "advance" and "implement" President Trump's "Executive Orders and policy priorities" and to "[i]dentify one or two relevant Executive Orders or policy initiatives" and explain how they are "significant to you." ECF No. 1-1 at 10. That is a direct call for the applicant's political views—*i.e.*, what aspects of the current President's agenda do *you* most support and what are *you* prepared to do to advance that agenda? The MHP further ensures that answers to the Loyalty Question will be evaluated in hiring. Responses to the question, or the fact that an applicant declined to answer, are provided to political appointees, who must review the responses before making hiring decisions. ECF No. 1-4. OPM has told agency officials that the Loyalty Question (and other essay responses) are "a very specific priority for this administration . . . prior to making a final offer to a candidate." Meyer Decl. ¶ 2. Especially given the stated goal of the President and Vice President, reiterated in recent calls to fire "Democrat-oriented" civil servants and replace them with "our people," *id.* Ex. U, it is evident that the Loyalty Question's objective is to identify candidates based on their political beliefs—or at least what they're willing to claim are their political beliefs—and favor perceived loyalists in hiring decisions.

The use of the Loyalty Question is quite similar to the patronage system the Supreme Court rejected in *Rutan*. There, the Court held that a program in which the Illinois Governor's Office reviewed the voting records of every applicant during the hiring process imposed on

14

applicants "a significant obligation to support political positions held by their superiors, and to refrain from acting on the political views they actually hold, in order to progress up the career ladder." 497 U.S. at 73. Here, as in *Rutan*, the conditioning of hiring on political loyalty threatens applicants with "significant penalties . . . for the exercise of rights guaranteed by the First Amendment." *Id.* at 74. From a constitutional perspective, it makes no difference whether the applicants actually hold the beliefs they espouse in response to the Loyalty Question, just as in *Rutan* it did not matter if the applicants actually supported the Republican Party. The constitutional violation arises from hiring managers and agency leaders using perceived political opinion as a basis for hiring decisions.

Nor does it matter that the MHP Guidance (though not the subsequent OPM directives) describes answering the Loyalty Question as optional. The Loyalty Question acts as an unconstitutional patronage condition not because it is required but because of how it is used. State employees were not required to vote in *Rutan*, but the use of their party registration and voting history (or even the fact that they did not vote) was just as problematic as conditioning their employment on having voted for Republicans. "What the First Amendment precludes the government from commanding directly, it also precludes the government from accomplishing indirectly." *Rutan*, 497 U.S. at 77-78. The Loyalty Question uncovers job applicants' views and beliefs about the policies and executive orders of one president, Donald Trump. As detailed above, Plaintiffs' members have felt compelled not only to answer it but to shade their answers in a pro-Trump manner. And answers to the Loyalty Question will be reviewed by politically appointed agency leadership, in an administration open about its desire to replace existing civil servants with loyalists. It requires no leap at all to conclude that implementing the Loyalty

15

A229

Question under the MHP is a form of political patronage, the kind repeatedly held unconstitutional by the Supreme Court.

> **b.    The Loyalty Question Promotes and Enables Unconstitutional Viewpoint Discrimination.**

The Loyalty Question is also unconstitutional because it enables unconstitutional content- and viewpoint-based discrimination by hiring managers and political appointees, who have unbounded discretion to use an applicant's professed or perceived political views in making hiring decisions. "Content-based laws—those that target speech based on its communicative content—are presumptively unconstitutional and may be justified only if the government proves that they are narrowly tailored to serve compelling state interests." *Reed v. Town of Gilbert, Ariz.*, 576 U.S. 155, 163 (2015). Indeed, "[d]iscrimination against speech because of its message is *presumed* to be unconstitutional." *Rosenberger v. Rector & Visitors of Univ. of Va.*, 515 U.S. 819, 828 (1995) (emphasis added). A particularly "egregious form of content discrimination" is viewpoint discrimination, *id.* at 829-30, actions by the government that favor one viewpoint over another or reflect the "the Government's disapproval of a subset of messages it finds offensive," *Iancu v. Brunetti*, 588 U.S. 388, 393 (2019) (citation omitted).

The Loyalty Question is an unconstitutional viewpoint-based regulation. It directly inquires into political beliefs. And the formulation of the question points in one direction: it asks only about President Trump's policies, how those policies are meaningful to the applicant personally, and how the applicant will advance them. Then, it places review of the answers in the hands of political appointees who are specifically instructed to be involved in hiring decisions. But the Supreme Court has held that "[i]n the realm of private speech or expression, government regulation may not favor one speaker over another." *Rosenberger*, 515 U.S. at 828; *see also Iancu*, 558 U.S. at 392-96 (prohibiting registration of "immoral or scandalous" trademarks was

16

3117700

A230

unconstitutional viewpoint discrimination because it allowed examiners to reject marks based on their own perceptions). A court in this district recently held that an executive order was unconstitutional viewpoint discrimination because the government intended to—and did— enforce it only against speakers who voiced pro-Palestinian or anti-Israel views. *See Am. Ass'n of Univ. Professors v. Rubio*, 2025 WL 2777659, at \*49 (D. Mass. Sept. 30, 2025). Here, too, the use of the Loyalty Question favors (and disfavors) speakers who voice particular views of the President and his policies. Such arbitrary decision-making based on expressed or perceived political viewpoints is classic viewpoint discrimination, and it is unconstitutional. *See Rosenberger*, 515 U.S. at 829.

The Loyalty Question further enables viewpoint discrimination because of the unfettered discretion given to hiring managers and political appointees in evaluating applicants' answers. The MHP Guidance claims that failure to answer the Loyalty Question will not result in applicants being "disqualified or screened out" and that answers will not be scored or rated; but then it provides no guidelines for how the answers should be used, no mechanism to control or monitor how they are considered, and no way to ensure that political appointees are not simply picking and choosing candidates based on their political beliefs. The Supreme Court has long recognized that granting government officials "unbridled discretion" to make decisions where protected speech is at issue creates an environment ripe for viewpoint discrimination. *See Lakewood v. Plain Dealer Publishing Co.*, 486 US 750, 757-59 (1988). In *Lakewood*, for instance, the Supreme Court struck down, on First Amendment grounds, an ordinance granting a mayor unfettered and unguided discretion to grant or deny licenses for setting up news racks, because it enabled discrimination based on content. *See id*. Here, the unbounded authority of politically-appointed agency leaders to use answers to the Loyalty Question in making hiring

17

A231

decisions is similarly sweeping and permissive. Those agency leaders are granted the discretion to decide which applicant is loyal enough, allowing for the subjective evaluation of expressed viewpoints about the president's policies, and without guidelines to prevent abuse or unconstitutional politically motivated decisions. *See also HM Florida-ORL, LLC v. Governor of Florida*, 137 F.4th 1207, 1223, 1226, 1230 (11th Cir. 2025) ("Laws without discernible standards threaten enforcement that is 'impermissibly based on content or viewpoint.'").

### c.      The Loyalty Question Unconstitutionally Compels Speech.

The Loyalty Question also violates the First Amendment because it unconstitutionally compels the speech of applicants who do not want to share their political opinions or who feel they must mold their answers to preserve their job prospects. The Loyalty Question compels discussion of President Trump and his policies, regardless of the applicant's personal views or desire to express them. This inquiry into, and forced expression of, political beliefs is unconstitutional.

The First Amendment protects "both the right to speak freely and the right to refrain from speaking at all." *W. Va. State Bd. Of Educ. v. Barnette*, 319 U.S. 624, 633-34 (1943) (Murphy, J., concurring). And the First Amendment generally prohibits the government from "compel[ling] a person to speak its own preferred messages," *303 Creative LLC v. Elenis*, 600 U.S. 570, 586 (2023), or compelling them to "alte[r] the content" of their speech, *Nat'l Instit. of Family & Life Advocates v. Becerra*, 585 U.S. 755, 766 (2018). "Nor does it matter whether the government seeks to compel a person to speak its message when he would prefer to remain silent or to force an individual to include other ideas with his own speech that he would prefer not to include." *303 Creative*, 600 U.S. at 586. "Compelling individuals to mouth support for views they find objectionable violates [a] cardinal constitutional command." *Janus v. AFSCME, Council 31*, 585 U.S. 878, 892 (2018).

<div align="center">18</div>

<div align="right">A232</div>

The Loyalty Question compels the speech of federal job applicants, including Plaintiffs' members, who prefer to not share their political views with the federal government.[9] It makes no difference that answering the Loyalty Question is technically optional. Government pressure to speak, where the failure to speak will have financial or personal consequences, is compelled speech. *See, e.g.*, *Phelan v. Laramie Cnty. Cmty. Coll. Bd. of Trs.*, 235 F.3d 1243, 1247 (10th Cir. 2000) ("indirect" government action "rather than a direct punishment" can compel speech in violation of the First Amendment). As discussed, responses to the Loyalty Question are reviewed by agency leadership before any hiring decisions, ECF No. 1-1, and responses are a "very specific priority for this Administration . . . prior to making a final offer." *Id.* ¶ 68. A reasonable applicant would believe their answers (or failure to answer) will affect their hiring prospects. Otherwise, there would be no point to the government including the question in the job posting. Indeed, Plaintiffs' members, including Federal Workers 1 and 4, reasonably felt they had no choice but to provide an answer to the Loyalty Question, despite not wanting to share their political views with the government. Federal Worker 1 Decl. ¶¶ 9-11; Federal Worker 4 Decl. ¶¶ 9-10; *see Barnette*, 319 U.S. at 633-34. And those members tailored their answers to match what they believed the Administration would find acceptable. Federal Worker 1 Decl. ¶ 12; Federal Worker 4 Decl. ¶ 10. This is classic compelled speech. *See, e.g.*, *Nat'l Instit.*, 585 U.S. at 766; *Janus*, 585 U.S. at 893 ("When speech is compelled . . . individuals are coerced into betraying their convictions."); *Harris v. Quinn*, 573 U.S. 616, 647 (2014) ("The government may not . . . compel the endorsement of ideas that it approves.").

---

[9] It does not matter that applicants are not *entitled* to federal employment. Even where an individual "has no entitlement to [a government] benefit," the government "may not deny [that] benefit to a person on a basis that infringes [their] constitutionally protected . . . freedom of speech." *Agency for Int'l Dev. v. All. for Open Soc'y Int'l, Inc.*, 570 U.S. 205, 214 (2013).

19

3117700

A233

**d.    The Loyalty Question Chills Speech.**

Finally, the Loyalty Question unconstitutionally chills the speech of Union members who wish to apply for federal government jobs. "[P]olitical speech [is] at the core of what the First Amendment is designed to protect." *Virginia v. Black*, 538 U.S. 343, 365, (2003). Accordingly, the First Amendment protects against government action or threatened enforcement that causes a "chilling effect" on protected speech and results in "self-censorship." *Counterman v. Colorado*, 600 U.S. 66, 75 (2023); *Am. Ass'n of Univ. Professors v. Rubio*, 780 F. Supp. 3d 350, 376 (D. Mass. 2025). "[I]nformal censorship," threats, "and other means of coercion, persuasion, and intimidation" have long been understood to have the potential to chill constitutionally protected speech. *Bantam Books, Inc. v. Sullivan*, 372 U.S. 58, 67 (1963). Plaintiffs have standing to raise claims for chilled speech when a relevant prohibition or requirement threatens to cause a "cognizable injury." *Meese v. Keene*, 481 U.S. 465, 473 (1987).

As discussed above, the plain language of the Loyalty Question seeks information about applicants' political thoughts and beliefs—speech that is protected by the First Amendment. Based on the Trump Administration's numerous statements about rooting out non-loyalists, Plaintiffs' members are likely to suffer cognizable injuries—including the financial cost of losing their current job and of not being selected for a new position for which they are otherwise qualified—if they indicate that they disagree with the current Administration's policies. As a result, their speech is chilled. Some members who submit applications are self-censoring by withholding certain viewpoints and political perspectives because they understand that their applications or current jobs would be put at risk. *See, e.g.,* Federal Worker 1 Decl. ¶ 12; Federal Worker 4 Decl. ¶ 10. Other members who want to submit complete and honest applications or who, out of principle, will not disclose their protected political thoughts and beliefs, are chilled from speaking and deterred entirely from applying to jobs for which they are otherwise qualified.

20

A234

*See, e.g.,* Federal Worker 2 Decl. ¶¶ 7-10; Federal Worker 3 Decl. ¶¶ 8-9. The Loyalty Question functions to chill speech and coerce applicants to self-censor in contravention of the First Amendment. *See Counterman*, 600 U.S. at 75; *Bantam Books*, 372 U.S. at 67.

### e.    The Loyalty Question Fails Strict or Exacting Scrutiny.

The Loyalty Question infringes the First Amendment rights of Plaintiffs' members because it conditions employment on political patronage, facilitates viewpoint discrimination, compels protected speech, and chills protected speech. Government actions resulting in such impingements on First Amendment speech are subject to strict, or exacting, scrutiny—in other words, they can survive challenge only if they advance vital government interests and are narrowly tailored. *See, e.g., Branti*, 445 U.S. at 515-16 (political patronage subject to strict scrutiny); *Reed*, 576 U.S. at 163 (viewpoint discrimination subject to strict scrutiny); *Janus*, 585 U.S. at 906 (compelled speech subject to exacting scrutiny); *Ams. for Prosperity Found. v. Bonta*, 594 U.S. 595, 609 (2021) (chilled speech subject to exacting scrutiny).

Here, there simply is no government interest—much less a vital or compelling one—in asking applicants for career federal jobs to identify the President's Executive Orders or policies that are "significant to [them]" and to explain how they would help advance them. An applicant's personal views of the President's policies are entirely unrelated to the effective performance of any career civil service position, *see* 5 U.S.C. § 2301(b)(1), and the Supreme Court has repeatedly considered and rejected justifications for conditioning public employment on political loyalty, *see, e.g., Elrod*, 427 U.S. at 364-65 (government efficiency is not served by screening based on political loyalty); *Rutan*, 497 U.S. at 75 (hiring based on political loyalty does not promote the democratic process). Nor is the Loyalty Question narrowly tailored; in fact, it is not tailored at all. The MHP directs its inclusion on "all Federal job vacancy announcements graded at GS-05 or above," subject to limited exceptions. ECF No. 1-1. The Loyalty Question has

21

A235

already appeared on thousands of job postings nationwide, including for firefighters, meatcutters, crane operators, and botanists, among many others. And there is hardly any guidance for how the government may use the answers or what role they may play in the application process. The Loyalty Question imposes a broad and irrelevant political condition on federal hiring, does not serve any government interest, is not narrowly tailored, and should be held unconstitutional.

### 2. The MHP and the MHP Guidance Violate the Administrative Procedure Act.

The MHP and the MHP Guidance also violate the Administrative Procedure Act because they are arbitrary and capricious and contrary to Constitutional right.

### a. The MHP and MHP Guidance Together Are Final Agency Action.

The Administrative Procedure Act makes reviewable "final agency action." 5 U.S.C § 704. For agency action to be "final," it must (1) "mark the consummation of the agency's decisionmaking process," and (2) be an action "by which rights or obligations have been determined, or from which legal consequences will flow." *Bennett v. Spear*, 520 U.S. 154, 177-78 (1997) (quotation marks omitted). Agency action is an expansive term, covering almost "every manner in which an agency may exercise its power." *Whitman v. Am. Trucking Ass'ns,* 531 U.S. 457, 478 (2001) (citation omitted).

The MHP and MHP Guidance together are final agency action. As to the first prong, the MHP and MHP Guidance together represent the consummation of OPM's decisionmaking: they direct the use of the Loyalty Question on federal job postings; and, indeed, the Loyalty Question has now appeared on thousands of federal job postings, with more added by the day. There are no further steps for OPM to take to implement the MHP or MHP Guidance with regard to the Loyalty Question. As to the second prong, the MHP and MHP Guidance determine the rights and obligations of, and establish legal consequences for, federal job applicants, who must decide

22

A236

whether to answer the Loyalty Question; leave it blank and jeopardize their application; or not apply at all to avoid being coerced into political speech. The MHP and MHP Guidance have clear legal consequences, in that they affect the First Amendment rights of federal job applicants, including Plaintiffs' members.[10]

### b.    Use of the Loyalty Question is Arbitrary and Capricious.

The APA requires courts to "hold unlawful and set aside" agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with [the] law." 5 U.S.C. § 706(2)(A). An agency action is arbitrary or capricious "if it is not reasonable and reasonably explained." *Ohio v. EPA*, 603 U.S. 279, 292 (2024). While a Court cannot "substitute its judgment for that of the agency," it must take care to "ensure" that the agency has "offered a satisfactory explanation for its action, including a rational connection between the facts found and the choice made." *Id.* Agency action is arbitrary and capricious if, among other things, "the agency has relied on factors which Congress has not intended it to consider, entirely failed to consider an important aspect of the problem, offered an explanation for its decision that runs counter to the evidence before the agency, or is so implausible that it could not be ascribed to a difference in view or the product of agency expertise." *Melone v. Coit*, 100 F.4th 21, 29 (1st Cir. 2024).

The MHP and MHP Guidance are arbitrary and capricious both because they are not reasonably explained and because they are substantively unreasonable. In fact, far from being "reasonably explained," the imposition of the Loyalty Question is not explained at all—neither the MHP nor the MHP Guidance offers any explanation as to why they direct the use of the

---

[10] The MHP and MHP Guidance together also determine the obligations of federal agencies to add the Loyalty Question to federal job postings and of hiring managers and political leadership to review the responses to the Loyalty Question in making hiring decisions.

3117700

A237

Loyalty Question. The MHP simply says, "[T]o implement Executive Order 14170, all Federal job vacancy announcements graded at GS-05 or above will include [the Loyalty Question]." But OPM never says how the Loyalty Question implements EO 14170 or why it made the decision to disregard decades of past practice and include an essay question on federal job applications that asks applicants to express support for the President's policies. This lack of explanation alone renders the MHP and MHP Guidance unlawful. *See F.C.C. v. Fox Television Stations, Inc.*, 556 U.S. 502, 515, (2009) ("To be sure, the requirement that an agency provide reasoned explanation for its action would ordinarily demand that it display awareness that it is changing position. An agency may not, for example, depart from a prior policy sub silentio[.]"); *see also Dep't of Com. v. New York*, 588 U.S. 752, 756 (2019) ("The reasoned explanation requirement of administrative law is meant to ensure that agencies offer genuine justifications for important decisions, reasons that can be scrutinized by courts and the interested public.").

OPM also fails to explain how the Loyalty Question will be used in the hiring process. The MHP Guidance claims that responses "will not be scored or rated" and "must not be used to impose an ideological litmus test on candidates." ECF No. 1-4. But if the Loyalty Question is not scored or rated, how should agencies use it? And if it is not used by agency leadership to test political allegiance to President Trump, what other purpose does it possibly serve? OPM never says. *See Ohio*, 603 U.S. at 292 (requiring "rational connection" between facts found and decision adopted); *Dep't of Com.*, 588 U.S. at 785 (noting that in reviewing agency justifications, courts are "not required to exhibit a naiveté from which ordinary citizens are free") (internal citations omitted).

The result of OPM's action—lacking as it is in explanation, clarity, or transparency—is a process in which applicants' responses inevitably will be used differently by different agencies

3117700

and even within agencies, depending on the whims of the hiring manager and political leadership. *See Indep. Petroleum Ass'n of Am. v. Babbitt*, 92 F.3d 1248, 1258 (D.C. Cir. 1996) ("[A]n agency must treat similar cases in a similar manner unless it can provide a legitimate reason for failing to do so."). This is the very definition of arbitrariness—and it is only compounded by the fact there is no rhyme or reason as to which postings include the Loyalty Question. To cite but one example, between November 4 and November 6, 2025, the Department of Agriculture posted seven job openings for GS-5/9 Consumer Safety Inspectors in seven different states. Five of those identical postings—in New Jersey, Virginia, Pennsylvania, Iowa, and Alabama—include the Loyalty Question. Meyer Decl. Ex V. Two postings—in Florida and Oklahoma—do not. *Id.* Ex. W. This arbitrariness means that some applicants will be subject to First Amendment violations while others are not. *See Univ. of Tex. M.D. Anderson Cancer Ctr. v. U.S. Dep't of Health & Hum. Servs.*, 985 F.3d 472, 479 (5th Cir. 2021) (noting that a "bedrock principle of administrative law [is] that an agency must treat like cases alike").

On a substantive level, the Loyalty Question is arbitrary and capricious because it makes an applicant's *personal* political views part of the career civil service hiring process. Not only is this a factor that Congress did not intend OPM to consider in the federal hiring process, but it is *the opposite* of what Congress directs in federal employment. *See Melone*, 100 F.4th at 29 (agency action is arbitrary and capricious if "the agency has relied on factors which Congress has not intended it to consider"). Congress has made clear that federal personnel management must follow merit system principles, 5 U.S.C. § 2301, including that "selection and advancement should be determined solely on the basis of relative ability, knowledge, and skill, after fair and open competition," *id.* § 2301(b)(1). The Loyalty Question turns Congress's design on its head.

25

A239

The Loyalty Question is also substantively unreasonable because it seeks information—and requires agencies to consider information—that is entirely irrelevant for career civil service jobs. A civil servant's responsibility is to discharge their job duties, regardless of their personal political views, so a civil servant's personal views of an EO or policy initiative are categorically irrelevant. Moreover, the vast majority of federal jobs—including the vast majority in which the Loyalty Question appears—have nothing to do in substance with the President's EOs or signature policy initiatives. OPM's decision to include the Loyalty Question on these civil service job postings is "so implausible that it cannot be attributed to a difference of opinion or the application of agency expertise." *Atieh v. Riordan*, 727 F.3d 73, 75-76 (1st Cir. 2013).

Finally, OPM's actions are arbitrary and capricious because OPM has "entirely failed to consider an important aspect of the problem." *Melone*, 100 F.4th at 29. OPM failed to consider how the Loyalty Question violates applicants' First Amendment rights by compelling them to speak and share their political views; failed to consider how including the Loyalty Question would harm the government's ability to attract, recruit, and retain well-qualified candidates; and, most importantly, failed to consider how the Loyalty Question would harm the American public due to the loss of a professional, nonpartisan, merit-based civil service. These are unquestionably important aspects of the federal hiring process.

The MHP and MHP Guidance are the very definition of arbitrary and capricious action, and, as such, they violate the APA.

c.     **The Loyalty Question is Contrary to Constitutional Right.**

The APA requires courts to "hold unlawful and set aside" agency action that is "contrary to constitutional right, power, privilege, or immunity." 5 U.S.C. § 706(2)(B). "An analysis of whether agency action violates the APA because it is contrary to constitutional right mirrors the analysis of whether the agency action violates the relevant constitutional provision." *Nat'l Educ.*

26

A240

*Ass'n v. U.S. Dep't of Educ.*, 779 F. Supp. 3d 149, 197 (D.N.H. 2025). Courts in this circuit recognize that where plaintiffs are likely to succeed on a First Amendment claim at the preliminary injunction stage, "it follows that they are likely to succeed on their contrary-to-constitutional-right APA claim." *Id.*; *see also R.I. Latino Arts v. Nat'l Endowment for the Arts*, 777 F. Supp. 3d 87, 103, 106-10 (D.R.I. 2025) (same). Here, too, Plaintiffs are likely to succeed on their § 706(2)(B) claim for the same reasons, detailed above, that they are likely to succeed on their First Amendment claim. *Supra* Part III.A.1.

**B.  Plaintiffs Face Irreparable Harm Absent Injunctive Relief.**

To obtain a preliminary injunction or a Section 705 stay under the APA, plaintiffs must demonstrate that they are "likely to suffer irreparable harm in the absence of preliminary relief." *Winter*, 555 U.S. at 20. It is well established that "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Cuomo*, 592 U.S. at 19 (quoting *Elrod*, 427 U.S. at 373).

Here, the Loyalty Question violates the First Amendment rights of Plaintiffs' members for all of the reasons discussed above. This categorically constitutes irreparable harm, and, where plaintiffs have established a concrete, ongoing constitutional injury, "[t]here is no need for an extensive analysis of [the irreparable harm] element of the preliminary injunction inquiry." *Sindicato Puertorriqueno de Trabajadores v. Fortuno*, 699 F.3d 1, 15 (1st Cir. 2012). Because "plaintiffs have made a strong showing of likelihood of success on the merits of their First Amendment claim, it follows that the irreparable injury component of the preliminary injunction analysis is satisfied as well." *Id.* In the absence of injunctive relief, new First Amendment violations will transpire on a daily basis. Over the past three months, even amidst the government shutdown, federal agencies added hundreds of new job applications that contain the Loyalty Question each week. ECF No. 1-3 at 53-79. Each time an employee faces an

A241

unconstitutional patronage condition or viewpoint discrimination, is compelled to speak about President Trump's policy initiatives, or is chilled from applying to a new job or answering the Loyalty Question truthfully, new harm is inflicted that cannot otherwise be remedied.

### C. The Balance of Equities and the Public Interest Favor a Preliminary Injunction.

The balance of the equities and the public interest also weigh heavily in Plaintiffs' favor. *Nken*, 556 U.S. at 435 (explaining that these factors merge when the government opposes a preliminary injunction). Absent preliminary relief, the Loyalty Question will appear on more federal job postings by the day, agencies will continue to use applicants' responses to the Loyalty Question in hiring decisions, and Plaintiffs' members will continue suffering First Amendment injuries. Plaintiffs have a substantial interest in remedying this unconstitutional harm.

On the other side of the ledger, the government has no interest in continuing to use the Loyalty Question. As an initial matter, "it is always in the public interest to prevent the violation of a party's constitutional right." *Dorce v. Wolfe*, 506 F. Supp. 3d 142, 145 (D. Mass. 2020). But here, the case for preliminary relief is even stronger, because the government has never articulated *any purpose* for the Loyalty Question. OPM does not identify any interest served by the Loyalty Question, much less a lawful one. Nor could it, because the Loyalty Question is wholly irrelevant to career civil service hiring.

### D. This Court Has Jurisdiction Over Plaintiffs' First Amendment and APA Claims.

This court has subject matter jurisdiction over Plaintiffs' First Amendment and APA claims under 28 U.S.C. § 1331, and the Civil Service Reform Act ("CSRA") does not divest that jurisdiction. Although the Supreme Court has held that the CSRA's preclusive effect applies when a "covered employee" challenges a "covered employment action," *Elgin v. Dep't of Treasury*, 567 U.S. 1, 14 (2012), Plaintiffs here are not "covered employees" and are not

A242

challenging a "covered employment action." They are not challenging a personnel action at all. Instead, Plaintiffs assert *constitutional and APA claims* challenging a government-wide policy. This Court plainly has jurisdiction over those claims, as numerous courts have concluded. *See, e.g.*, *Somerville Pub. Sch. v. McMahon*, 139 F.4th 63, 72 (1st Cir. 2025) (district court had jurisdiction over unions' constitutional and APA challenges), *administratively stayed sub. nom.*, *McMahon v. New York*, 125 S.Ct. 2643 (2025); *AFGE v. U.S. Off. of Pers. Mgmt.*, 2025 WL 900057 (N.D. Cal. Mar. 24, 2025) (same); *AFGE v. Trump*, 2025 WL 1482511 (N.D. Cal. May 22, 2025), *aff'd*, 2025 WL 1541714 (9th Cir. May 30, 2025) (same); *Elev8 Baltimore, Inc. v. Corp. for Nat'l & Cmty. Serv.*, 2025 WL 1865971 (D. Md. July 7, 2025) (same).

The Ninth Circuit's recent opinion on CSRA channeling—which, as the First Circuit has recognized, the Supreme Court implicitly affirmed[11]—is directly on point. In *AFGE v. Trump* ("*AFGE*"), two of the same federal employee unions that are plaintiffs here (as well as other plaintiffs) brought constitutional and APA challenges to the Trump Administration's widespread reductions-in-force (RIFs). Even though a RIF itself is a personnel action, the Ninth Circuit held that union plaintiffs' claims, aimed at government-wide directives and not at particular agency personnel actions, were not channeled. The Court explained that "the CSRA does not allow for review of Plaintiffs' constitutional and statutory claims at all." *Am. Fed'n of Gov't Emps. v. Trump*, 139 F.4th 1020, 1033 (9th Cir. 2025). Therefore, the Court concluded, it was "unlikely that Congress intended for the CSRA to preclude review for parties not even covered by that statute who allege claims outside the [CSRA administrative fora's] jurisdiction." *Id.*

---

[11] Although the Supreme Court stayed the injunction at issue in *AFGE*, the First Circuit has noted that because the Supreme Court issued a stay on the merits, this "indicates that the Supreme Court concluded that the district court likely had jurisdiction to make that decision." *New York v. Kennedy*, 155 F.4th 67, 75 (1st Cir. 2025). Therefore, the First Circuit stated that, "in issuing its interim order in *AFGE*, the Supreme Court likely decided that the CSRA did *not* funnel the dispute at issue" through the CSRA. *New York*, 155 F.4th at 75.

29

A243

The argument for this Court's jurisdiction is even stronger here. Not only are Plaintiffs bringing constitutional and APA claims, like in *AFGE*, but for Plaintiffs whose members are chilled from speaking and deterred from applying for federal jobs, there is no underlying personnel action at all. And even Plaintiffs' members who have applied to federal positions—and have experienced different First Amendment harms—are not challenging any individual hiring decision. Instead, Plaintiffs allege that the use of the Loyalty Question in job postings—separate from and prior to any subsequent hiring decision—compels Plaintiffs' members to speak on protected topics. This case is not about a particular hiring decision; it's about First Amendment injuries that occur independent of any personnel decision. As a result, the claims are not channeled. *See, e.g.*, *Turner v. U.S. Agency for Glob. Media*, 502 F. Supp. 3d 333, 369 (D.D.C. 2020) (finding jurisdiction over a federal employee's "challenge to defendants' allegedly unconstitutional interference with her First Amendment rights, distinct from and antecedent to her experiencing a covered personnel action"); *Weaver v. U.S. Info. Agency,* 87 F.3d 1429, 1434 (D.C. Cir. 1996) (holding that district court had jurisdiction over federal employee's "pre-enforcement attack on a regulation restricting employee speech"); *see also United States v. Nat'l Treasury Emps. Union*, 513 U.S. 454 (1995) (allowing union challenge to government-wide ban prohibiting federal employees from receiving honoraria and holding ban violated union members' First Amendment rights).

The familiar *Thunder Basin* factors —which courts use to assess whether Congress intended a special statutory review scheme to impliedly preclude jurisdiction over particular claims—strongly confirm this court's jurisdiction over Plaintiffs' claims. *Thunder Basin Coal Co. v. Reich*, 510 U.S. 200, 212) (1994). Under *Thunder Basin* "step one," a court determines whether Congressional intent to "allocate[] initial review to an administrative body . . . is fairly

30

A244

discernible in [a] statutory scheme." *Id.* at 207. While the CSRA establishes a "comprehensive and integrated" scheme for reviewing a covered "*personnel action* taken against federal employees," *United States v. Fausto*, 484 U.S. 439, 454 (1988) (emphasis added), or challenging "prohibited personnel practices," *see* 5 U.S.C. § 1214 (channeling such practices to the Office of Special Counsel), as noted above, Plaintiffs do not challenge a *personnel action* or *personnel practice* at all but a government-wide policy that compels political speech from some job applicants and chills political speech from others, regardless of whether they are current federal employees and regardless of whether they are eventually subject to some employment consequence.[12]

Nor have Plaintiffs brought a labor relations claim against agencies with whom they have collective bargaining agreements. *See* 5 U.S.C. ch. 71 (channeling certain claims to the Federal Labor Relations Authority). Plaintiffs do not have a collective bargaining relationship with OPM, *see* 5 U.S.C. § 7111(a) (establishing union's exclusive representative status in regard to a specific agency), and OPM is not the employer of prospective candidates for federal positions for purposes of labor-management relations, *see* 5 U.S.C. § 7103(11). On the contrary, Plaintiffs are bringing a First Amendment and APA challenge on behalf of *all* of their members—many of whom are *not* federal employees but are simply interested in applying for federal jobs. These critical differences distinguish this case from those that are channeled to the CSRA's administrative review schemes. The CSRA's review schemes simply have no bearing here.

This Court has jurisdiction under *Thunder Basin* "step one" for the additional, independent reason that the CSRA's review scheme is no longer functioning as Congress

---

[12] The CSRA's channeling of certain adverse actions to the Merit Systems Protection Board ("MSPB") is similarly inapplicable, as Plaintiffs' claims do not relate to any adverse employment actions against existing employees. *See* 5 U.S.C. § 7512.

3117700

A245

intended, which undermines Congress's implied intent to channel claims via the CSRA. *See, e.g.*, *Nat'l Ass'n of Immigr. Judges v. Owen*, 139 F.4th 293, 299 (4th Cir. 2025); *Elev8 Baltimore, Inc.*, at *18 (finding jurisdiction and noting that "the administrative channels may be presently unavailable.").[13]

But even if this Court were to find that the CSRA generally allocates initial review of certain claims to an administrative body, *Thunder Basin* "step two" leaves no doubt that this court has jurisdiction. The question at "step two" is "whether the *particular claims* brought were of the type Congress intended to be reviewed within this statutory structure." *Axon Enter., Inc. v. Fed. Trade Comm'n*, 598 U.S. 175, 186 (2023) (internal citations omitted) (emphasis added). Three considerations aid this inquiry: (1) could precluding judicial review "foreclose all meaningful judicial review of the claim"; (2) is the claim "wholly collateral to [the] statute's review provisions"; and (3) is the claim "outside the agency's expertise"? *Id.* The answer to each question is "yes."

As to the first consideration, preclusion here would foreclose all meaningful judicial review. As explained, no CSRA administrative forum can review Plaintiffs' constitutional and APA claims. Moreover, judicial review of the constitutional claim would come too late to be

---

[13] As the Fourth Circuit recently noted, "Congress intended for the Civil Service Reform Act to strip district courts of jurisdiction *only* if federal employees were otherwise able to receive adequate and independent review of their claims." *Nat'l Ass'n of Immigr. Judges*, 139 F.4th at 299 (emphasis added). "Congress left little doubt about the importance of an independent MSPB and Special Counsel [and FLRA] free from *any control or direction by the President*." *Id.* at 306 (internal citations omitted). But that independence no longer exists. President Trump has fired the Chair of the Merit Systems Protection Board, the Chair of the FLRA, and the Special Counsel—and he has done so in admitted contravention of the CSRA's for-cause removal protections. *See Am. Fed'n of Gov't Emps., AFL-CIO v. United States Off. of Pers. Mgmt.*, 2025 WL 2633791, at *12-14 (N.D. Cal. Sept. 12, 2025). "Congress enacted the CSRA on the bedrock principle that the members of [the CSRA agencies] would be protected from removal on political grounds," *Owen*, 139 at 307—because that bedrock principle has collapsed, so too has Congress's design.

A246

meaningful. The Supreme Court's *Axon* decision is directly on point. In *Axon*, the plaintiffs, who were subject to enforcement proceedings before administrative law judges in two federal agencies, challenged the constitutionality of those proceedings in district court. *Id.* at 182-83. Even though the plaintiffs' constitutional claims could have been heard by a federal appellate court after the agency proceedings, the Supreme Court held that "a problem remains, stemming from the interaction between the alleged injury and the timing of review." *Id*. at 191. The problem was that plaintiffs alleged "a here-and-now-injury," one that "is impossible to remedy once the proceeding is over," meaning that "[j]udicial review of [plaintiffs'] structural constitutional claims would come too late to be meaningful." *Id*. Those concerns apply with even greater force here: each time Plaintiffs' members encounter a job posting that includes the Loyalty Question, they suffer a "here-and-now" First Amendment injury, one that, by definition, "unquestionably constitutes irreparable injury." *Cuomo*, 592 U.S. at 19.

The second and third considerations at *Thunder Basin* "step two" also favor jurisdiction. Plaintiffs seek to vacate a government-wide policy because that policy violates their members' First Amendment rights and the APA. As explained above, those are not CSRA-related claims, are wholly collateral to the CSRA's review provisions, are not claims over which any CSRA administrative fora have any expertise, and in fact are not even claims for which those fora have jurisdiction or can provide relief. *See AFGE*, 139 F.4th at 1032. This court has, and should exercise, jurisdiction over Plaintiffs' claims.

E.    **A Stay and Preliminary Injunction Are Necessary and Appropriate Remedies.**

This Court should both (1) exercise its authority under 5 U.S.C. § 705 to stay the MHP, insofar as it directs the inclusion and use of the Loyalty Question in federal civil service hiring; and (2) exercise its equitable authority to preliminarily enjoin the implementation, requirement,

33

A247

or use of the Loyalty Question in federal civil service hiring, and the reliance on answers to the Loyalty Question in any manner.

A court addressing an APA claim may stay the challenged agency action(s) pending judicial review when "necessary to prevent irreparable injury." 5 U.S.C. § 705; *California v. Kennedy*, No. CV 25-12019-NMG, 2025 WL 2807729, at *3 (D. Mass. Oct. 1, 2025). "[C]ourts routinely stay already-effective agency action under Section 705." *Ass'n of Am. Univs.*, 792 F. Supp. 3d at 182 (quotations omitted). Here, Section 705 relief is warranted because the MHP and MHP Guidance violate the APA on several grounds, and Plaintiffs otherwise satisfy the requirements for a stay. Indeed, for reasons described *supra* at Part III.A.1, a stay is "necessary to prevent irreparable injury," 5 U.S.C. § 705, especially the irreparable First Amendment injuries visited upon Plaintiffs' members by the Loyalty Question and its implementation, *see Cuomo*, 592 U.S. at 19. This Court should therefore stay the MHP and MHP Guidance, to the extent it directs the inclusion and use of the Loyalty Question in federal hiring.

In addition to a Section 705 stay, this Court should enter preliminary injunctive relief to ensure that Plaintiffs' members are protected from the Loyalty Question while this litigation is pending. In crafting equitable relief, "courts must consider what is necessary, what is fair, and what is workable," while limiting such relief to administering "complete relief between the parties." *Ass'n of Am. Univs.*, 792 F. Supp. at 182 (quotations omitted); *see also Trump v. CASA, Inc.*, 606 U.S. 831, 851 (2025). Here, Plaintiffs' members have applied, are applying, and will apply for jobs across the federal government. Kelley Decl. ¶ 9; Sutton Decl. ¶ 9; Colón Decl. ¶ 7. It is impossible to know in advance the federal jobs for which union members will apply, so it is difficult to conceive of how "complete relief" for Plaintiffs could be achieved without enjoining the implementation, requirement, or use of the Loyalty Question in *all* federal civil service job

34

postings, and reliance on answers to the Loyalty Question in any manner. But even if the government could somehow create two postings for every job—one without the Loyalty Question for Plaintiffs' members and one with the Loyalty Question for everyone else—such an approach would exacerbate, not solve, the harms to Plaintiffs' members. Hiring managers could continue to screen candidates for ideological alignment and Defendants would retain the ability to discriminate against Plaintiffs' members relative to other federal job applicants who answered the Loyalty Question.

Under these circumstances, enjoining the use of the Loyalty Question in all federal job postings is the only way to prevent irreparable and widespread harm, including First Amendment injuries, to Plaintiffs' members. *See Chicago Women in Trades v. Trump*, 2025 WL 3034056, at *6 (N.D. Ill. Oct. 30, 2025) ("[T]he Court—keeping in mind that 'complete relief' is a narrower concept than 'universal relief'—concludes that enjoining all enforcement of the [challenged provision] is justified by the 'necessities of the particular case.'" (citing *Casa*, 606 U.S. at 854)). The more appropriate and straightforward remedy is to prohibit the use of the Loyalty Question while this case is pending.

## IV.    CONCLUSION

For the reasons set forth above, the Court should grant Plaintiffs' motion and issue the requested Section 705 Stay and preliminary injunction.

3117700

A249

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(d), Plaintiffs believe oral argument will assist the Court and so respectfully request the opportunity to be heard.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: November 19, 2025          By:   */s/ Warren A. Braunig*
                                        Warren A. Braunig*
                                        Sara Fitzpatrick*
                                        Charlotte J. Kamai*
                                        Cara R. Meyer*
                                        633 Battery Street
                                        San Francisco, CA 94111-1809
                                        Telephone: (415) 391 5400
                                        wbraunig@keker.com
                                        sfitzpatrick@keker.com
                                        ckamai@keker.com
                                        cmeyer@keker.com
                                        *Counsel for Plaintiffs*

                                        Tsuki Hoshijima (BBO # 693765)
                                        Elena Goldstein*
                                        Webb Lyons**
                                        DEMOCRACY FORWARD FOUNDATION
                                        P.O. Box 34553
                                        Washington, D.C. 20043
                                        Telephone: (202) 991 0159
                                        thoshijima@democracyforward.org
                                        egoldstein@democracyforward.org
                                        wlyons@c.democracyforward.org**
                                        **Of Counsel*
                                        *Counsel for Plaintiffs*

36

3117700

A250

Ori Lev*
Jacek Pruski*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org
jacek.pruski@protectdemocracy.org
*Counsel for Plaintiffs*

Rushab B. Sanghvi*
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
sanghr@afge.org
*Counsel for Plaintiff American Federation
of Government Employees, AFL-CIO (AFGE*)

Matthew S. Blumin*
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW, Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation of State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Sarah Suszczyk*
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

*Admitted pro hac vice*

37

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

/s/Warren A. Braunig
Warren A. Braunig

38

3117700

A252

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No.  1:25-cv-13305-GAO |

3287054

A253

**<u>DECLARATION OF CARA R. MEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION</u>**

I, Cara Meyer, declare:

1.      I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in this District in connection with this matter. *See* ECF No. 19. I am an attorney at the law firm of Keker, Van Nest & Peters LLP, and counsel of record for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction.

2.      On August 14, 2025, Roseanna Ciarlante, the Director of the U.S. Office of Personnel Management's Hiring Experience Group delivered a webinar entitled *Merit Hiring Plan Overview* in which she stated that the Loyalty Question (and other essay responses) are "a very specific priority for this administration . . . prior to making a final offer to a candidate." (1:14:02–1:14:16). A recording of the webinar posted by OPM is available at: https://www.youtube.com/watch?v=b6CAij6HU5k.

3.      Attached hereto as Exhibit A is a true and correct copy of the *About USAJOBS* section of the USAJOBS website. This page is available at: https://help.usajobs.gov/about.

4.      Attached hereto as Exhibit B is a true and correct copy of a Defense One article by Eric Wagner, titled *Trump calls federal workforce 'crooked,' vows to hold them 'accountable',* dated August 28, 2024. This article is available at: https://www.defenseone.com/policy/2024/08/trump-calls-federal-workforce-crooked-vows-holdthem-accountable/399147/.

5.      Attached hereto as Exhibit C is a true and correct copy of a Government Executive article by Eric Katz, titled *If Trump Is Reelected, His Aides Are Planning to Purge the Civil Service*, dated July 22, 2022. This article is available at: https://www.govexec.com/workforce/2022/07/trump-reelected-aides-planpurge-civil-service/374842/.

3287054

A254

6.    Attached hereto as Exhibit D is a true and correct copy of a New Yorker article by Ruth Marcus, titled *J.D. Vance Warns Courts to Get in Line*, dated May 25, 2025. This article is available at: https://www.newyorker.com/news/the-lede/j-d-vance-warns-courts-to-get-in-line.

7.    Attached hereto as Exhibit E is a true and correct copy of a ProPublica article by Molly Redden, Andy Kroll, and Nick Surgey, titled *"Put Them in Trauma": Inside a Key MAGA Leader's Plans for a New Trump Agenda*, dated Oct. 28, 2024. This article is available at: https://www.propublica.org/article/video-donald-trump-russ-vought-center-renewing-america-maga.

8.    Attached hereto as Exhibit F is a true and correct copy of a New York Times article by Alan Rappeport, titled *Federal Employees Union Sues Trump Over Worker Protections*, dated January 21, 2025. This article is available at: https://www.nytimes.com/2025/01/21/us/politics/trump-schedule-f-federal-workers.html.

9.    Attached hereto as Exhibit G is a true and correct copy of a National Public Radio article by Chris Arnold and Emily Feng, titled *Thousands of fired federal workers must be offered reinstatement, a judge rules*, dated March 13, 2025. This article is available at: https://www.npr.org/2025/03/13/nx-s1-5325959/federal-employees-court-firing.

10.    Attached hereto as Exhibit H is a true and correct copy of an ABC News article by Benjamin Siegel and Cheyenne Haslett, titled *Federal governmental paying 154,000 people not to work*, dated July 31, 2025. This article is available at: https://abcnews.go.com/Politics/federal-government-paying-154000-people-work/story?id=124249462.

11.    Attached hereto as Exhibit I is a true and correct copy of a New York Times article by Eileen Sullivan, titled *Year Will End With 300,000 Fewer Federal Workers, Trump Official Says*, dated August 22, 2025. This article is available at: https://www.nytimes.com/2025/08/22/us/politics/trump-federal-workers.html.

12.    Attached hereto as Exhibit J is a true and correct copy of a Politico article by Josh Gerstein, Carmen Paun and Hassan Ali Kanu, titled *Judge extends order barring mass firings of*

3287054

A255

*federal workers during shutdown*, dated October 28, 2025. This article is available at:

https://www.politico.com/news/2025/10/28/government-shutdown-federal-workers-rifs-ruling-00626042

13.     Attached hereto as Exhibit K is a true and correct copy of a New York Times article by Tony Romm, titled *Trump Threatens to Fire 'a Lot' of Federal Workers as Shutdown Looms*, dated September 30, 2025. This article is available at:

https://www.nytimes.com/2025/09/30/us/politics/trump-shutdown-layoffs.html.

14.     Attached hereto as Exhibit L is a true and correct copy of a USAJOBS posting for a Nuclear Materials Courier and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/846951800 and

https://apply.usastaffing.gov/ViewQuestionnaire/12807561.

15.     Attached hereto as Exhibit M is a true and correct copy of a USAJOBS posting for an Air Traffic Control Specialist and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/846095500 and

https://apply.usastaffing.gov/ViewQuestionnaire/12802596.

16.     Attached hereto as Exhibit N is a true and correct copy of a USAJOBS posting for a Meatcutting Worker and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/848561600 and

https://apply.usastaffing.gov/ViewQuestionnaire/12821024.

17.     Attached hereto as Exhibit O is a true and correct copy of a USAJOBS posting for a Social Worker and its embedded questionnaire containing the Loyalty Question, available at:

https://www.usajobs.gov/job/848560800 and

https://apply.usastaffing.gov/ViewQuestionnaire/12816571.

18.     Attached hereto as Exhibit P is a true and correct copy of a USAJOBS posting for a Practical Nurse and its embedded questionnaire containing the Loyalty Question, available at:

https://www.usajobs.gov/job/848187400 and

3287054

A256

http://jobs.monstergovt.com/bopmp/vacancy/previewVacancyQuestions.hms?orgId=2&jnum=17 8917.

19. Attached hereto as Exhibit Q is a true and correct copy of a USAJOBS posting for an Electrical Engineering Patent Examiner and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/839346700 and https://apply.usastaffing.gov/ViewQuestionnaire/12752337.

20. Attached hereto as Exhibit R is a true and correct copy of a USAJOBS posting for a Crane Operator and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/840423200 and https://jobs.monstergovt.com/dot/vacancy/previewVacancyQuestions.hms?orgId=2&jnum=9221 3.

21. Attached hereto as Exhibit S is a true and correct copy of a compilation of federal firefighting job postings that include the Loyalty Question. This spreadsheet is made from information available at: https://usajobsloyaltytests.netlify.app/.

22. Attached hereto as Exhibit T is a true and correct copy of a USAJOBS posting for an Education Research Analyst and its embedded questionnaire containing the Loyalty Question, available at: https://www.usajobs.gov/job/844948000 and https://jobs.monstergovt.com/edu/vacancy/previewVacancyQuestions.hms?orgId=1&jnum=6800 8.

23. Attached hereto as Exhibit U is a true and correct copy of an NBC News article by Raquel Coronell Uribe, titled *Trump says mass government layoffs will be 'Democrat-oriented'*, dated October 10, 2025. This article is available at: https://www.nbcnews.com/politics/politics-news/live-blog/trumpmedical-checkup-government-shutdown-israel-gaza-live-updates-rcna235749.

24. Attached hereto as Exhibit V is a true and correct copy of five USAJOB postings in New Jersey, Virginia, Pennsylvania, Iowa, and Alabama for Department of Agriculture openings as GS-5/9 Consumer Safety Inspectors with embedded questionnaires containing the

<div align="center">4</div>

A257

Loyalty Question. They are available at: https://www.usajobs.gov/job/849573500 and

https://apply.usastaffing.gov/ViewQuestionnaire/12829142;

https://www.usajobs.gov/job/849576400 and

https://apply.usastaffing.gov/ViewQuestionnaire/12828940;

https://www.usajobs.gov/job/849583600 and

https://apply.usastaffing.gov/ViewQuestionnaire/12830131;

https://www.usajobs.gov/job/849368900 and

https://apply.usastaffing.gov/ViewQuestionnaire/12827410;

https://www.usajobs.gov/job/849379600 and

https://apply.usastaffing.gov/ViewQuestionnaire/12828019.

25.    Attached hereto as Exhibit W is a true and correct copy of two USAJOB postings in Florida and Oklahoma for Department of Agriculture openings as GS-5/9 Consumer Safety Inspectors, which include questionnaires that do not include the Loyalty Question. They are available at: https://www.usajobs.gov/job/849575300 and

https://apply.usastaffing.gov/ViewQuestionnaire/12825477;

https://www.usajobs.gov/job/849353800 and

https://apply.usastaffing.gov/ViewQuestionnaire/12828806.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: November 19, 2025

CARA R. MEYER

5

3287054

A258

# EXHIBIT A

A259

🇺🇸 An official website of the United States government   Here's how you know ⌄

# USAJOBS®

MENU

## Help Center

| Search for help | **Search** |
|---|---|

How to…      FAQs      Working in Government      Unique hiring paths      Glossary

Early careers

# About USAJOBS

USAJOBS connects job seekers with federal employment opportunities across the United States and around the world. As the federal government's official employment site, USAJOBS helps the right people find the right jobs.



As a part of the [U.S. Office of Personnel Management (OPM)](#), USAJOBS helps recruit and retain a

A260

Case 1:25-cv-13305-GAO          Document 43-1          Filed 11/19/25

world-class
government
workforce for the
American people.





Federal agencies use
USAJOBS to host job
openings and match
qualified applicants
to those jobs.
USAJOBS serves as
the central place to
find opportunities in
hundreds of federal
agencies and
organizations.

The federal
government relies on
more than two million
Americans and
foreign nationals to

A261

Case 1:25-cv-13305-GAO          Document 43-1          Filed 11/19/25

work in the civil service. Citizens like you help the government fulfill its essential duties in service to the American people. You can find a way to serve at USAJOBS.



## 1,200+

**jobs posted per day**

The average number of jobs posted per day is 1,288.

## 28,438

**jobs open per day**

The average number of jobs open per day is 28,438.

## 6 million+

**active profiles**

USAJOBS has 6,431,345 active profiles to date.

## 939,970,974

**visits per year**

Over the past year, USAJOBS has seen 939,970,974 visits to the site.

USAJOBS is available to everyone!

Setting up a USAJOBS profile simply requires an email to sign up.

**Get started**

A262

USAJOBS Help Center - About USAJOBS

  

# Want to learn more?

Visit the Help Center to review frequently asked questions, get step-by-step instruction on how to complete website tasks, learn about unique hiring paths and about working in the federal government.

Return to top



USAJOBS is a United States Office of Personnel Management website.

About USAJOBS

Accessibility

FOIA

Inspector general

No Fear Act Data

Privacy policy

Reports and publications

Terms and conditions

USA.gov

Vote.gov

A263

# EXHIBIT B

A264

Notice at Collection  |  Your Privacy Choices  ✓✗  |  **Exercise Your Privacy Rights**

**Defense One**

**Pentagon policy shop shifts story on pause in Ukraine aid again**

**[SPONSORED]** Turning data overload into mission advantage



Republican presidential nominee Donald Trump during the National Guard Association of the United States' 146th General Conference & Exhibition on Aug. 26, in Detroit, Michigan. EMILY ELCONIN / GETTY IMAGES

**POLICY**

# Trump calls federal workforce 'crooked,' vows to hold them 'accountable'

In an interview, the former president appeared to broaden his disdain for political appointees to federal workers in general.

**ERICH WAGNER**  |  AUGUST 28, 2024

ELECTIONS    PERSONNEL    CIVILIANS

Donald Trump called federal employees "crooked" and "dishonest" in an interview published Monday, and said that if he were elected in November, they would be held "accountable."

Trump spoke during an interview by conservative YouTuber Shawn Ryan, who asked the Republican presidential nominee how he planned to restore Americans' trust in government.

"I think that one of the biggest problems within the country is the distrust in the United States government, and I'm one of them," Ryan said. "I have zero trust in any government agencies. I have zero trust in our Congress, the Senate, anything. We have a government that's not functioning right now. How are you going to gain back the trust of the American people within the government, and are we going to see anybody held accountable?"

"The answer is yes on the second [question], they're going to be held accountable," the former president responded. "They've got to be held accountable [for] what they're doing. They're destroying this country. They're crooked people, they're dishonest people. They're going to be held accountable."

Though Trump did not explicitly say how he would hold federal workers accountable during the interview, he has previously indicated that if elected this fall, he would revive Schedule F, an abortive plan from the end of his time in office to reclassify tens of thousands of federal employees in "policy-related" jobs into the excepted service, effectively making them at-will employees.

Officials with Vice President Kamala Harris' campaign quickly tied Trump's comments to Project 2025, the Heritage

A265

Foundation-led Republican transition project known as Project 2025, whose policy book also calls for Schedule F's return.

Though Project 2025 entered the public consciousness due to a slew of unpopular proposals in its 922-page *Mandate for Leadership*, a key objective of the initiative was to build a database of 20,000 potential political appointees for the next Republican president. The discrepancy between Project 2025's recruitment goals and the roughly 4,000 federal jobs set aside for political appointees has raised concerns among Democrats and civil service experts that conservatives may be gearing up to stack previously non-partisan posts with Trump loyalists.

"When Donald Trump promises to lock up or fire tens of thousands of civil service workers he deems his enemies, he's reading directly from his Project 2025 playbook," said Harris campaign spokesman Ammar Moussa in a statement. "Trump's Project 2025 was explicitly set up to replace tens of thousands of workers who serve our nation with an army of loyalists solely focused on serving Donald Trump and his plan to be a dictator on day one. This November, voters will stop Trump's dream from becoming our nightmare."

Later in the interview, Trump reflected on his first term in office, saying due to his lack of connections in Washington, he relied on people he referred to as "RINOs"—Republicans in Name Only—to staff his administration.

"When I came in originally, I didn't know anyone in Washington," Trump said. "[So] I had to rely on people to give me names, and many were really good...I'd ask people who were RINOs, 'Who do you recommend for such and such a position?' And they'd recommend some people who were RINOs or something, or were weak, or not good. And I don't have to ask too much right now, because I know the people now." D

---

**SHARE THIS:**

**NEXT STORY:** US intelligence agencies seek closer partnerships with private sector

 Ukraine
 China
 Personnel
 Middle East
Technology



SPONSOR CONTENT

Defense One eBook: Missile Defense

A266

# EXHIBIT C

Notice at Collection    |    Your Privacy Choices    |    **Exercise Your Privacy Rights**

**Government Executive**

‘We'll probably waste millions again': Feds dig out of 43 days' worth of piled-up work

[SPONSORED] American Brand: The Hewlett-Packard Company



Former President Donald Trump speaks during a "Save America" rally at Alaska Airlines Center on July 09, 2022 in Anchorage. His aides have identified 50,000 current federal employees to dismiss under the new authority they seek to create.  JUSTIN SULLIVAN/GETTY IMAGES

*Workforce*

# If Trump Is Reelected, His Aides Are Planning to Purge the Civil Service

Officials are looking to revive a controversial order issued in Trump's waning days and have already identified 50,000 federal positions to target.

ERIC KATZ  |  JULY 22, 2022

**SCHEDULE F**    **CIVIL SERVICE**

Former aides close to President Trump are working to revive and expand his signature proposal to upend the federal civil service, according to a new report, and are working in conjunction with the former commander in chief to quickly purge thousands of federal employees if he were to return to office.

The plan, as detailed to *Axios* and confirmed by *Government Executive*, would bring back Schedule F, a workforce initiative Trump pushed in the 11th hour of his term to politicize the federal bureaucracy. The former officials and current confidantes are, through a network of Trump-loyal think tanks and public policy organizations, creating lists of names to supplant existing civil servants. They have identified 50,000 current employees that could be dismissed under the new authority they seek to create, *Axios* reported and *Government Executive* confirmed, though they hope to only actually fire a fraction of that total and hope the resulting "chilling effect" will cause the rest to fall in line.

In October 2020, just before the presidential election, Trump signed his controversial executive order creating a new class of federal employees excepted from the competitive service. The order sought to remove career federal workers in "confidential, policy-determining, policy-making or policy-advocating" jobs from the General Schedule into a new job classification where virtually all of

A268

their civil service protections were absent, essentially making them at-will employees. Although the Trump administration began efforts to reclassify jobs into the new Schedule F, they ultimately were unable to move any workers before January 2021, and President Biden quickly signed an executive order rescinding the edict as one of his first acts as president.

The former Trump administration officials envision quickly shifting many employees under the new classification, making those positions eligible for quick hiring and firing without the normal protections afforded to civil servants. The new flexibility would allow a future Trump administration to get rid of any employees it deems as standing in the way of implementing its agenda and replace them with loyalists.

"It literally takes five minutes to reissue it," a former Trump administration official involved in personnel policy and current talks about Schedule F's revival told *Government Executive*. "There was real value to issuing Schedule F because it turned it into a 'flip the switch' thing for the next administration that wants to do it."

The original Schedule F order faced widespread condemnation from lawmakers—including members of both parties—good government groups, unions, employees and former government officials.

Just last week, the House adopted an amendment to the annual defense authorization bill for 2023 that would prevent future administrations from reviving Schedule F or anything like it. The provision would bar any president from unilaterally creating a new schedule within the excepted service, effectively forcing the executive branch to request that Congress make any additions via legislation. Rep. Gerry Connolly, D-Va., who has spearheaded the fight against Schedule F since Trump first introduced it and wrote the bipartisan defense bill amendment, said his measure would preserve "the expertise, and non-political loyalty, of our workforce."

"The danger remains, however, that a future president could attempt to erode our merit system principles, over 140 years old, by resurrecting something similar to Schedule F," Connolly said on the House floor. "This amendment preserves congressional roles and prerogatives in determining which federal employees are vested with civil service protections and which are not."

## Related articles

A Schedule F Ban Is Among Many Workforce Provisions in the Annual Defense Policy Bill the House Just Passed

Biden Signs Executive Order Killing Schedule F, Restoring Collective Bargaining Rights

Union Sues and Democrats Introduce Bill to Block Trump Order Politicizing Civil Service

Report Calling for At-Will Federal Employment Suggests Trump Workforce Policy Isn't Going Anywhere

The entire defense bill will undergo significant changes as it works its way through the Senate, so the inclusion of Connolly's amendment in the final package is far from guaranteed. While the provision was introduced with a Republican cosponsor, Rep. Brian Fitzpatrick, R-Pa., it passed with only five Republicans supporting it and 201 in opposition.

necessarily dependent on Trump winning back office, noting someone like Gov. Ron DeSantis, R-Fla., could also implement it.

"Everyone we've talked to on our side loves it," the official said. "I have not heard anyone on our side say anything other than, 'That's fantastic.'"

If the proposal were to be realized, the Trump—or another Republican—administration would face obstacles in carrying it out. Jacque Simon, director of public policy of the American Federation of Government Employees, said her union would seek to block the order in court.

"Would we challenge it legally if it comes to pass? Of course we would," Simon said, adding such action would be contingent upon an AFGE member first having standing to sue.

A269

The National Treasury Employees Union launched a lawsuit over the original Schedule F, but it was dismissed after Biden rescinded the order. Previous legislative efforts to block the policy similarly fizzled out without action.

Max Stier, president of the Partnership for Public Service, a good government group that typically works in close coordination with each administration on personnel issues and training, said the ideas being discussed by the Trump orbit go beyond Schedule F and represent a "fundamental misunderstanding" of the purpose of a professionalized civil service. He suggested that everyone, regardless of their policy preferences, should recognize the threat of the proposals.

Carrying out the policies of any president "depends upon a highly capable, professional workforce [and] that is what this set of proposals threatens," Stier said. "What we are hearing described here is a threat to our democracy, to our ability to be a successful nation."

He added that forcing federal employees to disobey their oath of to the Constitution and instead be loyal to an individual president would cause Americans to lose any trust in their government and make it impossible to recruit capable individuals to work for it. Stier said the public would "absolutely have to be concerned" about a chilling effect on federal employees blowing the whistle on illegal actions, speaking truth to power or simply conveying basic facts.

The former official objected to that characterization, saying the order would not create a loyalty test to the president but rather tell anyone participating in "deliberate policy resistance" it was time to find a new job. Defining and determining that behavior, however, would rest solely with the administration's political appointees. The official accused federal employees of engaging in such resistance on a widespread basis during Trump's term and said he hoped a renewed Schedule F would cause those workers to rethink their strategies.

"If you know it's impossible to fire you you'll act one way, and if you know you can be fired, you'll act another way," the official said.

Simon noted there were "serious" governmentwide efforts underway to implement Trump's order, but the administration simply ran out of time. The former Trump administration official similarly said "the clock ran out." The Office of Management and Budget made the most progress, identifying 400 positions—or 80% of its workforce—that it would convert to at-will employment. *Axios* reported that with Trump's blessing and financial support, Russ Vought, who drafted that plan as OMB director under Trump, is playing a key role in preparing for the relaunched Schedule F policy through his newly founded Center for Renewing America. Other key Trump-era personnel officials, such as former Domestic Policy Council member James Sherk and former Office of Personnel Management Director Michael Rigas, are also involved through the America First Policy Institute. Sherk wrote a report last year calling for converting all civil servants to at-will employment to better equip agencies to deal with "incompetence and insubordination."

Earlier this year at a rally in South Carolina, Trump suggested he was aware of the efforts underway when he floated resurrecting and expanding Schedule F.

"We will pass critical reforms making every executive branch employee fireable by the president of the United States," Trump said. "The deep state must and will be brought to heel."

*Erich Wagner* contributed to this report.  G

---

**SHARE THIS:**



**NEXT STORY:**
VA Touts Improvements But Warns of Challenges for Digital GI Bill Platform






A270

# EXHIBIT D

A271

THE LEDE

# J. D. VANCE WARNS COURTS TO GET IN LINE

*The Vice-President says it's time for Chief Justice John Roberts to step in and make judges behave. He's wrong.*

**By Ruth Marcus**

**May 25, 2025**



Photograph by Kenny Holston / Reuters

A272

Case 1:25-cv-13305-GAO    Document 43-4    Filed 11/19/25    Page 3 of 9



Save this story



Listen  •  13 minutes

Vice-President J. D. Vance offered some unsolicited advice to Chief Justice John Roberts the other day: the federal courts need to be more deferential to Presidential authority, and the Supreme Court must do a better job of keeping lower-court judges in line. Vance was speaking to the New York *Times'* Ross Douthat about the Trump Administration's nearly unbroken string of court losses in immigration-related cases. These setbacks, in Vance's telling, represent an undemocratic project by some federal judges to undo the election results.

**The Lede**
*Reporting and commentary on what you need to know today.*

"I know this is inflammatory, but I think you are seeing an effort by the courts to quite literally overturn the will of the American people," Vance told Douthat. He referenced a recent interview with Chief Justice Roberts, in which Roberts said that one role of the Court is to check the excesses of the executive. "I thought that was a profoundly wrong sentiment," Vance said. "That's one half of his job. The other half of his job is to check the excesses of his own branch. You cannot have a country where the American people keep on electing immigration enforcement and the courts tell the American people they're not allowed to have what they voted for. That's where we are right now."

A273

To quote Vance, this diagnosis is "profoundly wrong." It misconceives the essential role of the judiciary, which is to superintend the division of powers among the three branches of government—in fact, Roberts said that the Court's job is to check excesses of both Congress and the executive—and, just as important, to preserve individual rights against governmental overreach. In fact, the courts have been diligently performing their constitutionally assigned role, and polling suggests that the American people are happier with the judiciary's performance on that score than they are with President Donald Trump's.

Vance's comments are not the product of ignorant bluster (for this, see the recent assertion by Kristi Noem, the Secretary of Homeland Security, that "habeas corpus is a constitutional right that the president has to be able to remove people from this country"). Vance is a graduate of Yale Law School, and his wife clerked for the Chief Justice. He surely understands that Roberts—the author of Trump v. United States, the 2024 ruling on Presidential immunity that is perhaps the broadest grant of executive authority in the history of the Court—is no foe of Presidential power but one of its fiercest advocates. Yet Vance has for years been picking an argument with the Chief Justice over the legitimacy of federal court orders. If Vance were giving Trump one piece of advice, he said in 2021, it would be to "fire every single mid-level bureaucrat, every civil servant in the administrative state. Replace them with our people. And when the courts—because you will get taken to court—and when the courts stop you, stand before the country like Andrew Jackson did and say: 'The chief justice has made his ruling. Now let him enforce it.' " Roberts warned against remarks like these in his latest year-end report on the federal judiciary, saying that "elected officials from across the political spectrum have raised the specter of open disregard for federal court rulings. These dangerous suggestions, however sporadic, must be soundly rejected."

A274

The dispute assumed higher stakes after Trump took office, and federal courts across the country started to push back on the new Administration's behavior. "Judges aren't allowed to control the executive's legitimate power," Vance posted on X on February 9th. His exchange with Douthat represents another escalation of the Administration's anti-court rhetoric. Vance's argument—that judges are not simply treading on the President's constitutional authority but actively frustrating the will of the electorate—is, at bottom, a repudiation of the constitutional structure. It is "emphatically the province and duty of the Judicial Department to say what the law is," as Chief Justice John Marshall put it in Marbury v. Madison—even when, and perhaps especially when, its conclusion is unpopular. That is the reason federal judges are not elected and are granted lifetime tenure. Alexander Hamilton termed this arrangement "the best expedient which can be devised in any government, to secure a steady, upright, and impartial administration of the laws."

Of course, it is not healthy if courts consistently find themselves far out of step with the country, as Justice Elena Kagan noted at a judicial conference in 2022, following the tumultuous term in which the Court eliminated the right to abortion. If the Court "loses all connection with the public and with public sentiment, that's a dangerous thing for a democracy," she cautioned. Still, Kagan said, "By design, the court does things sometimes that a majority of the country doesn't like." Vance ignores this counter-majoritarian imperative.

To his credit, Vance conceded to Douthat that "illegal immigrants, by virtue of being in the United States, are entitled to some due process"—a welcome contrast to the false claim, by the White House deputy chief of staff Stephen Miller, that "due process guarantees the rights of a criminal defendant facing prosecution, not an illegal alien facing deportation." But acknowledging a right

A275

to review is not the same as providing it, and the Administration has seemed almost frantic to deny any semblance of due process to those being targeted for removal. Just this week, yet another federal judge ruled in yet another immigration case that the government had violated his order, by failing to provide migrants from third countries with a "meaningful opportunity" to contest being sent to South Sudan. The migrants "had fewer than 24 hours' notice, and zero business hours' notice, before being put on a plane and sent to a country as to which the U.S. Department of State issues the following warning: 'Do not travel to South Sudan due to crime, kidnapping, and armed conflict,' " the judge noted.

Or take the litigation over the Alien Enemies Act, a 1798 law that applies only when there is a "declared war" or an "invasion or predatory incursion" by a foreign nation. The Administration first issued an executive order invoking the law in secret, apparently intending to avoid interference from lawyers as it prepared to deport alleged members of the Tren de Aragua gang to El Salvador. ("I take issue that it's an aggressive interpretation," Vance told Douthat.) Then it tried to flimflam U.S. District Judge James Boasberg, by continuing to fly detainees to El Salvador even after he ordered that they not be removed. A month later—after the Supreme Court made clear that "detainees subject to removal orders under the AEA are entitled to notice and an opportunity to challenge their removal"—the Administration gave detainees a scant twenty-four hours warning that they could be deported, told them nothing about their right to go to court, and loaded them onto buses headed to an airfield. The Supreme Court intervened to halt the action. Such a skimpy notice "surely does not pass muster," the Court ruled, with only two Justices dissenting.

The list of those seized, held, and in some cases deported without due process is long and growing. It includes Rümeysa Öztürk, a Turkish graduate student at Tufts University arrested by six masked agents after publishing an op-ed criticizing Israel in the student newspaper. Özturk, whose visa had been

A276

revoked without her knowledge, was moved from Massachusetts to Vermont to Louisiana, and was not able to speak with her lawyer or inform anyone where she was until nearly twenty-four hours after her arrest. Charged with no crime or immigration violation and posing no danger to the public, Özturk was ultimately detained for more than six weeks, until a federal appeals court intervened.

Another denied constitutional protections is Kilmar Armando Abrego Garcia, the Salvadoran man whom the Trump Administration removed to a prison in his native country, in violation of a court order. Abrego Garcia has been imprisoned in El Salvador for more than two months, an ordeal that shows no sign of ending: the Trump Administration insists that he is outside its jurisdiction and is seemingly ignoring the Supreme Court's order that it "facilitate" his release from prison. Vance's account of this dispute conveniently inflates the evidence of Abrego Garcia's alleged membership in the MS-13 gang and omits the U.S. government's responsibility for returning him to El Salvador. "I think this guy was not just a gang member but a reasonably high-level gang member in MS-13," he said. In fact, the most the government has said in court is that Abrego Garcia is a "verified" and "ranking" member of MS-13, and the federal judge overseeing the case found that the flimsy support for Abrego Garcia's gang membership "consisted of nothing more than his Chicago Bulls hat and hoodie, and a vague, uncorroborated allegation from a confidential informant."

Vance was similarly cavalier about the Administration's noncompliance with court orders—and even about the fact that Abrego Garcia, convicted of no crime in the United States or El Salvador, has been imprisoned indefinitely. As Vance described it, the Salvadoran President, Nayib Bukele, while meeting

A277

with Trump and Vance at the White House, "basically said, 'I don't want to send this guy back. I think he's a bad guy. He's my citizen. He's in a prison in El Salvador, and I think that's where he belongs.' And our attitude was: 'O.K., what are we really going to do? Are we going to exert extraordinary diplomatic pressure to bring a guy back to the United States who's a citizen of a foreign country who we had a valid deportation order with?' " Well, yes, because you made the initial mistake of unlawfully removing him and because the courts have instructed you to at least try.

Vance views these episodes as the courts telling the American people that "they're not allowed to have what they voted for." He is wrong. There's no doubt that many voters were unhappy about illegal immigration during the Biden Administration and that this contributed to Trump's victory last November. But the polls suggest that at least some of his supporters did not vote for the kind of unfairness inflicted on Özturk, Abrego Garcia, and others. A Washington *Post*–ABC News/Ipsos poll conducted in mid-April showed only forty-six per cent of respondents approved of Trump's over-all handling of immigration, down from fifty per cent in February. Forty-eight per cent said that Trump had gone too far in deporting migrants, compared with thirty-four per cent who said that he was handling it correctly. Other polls from the same period showed similar apprehensions. An *Economist*/YouGov survey found that fifty-nine per cent of those questioned said the Administration had made some or many mistakes with its deportations. On Abrego Garcia, the doubts about Trump's performance were significant. More than half of respondents in a CNN poll said that Abrego Garcia should be returned to the United States; just twenty per cent disagreed.

None of this bodes well for Vance's argument that judges are trying to usurp the role of American voters. In the clash between the Administration and the judiciary, the public seems more anxious about the Administration's combative stance than about the supposed "rogue" judges. Asked in the *Post* survey

A278

whether federal judges who believe a Trump policy is illegal should have the power to block it until a trial is held, sixty-seven per cent of respondents said yes. Assessing the behavior of federal judges, sixty-two per cent said that they were trying to enforce legal limits on Trump's authority; just thirty-five per cent said that the judges were seeking to interfere with it. And sixty-five per cent said that the Trump Administration is trying to avoid complying with court orders. Vance may lecture the Chief Justice all he wants, but people see this Administration's assault on the courts for the danger that it is. ♦

---

# New Yorker Favorites

---

- In the weeks before John Wayne Gacy's scheduled execution, he was far from reconciled to his fate.

- What HBO's "Chernobyl" got right, and what it got terribly wrong.

- Why does the Bible end that way?

- A new era of strength competitions is testing the limits of the human body.

- How an unemployed blogger confirmed that Syria had used chemical weapons.

- An essay by Toni Morrison: "The Work You Do, the Person You Are."

Sign up for our daily newsletter to receive the best stories from *The New Yorker*.

A279

# EXHIBIT E

A280



☰  **PⓘPROPUBLICA**  Donate

### Democracy

# "Put Them in Trauma": Inside a Key MAGA Leader's Plans for a New Trump Agenda



Russell Vought speaks during an event on federal guidance and enforcement in 2019. Evan Vucci/AP Photo

by **Molly Redden** and **Andy Kroll**, **ProPublica**, and **Nick Surgey**, **Documented**

October 28, 2024, 5:00 am

Co-published with Documented

*ProPublica is a nonprofit newsroom that investigates abuses of power. Sign up to receive <u>our biggest stories</u> as soon as they're published.*

*We are still reporting. Do you have any information about the Office of Management and Budget or Russell Vought? You can reach <u>Andy Kroll</u> on Signal at 202-215-6203.*

> **Reporting Highlights**
>
> - **"In Trauma":** A key Trump adviser says a Trump administration will seek to make civil servants miserable in their jobs.
> - **Military:** In private speeches, he laid out plans to use armed forces to quell any domestic "riots."
> - **1776 and 1860:** He likened the country's moment to those fractious periods in American history.
>
> These highlights were written by the reporters and editors who worked on this story.

A key ally to former President Donald Trump detailed plans to deploy the military in response to domestic unrest, defund the Environmental Protection Agency and put career civil servants "in trauma" in a series of previously unreported speeches that provide a sweeping vision for a second Trump term.

In private speeches delivered in 2023 and 2024, Russell Vought, who served as Trump's director of the Office of Management and Budget, described his work crafting legal justifications so that military leaders or government lawyers would not stop Trump's executive actions.

He said the plans are a response to a "Marxist takeover" of the country; likened the moment to 1776 and 1860, when the country was at war or on the brink of it; and said the timing of Trump's candidacy was a "gift of God."

A281

**"Their Entire Apparatus Is Exposed to Our Strategy"**

Obtained by ProPublica and Documented

ProPublica and Documented obtained videos of the two speeches Vought delivered during events for the Center for Renewing America, a pro-Trump think tank led by Vought. The think tank's employees or fellows include Jeffrey Clark, the former senior Justice Department lawyer who aided Trump's attempts to overturn the 2020 election result; Ken Cuccinelli, a former acting deputy secretary in the Department of Homeland Security under Trump; and Mark Paoletta, a former senior budget official in the Trump administration. Other Trump allies such as former White House adviser Steve Bannon and U.S. Reps. Chip Roy and Scott Perry either spoke at the conferences or appeared on promotional materials for the events.

Vought does not hide his agenda or shy away from using extreme rhetoric in public. But the apocalyptic tone and hard-line policy prescriptions in the two private speeches go further than his earlier pronouncements. As OMB director, Vought sought to use Trump's 2020 "Schedule F" executive order to strip away job protections for nonpartisan government workers. But he has never spoken in such pointed terms about demoralizing federal workers to the point that they don't want to do their jobs. He has spoken in broad terms about undercutting independent agencies but never spelled out sweeping plans to defund the EPA and other federal agencies.

Vought's plans track closely with Trump's campaign rhetoric about using the military against domestic protesters or what Trump has called the "enemy within." Trump's desire to use the military on U.S. soil recently prompted his longest-serving chief of staff, retired Marine Gen. John Kelly, to speak out, saying Trump "certainly prefers the dictator approach to government."

ADVERTISEMENT

Other policies mentioned by Vought dovetail with Trump's plans, such as embracing a wartime footing on the southern border and rolling back transgender rights. Agenda 47, the campaign's policy blueprint, calls for revoking President Joe Biden's order expanding gender-affirming care for transgender people; Vought uses even more

A282

extreme language, decrying the "transgender sewage that's being pumped into our schools and institutions" and referring to gender-affirming care as "chemical castration."

Since leaving government, Vought has reportedly remained a close ally of the former president. Speaking in July to undercover journalists posing as relatives of a potential donor, Vought said Trump had "blessed" the Center for Renewing America and was "very supportive of what we do," CNN reported.

Vought did not respond to requests for comment.

"Since the Fall of 2023, President Trump's campaign made it clear that only President Trump and the campaign, and NOT any other organization or former staff, represent policies for the second term," Danielle Alvarez, a senior adviser to the Trump campaign, said in a statement. She did not directly address Vought's statements.

Karoline Leavitt, his campaign's national press secretary, added there have been no discussions on who would serve in a second Trump administration.

In addition to running his think tank, Vought was the policy director of the Republican National Committee's official platform committee ahead of the nominating convention. He's also an architect of Project 2025, the controversial coalition effort mapping out how a second Trump administration can quickly eliminate obstacles to rolling out a hard-right policy agenda.

As ProPublica and Documented reported, Project 2025 has launched a massive program to recruit, vet and train thousands of people to "be ready on day one" to serve in a future conservative administration. (Trump has repeatedly criticized Project 2025, and his top aides have said the effort has no connection to the official campaign despite the dozens of former Trump aides and advisers who contributed to Project 2025.)

Vought is widely expected to take a high-level government role if Trump wins a second term. His name has even been mentioned as a potential White House chief of staff. The videos obtained by ProPublica and Documented offer an unfiltered look at Vought's worldview, his plans for a Trump administration and his fusing of MAGA ideology and Christian nationalism.

## A Shadow Government in Waiting

In his 2024 speech, Vought said he was spending the majority of his time helping lead Project 2025 and drafting an agenda for a future Trump presidency. "We have detailed agency plans," he said. "We are writing the actual executive orders. We are writing the actual regulations now, and we are sorting out the legal authorities for all of what President Trump is running on."

Vought laid out how his think tank is crafting the legal rationale for invoking the Insurrection Act, a law that gives the president broad power to use the military for domestic law enforcement. The Washington Post previously reported the issue was at the top of the Center for Renewing America's priorities.

"We want to be able to shut down the riots and not have the legal community or the defense community come in and say, 'That's an inappropriate use of what you're trying to do,'" he said. Vought held up the summer 2020 unrest following George Floyd's murder as an example of when Trump ought to have had the ability to deploy the armed forces but was stymied*.*

Vought's preparations for a future Trump administration involve building a "shadow" Office of Legal Counsel, he told the gathered supporters in May 2023. That office, part of the Justice Department, advises the president on the scope of their powers. Vought made clear he wants the office to help Trump steamroll the kind of internal opposition he faced in his first term.

ADVERTISEMENT

A283

**"We're Trying to Build a Shadow Office of Legal Counsel"**

Obtained by ProPublica and Documented

Historically, the OLC has operated with a degree of independence. "If, all of a sudden, the office is full of a bunch of loyalists whose only job is to rubber-stamp the White House's latest policy directive, whose only goal is to justify the ends by whatever means, that would be quite dangerous," said an attorney who worked in the office under a previous Republican administration and requested anonymity to speak freely.

Another priority, according to Vought, was to "defund" certain independent federal agencies and demonize career civil servants, which include scientists and subject matter experts. Project 2025's plan to revive Schedule F, an attempt to make it easier to fire a large swath of government workers who currently have civil service protections, aligns with Vought's vision.

"We want the bureaucrats to be traumatically affected," he said. "When they wake up in the morning, we want them to not want to go to work because they are increasingly viewed as the villains. We want their funding to be shut down so that the EPA can't do all of the rules against our energy industry because they have no bandwidth financially to do so.

"We want to put them in trauma."

**"We Want the Bureaucrats to Be Traumatically Affected"**

A284

Obtained by ProPublica and Documented

Vought also revealed the extent of the Center for Renewing America's role in whipping up right-wing panic ahead of the 2022 midterms over an increase in asylum-seekers crossing at the U.S.-Mexico border.

In February 2022, Arizona Attorney General Mark Brnovich released a legal opinion claiming the state was under "invasion" by violent cartels and could invoke war powers to deploy National Guard troops to its southern border. The legally dubious "invasion" theory became a potent Republican talking point.

Vought said in the 2023 speech that he and Cuccinelli, the former top Homeland Security official for Trump, personally lobbied Brnovich on the effort. "We said, 'Look, you can write your own opinion, but here's a draft opinion of what this should look like,'" Vought said.

The nonpartisan watchdog group American Oversight later obtained an email in which Vought pitched the "invasion" framework to Brnovich.

Brnovich wrote in an email to ProPublica that he recalled multiple discussions with Cuccinelli about border security. But he added that "the invasion opinion was the result of a formal request from a member of the Arizona legislature. And I can assure you it was drafted and written by hard working attorneys (including myself) in our office."

In the event Trump loses, Vought called for Republican leaders of states such as Florida and Texas to "create red-state sanctuaries" by "kicking out all the feds as much as they possibly can."

## "Nothing Short of a Quiet Revolution"

The two speeches delivered by Vought, taken together, offer an unvarnished look at the animating ideology and political worldview of a key figure in the MAGA movement.

Over the last century, Vought said, the U.S. has "experienced nothing short of a quiet revolution" and abandoned what he saw as the true meaning and force of the Constitution. The country today, he argued, was a "post-

A285

constitutional regime," one that no longer adhered to the separation of powers among the three branches of government as laid out by the framers.

ADVERTISEMENT

He lamented that the conservative right and the nation writ large had become "too secular" and "too globalist." He urged his allies to join his mission to "renew a consensus of America as a nation under God."

And in one of his most dramatic flourishes, he likened the 2024 election to moments in America's history when the country was facing all-out war.

"We are here in the year of 2024, a year that very well [could] — and I believe it will — rival 1776 and 1860 for the complexity and the uncertainty of the forces arrayed against us," Vought told his audience, referring to years when the colonies declared independence from Britain and the first state seceded over President Abraham Lincoln's election. "God put us here for such a time as this."

Vought said that independent agencies and unelected bureaucrats and experts wield far too much power while the traditional legislative process is a sham. He extended that critique to agencies like the Department of Justice and the Federal Reserve, whose independence from the White House had long been protected by both political parties.

"The left in the U.S. doesn't want an energetic president with the power to motivate the executive branch to the will of the American people consistent with the laws of the country," he said in the 2024 speech. "They don't want a vibrant Congress where great questions are debated and decided in front of the American people. They don't want empowered members. They want discouraged and bored backbenchers."

He added, "The all-empowered career expert like Tony Fauci is their model, wielding power behind the curtains." Fauci was one of the top public health experts under Trump at the start of the COVID-19 pandemic and a key figure in coordinating the national response.

What sets Vought apart from most of his fellow conservative activists is that he accuses powerful organizations on the right of being complicit in the current system of government, singling out the Federalist Society for Law and Public Policy Studies, the conservative and libertarian legal network co-chaired by activist Leonard Leo. The society is widely seen as an instrumental force in cultivating young conservative lawyers and building a bench of future judges whose embrace of legal theories like originalism and textualism have led to decisions overturning abortion rights, environmental protections and social welfare policies.

Yet in his 2024 speech, Vought accused the Federalist Society and "originalist judges" of being a part of the problem, perpetuating the "post-constitutional structure" that Vought lamented by not ruling more aggressively to weaken or dismantle independent regulatory agencies that Vought and his allies view as illegitimate or unconstitutional.

It was "like being in a contract quietly revoked two decades ago, in which one party didn't tell the other," he said. "At some point, reality needs to set in. Instead, we have the vaunted so-called Federalist Society and originalist judges acting as a Praetorian Guard for this post-constitutional structure."

Echoing Trump's rhetoric, Vought implicitly endorsed the false claim of a stolen 2020 election and likened the media's debunkings of that claim to Chinese Communist propaganda.

"In the aftermath of the election, we had all these people going around saying, 'Well, I don't see any evidence of voter fraud. The media's not giving enough [of] a compelling case,'" he said. "Well, that compelling case has emerged. But does a Christian in China ask and come away saying, 'You know, there's no persecution, because I haven't read about it in the state regime press?' No, they don't."

**"A Compelling Case"**

A286

Obtained by ProPublica and Documented

Vought referred to the people detained for alleged crimes committed on Jan. 6, 2021, as "political prisoners" and defended the lawyers Jeffrey Clark and John Eastman, who have both faced criminal charges for their role in Trump's attempts to overturn the 2020 election. Federal law enforcement agencies, he added, "are keeping political opponents in jail, and I think we need to be honest about that."

ADVERTISEMENT

The left, Vought continued, has the ultimate goal of ending representative democracy altogether. "The stark reality in America is that we are in the late stages of a complete Marxist takeover of the country," he said, "in which our adversaries already hold the weapons of the government apparatus, and they have aimed it at us. And they are going to continue to aim it until they no longer have to win elections."

When Democrats called Trump an "existential threat to democracy," they were not merely calling for his defeat at the ballot box, he said, but were using "coded language the national security state uses overseas when they are overthrowing other governments" to discourage the military from putting down anti-Trump protests should he win.

"They're making Trump out to be a would-be dictator or an authoritarian," he said. "So they're actively working now to ensure, on a number of levels, that the military will perceive this as dictatorial and therefore not respond to any orders to quell any violence."

Trump, Vought insisted, has the credibility and the track record to defeat the "Marxist" left and bring about the changes that Vought and his MAGA allies seek. In his view, the Democratic Party's agenda and its "quiet revolution" could be stopped only by a "radical constitutionalist," someone in the mold of Thomas Jefferson or James Madison. For Vought, no one was in a better position to fill that role than Trump.

"We have in Donald Trump a man who is so uniquely positioned to serve this role, a man whose own interests perfectly align with the interests of the country," Vought said. "He has seen what it has done to him, and he has

A287

seen what they are trying to do to the country.

"That," he added, "is nothing more than a gift of God."

**Molly Redden**

I cover legal affairs, including big law, judicial appointments and White House legal strategy.

MORE STORIES    HAVE A TIP FOR A STORY?

Send me tips or documents about lawyers getting special access to the Trump administration, the DOJ rewarding Trump's supporters and pursuing his enemies, the administration's legal strategy, and the White House's judicial appointments.

**Andy Kroll**

I cover justice and the rule of law, including the Justice Department, U.S. attorneys and the courts.

MORE STORIES    HAVE A TIP FOR A STORY?

Send me tips and documents about changes in administration policy, political interference, conflicts of interest and abuses of power inside the DOJ, OMB, the White House and other law enforcement agencies.



## What We're Watching

During Donald Trump's second presidency, ProPublica will focus on the areas most in need of scrutiny. Here are some of the issues our reporters will be watching — and how to get in touch with them securely.

A288

# EXHIBIT F

A289

Case 1:25-cv-13305-GAO   Document 43-6   Filed 11/19/25   Page 2 of 3

**The New York Times**

https://www.nytimes.com/2025/01/21/us/politics/trump-schedule-f-federal-workers.html

# *Federal Employees Union Sues Trump Over Worker Protections*

The National Treasury Employees Union argues a move to "radically reshape the civil service" by making it easier to fire federal workers violates the will of Congress.

 ▶ **Listen to this article · 2:10 min**  Learn more



**By Alan Rappeport**
Reporting from Washington

Jan. 21, 2025

The National Treasury Employees Union said on Tuesday that it has sued President Trump to block an executive order that would enable him to fire career federal workers across the government.

The order signed on Monday evening, known as "Schedule F," would empower the Trump administration to strip job protections from many career federal employees — who are supposed to be hired based on merit and cannot be arbitrarily fired.

Mr. Trump issued a similar order in 2020 that aimed to strip federal workers of job protections but it was revoked by former President Joseph R. Biden Jr. Mr. Trump has now brought it back as part of his plan to eradicate what he has derisively labeled "the Deep State."

The labor union represents about 50,000 federal workers across 37 agencies.

A290

The lawsuit argues that Mr. Trump's order would "radically reshape the civil service" by drastically increasing the number and type of employees who are at risk of dismissal. It goes on to make the case that reclassifying most federal workers as "at will" employees is contrary to the worker protections Congress has put in place.

Career civil servants include professional staff members across the government who typically retain their jobs when the presidency changes hands. Their roles include law enforcement officers and technical experts at agencies that Congress created to make rules aimed at ensuring the air and water are clean and food, drugs and consumer products are safe.

"The American people deserve to have day-to-day government services in the hands of qualified professionals who are committed to public service and stay on the job regardless of which political party holds the White House," Doreen Greenwald, the union's president, said in a statement.

Mr. Trump signed the order at the White House on Monday evening, hours after his inauguration ceremony.

"We're getting rid of all the cancer," Mr. Trump said as he signed it. "The cancer caused by the Biden administration."

**Alan Rappeport** is an economic policy reporter, based in Washington. He covers the Treasury Department and writes about taxes, trade and fiscal matters.

A291

# EXHIBIT G

# Thousands of fired federal workers must be offered reinstatement, a judge rules

*By*



Protesters hold signs in solidarity at a rally in support of federal workers at the Office of Personnel Management in Washington, D.C., on March 4. **Alex Wroblewski/AFP via Getty Images hide caption**

**toggle caption**

Alex Wroblewski/AFP via Getty Images

Thousands of federal employees fired by the Trump administration must be offered job reinstatement within the next week, a U.S. district judge in San Francisco has ruled, because he said they were terminated unlawfully.

"It is a sad day when our government would fire some good employee and say it was based on performance when they know good and well that is a lie," Judge William Alsup, an appointee of former President Bill Clinton, said before issuing his ruling from the bench.

The Thursday decision marks a significant stand against President Trump's sweeping efforts to remake the federal government. The White House has appealed the decision.

The administration's job cuts targeted federal workers with probationary status, which usually means newer workers, and makes them easier to let go. Employees recently promoted into a new position can also be considered probationary.

Many probationary employees were fired for "performance reasons," according to their termination notices, even though many employees had received positive feedback from supervisors.

"It was a sham in order to try to avoid statutory requirements," Alsup said.

The judge also ordered the U.S. Office of Personnel Management (OPM) to prove within seven days that it had offered reinstatement to all fired probationary employees at the Departments of Agriculture, Defense, Energy, Interior, Treasury and Veterans Affairs.

The White House is blasting the decision. "A single judge is attempting to unconstitutionally seize the power of hiring and firing from the Executive Branch," White House press secretary Karoline Leavitt said in a statement. "The President has filed authority to exercise the power of the entire executive branch – singular district court judges cannot abuse the power of the entire judiciary to thwart the President's agenda. If a federal district court judge would like executive powers, they can try and run for President themselves."

Leavitt added: "The Trump Administration will immediately fight back against this absurd and unconstitutional order."

A293

Requests for comment were submitted to the agencies affected by the judge's ruling. Spokespeople for the VA and the Interior Department said they don't comment on pending litigation.

The decision comes as a result of a lawsuit brought by a group of unions and civic groups on behalf of workers fired from a host of agencies and sub-agencies.

In a charged, sometimes confrontational court hearing on Thursday, Judge Alsup challenged the government's argument that OPM, which acts as the government's HR department, had not directly ordered the termination of probationary employees but had left that decision to individual federal agencies and served merely as a coordinating body.

"The court rejects the government's attempt to use these press releases and to read between the lines to say the agency heads made their own decision with no direction from OPM," Alsup said.

The judge also bridled that OPM's acting director, Charles Ezell, and his senior adviser, Noah Peters, did not attend the hearing.

"You will not bring the people in here to be cross-examined. You're afraid to do so because you know cross-examination would reveal the truth," Alsup said, addressing OPM's legal team. "I tend to doubt that you're telling me the truth."

The American Federation of Government Employees is one of the plaintiffs in the case, and its president, Everett Kelley, said in a statement that AFGE is pleased with the reinstatement of "probationary federal employees who were illegally fired from their jobs by an administration hellbent on crippling federal agencies and their work on behalf of the American public."

"These mass-firings of federal workers were not just an attack on government agencies and their ability to function, they were also a direct assault on public lands, wildlife, and the rule of law," Erik Molvar — executive director of Western Watersheds Project, which is also a plaintiff in the case — said in a statement.

Another plaintiff is VoteVets Action Fund. Its chair is retired Maj. Gen. Paul Eaton, who called the ruling a win for the veterans "who have been impacted and rely on federal employment for stability."

Veterans make up about 30% of the federal workforce and many of the fired probationary workers are military veterans.

Earlier this month, the same judge issued a temporary restraining order in the same case, saying the firings were illegal but noted many federal agencies had yet to rehire probationary workers. "Maybe that's why we need an injunction that tells them to rehire them," he said Thursday.

Judge Alsup repeatedly stressed that an administration does have the right to go through a downsizing.

"It can be done, if it's done in accordance with the law," he said.

*Have information you want to share about ongoing changes across the federal government? NPR's Chris Arnold can be reached at carnold@npr.org or contacted through encrypted communications on Signal at ChrisArnold.07. NPR's Emily Feng is at efeng@npr.org and at emilyzfeng.96 on Signal.*

A294

# EXHIBIT H

Case 1:25-cv-13305-GAO          Document 43-8          Filed 11/19/25          Page 2 of 5

# Federal government paying 154,000 people not to work

These employees are being paid as part of the deferred resignation program.

By **Benjamin Siegel** and **Cheyenne Haslett**
July 31, 2025, 10:38 AM

**5 former federal employees speak out following layoffs**   As layoffs of federal employees continue across the country, five former federal employees discuss the wide-ranging impacts of their terminations.

The federal government is paying more than 154,000 federal employees not to work as part of the deferred resignation program, an administration official confirmed to ABC News.

The updated figure, first reported by the Washington Post, includes thousands of government workers across dozens of agencies who took the buyout offers through June to maintain benefits and pay until the end of the fiscal year on Sept. 30.

It represents just over 6% of the 2.3 million federal civilian workforce.

**MORE: What happens when a federal worker accepts Trump's deferred resignation offer?**    →

A296

To critics, the program has been administered haphazardly, throwing government offices into chaos and disrupting federal workers and programs indiscriminately, and prompting a number of legal fights between federal unions and the government -- all of it at taxpayers' expense.



The U.S. Office of Personnel Management headquarters on December 21, 2024 in Washington, D.C.
Michael A. McCoy/For The Washington Post via Getty Images

"The American taxpayer ultimately is not only watching federal employees who are deeply interested in serving the public be sidelined, they're having to pay for them too. It makes no sense at all," Max Steier, the president and CEO of the Partnership for Public Service, told ABC News. "They've done 'ready, fire, aim,' instead of 'ready, aim, fire.' It's detrimental to the capability of our government to meet our needs."

A297

To its proponents, the program has been an innovative way to streamline the federal government to focus on set priorities and recoup long-term cost savings after this fiscal year.

"Ultimately, the deferred resignation program was not only legal, it provided over 150,000 civil servants a dignified and generous departure from the federal government," Office of Personnel Management spokeswoman McLaurine Pinover told ABC News. "It also delivered incredible relief to the American taxpayer. No previous administration has gotten even close to saving American taxpayers this amount of money in such a short amount of time."

Former President Bill Clinton led an effort to reduce the federal workforce by more than 300,000 jobs, an initiative that took several years with congressional support.

---

**MORE: Federal workers who accept buyout must waive their right to legal action, contract says**

---

The Office of Personnel Management could not tell ABC News how much the government is spending on salaries and benefits for workers who have not been working and are resigning -- and how much the government has spent defending the "buyouts" in court.

In a report released Thursday, Senate Democrats estimated that the government has spent billions on workers who are on leave by choice or involuntarily due to litigation -- and that the entire Department of Government Efficiency cost-saving campaign led by Elon Musk has cost the government $21.7 billion because of mistakes and waste.

The $21.7 billion figure, provided by Democratic senators, is roughly in the ballpark

A298

The $21.7 billion figure provided by Democrats is an estimate that might include figures disputed by the administration. It also includes an estimate for 200,000 employees in the "buyout" program, when the actual figure is 154,000.

## Related Topics

**Trump Administration**



## Sponsored Content by Taboola

### Here Are 29 of the Coolest Gifts for This 2025
**Sponsored** / Consumerbags        Shop Now

### Men Can't Get Enough of This Cozy Polo Shirt
**Sponsored** / Ayatai        Shop Now

### Neuropathy is not from Low Vitamin B. Meet the Real Enemy of Neuropathy (Stop Doing This)
**Sponsored** / FootRenew

### Men Can't Get Enough of This Cozy Polo Shirt
**Sponsored** / Ayatai        Shop Now

### Wall St. Legend: Another Market Crash Is Coming—Here's When
**Sponsored** / GoVisionaryProfit        Watch Now

### Dementia and Memory Issues Have Been Linked to a Common Habit. Do You Do It?
**Sponsored** / Neurologist Institute        Learn More

### Here Are 23 Of The Coolest Gifts for This 2025
**Sponsored** / Top Consumer Guide        Shop Now

### Here Are 23 of the Coolest Gifts for This Black Friday 2025
**Sponsored** / Top Consumer Guide        Shop Now

### New Appetite Control Patch Flying Off Shelves in the US
**Sponsored** / consumersfind        Learn More

A299

# EXHIBIT I

A300

Case 1:25-cv-13305-GAO    Document 43-9    Filed 11/10/25    Page 2 of 5

# *Year Will End With 300,000 Fewer Federal Workers, Trump Official Says*

The reduction would be the largest single-year decline in civilian federal employment since World War II.



► **Listen to this article · 5:36 min**  Learn more



**By Eileen Sullivan**
Reporting from Washington

Aug. 22, 2025

There will be some 300,000 fewer federal workers on the government payroll by the end of December than there were in January, according to the Trump administration's top human resources official.

That amounts to the loss of about one in eight federal civilian workers, and would be the largest single-year reduction since World War II. But in an interview with The New York Times on Thursday, the director of the Office of Personnel Management, Scott Kupor, painted the coming few months as a period of relative stability after a time of tremendous upheaval.

He said the resignation incentives first introduced by the Department of Government Efficiency, or DOGE, accounted for the bulk of the 300,000 departures. He said most would be officially separated by the end of September, and others by the end of the year. Most have already stopped working, even though they remain on the payroll.

In addition, though some already announced cuts are still pending, he said he did not expect significant new layoffs — formally called reductions in force — before Sept. 30, the end of the government's fiscal year.

"That's roughly like 2.4 million to start and ending roughly about 2.1 million," Mr. Kupor said of the size of the civilian work force when President Trump returned to office and what it will be at the end of the year.

The figure is the clearest picture yet from the federal government of the extent of Mr. Trump's downsizing. The president has said the effort is about eliminating waste, saving money and making the government run more efficiently. But it also represents a reduction of a bureaucracy that he believes has tried to thwart him. Many federal employees say the depth of the cuts has threatened to cripple vital services, drained the government of expertise and wreaked havoc on workers and their families.

The departures are a combination of employees who voluntarily took an early retirement or resigned and continued to get paid through September, as well as fired probationary employees and others who have been laid off in agency reorganizations, including at the Department of Health and Human Services, the U.S. Agency for International Development and the Consumer Financial Protection Bureau.

Agencies have reported a total of 10,000 fired probationary employees, Mr. Kupor said, and about 6,000 of them are already formally separated from the government. Others' employment statuses are in limbo, in many cases because of lawsuits.

Critics have called the cuts indiscriminate and thoughtless, particularly the administration's decision to pay people not to work for months. During the first Trump administration, officials sought permission from Congress to reorganize the government, which would have included firing employees. Agencies submitted detailed plans and justifications for the cuts and reorganizations. But those requests never went anywhere.

This time, the administration moved forward without congressional input or a studied assessment of where to cut. And the vacancies have been felt across the government.

A302

Case 1:25-cv-13305-GAO   Document 43-9   Filed 11/19/25   Page 4 of 5

**Are you a federal worker? We want to hear from you.**

The Times would like to hear about your experience as a federal worker under the second Trump administration. We may reach out about your submission, but we will not publish any part of your response without contacting you first.

Continue »

In dozens of interviews, federal workers have shared the stress of working in such an uncertain environment where managers have been left in the dark about personnel changes. For some, voluntarily resigning and collecting a paycheck for several more months was a better option than the stress of staying in the government, waiting to be fired and weathering insults about their work ethic.

By the spring, so many employees had left on their own that agencies did not need to move forward with the mass layoffs they had planned.

"I think the agencies expected they would have fewer people in the, call it 'voluntary bucket,' and they would therefore have to do more in the 'involuntary bucket,'" Mr. Kupor said. He did not provide an agency-by-agency breakdown of the departures.

In some instances, agency officials have realized that the cuts went too far. The Internal Revenue Service let too many people leave, which "created a potential gap in mission critical expertise," according to an internal email on Wednesday shared with The Times. The message, from the agency's acting human capital officer, David P. Traynor, said some employees who left voluntarily would be contacted about returning to work. Mr. Traynor said the agency would also reassign people to cover gaps and hire from the outside.

Federal workers at agencies where layoffs have been announced but not yet enacted have been waiting. One National Park Service ranger, who spoke on the condition of anonymity out of fear of retribution, called it "psychological torture," working long hours because of staffing shortages and wondering how much longer they would have a job.

A303

"There's still some moving parts there," Mr. Kupor said of the potential for more layoffs. "My gut is — I don't think there's going to be meaningful changes, kind of through Sept. 30, relative to at least what's been forecast to date."

But whether the cuts have made the government slim enough for Mr. Trump remains to be seen. Mr. Kupor said he did not know if the White House would ask agencies for more reductions as planning begins for fiscal year 2027.

"That's a little bit of a T.B.D.," he said. "That's the one I think that we don't really have as much guidance on right now."

**Eileen Sullivan** is a Times reporter covering the changes to the federal work force under the Trump administration.

A version of this article appears in print on , Section A, Page 10 of the New York edition with the headline: Federal Payroll Down 300,000 By Year's End, Official Says

A304

# EXHIBIT J

A305



POLITICO

Congress    |    Inside Congress Live **1 hr ago**    |    Inside Congress newsletter    |    Government shutdown

## Judge extends order barring mass firings of federal workers during shutdown

U.S. District Judge Susan Illston said she found some accounts from impacted federal employees "very affecting."



The Office of Personnel Management, the Office of Management and Budget "and the federal agency defendants are enjoined from issuing any more RIF notices because of the shutdown," said U.S. District Judge Susan Illston. | Francis Chung/POLITICO

By **JOSH GERSTEIN**, **CARMEN PAUN** and **HASSAN ALI KANU**
10/28/2025 05:07 PM EDT



A federal judge has indefinitely extended her order banning the Trump administration from mass firing federal employees during the government shutdown.

Following a hearing Tuesday, U.S. District Judge Susan Illston granted a preliminary injunction blocking reductions in force — better known as RIFs — at most major government agencies.

Advertisement

AD

Barring further action by a higher court, Illston's decision limits the Trump administration's ability to continue downsizing the federal government and

A306

moves it has made to leverage the ongoing shutdown to cut federal programs and agencies favored by Democrats.

The Office of Personnel Management, the Office of Management and Budget "and the federal agency defendants are enjoined from issuing any more RIF notices because of the shutdown," said Illston, a San Francisco-based Clinton appointee. The judge also barred the administration from implementing RIF notices issued during the shutdown and said she might hold further court proceedings to resolve disputes about some RIFs that were in the works just before the shutdown began on Oct. 1.

The Trump administration is expected to appeal Illston's ruling to the 9th Circuit Court of Appeals. A Justice Department spokesperson declined to comment. OMB spokespeople did not immediately respond to a request for comment.

A Justice Department attorney defending the administration at the hearing Tuesday, Michael Velchik, said the firings were lawful and represented the will of the electorate expressed through President Donald Trump's victory at the polls last year.

"The American people selected someone known above all else for his eloquence in communicating to employees that, 'You're fired!'" Velchik said, referring to Trump's trademark line on his television show, "The Apprentice."

However, Illston bluntly rejected the administration's key arguments, including that the lapse in appropriations gave agencies new flexibility to fire workers because unfunded programs are no longer required by law.

"I think that's completely wrong," the judge said.

Velchik was undeterred. "I think that's obviously correct. I think all three branches of government agree on that," he said.

Advertisement

AD

A lawyer representing the federal employee unions challenging the RIFs said that argument suggests Trump could permanently dismantle every federal agency simply because Congress failed to meet a funding deadline.

"What counsel is arguing is that if Congress lets funding lapse for one day, the president can fire the entire federal government. That is absurd," the unions' attorney, Danielle Leonard, said.

On Monday, one of the unions suing, AFGE, shifted its position in the shutdown fight. While it initially joined with other federal employee unions backing Democrats' resistance to supporting a temporary funding bill, AFGE urged senators to support a three-week funding patch. It fell short in the

A307

Case 1:25-cv-13305-GAO　　Document 43-10　　Filed 11/19/25　　Page 4 of 4

Senate again Tuesday in a 54-45 vote.

Illston made clear at the outset of the hearing that she intended to issue an injunction that effectively extends a temporary restraining order she issued two weeks ago at the unions' request. She called it "particularly ironic" that the federal employees sending out the RIF notices appeared to be violating the Anti-Deficiency Act, which prohibits the government from incurring expenses not authorized by Congress, but includes some exceptions for essential activities.

The judge also said she found some accounts from federal RIFed employees "very affecting."

"I think it's important that we remember that although we are here talking about statutes and administrative procedure and the like, we are also talking about human lives, and these human lives are being dramatically affected by the activities that we're discussing this morning," Illston said.

As an example, she cited an account by a RIFed Department of Housing and Urban Development employee who in a court filing on Oct. 21 wrote that she had never gone through anything as traumatizing as the current experience, including her combat deployment when she was in the Air Force.

The judge also mentioned another account filed in court on Oct. 21 from a RIFed IT specialist at the Centers for Disease Control and Prevention who has been working for the federal government for more than 40 years.

"After 40 years of service, she's eligible for retirement, but no one at Human Resources can answer her questions about the RIF notice or retiring, because most, if not all, of the HR staff have also been RIFed," Illston said about the woman. "This is her second RIF notice. She got one earlier in April that was later rescinded."

That was part of a spring round of RIFs at the Department of Health and Human Services. Health Secretary Robert F. Kennedy Jr. said at the time that he sought to downsize the department by about a quarter, to about 62,000 employees.

Office of Management and Budget Director Russ Vought said earlier this month that he expected the total number of employees fired in connection with the shutdown would "probably end up being north of 10,000."

Those plans appear to have been scaled back since then, partly due to resistance from other high-level officials in the Trump administration. Trump has said the firings and program terminations are aimed at getting Democrats to cry uncle in the budget fight by targeting constituencies and causes important to them.

**FILED UNDER:**
CONGRESS, HUD, OFFICE OF PERSONNEL MANAGEMENT, DONALD TRUMP, OFFICE OF MANAGEMENT AND BUDGET, FIRED FEDERAL WORKERS

**Inside Congress**
Your first read on Capitol Hill politics and policy.

**EMAIL**

Your Email

A308

# EXHIBIT K

A309

Case 1:25-cv-13305-GAO    Document 43-11    Filed 11/19/25    Page 2 of 5

# Trump Threatens to Fire 'a Lot' of Federal Workers as Shutdown Looms

A union representing federal workers filed a lawsuit challenging President Trump's ability to fire government employees.

 ▶ **Listen to this article · 5:25 min**  Learn more

 **By Tony Romm**
Reporting from Washington

Sept. 30, 2025

President Trump signaled on Tuesday that he could try to maximize the pain of a government shutdown, threatening to leverage the imminent closure to fire "a lot" of civil servants and slash a range of federal programs and benefits that he disfavors.

The latest round of ultimatums, which came hours before government funding expired, underscored the extent of the political dysfunction in Washington. It quickly prompted a set of unions representing federal employees to file a lawsuit seeking to block the administration from conducting mass layoffs during the shutdown.

"We're doing well as a country, so the last thing we want to do is shut it down, but a lot of good can come down from shutdowns. We can get rid of a lot of things that we didn't want," Mr. Trump said on Tuesday.

For families, businesses and the broader U.S. economy, the consequences of a shutdown starting Oct. 1 could be vast, upending everything from some food safety inspections to the ability to visit national parks. But the hardships could prove



Case 1:25-cv-13305-GAO     Document 43-11     Filed 11/19/25     Page 3 of 5

especially acute for millions of federal employees and active military service members, whose lives are often upended during a government closure.

Roughly 750,000 civilian federal workers will be furloughed each day beginning on Wednesday, the start of the new fiscal year, according to congressional estimates. Other workers, from military personnel to airport baggage claims inspectors, must continue to report for duty because they hold vital roles, but they will not receive a paycheck until funding is restored.

On Tuesday, the White House sought to raise the stakes of a shutdown even further, after Mr. Trump doubled down on a threat to fire civilian federal employees if funding lapses. In doing so, the president suggested he could also leverage the fiscal stalemate in other ways and "do things during the shutdown that are irreversible, that are bad for them," referring to Democrats.

Hours later, a set of unions representing federal employees sued the Trump administration on grounds that mass layoffs during a shutdown would be unlawful. The lawsuit, brought by unions including the American Federation of Government Employees, asked a federal court in California to invalidate a White House memo issued last week that initiated the layoff process, formally known as a reduction in force.

### Are you a federal worker? We want to hear from you.

The Times would like to hear about your experience as a federal worker under the second Trump administration. We may reach out about your submission, but we will not publish any part of your response without contacting you first.

Continue »

"Announcing plans to fire potentially tens of thousands of federal employees simply because Congress and the administration are at odds on funding the government past the end of the fiscal year is not only illegal — it's immoral and unconscionable," said Everett Kelley, the national president of A.F.G.E., which says it represents more than 800,000 government workers.

A311

In their court filing, unions on Tuesday also pointed to more recent guidance from the Trump administration, which exempted some officials from furlough so that they could work during a shutdown and carry out the layoff plans. The lawyers said the arrangement was "contrary to federal law," as they urged the court to strike down "the cynical use of federal employees as a pawn" in the funding fight.

The White House did not respond to a request for comment.

The threats left many government workers bracing for yet another painful blow under Mr. Trump, who has waged a highly disruptive campaign to reduce the size of the federal government. It was not immediately clear how agencies would implement the White House directive that had set in motion the plan for mass layoffs. Many agencies have already shed workers and, in some cases, have had to hire them back.

Another round of widespread cuts could further deplete the ranks of the federal government, which is already expected to have about 300,000 fewer workers on its payroll in December compared with January, officials have said. These existing cuts to the work force include retirements under the government's incentive program as well as layoffs, some of which have been challenged in court by union officials.

Democrats have repeatedly attacked the White House in recent days for seeking to use federal workers as bargaining chips in a bid to pressure them into supporting a short-term funding deal that would keep federal spending mostly at current levels into November. Party leaders have refused to accept that approach, which Republicans adopted in the House earlier this month, because the stopgap does not extend a set of expiring subsidies that help millions of people pay for health insurance.

"Donald Trump has been firing federal workers since Day 1 — not to govern, but to scare," Senator Chuck Schumer of New York, the Democratic minority leader, said in a statement last week. "This is nothing new and has nothing to do with funding the government."

A312

Case 1:25-cv-13305-GAO    Document 43-11    Filed 11/19/25    Page 5 of 5

But Democrats' refusal to accept that deal has only emboldened Mr. Trump. At one point, Mr. Trump told reporters on Tuesday that his top budget aide, Russell T. Vought, could "trim the budget to a level that you couldn't do any other way." And he obliquely referenced "benefits" as one possible focus, as he accused Democrats of "taking a risk by having a shutdown."

"When you shut it down, you have to do layoffs," Mr. Trump said later in the day, in comments that appeared to conflate the necessity of furloughs in a shutdown with his prior threat of layoffs. "So we'd be laying off a lot of people that are going to be very affected, and they're Democrats."

Eileen Sullivan contributed reporting.

**Tony Romm** is a reporter covering economic policy and the Trump administration for The Times, based in Washington.

A313

# EXHIBIT L

 An official website of the United States government

# USAJOBS

# Nuclear Materials Courier

DEPARTMENT OF ENERGY
National Nuclear Security Administration
Office of Secure Transportation

> ⚠️ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

This announcement is to recruit for **Nuclear Materials Courier** positions for the future Candidate Training Academies. Applicants who currently hold an active Top Secret or Q clearance could have their appointment time expedited. Applicants hired in Albuquerque, New Mexico will have their pay set between $55,929.00 - $88,432.00 depending on the location.

Go to this link for more information on Courier positions. https://fmt.kcnsc.doe.gov/OSTfederalagent/

## Overview

Reviewing applications

**Open & closing dates**
🕐 09/30/2025 to 09/30/2025

**Salary**
$55,929 to - $88,432 per year

**Pay scale & grade**
NV 1

**Location**
Many vacancies in the following location:

📍 **Albuquerque, NM**

A315

**Remote job**

No

**Telework eligible**

No

**Travel Required**

75% or less - You may be expected to travel for this position.

**Relocation expenses reimbursed**

Yes — You may qualify for reimbursement of relocation expenses in accordance with agency policy.

**Appointment type**

Permanent

**Work schedule**

Full-time

**Service**

Competitive

**Promotion potential**

2

**Job family (Series)**

- 0084 Nuclear Materials Courier

**Supervisory status**

No

**Security clearance**

Q Access Authorization

**Drug test**

Yes

**Position sensitivity and risk**

Critical-Sensitive (CS)/High Risk

**Trust determination process**

- Credentialing
- Suitability/Fitness
- National security

**Financial disclosure**

No

**Bargaining unit status**

No

A316

**Announcement number**
25-NA-15-OST-XA-00405-DEU

**Control number**
846951800

## This job is open to

 **The public**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

 **Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Clarification from the agency**

Open to United States Citizens

## Duties

As a Nuclear Materials Courier, you will:

- Serve as a member of a highly specialized armed protective force that is responsible for the safe and secure transportation of classified and/or hazardous materials including nuclear weapons, components, test assemblies, and strategic quantities of weapons-grade special nuclear materials. This involves the operation of Government-owned motor vehicles, including tractor-trailers.

- Integrate many processes and methods in the fields of security; health and safety; emergency management; and law enforcement, including tactical operations to respond to a multitude of possible natural and/or man-made threats to the safety and security of sensitive, dangerous, and extremely valuable cargo.

- Participate in security planning prior to trip departures; assess multiple issues and factors related to shipment security during convoy operations; coordinate with other Federal, state or local law enforcement agencies and first responders concerning the investigation of potential criminal or terrorist acts or activities that could be considered a threat to the mission.

- Be armed to provide the force necessary, up to and including the use of deadly force, to prevent theft, sabotage or takeover by unauthorized persons or groups. Respond quickly and effectively to environmental, resource, and safety and security issues that may arise unexpectedly in the course of mission operations.

In accordance with 5, Code of Federal Regulation (CFR) 410.309(a) any employee selected for training exceeding e.g.,180 hours must sign a written agreement to continue his/her employment with DOE. This continued service agreement (CSA) is required when:(1) Training involves particularly high cost or other unusual factors, and the required service period (one year) may be extended by the Head of the DOE element or designated official with the concurrence of the servicing human resources office.(2) A

A317

participant who fails to fulfill the terms of a continued service agreement is required to reimburse DOE for the percentage of the agreement not completed. However, the Head of the DOE element or designated official may waive the element's right of recovery with concurrence of the servicing human resources office.

# Requirements

## Conditions of employment

- You must be a United States Citizen.
- This employer participates in the e-Verify program.
- Males must abide by Selective Service registration requirements.
- Subject to Random Drug/Alcohol Testing.
- Must pass a pre-employment drug test.
- Must receive a favorable suitability determination.
- Compliance with Homeland Security Presidential Directive (HSPD-12) governing personal identity which will require that you provide two forms of identification.
- May be required to successfully complete a one (1) probationary period. Employees serving on a probationary period may be terminated at any time during the probationary period for performance, conduct, or business-related reasons in the interest of Federal service.
- Must be able to obtain/maintain a Q security clearance.
- The OST mission is performed on a 24-hour, 7-days a week basis. All employees are subject to participation in both scheduled and unscheduled emergency response exercises and events.
- Must pass a comprehensive medical examination and psychological evaluation and continue to meet these requirements throughout employment.
- Physical Requirements: You must be able to meet this requirement semi-annually: 1 mile in 8 minutes, 30 seconds or less and 40 yard sprint from prone position in 8 seconds or less.
- Satisfactory completion of a training academy.
- Required to carry a firearm and maintain qualifications on assigned weapons.
- Must possess or acquire a valid State motor vehicle operator's license prior to appointment; have a satisfactory driving record; and complete the requirements for obtaining a Commercial Driver's License (Class A) during the training academy.
- Occasional exposure to potential dangers from explosives and radioactive or toxic materials may occur.
- Nuclear Materials Courier positions are designated as primary positions with special retirement provisions as defined in 5 USC 8336 (c) CSRS and 8412(d) FERS.
- Applicants must be under age 38 at the time of appointment, with the exception of those applicants who have current covered service for comparable special retirement or those individuals who claim veterans preference.

A318

- Must be able to obtain/maintain certification under the Department of Energy Human Reliability Program.
- Be able to meet first aid training requirements.

## Qualifications

**MPORTANT INFORMATION CONCERNING THIS OPEN CONTINUOUS VACANCY ANNOUNCEMENT:**

- This is an open continuous vacancy announcement that will be used to fill vacancies as they occur.
- To receive consideration for vacancies, applicants must submit a complete application prior to the established cut-off date(s). The initial cut-off date will take place on **October 30, 2025 t**o begin the initial applicant consideration. Applications received after the initial cut-off date will be considered upon subsequent cut-off dates every 30 days: **November 30, 2025, December 30, January 30 and every 30 days thereafter.**

**SPECIALIZED EXPERIENCE REQUIREMENTS:**A qualified candidate's online application and resume must demonstrate at least one year of specialized experience equivalent to the next lower grade level (GS-7 or equivalent) in the Federal service. Specialized experience for this position is defined as: Experience that provided a knowledge of a body of laws and regulations maintaining and enforcing law and order, practices and techniques involved in protecting life and property. Law enforcement/military practices and techniques in performing high risk, armed, tactical/security operations.

**Examples of Specialized Experience:**

- This experience can be obtained from armed security experience which could have been gained in the armed forces, Coast Guard, or other Federal, State, Local government or private organization which involved armed guard or armed-security duties on a regular basis.
- Experience should have involved: protecting property against theft; sabotage; fire; damage; accident; trespass; maintaining law and order; or protecting lives, etc.

Your application and resume should demonstrate that you possess the following competencies. Do not provide a separate narrative written statement. Rather, you must describe in your application how your past work experience demonstrates that you possess the Competencies identified below. Cite specific examples of employment or experience contained in your resume and describe how this experience has prepared you to successfully perform the duties of this position. DO NOT write "see resume" in your application.

- Firearms
- Interpersonal Skills
- Personnel Security and Safety
- Public Safety and Security
- Teamwork
- Vehicle Operation

"Experience" refers to paid and unpaid experience. Examples of qualifying unpaid experience may include: volunteer work done through National Service programs (such as Peace Corps and AmeriCorps);

A319

as well as work for other community-based philanthropic and social organizations. Volunteer work helps build critical competencies, knowledge, and skills; and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

**You must meet all qualifications and eligibility requirements by the closing date of this announcement.**

## Education

**This job does not have an education qualification requirement.**

## Additional information

Under Title 18 USC, Section 922(g)(9), anyone who has been convicted of a misdemeanor crime of domestic violence is automatically disqualified from being appointed to a position requiring the possession of a firearm or ammunition, unless such conviction was expunged, set aside, or the applicant received a pardon.

<u>MEDICAL REQUIREMENTS:</u> The applicants' and employees' health must meet demands for performance in the position and for human reliability program certification. Before entrance on duty and during employment, applicants/employees in these positions must undergo a medical examination and be physically/medically able to perform the duties of the position without hazard to themselves or others. Failure to meet any of the required physical/medical qualifications will be considered disqualifying for employment, except when substantial evidence is presented that the individual can perform the functions of the job without hazard to himself/herself/others, with or without reasonable accommodation.

<u>TRAINING REQUIREMENT AFTER BEING HIRED:</u> Selected individuals will attend a Nuclear Materials Courier training academy at Ft. Chaffee, Arkansas. Travel and per diem expenses will be provided during the candidate training academy. Candidates will reside in a government dormitory while attending the academy. Training at the academy will consist of firearms, tractor-trailer operations, tactics, Federal law Enforcement Training Center, and other required field and classroom instruction. Candidates will be evaluated during each portion of the training as well as evaluated for overall performance. Failure to perform satisfactorily will result in termination from the program and from employment in the Federal Service. Candidates will be required to qualify on assigned weapons day and night, pass a Nuclear Materials Courier Physical Fitness Standards test on the first day of training, and complete the requirements for a Commercial Driver's License during the academy. Failure to meet any qualifications during the training will result in termination from the program and from Federal employment.

**Other Information:**

- Veterans and persons with disabilities are encouraged to apply. For more information, please visit the links at the bottom of this page or visit the <u>FedsHireVets</u> website.

- More than one selection may be made from this vacancy announcement.

- All males born after December 31st 1959 must abide by laws regarding Selective Service registration. To learn more about this law, visit the Selective Service web page, <u>Who Must Register</u>. If you are not registered and don't have an approved exemption, you will not be eligible for employment with the Federal government.

A320

- A Recruitment/Relocation Incentive may be authorized for a highly qualified applicant in accordance with the Agency policy and applicable regulations.

- In accordance with Executive Order 14170, applicants are encouraged to respond to the four short, free-response, essay questions in the questionnaire. Answers to these questions are not scored or rated. Your answers will be reviewed by the hiring manager and agency leadership if you are referred for selection consideration.

EEO Policy: Click **HERE.**
Reasonable Accommodation Policy: Click **HERE.**
Veterans Information: Click **HERE.**
Telework: Click **HERE.**
Selective Service Registration: Click **HERE.**

Information about the NNSA Demonstration project can be found by clicking **HERE.**

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

---

**Benefits**                                                                                    +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

---

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Your application will be rated by our application system using the Category Rating procedure.

**THE APPLICATION REVIEW PROCESS WILL BE IN TWO STAGES:**
**Minimum Qualifications:** Once the application process is complete, the Human Resources Office will review the first two pages of your resume and supporting documentation to determine whether you meet the minimum job qualifications.

**Structured Resume Review:** The Human Resources Office will review the first two pages of your resume to determine your technical qualifications.

Additional documentation (e.g., cover letter, links embedded in your resume) may not be considered.

A321

Your application is rated based on the extent and quality of your experience, education (if applicable to the job), and training described in your online resume/questionnaire as related to the duties of this position. The quality categories are usually defined as "Best Qualified", and "Qualified". Veterans Preference eligibles will be listed at the top of whichever category your score places you in. CP/CPS veterans are placed at the top of the highest category for all positions except professional and scientific positions at GS-9 and higher.

We will review your application to ensure you meet the job requirements. If you meet the qualifications requirements, your application will be referred to the selecting official for further review.

*If your resume is incomplete or does not support the responses you provided in your online questionnaire, or if you fail to submit all required documentation before the vacancy closes, you may be rated 'ineligible', 'not qualified'.*

**MEDICAL EVALUATION PROCESS:** The medical evaluation will consist of comprehensive medical examination and psychological evaluation as describe in the conditions of employment and Human Reliability Program requirements of this vacancy announcement. The physical fitness standard will be tested allowing for a 10% differential to the required standard. The physical fitness evaluations consists of passing the following within approximately 1 hour:

Run 1 mile in 9 minutes 21 seconds or less and 40 yard sprint from the prone in 8.8 seconds or less. Failure to complete or pass any of the comprehensive medical, psychological or physical evaluations will remove you from further consideration for the position.

Upon completion of the selection process as described above, the application package will be reviewed for security and Human Reliability Program (HRP) requirements. Upon favorable review of the security and Human Reliability Program requirements the applicant will be informed via a final offer letter of the starting salary and start date of the training academy. **If you are selected for the** Nuclear Materials Courier **position,** please note, applicants will be required to be within the continental United States to perform pre-employment drug test, medical examination, psychological examination and security clearance interview and processing. Being in an overseas location during this time will hinder the ability to accomplish items above and impact your ability to complete the required pre-employment processing for this position in time for the academy start date.

***To preview the application questionnaire, click the link below.***
https://apply.usastaffing.gov/ViewQuestionnaire/12807561

# Required Documents

To apply for this position, you **MUST** provide a complete application package which includes:

**ALL APPLICANTS: You must submit a resume supporting your specialized experience and responses to the online questionnaire.**

- Your two (2) page **RESUME** showing all relevant work experience (paid and unpaid) including: duties performed; full name and address of the each employer; start and end dates (month/day/year); work schedule (part-time, full-time, number of hours if intermittent); salary; and any completed education and training (program title, subject area, number of hours completed, and completion date).

A322

- **Cover Letter**, *optional,* expressing additional information not covered in your resume may not be considered.

- **Transcripts,** *if specific educational requirements are indicated in this job announcement.* Unofficial transcripts or any report listing institution, course title, credits earned (semester or quarter hour) and final grade is acceptable. It is your responsibility to provide adequate proof that you meet the educational requirements. If selected, it is mandatory that you provide official transcripts.

- For more information about what to include in your resume, please view this USAJOBS Resume Tutorial video on YouTube.

NNSA will accept a resume in the format of your choice (as an attached document or as a USAJOBS Resume Builder format). You will be notified at the time you click 'Apply Online' which type of resume is acceptable. It is important that you are complete and thorough in your resume. **If any of the above information is not included in your resume, we may not be able to fully credit you for your experience.**

**Submit one or more of the following to support your eligibility(s) to apply to this job announcement:**

**SF-50, "Notification of Personnel Action" (current/former federal employees):**
To properly verify status eligibility, your SF-50 must show the following. If you do not submit an appropriate SF-50, we cannot verify your status eligibility! Full position title; appointment type; occupational series; pay plan, grade, and step; tenure code; and service computation date (SCD).

*If your current position SF50 does not indicate you have competitive/excepted service status or does not reflect the pay plan and grade of the highest position you have held in the competitive/excepted service, in addition to your current SF50, you must provide your previous SF-50s that provide the proof of competitive/excepted status and highest grade held on a permanent basis.*

**If specific educational requirements are indicated for this vacancy:** Documentation verifying your educational claims which can include unofficial transcripts or any report listing institution, course title, credits earned and final grade. Please see the Education section for more information.

**For Professional, Scientific and Engineering Positions:** If qualifying on the basis of an alternate method, i.e., professional license, you must submit official documentation to support your claim with your application package. If selected for the position you will be required to submit official transcripts prior to onboarding.

**Veterans:** DD-214 Member Copy 4 showing type of discharge/character of service; current active duty members-certification of expected discharge or release from active duty under honorable conditions dated within 120 days; SF-15 Form and related documentation; VA letter. For more information visit the USAJOBS Help Center & OPM CHCOC website for VOW information.

**Individuals with Disabilities:** Schedule A letter from a physician, local, state or federal rehabilitation office citing your eligibility under 5 CFR 213.3102 (u). For more information visit the USAJOBS Help Center.

**Certain Military Spouses:** Permanent Change of Station (PCS) orders authorizing you to accompany the Military member to the new duty permanent station; OR verification of the member's 100% disability (VA Letter); and/or verification of the member's death while on active duty (DD-1300 and Death Certificate) AND verification of the marriage to the service member (i.e., a marriage license or other legal

A323

documentation verifying marriage). For more information visit the USAJOBS Help Center.

**Other non-competitive or special appointing authorities:** provide documentation which supports your eligibility.

**Career Transition Assistance Program/Interagency Career Transition Assistance Program documentation,** *if* applicable (e.g., Certification of Expected Separation, Reduction-In-Force Separation Notice, or Notice of Proposed Removal; SF-50 that documents the RIF separation Please see the OPM Guide to Career Transition Click HERE for more information.

**Failure to submit any of the above mentioned required documents may result in loss of consideration due to an incomplete application package. It is your responsibility to ensure all required documents have been submitted.**

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

Please read the entire announcement and all the instructions before you begin an application. To apply for this position, you must complete the initial online application, to include submission of the required documentation specified in the **Required Documents** section. A complete application package must be submitted by **11:59 PM (EST) on the announcement closing date** to receive consideration.

The application process is as follows:

1. You must have a **login.gov** account to sign into USAJOBS: https://www.usajobs.gov/Help/how-to/account/.
2. To begin the application process in USAJOBS, click the **Apply Online** button.
3. Answer the questions presented in the application and attach all required and supporting documentation.
4. You must click the **Submit Application** button prior to 11:59 pm (ET) on the announcement closing date.

You may update your application, including supporting documentation, at any time during the announcement open period by returning to your USAJOBS account, select Update Application: https://my.usajobs.gov/Account/Login. This option will no longer be available once the announcement has closed.

A324

To verify the status of your application, during and after the announcement open period, log into your USAJOBS account; applications will appear on the Welcome screen. The Application Status will appear along with the date your application was last updated. For information on what each application status means, visit: https://www.usajobs.gov/Help/how-to/application/status/.

If you need help with login.gov or USAJOBS (e.g., account access, Resume Builder) visit the USAJOBS Help Center: https://www.usajobs.gov/Help/

Employees or applicants may request **Reasonable Accommodation (RA) for assistance**, when applying or competing for a job or performing a job due to their medical condition or to exercise their religious beliefs. If you need reasonable accommodation in the application or selection process, please contact the Agency Contact listed on this vacancy announcement.

If you experience difficulty applying on USAJOBS, after clicking the Apply Online button, or you are experiencing a significant hardship hindering your ability to apply online, the Agency Contact listed in the announcement can assist you during normal business hours. If you receive any system error messages, take screenshots if possible, to aid technical support.

*If your resume does not support the responses in your application questionnaire, or if you fail to submit required documentation before the vacancy closes, you may be rated 'ineligible', 'not qualified', or your score may be adjusted accordingly.*

**Agency contact information**

 Michelle Allen

**Email**
michelle.allen@nnsa.doe.gov
**Address**
*NNSA - Office of Secure Transportation*
*24600 20th St SE*
*Kirtland AFB, NM 87117-5507*
*US*

## Next steps

Thank you for your interest in employment with DOE. We will notify you of your results once your application is reviewed.

Once your online application is submitted you will receive a confirmation notification by email. The status of your application will be updated in USAJOBS as it is evaluated.

You can check the status by logging into USAJOBS. You may also sign up to receive automatic emails anytime the status of your application changes by logging into your USAJobs Account and editing the Notification Settings.

A325

You will be contacted directly if an interview is required.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A326

National Nuclear
Security
Administration Logo

**Position Title** Nuclear Materials Courier
**Agency** National Nuclear Security Administration
**Announcement Number** 25-NA-15-OST-XA-00405-DEU
**Open Period** Tuesday, September 30, 2025 to Tuesday, September 29, 2026

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

## Preferences

\* 1. Do any of your relatives work for the agency to which you are applying? If so, please list any applicable names below. Please enter N/A in the text box, if not Applicable. (Include: father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt,

A327

first cousin, nephew, niece, father-in-law, mother-in-law, daughter-in-law, son-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half brother, and half sister).

\* 2. I understand that the responses in this questionnaire must be fully supported in my online resume. I further understand that my resume must provide detailed descriptions and/or examples of my knowledge and competencies as required in the vacancy announcement, and that my failure to do so may result in my being rated "ineligible" or "not qualified" for this position.

◯ Yes

◯ No

WARNING! Your answers will be verified against information provided in your on-line resume. Be sure that your resume clearly supports your responses to all the questions by addressing experience and education relevant to this position. If you exaggerate or falsify your experience and/or education, you may be removed from employment consideration. You should make a fair and accurate assessment of your qualifications.

\* 3. I have read this Vacancy Announcement thoroughly and understand that supplemental documentation may be required. I further understand that I will not be considered if my supplemental documentation is not received in the Servicing Personnel Office by the closing date of the announcement.

◯ Yes

◯ No

\* 4. I declare under penalty of perjury, that all statements contained in this application and any accompanying documents are true and correct, with full knowledge that all statements made in this application are subject to investigation and that any false or dishonest answer to any question may be grounds for disqualification and loss of consideration.

◯ Yes

◯ No

A328

\* 5. Are you currently serving or have you served under a Political Appointment in the Federal Government within the last five (5) years?

○ Yes

○ No

## Short Essay Questions

\* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

\* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

\* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

\* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

A329

\* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

◯ Yes

◯ No

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

## Assessment 1

The incumbent will serve as a member of a highly specialized protective force and will be responsible for the safe and secure transportation of classified and/or hazardous materials of significant importance to the national security. Please answer the below minimum qualification questions.

\* 1.    1. **A candidate's application and resume must demonstrate at least one year of specialized experience equivalent to the next lower grade level (GS-7 or equivalent) in the Federal service.** Specialized experience for this position is defined as experience that provided a knowledge of a body of laws and regulations maintaining and enforcing law and order, practices and techniques involved in protecting life and property, and knowledge of law enforcement/military practices and techniques in performing high risk, armed, tactical/security operations. The qualifying experience must be in a job that requires proficiency with a firearm. Proficiency means having used with frequency, had training in use and safety, and required qualification on use of a weapon on a periodic basis. Specialized experience may have been gained through such positions as a law enforcement officer, armed guard, armed protective force, border patrol agent, or military service (if performing armed guard, armed security, or tactical security functions).

A330

○ I possess at least one full year of specialized experience as described above.

○ I do not meet the security experience requirements described above.

\* 2. Are you at least 21 years of age?

○ Yes

○ No

\* 3. To be eligible for this position you must have not reached your 38th birthday except if you are claiming veteran's preference or are in a current Federal Employee Retirement System Special (commonly referred to as a law enforcement officer retirement position).

○ I have not reached my 38th birthday.

○ I have reached my 38th birthday but I am claiming Veteran preference.

○ I have reached my 38th birthday but I am in a current FERS - Special retirement position.

○ I have reached my 38th birthday and do not have one of the two noted exceptions.

Please respond to the following assessment questions. These responses must be supported by your resume.

Firearms - Knowledge of firearm usage and related issues, such as ammunition, range regulations and safety and use of force policies.

\* 4. From the list below, select all handgun calibers with which you are proficient. Proficient means having used with frequency, had training in use and safety, and required qualification on use of handguns on a periodic basis. (Select all that apply)

☐ A. .380 auto

☐ B. .38

☐ C. .357

☐ D. 9mm

☐ E. .40

☐ F. .44

A331

☐ G. .45

☐ H. I am not proficient (based on the given meaning) with any of the calibers of handguns listed.

\* 5. From the list below, select all caliber rifles with which you are proficient. Proficiency means having used with frequency, had training in use and safety, and required qualification on use of rifles on a periodic basis. (Select all that apply)

○ 5.56 (such as M16, M4, etc.)

○ 7.62 (such as M14, 308, etc.)

○ I am not proficient (based on the given meaning) with any of the calibers of rifles listed.

Public Safety and Security - Knowledge of the military, weaponry, and intelligence operations; public safety and security operations; occupational health and safety; investigation and inspection techniques; or rules, regulations, precautions, and prevention techniques for the protection of people, data, and property.

Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.

\* 6. Select the statement that best describes your knowledge and experience with law enforcement, security, and/or paramilitary tactics.

○ I have not had education, training, or experience in performing this task.

○ I have had education or training in how to perform this task, but have not yet performed it on the job.

○ I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

**A332**

\* 7. Select the choice(s) that describe your training and experience with law enforcement, security, and/or paramilitary tactics. (Select all that apply)

- ☐ A. I have served as a law enforcement officer, military police, security police officer, or armed guard.
- ☐ B. I have conducted training on force-on-force simulated combat engagement exercises, exercise controller responsibilities, and exercise safety.
- ☐ C. I have conducted training as a law enforcement officer, military security police, or other "law enforcement capacity" on the use of firearms, firing range activities, multi-integrated laser engagement systems, and other related firearms training activities.
- ☐ D. I do not have the experience to build effective working relationships and coalitions as described above.

Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.

\* 8. Select the statement that best describes your knowledge and experience with armed tactical operations.

- ◯ I have not had education, training, or experience in performing this task.
- ◯ I have had education or training in how to perform this task, but have not yet performed it on the job.
- ◯ I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.
- ◯ I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.
- ◯ I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

Personnel Security and Safety - Knowledge of methods and controls of personnel, public safety, and security operations; investigation and inspection techniques; or rules, regulations, precautions, and prevention techniques for the protection of people, data, or property.

\* 9. Select the choice(s) that best describe your specialized security or law enforcement training and experience. (Select all that apply)

A333

- ☐ A. I do not have any of the specialized security or law enforcement training and/or experience as described above.
- ☐ B. I currently work or have worked in a position conducting military tactical convoy operations and/or ground combat operations.
- ☐ C. I currently work or have worked as military police, city police, state police, or sheriff's department.
- ☐ D. I currently work or have worked in a Federal Law Enforcement position.
- ☐ E. I currently work or have worked in a position as SWAT, special response force, or armed emergency response force.
- ☐ F. I currently work or have worked in a position as a Security Police Officer (SPO) with a national laboratory or other DOE contractor.
- ☐ G. I have worked as a team member or private overseas contractor providing protective services for public officials, dignitaries, or high-ranking military personnel.
- ☐ H. I have or have worked as an armed security officer assigned to protect buildings, facilities, and their occupants.

Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.

* 10. Select the statement that best describes your knowledge and experience with the operation of communication equipment used during tactical, security, law enforcement, or emergency operations.

- ◯ I have not had education, training, or experience in performing this task.
- ◯ I have had education or training in how to perform this task, but have not yet performed it on the job.
- ◯ I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.
- ◯ I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.
- ◯ I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

Vehicle Operation - Knowledge of procedures for operating motor vehicles, including cars, trucks, or watercraft.

A334

\* 11. Select the answer which best describes your experience operating vehicles based on Gross Vehicle Weight Rating (GVWR). (Select all that apply)

○ I do not have any experience as described in the choices. operations.

○ I have operated multiple types of motor vehicles from compact passenger vehicles to midsize passenger vehicles with a GVWR equal to 4000 lbs.

○ I have operated multiple types of motor vehicles from midsize passenger vehicles to large vehicles with a GVWR up to 8500 lbs. security/emergency.

○ I have operated multiple types of motor vehicles from large vehicles to special purpose vehicles with a GVWR greater than 8500 lbs.

○ I have operated multiple types of motor vehicles from compact passenger vehicles to special purpose vehicles with a GVWR equal to or greater than 8500 lbs in a professional capacity

\* 12. Select the answer that best describes your experience in offensive/defensive driving.

○ I do not have experience or training in offensive/defensive driving techniques.

○ I have experience in offensive/defensive driving techniques

○ I have had professional training in offensive/defensive driving techniques. (Such as: Law Enforcement Academy, Standardized Military offensive driving course, Bill Scott Racing, Scotti School of Driving, Michigan School of Defensive Driving, etc.)

○ I have both experience and professional training in offensive/ defensive driving techniques.

Teamwork - Encourages and facilitates cooperation, pride, trust, and group identity; fosters commitment and team spirit; works with others to achieve goals.

Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.

\* 13. Select the statement that best describes your knowledge and experience with building effective working relationships and coalitions.

A335

○ I have not had education, training, or experience in performing this task.

○ I have had education or training in how to perform this task, but have not yet performed it on the job.

○ I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

Interpersonal Skills - Considers and responds appropriately to the needs, feelings, and capabilities of others; adjusts approaches to suit different people and situations.

Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.

* 14. Select the statement that best describes your knowledge and experience with de-escalating and defusing situations involving persons who may pose a possible threat.

○ I have not had education, training, or experience in performing this task.

○ I have had education or training in how to perform this task, but have not yet performed it on the job.

○ I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

○ I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

○ I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

REMINDER! Your resume must be established in your account to verify experience claimed in your responses to the questions. To be

A336

Case 1:25-cv-13305-GAO     Document 43-12     Filed 11/19/25     Page 24 of 24

considered, you must ensure that your resume is submitted before the vacancy announcement closes.

Select "Yes" or "No" to the following question(s).

* 15. I understand that I must click on the "SUBMIT APPLICATION" button, located at the end of the review of my answers and resume, to complete the application process. I understand that I will receive a confirmation page AND that I should print this confirmation page.

○ Yes

○ No

Thank you for using the DOE Jobs Online system and for your interest in employment with the Department of Energy!

✓ Terms of Use          🔒 FOIA          🔒 Privacy & Cookies

USAJOBS.gov          🌐 OPM          ☆ USA.gov

© 2025 US Office of Personnel Management

This is a USA Staffing® System

A337

# EXHIBIT M

A338

 An official website of the United States government

# AIR TRAFFIC CONTROL SPECIALIST (TERMINAL)

DEPARTMENT OF THE AIR FORCE
Air Mobility Command

---

⚠ **Resumes limited to two pages**                                    ✕

Federal agencies now only accept resumes up to two pages in length. Sign in
to your profile, update your resume and make it searchable.

Learn more about the new resume requirements.

---

## Summary

Click on "Learn more about this agency" button below to view **Eligibilities** being considered and other **IMPORTANT** information.

## Overview

Reviewing applications

**Open & closing dates**
 09/16/2025 to 09/22/2025

**Salary**
$77,610 to -$100,890 per year

**Pay scale & grade**
GS 10

**Location**
Few vacancies in the following location:

📍 **Dover AFB, DE**

**Remote job**
No

A339

**Telework eligible**
No

**Travel Required**
Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
10

**Job family (Series)**

- [2152 Air Traffic Control](#)

**Supervisory status**
No

**Security clearance**
[Secret](#)

**Drug test**
Yes

**Financial disclosure**
[No](#)

**Bargaining unit status**
[Yes](#)

---

**Announcement number**
4W-AFPC-12802596-951725-LEB

**Control number**
846095500

# This job is open to

 **[Federal employees - Competitive service](#)**

Current federal employees whose agencies follow the U.S. Office of Personnel Management's hiring rules and pay scales.

## 🏛 Federal employees - Excepted service

Current federal employees whose agencies have their own hiring rules, pay scales and evaluation criteria.

## 🔁 Career transition (CTAP, ICTAP, RPL)

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

## 🌲 Land and base management

Current or former employees of a base management agency.

## 🛡 Veterans

Veterans of the U.S. Armed Forces or a spouse, widow, widower or parent of a veteran, who may be eligible for derived preference

## ◎ Military spouses

Military spouses of active duty service members or whose spouse is 100 percent disabled or died on active duty.

### Clarification from the agency

This position is recruiting under Direct Hiring Authority.

# Duties

**The primary purpose of this position is:** To provide visual flight rules (VFR) air traffic control services to aircraft operating in the vicinity of an airport or on the controlled movement area of the airfield, providing for the safe, orderly, and expeditious air traffic flow.

- **Controls military and civilian aircraft under visual flight rules (VFR) in a control tower environment**
- **Observes and reports airport advisories, critical weather information, and equipment outages**
- **Provides instruction and assistance to air traffic control personnel**
- **Maintains certification requirements**

# Requirements

### Conditions of employment

- U.S. Citizenship Required

A341

- Males must be registered for Selective Service, see www.sss.gov

- If authorized, PCS will be paid IAW JTR and AF Regulations. If receiving an authorized PCS, you may be subject to completing/signing a CONUS agreement. More information on PCS requirements, may be found at: https://afciviliancareers.com/regulatory/

- This posn is subject to provisions of the DoD Priority Placement Program

- Disclosure of Political Appointments

- Must possess valid air traffic controller certification and obtain/maintain currency of the same

- Must be able to obtain and maintain SECRET security clearance

- May be required to work an uncommon tour of duty, i.e., Saturdays, Sundays, Holidays, etc. May be required to work rotating shifts and overtime

- May be required to respond to short notice recall to support unscheduled emergency air traffic and/or contingencies/exercises to support the mission

- Work may occasionally require travel away from the normal duty station on military or commercial aircraft

- Must complete all training requirements within locally prescribed time limits to obtain and maintain a full facility rating in facility of assignment

- This position is covered as an Air Traffic Controller under 5 USC 2109

- The incumbent must have the ability to meet and maintain on a continuing basis, the physical, mental, and medical standards for ATC duties as specified by the OPM qualification standard for GS-2152

- At least 5 years ATC tower controller experience is highly desired

- At least 10 years of ATC experience and experience in the ATC career field within the last 3 years is highly desired

- The position may require the employee to work under adverse environmental conditions

- The incumbent must accomplish local limited weather observer certification requirements administered by base weather flight

- Must possess or be able to obtain training on airfield automation system management assystem administrator.

## Qualifications

(CONDITIONS OF EMPLOYMENT CONT'D)

- **This position may be entitled to 5% premium pay as authorized by 5 USC 5546a (a)(1)**

- **This position has been designated by the Air Force as a Testing Designated Position (TDP) under the Air Force Civilian Drug Demand Reduction Program. Employee must pass initial and periodic short notice drug testing. Illegal drug use by employees in sensitive positions presents a clear threat to the mission of the Air Force, national security, and public safety**

- **This position is designated as a key position IAW AFI 36-507. Duties of this position are essential to the accomplishment of wartime/contingency operations. Incumbents of key positions must be removed from their military recall status if alternative for filling of the position during an emergency are not available**

A342

- **This position is subject to the special retirement provisions for Air Traffic Controllers under CSRS and FERS (5 USC 3382, Involuntary Separation for Retirement; 5 USC 8335(a) and 8425(a), Mandatory Separation; 5 USC 8336(e) and 8412(e), Immediate Retirement; 5 USC 8339(e) and 8415(d), Computation of annuity)**

- **The physical requirements of this position as determined by the manager are: The incumbent of this position must have the ability to sit and/or stand for long periods of time while controlling aircraft in a Tower facility. The incumbent of this position may be required to climb several flights of stairs to reach the Control Tower Cab**

- **IAW DoDI 3020-42 this position has been locally or command designated as Mission Essential (ME); needed to ensure the continued operation of mission essential functions of the activity. Mission Essential personnel may be required to report for duty at normal times when the base is closed or delayed reporting, and remain on duty during phased or early release**

**SPECIALIZED EXPERIENCE:** Applicants must have at least one (1) year of specialized experience at the next lower grade GS-09, or equivalent in other pay systems. Examples of specialized experience includes experience in a military or civilian air traffic facility that demonstrated possession of the knowledge, skills, and abilities required to perform the level of work of the specialization for which application is made. This experience must have provided a comprehensive knowledge of appropriate air traffic control laws, rules, and regulations. Specialized experience includes issuing control instructions and advice to pilots in the vicinity of airports to assure proper separation of aircraft and to expedite their safe and efficient movement; the ability to act decisively under stressful situations and to maintain alertness over sustained periods of pressure; skill to coordinate plans and actions with pilots and other controllers; and judgment to select and take the safest and most effective course of action from among several available choices.

**FEDERAL TIME-IN-GRADE (TIG) REQUIREMENT FOR GENERAL SCHEDULE (GS) POSITIONS:** Merit promotion applicants must meet applicable time-in-grade requirements to be considered eligible. One year at the GS-09 level is required to meet the time-in-grade requirements for the GS-10 level. TIG applies if you are in a current GS position or held a GS position within the previous 52 weeks. NOTE: Applicants applying as VEOA candidates who are current GS civil service employees or are prior GS civil service employees within the past 52 weeks must also meet time-in-grade requirements.

**KNOWLEDGE, SKILLS AND ABILITIES (KSAs):** Your qualifications will be evaluated on the basis of your level of knowledge, skills, abilities and/or competencies in the following areas:

- Knowledge of the laws, rules, regulations and procedures governing the movement of air traffic

- Knowledge of Terminal Air Traffic Control (ATC) Procedures, including tower procedures

- Knowledge of the functional/operational limitations of all ATC equipment, as well as approach lighting, airfield lighting, weather instructions, navigational aids (NAVAIDS), remote status indicators, arresting systems, landlines, and any other equipment pertaining to ATC services

- Knowledge of weather phenomena and localized effects

- Ability to make rapid and precise judgments in a real-time work situation, remain calm under conditions that are stressful, coordinate many different processes at once, and adjust rapidly to changes in the traffic pattern and tempo of work activity

- Ability to communicate effectively (rapidly, clearly, and distinctly) orally and in writing; to act decisively in emergency situations; and to provide appropriate reporting procedures as required

A343

**MAXIMUM ENTRY AGE**: The maximum age for original entry into an identified ATC position is 36 years. An individual shall NOT be appointed or assigned to an ATC position if that appointment cannot be completed prior to the last day of the month in which the individual reaches his/her 36th birthday. Applicants over the age limit must meet re-entry or age waiver requirements in accordance with DoDI 1400.25-V331 dated 26 Jan 15, Department of Defense Civilian Personnel Manual, Subchapter 331, Civilian Air Traffic Controllers. Any individual who has reached the mandatory separation age (56) is NOT eligible for employment/reemployment as an ATC (5 U.S.C. 3323(a) (reference (b)).NOTE: ATCs have a mandatory separation age of 56. This position is covered as an Air Traffic Controller under 5 USC 2109. This position is subject to the special retirement provisions for Air Traffic Controllers under CSRS and FERS (5 USC 3382, Involuntary Separation for Retirement; 5 USC 8335(a) and 8425(a), Mandatory Separation; 5 USC 8336(e), Immediate Retirement; 5 USC 8339(3) and 8415(d), Computation of annuity, and 8412(e).\

**RE-ENTRY REQUIREMENTS:** ATC Specialist in receipt of a refund, of retirement contributions for the years of service covered under special retirement, will not receive service credit towards the 20 years required to retire under special retirement coverage, unless the redeposit is paid in full prior to date of retirement.

**REQUIREMENTS:** Air traffic control specialists in all specializations must possess or obtain, within uniformly applicable time limits, the facility ratings required for full performance at the facility where the position is located. Applicants must possess or obtain a valid Air Traffic Control Specialist Certificate and/or Control Tower Operator Certificate, if appropriate. These certificates require demonstrating knowledge of basic meteorology, basic air navigation, standard air traffic control and communications procedures, the types and uses of air navigation aids, and regulations governing air traffic.

**Medical Requirements:** In general, air traffic control specialist applicants and employees must have the capacity to perform the essential functions of these positions without risk to themselves or others. The provision of sufficient information about physical capacity for employment requires that before appointment, applicants undergo appropriate pre-employment physical/medical evaluations.

**PART-TIME OR UNPAID EXPERIENCE:** Credit will be given for appropriate unpaid and or part-time work. You must clearly identify the duties and responsibilities in each position held and the total number of hours per week.

**VOLUNTEER WORK EXPERIENCE:** Refers to paid and unpaid experience, including volunteer work done through National Service Programs (i.e., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community; student and social). Volunteer work helps build critical competencies, knowledge and skills that can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

## Education

This job does not have an education qualification requirement.

## Additional information

**Interagency Career Transition Assistance Program (ICTAP):** For information on how to apply as an ICTAP eligible click here. To be well-qualified and exercise selection priority for this vacancy, displaced Federal employees must be rated well qualified or above for this position. You must submit a copy of the

A344

agency notice, your most recent performance rating, and your most recent SF-50 noting position, grade level, and duty location.

**Employed Annuitants (Reemployed Annuitants):** Applicants in receipt of an annuity based on civilian employment in the Federal Service are subject to the DoD Policy on The Employment of Annuitants. Click here for more information.

**120-Day Register:** This announcement may result in a 120-day register that may be used to fill like vacancies for 120 days after the closing date. Applicants may be referred for consideration as vacancies occur.

**Military Spouse Preference (MSP) Eligible:** MSP applicants, if determined best qualified, must be selected, and placed at the highest grade for which they applied. You must include a completed copy of the DD Form 3145-4, Military Spouse PPP Self-Certification Checklist dated within 30 days along with the documents identified on the checklist to verify your eligibility for MSP. Click here to obtain/download a copy of the DD Form 3145-4, Military Spouse PPP Self-Certification Checklist.

**Priority Placement Program (PPP) Applicant Eligible:** PPP Applicants, if determined well qualified and selected, will be placed at the at the full performance level. You must include the applicable completed copy of the PPP Self-Certification Checklist dated within 30 days along with the documents identified on the checklist to verify your eligibility as a PPP Applicant. Click here to obtain/download a copy of the applicable PPP Self-Certification Checklist (DD3145-1 through DD3145-4, select the appropriate checklist for your claimed preference). To determine the applicable PPP Self-Certification Checklist required to substantiate the eligibilities you are claiming, refer to the AF Civilian Employment Eligibility Guide located in the Required Documents section of this vacancy announcement.

**Direct Deposit:** All federal employees are required to have direct deposit.

**Disabled veteran leave** is available to a Federal employee hired on/after 5 Nov 2016, who is a veteran with a service-connected disability rating of 30% or more. For more information, click here.

**If you have questions regarding this announcement and have hearing or speech difficulties click here.**

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

## Benefits

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

A345

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Your application package (resume, supporting documents, and responses to the questionnaire) will be used to determine your eligibility, qualifications, and quality ranking for this position. Please follow all instructions carefully. Errors or omissions may affect your rating or consideration for employment.

The resume/documents you submit must support your responses to the online questionnaire. If your application contradicts or does not support your questionnaire responses, you will receive a rating of "not qualified" or "insufficient information" and you will not receive further consideration for this job.

For additional information on what to include in your resume, click here.

**APPRAISALS/AWARDS:** Hiring Managers use objective methods and consider previous performance appraisals and awards in the selection process. Current Federal Civilian employees should list any relevant performance related rating and/or awards in your resume.

Applicants who disqualify themselves will not be evaluated further.

# Required Documents

**The following documents are required and must be provided with your application. Applicants who do not submit required documentation to determine eligibility and qualifications will be eliminated from consideration. Other documents may be required based on the eligibility/eligibilities you are claiming. Click here to view the AF Civilian Employment Eligibility Guide and the required documents you must submit to substantiate the eligibilities you are claiming.**

1. Online Application: Questionnaire

2. Resume: For qualification determinations your resume must contain hours worked per week (if part-time) and dates of employment (i.e., month/year to month/year or month/year to present). If your resume does not contain this information, your application may be marked as insufficient and you will not receive consideration for this position. If you are a current Federal employee or previous Federal employee, provide your pay plan, series and grade, i.e. GS-0301-09. Current Federal Civilian Employees should list any relevant performance related rating (given within the last three years) and/or incentive awards in your resume. Do **NOT** include photographs, inappropriate material, inappropriate content, nor personal information such as age, gender, religion, social security number, etc., on your resume. Your name **MUST** be included on your resume.

3. Transcripts/Registration/License: If qualifying on education/position requires education, you must submit copies of your transcripts and **if required** for the position, submit an active, current

A346

registration/license.

4. Veterans: If claiming VEOA, VRA or 30% Disabled Veteran - Submit VOW certification memo or copy of the official DD Form 214, which must include the character of service (i.e., with an honorable or general discharge). This will be annotated in block 24 on member copy 2, 4, or 7 of the DD Form 214. If claiming 30% Disabled Veteran, you must also submit a VA Letter or a disability determination from a branch of the Armed Forces. **NOTE:** All veterans claiming 10-point preference must also submit a SF-15 form.

5. Current or Former Federal Civilian Employees (includes current Air Force employees): You must submit a legible copy of your most recent SF-50, *Notification of Personnel Action*. The SF-50, block 24 must contain "1" or "2" AND block 34 must be a "1". Employees eligible under an OPM approved interchange agreement, block 34 may contain a "1" or "2".

6. Promotion Consideration: If you wish to be considered as a promotion candidate and your SF-50 has an effective date within the past year, it may not clearly demonstrate you meet the one-year time-in-grade requirements. You will need to provide additional SF-50s which clearly demonstrates you meet the time-in-grade requirements (examples of appropriate SF-50s include Promotions, Within-Grade, Grade/Range Increases, and SF-50s with an effective date more than one year old).

**ACTIVE DUTY SERVICE MEMBERS:** The VOW Act requires federal agencies to treat an eligible active duty service member as a veteran, disabled veteran, and preference eligible (as applicable) when applying for civil service positions before the effective release or discharge date. Appointment of military members before the release or discharge date is permissible if the member is on terminal leave. At the time the active duty member applies for a civil position, he or she must submit a "certification" memo in lieu of a DD Form 214, *Certificate of Release or Discharge from Active Duty*. Active duty members applying for a civil service position without submitting a valid certification memo or DD Form 214 with their application will render the member ineligible for the position. The certification memo must originate from the member's military service branch on official letterhead and contain the following:

- Name/Rank/Grade of Service Member
- Branch of Armed Forces
- Dates of Active Service (Start and End Date(s)
- Expected Date of Discharge/Release from Active Duty
- Terminal leave start date (if applicable)
- Expected character of service (honorable or general) and type of separation (i.e. separation or retirement)
- Must be certified within 120 days of anticipated discharge
- Signature by, or by direction of the adjutant, personnel office, unit commander, or higher headquarters commander.

Note: The VOW Act provides tentative preference. If appointed, a DD Form 214 must be submitted upon receipt.

**OPTIONAL DOCUMENTS:**
**Performance Appraisals for Current Federal Civilian Employees** - Most recent performance appraisals (dated within last 3 years) showing the official rating of record, signed by a supervisor, or statement why the performance appraisal is unavailable.
**Awards for Current Federal Civilian employees** - List any awards received within the last 3 years on the

A347

resume.

**Note: Applicant must not submit award Notification of Personnel Actions (SF50s).**

# How to Apply

The complete Application Package **must** be submitted by 11:59 PM (ET) on 09/22/2025

To preview the Application Questionnaire, please click the following link:
https://apply.usastaffing.gov/ViewQuestionnaire/12802596

To begin the process, click the **Apply Online** button to create an account or log in to your existing USAJOBS account. Follow the prompts to complete the application questionnaire. Please ensure you click the **Submit My Application** button at the end of the process.

**To apply for this position, you must provide a complete Application Package which includes:**

1. Your Resume (your latest resume will be used to determine your qualifications). If you submit more than one copy of your resume, only the most recent (latest) version will be reviewed. The latest timestamp will be used to determine which version of your resume is "most recent."

- It is your responsibility to check the status and timestamp of all documents you submit as part of your application.

- If your resume includes photographs, inappropriate material, inappropriate content, or personal information such as age, gender, religion, social security number, etc., you will not be considered for this vacancy.

- For qualification determinations your resume must contain hours worked per week (if part-time) and dates of employment (i.e., hours per week and month/year to month/year or month/year to present). If your resume does not contain this information, your application may be marked as insufficient, and you will not receive consideration for this position.

2. A complete Application Questionnaire

3. Additional Required Documents (see Required Documents section). Ensure all submitted documents contain your full name.

**PLEASE NOTE:** It is the applicant's responsibility to verify that information entered and/or uploaded, (i.e., resume) is received, accurate, and submitted by the closing date. You may verify your documents have been processed with your application package successfully. You can access your USAJOBS account to do so by clicking here. Uploaded documents may take up to one hour to clear the virus scan.

Human Resources **WILL NOT** modify or change any answers submitted by an applicant.

---

**Agency contact information**

## 👤 Total Force Service Center

A348

**Phone**
1-800-525-0102
**Email**
DO.NOT.EMAIL@CALL.ONLY
**Address**
*Dover AFB*
*520 Main Gate Way*
*Dover AFB, DE 19902*
*US*

## Next steps

Once your application package is received an acknowledgement email will be sent.

If you provided an email address, you will receive an email message acknowledging receipt of your application. Your application package will be used to determine your eligibility and qualifications for consideration. If you are determined to be ineligible or not qualified, your application will receive no further consideration.

To check the status of your application or return to a previous or incomplete application, log into your USAJOBS account, select My Applications, and click on the more information link under the application status for this position.

If you do not provide an email address, you are responsible for checking status updates and notifications in USAJOBS. Hard copy notifications will not be sent to you.

# Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A349

| | | |
|---|---|---|
| | **Position Title** | AIR TRAFFIC CONTROL SPECIALIST (TERMINAL) |
| Air Mobility Command Logo | **Agency** | Air Mobility Command |
| | **Announcement Number** | 4W-AFPC-12802596-951725-LEB |
| | **Open Period** | Tuesday, September 16, 2025 to Monday, September 22, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

Please answer the following questions by selecting the appropriate response(s). NOTE: Applicants are responsible for claiming their appropriate eligibility/eligibilities. Veterans' Preference is **NOT** an eligibility; it is a hiring preference, where applicable. You must select at least one eligibility to receive consideration for this position. If you do not have one of the eligibilities listed, you are not "eligible" to apply for this position and your application will not be referred to the hiring manager.

We are not responsible for erroneous eligibilities that you list or those you fail to list. All competitive eligible candidates must complete the entire Application Questionnaire as part of the application package. Ensure you thoroughly read the instructions for each section.

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

\* 2. AF DCIPS Interchange - Are you a current permanent Air Force or Space Force DCIPS employee eligible under the DCIPS interchange agreement (i.e. employee who served continuously for at least one year in a DCIPS position or involuntarily separated from such appointments without personal cause within the preceding year)? If you indicate "Yes" for this question, you must submit copies of SF50 showing at least one year in a DCIPS position AND a copy of an SF50 that reflects your highest grade held on a permanent basis.

○ Yes

○ No

\* 3. AF Internal Candidate - Are you a current AF or Space Force career or career-conditional permanent, competitive status Federal Civil Service employee, including those on LWOP? If you indicate "Yes" for this question, you must submit a copy of your most recent career/career conditional SF-50 (Notification of Personnel Action) AND a copy of an SF-50 that reflects your highest grade held on a permanent basis.

○ Yes

○ No

\* 4. EO 13473:
Are you a military spouse who is currently married to an active duty military member?
-OR-
Are you the spouse of a member of the Armed Forces who retired with a disability rating at the time of retirement of 100 percent or the spouse of a member of the Armed Forces who retired or separated from the Armed Forces and has a disability rating of 100 percent from the Department of Veterans Affairs?
-OR-
Are you the un-remarried widow or widower of a member of the Armed Forces killed while in active duty status?

**NOTE:** You must provide documentation that you are married to your spouse and your spouse is active duty (i.e., Letter from Military Personnel Flight (MPF), Command Sponsorship letter or current PCS orders).

For more information, review FedsHireVets.gov.

○ Yes

○ No

A350

Are you the un-remarried widow or widower of a member of the Armed Forces killed while in active duty status?

**NOTE:** You must provide documentation that you are married to your spouse and your spouse is active duty (i.e., Letter from Military Personnel Flight (MPF), Command Sponsorship letter or current PCS orders).

For more information, review FedsHireVets.gov.

○ Yes

○ No

* 5. ICTAP - Are you a current or former federal employee displaced from a position in a federal agency other than the agency hiring for this position?

If yes, confirm:
• you are located in the same local commuting area of the vacancy
• your grade is equivalent to or below the grade level of the vacancy and
• your last performance rating of record is at least fully successful or the equivalent.

You will be required to submit supporting documentation to validate your claim of ICTAP eligibility such as a Reduction in Force (RIF) separation notice or a Proposed Removal/Separation notice and a copy of your latest Notification of Personnel Action, Standard Form 50.  For more information, review the USAJOBS Resource Center.

○ Yes

○ No

* 6. Land Management - Are you a **current** Land Management employee?  If you indicate "Yes" for this question you must submit a copy of your SF-50s (Notification of Personnel Action) showing initial appointment under competitive examining procedures to the time-limited appointment for a total of more than 24 months; **AND** proof of acceptable annual performance ratings for each period of employment used to meet the 24-month requirement.

OR

Are you a **former** Land Management employee within 2 years of the most recent separation date and separated for reasons other than misconduct or performance?  If you indicate "Yes" for this question and do not have a break in service of two or more years, you must submit a copy of your separation SF-50 **AND** SF-50s (Notification of Personnel Action) showing initial appointment under competitive examining procedures to the time-limited appointments for a total of more than 24 months; **AND** proof of acceptable annual performance ratings for each period of employment used to meet the 24-month requirement.

○ Yes

○ No

* 7. Priority Placement Program, DoD Military Spouse Preference (MSP) Eligible:  I am a military spouse who is currently married to my active duty sponsor.  I am exercising my preference eligibility for positions within the local commuting area of my sponsor's current duty station.  I certify that I have not accepted nor declined a permanent, continuing Federal appropriated or non-appropriated fund position in the local commuting area of our current duty location.

NOTE 1:  Military spouses are eligible for one permanent noncompetitive appointment using their preference eligibility for the duration of the active duty sponsor's assignment to a permanent duty station, as long as the military spouse has not declined or accepted a permanent Federal or non-appropriated fund position in the commuting area of the sponsor's current duty location.  If you certify that you have not used your preference at your sponsor's current duty location and it is discovered to be untrue, you may be subject to loss of MSP and possible disciplinary action.
NOTE 2:  You must include a copy of the Military Spouse PPP Self-Certification Checklist (DD Form 3145-4) along with the documents identified in the vacancy announcement to verify your eligibility for MSP.

Additionally, please select all eligibilities you are qualified to claim.  You must select at least one other eligibility in addition to Military Spouse Preference (MSP), i.e., Transfer, Reinstatement, EO 13473, etc.

○ Yes

○ No

* 8. **Priority Placement Program (PPP) DoD Military Reserve (MR) and National Guard (NG) Technicians:**  I am a MR or NG Reserve Technician who will lose or has lost my military membership through no fault of my own after completing at least 15 years of technician service and a minimum of 20 years of service creditable for non-regular retirement.  I am exercising my preference eligibility to DoD positions within my local commuting area in accordance with Section 3329(b) of Title 5, U.S.C.  This preference eligibility is valid for 1 year after separation.

NOTE 1:  If you indicate "yes" to this question, you must submit a copy of the Military Reserve and National Guard Technician PPP Self-Certification Checklist and copies of the appropriate documentation, such as the notification letter you received showing you are no longer eligible for military or NG membership (through no fault of your own) and that you have completed at least 15 years of technician service and a minimum of 20 years of service creditable for non-regular retirement.
NOTE 2:  By using this eligibility, you certify that you have not obtained permanent Federal employment, nor have you accepted or declined a PPP job offer.

A351

preference eligibility to DoD positions within my local commuting area in accordance with Section 3329(b) of Title 5, U.S.C. This preference eligibility is available for one year after separation.

NOTE 1: If you indicate "yes" to this question, you must submit a copy of the Military Reserve and National Guard Technician PPP Self-Certification Checklist and copies of the appropriate documentation, such as the notification letter you received showing you are no longer eligible for military or NG membership (through no fault of your own) and that you have completed at least 15 years of technician service and a minimum of 20 years of service creditable for non-regular retirement.
NOTE 2: By using this eligibility, you certify that you have not obtained permanent Federal employment, nor have you accepted or declined a PPP job offer.

○ Yes

○ No

* 9. **Priority Placement Program (PPP) DoD Retained Grade Preference Eligible:** I am currently on retained grade based on receiving a written RIF notification letter of a change to lower grade, or a notification letter of a classification downgrade dated within the last 2 years. I am exercising my preference eligibility to DoD positions within my local commuting area.

NOTE 1: If you indicate "yes" for this statement, you must submit a copy of the Retained Grade PPP Self-Certification Checklist and copies of the appropriate documentation, such as a RIF change-to-lower-grade notice, and an SF-50 reflecting your RIF change to lower grade.
NOTE 2: By using this eligibility, you certify that you have not accepted permanent Federal employment at your retained grade, nor have you accepted or declined a PPP job offer.

○ Yes

○ No

* 10. **Priority Placement Program DoD Military Reserve (MR) and National Guard (NG) Preference Eligible Technician Receiving Disability Retirement:** I am a MR or NG Technician who will be or has been involuntarily medically retired due to a service-connected medical disability that disqualifies me from military membership or from holding my required military grade and have applied for or am receiving a disability retirement annuity. I am exercising my preference eligibility to DoD positions within my local commuting area. I understand that the position for which I am applying must be at the same grade or equivalent level, tenure, and work schedule as the position held currently or upon separation.

NOTE 1: If you indicate "yes" to this question, you must submit a copy of the Military Reserve and National Guard Technician Disability PPP Self-Certification Checklist and copies of the appropriate documentation, such as the notification letter you received that states you are no longer eligible for Reserve membership due to a service-connected disability.
NOTE 2: By using this eligibility, you certify that you have not obtained permanent Federal employment, nor have you accepted or declined a PPP job offer.

○ Yes

○ No

* 11. VEOA - Are you a veteran whose latest discharge was under honorable conditions and you:

Are a preference eligible (veteran, or family member entitled to derived preference, e.g., spouse, widow, parent) as defined by title 5 U.S.C. 2108(3).

-OR-

Are a veteran separated, or are expected to be separated within the next 120 days, from the armed forces after 3 or more years of continuous active service performed under honorable conditions. Veterans who were released shortly before completing a 3-year tour are considered to be eligible. ("Active service" defined in title 37, United States Code, means active duty in the uniformed services and includes full-time training duty, annual training duty, full-time National Guard duty, and attendance, while in the active service, at a school designated as a service school by law or by the Secretary of the military department concerned).

**IMPORTANT NOTE**: In addition to providing a copy of your most recent DD-214 or Statement of Service, to be eligible for VEOA, you must provide a copy of your DD-214 which substantiates you qualify for veterans preference and/or reflects 3 or more years of CONTINUOUS active service if your most recent DD-214 does not substantiate 3 years of CONTINUOUS active service. NOTE: This documentation must be submitted with your application.

More information concerning Derived Preference may be located at Veteran Family Members. For more information on veterans, review USAJOBS Veterans resources.

○ Yes

○ No

## Preferences

1. I am a current permanent or former federal employee with less than 52 weeks break in the competitive service and I am applying for this position to be considered as a:

○ Promotion Candidate - I am eligible for promotion consideration since I have held the next lower grade for at least 52 weeks on a

A352

## Preferences

1. I am a current permanent or former federal employee with less than 52 weeks break in the competitive service and I am applying for this position to be considered as a:

   ○ Promotion Candidate - I am eligible for promotion consideration since I have held the next lower grade for at least 52 weeks on a permanent basis in the competitive service or I am a current FWS employee. NOTE: You must submit a copy of SF-50(s) that demonstrate you meet the one year time-in-grade requirement if applicable (i.e., Promotion, Within Grade/Rate Increase).

   ○ Repromotion Candidate - I am eligible for non-competitive repromotion consideration since I have held a higher grade on a permanent basis in the competitive federal service or a permanent position with the same or higher promotion potential as this position. NOTE: You must submit a copy of an SF-50 that reflects your highest grade held on a permanent basis.

   ○ Non-competitive Reassignment Candidate - I am eligible for non-competitive reassignment consideration since I currently hold a permanent competitive service position in the federal government with equal or higher promotion potential as this position. NOTE: You must submit a copy of an SF-50 that reflects your highest grade held on a permanent basis held on a permanent basis.

   ○ Non-competitive Voluntary Change to Lower Grade (CLG) Candidate - I am eligible and requesting consideration for a Voluntary CLG since I have held, or currently hold a permanent competitive service position at a higher grade in the federal service. NOTE: You must submit a copy of an SF-50 that reflects your current permanent position.

   ○ I am not eligible for any of the above considerations.

* 2. I am a current or prior military member of the Armed Forces that is retiring or has been retired less than 180 days. Hiring (appointments or transfers) of retiring or retired members of the Armed Forces to positions in any DoD Component during the 180 days immediately following retirement may only be made IAW DoDI 1402.01 and may require a waiver for appointment prior to the 180 days from official military retirement.

   ○ Yes
   ○ No

* 3. Are you retired from the Federal civilian service or are you in a phased retirement and receiving an annuity?

   ○ Yes
   ○ No

* 4. **Current or Former Political Appointees:** The Office of Personnel Management (OPM) must authorize employment offers made to current or former political appointees. If you are currently employed, or have been employed within the last 5 years, in any one of the categories below, you must disclose this information. Failure to disclose this information could result in disciplinary action including removal from Federal Service.

Are you a current or former political appointee as described under 5 U.S.C. sections 5312 through 5316?
-OR-
Are you a current or former Schedule A or Schedule C political appointee, or an appointee who serves/served in a political capacity under agency-specific authority in the Executive Branch?
-OR-
Are you a current or former political appointee or non-career SES Executive Branch employee?

   ○ Yes
   ○ No

5. Did you voluntarily separate from federal service and receive Voluntary Separation Incentive Pay (VSIP)?

NOTE: If your response is yes, you must provide a copy of your SF 50 or Leave and Earnings statement showing receipt of payment as part of your application submission. If you become reemployed by the federal government within 5 years of separating from federal service and have received a VSIP, you will be required to repay the full VSIP amount paid to you.

   ○ Yes
   ○ No

* 6. Are you a military spouse who is currently married to an active duty military member?

NOTE: This item is for demographic reporting only. It does not confer eligibility or preference. If you want to apply as a military spouse, you must select from the eligibility options above. Military spouse and military spouse preference may not be available for all positions.

   ○ Yes
   ○ No

* 7. If you are a military spouse who is currently married to an active duty military member, did you relocate with the military member to their current duty station?

A353

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12802596

for all positions.

○ Yes

○ No

\* 7. If you are a military spouse who is currently married to an active duty military member, did you relocate with the military member to their current duty station?

○ Yes

○ No

○ Not applicable. I am not a military spouse.

\* 8. Are you currently working or previously worked in a Department of Defense position in a foreign location(s)?

○ I have worked or been working in a foreign location(s) for five (5) years or more

○ I have worked or been working in a foreign location(s) for less than five (5) years

○ I have not worked in a foreign location

\* 9. **24-Month US Physical Presence:** Have you had a continuous physical presence in the United States or a non-foreign area (e.g., Guam, HI, AK) for the past 24-months?

○ Yes

○ No

10. If you are currently employed in a permanent General Schedule (GS) position in the competitive service or held a GS position within the previous 52 weeks, please identify your current grade held in a permanent position with inclusive dates, (e.g. 03 Jan 2015 to present). If your current grade is not your highest grade held, please provide both your current grade (with inclusive dates) and your highest grade held grade with inclusive dates, (e.g. 01 Jan 2014 to 02 Jan 2015). If you have not held a GS position in the last 52 weeks, you may skip this question. (Note: Your SF-50's should support the highest grade held).

## Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

A354

4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes
○ No

## Conditions of Employment

* 1. All current federal employees must have a minimum performance rating of acceptable or higher to be considered for placement. Current federal employees who have a current unacceptable performance rating will be excluded from consideration. Note: Failure to select one of the below responses will render you ineligible for further consideration.

○ I am a current federal employee and have a current acceptable performance rating or higher.
○ I am a current federal employee and have a current unacceptable performance rating.
○ I am a new current federal employee and have not received a performance rating as of this date.
○ Not applicable, I am not a current federal employee.

All applicants must complete the following section. This section will be used to determine your ability and willingness to accept certain conditions of employment or meet certain requirements of the position. Please respond 'Yes' or 'No' to the following statements. Failure to respond to this section will result in an ineligible rating.

* 2. I am able and willing to submit to pre-employment drug testing (urinalysis) as a condition of employment. This position has been identified as a Test Designated Position (TDP) and I am able and willing to refrain from the use of illegal drugs and if requested, to submit to random drug testing (urinalysis) on a recurring basis. Further, I am able and willing to sign a statement acknowledging the position occupied is identified as a TDP and understand I am subject to random drug testing as a condition of employment.

○ Yes
○ No

* 3. I am able and willing to submit to a pre-employment physical as a condition of employment.

○ Yes
○ No

* 4. This position requires a Secret security clearance. I am able and willing to undergo a comprehensive background investigation which includes, but is not limited to, contact with all references, employers, co-workers, personal associates, and review of my driving record, credit history, criminal history, and military service.

○ Yes
○ No

* 5. I certify that I possess a valid and current FAA Air Traffic Control Specialist (ATCS) for Terminal (radar and non-radar).

○ Yes
○ No

* 6. I am able and willing to accept a mission essential position which requires me to report to work and/or remain at work regardless of inclement weather; national disasters/emergencies. I understand mission essential positions require the employee to continue to perform essential functions during contingency operations, natural disasters, extreme weather situations or other emergency situations. These mission essential functions are existing functions that enable the Federal government to continue to provide the necessary, vital services during time of need and require great commitment of the civilian employee.

○ Yes
○ No

A355

* 4. This position requires a Secret security clearance. I am able and willing to undergo a comprehensive background investigation which includes, but is not limited to, contact with personal and professional references, co-workers, and employers and review of my driving record, credit history, criminal history, and military service.

  ○ Yes

  ○ No

* 5. I certify that I possess a valid and current FAA Air Traffic Control Specialist (ATCS) for Terminal (radar and non-radar).

  ○ Yes

  ○ No

* 6. I am able and willing to accept a mission essential position which requires me to report to work and/or remain at work regardless of inclement weather; national disasters/emergencies. I understand mission essential positions require the employee to continue to perform essential functions during contingency operations, natural disasters, extreme weather situations or other emergency situations. These mission essential functions are existing functions that enable the Federal government to continue to provide the necessary, vital services during time of need and require great commitment of the civilian employee.

  ○ Yes

  ○ No

## Assessment 1

This section will be used to determine if you possess the basic requirements needed to qualify for a **Air Traffic Control Specialist (Terminal), GS-2152-10**. Failure to respond to this question will result in an ineligible rating.

* 1. Select the one statement that best describes the experience that you possess that demonstrates your ability to perform the work of **Air Traffic Control Specialist (Terminal), GS-2152-10** grade level or equivalent pay band in the Federal Service.

  ○ I have one year of specialized experience equivalent to the GS-09 grade level in the Federal service which includes experience in a military or civilian air traffic facility that demonstrated possession of the knowledge, skills, and abilities required to perform the level of work of the specialization for which application is made. This experience must have provided a comprehensive knowledge of appropriate air traffic control laws, rules, and regulations. Examples of specialized experience include issuing control instructions and advice to pilots in the vicinity of airports to assure proper separation of aircraft and to expedite their safe and efficient movement. This specialization also requires: ability to act decisively under stressful situations and to maintain alertness over sustained periods of pressure; skill to coordinate plans and actions with pilots and other controllers; and judgment to select and take the safest and most effective course of action from among several available choices.

  ○ My experience is not reflected in the above statement.

For each task in the following group, choose the statement from the list below that best describes your experience and/or training. Please select only one letter for each item.

Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.

2. Issue control instructions to aircraft operating under Visual Flight Rules or Instrument Flight Rules or combinations of both.

  ○ I have not had education, training, or experience in performing this task.

  ○ I have had education or training in how to perform this task, but have not yet performed it on the job.

  ○ I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

  ○ I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

  ○ I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

3. Establish and maintain separation of aircraft using non-radar (manual) procedures.

  ○ I have not had education, training, or experience in performing this task.

  ○ I have had education or training in how to perform this task, but have not yet performed it on the job.

  ○ I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior employee to ensure compliance with proper procedures.

  ○ I have performed this task as a regular part of a job. I have performed it independently and normally without review by a supervisor or senior employee.

  ○ I am considered an expert in performing this task. I have supervised performance of this task or am normally the person who is consulted by other workers to assist or train them in doing this task because of my expertise.

A356

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12802596

# EXHIBIT N

A357

 An official website of the United States government

# USAJOBS®

# Meatcutting Worker

DEPARTMENT OF DEFENSE
Defense Commissary Agency

> ⚠️ **Resumes limited to two pages**                                   ✕
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

Serves as the Meat Cutter Worker in a Defense Commissary Agency (DeCA) location. The primary purpose of this position is to perform a full range of meatcutting tasks associated with processing beef, pork, veal and lamb into retail and ready-to-eat cuts for sale to patrons. Work may be performed on a production line basis with the incumbent of this position performing the higher skill level of work.

## Overview

Reviewing applications

**Open & closing dates**
🕐 10/22/2025 to 11/03/2025

**Salary**
$20.22 to -$23.58 per hour

**Pay scale & grade**
WG 5

**Location**
1 vacancy in the following location:

📍 **Jacksonville, FL**
   1 vacancy

**Remote job**

A358

No

**Telework eligible**
No

**Travel Required**
Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Part-time - 48 hours bi-weekly, Irregular work schedule to include nights, weekends and holidays

**Service**
Competitive

**Promotion potential**
None

**Job family (Series)**

- 7407 Meatcutting

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
No

**Position sensitivity and risk**
Non-sensitive (NS)/Low Risk

**Trust determination process**

- Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
No

---

**Announcement number**
DECA-26-12821024-MP

A359

**Control number**
848561600

# This job is open to

 **Internal to an agency**

Current federal employees of the hiring agency that posted the job announcement.

 **Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

 **Veterans**

Veterans of the U.S. Armed Forces or a spouse, widow, widower or parent of a veteran, who may be eligible for derived preference

 **Military spouses**

Military spouses of active duty service members or whose spouse is 100 percent disabled or died on active duty.

**Clarification from the agency**

This announcement is open to current appointable DeCA employees with Career or Career Conditional status, Military Spouse Preference eligible, Priority Placement Program eligible, ICTAP, and Veteran Employment Opportunity Act (VEOA) eligible veterans Additional positions may be filled from this announcement.

# Duties

- Assist journeyman meatcutters by performing the simpler tasks when processing beef, pork, veal, and lamb into ready to eat cuts for sale to patrons.
- Tray, wrap, weigh, and price cuts using automatic or manual wrapping machines.
- Ensure correct prices by referencing price lists.
- Replenish stock in display cases and rotate product to ensure wholesomeness.
- Use, clean, maintain, and sharpen a variety of hand tools and power equipment.
- Clean and sanitize work area to maintain required standards of cleanliness and sanitation

**Read the entire announcement before starting the application process.**

A360

# Requirements

## Conditions of employment

- Be a U.S. citizen or national. Applicants with a Permanent Resident Card are authorized to live and work in the U.S. but are not eligible for employment in positions requiring U.S. citizenship. If selected, proof of citizenship may be required.

- Meet minimum age requirement. See Additional Information.

- Males born after 12-31-1959 must be registered with or exempt from Selective Service.

- May be subject to successful verification of identity and employment eligibility through E-Verify. Learn more about E-Verify, including your rights and responsibilities, at https://www.e-verify.gov/.

- May be subject to a suitability or fitness determination, as required. New federal employees will be fingerprinted.

- Be able to obtain and maintain clearance eligibility based on the appropriate background investigation.

- May be subject to a probationary/trial period.

- Direct deposit of pay is required.

- Meet the physical requirements identified in the Qualifications section.

## Qualifications

You must meet qualifications and requirements by the closing date. Per the OPM Qualification System for Trades and Labor Occupations, how you gained the skill and/or knowledge or the length of time you have spent in this line of work is not as important as what you can do and that you have the required ability or potential to successfully perform the duties of this position. Your resume should show your specific knowledge, skill, and abilities for this position in relation to each of the elements being measured.

Examples of qualifying experience:

- Work in the retail meat department traying, wrapping, and weighing meat for sale to patrons.

- Cut, trim, and boning meat.

- Use hand tools and operate powered meat cutting equipment.

You will receive credit for all relevant qualifying experience (paid and unpaid), including volunteer work done through National Service program (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social).

**Physical requirements:** (1) Walk and stand continuously while working; Frequently lift, push, and pull pieces and bulk boxes of meat weighing 50 to 100 pounds. You will attest to your ability to perform these physical requirements in the Questionnaire.

A361

As part of the online application process, you will respond to a series of questions designed to evaluate what you can do against what the work requires (job element method). This job has one critical element, called the screen-out element (SOE). The SOE addresses the critical knowledge, skill, and abilities essential to satisfactory job performance. Applicants who clearly fail to meet the lowest acceptable requirement in the SOE are rated ineligible and receive no further consideration. The job elements for this job are:

- Dexterity and Safety
- Hand Tool Use and Maintenance
- Interpret Instructions, Specifications, etc.
- Materials
- Power Tool Use and Maintenance
- Technical Practices
- Work Practices

## Education

You may not use education to qualify for this position.

## Additional information

Executive Order 12564 requires a federal workplace to be free of illegal drugs and prohibits the use of illegal drugs both on and off duty by federal employees. As a reminder, marijuana is still classified as an illegal drug by the Federal government and is prohibited for use by Federal employees even if such use is legal in the state where the Federal employee resides and/or works. **The Defense Commissary Agency is a Drug-Free Federal Workplace where the use of illegal drugs will not be tolerated and may result in penalties up to and including removal from Federal service.**

- The display of a salary range on this announcement does not suggest or convey an entitlement to a higher rate of pay. Upon first appointment to a civilian position in the Federal government, you are entitled only to the lowest step (Step 1) of the grade for which selected.

- The minimum age requirement is generally 18 years. Employing those under 18 may be possible under certain circumstances. If under 18 years of age, ensure you provide documentation showing how you are eligible.

- Applicants with financial difficulty are not automatically removed from consideration.

- Selectees are required to complete an online onboarding process.

- Retired military service members cannot be appointed to a Department of Defense (DoD) civilian position within 180 days of their retirement date. 5 United States Code 3326.

The following may result in a rating of ineligible. Ineligible applicants receive no consideration.

- Submitting an incomplete application package may result in your not being considered for this position. Your resume must reflect that you are either Part-Time with the number of hours listed, Full Time, or 40 hours per week as your work schedule. If you fail to provide this information in your resume, your resume will be considered as incomplete.

- Submitting encrypted documents or uploading Adobe portfolio documents.

A362

- Submitting any document that contains a photo or image of you.

- Including social media links, inappropriate material or content, classified or government sensitive information, or personal information such as age, gender, race, religion, or social security number on your resume.

- Overstating your qualifications and/or experience in your application materials or questionnaire responses.

- Deliberately attempting to falsify your application information, such as copying portions of this announcement into your resume.

**Appointment Eligibility Criteria.** You choose how you wish to be considered for this position by selecting one or more of the eligibilities listed in the Assessment Questionnaire **AND providing the supporting documents for the selected eligibility/eligibilities. Required documents are listed in the eligibility description**. **You are responsible for providing the documents required to prove you can be considered for the selected eligibility/eligibilities.**

HR does not select or change your eligibility/eligibilities for you, regardless of the supporting documents you submit. You are considered ONLY for the eligibility or eligibilities you select and for which you provide all required supporting documents. **You will not be considered if you do not select an eligibility.** If you have questions about which eligibility/eligibilities apply to you, contact the HR POC listed on this announcement.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

| **Benefits** | **+** |
| --- | --- |

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

> Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

HR reviews your documents to determine if you are qualified and meet requirements. Your questionnaire score is a preliminary measure of how well your background matches the required competencies. Under category rating procedures you are placed into one of three categories based on the evaluation results:

A363

**Best Qualified** -Candidates who possess the type and quality of experience that *substantially exceeds* the position's minimum qualifications, including all selective placement factors and appropriate quality ranking factors.

**Highly Qualified** -Candidates who possess the type and quality of experience that *exceeds* the position's minimum qualifications.

**Qualified** -Candidates who *meet* the minimum qualifications *and are proficient in some* but not all of the position's requirements.

Candidates in the Best Qualified category are referred to hiring managers first. Within the best qualified category, candidates are referred in the following order: adjudicated veterans' preference candidates with 10-point preference, adjudicated veterans' preference candidates with other than 10-point preference, military spouse preference candidates, and candidates with no preference.

Neither preference nor priority entitles you to a Federal job. You must apply, meet the qualification standards and all additional requirements, and submit all necessary documents. Military spouses must be in the best qualified group in order to receive military spouse preference.

**SF 50 Notification of Personnel Action.** Required for current and former federal employees. Submit a copy of your most recent SF 50 showing your current position title, pay plan-series-grade, tenure and position occupied.

**[Veterans Preference](#).**

- You must provide a copy of your DD-214 Certificate of Release or Discharge from Active Duty or other acceptable documentation that includes your character of service. The member 4 copy is preferred. Contact the [National Archives](#) or your military personnel records center to request a copy of your DD-214.

- Those claiming 10-point preference must submit a completed [SF 15](#) Application for 10-Point Veteran Preference (For Veterans and Relatives of Veterans) **and** all required proof listed on the reverse of the SF 15. **Note that a letter from the VA that contains the following may be sufficient instead of a SF-15: Dates of service, Discharge status, and Disability rating.** Contact the [Department of Veterans Affairs](#) or call 1-800-827-1000 to obtain a copy of the VA letter establishing proof of disability.

- Current active duty armed forces personnel within 120 days of separation must submit written documentation from the armed forces certifying that the service member is expected to be separated from active duty service not later than 120 days after the date the certification is signed. The document must include the following information: (1) service member's name, (2) date of the expected separation from active duty, (3) expected character of the active duty service at separation, (4) pay grade/rank/rate at separation, (5) dates of active duty service, and (6) any campaign or expeditionary medals received. You must submit the DD-214 when it becomes available.

# Required Documents

**Resume: IMPORTANT UPDATE: Your resume must not exceed two (2) pages. If your resume exceeds the two-page limit, you will be removed from consideration for this announcement.** The resume and required supporting documentation should provide the minimum qualifications and relevant experience for the announced position. Additional guidance on writing a federal resume can be found at: [USAJOBS](#)

A364

Help Center - How do I write a resume for a federal job? Page margins should be 0.5 inches, font styles must be legible, and consider using 14-point size font for titles and 10-point for the main text. The resume must not be more than 5MB and should be saved and uploaded as a PDF to maintain formatting and number of pages.

**At a minimum, your resume MUST contain:**

- Your name, address, phone, email address.

- Job Title. Series and grade (Federal Positions only).

- For each position held including employment beginning and ending dates (Month/Year).

- Your resume should reflect a description of duties performed and that you are either Part-Time with the number of hours per week listed, Full Time or 40 hours per week as your work schedule.

**Questionnaire.** Preview at https://apply.usastaffing.gov/ViewQuestionnaire/12821024.

**ICTAP eligibility:** Submit (1) a copy of your agency specific ICTAP eligibility notice or a copy of your separation personnel action form **and** (2) a copy of your most recent performance appraisal **and** (3) a copy of your most recent SF 50 or agency notification of personnel action showing your current position, grade level, and duty location. Separation personnel actions do not include a certificate/notice of expected separation.

**Priority Placement Program (PPP) DoD Retained Grade Preference (RGP) eligibility:** 1. Submit a signed Retained Grade PPP Self-Certification Checklist DD3145-1 (whs.mil. 2. a copy of your Notification of Personnel Action (SF-50) effecting the placement in retained grade status; or a copy of the notification letter you received regarding the RIF or classification downgrade.

**Priority Placement Program, DoD Military Reserve (MR) and National Guard (NG) Technician Eligible (PPP DoD MRNG):** In order to receive this preference, you must choose the Military Reserve and National Guard Technician eligibility, and fill out and submit the Military Reserve and National Guard Technician PPP Self-Certification Checklist and copies of the appropriate documentation.

**Priority Placement Program, DoD Military Reserve (MR) and National Guard (NG) Preference Eligible Tech Receiving Disability Retirement (PPP DoD MR & NG):** In order to receive this preference, you must choose the Military Reserve (MR) and National Guard (NG) Preference Eligible Tech Receiving Disability Retirement eligibility and submit a completed Military Reserve and National Guard Technician Disability PPP Self-Certification Checklist and copies of the appropriate documentation, such as the notification letter you received that states you are no longer eligible for Reserve membership due to a service-connected disability.

**Military Spouse Preference**: Submit (1) the Self-Certification Checklist **and** (2) proof of marriage to the military service member (e.g., marriage certificate, marriage license), **and** (3) a copy of the military service member's PCS orders.

**Non-Competitive Military Spouse Preference**: Submit (1) Marriage certificate **and** (2) a copy of your spouse's active Military Orders **and** (3) DD-214 - Certificate of Release or Discharge from Active Duty (if Applicable) and (4) DD1300 - Report of Casualty (If applicable).

**Performance Appraisal** (Optional). Current and former federal civilian employees, including those of the

A365

employing agency, are encouraged to include a copy of their most recent rating of record. Hiring managers may consider performance appraisals in the selection process.

## How to Apply

**Your complete application package must be received by** 11:59 PM ET on 11/03/2025.

You are responsible for verifying your application package is complete, accurate, and submitted timely. As uploaded documents may take one or more hours to clear the virus scan, plan accordingly to ensure your application process is complete and your application package is submitted by the specified closing date and time.

To begin, click Apply to access an online application. Follow the prompts to select your resume, required documents, and/or other supporting documents. You need to be logged into your USAJOBS account to apply or create an account before applying. You will be taken to an online application. Follow all prompts and complete the online application, verify you've included all required and supporting documentation, and submit your application. Additional information on how to complete the online application process and submit your online application is found at the USA Staffing Applicant Resource Center. To receive consideration, you must complete all steps of the application process.

You can verify your application status by logging into your USAJOBS account, selecting the Application Status link, and then selecting the More Information link for this position. The Application Status page displays your application status, the documents received and processed, and your questionnaire responses.

**Agency contact information**

## 👤DeCA East Servicing Team

**Phone**
614-692-7835
**Fax**
215-516-6063
**Email**
DHRC-DDECAHR@DLA.MIL
**Address**
*Defense Commissary Agency East*
*1300 E Avenue*
*Fort Lee, VA 22380*
*US*

**Next steps**

A366

Notices post to your USAJOBS account and are emailed to you. You can expect to receive a notice when you complete the application process, when your qualifications status is determined (qualified or not qualified), and when your referral status is determined (referred or not). If you are referred but not selected, you can expect to receive a final notice after the hiring manager makes a selection.

The hiring manager may choose to conduct interviews and may conduct telephone interviews to preclude travel hardships for applicants. Someone from the hiring agency (i.e., DeCA) will contact you if the hiring manager decides to interview you.

**Should you receive a tentative job offer, be aware such offers are automatically withdrawn if you fail to (1) record an acceptance or declination by the response date provided in the offer notice and/or (2) meet any pre-employment requirements, including a scheduled appointment. If you receive a job offer, use a computer to submit your response rather than a mobile/cell phone.**

# Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A367

| | | |
|---|---|---|
| Defense Commissary Agency Logo | **Position Title** | Meatcutting Worker |
| | **Agency** | Defense Commissary Agency |
| | **Announcement Number** | DECA-26-12821024-MP |
| | **Open Period** | Wednesday, October 22, 2025 to Monday, November 3, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

\* 2. Are you the spouse of a member of the Armed Forces on active duty?
-OR-
Are you the spouse of a member of the Armed Forces who retired with a disability rating at the time of retirement of 100 percent or the spouse of a member of the Armed Forces who retired or separated from the Armed Forces and has a disability rating of 100 percent from the Department of Veterans Affairs?
-OR-
Are you the un-remarried widow or widower of a member of the Armed Forces killed while in active duty status?
For more information, review USAJOBS Veterans resources.

○ Yes

○ No

\* 3. Are you a current or former federal employee displaced from a position in a federal agency other than the agency hiring for this position?

If yes, confirm:
• you are located in the same local commuting area of the vacancy
• your grade is equivalent to or above the grade level of the vacancy and
• your last performance rating of record is at least fully successful or the equivalent.

You will be required to submit supporting documentation to validate your claim of ICTAP eligibility such as a Reduction in Force (RIF) separation notice or a Proposed Removal/Separation notice and a copy of your latest Notification of Personnel Action, Standard Form 50.  For more information, review the USAJOBS Resource Center.

○ Yes

○ No

\* 4. Are you an employee of the agency advertising this position and applying to be considered for a Reassignment, Change-to-Lower Grade or Re-promotion to a grade previously held? You must submit a copy of your most recent SF-50, Notification of Personnel Action.

○ Yes

○ No

\* 5. **Eligible:** I am a PPP DoD retained grade preference eligible. I am exercising my preference eligibility to positions within the local commuting area. I certify that I am within my 2-year period of grade retention and have not accepted nor declined a permanent, continuing Federal or non-appropriated fund position in the local commuting area.

**Supporting Documentation:**  You must provide a signed Retained Grade PPP Self-Certification Checklist, DD3145-1 (whs.mil), a copy of your Notification of Personnel Action, Standard Form (SF) 50 effecting the placement in retained grade status; or a

A368

○ No

* 5. **Eligible:** I am a PPP DoD retained grade preference eligible. I am exercising my preference eligibility to positions within the local commuting area. I certify that I am within my 2-year period of grade retention and have not accepted nor declined a permanent, continuing Federal or non-appropriated fund position in the local commuting area.

**Supporting Documentation:** You must provide a signed Retained Grade PPP Self-Certification Checklist, DD3145-1 (whs.mil), a copy of your Notification of Personnel Action, Standard Form (SF) 50 effecting the placement in retained grade status; or a copy of the notification letter you received regarding the RIF or classification downgrade.

Are you a Priority Placement Program DoD Retained Grade Preference Eligible?

○ Yes
○ No

* 6. **Priority Placement Program, DoD Military Reserve (MR) and National Guard (NG) Technician Eligible**

I am an MR or NG Reserve Technician who will lose or has lost my military membership through no fault of my own after completing at least 15 years of technician service and a minimum of 20 years of service creditable for non-regular retirement. I am exercising my preference eligibility to DoD positions within my local commuting area in accordance with Section 3329(b) of Title 5, U.S.C. This preference eligibility is valid for 1 year after separation.

**NOTE**: By using this eligibility, you certify that you have not obtained permanent Federal employment, nor have you accepted or declined a PPP job offer.

**Supporting Documentation**: If you indicate "yes" to this question, you must submit a copy of the Military Reserve and National Guard Technician PPP Self-Certification Checklist and copies of the appropriate documentation, such as the notification letter you received showing you are no longer eligible for military or NG membership (through no fault of your own) and that you have completed at least 15 years of technician service and a minimum of 20 years of service creditable for non-regular retirement.

Are you a **Priority Placement Program (PPP) DoD Military Reserve (MR) and National Guard (NG) Technician Eligible**?

○ Yes
○ No

* 7. **Eligible:** I am a military spouse who has relocated or will relocate within 30 days with my active duty sponsor on a permanent change of station (PCS) move to a new active duty assignment. I am exercising my preference eligibility to positions within the local commuting area of the new duty station. I certify that I have not accepted nor declined a permanent, continuing Federal or non-appropriated fund position in the local commuting area of the new duty location.

**NOTE 1**: Military spouses are eligible for one noncompetitive appointment using their preference eligibility for the duration of the active duty sponsor's relocation to the new permanent duty station, as long as the military spouse has not declined or accepted a permanent, continuing Federal or non-appropriated fund position in the geographical area of the PCS orders. If you certify that you have not used your preference at your sponsor's new duty location and it is discovered to be untrue, you may be subject to loss of MSP and possible disciplinary action.

**NOTE 2:** MSPs using eligibility EO 13473 cannot be appointed until they have relocated with the military sponsor to the new duty station.

**Supporting Documentation:** You must provide a signed Military Spouse PPP Self-Certification Checklist, https://publicfileshare.chra.army.mil/USAStaffing/DD_3145-4_Military_Spouse_PPP_SelfCertification_Checklist_v2.pdf
PCS orders/verification of duty location assignment, a copy of marriage certificate or license and documents as listed on the Military Spouse PPP Self-certification Checklist.

Are you a Priority Placement Program DoD Military Spouse Preference Eligible?

○ Yes
○ No

* 8. **Priority Placement Program, DoD Military Reserve (MR) and National Guard (NG) Preference Eligible Technician Receiving Disability Retirement**

I am an MR or NG Technician who will be or has been involuntarily medically retired due to a service-connected medical disability that disqualifies me from military membership or from holding my required military grade, and have applied for or am receiving a disability retirement annuity. I am exercising my preference eligibility to DoD positions within my local commuting area. I understand that the position for which I am applying must be at the same grade or equivalent level, tenure, and work schedule as the position held currently or upon separation.

A369

**8. Priority Placement Program, DoD Military Reserve (MR) and National Guard (NG) Preference Eligible Technician Receiving Disability Retirement**

I am an MR or NG Technician who will be or has been involuntarily medically retired due to a service-connected medical disability that disqualifies me from military membership or from holding my required military grade, and have applied for or am receiving a disability retirement annuity. I am exercising my preference eligibility to DoD positions within my local commuting area. I understand that the position for which I am applying must be at the same grade or equivalent level, tenure, and work schedule as the position held currently or upon separation.

**NOTE**: By using this eligibility, you certify that you have not obtained permanent Federal employment, nor have you accepted or declined a PPP job offer.

**Supporting Documentation**: If you indicate "yes" to this question, you must submit a copy of the Military Reserve and National Guard Technician Disability PPP Self-Certification Checklist and copies of the appropriate documentation, such as the notification letter you received that states you are no longer eligible for Reserve membership due to a service-connected disability.

Are you a **Priority Placement Program, DoD Military Reserve (MR) and National Guard (NG) Preference Eligible Technician Receiving Disability Retirement**?

○ Yes
○ No

* 9. Are you an employee of the agency advertising this position and applying to be considered for a Promotion? You must submit a copy of your most recent SF-50, Notification of Personnel Action.

○ Yes
○ No

* 10. Are you a veteran whose latest discharge was under honorable conditions and you:
  - served three or more years of continuous active duty service in the military (NOTE: if released shortly before completing a 3-year tour, you are considered to meet the eligibility) OR
  - are entitled to veterans preference?

If eligible, submit a copy of your latest Certificate of Release or Discharge from Active Duty, DD-214 (copy indicating character of service) or other proof of your service which includes character of service.
For more information, review USAJOBS Veterans resources.

○ Yes
○ No

## Preferences

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific

A370

3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy objectives that are significant to you, and explain how you would help implement them in this role.

4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes
○ No

## Screenouts

\* 1. Are you able to perform duties involving prolonged standing, stooping, kneeling, bending, climbing and walking?

○ Yes
○ No

\* 2. Are you able and willing to lift, push, and pull pieces and bulk boxes of meat weighing 50-100 pounds or more while using a hand truck and/or dolly?

○ Yes
○ No

\* 3. Are you a former Federal employee who has retired and is receiving an annuity either under the Civil Service Retirement System (CSRS) or Federal Employees Retirement System (FERS)?
**NOTE:** If you are receiving a temporary medical disability retirement OR are a retired Military Service Member your response should be NO.

○ Yes
○ No

## Assessment 1

Select "Yes" or "No" to the following question(s).

\* 1. I am able to do the work of the position that I am applying for without more than normal supervision.

○ Yes
○ No

Select the one statement that most accurately describes your training and experience carrying out each task using the scale provided.

\* 2. Follow written operating instructions.

○ I know little or nothing about this.
○ I have had study or training in this.
○ I have used my knowledge or ability, but I have been closely supervised.
○ I have used my knowledge or ability on my own, under normal supervision.
○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

\* 3. Price meat in accordance with price lists.

○ I know little or nothing about this.
○ I have had study or training in this.
○ I have used my knowledge or ability, but I have been closely supervised.

A371

I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 3. Price meat in accordance with price lists.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 4. Weigh incoming shipments as appropriate.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 5. Identify spoiled or questionable meats.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 6. Trim and process subprimals and boneless portions of beef, pork, lamb, or veal into the less difficult ready to eat-cuts.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 7. Trim waste, fat, and glands from retail cuts.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 8. Assist a higher graded meatcutter in fat tests.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 9. Assist a higher graded meatcutter in trimming and processing meats.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 10. Use hand trucks, pallet jacks and dollies to move items.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

A372

* 10. Use hand trucks, pallet jacks and dollies to move items.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 11. Use, clean and maintain meat hooks.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 12. Use, clean, maintain and sharpen boning knives.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 13. Use, clean, maintain and sharpen handsaws.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 14. Use, clean, maintain and sharpen steak knives.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 15. Use wrapping machines to tray, wrap, and weigh cuts.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 16. Use, clean, maintain, sharpen, and make minor adjustments to electric meat saws.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 17. Use, clean, maintain, sharpen, and make minor adjustments to grinders.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

A373

* 17. Use, clean, maintain, sharpen, and make minor adjustments to grinders.
  ○ I know little or nothing about this.
  ○ I have had study or training in this.
  ○ I have used my knowledge or ability, but I have been closely supervised.
  ○ I have used my knowledge or ability on my own, under normal supervision.
  ○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 18. Use, clean, maintain, sharpen, and make minor adjustments to tenderizers.
  ○ I know little or nothing about this.
  ○ I have had study or training in this.
  ○ I have used my knowledge or ability, but I have been closely supervised.
  ○ I have used my knowledge or ability on my own, under normal supervision.
  ○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 19. Use, clean, maintain, sharpen, and makes minor adjustments to slicers.
  ○ I know little or nothing about this.
  ○ I have had study or training in this.
  ○ I have used my knowledge or ability, but I have been closely supervised.
  ○ I have used my knowledge or ability on my own, under normal supervision.
  ○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 20. Clean and sanitize work areas to maintain required standards of cleanliness and sanitation.
  ○ I know little or nothing about this.
  ○ I have had study or training in this.
  ○ I have used my knowledge or ability, but I have been closely supervised.
  ○ I have used my knowledge or ability on my own, under normal supervision.
  ○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 21. Follow established safety and sanitation rules and regulations.
  ○ I know little or nothing about this.
  ○ I have had study or training in this.
  ○ I have used my knowledge or ability, but I have been closely supervised.
  ○ I have used my knowledge or ability on my own, under normal supervision.
  ○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 22. Move meat products from delivery vehicles to chill or freezer lockers.
  ○ I know little or nothing about this.
  ○ I have had study or training in this.
  ○ I have used my knowledge or ability, but I have been closely supervised.
  ○ I have used my knowledge or ability on my own, under normal supervision.
  ○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 23. Replenish stock in display cases and rotate product to ensure freshness.
  ○ I know little or nothing about this.
  ○ I have had study or training in this.
  ○ I have used my knowledge or ability, but I have been closely supervised.
  ○ I have used my knowledge or ability on my own, under normal supervision.
  ○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

A374

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 18. Use, clean, maintain, sharpen, and make minor adjustments to tenderizers.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 19. Use, clean, maintain, sharpen, and makes minor adjustments to slicers.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 20. Clean and sanitize work areas to maintain required standards of cleanliness and sanitation.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 21. Follow established safety and sanitation rules and regulations.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 22. Move meat products from delivery vehicles to chill or freezer lockers.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

* 23. Replenish stock in display cases and rotate product to ensure freshness.

○ I know little or nothing about this.

○ I have had study or training in this.

○ I have used my knowledge or ability, but I have been closely supervised.

○ I have used my knowledge or ability on my own, under normal supervision.

○ I am consulted by other journeypersons in difficult situations, or I am called on to do unusually difficult jobs.

A375

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12821024

# EXHIBIT O

A376

 An official website of the United States government

# USAJOBS®

# Social Worker

DEPARTMENT OF DEFENSE

Military Treatment Facilities under DHA

Directorate of Behavioral Health, Mental Health Services

---

⚠ **Resumes limited to two pages**                                     ✕

Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.

Learn more about the new resume requirements.

---

## Summary

**About the Position:** This position is located at the 72nd Medical Group, Tinker Air Force Base in Oklahoma.

This is a Direct Hire Solicitation

## Overview

Reviewing applications

**Open & closing dates**

🕐 10/22/2025 to 11/04/2025

**Salary**

$88,621 to - $115,213 per year

**Pay scale & grade**

GS 12

**Location**

1 vacancy in the following location:

📍 **Tinker AFB, OK**

**Remote job**

A377

No

**Telework eligible**

No

**Travel Required**

Occasional travel - Up to 5% Business Travel required.

**Relocation expenses reimbursed**

No

**Appointment type**

Permanent

**Work schedule**

Full-time

**Service**

Competitive

**Promotion potential**

None

**Job family (Series)**

- 0185 Social Work

**Supervisory status**

No

**Security clearance**

Not Required

**Drug test**

Yes

**Position sensitivity and risk**

Non-sensitive (NS)/Low Risk

**Trust determination process**

- Suitability/Fitness

- Credentialing

**Financial disclosure**

No

**Bargaining unit status**

Yes

---

**Announcement number**

A378

HSJW-26-12816571-DHA

**Control number**
848560800

# This job is open to

 **The public**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

# Duties

- Develop clinical social work service programs as the social work Subject Matter Expert, utilizing a formal evaluation process to monitor intervention services and medical staff.

- Conduct psycho-diagnostic evaluations to determine treatments and interventions for mental, emotional, and behavioral disorders.

- Utilize various psychological assessments to create evaluation reports with mental health diagnoses, recommendations, and treatment plans.

- Provide evidence-based psychotherapy for a wide variety of psychiatric and/or social problems to individuals and groups, making changes in treatment plans as needed.

- Deliver psychological and psychosocial consultation, education, and training to mental health professionals, medical staff, senior leaders, and/or other providers.

- Collaborate with local, state, and federal partners on special programs and services.

# Requirements

### Conditions of employment

- Appointment may be subject to a suitability or fitness determination, as determined by a completed background investigation.

- A Personnel Security Investigation is required.

- Selectees will be required to sign a statement (Condition of Employment) consenting to seasonal influenza vaccinations or must provide a recognized exemption.

- This position is a Testing Designated Position subject to pre-employment screening and random drug testing. Selectees will be required to consent to participation in random drug urinalysis testing.

- Tuberculin (TB) test is required.

- Immunization screening is required. Hepatitis B immunization is required for all positions with direct patient contact. Applicants may be required to show proof of other immunizations depending on the type of position.

A379

- Must be able to obtain and maintain current Basic Life Support (BLS) certification through the American Red Cross. Advanced certification (e.g., ALS) does not supersede BLS.
- Applicants must be able to fulfill credentialing requirements and obtain and maintain appropriate/relevant clinical privileges.
- This position may include shift work (evenings, weekends, holidays).
- This position may require the incumbent to work on call during irregular work hours which may include evenings, weekends, holidays, and/or varying work schedules.

## Qualifications

**Who May Apply: US Citizens**

In order to qualify, you must meet the experience requirements described below. Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community; student; social). You will receive credit for all qualifying experience, including volunteer experience. Your resume must clearly describe your relevant experience; if qualifying based on education, your transcripts will be required as part of your application. Additional information about transcripts is in this document.

**Basic Requirement for Social Worker:**
**Degree:** Master's degree (or higher degree) in social work from a school accredited by the Council on Social Work Education.

In addition to meeting the basic requirement above, to qualify for this position you must also meet the qualification requirements listed below:

**Specialized Experience**: One year of specialized experience which includes conducting biopsychosocial evaluations, developing behavioral health treatment plans, and providing treatment to individuals and groups. This definition of specialized experience is typical of work performed at the next lower grade/level position in the federal service (GS-11).

**Licensure**: A current, active, full, and unrestricted clinical license as a Social Worker from a State, the District of Columbia, the Commonwealth of Puerto Rico, or a territory of the United States.

**Some federal jobs allow you to substitute your education for the required experience in order to qualify. For this job, you must meet the qualification requirement using experience alone--no substitution of education for experience is permitted.**

## Education

**FOREIGN EDUCATION:** If you are using education completed in foreign colleges or universities to meet the qualification requirements, you must show the education credentials have been evaluated by a private organization that specializes in interpretation of foreign education programs and such education has been deemed equivalent to that gained in an accredited U.S. education program; or full credit has been given for the courses at a U.S. accredited college or university. For further information, visit: https://sites.ed.gov/international/recognition-of-foreign-qualifications/.

## Additional information

A380

- Male applicants born after December 31, 1959 must complete a Pre-Employment Certification Statement for Selective Service Registration.

- You will be required to provide proof of U.S. Citizenship.

- One year trial/probationary period may be required.

- Direct Deposit of Pay is required.

- Selection is subject to restrictions resulting from Department of Defense referral system for displaced employees.

- Multiple positions may be filled from this announcement.

- Salary includes applicable locality pay or Local Market Supplement.

- If you have retired from federal service and you are interested in employment as a reemployed annuitant, see the information in the Reemployed Annuitant information sheet.

- Payment of Permanent Change of Station (PCS) costs is not authorized, based on a determination that a PCS move is not in the Government interest.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

| Benefits | + |
| --- | --- |
| Review our benefits | |

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Once the announcement has closed, a review of your application package (resume, supporting documents, and responses to the questionnaire) will be used to determine whether you meet the qualification requirements listed on this announcement. Please follow all instructions carefully when applying, errors or omissions may affect your eligibility.

If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, you may lose consideration for this position.

Veterans and Military Spouses will be considered along with all other candidates.

# Required Documents

The documents you are required to submit vary based on whether or not you are eligible for preference in federal employment. A complete description of preference categories and the associated required documents is in the Applicant Checklist for Public Announcements.

A381

As described above, your complete application includes your resume, your responses to the online questionnaire, and documents which prove your eligibility to apply. **If you fail to provide these documents, you will be marked as having an incomplete application package and you will not be considered any further.**

### 1. Your resume:

- Your resume must be **two pages or less** and must support the specialized experience described in this announcement. Resumes exceeding two pages will be removed from consideration.

- For each relevant work experience, make sure you include the employer's name, job title, start and end dates (include month and year), for qualifications purposes, the number of hours worked per week, and a brief description that show you can perform the tasks at the required level listed in the job announcement. If your resume does not contain this information, your application may be marked as incomplete, and you may not receive consideration for this position.

- Use plain language. Avoid using acronyms and terms that are not easily understood. The hiring agency will not make assumptions about what's in your resume.

- If your resume includes a photograph or other inappropriate material or content, it will not be used to make eligibility and qualification determinations, and you may not be considered for this vacancy.

- For additional information, to include formatting tips, see: What to include in your resume.

### 2. Other supporting documents:

- Cover Letter, optional

- Most recent Performance Appraisal, if applicable

- This position has an individual occupational requirement for education. You MUST submit a copy of your **transcript** with your application package or you may be rated ineligible.

- **License**: This position requires a job-related license. You MUST submit a copy of your license or certification with your application package or you will be rated ineligible. See: Transcripts and Licenses.

NOTE: Documents submitted as part of the application package, to include supplemental documents, may be shared beyond the Human Resources Office. Some supplemental documents such as military orders and marriage certificates may contain personal information for someone other than you. You may sanitize these documents to remove another person's personal information before you submit your application. You may be asked to provide an un-sanitized version of the documents if you are selected to confirm your eligibility.

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

A382

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## How to Apply

To apply for this position, you must complete the online questionnaire and submit the documentation specified in the Required Documents section below.

- The complete application package must be submitted by 11:59 PM (EST) on 11/04/2025*to receive consideration.*

- To begin, click **Apply** to access the online application. You will need to be logged into your USAJOBS account to apply. If you do not have a USAJOBS account, you will need to create one before beginning the application (https://apply.usastaffing.gov/View**Questionnaire/12816571***)*.

- Follow the prompts to **select your resume and/or other supporting documents** to be included with your application package. As a reminder, your resume must be **two pages or less** and must support the specialized experience described in this announcement. Resumes exceeding two pages will be removed from consideration. For additional information, refer to the 'Required Documents' section.

- You will have the opportunity to upload additional documents to include in your application before it is submitted. Your uploaded documents may take several hours to clear the virus scan process.

- After acknowledging you have reviewed your application package, complete the Include Personal Information section as you deem appropriate and **click to continue with the application process.**

- You will be taken to the online application which you must complete in order to apply for the position. Complete the online application, verify the required documentation is included with your application package, and submit the application. **Your resume selected in USAJOBS will be included, but you must re-select other documents from your USAJOBS account or your application may be incomplete.**

- It is your responsibility to verify that your application package (resume, supporting documents, and responses to the questionnaire) is complete, accurate, and submitted by the closing date. Uploaded documents may take up to one hour to clear the virus scan.

- Additional information on how to complete the online application process and submit your online application may be found on the USA Staffing Applicant Resource Center.

To verify the status of your application, log into your USAJOBS account (https://www.usajobs.gov/applicant/profile/dashboard/), all of your applications will appear on the Welcome screen. The Application Status will appear along with the date your application was last updated. For information on what each Application Status means, visit: https://help.usajobs.gov/how-to/application/status.

**Agency contact information**

👤 Army Applicant Help Desk

A383

**Website**
https://portal.chra.army.mil/hr_public?id=app_inq
**Address**
*JT-DD83BS CONTINENTAL DHN - TINKER*
*DO NOT MAIL*
*Tinker AFB, OK 73145*
*US*

A384

## Next steps

If you provided an email address, you will receive an email message acknowledging receipt of your application. Your application package will be used to determine your eligibility, qualifications, and quality ranking for this position. If you are determined to be ineligible or not qualified, your application will receive no further consideration.

# Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

No.

# In the United States Court of Appeals For the First Circuit

*IN RE AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AND NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,*

*Petitioners.*

*Petition for Writ of Mandamus to the United States District Court, District of Massachusetts (No. 1:25-cv-13305-GAO)*

## APPENDIX TO PETITION FOR WRIT OF MANDAMUS – PART 2

KEKER, VAN NEST & PETERS LLP
WARREN A. BRAUNIG
SARA FITZPATRICK
CHARLOTTE J. KAMAI
SANA A. SINGH
633 Battery Street
San Francisco, California 94111
Telephone: 415 391 5400
Facsimile: 415 397 7188

DEMOCRACY FORWARD FOUNDATION
ELENA GOLDSTEIN
WEBB LYONS**
TSUKI HOSHIJIMA
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: (202) 796-4426
**OF COUNSEL

Counsel for Petitioners
*[Additional Counsel on following page]*

PROTECT DEMOCRACY
PROJECT
ORI LEV
2020 Pennsylvania Avenue
NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582

*Counsel for Petitioners*


AMERICAN FEDERATION OF
STATE, COUNTY AND
MUNICIPAL EMPLOYEES,
AFL-CIO
MATTHEW S. BLUMIN
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900

*Counsel for Petitioner American
Federation State, County, and
Municipal Employees, AFL-CIO
(AFSCME)*

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,
AFL-CIO
RUSHAB B. SANGHVI
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426

*Counsel for Petitioner
American Federation of
Government Employees,
AFL-CIO (AFGE)*

# TABLE OF CONTENTS

District Court Docket Report ............................................................ A001

Complaint (Dkt. 1)...................................................................... A015

Motion for Preliminary Injunction and for Stay Under 5
    U.S.C. § 705 (Dkt. 39)................................................................. A201

Memorandum in support of Motion for Preliminary
    Injunction and Stay Under 5 U.S.C. § 705 (Dkt. 40)................ A207

Affidavit of Cara Meyer in support of Motion (Dkt. 43).................... A253

Affidavit of Everett Kelly in support of Motion Dkt. 44).................... A630

Affidavit of Lee Sutton in support of Motion (Dkt. 45) ..................... A635

Decl. of Fernando Colon in support of Motion (Dkt. 46) ................... A640

Decl. of Federal Worker 1 in support of Motion (Dkt. 47)................. A646

Decl. of Federal Worker 2 in support of Motion (Dkt. 48)................. A651

Decl. of Federal Worker 3 in support of Motion (Dkt. 49)................. A655

Decl. of Federal Worker 4 in support of Motion (Dkt. 50)................. A660

Response to Motion for Preliminary Injunction and Stay
    Under 5 U.S.C. § 705 (Dkt. 57) .............................................. A664

Reply to Response to Motion for Preliminary Injunction and
    Stay Under 5 U.S.C. § 705 (Dkt. 60)........................................ A701

Plaintiffs' Request for Status Conference and Hearing (Dkt.
    61) ............................................................................................ A725

Electronic Notice Setting Hearing (Dkt. 63)..................................... A730

Hearing Transcript (Dkt. 71) ........................................................ A731

Plaintiffs' Notice of Supplemental Facts (Dkt. 74)........................... A777

Declaration of Ori Lev (Dkt. 75) ..................................................... A782

Response of Defendants (Dkt. 77)................................................... A802

Declaration of Noah Peters (Dkt. 78)............................................... A810

| | |
|---|---|
| | **Position Title**  Social Worker |
| **Military Treatment Facilities under DHA Logo** | **Agency**  Military Treatment Facilities under DHA |
| | **Announcement Number**  HSJW-26-12816571-DHA |
| | **Open Period**  Wednesday, October 22, 2025 to Tuesday, November 4, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

## Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a

A385

large language model (LLM) like ChatGPT or Copilot.

* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

&#9711; Yes

&#9711; No

Assessment 1

A386

Thank you for your interest in a Social Worker position with the Department of Defense. Your resume and the responses you provide to this assessment questionnaire will be used to determine if you meet the basic eligibility and qualification requirements for this position. Your responses are subject to verification. Please review your responses for accuracy before you submit your application.

* 1. Select the one statement that best describes the education that you possess that demonstrates your ability to perform the work of Social Worker at the GS-12 grade level or equivalent pay band in the Federal Service.

○ I have a master's degree (or higher degree) in social work from a school accredited by the Council on Social Work Education. (Note: You must attach a copy of your transcripts.)

○ I do not possess the education described above.

* 2. Select the one statement that best describes the experience that you possess that demonstrates your ability to perform the work of Social Worker at the GS-12 grade level or equivalent pay band in the Federal Service.

○ I have one year of specialized experience equivalent to at least the GS-11 grade level in the Federal service which includes conducting biopsychosocial evaluations, developing behavioral health treatment plans, and providing treatment to individuals and groups.

○ My experience is not reflected in the above statement.

* 3. This position requires a current, active, valid, and unrestricted clinical license to practice Social Work independently offered by a U.S. State, District of Columbia, Commonwealth, territory, or jurisdiction. Do you possess a current, active, valid and unrestricted license to practice Social Work?

○ Yes

○ No

* 4. Your responses to the Announcement and Assessment Questionnaires, along with your resume and all supporting documentation are subject to evaluation and verification to ensure accuracy. Please take this opportunity to review your responses to ensure their accuracy.

A387

○ Yes, I verify that all of my responses to this questionnaire are true and accurate. I accept that if my supporting documentation and/or later steps in the selection process do not support one or more of my responses to the questionnaire that my application may be rated lower and/or I may be removed from further consideration.

○ No. I do not accept this agreement and/or I no longer wish to be considered for this position.

✓ Terms of Use     🔒 FOIA     🔒 Privacy & Cookies     USAJOBS.gov     🌐 OPM

☆ USA.gov

© 2025 US Office of Personnel Management

This is a USA Staffing® System

A388

# EXHIBIT P

 An official website of the United States government

## USAJOBS®

---

# Practical Nurse (Licensed Practical Nurse)

DEPARTMENT OF JUSTICE

Justice, Bureau of Prisons/Federal Prison System

> ⚠️ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

Corrections professionals who foster a humane and secure environment and ensure public safety by preparing individuals for successful reentry into our communities.

## Overview

Reviewing applications

**Open & closing dates**

🕐 10/15/2025 to 10/30/2025

**Salary**

$58,953 to - $80,492 per year

**Pay scale & grade**

GL 06 - 07

**Location**

📍 **Seatac, WA**
    1 vacancy

**Remote job**

No

**Telework eligible**

A390

No

**Travel Required**
Occasional travel - Travel may be required for training and/or work related issues.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
07

**Job family (Series)**

- 0620 Practical Nurse

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
Yes

**Bargaining unit status**
No

---

**Announcement number**
SET-2026-0008

**Control number**
848187400

# This job is open to

 **The public**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

## Clarification from the agency

A391

• THIS IS A DELEGATED EXAMINING ANNOUNCEMENT OPEN TO ALL U.S. CITIZENS. • Duty Location: FDC Seatac, WA • NOTE: A RETENTION INCENTIVE UP TO 13% MAY BE OFFERED TO SELECTEE(S) WHO MEETS THE CRITERIA FOR RETENTION INCENTIVE.

## Duties

Provides a range of standard patient care under the guidance of a Supervisory Clinical Nurse.

Assists with cardiopulmonary resuscitation.

Provides first aid and assists with providing emergency medical care to inmates injured in fights and/or accidents.

Administers and documents medications accurately according to policy/procedure and physician orders.

Assigned to rotating shifts and patient care units.

Along with all other correctional institution employees, incumbent is charged with responsibility for maintaining security of the institution. The staff correctional responsibilities precede all others required by this position and are performed on a regular and recurring basis.

## Requirements

### Conditions of employment

- U.S. Citizenship is Required.
- See Special Conditions of Employment Section.
- Selective Service Requirement: http://www.sss.gov

**Career Transition Programs (CTAP or ICTAP):** These programs apply to Federal and/or DOJ employees who meet the definition of surplus or displaced from a position in the competitive service. To receive selection priority for this position, you must:

- 1. Meet CTAP or ICTAP eligibility criteria;
- 2. Be rated well-qualified for the position, scoring at least half of the total possible points for the vacancy KSAs or competencies; and
- 3. Submit the appropriate documentation to support your CTAP or ICTAP eligibility.

**NOTE:** Applicants claiming CTAP/ICTAP eligibility must complete all assessment questions to be rated under the established category rating criteria.

### Qualifications

To be considered for the position, you must meet the following qualification requirements.

**Basic Requirements:**

A392

**Licensure:** Candidates must be currently licensed to practice as practical or vocational nurses in a State or territory of the United States or the District of Columbia, or must have applied for a license to practice. Applications of candidates possessing a license must be accompanied by a certified or photostatic copy of the license, a notarized statement attesting to the fact, or a citation of the license number and State issuing it.

**AND**

**Additional Requirements:**

<u>**Education/Training:**</u>

**GL-06 and GL-07:**

There is no substitution of education for specialized experience.

**OR**

<u>**Experience:**</u>

**GL-06 and GL-07:**

You must have at least one year of nursing experience equivalent in difficulty and complexity to the next lower grade level. Qualifying experience includes nursing care work in a hospital, outpatient clinic, nursing home, or other supervised medical, nursing, or patient care facility that provided a practical knowledge of human body structure and sterile techniques and procedures, performing such duties as:

**GL-06:**

- Experience providing pre-and post-operative patient care.
- Experience administering medication, observing, recording, and reporting changes in behavior of patients.
- Experience providing reassurance and encouragement to patients.
- Experience setting up and operating medical equipment.
- Experience assisting surgeons and registered nurses in operating room activities, including passing instruments, maintaining sterile conditions, and draping and positioning patients.

**GL-07:**

- Experience providing pre-and post-operative patient care.
- Experience administering treatments and/or medications, EKG's, etc., and observing, recording, and reporting changes in behavior of mentally ill patients.
- Experience providing reassurance and encouragement to mentally ill patients.
- Experience assisting surgeons and registered nurses in operating room activities, including passing instruments, maintaining sterile conditions, and draping and positioning patients.
- Experience setting up and operating special medical equipment and apparatus.

A393

If applicable, credit will given for paid and unpaid experience. To receive proper credit, you must show the actual time (such as the number of hours worked per week) spent in activities.

**Your eligibility for consideration will be based on your responses to the questions in the application**

## Education

See Qualifications Section for education requirements, **if applicable**.

**ONLY** if education is a requirement/substitution for specialized experience, applicant MUST upload legible transcripts as verification of educational requirement. Transcripts MUST be uploaded and electronically linked from USAJOBS at the time you apply and MUST include identifying information to include School Name, Student Name, Degree and Date Awarded (if applicable). All academic degrees and coursework must be completed at a college or university that has obtained accreditation or pre-accreditation status from an accrediting body recognized by the U.S. Department of Education. For a list of schools that meet this criteria, Click Here.

*Foreign Education:* For information regarding foreign education requirements, please see Foreign Diploma and Credit Recognition at the U.S. Department of Education website: Recognition of Foreign Qualifications.

If you are selected for this position and qualified based on education (i.e. basic education requirement and/or substitution of education), you will be required to provide an OFFICIAL transcript prior to your first day on duty.

## Additional information

In accordance with 5 U.S.C. 3307, a maximum entry age of 36 has been established for initial appointment to a position in a Bureau of Prisons institution. If you are above the maximum entry age and have prior federal law enforcement coverage, you MUST submit an SF-50 to verify prior coverage.

Qualified Preference Eligible Veterans may be exempt from meeting the maximum age. Please refer to the Required Documents Section for the appropriate documentation to submit to validate veteran eligibility.

**Special Conditions of Employment Section:**

Appointment is subject to satisfactory completion of a pre-employment and panel interview, urinalysis, physical, and background investigation.

All applicants are subject to, and must satisfactorily pass all screening requirements in relation to National Crime Information Center (NCIC) and credit check.

All applicants not currently working in an institution will be required to complete a qualification inquiry regarding convictions of misdemeanor crimes of domestic violence in order to be authorized to carry a firearm.

The Core Value Assessment (CVA) is an in-person assessment that must be facilitated at a Bureau of Prisons Human Resource Servicing office. On the day of the scheduled interview, a CVA will be administered. The applicant assessment must be completed within a 70 minute time period and a passing score of 68 must be obtained. Further employment consideration will not be extended if the applicant fails to complete the examination or fails to achieve a passing score. Note: The Core Value

A394

Assessment will not be administered to current BOP employees.

Successful completion of the "Introduction to Correctional Techniques", three-week training course at Glynco, Georgia is required.

Additional selections may be made if vacancies occur within the life of the certificate.

**A RETENTION INCENTIVE UP TO 13% MAY BE OFFERED TO SELECTEE(S) WHO MEETS THE CRITERIA FOR RETENTION INCENTIVE.**

As a condition of employment for accepting this position, you will be required to serve a **1-year probationary period** during which we will evaluate your fitness and whether your continued employment advances the public interest. In determining if your employment advances the public interest, we may consider:

- your performance and conduct;

- the needs and interests of the agency;

- whether your continued employment would advance organizational goals of the agency or the Government; and

- whether your continued employment would advance the efficiency of the Federal service.

Upon completion of your **probationary period** your employment will be terminated unless you receive certification, in writing, that your continued employment advances the public interest. Exceptions may apply. See 5 CFR part 11.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

| Benefits | + |
|---|---|

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

> Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Your application will be evaluated and rated under DOJ's Category Rating and Selection Procedures. Based upon your responses to the assessment questions during the application process, your application will be placed into one of three categories: **Best Qualified, Highly Qualified, or Qualified.**

A395

Applications will be reviewed from the top quality category. Your resume and supporting documentation will be used to determine whether you meet the job qualifications listed in this announcement. If you are found qualified for this job, your resume and supporting documentation will be compared to the responses you provided on the online assessment.

**NOTE:** Candidates within the top quality category and who are eligible for veterans preference will receive selection priority over non-veteran preference eligibles.

If you are entitled to veterans preference, you should indicate the type of veterans preference you are claiming on your resume. Although veterans preference points are not assigned under the category rating procedures described under "How You Will Be Evaluated", veterans preference eligibles are listed ahead of non-veterans within each category for which they are qualified.

In addition, qualified veterans with a compensable service-connected disability of 10% or more are placed at the top of the highest qualified category as defined by category rating procedures.

**What Competencies/Knowledge, Skills and Abilities are Required for this Position?**

The following Competencies/Knowledge, Skills and Abilities (KSA's) are required:

**GL-06 and GL-07:**

- Ability to communicate orally.

- Ability to perform nursing procedures and nursing protocol.

- Ability to recognize, report and record changes on patient's physical and emotional condition.

- Ability to assist in the development of a patient care plan to meet the needs of assigned patients.

You may **preview questions** for this vacancy.

# Required Documents

**Failure to provide legible required documents and/or follow the prescribed format often results in removal from consideration.  If uploading documentation, do not identify/save your documents utilizing a special character such as %, #, @, etc.  Documentation should be identified/saved as VA Letter, DD-214, or Transcripts.**

- **Veterans' Preference Documentation:**

  - **Failure to submit all required documents at the time of application will result in the loss of claimed preference eligibility.**

  - **DD-214:** Veterans MUST provide a DD-214 demonstrating that they have been discharged or released from active duty under honorable conditions (i.e., the individual must have received either an honorable or general discharge).

  - **SF-15:** If you are a disabled veteran, a Purple Heart recipient, widow/widower of a veteran, the spouse of a disabled veteran or the parent of a disabled or deceased veteran, you must submit:

    - A completed Standard Form (SF) 15, "Application for 10-Point Veteran Preference" **AND** all required documentation identified on the SF-15**.**

A396

- **NOTE:** A Department of Veterans Affairs letter must contain the Veteran's Name and Combined Service-Connected Evaluation. **For a copy of the most current SF-15, Click Here.**

- If you are on active duty and expect to be discharged or released from active duty service within 120 days, you may submit a Certificate of Release or Discharge from Active Duty from the appropriate Branch Personnel Office containing the following information: (1) the military service dates including the expected discharge or release date; (2) and the character of service (must be an honorable or general discharge); and (3) any qualifying service/campaign/expeditionary medals.

- **Resume:** Resume limited to 2 pages showing relevant experience (cover letter optional). Experience that would not normally be part of the Federal employee's position is creditable when documented by satisfactory evidence of qualifying experience (e.g., a memorandum from the manager, Human Resource Manager, SF-52, etc.)

- **To receive credit for experience contained in an application, the experience must be documented:**

  - Reflecting start date and end date in month/year format (MM/YYYY) **AND**

  - Include the number of hours worked per week.

- **College transcript:** includes the School Name, Student Name, Degree, and Date Awarded (if applicable).

  - **NOTE:**  If you are selected, official transcript(s) will be required prior to your first day.

- **SF-50:** for proof of prior LEO coverage, if applicable.

For more help, visit USAJOBS Help Center - What should I include in my resume?

**We cannot be held responsible for incompatible software, delays in mail service, applicant application errors, etc.**

> **If you are relying on your education to meet qualification requirements:**
>
> Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.
>
> Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

You must apply through the online application system at www.USAJOBS.gov. Follow the prompts to register, answer a few questions and submit all required documents.

Limit your resume to 2 pages. If the only resume(s) received is/are longer than two pages, your application is ineligible for further consideration. Submission of a resume alone is not a complete application. This position may require the completion of additional forms and/or supplemental materials as described under the Required Documents section. Please carefully review the complete job

A397

announcement and the "How to Apply" instructions. Failure to provide the required information and/or materials will result in your application not being considered for employment.

**We recommend using a sans-serif font size like Lato, if available. Other widely available options are Calibri, Helvetica, Arial, Verdana, Open San Source Sans Pro, Roboto or Noro Sans. Make your page margins 0.5 inches. Consider using 14-point size font for titles and 10-point for the main text in your resume.** USAJOBS Help Center - How to add a resume to your profile

**Claiming Veterans Preference?** If yes, you MUST claim preference on-line during the application process and upload documentation to support preference claimed. Failure to claim Veterans Preference or provide supporting documentation may result in you not receiving appropriate consideration during the assessment process.

Required supporting documentation **must** be electronically uploaded or transferred from USAJOBS (uploaded).

All required supporting documentation MUST be received by the Consolidated Staffing Unit by 11:59 p.m., Eastern Standard Time, on the closing date of the vacancy announcement. You MUST include the vacancy announcement number on your supporting documentation.

Supporting documentation for announcements with an **application limitation MUST** be uploaded the same day you apply, as these positions may close earlier than stated in the announcement.

Paper applications: If applying online is impossible, please contact the Consolidated Staffing Unit at the telephone number listed below, prior to the closing date of the announcement for the alternate application procedure.

If applicable see Notice for Preference Eligible Veterans Applicants.

**Contact for Assistance in Applying On-Line:**
DOJ, Federal Bureau of Prisons
Consolidated Staffing Unit
346 Marine Forces Drive
Grand Prairie, TX 75051
E-Mail: BOP-HRM-HRSC-ConsolidatedStaffingUnit-S@bop.gov
Phone: 972-352-4200

**Agency contact information**

 CSU

**Phone**
972-352-4200
**Email**
BOP-HRM-HRSC-ConsolidatedStaffingUnit-S@bop.gov
**Address**
*JUSTICE, BUREAU OF PRISONS*
*Consolidated Staffing Unit*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*
*United States*

**Next steps**

We will notify you of the outcome after each step of the application process has been completed.

Applicants will be notified via e-mail, to the e-mail address registered in USAJOBS. The referral certificate or list of eligibles will then be issued to the selecting official for further consideration.

The Human Resource Office may then contact you for an interview if they wish. We expect to make a final job offer within 80 days after the closing date of the announcement.

Applicants referred on a certificate of eligibles may receive an Inquiry as to Availability (Optional Form – 5) via e-mail, mail or a telephone inquiry from the local Human Resource Department.  Applicants **MUST** complete the OF-5 form and return it to the Human Resource Management Office.

Applicants **MUST** also telephone the Human Resource Department during normal business hours to schedule an interview. Failure to either return the form or contact the Human Resource Department will result in a loss of consideration for the position.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A399

![Federal Bureau of Prisons logo] **Federal Bureau of Prisons**
*Correctional Excellence.  Respect.  Integrity.*

# Vacancy Details

PRINT

| VIEW ELIGIBILITY QUESTIONS | VIEW VACANCY QUESTIONS | PRINT VACANCY |

## Vacancy Questions Preview

### Grade: 06

Carefully read each question and all possible answers before selecting a response. Some questions will be used to screen out ineligible applicants. Applicant errors in responses will not be corrected. You are responsible for the accuracy of your application. Your application must describe your work and experience, in your own words. If you fail to provide requested information, or the information submitted is insufficient, you may lose consideration for the position.

**Applicants MUST meet the below-listed MINIMUM qualification requirement for this position. In the event you do not meet this requirement, you will be found ineligible for the position.**
   A. Candidates must be currently licensed to practice as practical or vocational nurses in a State or territory of the United States or the District of Columbia.

\*    1    | Do you meet the minimum qualification requirement listed above?

| Yes, I meet the minimum qualification requirement described above. |

| No, I do not meet the minimum qualification requirement described above. |

\*    2    | In addition to the licensure requirement, applicants must have one year of nursing experience equivalent to at least the GS-5 grade level as described in the VACANCY ANNOUNCEMENT. Do you meet the experience requirements for this position?

| Yes |

| No |

**NOTE:** <u>ALL</u> applicants **<u>MUST</u>** submit a certified or photostatic copy of the license, a notarized statement attesting to the fact, or a citation of the license number and State issuing it by the closing date of the vacancy announcement.

**ASSESSMENT QUESTIONS**

LISTED BELOW ARE GROUPED STATEMENTS RELATING TO THE ASSESSMENTS/COMPETENCIES NECESSARY FOR THE POSITION. Read each question carefully and select the answer choice that best describes your experience.

3    | The Practical Nurse communicates with such departments as Food Service, Facilities, Pharmacy and Health Systems Administration to assist the Registered Nurse or Physician Assistant and ensure inpatient needs are met. Additionally, Practical Nurses contact consultant's offices and clinical laboratories for laboratory results and records reports given over the telephone.

From the choices below, please select the one that best describes your experience.

| I have conveyed lab reports; and/or I have provided patient education; and/or I have provided pre- and post-operative teaching or discharge instructions. |

| I have participated in inter-disciplinary team meetings; and/or I have provided shift reports; and/or I have facilitated group therapy sessions. |

| I have interacted with ancillary departments; and/or I have reported pertinent information to charge nurse or supervisor; and/or I have communicated pertinent information to the unit officer or lieutenant. |

| None of the above. |

**A400**

Case 1:25-cv-13305-GAO          Document 43-16          Filed 11/19/25          Page 13 of 17

4    The Practical Nurse provides a range of standard patient care including wound care, sterile dressings, irrigations, compresses, laboratory tests, and administering prescribed medications.

From the choices below, please select the one that best describes your experience.

I have maintained updated records; and/or I have provided patient care as directed by the policy and procedures manual; and/or I have utilized sterile techniques, when appropriate; and/or I have practiced universal/standard precautions.

I have identified the need for therapeutic group; and/or I have provided supervision, guidance, direction, instruction and counseling to inmate hospital workers in the performance of their assigned duties; and/or I have completed patient teaching as appropriate; and/or I have performed complex wound care.

I have performed prescribed treatments and nursing procedures as needed according to the condition of the patient; and/or I have performed patient care assignments as directed; and/or I have used oral suction; and/or I have performed complex wound care; and/or I have changed sterile dressings; and/or I have given injections.

None of the above.

5    The Practical Nurse observes and reports gross changes in the patients' vital signs, symptoms, and general physical and emotional conditions.

From the choices below, please select the one that best describes your experience.

I have detected subtle changes in patient's status; and/or I have reported decreased urine output; and/or I have detected and reported increased respiratory rate; and/or I have discovered and reported change in mental status.

I have reported and recorded information; and/or I have detected pupillary change; and/or I have auscultated apical pulse; and/or, noting regularity, I have recognized abnormality of breath sounds.

I have recorded and reported pertinent information; and/or I have initiated CPR; and/or I have reported infiltrated IV to charge nurse; and/or I have provided intervention for asthma attack.

None of the above.

6    The Practical Nurse participates with the Registered Nurses and other health team members in planning, evaluating, and revising patient care plans to ensure updated recording and contribute toward quality assurance for nursing.

From the choices below, please select the one that best describes your experience.

I have reviewed and documented per policy; and/or I have updated information to reflect order changes; and/or I have assessed goal and completion dates.

I have reported changes in wound care; and/or I have reported mobility changes; and/or I have reported inability to perform ADL's, etc. for inclusion in care plan.

I have provided updates regarding treatment changes; and/or I have provided updates regarding patient's progress; and/or I have evaluated patient's limitations per care plan.

None of the above.

## Grade: 07

Carefully read each question and all possible answers before selecting a response. Some questions will be used to screen out ineligible applicants. Applicant errors in responses will not be corrected. You are responsible for the accuracy of your application. Your application must describe your work and experience, in your own words. If you fail to provide requested information, or the information submitted is insufficient, you may lose consideration for the position.

**Applicants MUST meet the below-listed MINIMUM qualification requirement for this position. In the event you do not meet this requirement, you will be found ineligible for the position.**

A. Candidates must be currently licensed to practice as practical or vocational nurses in a State or territory of the United States or the District of Columbia.

A401

\* 1 | Do you meet the minimum qualification requirement listed above?

> Yes, I meet the minimum qualification requirement described above.

> No, I do not meet the minimum qualification requirement described above.

\* 2 | In addition to the licensure requirement, applicants must have one year of nursing experience equivalent to at least the GS-6 grade level as described in the VACANCY ANNOUNCEMENT. Do you meet the experience requirements for this position?

> Yes

> No

**NOTE:** <u>ALL</u> applicants <u>**MUST**</u> submit a certified or photostatic copy of the license, a notarized statement attesting to the fact, or a citation of the license number and State issuing it by the closing date of the vacancy announcement.

**ASSESSMENT QUESTIONS**

LISTED BELOW ARE GROUPED STATEMENTS RELATING TO THE ASSESSMENTS/COMPETENCIES NECESSARY FOR THE POSITION. Read each question carefully and select the answer choice that best describes your experience.

3 | The Practical Nurse communicates with such departments as Food Service, Facilities, Pharmacy and Health Systems Administration to assist the Registered Nurse or Physician Assistant and ensure inpatient needs are met. Additionally, Practical Nurses contact consultant's offices and clinical laboratories for laboratory results and records reports given over the telephone.

From the choices below, please select the one that best describes your experience.

> I have participated on committees; and/or I have conveyed information to supervisor for improving organizational performance and patient progress; and/or I have participated in meetings, conferences and in-service programs; and/or I have communicated information to patients, staff and the public; and/or I have served as a preceptor to new staff members; and/or I have provided patient education; and/or I have redirected difficult patients while remaining calm.

> I have interacted with ancillary departments; and/or I have reported pertinent information to the charge nurse or supervisor; and/or I have communicated pertinent information to the unit officer or lieutenant.

> I have participated in inter-disciplinary team meetings; and/or I have provided shift reports; and/or I have facilitated group therapy sessions.

> None of the above.

4 | The Practical Nurse provide a range of standard patient care including wound care, sterile dressings, irrigations, compresses, laboratory tests, and administering prescribed medications.

From the choices below, please select the one that best describes your experience.

> I have maintained updated records; and/or I have provided patient care as directed by the policy and procedure manual; and/or I have utilized sterile techniques, where appropriate; and/or I have practiced universal/standard precautions.

> I have assisted with emergency situations under the direction of a registered nurse; and/or under direction of registered nurse, I have utilized advanced cardiac life support protocols; and/or I have led therapeutic groups under the review of a registered nurse; and/or I have given intravenous access under the direction of a registered nurse; and/or I have participated with in-service programs.

> I have identified the need for therapeutic group; and/or I have provided supervision, guidance, direction, instruction and counseling to inmate hospital workers in the performance of their assigned duties; and/or I have completed patient teaching as appropriate.

> None of the above.

5 | The Practical Nurse observes and reports gross changes in the patients' vital signs, symptoms, and general physical and emotional conditions.

From the choices below, please select the one that best describes your experience.

> I have reported and recorded information; and/or I have detected pupillary change; and/or I have auscultated apical pulse; and/or noting regularity, I have recognized abnormality of breath sounds.

A402

I have recorded and reported pertinent information; and/or I have initiated CPR; and/or I have reported infiltrated IV to the charge nurse; and/or I have provided intervention for asthma attack.

I have participated in inter-disciplinary team, providing input into patient care plan; and/or I have readily recognized identifiable or major changes in a patient's status; and/or I have documented and reported changes to appropriate staff under established protocols.

None of the above.

6    The Practical Nurse participates with the Registered Nurses and other health team members in planning, evaluating, and revising patient care plans to ensure updated recording and contribute toward quality assurance for nursing.

From the choices below, please select the one that best describes your experience.

I have initiated standardized care plans for new admissions; and/or I have added information to existing care plans; and/or I have completed tasks/goals from existing care plans.

I have reviewed and documented per policy; and/or I have updated information to reflect order changes; and/or I have assessed goal and completion dates.

I have provided updates regarding treatment changes; and/or I have provided updates regarding patient's progress; and/or I have evaluated patient's limitations per care plan.

None of the above.

## Grade: All Grades

**NOTE:** Bureau of Prisons' applicants hired for a position in a correctional institution are considered correctional workers and must be able to perform correctional work regardless of their specific occupation.

One requirement of the hiring process is for applicants to complete an Applicant Assessment. The purpose of the assessment is to ensure applicants possess the core values and behaviors required for success at a federal correctional institution.

Applicants must complete and pass the Applicant Assessment to be considered for employment with the Bureau of Prisons.

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question.  Please provide a response of 200 words or less to each question.  You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

1    How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience. (Maximum length of 1200 characters.)

2    In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes. (Maximum length of 1200 characters.)

3    How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired. (Maximum length of 1200 characters.)

4    How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position. (Maximum length of 1200 characters.)

5    I certify that the above responses are my own words, and I did not use a consultant or AI (such as a large language model [LLM]).

True

False

6    How did you hear about this employment opportunity with the Bureau of Prisons (BOP)?

Private information service

A403

Magazine

Newspaper

Radio

Television

Poster/Flyer

Private employment office

State Employment/Unemployment Office or Career Service Center

State or local Job Information Center

BOP Employee Services Department (bulletin board or other form announcement)

School or college counselor or other official

Agency or other Federal government recruitment at school or college

Recruitment event (other than school or college)

Friend or relative working for the BOP

Friend or relative not working for the BOP

Religious organization

USAJOBS, the official job site of the US Federal Government

BOP Website

Internet job site

Contacted the BOP on my own

Military publication

Military Separation Center

Professional Organization

Federal Job Publication (i.e., Federal Jobs Digest, etc)

Other

**Thank you for applying for a position with the Federal Bureau of Prisons. We appreciate you taking the time to complete this survey.**

VIEW VACANCY DETAILS

Questions, Comments, or Feedback can be directed to your HR Specialist

POWERED BY MONSTER®

A404

This is a Federal job application system. Providing false information, creating fake IDs, or failing to answer all questions truthfully and completely may be grounds for not hiring, for disbarment from Federal employment, or for dismissal after the applicant begins work. Falsifying a Federal job application, attempting to violate the privacy of others, or attempting to compromise the operation of this system may be punishable by fine or imprisonment (US Code, Title 18, section 1001).

A405

# EXHIBIT Q

 An official website of the United States government

**USAJOBS**®

# Patent Examiner (Electrical Engineering)

DEPARTMENT OF COMMERCE
Patent and Trademark Office
Office of the Commissioner for Patents

> ⚠ **Resumes limited to two pages**                                    ✕
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

**Please see announcement updates below**. The USPTO drives U.S innovation for the benefit of all Americans and providing intellectual property protection for innovators and entrepreneurs worldwide. We are looking for talented individuals to examine ideas that benefit society and bring innovation to market. You'll shape the future of patent examination, advance key processes, and support innovation in cutting-edge ways.

## Overview

`Reviewing applications`

**Open & closing dates**
🕐 06/24/2025 to 09/26/2025

**Salary**
$67,860 to - $120,699 per year

**Pay scale & grade**
GS 7 - 11

**Location**
📍 **Alexandria, VA**
   Many vacancies

A407

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Not required

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
13

**Job family (Series)**

- 1224 Patent Examining

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
No

**Position sensitivity and risk**
Moderate Risk (MR)

**Trust determination process**

- Suitability/Fitness

**Financial disclosure**
Yes

**Bargaining unit status**
No

**Announcement number**

A408

PATS-DCOM-25-12752337-DE

**Control number**
839346700

# This job is open to

 **The public**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

 **Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Clarification from the agency**

Due to USAJobs System Updates this vacancy will be closing on September 26, 2025. To be considered for this announcement, you must apply by September 26, 2025. We expect a new vacancy announcement to open on September 29, 2025 with updates.

# Duties

**Be part of history in the making - and help shape what's next.**

Learn how to become a patent examiner, explore the patent examiner disciplines crosswalk to find the areas that align best with your expertise, meet the people leading the way, and discover how you can use cutting-edge tools to protect breakthrough ideas.

Your next chapter starts here.

If you are a student nearing graduation, within 9 months from the date of your applications, you can still apply! Just submit your application now, and we will verify your degree before your start date.

As a patent examiner, you will:

Examine patent applications and protect groundbreaking ideas. You'll review applications, plan and conduct searches, and apply prior art to determine if inventions meet patentability standards. Early in your career, you'll work closely with supervisors and senior examiners, receiving extensive guidance as you develop your skills and review your findings.

Prepare clear and thoughtful office actions. You'll draft detailed explanations of your examination decisions, discuss them in depth with supervisors or senior examiners, and refine your work based on their feedback before issuing official communications.

Drive innovation in how we examine patents. Beyond day-to-day examination, you'll contribute to improving our processes through analytical research and active involvement in shaping the future of

A409

patent work.

Test new ideas and methods. Try alternative examination approaches and share valuable feedback to help improve efficiency and performance.

Evaluate cutting-edge technologies. Assist in testing innovative tools, including artificial intelligence, and provide insights on their potential to transform how we work.

Participate in pilot programs and new initiatives. Help shape and refine new work structures and processes, offering recommendations for streamlining operations and improving outcomes.

Be a voice for improvement. Provide ongoing feedback and insights to help leadership make informed decisions about patent examination practices, technology, and workflow enhancements.

**In addition, our Patent Examiner (Electrical Engineering) positions may offer a $30,000 recruitment bonus for new federal employees (with a 48-month service commitment). Employees will receive $10,000 after entrance on duty (EOD) and may be eligible for a 2nd installment of $20,000 after attaining promotion(s) to GS-12 within 36 months of EOD.**

You will be required to file a confidential financial disclosure report, i.e., the Office of Government Ethics (OGE) Form 450, within 30 days of assuming the position and annually thereafter.

You will be required to complete ethics orientation within 3 months of beginning of your position.

Please review the relevant conflict of interest laws and standards of ethical conduct that may affect you as a patent examiner. Carefully review the conflict of interest laws and standards of ethical conduct, as if you have an interest in any company that manufactures devices or markets processes covered by your technology area, you will be subject to a disqualification regarding all patent applications in the technology area unless the value is below $15,000 for any one company and less than $25,000 for all companies.

If you are an attorney applicant, you must also be able to comply with the relevant rules of professional conduct regarding any possible professional responsibility conflicts in connection with your application.Further, as an employee of the USPTO you are restricted as to your interest in patents consistent with 35 U.S.C. 4.

**What are the work history and educational requirements for this position?**

Below are the Office of Personnel Management's (OPM) qualification requirements (including specialized experience and/or educational requirements) for the Patent Examiner (Electrical Engineer) position. Please see the information on the Engineering Individual Occupational Requirements. OPM's prescribed Group Coverage Qualification Standard for Patent Examiner Series, GS-1224, is available at OPM Patent Examiner Series 1224.

## Requirements

**Conditions of employment**

A410

- Your resume and question responses must demonstrate the job-related competencies. You must meet the definition of specialized experience.

- You are required to pass a background investigation and fingerprint check.

- If this is your first federal appointment, you will be required to complete a one-year probationary period. Current federal service employees may be given a new appointment, and a new probationary period may be required.

- You must meet all qualification requirements upon the closing date of this announcement.

- You must be registered for Selective Service, if applicable (www.sss.gov).

- This is a Non-Bargaining Unit position.

- This is a Public Trust position and has a risk level designation of "moderate".

## Qualifications

**BASIC REQUIREMENTS** for all grade levels in this series include: A) **(1)** successfully completed a full four-year course of study in an accredited college or university leading to a bachelor's or higher degree in engineering, **OR (2)** a combination of qualifying education and experience. This can be demonstrated by one of the following:

1. Professional registration--Current registration as a professional engineer by any state, the District of Columbia, Guam, or Puerto Rico.

2. Written test--Evidence of passing the Engineer-in-Training (EIT) examination or the written test required for professional registration, administered by the Boards of Engineering Examiners in various states, the District of Columbia, Guam, and Puerto Rico.

3. Specified academic courses--Successful completion of at least 60 semester hours in the physical, mathematical, and engineering sciences and including the courses specified in the basic requirements. The courses must be fully acceptable toward meeting the requirements of a professional engineering curriculum as described in paragraph A.

4. Related curriculum--Successful completion of a curriculum leading to a bachelor's degree in engineering technology or in an appropriate professional field (for example, physics, chemistry, architecture, computer science, mathematics, hydrology, or geology) may be accepted in lieu of an engineering degree, provided the applicant has had at least one year of professional engineering experience with professional engineering supervision and guidance.

**The curriculum must:**

1. Be accredited by the Accreditation Board for Engineering and Technology (ABET) as a professional engineering curriculum; **OR**

2. Include differential and integral calculus and courses (more advanced than first-year physics and chemistry) in five of the following seven areas: (a) statics, dynamics; (b) strength of materials (stress-strain relationships); (c) fluid mechanics, hydraulics; (d) thermodynamics; (e) electrical fields and circuits; (f) nature and properties of materials (relating to particle and aggregate structure to properties); or (g) any other comparable area of fundamental engineering science or physics such as optics, heat transfer, soil mechanics, or electronics.

## OR

B) A combination of education and experience. This combination of college-level education, training, and/or technical experience must have furnished both: a thorough knowledge of the physical and

A411

mathematical sciences underlying professional engineering; AND a good understanding, both theoretical and practical, of the engineering sciences and techniques and their application to professional engineering.

***Applicants must also meet the additional requirements listed below.***

**Applicants for the GS-7 position have many ways to qualify. In addition to the basic requirements as stated above, applicants may have A, B, C, D, or E listed below to qualify:**

(A) One year of graduate-level education from an accredited college and/or university in an engineering field of study.

(B) Superior Academic Achievement. This can be defined by one of the following:

1. Class standing--Upper third of the graduating class in the college, university, or major subdivision, such as the "School of Engineering and Applied Science" or "College of Science and Technology" based on completed courses.

2. Grade point average (GPA) as recorded on the final transcript--3.0 or higher out of a possible 4.0 as recorded on the official transcript, or as computed based on four years of education, or as computed based on courses completed during the final two years of the curriculum; or 3.5 or higher out of a possible 4.0 based on the average of the required courses completed in the major field or the required courses in the major field completed during the final two years of the curriculum. The GPA is rounded to one decimal place (2.95 = 3.0 and 2.94 = 2.9). The final transcript must cover the period being used to determine the GPA.

3. Honor society membership--Election to membership in a national scholastic honor society. Please review the list of qualified honor societies.

(C) One year of specialized experience applying basic engineering, biological science, physics, or scientific principles, theories, concepts, and methodologies used in the evaluation of technology; assisting in the collection of and recognizing discrepancies in data. Examples of work include taking measurements and collecting information, learning to take proper samples, conducting routine calculations, checking of numerical data, preparing graphs and data profiles, and/or accomplishing routine analyses.

(D) A combination of graduate level education that is less than 1 year and less than 1 year of specialized experience that together meet the qualification requirements for this position.

(E) Successful completion of a 5-year program of study of at least 160 semester hours leading to a bachelor's degree in engineering.

**Applicants for the GS-9 position have many ways to qualify. In addition to the basic requirements as stated above, applicants may have A, B, C, D or E listed below to qualify:**

(A) Two years of progressively higher-level graduate education leading to a master's degree or master's or equivalent graduate degree from an accredited college and/or university in an engineering field of study.

(B) One year of specialized experience, interpreting and applying intermediate engineering, biological science, physics, scientific principles, theories, concepts, and methodologies used in the evaluation of

A412

technology; participating in planning and conducting research; applying appropriate references to the claimed invention; etc. Work experience would have involved following established methods and procedures, or detailed instructions; using some judgment in applying basic principles and procedures; and independently completing recurring assignments, but referring deviations, problems, and unfamiliar situations to a designated person for decision or help.

(C) A combination of education and experience in college-level education, training, and/or technical experience.

(D) A combination of successfully completed graduate-level education, as described above, that is beyond the first year of progressive graduate study, and professional experience, as described above.

(E) A combination of superior academic achievement and 1 year of appropriate specialized experience.

**Applicants for the GS-11 position have many ways to qualify. In addition to the basic requirements as stated above, applicants mayhave A, B, or C listed below to qualify:**

(A) Three years of progressively higher-level graduate education leading to a Ph.D. degree *or* Ph.D. or equivalent doctoral degree from an accredited college and/or university in the fields of study as described.

(B) At least one year of specialized experience: interpreting and applying advanced engineering and/or scientific principles, theories, concepts, and methodologies used in the evaluation of technology; or planning and conducting technical research to draft technical papers; or applying appropriate references and case law to claimed inventions. Experience may include independent responsibility for a well-defined study or for a phase of a larger study that required the planning and carrying out of routine (physics, engineer, biological, etc.) work (such as those who have PhDs).

(C) A combination of successfully completed graduate-level education, that is beyond the second year of progressive graduate study, and professional experience, as described above.

## Education

An engineering curriculum must be accredited by the ABET as a professional engineering curriculum, OR must include differential and integral calculus and courses (more advanced than first-year physics and chemistry) in five of the following seven areas: (a) statics, dynamics; (b) strength of materials (stress-strain relationships); (c) fluid mechanics, hydraulics; (d) thermodynamics; (e) electrical fields and circuits; (f) nature and properties of materials (relating to particle and aggregate structure to properties); or (g) any other comparable area of fundamental engineering science or physics, such as optics, heat transfer, soil mechanics, or electronics.

Unless otherwise indicated by the school, 18 semester hours will be considered an academic year of graduate study.

Education completed at foreign colleges or universities may be used to meet the requirements. Please refer to http://www.opm.gov/qualifications/policy/ApplicationOfStds-04.asp for more information. You are not required to submit official documents at this time; copies are sufficient.

**Special Instructions for Foreign Education:** Qualifying education from colleges and universities in

A413

foreign countries must be evaluated in terms of equivalency to that acquired in U.S. colleges and universities. Applicants educated in whole or in part in foreign countries must submit sufficient evidence, including transcripts, to an accredited private organization for an equivalency evaluation of coursework and the degree. A listing of services that can perform this evaluation is available at the National Association of Credential Evaluation Services (NACES) website. You must provide a copy of the letter containing the results of the equivalency evaluation with a course-by-course listing along with your application. Failure to provide such documentation when requested will result in lost consideration.

**NOTE: Only education and experience acquired before the filing deadline will be considered. Report only attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.**

OPM's prescribed Group Coverage Qualification Standard for Patent Examiner Series, GS-1224, is available at OPM Patent Examiner Series 1224. Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). You will receive credit for all qualifying experience, including volunteer experience. Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment.

**If you are substituting education for experience, you must submit an unofficial transcript or a list of courses that includes: your name, name of accredited institution, grades earned, completion dates, and quarter and semester hours earned.**

For documentation requirements, see **REQUIRED DOCUMENTS**

## Additional information

USPTO Job Applicants requiring reasonable accommodation for any part of the application and hiring process should request accommodation(s) from the USPTO at http://www.uspto.gov/accommodation.

If you are a male applicant born after December 31, 1959, you must certify that you have registered with the Selective Service System. If you are exempt from registration under Selective Service Law, you must provide appropriate proof of exemption. Please visit the Selective Service System website for more information.

Background Investigation - If selected for this position, you will be required to complete a Declaration for Federal Employment (OF-306), which includes a fingerprint and credit check, to determine your suitability for Federal employment and to authorize a background investigation.

The USPTO participates in **E-Verify**. For more information on E-Verify, please visit the Department of Homeland Security Website.

All Federal employees are required to have Federal salary payments made by direct deposit to a financial institution of their choice.

Relocation Expenses are not authorized and will not be paid.

**A recruitment incentive may be paid to an employee who is newly appointed to the Federal Government. "Newly appointed" refers to the first appointment as an employee of the Federal**

A414

**Government or an appointment following a break in service of at least 90 days from a previous appointment as an employee of the Federal Government.**

**Career Transition Assistance Program (CTAP) or Interagency Career Transition Assistance Program (ICTAP)** applicants will be eligible for selection priority if it is determined that they have exceeded the minimum qualifications for the position by attaining at least a "well qualified" rating of 85 out of 100. Information about CTAP and ICTAP eligibility is on the Office of Personnel Management's Career Transition Resources website at: OPM CTAP/ICTAP.

CTAP/ICTAP documentation requirements are listed in the 'Required Documents' section of this announcement.

**More than one selection may be made from this announcement.**

All application materials become the property of the United States Patent and Trademark Office.

Please search USAJOBS for "Patent Examiner" or visit our Careers Website for further information.

*The United States Patent and Trademark Office is an equal opportunity employer and does not discriminate on the basis of race, color, religion, sex (including sexual orientation), national origin, political affiliation, marital status, disability, genetic information, age, pregnancy, childbirth, or related medical conditions, retaliation for engaging in protected activity, parental status, military service, or other non-merit factors. If you believe that you have been discriminated against and would like to file an EEO complaint, you must do so within 45 days of the date of the alleged discriminatory act. Claims of employment discrimination must be submitted to the attention of the USPTO's Office of Equal Employment Opportunity via email (oeeo@uspto.gov) or phone (571-272-8292).*

| **Benefits** | + |
| --- | --- |

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

> Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated for this job based on how well you meet the qualifications above.

Your resume and supporting documentation will be reviewed to determine if you meet the minimum

qualifications for the position. Your resume will be evaluated based on evidence of your ability to demonstrate possession of any specialized experience and how well your background and experience relate to the assessment questions in the job announcement.

If you meet the minimum qualifications stated in the job announcement, the USPTO will compare your resume and supporting documentation to your responses to the assessment questions and place you in one of two categories: "gold" and "bronze." Applicants placed in the "gold" category, will be referred to the hiring manager. If you fall under the "gold" category, your On-Demand interview will be evaluated by the hiring manager.

How you will be evaluated for preference eligibility: Dependent upon the grade level of which you are qualified, *Preference eligibles with a service-connected disability of 10% or more will be listed at the top of the highest quality category (gold).*

Responses to job questions that are not fully supported by the information in your resume may result in adjustments to your rating. Any experience claimed in a cover letter should be substantiated by information contained in your resume. A HR Representative will validate the qualifications of those applicants eligible to be referred to the hiring official. Please note that any updates or changes to your application may impact your overall rating and/or move your application to the next cut-off date for review.

**The scored occupational questionnaire will evaluate you on the following competencies; Please do not provide a separate written response.**

- Oral Communication
- Technical Skills
- Written Communication

For more information on category rating, please go to: DOC Bulletins

The questionnaire includes four short, free-response essay questions. Applicants will be required to certify that they are using their own words, and did not use a consultant or AI (such as a large language model [LLM]). The responses cannot exceed 200 words per question.

**To preview the questionnaire please click the link below:**https://apply.usastaffing.gov/ViewQuestionnaire/12752337

Please answer each question to the full extent of your experience/ability and be sure to consider ALL of your experience when answering.

Please note that a complete application is required for consideration. (Please review the "Required Documents" section of this job announcement to see what must be included in a complete application).

A416

# Required Documents

**A complete application consists of:**

**1. <u>UPDATED:</u> A resume or any other written format you choose to describe your job-related qualifications; optional cover letter:** Resumes must be limited to 2 pages. Any content beyond the first 2 pages will not be reviewed or considered during the evaluation process. Your resume should indicate your citizenship and should list your educational and work experience including titles, salary, employment dates (month and year), duties, experience and how it relates to the specialized experience in the job announcement.

**2. Transcripts:** You MUST submit copies of your college transcripts for verification of the education requirements. Unofficial copies are accepted, however, if selected you will be required to furnish official transcripts. It is your responsibility to provide adequate proof that you meet the above educational requirement. Inadequate or illegible information could result in non-qualification and loss of consideration.

If you are combining and/or substituting education for specialized experience, **you must** submit an unofficial transcript **or** a list of courses that includes: your name, name of accredited institution, grades earned, completion dates, and quarter and semester hours earned.

**Supporting Documents:**

**1. Veterans' Preference Documentation:** If you are a veteran with preference eligibility, you will be asked to submit a copy of your DD-214 containing your discharge disposition, dates of service, and rank. If you are a preference eligible claiming a service-connected disability of 10 percent or more, you will be asked to submit documentation (i.e. a letter dated 1991 or later from the Department of Veterans Affairs or from a branch of the Armed Forces) certifying to the veteran's present receipt of compensation. Veterans must include dates of military service within the automated application process, and submit a copy of each Certificate of Release or Discharge from Active Duty, DD-214. For more information, please visit [Special Appointing Authorities for Veterans](.).

**2. Career Transition Assistance Program (CTAP) or Interagency Career Transition Assistance Program (ICTAP) documents.**

**CTAP applicants MUST submit the following documents:** 1. A copy of your RIF separation notice, notice of proposed removal for declining a directed geographic relocation outside of the local commuting area; a Certificate of Expected Separation (CES); or certification that you are in a surplus organization or occupation (this could be a position abolishment letter. a notice of eligibility for discontinued service retirement. or similar notice); 2. A copy of your SF-50, Notification of Personnel Action", noting current position, grade/band level, and duty location; 3. A copy of your latest performance appraisal including your rating; and 4. Any documentation from your bureau/operating unit that shows your current promotion potential.

**ICTAP applicants MUST submit the following documents:** 1. A copy of your RIF separation notice, notice of proposed removal for declining a directed geographic relocation outside of the local commuting area, notice of disability annuity termination, certification from your former agency that it cannot place you

A417

after your recovery from a work-related compensable injury; or certification from the National Guard Bureau or Military Department that you are eligible for disability retirement. 2. A copy of your SF-50 "Notification of Personnel Action", documenting your RIF separation, noting your position, grade/band level, and duty location, and/or Agency certification of inability to place you through RPL, etc.; 3. A copy of your latest performance appraisal including your rating; and 4. Any documentation from your agency that shows your current promotion potential.

You can upload your documents when you register or update your information on the Dept. of Commerce site which you access through the USAJobs site.

**Your application and all required documents must be received by 11:59 pm ET on the closing date of this job announcement.**

NOTE: The preceding documents requirement are based on job requirements and individual applicant eligibility. Not all documents are applicable to all applicants; if you are unsure which documents apply to you, contact the HR Specialist listed on this announcement.

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

You **MUST** apply online. If you experience difficulties with the application process or do not have access to a computer, please contact the JoinUSPTO@uspto.gov or 571-272-6000 before the closing date of this job announcement.

If you are a new user to the USAJobs Site and have never registered for an account; you will first need to create an account profile with your basic contact information and a resume to begin applying. You must be a registered USAJobs user AND you must be signed-in to your account in order to apply for this position. For help setting up an account or for general help using USAJobs, go to USAJobs Help Page. Once you have gathered all of the required information and are ready to begin the application process, click the "APPLY" button at the right side of the page. You will then be directed away from USAJobs to the Department of Commerce application site for USPTO. You must click "Submit" at the end of the application process to send your application for consideration.

To return to your saved application, log in to your USAJOBS account at http://www.usajobs.gov/ and click on "Applications." Click on the position title, then select "Update Application."

If you experience any difficulties with the application site, help is available! OPM has a Help feature on

A418

each page. Use this option when you need assistance.

All required supporting documents will be collected electronically via the USAJobs "Saved Documents" feature.

**Personally Identifiable Information (PII)**Personally Identifiable Information (PII) is defined as information that can be traced back to a specific individual and potentially compromise their security or privacy. Examples of PII include: date of birth, Social Security Number, and place of birth. Please ensure that you have removed all Personally Identifiable Information from all documents prior to submitting or uploading your applications material.

---

**Agency contact information**

 # Join USPTO

**Phone**
571-272-6000
**Email**
JoinUSPTO@USPTO.GOV
**Address**
*PATS - Deputy Commissioner for Patents*
*Office of Human Resources*
*Mail Stop 171*
*P.O. Box 1450*
*Alexandria, VA 22313-1450*
*US*

---

## Next steps

You will receive a notice generated by the USAJobs System when you have successfully submitted your application.

You will be notified of your application status through USAJOBS at four points during the hiring process, as applicable. You can check the status of your application by accessing the USAJOBS website at http://usajobs.gov/ and clicking on "Track Your Online Application." The four points of notification are:

1. Application Received or Application Incomplete; and
2. Minimum Qualification Requirement Met or Minimum Qualification Requirement Not Met; and
3. Eligible (Application Referred to the Selecting Official) or Eligible (Application Not Referred to the Selecting Official); and
4. Selected or Not Selected.

Upon receiving application packages, we will conduct an initial review of your application and transcripts (if you qualify based on education) to confirm that you meet the basic requirements. All minimally qualified candidates will be invited for an On Demand interview. However, the hiring manager will only review interviews left by those marked qualified and referred on the certificate (gold category).

A419

If you are referred to the hiring manager, you may be contacted if additional interviews or follow-ups are necessary.

If selected, you will be required to submit official documentation prior to appointment. The agency will then verify the information provided on your application (i.e., degree, veterans' preference, disability, etc.).You can check the status of your application by logging into USAJOBS. You may also sign up to receive automatic emails anytime the status of your application has changed by logging into your USAJobs Account, editing your profile and changing the "Notification Settings" to indicate that you want to be notified by email when the status changes. Information regarding the status of your application should be updated in the system after the closing date of this job announcement.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A420

| | |
|---|---|
| **Position Title** | Patent Examiner (Electrical Engineering) |
| **Agency** | Patent and Trademark Office |
| **Announcement Number** | PATS - DCOM-25-12752337-DE |
| **Open Period** | Tuesday, June 24, 2025 to Friday, September 26, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

2. Are you a current or former federal employee displaced from the agency hiring for this position? If yes, confirm:
   * you are located in the same local commuting area of the vacancy; AND,
   * you are applying to a position that is at or below the grade level of the position from which you were or will be separated; AND,
   * you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; AND,
   * your last performance rating of record is at least fully successful or the equivalent. For more information, review the USAJOBS Help Center.

   **To verify your eligibility, you must** submit supporting documentation such as a Reduction in Force (RIF) separation notice or a Proposed Removal/Separation notice to include your latest performance rating (if the notice does not have this

A421

information included, you must submit a copy of your most recent performance appraisal) and a copy of your latest Notification of Personnel Action, Standard Form 50.

○ Yes

○ No

3. Are you a current or former Federal employee displaced from a position in a Federal agency other than the agency hiring for this position? If yes, confirm:
   - you are located in the same local commuting area of the vacancy; AND,
   - you are applying to a position that is at or below the grade level of the position from which you were or will be separated; AND,
   - you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; AND,
   - your last performance rating of record is at least fully successful or the equivalent. For more information, review the USAJOBS Help Center.

**To verify your eligibility, you must** submit supporting documentation such as a Reduction in Force (RIF) separation notice to include your latest performance rating (if the notice does not have this information included, you must submit a copy of your most recent performance appraisal) and a copy of your latest Notification of Personnel Action, Standard Form 50.

○ Yes

○ No

## Preferences

1. Select the lowest grade you are willing to accept for this position.

   7

2. How did you hear about this USPTO job opportunity? (No Choice Limit)

   ☐ A. Email

   ☐ B. Facebook

   ☐ C. Instagram

   ☐ D. LinkedIn

   ☐ E. @USPTOJobs "X" (Twitter)

   ☐ F. Reddit

   ☐ G. Google Reviews

   ☐ H. Handshake University Platform

   ☐ I. Monster

A422

- [ ] J. Indeed
- [ ] K. Glassdoor
- [ ] L. USAJOBS
- [ ] M. University Job Board
- [ ] N. Online Blog / Bulletin Board
- [ ] O. Friend
- [ ] P. USPTO Employee
- [ ] Q. Professional Society / Organization
- [ ] R. State Bar Association
- [ ] S. University Career Fair
- [ ] T. Conference
- [ ] U. University Career Placement Office
- [ ] V. Virtual Job Fair
- [ ] W. USPTO Information Session
- [ ] X. USPTO Jobs web pages
- [ ] Y. USPTO website
- [ ] Z. Other

3. Have you held a political appointment within the previous five-year period?

- ( ) Yes
- ( ) No

4. If you are a current or former Federal civilian employee, by what agency/office or Department of Commerce bureau are you employed?

> I am not a current Federal civilian employee

5. If you answered "Other" to the above question, please enter the agency and organization.

6. Do you have any education/experience in intellectual property?

- ( ) Yes
- ( ) No

A423

7. Are you a current or former Patent Examiner at the U.S. Patent and Trademark Office (USPTO)?

○ Yes

○ No

8. If you answered "Yes", to Questionnaire #3, please list your dates of employment at the USPTO. If you answered "No" to Questionnaire #3, type N/A.

9. Have you passed the Patent Bar Exam?

○ Yes

○ No

10. If you answered "Yes" to Questionnaire #1, please indicate where you obtained your education in intellectual property and/or experience in planning and conducting field of search for patent applications or in reviewing or analyzing patent applications. Please select all that apply.

☐ A. USPTO externships

☐ B. Externships

☐ C. Internships

☐ D. Patent searcher

☐ E. Patent law clerk

☐ F. JD with specialty in patent law

☐ G. Coursework

☐ H. Other

☐ I. I have no experience or education in intellectual property.

11. If you answered "Yes" please provide the date you passed the Patent Bar Exam. If you answered "No", type N/A.

12. Have you accepted a Voluntary Separation Incentive Payment (VSIP/"buyout") from a Federal agency within the past 5 years?

○ Yes

○ No

A424

13. If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service system?

○ Yes

○ No

○ No, but I have an approved exemption

○ Not applicable

14. Are you a retiree receiving a Federal annuity?
   **Note:** If you are an annuitant, your salary or annuity may be reduced upon employment.

○ Yes

○ No

## Merit Hiring Plan Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

A425

Application Manager

4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

- ◯ Yes
- ◯ No

## Assessment 1

The following questions apply to grade levels GS-07, GS-09, and GS-11. Select the response that best describes your experience and/or education related to the basic qualification requirements of a Patent Examiner (Professional Engineering). Refer to the "Qualifications and Evaluations" section of the job announcement for a detailed explanation of the basic qualification requirements for this position.

1. Select the response that best describes your education and/or experience related to the Basic Qualification Requirements for a Patent Examiner (Professional Engineering), GS-1224.

- ◯ I have a bachelor's degree (or higher degree) in engineering. To be acceptable, the program must: (1) lead to a bachelor's degree (or higher degree) in a school of engineering with at least one program accredited by the Accreditation Board for Engineering and Technology (ABET); OR (2) include differential and integral calculus and courses (more advanced than first-year physics and chemistry) in five of the following seven areas of engineering science or physics: (a) statics, dynamics; (b) strength of materials (stress-strain relationships); (c) fluid mechanics, hydraulics; (d) thermodynamics; (e) electrical fields and circuits; (f) nature and properties of materials (relating particle and aggregate structure to properties); and (g) any other comparable area of fundamental engineering science or physics, such as optics, heat transfer, soil mechanics, or electronics.

A426

○ I have a combination of education and experience that furnished (1) a thorough knowledge of the physical and mathematical sciences underlying engineering, and (2) a good understanding, both theoretical and practical, of the engineering sciences and techniques and their applications to one of the branches of engineering. I am currently registered as an Engineer Intern (EI), Engineer in Training (EIT), or licensed as a Professional Engineer (PE) by any State, the District of Columbia, Guam, or Puerto Rico. Absent other means of qualifying under this standard, those applicants who achieved such registration by means other than written test (e.g., State grandfather or eminence provisions) are eligible only for positions that are within or closely related to the specialty field of their registration. For example, an applicant who attains registration through a State Board's eminence provision as a manufacturing engineer typically would be rated eligible only for manufacturing engineering positions.

○ I have a combination of education and experience that furnished (1) a thorough knowledge of the physical and mathematical sciences underlying engineering, and (2) a good understanding, both theoretical and practical, of the engineering sciences and techniques and their applications to one of the branches of engineering. I have successfully passed the Fundamentals of Engineering (FE) examination, or any other written test required for professional registration, by an engineering licensure board in the various States, the District of Columbia, Guam, or Puerto Rico

○ I have a combination of education and experience that furnished (1) a thorough knowledge of the physical and mathematical sciences underlying engineering, and (2) a good understanding, both theoretical and practical, of the engineering sciences and techniques and their applications to one of the branches of engineering. I have successfully completed at least 60 semester hours or 90 quarter hours of courses in the physical, mathematical, and engineering sciences that included the courses specified in A above. The courses must be fully acceptable toward meeting the requirements of an engineering program.

○ I have a combination of education and experience that furnished (1) a thorough knowledge of the physical and mathematical sciences underlying engineering, and (2) a good understanding, both theoretical and practical, of the engineering sciences and techniques and their applications to one of the branches of engineering. I have successfully completed a curriculum leading to a bachelor's degree in an appropriate scientific field, e.g., engineering technology, physics, chemistry, architecture, computer science, mathematics, hydrology, or geology, and have at least 1 year of professional engineering experience acquired under professional engineering supervision and guidance. Ordinarily there should be either an established plan of intensive training to develop professional engineering competence, or several years of prior professional engineering-type experience, e.g., in interdisciplinary positions. (The above examples of related curricula are not all-inclusive.)

○ I will complete the qualifying education within 9 months from the date of application.

○ I do not possess the education and/or experience described above.

2. Candidates for the GS-7 grade level - In addition to the Basic Requirement of the positions included in the vacancy announcement, choose the answer that best describes your education, experience or combination of education and experience as related to the qualification requirements for this position:

A427

You must have:
(A) One year of graduate-level education from an accredited
college and/or university in an engineering field of study, OR
(B) Superior Academic Achievement, OR
(C) One year of specialized experience, OR
(D) A combination of education and experience in college-level
education, training, and/or technical experience, OR
(E) Successful completion of a 5-year program of study of at least
160 semester hours leading to a bachelor's degree in engineering.

○ I have at least one year of experience applying basic engineering,
biological science, physics, or scientific principles, theories,
concepts, and methodologies used in the evaluation of technology;
assisting in the collection of and recognizing discrepancies in data.

○ I do not meet any of the requirements listed above.

○ I have at least one-year of graduate-level education.

○ Superior Academic Achievement- I meet 1 of the following: (1) In the
upper one-third of my graduating class; OR (2) a GPA of 3.0 or
higher out of 4.0, as recorded on official transcript, OR (3) a GPA of
3.5 or higher out of 4.0, OR (4) Honor society membership.

○ I have a combination of graduate level education that is less than 1
year and less than 1 year of specialized experience that together
meet the qualification requirements for this position.

○ Successful completion of a 5-year program of study of at least 160
semester hours leading to a bachelor's degree in engineering.

3. Candidates for the GS-9 grade level -  In addition to the Basic
Requirement of the positions included in the vacancy
announcement, choose the answer that best describes your
education, experience or combination of education and experience
as related to the qualification requirements for this position:

You must have:
(A) Two years of graduate-level education from an accredited
college and/or university in an engineering field of study, OR
(B) One year of specialized experience, OR
(C) A combination of education and experience in college-level
education, training, and/or technical experience, OR
(D) A combination of less than 2 years of graduate education and
less than 1 year of specialized experience, OR
(E) A combination of superior academic achievement and 1 year of
appropriate professional experience.

○ I have at least one year of specialized experience, interpreting and
applying intermediate engineering, biological science, physics,
scientific principles, theories, concepts, and methodologies used in
the evaluation of technology; participating in planning and
conducting research; applying appropriate references to the claimed
invention.

○ I have a combination of education with at least a bachelor's degree
in engineering and experience applying engineering principles and
theories in the engineering field.

A428

○ I have at least two years of graduate-level education leading to a master's degree or equivalent graduate degree in an engineering curriculum from an accredited college and/or university in the fields of study as described in the Basic Qualification Requirements of this job announcement. One year of full-time graduate education is considered to be the number of credit hours that the school attended has determined to represent 1 year of full-time study (If that number cannot be obtained from the school, 18 semester hours is considered an academic year of graduate study).

○ I have a combination of successfully completed graduate-level education, that is beyond the first year of progressive graduate study, and professional engineering experience.

○ I do not meet any of the requirements listed above.

○ I have a combination of superior academic achievement and 1 year of appropriate professional engineering experience.

4. Candidates for the GS-11 grade level - In addition to the Basic Requirement of the positions included in the vacancy announcement, choose the answer that best describes your education, experience or combination of education and experience as related to the qualification requirements for this position:

You must have:
(A) At least three years of progressively higher graduate-level education leading to a Ph.D. degree or Ph.D., or equivalent doctoral degree from an accredited college and/or university, OR
(B) One year of specialized experience, OR
(C) A combination of successfully completed progressive graduate-level education that is beyond the second year of graduate study and professional engineering experience.

○ I have at least one year of specialized experience: interpreting and applying advanced engineering and/or scientific principles, theories, concepts, and methodologies used in the evaluation of technology; or planning and conducting technical research to draft technical papers; or applying appropriate references and case law to claimed inventions.

○ I have at least three years of progressively higher graduate-level education leading to a Ph.D. degree or Ph.D. or equivalent doctoral degree in an engineering curriculum from an accredited college and/or university in the fields of study as described in the Basic Qualification Requirements of this job announcement. One year of full-time graduate education is considered to be the number of credit hours that the school attended has determined to represent 1 year of full-time study (If that number cannot be obtained from the school, 18 semester hours is considered an academic year of graduate study).

○ I have a combination of successfully completed graduate-level education, that is beyond the second year of progressive graduate study, and professional engineering experience.

○ I do not meet any of the requirements listed above.

YOUR RESPONSES TO THE FOLLOWING QUESTIONS MUST BE SUPPORTED IN YOUR RESUME AND/OR TRANSCRIPT(S). FAILURE TO SUPPORT YOUR ANSWER(S) IN YOUR RESUME AND/OR TRANSCRIPT(S) MAY IMPACT YOU OR ELIMINATE YOU FROM CONSIDERATION. RESPONSES OF "NA" OR "SEE RESUME AND/OR

A429

TRANSCRIPTS" TO THE BELOW QUESTIONS MAY CAUSE YOU TO LOSE CONSIDERATION.

5. Select the choice that best describes your overall education and/or experience conducting research, analysis, and application of scientific principles in the technical area(s) below. This statement is a list of relevant technical areas. Please refer to them in order to respond to the questions following these listed areas: / Acoustic Measurement / Amplifiers/ Antennas / Battery or Capacitor Charging or Discharging / Biopsy and Body Liquid Sampling, Anatomical Characteristics and Body Movement; Guidewires / CAD, Circuit Analysis and Semiconductor Masks / Cardiac Augmentation, Detecting Heart Signals, Monitoring Plural Physiologic Data / Communications, Electrical: Acoustic Wave Systems and Devices / Compression/ Decompression / Computer System Initialization, Power Control, Clocking and Synchronization / Conductors and Insulators / Control Systems / Data Processing: Vehicles, Navigation, and Relative Location / Data Processing: Speech Signal Processing, Linguistics, Language Translation, and Audio / Digital Cameras / Directive Radio Wave Systems and Devices / e-Cigarettes/ Electrical Connectors / Electrical Generator or Motor Structure / Electric Heating: Induction, Capacitive, Microwave, Resistive, Laser, Arc, and Metal Heating tools / Electrical Housing / Electrical Power Distribution and Cooling / Electrostatic Capacitors / Eye Examining, Vision Testing and Correcting / Image Analysis and Signal Processing / Lasers / Light Detection and Ranging / Measuring and Testing / Medical Radiation, Magnetic, Electromagnetic, Incontinence, Relaxation and Fertilization Therapies / Memory / Multiplex, Telecommunications, 5G, Wireless Communications, Routing, Switching, Access Techniques, Cellular and Data Communications / Network Security/ Optical Waveguides / Optical Amplifier / Optics - Measuring and Testing / Optics - Systems and Elements / Power Conversion Systems, Power Supply or Regulation Systems / Power Electronics - Safety and Protection / Radiant Energy - Charged Particles / Robot Control / Semiconductor Devices and Methods thereof / Structural Modeling and Simulation / Varied Diagnostics including Cardiovascular, Respiratory, Electroanalysis & Light Analyte Testing / Vehicle Control and Navigation: Autonomous/Semi-autonomous Vehicles, Vehicle Control/Guidance System / Wave Transmission Lines and Networks.

○ No, I do not have education and/or experience conducting research, analysis, and application of scientific principles of the technical areas(s) listed above.

○ Yes, I have education and/or experience conducting research, analysis, and application of scientific principles in at least one of the technical areas(s) listed above.

6. If you answered "Yes" to the previous Assessment Question, please select those technical area(s) below in which you have education and/or experience conducting research, analysis, and application of scientific principles. Please select all that apply.

☐ A. Amplifiers

☐ B. Antennas

☐ C. Battery or Capacitor Charging or Discharging

A430

Case 1:25-cv-13305-GAO    Document 43-17    Filed 11/19/25    Page 26 of 27

- [ ] D. Biopsy and Body Liquid Sampling, Anatomical Characteristics and Body Movement; Guidewires
- [ ] AM. Vehicle Control and Navigation: Autonomous/Semi-autonomous Vehicles, Vehicle Control/Guidance Systems
- [ ] F. Cardiac Augmentation, Detecting Heart Signals, Monitoring Plural Physiologic Data
- [ ] G. Compression/Decompression
- [ ] I. Conductors and Insulators
- [ ] J. Control Systems
- [ ] K. Data Processing: Vehicles, Navigation, and Relative Location
- [ ] L. Data Processing: Speech Signal Processing, Linguistics, Language Translation, and Audio
- [ ] M. Digital Cameras
- [ ] N. Directive Radio Wave Systems and Devices
- [ ] P. Electrical Connectors
- [ ] Q. Electrical Generator or Motor Structure
- [ ] R. Electric Heating: Induction, Capacitive, Microwave, Resistive, Laser, Arc, and Metal Heating tools
- [ ] S. Electrical Housing
- [ ] T. Electrical Power Distribution and Cooling
- [ ] U. Electrostatic Capacitors
- [ ] V. Eye Examining, Vision Testing and Correcting
- [ ] W. Image Analysis and Signal Processing
- [ ] X. Lasers
- [ ] Y. Measuring and Testing
- [ ] Z. Medical Radiation, Magnetic, Electromagnetic, Incontinence, Relaxation and Fertilization
- [ ] AA. Memory
- [ ] AB. Multiplex/Telecommunications/5G/Wireless Communications/Routing/Switching/Access Techniques/Cellular and Data Communications
- [ ] AD. Optical Waveguides
- [ ] AE. Optics - Measuring and Testing
- [ ] AF. Optics - Systems and Elements
- [ ] AG. Power Conversion Systems, Power Supply or Regulation Systems
- [ ] AH. Power Electronics - Safety and Protection
- [ ] AI. Radiant Energy - Charged Particles
- [ ] AJ. Robot Control
- [ ] AK. Semiconductor Devices and Methods thereof
- [ ] AN. Varied Diagnostics including Cardiovascular, Respiratory, Electroanalysis & Light Analyte Testing
- [ ] AO. Wave Transmission Lines and Networks
- [ ] E. CAD, Circuit Analysis and Semiconductor Masks

A431

☐ AC. Network Security

☐ O. e-Cigarettes

☐ H. Computer System Initialization, Power Control, Clocking and Synchronization

☐ AL. Structural Modeling and Simulation

☐ AP. Acoustic Measurement

☐ AQ. Communications, Electrical: Acoustic Wave Systems and Devices

☐ AR. Light Detection and Ranging

☐ AS. Optical Amplifier

☐ AT. None of the above

7. Select the choice that describes your highest level of education and/or experience orally communicating with professors, clients, patent professionals, superiors, subordinates, or classmates on applying basic electrical engineering principles and concepts.

○ I have participated in group projects and/or meetings to collect or disseminate technical information from groups of people in the advancement of electrical engineering principles and concepts.

○ I have facilitated discussions on the advancement of electrical engineering principles and concepts.

○ I have presented technical and/or legal information to a variety of audiences by conveying the results of research findings, analysis, rationale, and/or evaluation/conclusions of fact (for example, through a research project as part of my coursework, work project, capstone project, or thesis studies) in the application of electrical engineering principles and concepts.

○ I do not have experience and/or education orally communicating with a wide range of diverse groups of people applying electrical engineering principles and concepts.

8. Select the responses that best describe your education and/or experience in communicating in writing to develop documents related to electrical engineering principles and concepts. Check all that apply;

☐ A. I have prepared a formal written product for a capstone or other research project in the electrical engineering field.

☐ B. I have written reports, letters or memoranda related to electrical engineering principles and concepts where I translated complex technical language for review by non- technical audiences.

☐ C. I have drafted patent applications related to electrical engineering principles and concepts for clients or professionals in the intellectual property community.

☐ E. I have written technical or legal documents related to electrical engineering principles and concepts.

☐ D. I do not have education and/or experience communicating in writing to develop work products related to electrical engineering principles and concepts.

A432

# EXHIBIT R

 An official website of the United States government

# USAJOBS

# Crane Operator

DEPARTMENT OF TRANSPORTATION
Maritime Administration

> ⚠️ **Resumes limited to two pages**                                 ✕
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

You will be responsible for safe operation of crane and safely completing rigging work. The employee is responsible to the work leader, to ensure the workplan of the department is carried out.

## Overview

`Reviewing applications`

**Open & closing dates**
🕐 07/10/2025 to 07/23/2025

**Salary**
$41.13 to - $47.97 per hour

**Pay scale & grade**
WG 11

**Location**
1 vacancy in the following location:

 **Benicia, CA**

**Remote job**
No

**Telework eligible**

A434

No

**Travel Required**
Not required

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time - Full Time

**Service**
Competitive

**Promotion potential**
11

**Job family (Series)**

- 5725 Crane Operating

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
Yes

**Position sensitivity and risk**
Moderate Risk (MR)

**Trust determination process**

- Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
Yes - This is a Bargaining unit position represented by the Seafarers International Union, local 2769.

---

**Announcement number**
MARAD.SBRF-2025-0004

**Control number**
840423200

A435

# This job is open to

**The public**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

**Federal employees - Competitive service**

Current federal employees whose agencies follow the U.S. Office of Personnel Management's hiring rules and pay scales.

**Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Land and base management**

Current or former employees of a base management agency.

**Veterans**

Veterans of the U.S. Armed Forces or a spouse, widow, widower or parent of a veteran, who may be eligible for derived preference

**Military spouses**

Military spouses of active duty service members or whose spouse is 100 percent disabled or died on active duty.

**Individuals with disabilities**

Individuals who are eligible under Schedule A.

**Family of overseas employees**

Family members of a federal employee or uniformed service member who is or was, working overseas.

**Peace Corps & AmeriCorps Vista**

Individuals who have served at least 2 years with the Peace Corps or 1 year with AmeriCorps VISTA.

**Special authorities**

Individuals eligible under a special authority not listed in another hiring path.

**Clarification from the agency**

A436

Open to current and former Federal employees with competitive status, VEOA Applicants, AND All U.S. Citizens.

## Duties

**The Crane Operator:**

- Operates cranes with telescoping and lattice booms to load, unload, move and position heavy material and equipment.
- Makes precise load placements where exact movements must be made to position loads accurately and safely, requiring rapid lifting capacity judgments during operation.
- Performs operator maintenance on equipment operated.
- Provides information to supervisor on status and progress of work, cause of delays, and overall work operations and problems.

**The ideal candidate** makes precise load placements where exact movements must be made to position loads accurately and safely, requiring rapid lifting capacity judgments during operation.

## Requirements

**Conditions of employment**

- You must be a U.S.Citizen and eligible for consideration.
- You must meet specialized experience to qualify.
- Required documents must be submitted by the closing date.
- Submit application and resume online by 11:59 PM EST on the closing date.

**CONDITIONS OF EMPLOYMENT:**

- **SELECTIVE SERVICE:** Males born after 12/31/1959 must be registered for the Selective Service.
- **PROBATIONARY PERIOD:** You must complete a one-year probationary period (unless already completed).
- **PHYSICAL EFFORT:** The employee makes continual control changes to maneuver the crane and load around obstructions, to stay within the lifting capacity, and to position the load at the desired location.
- **WORKING CONDITIONS:** The employee works outdoors in a partially enclosed crane cab in all types of weather. They exposed to unpleasant noise, heat, and fumes produced by the engine. They are exposed to the possibility of injury caused by swinging loads or from the crane overturning. Additionally, the employee is exposed to a greater possibility of injury from overturning because they must frequently work near or at the crane's lifting capacity.
- **DRUG TEST:** This position has been determined to be a critical safety/security position as defined in the Department of Transportation (DOT) Order, DOT 3910.1D entitled "Drug and Alcohol-Free Departmental Workplace." Therefore, if selected for the position you will be required to submit to a pre-employment/pre-appointment drug test, you will also be subject to Random Drug Testing.

A437

- **DEU REQUIREMENTS:** Applicants selected under delegated examining procedures may be required to successfully complete a one-year probationary period (unless already completed).

## Qualifications

Qualifications for the position are based on the  training, experience, or other requirements that determine which applicants would be able to perform satisfactorily in the position to be filled.

**To qualify for the WG-11,** your experience should include experience equal or equivalent to the following:

- **Ability to operate cranes at all boom lengths, angles, and positions.**

- **Ability to simultaneously operate the crane's controls, making difficult clearance judgments while watching the moving load and boom, and compensating for variations in the crane's lifting capacity during position changes.**

- **Ability to exercise intense concentration, unusual alertness, and an exceptional degree of visual and physical coordination.**

Your application will also be rated on the following job elements:

**Ability to do the work of the position without more than normal supervision.**

- Knowledge of Equipment Assembly, Installation, Repair, etc.

- Knowledge of Materials

- Ability to interpret instructions, specifications, etc.

- Ability to Use and Maintain Tools and Equipment

- Technical Practices

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social).  Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment.  You will receive credit for all qualifying experience, including volunteer experience.

Applicants must meet all qualification requirements by the closing date of this announcement.  If you do not meet the minimum levels in the ability to do the work OR if you do not meet the minimum level overall, you will be disqualified.

## Education

This job does not have an education qualification requirement.

## Additional information

**The Fair Chance to Compete for Jobs Act** prohibits the Department of Transportation and its Operating Administrations from requesting an applicant's criminal history record **before** that individual receives a conditional offer of employment. **In accordance with 5 U.S. Code § 9202(c) and 5 C.F.R § 920.201 certain positions are exempt from the provisions of the Fair Chance to Compete Act.** Applicants who believe they have been subjected to a violation of the Fair Chance to Compete for

A438

Jobs Act, may submit a written complaint to the Department of Transportation by email at, FairChanceAct@dot.gov. To learn more, please visit our page at: The Fair Chance to Compete Act | US Department of Transportation

**This announcement may be used to fill additional positions if similar vacancies occur within 90 days of the issue date of the referral certificate.**

## Benefits                                                                          +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

DESCRIBING YOUR EXPERIENCE: PLEASE BE CLEAR AND SPECIFIC. WE WILL NOT MAKE ASSUMPTIONS REGARDING YOUR EXPERIENCE. If your resume/ application does not support your questionnaire answers, we will not allow credit for your response(s). Your resume must contain sufficiently detailed information upon which to make a qualification determination. Please ensure that your resume contains specific information such as position titles, beginning and ending dates of employment for each position, average number of hours worked per week, and if the position is/was in the Federal government, you should provide the position series and grade level.

To compete with U.S. Citizens:  If you meet the qualification requirements, your application will be placed in one of two categories: Qualified and Well Qualified which is based upon your responses to the vacancy questions. Within these categories, applicants eligible for veteran's preference that have provided supporting documents will receive selection priority over non-veterans. The top rated applications will be reviewed for the quality of your experience, education and training relevant to the position.

To compete with other competitive status government employees: Federal Wage System (FWS) positions require the use of a Screen-Out Element.  Points will be based on experience and training which are documented by your responses to the questionnaire.  To be qualified, applicants must receive at least 2 points on the Screen-Out Element and an average of 2 points on all the elements in order to be considered minimally qualified for the position.  Applicants who do not receive 2 points on the Screen-Out Element will be eliminated from further consideration.

If you meet the qualification requirements, your application will be scored based upon your responses to the vacancy questions. The top rated applications will be reviewed for the quality of your experience,

A439

education and training relevant to the position. If referred, all relevant documents including performance appraisals and awards submitted with your application package will be forwarded to the hiring official for review.Eligible Federal employees also seeking consideration for noncompetitive reassignment for this position must indicate interest in the assessment. Noncompetitive federal candidates must have competitive status on a SF-50, meet minimum qualifications, have served at the same grade or higher, and held or exceeded the promotion potential of this position.

All applicants:  Your application will be rated on the extent and quality of your experience, education and training relevant to the position. The answers you select in the on-line process must be substantiated in your application package.  If upon review, it is determined that your described work history, competencies, and/or supporting documents do not support your answer choices, your application may be updated on your behalf or you may not be referred to the selecting official. Please ensure that your work history provides enough details to support your answers. The Automated Staffing Office is ultimately responsible for determining your final rating.

You may **preview questions** for this vacancy.

# Required Documents

**RESUME:** Your resume **MUST** contain specific information used to make a qualification determination that includes employment beginning and ending dates for each position, whether employment is Full-time or Part-time or average number of hours worked per week,  and position titles.  If the position is/was in the Federal government, you will need to provide the position series and grade level.  The resume should show relevant experience and education as well as support the required specialized experience. Formatted resumes may be uploaded later in the application process.

**PERFORMANCE APPRAISALS/INCENTIVE AWARDS:** If applicable, performance appraisals and/or Incentive award documentation may be submitted and forwarded to the selecting official in consideration of your application. To receive credit, submit a recent performance appraisal (dated within 18 months) showing the official rating of record, signed by a supervisor, or statement why the performance appraisal is unavailable (do not submit a performance plan) and/or incentive award documentation dated within the last 18 months (i.e. performance awards, special act or achievement awards, quality step increases, etc.).

**VETERANS:** Your last DD214 **(member 4 copy),** Certificate of Release or Discharge From Active Duty, that shows the type of discharge and all dates of active duty is required to verify your eligibility.

- If applying to a vacancy opened to all US Citizens under category rating and wish to be considered as a preference eligible, you need to submit a copy of your DD214 **(member-4 copy).**

- If claiming preference eligibility as a disabled veteran, you must submit proof of entitlement of this preference which is normally a valid letter from the Department of Veterans Affairs certifying to the present existence of the service-connected disability and indicating the percentage of your disability.  An SF-15 is desired, but not required.

- If applying to a vacancy opened Status and you are requesting consideration under Veteran's Employment Opportunity Act (VEOA) (https://www.fedshirevets.gov/job/shav/#veoa), you need to provide a copy of your last DD214 **(member-4 copy),** which verifies your military service dates, reason for separation, OR certification of separation that shows a discharge date within 120 days of

A440

the closing of this announcement, and eligibility for consideration under the Veterans Employment Opportunity Act.

**FEDERAL APPLICANTS:** You must submit SF-50(s) that verify your highest competitive grade, full performance level, and eligibility as a federal applicant.  **DO NOT submit an award SF-50 as these often do not verify grade or eligibility. For consideration for a promotion, Box 4 of the SF-50 must show a date that is at least 52 weeks prior to the job announcement closing. We recommend submitting your last promotion SF-50 or within-grade increase SF-50.  Pay adjustment raise SF-50s for the current year will not support the 52 weeks' time-in-grade requirements.** https://help.usajobs.gov/working-in-government/service/sf-50

**NON COMPETITIVE APPLICANTS:** If requesting concurrent consideration for Non-competitive (NC) appointment eligibility, you must provide the appropriate SPECIAL APPOINTING AUTHORITY DOCUMENTS, such as PCS orders (military spouse) describing move & marriage certificate; letter from VA or DD214 describing 100% disability of spouse; letter from State Vocational Office certifying disability (schedule A), etc. For more information, visit military spouse NC appointments or Persons with Disabilities NC appointments.

**DISPLACED EMPLOYEES:** If requesting consideration under the Career Transition Assistance Program (CTAP) or Interagency CTAP program (ICTAP), you must meet the well qualified standards for this vacancy (meeting minimum requirements for position and scoring at least an 80) and provide all of the following documents:

- your most recent performance appraisal,

- the proof of eligibility letter from the Agency, and

- your most current SF-50, displaying current series and grade.

Displaced employees may be eligible for ICTAP or CTAP priority consideration. For more information, please review the OPM Employee's Guide to Career Transition.

**Failure to submit any of the required documents by the closing date of the vacancy will result in your removal from consideration for this position. Please review your application prior to final submission and ensure you have submitted all appropriate documents. Uploading documents to USAJobs does NOT ensure inclusion with your application to our system.  You must verify that the documents are in the system with your application prior to final submission.**

# How to Apply

You must submit a complete application package (including resume, vacancy questions and supporting documents) no later than 11:59 (EST) on the closing date of the announcement.

- To begin, click the "Apply Online" button on the job announcement posting.

- Follow the directions to register, submit all required documents and complete the assessment questionnaire.

- You may review your saved application(s) at https://help.usajobs.gov/

**If you are having difficulty applying online, please contact the DOT Automated Staffing Office via email at:  Transjobs@dot.gov**

A441

**Agency contact information**

## Automated Staffing Office

**Phone**
000-000-0000
**Fax**
000-000-0000
**Email**
TRANSJOBS@dot.gov
**Address**
*DOT, MARITIME ADMINISTRATION*
*Submit Application and Documents Online*
*1200 New Jersey Ave SE / HAHR-50*
*Washington, District of Columbia 20590*
*United States*

**Next steps**

You may check your application status by logging into USAJobs.com. (Select "My USAJOBS" and click "Applications"). Within two weeks of the closing date, a Human Resources Specialist will evaluate your application. Ratings will be determined based on the documents and information received by the closing date. Qualified candidates will be assigned a category, not including points that may be assigned for veterans' preference. If the vacancy is advertised under status, your application will be scored on a scale between 70-100.  The most highly qualified candidates are then referred to the hiring manager for further consideration. If the vacancy was advertised under category rating, then the appropriate veteran's preference will be applied.  If you are selected for an interview, the hiring agency will contact you directly. Once the position is filled, we will notify all applicants of their final status.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request

**OPM** | **USAJOBS**

A442

United States
Department of Transportation

## Vacancy Details

PRINT

| VIEW ELIGIBILITY QUESTIONS | VIEW VACANCY QUESTIONS | PRINT VACANCY |

### Vacancy Questions Preview

**Grade: 11**

No questions specified.

**Grade: All Grades**

[16869] **Please note that ALL candidates must submit a resume online and complete the entire application (Resume, Core Questions, Vacancy Questions) process.**Ensure that your resume thoroughly supports your responses to the job specific questions and that it contains the names, titles, and phone numbers of your most current and previous supervisors so that we may contact them. Please also be sure that your preference regarding contacting your current supervisors is shown in the User Information area. Applicants are strongly encouraged to complete all questions. High self-assessment in the application questions that is not supported by information in your resume may prevent you from being found best qualified, in which case your application will not be referred to the selecting official.

\* 1 | How would you like to be considered for this position?

As a U.S. citizen or national (Veteran's preference applies and you may not be referred for an interview if an eligible Veteran is also deemed qualified.) For more information: https://help.usajobs.gov/working-in-government/unique-hiring-paths

As a current or former federal employee or eligible veteran (you do not have to compete with general public or people with Veteran's preference. Instead, you compete with other competitive service employees) For more information: https://help.usajobs.gov/working-in-government/unique-hiring-paths

Both (If you are unsure, select this option)

\* 1.1 | [35568] Select the response that is the GS equivalent grade level of the highest grade to which you have held on a permanent basis or have competed for promotion potential. Please ensure that you have also provided a supporting SF-50. Without the supporting SF-50, we may not be able to consider your application for this position.

I have not held a government position.

04

05

06

07

08

09

10

11

12

13

14

A443

\* 2 | [31608] I understand the resume I have submitted for this position will be thoroughly reviewed to determine whether my experience and/or educational background is sufficient to meet basic and/or specialized experience requirements as outlined in this announcement. I also understand that if the information provided in my resume is not sufficient to support my responses to the vacancy announcement questions, it will affect the overall assessment of my application package.

| Yes |
| No |

[31648] When you are finished with the question phase of this announcement, you will be shown a list of documents that may include documents that do not apply to you. Review the list and the required documents section of the vacancy to determine which, IF ANY, are required for your application to be considered a complete application. Please do not submit documents that are not requested.

- If you are not a veteran, the DD-214 and the SF-15 do not apply to you.
- If you are not applying to an engineering position, the P.E. license or EIT exam does not apply to you.
- If you are not requesting consideration under a special appointing authority, the special appointing authority documents do not apply to you.

If any of the requested documentation pertains to you, you have the option to fax using the fax coversheets provided, upload to this system or you may transfer the documentation from your USAJOBS account. Please note documents are NOT automatically transferred from USAJobs. Contact the office no later than the closing date, if you require assistance.

\* 3 | [62383] What is the highest degree you have earned from an accredited university?

| Associates |
| Bachelors |
| Master's degree |
| Juris Doctor (J.D.) degree |
| Doctorate or PhD |
| Law Degree (LL.M.) |
| None of the above |

\* 4 | [3057] By responding to this question, you acknowledge that you have reviewed the **Required Documents** section of this announcement to determine which documents, if any, you need to provide in support of this application.

| Yes |
| No |

\* 5 | [31609] I understand that if I do not submit all REQUIRED documents by the closing date, it will affect the overall assessment of my application package.

| Yes |
| No |

\* 6 | [54657] Select your most recent work performance evaluation (includes pass in pass/fail systems).

| My most recent work performance evaluation was satisfactory or better. |
| My most recent work performance evaluation was below satisfactory. |
| I have never received a performance appraisal or review for any position. |

A444

* 7  [1079] Does the Department of Transportation employ any member of your family or relatives? For a definition of relative, please refer to the U.S. Merit Systems Protection Board here: https://www.mspb.gov/ppp/7ppp.htm

| Yes |
| --- |
| No |

* 8  [1090] Choose the description that best describes your experience inspecting and performing repairs to engineering and construction equipment.

| With technical supervision from a heavy equipment mechanic, I can inspect, troubleshoot and repair the following: cranes, engineering and construction equipment; control, electrical, pneumatic, and hydraulic systems including engines, transmissions, and differentials; cables, clamps, outriggers, attachments, moving parts, running gear, etc. I can make adjustments to master clutch, brakes/controls on cranes, etc. I have the ability to use cutting torch and a variety of test equipment. |
| --- |
| Independently and without supervision, I have experience as a heavy equipment mechanic performing most types of troubleshooting, inspecting and repairing. I can and have performed all of the tasks listed in the response above, plus I can weld and cut using gas and arc welding equipment and cutting torch. I can use a variety of test equipment and analyzers. |
| With general technical supervision, I can troubleshoot and repair general motor vehicles. I can assist with major maintenance on cranes, engineering and construction equipment. I can inspect and make minor repairs to cables, clamps, outriggers, attachments, moving parts, running gear, etc. I can make minor adjustments to master clutch, brakes/controls on cranes, etc. |
| None of the above. |

* 9  [1098] Do you have the ability to operate crane controls making difficult clearance judgments while watching the moving load and boom, and compensating for the variations in cranes lifting capacity during position changes and compensating for weather conditions such as wind?

| Yes |
| --- |
| No |

* 10  [1075] Choose the description that best describes your experience operating hydraulic and/or cable cranes.

| I have the ability to operate conventional hydraulic and cable cranes in excess of 25 tons, where maneuverability is restricted and accuracy is critical. |
| --- |
| I have the ability to operate conventional hydraulic cranes in excess of 25 tons, where maneuverability is generally not restricted and accuracy is critical. Lifts within the capacity of crane, boom length and angles are not critical. |
| I have the ability to operate conventional hydraulic in excess of 25 tons, where maneuverability and accuracy is not critical. |
| None of the above. |

* 11  [1074] Select the one response that describes your ability to lift heavy objects.

| I have the ability to lift weights up to 50 pounds. |
| --- |
| I have the ability to lift up to 50 pounds independently and over 50 pounds with assistance. |
| I have the ability to lift over 50 pounds independently, and the knowledge of lifting techniques for heavier weights. |
| None of the above |

* 12  [921] As an operator are you able to adjust to changes quickly and smoothly while continuing to work safely?

| Yes |
| --- |
| No |

A445

**13** [4479] Select the equipment that you are skilled in operating.

| Air Compressors |
| Forklifts |
| Mobile Cranes |
| Motor Vehicles |
| Bridge Cranes |
| Hydraulic Systems Operating Machinery |
| None of the above |

**14** [4476] Select the response(s) that you have used to compute dimensions.

| Addition |
| Metric System |
| Algebra |
| Plane Geometry |
| Trigonometry |
| Multiplication |
| Subtraction |
| None of the Above |

**15** [990] Select the answer that best represents your knowledge and experience with shipboard, marina, and dock work.

| I have not had education, training, or experience administering, working with, or performing this task or function. |
| I have had education or training administering, working with, or performing this task or function, but have not yet used it on the job. |
| I have administered, worked with, or performed this task or function with close review and assistance from a supervisor, a senior employee, or a senior consultant. |
| I have administered, worked with, or performed this task or function as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor, senior employee, or senior consultant. |
| I have administered, worked with, or performed this task or function as a regular part of a job, even in unique or unusual situations. I do not require assistance or review by a supervisor, senior employee or senior consultant. |
| Others regularly consult me for my expertise and assistance in administering, working with, or performing this task or function. I have trained or instructed others on this task or function. |

**16** [4508] Choose the one response that best describes your knowledge, in a shop environment, of rigging while utilizing cables, slings, wire rope and nylon rigging.

| I have shop experience working with wire rope, cables, and slings under the direct guidance of higher level workers. |
| I have shop experience working with wire rope, cables, and slings while signaling fixed and mobile equipment such as RT cranes and truck cranes. |

A446

I have shop experience working with overhead cranes while utilizing wire rope, cables, and slings with some guidance. I also have the ability to make a few knots and splices.

None of the above

\* 17    [8951] Select the statement that best describes your knowledge and experience in troubleshooting to determine the nature and extent of repairs necessary, materials or parts needed.

I have done little to no troubleshooting on the job.

I have had study or training in troubleshooting, but have not applied it on the job.

I have used my knowledge or training in troubleshooting, but I have been closely supervised.

I have applied my knowledge and/or experience in troubleshooting on my own, with little to no immediate supervision.

I commonly troubleshoot on the job with no supervision.

I supervise or train others in troubleshooting.

\* 18    [19405] Select the statement that best describes your experience conducting compliance inspections on board ships in a marine environment for state and federal regulatory agencies.

I have conducted compliance inspections for state and federal regulatory agencies.

I have conducted compliance inspections in a marine environment for state and federal regulatory agencies.

I have conducted compliance inspections on board ships in a marine environment for state and federal regulatory agencies.

I have conducted compliance inspections on board ships in a marine environment for state and federal agencies. I have performed these tasks as a regular part of my job, and often assist others with this task.

None of the above

\* 19    [1076] Select the one response that best reflects your ability to perform heavy work.

I have the ability to perform heavy work standing, bending, climbing, stooping and reaching with frequent rest periods.

I have the ability to frequently perform heavy work continually standing, bending, climbing, stooping and reaching with infrequent rest periods.

None of the above

\* 20    [1066] Choose the description that best describes your ability to follow instructions.

I have little or no experience following written or oral instructions at work without direct supervision.

I have followed written or oral instructions to perform routine maintenance work with direct supervision.

I have demonstrated the ability to independently interpret blueprints and technical manuals for routine maintenance work with minimal supervision.

I have demonstrated superior ability in interpreting and explaining instructions, blueprints, new procedures, and safe operation methods to others. I have demonstrated the ability to use maintenance manuals to perform more than routine maintenance on a variety of mechanical equipment with little or no supervision.

A447

**\* 21** [1033] I have successfully used, applied and or followed the following instruction methods and guidelines on the job:

| Instruction manuals |
|---|

| Blueprints |
|---|

| Sketches |
|---|

| Specifications |
|---|

| Arithmetic |
|---|

| Verbal instructions |
|---|

| Written instructions |
|---|

| Standard procedures |
|---|

| Mathmatical Calculations |
|---|

| None of the above |
|---|

**\* 22** [22288] Select the statement that best describes your experience using technical practices with regards to loading/unloading methods to prevent damage during transport and to expedite unloading.

| I have not had education, training, or experience administering, working with, or performing this task or function. |
|---|

| I have had education or training administering, working with, or performing this task or function, but have not yet used it on the job. |
|---|

| I have administered, worked with, or performed this task or function with close review and assistance from a supervisor, a senior employee, or a senior consultant. |
|---|

| I have administered, worked with, or performed this task or function as a regular part of a job and only in unique or unusual situations did I require assistance or review by a supervisor, senior employee, or senior consultant. |
|---|

**\* 23** [5113] Choose the one statement listed below that most accurately describes your ability to work safely in adverse conditions (e.g., bad weather, over extreme heights, near water).

| I have had little to no experience working in adverse conditions, such as inclement weather, from heights, over water and/or over ice. |
|---|

| I have had some instruction in general safety practices while working in adverse conditions, but have had little practical experience. |
|---|

| I have applied my knowledge of general safety practices while working alone or with a partner in adverse conditions, such as inclement weather, from heights, over water and/or over ice. |
|---|

| I have worked as a member of a team in a marine or construction environment using proper lifting and bending techniques, where there was a danger of falling from heights, and/or while working near water or ice, in all types of weather. |
|---|

**\* 24** [1080] Select the one response that best describes your ability to work with others.

| I have the ability to work with others with minimal supervision. |
|---|

| I have the ability to work independently and with others with minimal supervision. |
|---|

| None of the above. |
|---|

A448

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

**\* 25** How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience. (Maximum length of 1200 characters.) ❓

**\* 26** In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes. (Maximum length of 1200 characters.) ❓

**\* 27** How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired. (Maximum length of 1200 characters.) ❓

**\* 28** How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position. (Maximum length of 1200 characters.) ❓

**\* 29** I certify that the above responses are my own words, and I did not use a consultant or AI (such as a large language model [LLM]).

| True |
| --- |
| False |

**\* 30** [64831] How did you hear about this job?

| USAJOBS website |
| --- |
| USAJOBS saved search email |
| Social Media |

**\* 30.1** [64832] Please indicate the social media site such as Facebook, Twitter, LinkedIn, etc. (Maximum length of 250 characters.)

| Agency website |
| --- |
| Current agency employee |
| Recruitment event (job fair/recruitment event, event follow-up, Meetup, etc.) |
| Job board or search agent other than USAJOBS |
| Radio or TV advertisement |
| Professional organization |

**\* 30.1** [64833] Please indicate the professional organization or network. (Maximum length of 250 characters.)

| School or university announcement (e.g. career services, Handshake, etc) |
| --- |
| Friend, relative, professional colleague |
| Other |

**\* 30.1** [5063] Please indicate how you heard about this position. (Maximum length of 250 characters.)

| I prefer not to answer |
| --- |

A449

VIEW VACANCY DETAILS

**POWERED BY MONSTER**

Careers Home

DOT Home

Accessibility

Privacy Policy

Site Map

This is a Federal job application system. Providing false information, creating fake IDs, or failing to answer all questions truthfully and completely may be grounds for not hiring, for disbarment from Federal employment, or for dismissal after the applicant begins work. Falsifying a Federal job application, attempting to violate the privacy of others, or attempting to compromise the operation of this system may be punishable by fine or imprisonment (US Code, Title 18, section 1001).

A450

# EXHIBIT S

A451

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 840562700 | 7/14/2025 | Department of the Interior | Wildland Firefighter (Fuels) | 0456 - Wildland Fire Management | Columbia, North Carolina | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/840562700 |
| 841017500 | 7/17/2025 | Department of the Interior | Wildland Firefighter (Wildland Fire Module) - Direct Hire Authority | 0456 - Wildland Fire Management | Marblemount, Washington | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/841017500 |
| 841811900 | 7/28/2025 | Department of the Interior | Wildland Firefighter - CTAP/ICTAP | 0456 - Wildland Fire Management | Tucson, Arizona | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/841811900 |
| 840856700 | 7/17/2025 | Department of the Interior | Wildland Firefighter (Helicopter Squad Leader) (Direct Hire Authority) | 0456 - Wildland Fire Management | Homestead, Florida | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/840856700 |
| 841796800 | 7/29/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Harrison, Arkansas | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/841796800 |
| 841873900 | 7/29/2025 | Department of the Interior | Wildland Firefighter (Aviation) Unit Aviation Manager - Direct Hire Authority | 0456 - Wildland Fire Management | Winnemucca, Nevada | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/841873900 |
| 841946100 | 7/29/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Anchorage, Alaska | GW-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/841946100 |
| 842150700 | 7/31/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/842150700 |
| 842163700 | 7/31/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Superintendent)(IHC)(Vet Crew) | 0456 - Wildland Fire Management | Bakersfield, California | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/842163700 |
| 842206600 | 7/31/2025 | Department of the Interior | Lead Wildland Firefighter (Assistant Fire Helicopter Crew Manager) - Direct Hire Auth | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/842206600 |
| 842209800 | 7/31/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Parker, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842209800 |
| 842255700 | 8/1/2025 | Department of the Interior | Wildland Firefighter (Aviation Manager) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/842255700 |
| 842257400 | 8/1/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842257400 |
| 842262500 | 8/1/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Fire Management Officer) | 0456 - Wildland Fire Management | Saint George, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842262500 |
| 842289700 | 8/1/2025 | Department of the Interior | Wildland Firefighter (Aviation Specialist) - Direct Hire Authority | 0456 - Wildland Fire Management | Boise, Idaho | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842289700 |
| 842400000 | 8/5/2025 | Department of the Interior | Lead Wildland Firefighter (Engine Captain) | 0456 - Wildland Fire Management | Titusville, Florida | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/842400000 |
| 842463300 | 8/5/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GS-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/842463300 |
| 842512200 | 8/5/2025 | Department of the Interior | Wildland Firefighter (Helitack Senior Firefighter) | 0456 - Wildland Fire Management | Billings, Montana | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842512200 |
| 842558000 | 8/5/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Sacaton, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/842558000 |
| 842583600 | 8/6/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Parker, Arizona | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/842583600 |
| 842635600 | 8/6/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Parker, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/842635600 |
| 842649400 | 8/6/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/842649400 |
| 842805100 | 8/7/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Fire Management Officer) - Direct Hire Au | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/842805100 |
| 843042500 | 8/11/2025 | Department of the Interior | Supervisory Wildland Firefighter (State Fire Management Officer) | 0456 - Wildland Fire Management | Cheyenne, Wyoming | GW-14 | Questionnaire with EO question | https://www.usajobs.gov/job/843042500 |
| 843116300 | 8/12/2025 | Department of the Interior | Wildland Firefighter (Aviation) Unit Aviation Manager - Direct Hire Authority | 0456 - Wildland Fire Management | Safford, Arizona | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843116300 |
| 843157000 | 8/12/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Miami, Oklahoma | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843157000 |
| 843160300 | 8/13/2025 | Department of the Interior | Wildland Firefighter (Fire Management Planning) | 0456 - Wildland Fire Management | Titusville, Florida | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843160300 |
| 843316600 | 8/14/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Vale, Oregon | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843316600 |
| 843330200 | 8/13/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/843330200 |
| 843444200 | 8/14/2025 | Department of the Interior | Lead Wildland Firefighter (Fire Ops) - Direct Hire Authority | 0456 - Wildland Fire Management | Winnebago, Nebraska | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843444200 |
| 843465400 | 8/14/2025 | Department of the Interior | Wildland Firefighter (Module Leader - Wildland Fire Module) - Direct Hire Authority | 0456 - Wildland Fire Management | Lewistown, Montana | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/843465400 |
| 843465500 | 8/14/2025 | Department of the Interior | Wildland Firefighter (Assistant Module Leader - Wildland Fire Module) - Direct Hire A | 0456 - Wildland Fire Management | Lewistown, Montana | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843465500 |
| 843563200 | 8/15/2025 | Department of the Interior | Wildland Firefighter (Aviation Fixed-Wing Specialist) - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/843563200 |
| 843746300 | 8/19/2025 | Department of the Interior | Wildland Firefighter (Fuels)-Direct Hire Authority | 0456 - Wildland Fire Management | Spokane, Washington | GW-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843746300 |
| 843785500 | 8/19/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Eagle Butte, South Dakota | GS-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843785500 |
| 843494300 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Handcrew | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843494300 |
| 843494900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Handcrew | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843494900 |
| 843646100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Apprentice | 0456 - Wildland Fire Management | Andalusia, Alabama | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843646100 |
| 843931200 | 8/21/2025 | Department of the Interior | Wildland Firefighter (Fuels)-Direct Hire Authority | 0456 - Wildland Fire Management | Spokane, Washington | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/843931200 |
| 843960700 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dozer Operator (Wildland Firefighter) | 0456 - Wildland Fire Management | Arcadia, California | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/843960700 |
| 843981300 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Apprentice | 0456 - Wildland Fire Management | Bridgeport, California | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843981300 |
| 843984100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Bridgeport, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843984100 |
| 843985300 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Smokejumper | 0456 - Wildland Fire Management | Redding, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/843985300 |
| 843985500 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843985500 |
| 843986600 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Juneau, Alaska | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843986600 |
| 843986700 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Juneau, Alaska | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843986700 |
| 843987200 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Management Officer (DZAFMO High) | 0456 - Wildland Fire Management | Bridgeport, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843987200 |
| 843987900 | 8/22/2025 | Department of Agriculture | Lead Wildland Firefighter - Helitack | 0456 - Wildland Fire Management | Hereford, Arizona | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843987900 |
| 843988400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Hotshot/Handcrew | 0456 - Wildland Fire Management | Moose Pass, Alaska | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843988400 |
| 843989000 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (Airtanker Base) | 0456 - Wildland Fire Management | Hereford, Arizona | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843989000 |
| 843989200 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Module Supervisor | 0456 - Wildland Fire Management | Camp Connell, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843989200 |
| 843989400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Suppression | 0456 - Wildland Fire Management | Bridgeport, California | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/843989400 |

A452

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 843990500 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Handcrew | 0456 - Wildland Fire Management | Ozark, Arkansas | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843990500 |
| 843990800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Juneau, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843990800 |
| 844013600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Andalusia, Alabama | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844013600 |
| 844013900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Management Officer (DZFMO Low) | 0456 - Wildland Fire Management | Heflin, Alabama | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844013900 |
| 844014000 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Management Officer (DZFMO High) | 0456 - Wildland Fire Management | Alpine, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844014000 |
| 844014400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Quemado, New Mexico | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844014400 |
| 844014600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter | 0456 - Wildland Fire Management | Hector, Arkansas | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844014600 |
| 844014700 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Helitack | 0456 - Wildland Fire Management | Montgomery, Alabama | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844014700 |
| 844015000 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Brent, Alabama | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844015000 |
| 844015400 | 8/22/2025 | Department of Agriculture | Wildland Firefighter | 0456 - Wildland Fire Management | Heflin, Alabama | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844015400 |
| 844015800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Helitack | 0456 - Wildland Fire Management | Hereford, Arizona | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844015800 |
| 844016500 | 8/22/2025 | Department of Agriculture | Wildland Firefighter (Fuels Management) | 0456 - Wildland Fire Management | Laona, Wisconsin | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844016500 |
| 844016900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Prevention | 0456 - Wildland Fire Management | Hoonah, Alaska | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844016900 |
| 844017200 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Brent, Alabama | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844017200 |
| 844018900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Apprentice | 0456 - Wildland Fire Management | Acton, California | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844018900 |
| 844019800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Acton, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844019800 |
| 844023600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fuels Management | 0456 - Wildland Fire Management | Camp Verde, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844023600 |
| 844027300 | 8/22/2025 | Department of Agriculture | Lead Wildland Firefighter - Smokejumper | 0456 - Wildland Fire Management | Redding, California | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844027300 |
| 844027800 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Smokejumper | 0456 - Wildland Fire Management | Redding, California | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844027800 |
| 844028700 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Brent, Alabama | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844028700 |
| 844029100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (Airtanker Base) | 0456 - Wildland Fire Management | Hereford, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844029100 |
| 844029300 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Acton, California | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844029300 |
| 844031000 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Fire Management Officer (DZAFMO High) | 0456 - Wildland Fire Management | Acton, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844031000 |
| 844035600 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Prevention | 0456 - Wildland Fire Management | Acton, California | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844035600 |
| 844036800 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter  - Helitack | 0456 - Wildland Fire Management | Montgomery, Alabama | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844036800 |
| 844040000 | 8/22/2025 | Department of Agriculture | Forestry Technician - Prevention - Wildland Firefighter | 0456 - Wildland Fire Management | Springerville, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844040000 |
| 844042900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (ATGS) | 0456 - Wildland Fire Management | Chester, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844042900 |
| 844043100 | 8/22/2025 | Department of Agriculture | Lead Wildland Firefighter - IHC Squad Leader | 0456 - Wildland Fire Management | Flagstaff, Arizona | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844043100 |
| 844043900 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Aviation (Airtanker Base) | 0456 - Wildland Fire Management | Chester, California | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/844043900 |
| 844053100 | 8/22/2025 | Department of Agriculture | Supervisory Wildland Firefighter - Prevention | 0456 - Wildland Fire Management | Camp Verde, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844053100 |
| 844053300 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Type 1 WFM Assistant | 0456 - Wildland Fire Management | Camp Connell, California | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844053300 |
| 844053700 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Suppression | 0456 - Wildland Fire Management | Acton, California | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844053700 |
| 843493200 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch (Wildland Firefighter) | 0462 - Forestry Technician | Alturas, California | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/843493200 |
| 843915400 | 8/22/2025 | Department of Agriculture | Forestry Technician -Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843915400 |
| 843962700 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch (Wildland Firefighter) | 0462 - Forestry Technician | Alturas, California | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/843962700 |
| 843981100 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Moose Pass, Alaska | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843981100 |
| 843985200 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - Assistant Dispatch Center Manager (Wildland Fire | 0462 - Forestry Technician | Anchorage, Alaska | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843985200 |
| 843985800 | 8/22/2025 | Department of Agriculture | Forestry Technician  - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Challis, Idaho | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843985800 |
| 843986200 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - IHC Crew Assistant (Wildland Firefighter) | 0462 - Forestry Technician | Flagstaff, Arizona | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843986200 |
| 843987300 | 8/22/2025 | Department of Agriculture | Forestry Technician - Assistant Dispatch Center Manager (Wildland Firefighter) | 0462 - Forestry Technician | Anchorage, Alaska | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/843987300 |
| 843987500 | 8/22/2025 | Department of Agriculture | Forestry Technician - Helicopter Manager (Wildland Firefighter) | 0462 - Forestry Technician | Anchorage, Alaska | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843987500 |
| 843988800 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician DZAFMO Moderate (Wildland Firefighter) | 0462 - Forestry Technician | Anchorage, Alaska | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843988800 |
| 843989100 | 8/22/2025 | Department of Agriculture | Forestry Technician - Assistant Airtanker Base Manager (Wildland Firefighter) | 0462 - Forestry Technician | Hereford, Arizona | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/843989100 |
| 843989500 | 8/22/2025 | Department of Agriculture | Forestry Technician - Training Specialist (Wildland Firefighter) | 0462 - Forestry Technician | Mesa, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/843989500 |
| 843990200 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - AFEO (Wildland Firefighter) | 0462 - Forestry Technician | Juneau, Alaska | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/843990200 |
| 843990400 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Moose Pass, Alaska | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/843990400 |
| 844014900 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch GACC Logistics (Wildland Firefighter) | 0462 - Forestry Technician | Redding, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844014900 |
| 844015600 | 8/22/2025 | Department of Agriculture | Forestry Technician -Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Canon City, Colorado | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844015600 |
| 844015700 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dispatch GACC Logistics (Wildland Firefighter) | 0462 - Forestry Technician | Salt Lake City, Utah | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844015700 |
| 844020300 | 8/22/2025 | Department of Agriculture | Forestry Technician - Fire Operations Specialist (Wildland Firefighter) | 0462 - Forestry Technician | Bridgeport, California | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844020300 |
| 844020400 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - IHC Superintendent (Wildland Firefighter) | 0462 - Forestry Technician | Flagstaff, Arizona | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844020400 |
| 844020700 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Alpine, Arizona | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844020700 |

2

A453

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 844021100 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - AFEO (Wildland Firefighter) | 0462 - Forestry Technician | Brent, Alabama | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844021100 |
| 844022600 | 8/22/2025 | Department of Agriculture | Forestry Technician - JC Training Specialist (Wildland Firefighter) | 0462 - Forestry Technician | Ozark, Arkansas | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844022600 |
| 844023300 | 8/22/2025 | Department of Agriculture | Forestry Technician  - Fuels (Wildland Firefighter) | 0462 - Forestry Technician | Alpine, Arizona | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844023300 |
| 844025300 | 8/22/2025 | Department of Agriculture | Supervisory Forestry Technician - Job Corp AFMO (Wildland Firefighter) | 0462 - Forestry Technician | Ozark, Arkansas | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844025300 |
| 844064300 | 8/22/2025 | Department of the Interior | Wildland Firefighter (Fuels) | 0456 - Wildland Fire Management | Twin Falls, Idaho | GW-7/8 | Questionnaire with EO question | https://www.usajobs.gov/job/844064300 |
| 844080000 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Suppression | 0456 - Wildland Fire Management | Juneau, Alaska | GW-3/4 | Questionnaire with EO question | https://www.usajobs.gov/job/844080000 |
| 844080100 | 8/22/2025 | Department of Agriculture | Wildland Firefighter - Fire Engine Operation | 0456 - Wildland Fire Management | Acton, California | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844080100 |
| 844078000 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - AFEO (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844078000 |
| 844078400 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844078400 |
| 844081000 | 8/22/2025 | Department of Agriculture | Forestry Technician - Aviation Dispatch GACC (Wildland Firefighter) | 0462 - Forestry Technician | Redding, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/844081000 |
| 843954500 | 8/25/2025 | Department of Agriculture | Supervisory FAM/Residues Program Manager (Wildland Firefighter) | 0301 - Miscellaneous Administration And Program | San Dimas, California | GW-12/13 | Questionnaire with EO question | https://www.usajobs.gov/job/843954500 |
| 844178600 | 8/25/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Spokane Valley, Washington | GW-8/11 | Questionnaire with EO question | https://www.usajobs.gov/job/844178600 |
| 844263700 | 8/26/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844263700 |
| 844264600 | 8/25/2025 | Department of the Interior | Wildland Firefighter (Fire Program Specialist) - Direct Hire Authority | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844264600 |
| 844312400 | 8/27/2025 | Department of the Air Force | LEAD FIREFIGHTER (Title 5) | 0081 - Fire Protection and Prevention | Ellington AFB, Texas | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844312400 |
| 844334600 | 8/27/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Miles City, Montana | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/844334600 |
| 844346400 | 8/26/2025 | Department of the Interior | Wildland Firefighter (Fire Management Planning) - Direct Hire Authority | 0456 - Wildland Fire Management | Aberdeen, South Dakota | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/844346400 |
| 844415300 | 8/27/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Chester, California | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844415300 |
| 844420700 | 8/27/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Thousand Oaks, California | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/844420700 |
| 844442500 | 8/28/2025 | Department of the Interior | Wildland Firefighter | 0456 - Wildland Fire Management | Travis County, Texas | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/844442500 |
| 844433100 | 8/22/2025 | Department of Agriculture | Forestry Technician - Dozer Operator (Wildland Firefighter) | 0462 - Forestry Technician | Arcadia, California | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/844433100 |
| 844515500 | 8/22/2025 | Department of Agriculture | Lead Forestry Technician - Hotshot/Handcrew (Wildland Firefighter) | 0462 - Forestry Technician | Acton, California | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/844515500 |
| 844598600 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Helitack Squad Boss) - Direct Hire Authority | 0456 - Wildland Fire Management | Boise, Idaho | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844598600 |
| 844599900 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Helicopter Crew Supervisor) - Direct Hire Auth | 0456 - Wildland Fire Management | Rifle, Colorado | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844599900 |
| 844600500 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Operations) High Complexity - Direct Hire Auth | 0456 - Wildland Fire Management | Burley, Idaho | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844600500 |
| 844600700 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Operations) Moderate Complexity - Direct Hire | 0456 - Wildland Fire Management | Alturas, California | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/844600700 |
| 844601100 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Safford, Arizona | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844601100 |
| 844601600 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant IHC Superintendent) - Direct Hire Author | 0456 - Wildland Fire Management | Craig, Colorado | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844601600 |
| 844601900 | 8/28/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Fire Helicopter Crew Supervisor) - Direct | 0456 - Wildland Fire Management | Billings, Montana | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/844601900 |
| 844602500 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Assistant Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Safford, Arizona | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844602500 |
| 844602900 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Assistant Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Montrose, Colorado | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844602900 |
| 844603100 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Fuels Squad Boss) - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844603100 |
| 844603500 | 8/28/2025 | Department of the Interior | Wildland Firefighter (Hotshot Squad Boss) - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844603500 |
| 844703100 | 9/2/2025 | Department of the Interior | Wildland Firefighter (Assistant Engine Captain) (Direct Hire Authority) | 0456 - Wildland Fire Management | Agoura Hills, California | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844703100 |
| 844787500 | 9/2/2025 | Department of the Interior | Wildland Firefighter (Aviation)-Direct Hire Authority | 0456 - Wildland Fire Management | Cedar City, Utah | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844787500 |
| 844951900 | 9/3/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECH/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Cheyenne Mountain AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844951900 |
| 844940400 | 9/4/2025 | Department of the Interior | Wildland Firefighter | 0456 - Wildland Fire Management | Burbank, Washington | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/844940400 |
| 844954100 | 9/4/2025 | Department of Agriculture | Airplane Pilot (Wildland Firefighter) | 2181 - Aircraft Operation | Ogden, Utah | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/844954100 |
| 844990100 | 9/4/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECH/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Cheyenne Mountain AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/844990100 |
| 845042700 | 9/5/2025 | Department of the Interior | Wildland Firefighter | 0456 - Wildland Fire Management | Commerce City, Colorado | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845042700 |
| 845084900 | 9/4/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-4/6 | Questionnaire with EO question | https://www.usajobs.gov/job/845084900 |
| 845085600 | 9/4/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Kingman, Arizona | GW-3/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845085600 |
| 845091200 | 9/4/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845091200 |
| 845191600 | 9/5/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Fort Dix, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845191600 |
| 845151900 | 9/5/2025 | Department of the Interior | Supervisory Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845151900 |
| 845165000 | 8/18/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GS-12 | Questionnaire with EO question | https://www.usajobs.gov/job/845165000 |
| 845177000 | 9/2/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Zuni, New Mexico | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845177000 |
| 845193900 | 9/2/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845193900 |
| 845199500 | 9/4/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845199500 |
| 845382600 | 9/9/2025 | Department of the Air Force | FIREFIGHTER (HAZARDOUS MATERIALS TECHNICIAN) | 0081 - Fire Protection and Prevention | March AFB, California | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845382600 |
| 845439000 | 9/9/2025 | Department of the Air Force | LEAD FIREFIGHTER | 0081 - Fire Protection and Prevention | Grissom AFB, Indiana | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845439000 |
| 845230800 | 9/8/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Operations) Moderate Complexity - Direct Hire | 0456 - Wildland Fire Management | Price, Utah | GW-10 | Questionnaire with EO question | https://www.usajobs.gov/job/845230800 |

A454

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 845272200 | 9/9/2025 | Department of the Interior | Wildland Firefighter (Fuels) | 0456 - Wildland Fire Management | Columbia, South Dakota | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/845272200 |
| 845375000 | 9/10/2025 | Department of the Interior | Supervisory Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Marble Falls, Arkansas | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845375000 |
| 845439500 | 9/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Tucson, Arizona | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845439500 |
| 845440100 | 9/9/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845440100 |
| 845489200 | 9/10/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Cherokee, North Carolina | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/845489200 |
| 845514400 | 9/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Medora, North Dakota | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845514400 |
| 845602800 | 9/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Las Vegas, Nevada | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845602800 |
| 845655900 | 9/11/2025 | Department of the Interior | Supervisory Wildland Firefighter (Regional Assistant FMO) - Direct Hiring Authority | 0456 - Wildland Fire Management | Fresno, California | GS-13 | Questionnaire with EO question | https://www.usajobs.gov/job/845655900 |
| 845675100 | 9/11/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Las Cruces, New Mexico | GW-9/11 | Questionnaire with EO question | https://www.usajobs.gov/job/845675100 |
| 845735000 | 9/11/2025 | Department of the Air Force | SUPERVISORY FIREFIGHTER | 0081 - Fire Protection and Prevention | Maxwell AFB, Alabama | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/845735000 |
| 845764600 | 9/12/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Seminole, Oklahoma | GW-4 | Questionnaire with EO question | https://www.usajobs.gov/job/845764600 |
| 845867000 | 9/12/2025 | Department of the Air Force | LEAD FIREFIGHTER | 0081 - Fire Protection and Prevention | Cannon AFB, New Mexico | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845867000 |
| 845879400 | 9/12/2025 | Department of the Air Force | LEAD FIREFIGHTER | 0081 - Fire Protection and Prevention | Homestead AFB, Florida | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845879400 |
| 845834900 | 9/12/2025 | Department of the Interior | Wildland Firefighter (State Fire Trespass Coordinator) | 0456 - Wildland Fire Management | Boise, Idaho | GW-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845834900 |
| 845843900 | 9/12/2025 | Department of the Interior | Supervisory Wildland Firefighter (Assistant Module Leader WFM) - Direct Hire Author | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845843900 |
| 845909600 | 9/12/2025 | Department of the Interior | Wildland Firefighter (Engine) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiskeytown, California | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/845909600 |
| 845921000 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZARDOUS MATERIALS TECH/BASIC LIFE SUPPORT | 0081 - Fire Protection and Prevention | Schriever AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845921000 |
| 845926000 | 9/15/2025 | Department of the Air Force | LEAD FIREFIGHTER (HAZARDOUS MATERIALS TECH/BASIC LIFE SUPPOR | 0081 - Fire Protection and Prevention | Schriever AFB, Colorado | GS-8 | Questionnaire with EO question | https://www.usajobs.gov/job/845926000 |
| 845941500 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Lakehurst, New Jersey | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845941500 |
| 845950700 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECH/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Schriever AFB, Colorado | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845950700 |
| 845991500 | 9/15/2025 | Department of the Air Force | FIREFIGHTER (HAZMAT TECHNICIAN/BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Homestead AFB, Florida | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/845991500 |
| 845944900 | 9/15/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-11/12 | Questionnaire with EO question | https://www.usajobs.gov/job/845944900 |
| 846001200 | 9/16/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846001200 |
| 846107500 | 9/16/2025 | Department of the Air Force | SUPERVISORY FIREFIGHTER | 0081 - Fire Protection and Prevention | Clear AFB, Alaska | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846107500 |
| 846160600 | 9/17/2025 | Department of the Interior | Lead Wildland Firefighter | 0456 - Wildland Fire Management | Angleton, Texas | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/846160600 |
| 846173200 | 9/17/2025 | Department of the Interior | Wildland Firefighter (Planning) | 0456 - Wildland Fire Management | Salt Lake City, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/846173200 |
| 846174000 | 9/17/2025 | Department of the Interior | Supervisory Wildland Firefighter (Regional Fire Management Officer) - Direct Hire Au | 0456 - Wildland Fire Management | Bloomington, Minnesota | GW-13 | Questionnaire with EO question | https://www.usajobs.gov/job/846174000 |
| 846440300 | 9/19/2025 | Department of the Army | Supervisory Firefighter | 0081 - Fire Protection and Prevention | Dugway Proving Ground, Utah | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/846440300 |
| 846977600 | 9/30/2025 | Department of the Air Force | TITLE 5 FIREFIGHTER (HAZARDOUS MATERIALS TECH/BASIC LIFE SUPPORT) (MI 127 | 0081 - Fire Protection and Prevention | Selfridge ANG Base, Michigan | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/846977600 |
| 846719200 | 10/1/2025 | Department of Agriculture | Airplane Pilot (Wildland Firefighter) | 2181 - Aircraft Operation | Mesa, Arizona | GS-9/12 | Questionnaire with EO question | https://www.usajobs.gov/job/846719200 |
| 847488300 | 10/3/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/847488300 |
| 847496800 | 10/6/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847496800 |
| 847614200 | 10/8/2025 | Department of the Army | Firefighter (Hazardous Materials Operations) | 0081 - Fire Protection and Prevention | Pine Bluff Arsenal, Arkansas | GS-3/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847614200 |
| 847659200 | 10/7/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Ignacio, Colorado | GS-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847659200 |
| 847740000 | 10/8/2025 | Department of the Air Force | FIREFIGHTER (HAZARDOUS MATERIALS TECH-BASIC LIFE SUPPORT) | 0081 - Fire Protection and Prevention | Syracuse, New York | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847740000 |
| 847752100 | 10/8/2025 | Department of the Air Force | FIREFIGHTER (CREW CHIEF-DRIVER OPERATOR) | 0081 - Fire Protection and Prevention | Syracuse, New York | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/847752100 |
| 847765200 | 10/8/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Eagle Butte, South Dakota | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/847765200 |
| 847788200 | 10/9/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Zuni, New Mexico | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/847788200 |
| 847904400 | 10/10/2025 | Department of Veterans Affairs | Firefighter (Paramedic) | 0081 - Fire Protection and Prevention | Bath, New York | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847904400 |
| 847913900 | 10/10/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Kykotsmovi Village, Arizona | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/847913900 |
| 847917000 | 10/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Whiteriver, Arizona | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/847917000 |
| 848005500 | 10/10/2025 | Department of the Interior | Lead Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Winnebago, Nebraska | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848005500 |
| 848088100 | 10/15/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848088100 |
| 848126900 | 10/15/2025 | Department of the Air Force | FIREFIGHTER (CREW CHIEF-DRIVER OPERATOR) | 0081 - Fire Protection and Prevention | Syracuse, New York | GS-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/848126900 |
| 848130300 | 10/15/2025 | Department of the Interior | Wildland Firefighter (AFMO) - Direct Hire Authority | 0456 - Wildland Fire Management | Ronan, Montana | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/848130300 |
| 848298200 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Crow Agency, Montana | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/848298200 |
| 848319200 | 10/17/2025 | Department of Defense | Supervisory Firefighter (Paramedic) | 0081 - Fire Protection and Prevention | Richmond, Virginia | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848319200 |
| 848346600 | 10/17/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Seminole, Oklahoma | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848346600 |
| 848354400 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-6 | Questionnaire with EO question | https://www.usajobs.gov/job/848354400 |
| 848354600 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/848354600 |
| 848357300 | 10/17/2025 | Department of the Interior | Wildland Firefighter Apprentice - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GW-4/5 | Questionnaire with EO question | https://www.usajobs.gov/job/848357300 |
| 848373000 | 10/17/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Muskogee, Oklahoma | GW-6/7 | Questionnaire with EO question | https://www.usajobs.gov/job/848373000 |

A455

| USAJobs ID | Open Date | Agency | Position Title | Occupation | Location | Grade | Questionnaire Status | USAJobs Link |
|---|---|---|---|---|---|---|---|---|
| 848397900 | 10/17/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848397900 |
| 848492400 | 10/21/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Duchesne, Utah | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848492400 |
| 848503600 | 10/20/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848503600 |
| 848505700 | 10/20/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GW-7/9 | Questionnaire with EO question | https://www.usajobs.gov/job/848505700 |
| 848574900 | 10/21/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Fort Defiance, Arizona | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/848574900 |
| 848604400 | 10/22/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Redding, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/848604400 |
| 848649100 | 10/22/2025 | Department of the Army | Supervisory Firefighter (Basic Life Support) | 0081 - Fire Protection and Prevention | Herlong Sierra Ordnance Depot, California | GS-10 | Questionnaire with EO question | https://www.usajobs.gov/job/848649100 |
| 849092400 | 10/29/2025 | Department of Defense | Firefighter (Paramedic/Hazardous Material Technician) | 0081 - Fire Protection and Prevention | Richmond, Virginia | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849092400 |
| 849181500 | 10/31/2025 | Department of the Air Force | FIREFIGHTER (DRIVER OPERATOR) (Title 5) | 0081 - Fire Protection and Prevention | Ellington AFB, Texas | GS-6 | Questionnaire with EO question | https://www.usajobs.gov/job/849181500 |
| 849185300 | 10/31/2025 | Department of Veterans Affairs | Firefighter (Basic Life Support/Hazardous Material Operations) | 0081 - Fire Protection and Prevention | Pineville, Louisiana | GS-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849185300 |
| 849240500 | 10/31/2025 | Department of the Army | Firefighter (Basic Life Support) | 0081 - Fire Protection and Prevention | Herlong Sierra Ordnance Depot, California | GS-4/7 | Questionnaire with EO question | https://www.usajobs.gov/job/849240500 |
| 848826400 | 10/24/2025 | Department of the Interior | Supervisory Wildland Firefighter (Engine Captain) - Direct Hire Authority | 0456 - Wildland Fire Management | Cherokee, North Carolina | GW-8 | Questionnaire with EO question | https://www.usajobs.gov/job/848826400 |
| 849559800 | 11/5/2025 | Department of Veterans Affairs | Firefighter (BLS/HazMat) | 0081 - Fire Protection and Prevention | Butler, Pennsylvania | GS-4/7 | Questionnaire with EO question | https://www.usajobs.gov/job/849559800 |
| 849555400 | 11/5/2025 | Department of the Interior | Supervisory Wildland Firefighter (Regional Fire Management Officer) - Direct Hire Au | 0456 - Wildland Fire Management | Bemidji, Minnesota | GW-13 | Questionnaire with EO question | https://www.usajobs.gov/job/849555400 |
| 849635100 | 11/6/2025 | Department of the Air Force | FIREFIGHTER (PARAMEDIC) | 0081 - Fire Protection and Prevention | Elmendorf AFB, Alaska | GS-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849635100 |
| 849682100 | 11/6/2025 | Department of the Interior | Wildland Firefighter (Smokejumper) Direct Hire Authority | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-5/7 | Questionnaire with EO question | https://www.usajobs.gov/job/849682100 |
| 849728300 | 11/7/2025 | Department of Veterans Affairs | Firefighter (Basic Life Support) | 0081 - Fire Protection and Prevention | Lyons, New Jersey | GS-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849728300 |
| 849739100 | 11/7/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Sacaton, Arizona | GW-5 | Questionnaire with EO question | https://www.usajobs.gov/job/849739100 |
| 849792000 | 11/7/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-8/9 | Questionnaire with EO question | https://www.usajobs.gov/job/849792000 |
| 849849500 | 11/10/2025 | Department of the Army | Supervisory Firefighter (Basic Life Support) | 0081 - Fire Protection and Prevention | Concord, California | GS-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849849500 |
| 849874100 | 11/10/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) - Direct Hire Authority | 0456 - Wildland Fire Management | Pine Ridge, South Dakota | GW-9 | Questionnaire with EO question | https://www.usajobs.gov/job/849874100 |
| 849874500 | 11/12/2025 | Department of the Interior | Wildland Firefighter (Prevention) - Direct Hire Authority | 0456 - Wildland Fire Management | Pine Ridge, South Dakota | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849874500 |
| 849896600 | 11/12/2025 | Department of the Interior | Wildland Firefighter - Direct Hire Authority | 0456 - Wildland Fire Management | Sacaton, Arizona | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849896600 |
| 849929200 | 11/12/2025 | Department of the Interior | Wildland Firefighter (Smokejumper) (Detail/Temporary Promotion) | 0456 - Wildland Fire Management | Fairbanks, Alaska | GW-5/6 | Questionnaire with EO question | https://www.usajobs.gov/job/849929200 |
| 849930400 | 11/13/2025 | Department of the Interior | Wildland Firefighter (Fuels) | 0456 - Wildland Fire Management | Boynton Beach, Florida | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849930400 |
| 849988000 | 11/13/2025 | Department of the Interior | Wildland Firefighter (Fuels Management) | 0456 - Wildland Fire Management | Burley, Idaho | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849988000 |
| 849988900 | 11/13/2025 | Department of the Interior | Wildland Firefighter (Fuels) - Direct Hire Authority | 0456 - Wildland Fire Management | Albuquerque, New Mexico | GW-7 | Questionnaire with EO question | https://www.usajobs.gov/job/849988900 |
| 849989800 | 11/13/2025 | Department of the Interior | Wildland Firefighter (Fire Management Planning) | 0456 - Wildland Fire Management | Twin Falls, Idaho | GW-11 | Questionnaire with EO question | https://www.usajobs.gov/job/849989800 |
| 850019900 | 11/17/2025 | Department of the Interior | Supervisory Wildland Firefighter (Fire Management Officer) - Direct Hire Authority | 0456 - Wildland Fire Management | Saint George, Utah | GW-12 | Questionnaire with EO question | https://www.usajobs.gov/job/850019900 |

A456

# EXHIBIT T

 An official website of the United States government

# USAJOBS®

# Education Research Analyst GS-1730-14 (MP)

DEPARTMENT OF EDUCATION

Institute of Education Sciences

> ⚠ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

There are two positions located in the U.S. Department of Education, Institute of Education Sciences in Washington, DC. The Assessment Development Expert and the Assessment Administration Expert is responsible for providing technical direction and overseeing the NAEP Assessment Content Development contract, in support of National Center for Education Statistics (NCES).

## Overview

Reviewing applications

**Open & closing dates**

 09/03/2025 to 09/15/2025

> This job will close when we have received **150 applications** which may be sooner than the closing date. Learn more

**Salary**

$142,488 to -$185,234 per year

The salary range shown is for the Washington DC locality rate.

**Pay scale & grade**

GS 14

**Location**

A458

📍 **Washington, DC**
2 vacancies

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Not required

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
14 - This position is at the full performance level.

**Job family (Series)**

- 1730 Education Research

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
No

**Position sensitivity and risk**
Moderate Risk (MR)

**Trust determination process**

- Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
Yes

A459

**Announcement number**
IES-2025-0010

**Control number**
844948000

# This job is open to

 **Federal employees - Competitive service**

Current federal employees whose agencies follow the U.S. Office of Personnel Management's hiring rules and pay scales.

**Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Land and base management**

Current or former employees of a base management agency.

**Veterans**

Veterans of the U.S. Armed Forces or a spouse, widow, widower or parent of a veteran, who may be eligible for derived preference

**Military spouses**

Military spouses of active duty service members or whose spouse is 100 percent disabled or died on active duty.

**Individuals with disabilities**

Individuals who are eligible under Schedule A.

**Family of overseas employees**

Family members of a federal employee or uniformed service member who is or was, working overseas.

**Peace Corps & AmeriCorps Vista**

Individuals who have served at least 2 years with the Peace Corps or 1 year with AmeriCorps VISTA.

**Special authorities**

Individuals eligible under a special authority not listed in another hiring path.

A460

**Clarification from the agency**

• Current federal civilian employees in the competitive service on permanent career or career-conditional appointments; • Former federal employees with reinstatement eligibility; • Current federal employees eligible under Interchange Agreements; and, • Applicants eligible under special hiring authorities (Schedule A, etc.). If you do not meet one of these categories, you may apply under the concurrently advertised vacancy announcement: IES-2025-0009, which is open to all United States Citizens.

# Duties

APPLICATION LIMIT: This vacancy announcement is limited to the first 150 applications received and will close at 11:59PM Eastern Time on the day that we receive the 150th application, or at 11:59PM Eastern Time on the listed closing date, whichever occurs first.

We encourage you to read this entire vacancy announcement prior to submitting your application.

As an Education Research Analyst (Assessment Development Expert) GS-1730-14, you will be responsible for:
• Leveraging expertise in assessment of student knowledge to define objectives related to assessment content.
• Serving as a Contracting Officer's Representative (COR) on one or more contracts. In conjunction with program leadership, developing project technical specifications, preparing procurement requests, and assisting the Contracting Officer in proposal review, source selection, and other aspects of the procurement process. Post-award, monitoring contractor's technical, managerial, and financial performance through on-site inspections, document reviews, and meetings with key personnel.
• Providing data-informed recommendations to leadership identifying opportunities for increased efficiency, enhanced impact, and continuous improvement in alignment with long-term strategic vision.
• Developing a rigorous approach to meet content development needs and oversees implementation and quality assurance activities for assessment content.

As an Education Research Analyst (Assessment Administration Expert) GS-1730-14, you will be responsible for:
• Leading aspects of the operational administration of large-scale student assessments, including data collection, scoring, training, and support to schools and districts
• Engaging in strategic long-term planning for one or more IES studies or programs of work to ensure continued methodological rigor and objectivity while identifying opportunities for increased efficiency, enhanced impact, and continuous improvement in alignment with long-term strategic vision.

• Applying advanced professional knowledge to assess and address problems of critical importance, where solutions frequently require original thinking and creative approaches – including the development of education research plans, novel methodologies, or the extension of existing theoretical frameworks to new complex applications.

• Providing technical consultation and expert guidance to IES leadership and other stakeholders on all facets of the program of work, including study design, data analysis, interpretation of findings, and the application of advanced methods and techniques.

• Serving as Contracting Officer's Representative (COR) on one or more contracts. In conjunction with program leadership, developing project technical specifications, preparing procurement requests, and assisting the Contracting Officer in proposal review, source selection, and other aspects of the

A461

procurement process. Post-award, monitoring contractor's technical, managerial, and financial performance through on-site inspections, document reviews, and meetings with key personnel.

## Requirements

### Conditions of employment

- Relocation will not be paid.

- You may be subject to serve a one-year probationary period.

- Males 18 and over must be registered with the Selective Service.

- Must be a US Citizen

- Must complete a Background Investigation and Fingerprint check.

**You must meet all qualification requirements within 30 days of the closing date of this vacancy announcement.**

If you are a current federal employee, you must meet all time-in-grade and time-after competitive appointment qualifications within 30 days of the closing date of this vacancy announcement. To verify that you meet these requirements, we will review your responses to the core eligibility questions on the occupational questionnaire, as well as your submitted resume and required documents. To make an accurate determination, you will need to include on your resume your federal position title, pay plan, occupational series, grade level, agency, dates for which you held the grade level (stated as MM/YYYY to MM/YYYY, OR MM/YYYY to PRESENT), and total hours worked per week. Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional; philanthropic; religious; spiritual; community, student, social).

### Qualifications

Minimum Qualification Requirements
You may meet the minimum qualifications for the GS-14, if you possess the specialize experience below.

Specialized Experience for the GS-14
One year of experience in either federal or non-federal service that is equivalent to at least a GS-13 performing two (2) out of three (3) of the following duties or work assignments:
1. Experience leading teams responsible for the development or administration of student assessments, such as National Assessment of Educational Progress (NAEP) or statewide assessment programs.
2. Experience supporting the acquisition of education research services that support the administration or the design and implementation of national or state-wide student assessment programs.
3. Experience communicating about operational plans for, or about findings arising from, national or state-wide student assessment programs for both technical and non-technical audiences.

Knowledge, Skills, and Abilities (KSAs) - Assessment Development Expert GS-1730-14
The quality of your experience will be measured by the extent to which you possess the following knowledge, skills and abilities (KSAs). You do not need to provide separate narrative responses to these KSAs, as they will be measured by your responses to the occupational questionnaire (you may preview the occupational questionnaire by clicking the link at the end of the Evaluations section of this vacancy

announcement).

1. Ability to design content appropriate to a national assessment of students' academic knowledge.
2. Knowledge of monitoring contracts that have been issued to procure work in the education sciences.
3. Ability to analyze and synthesize data arising from the implementation of national assessment of student knowledge for the purpose of program improvement.
4. Knowledge of industry-standard procedures for content development and quality assurance.

Knowledge, Skills, and Abilities (KSAs) - Assessment Administration Expert GS-1730-14
The quality of your experience will be measured by the extent to which you possess the following knowledge, skills and abilities (KSAs). You do not need to provide separate narrative responses to these KSAs, as they will be measured by your responses to the occupational questionnaire (you may preview the occupational questionnaire by clicking the link at the end of the Evaluations section of this vacancy announcement).

1. Knowledge of planning and executing education research studies conducted at scale.
2. Skill on the design and conduct of assessments of students' academic knowledge.
3. Ability to develop solutions that advance strategic priorities for major national data collection and authoritative source of technical input on assessment administration operations.
4. Ability to communicate orally and in writing to formally present results.

5. Knowledge of monitoring procurement contracts in the education sciences.

## Education

This position has a positive education requirement.

**EDUCATION RESEARCH GS-1730**

**Basic Requirements**

Degree: that included or was supplemented by at least 24 semester hours in a field related to the work of the position to be filled, of which at least one course was in research methods and at least two courses were in statistics.

or

Combination of education and experience - at least 24 semester hours in a field related to the work of the position to be filled, including at least one course in research methods and two courses in statistics, plus appropriate experience or additional education. The experience must have demonstrated (1) a thorough knowledge of the principles underlying the work of this series, and (2) understanding, both theoretical and practical, of the methods and techniques applied in performing work in this series.

**Foreign Education:**

Education completed in foreign colleges or universities may be used to meet education requirements if you can show that the foreign education is comparable to that received in an accredited educational institution in the United States. It is your responsibility to provide such evidence when applying. If you are using foreign education to meet qualification requirements, you must submit a Certificate of Foreign Equivalency with your transcript in order to receive credit for that education.  For further information, please click Foreign Education.

## Additional information

A463

Veterans' Career Counseling: If you are a veteran interested in receiving tips on preparing a Federal resume and/or how to prepare for an interview, you may email sro_recruiting@ed.gov to schedule a session with a career counselor ("Veterans Counseling Session" should be placed in the subject line of the email).

Student Loan Default: If selected for this position, we will verify that you have not defaulted on any loan funded or guaranteed by the U.S. Department of Education. If you are found to be in default, we will contact you to make arrangements for repayment prior to making an official offer of employment.

Suitability and Investigation: If selected for this position, you will be required to complete the Declaration for Federal Employment (OF-306) to determine your suitability for federal employment and successfully complete a pre-appointment investigation/background check.

Essential/Non-Essential: This position is considered non-essential for purposes of reporting to work during federal government closures.

Financial Disclosure: This position does not require financial disclosure.

Bargaining Unit: This position is included in the bargaining unit (American Federation of Government Employees (AFGE) Local 252).

Selections: Agencies have broad authority under law to hire from any appropriate source of eligibles and may fill a vacancy in the competitive service by any method authorized. We may make additional selections from this vacancy announcement within 90 days from the date the selection certificates are issued, should vacancies occur. We may also share selection certificates amongst program offices across the agency.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

## Benefits   +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. [Learn more about federal benefits](#).

As an ED employee, you will also benefit from our family-friendly work environment. As part of our commitment to maintain a work life balance, we offer excused leave for Parent/Teacher Conferences (3 hours); excused leave for annual health screenings (4 hours); and matching leave for community volunteer service. Other flexibilities that may be available to you include alternative work schedules. You may be eligible to receive a recruitment incentive for this position. To receive this incentive payment, you will be required to sign a service agreement obligating you to remain with the U.S. Department of Education for a specified period as agreed upon. You may be eligible to receive a relocation incentive for this position. To receive this incentive payment, you will be required to sign a service agreement obligating you to remain with the U.S. Department of Education for a specified period as agreed upon. You may be eligible to participate in the Student Loan Repayment Program as a recruitment incentive for this position. To receive student loan

A464

repayments, you will be required to sign a service agreement obligating you to remain with the U.S. Department of Education for a specified period as agreed upon.

> Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

**We use a multi-step process to review and evaluate applicants:**

**1. Eligibility and Minimum Qualifications**

Once the vacancy announcement closes, we will review your submitted resume and documents to determine if you meet the eligibility and minimum qualification requirements, including any required education, experience, and/or selective placement factors. You will be rated as ineligible if you are outside of the area of consideration (i.e., who may apply) or your application is missing any required documents. You will be rated as not qualified if you do not possess the minimum qualification requirements.

**2. Rating and Ranking**

If you are found to meet both the eligibility and minimum qualification requirements, we will assess the quality of your experience and the extent to which you possess the required KSAs by comparing your submitted resume and documents against your responses to the occupational questionnaire. (The occupational questionnaire is the list of questions in the automated system that you will have an opportunity to answer once you apply for the position). Based on the outcome of this evaluation, you will be assigned a numerical score (out of 100 possible). If your responses to the occupational questionnaire are not substantiated by your submitted resume, you may be eliminated from receiving further consideration.

**3. Referral and Selection**

If you are found to be amongst the most highly qualified applicants, you will be referred to the selecting official. As part of the assessment and selection process, the selecting official may invite you to participate in a structured interview, check your references, and/or request that you submit a writing sample or complete a written assessment or exercise to further evaluate your qualifications for this position.

**You may preview questions for this vacancy.**

## Required Documents

You must submit (REQUIRED FOR ALL APPLICANTS):

A465

• A resume demonstrating your education, experience, training, and accomplishments as it relates to the qualifications for this position and substantiating your responses to the occupational questionnaire.

**Please limit your resume to 2 pages with the font size no smaller than 10 points.  If your resume is more than 2 pages, only the first 2 pages will be reviewed and considered for the qualifications determination.**

Transcript: • This position has a positive education requirement and requires proof of education for eligibility. You must submit an unofficial transcript that includes the following information: name of accredited institution, major(s), grades earned, completion dates, and quarter and semester hours earned. If any required coursework is not easily recognizable on transcripts, or if you believe a portion of a particular course can be credited toward meeting an educational requirement, you must also provide a memorandum on letterhead from the institution's registrar, dean, or other appropriate official stating the percentage of the course that should be considered to meet the requirement and the equivalent number of units. Unofficial transcripts are acceptable; however, if you are selected for the position, you will be required to produce the original official transcripts. This also applies to ED employees.

If you are a current or former federal employee (including current U.S. Department of Education employees), you must also submit: • A Notification of Personnel Action (SF-50), which demonstrates your competitive status eligibility. To verify your eligibility, we will review your SF-50 to determine your tenure (block 24) and position occupied (block 34). Examples of sufficient SF-50s include appointments, promotions, within-grade increases, and pay adjustments. If you currently hold or previously held a federal position at or above the highest grade of this position or you have/had promotion potential at or above the highest grade of this position, you must also submit an SF-50 documenting your highest grade level held or promotion potential. Examples of sufficient SF-50s include appointments and promotions. • A Copy of your most recent Performance Appraisal and Awards, as applicable. Your performance appraisal and awards are requested to further assess the quality of your experience should your application be referred to the selecting official.

If you are claiming eligibility under the Veterans Employment Opportunities Act (VEOA), you must submit: • A copy of your DD-214 that shows active service and character of discharge, member copy 4 (Separated Members only); OR • A certification of expected discharge or release from active duty under honorable conditions within 120 days from the date of application (Current Active Duty Members only); AND/OR • The Application for 10-Point Veteran Preference (SF-15) AND all documents indicated on the form as proof of type of preference.

If you are claiming eligibility under any Special Hiring Authority, you must submit: • Adequate proof of your eligibility (e.g., Documentation of noncompetitive eligibility as a returned Peace Corps Volunteer, Documentation of noncompetitive eligibility for employment under Schedule A as a person with severe physical disabilities, psychiatric disabilities, and intellectual disabilities.)

Career Transition Assistance Plan (CTAP), or Interagency Career Transition Assistance Plan (ICTAP): Visit the https://www2.ed.gov/about/jobs/open/edhires/ictap.html or https://www2.ed.gov/about/jobs/open/edhires/ctap.html for information on how to apply as a CTAP, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. CTAP/ICTAP applicants must receive a rating of at least 85 out of a possible 100.

**If you are relying on your education to meet qualification requirements:**

A466

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## How to Apply

Step 1: Create a USAJOBS account (if you do not already have one) at www.usajobs.gov.

Step 2: Create a resume using the USAJOBS resume builder. Ensure that your resume demonstrates your education, experience, training, and accomplishments as it relates to the qualifications for this position and substantiates your responses to the occupational questionnaire.

Step 3: Upload any required documents into your USAJOBS account (must be less than 3MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, or Word (DOC or DOCX)).

Step 4: Click "Apply Online" and follow the prompts to complete the occupational questionnaire and attach any required documents. Verify that uploaded documents from USAJOBS transfer into the agency's hiring system. You will have the opportunity to upload any additional required documents in the agency's hiring system. Click "Finish" to submit your application.

NOTE: You may update your application or required documents at any time while the announcement is open by logging into your USAJOBS account, clicking on "Application Status," clicking on the position title, clicking "Update Application," and following the prompts.

In order to receive consideration for this position, you must submit your complete application, including all required documents, by 11:59 PM Eastern Time on the closing date of the vacancy announcement. If the vacancy announcement has an application limit, we recommend that you submit your complete application at the time of initial application. We will not accept any required documentation after the closing date of the vacancy announcement.

If you have any questions regarding submitting your application, please contact the HR Specialist listed under the Agency Contact Information.

**Agency contact information**

 Bethany Lowry

**Phone**
202-987-0203
**Fax**
000-000-0000

A467

**Email**
bethany.lowry@ed.gov
**Address**
*EDUCATION-INSTITUTE OF EDUCATION SCIENCES*
*400 Maryland Ave. S.W.*
*Attn: Human Resources Services*
*Washington, District of Columbia 20202*
*United States*

## Next steps

As an applicant, you may check your application status through your USAJOBS account at any time.  We will also notify you via email of your application status at three key stages in the recruitment process.
1. Once the vacancy announcement closes, we will inform you that your application has been received.
2. After we review your submitted resume and supporting documentation, we will inform you if you are eligible and qualified, if your application was referred to a subject matter expert or panel of subject matter experts for further evaluation, and if you were amongst the most highly qualified candidates referred to the selecting official.
3. Finally, we will inform you of your final disposition for this announcement (e.g., if/when a selection is made, if/when the announcement is cancelled).

# Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A468

U.S. Department of Education

# Vacancy Details

PRINT

VIEW ELIGIBILITY QUESTIONS    VIEW VACANCY QUESTIONS    PRINT VACANCY

## Vacancy Questions Preview

### Grade: 14

\* 1 | GS-14- Choose the one that best describes your education and experience.

| I have 1 year of specialized experience equivalent to the GS-13 level in the Federal government |
| I do not meet the requirement described above |

\* 2 | All Grades - Choose the one that best describes your education and experience.

| I have a college degree that included or was supplemented by at least 24 semester hours in a field related to the work of the position of which at least one course was in research methods and at least two courses were in statistics. |
| I have a combination of education and experience which includes at least 24 semester hours in a field related to the work of the position including at least one course in research methods and two courses in statistics, plus appropriate experience or additional education. |
| I do not meet the requirements above. |

\* 3 | Please indicate which job(s) you are most interested?

| Education Research Analyst, GS-1730-14 (Assessment Administrative Expert) |
| Education Research Analyst, GS-1730-14 (Assessment Development Expert) |

### Grade: All Grades

\* 1 | Are you currently, or have been within the last 5 years, a political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee in the Executive Branch?

| Yes |
| No |

\* 2 | Please indicate below the special hiring authorities under which you are eligible and wish to be considered for selection. You may select more than one response. (Note: to be considered under a special hiring authority, you must indicate your eligibility below. Consideration will only be given to persons who are verified as being eligible under the authorities specified in the "Who May Apply" section of this job announcement and provided supporting documents as requested under the "Required Documents" section.)

| Veterans Recruitment Appointment (VRA) |
| Severe Physical or mental Disability (Schedule A) |
| 30% or More Disable Veteran |
| Former Peace Corps Volunteer |

A469

Current/Former Peace Corps Employee

Military Spouse

Other

Non-applicable

\*   3  | **If** your selection was number 7-"other" to the above question, please specify the Noncompetitive Authority you are applying under. (Maximum length of 250 characters.)

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\*   4  | How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience. (Maximum length of 1200 characters.)

\*   5  | How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired. (Maximum length of 1200 characters.)

\*   6  | In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes. (Maximum length of 1200 characters.)

\*   7  | How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position. (Maximum length of 1200 characters.)

\*   8  | I certify that the above responses are my own words, and I did not use a consultant or AI (such as a large language model [LLM]).

True

False

**VIEW VACANCY DETAILS**

**POWERED BY MONSTER**

Notices

FOIA

Privacy

Accessibility

Security

Information Quality

Inspector General

Whitehouse.gov

USA.gov

Benefits.gov

Regulations.gov

This is a Federal job application system. Providing false information, creating fake IDs, or failing to answer all questions truthfully and completely may be grounds for not hiring, for disbarment from Federal employment, or for dismissal after the applicant begins work. Falsifying a Federal job application, attempting to violate the privacy of others, or attempting to compromise the operation of this system may be punishable by fine or imprisonment (US Code, Title 18, section 1001).

A470

# EXHIBIT U

Case 1:25-cv-13305-GAO    Document 43-21    Filed 11/19/25    Page 2 of 2

---

40d ago / 6:21 PM EST

f  𝕏  ✉  🔗  ✕

## Trump says mass government layoffs will be 'Democrat-oriented'

 **Raquel Coronell Uribe**

Trump said that the reductions in force across the federal government will be "Democrat-oriented," adding that his administration will announce the number of layoffs in the next couple of days. He warned that it will be "a lot."

"It will be Democrat oriented, because we figure, you know, they started this thing, so they should be Democrat-oriented. It'll be a lot, and we'll announce the numbers over the next couple of days, but it'll be a lot of people, all because of the Democrats," Trump said in response to a question in the Oval Office about how many layoffs he has authorized and from which agencies.

"These are largely people that the Democrats want. Many of them will be fired," Trump added.

A472

# EXHIBIT V

A473

 An official website of the United States government

# USAJOBS®

# Consumer Safety Inspector

DEPARTMENT OF AGRICULTURE
Food Safety and Inspection Service
CIRCUIT - VARIES

> ⚠ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

**$5,000 Sign on Bonus, Creditable Service for Annual Leave Accrual, Public Service Loan Forgiveness Program, Accelerated Promotion Program, and Referral Bonus Awards are available.**

Shifts and species will vary based on assignment. For additional information call Laura Hutchison at 919-214-1984 or laura.hutchison@usda.gov.

Employee will primarily work in one or two plants but may be detailed to any shift at any plant in the Raleigh District.

## Overview

Accepting applications

**Open & closing dates**
11/06/2025 to 12/08/2025

**Salary**
$40,332 to - $79,443 per year

Salary determined by duty location of the selectee. Pay shown is based on Rest of US Locality Pay.

**Pay scale & grade**
GS 5 - 9

**Locations**

A474

Few vacancies in the following locations:

**Chesterfield, NJ**

**East Rutherford, NJ**

**Newark, NJ**

**Norma, NJ**

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Occasional travel - Job may occasionally require travel up to 75% and employee may be detailed to any shift at any plant within the specific district for which the selection has been made.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
9

**Job family (Series)**

- 1862 Consumer Safety Inspection

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
No

**Position sensitivity and risk**
Non-sensitive (NS)/Low Risk

**Trust determination process**

- Suitability/Fitness

A475

**Financial disclosure**

No

**Bargaining unit status**

No

---

**Announcement number**
FSIS-26-MCE-12829142-MJM

**Control number**
849573500

# This job is open to

### The public

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

### Career transition (CTAP, ICTAP, RPL)

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Clarification from the agency**

This announcement will be used to collect applications from applicants and will be used to fill vacancies as they become available. Your application is valid for 90 days following the closing date of the announcement. We are not able to predict if or when vacancies will be filled in specific geographic areas. You will be contacted when a position matching your geographic preference becomes available if you are among the best qualified applicants being considered for a position.

# Duties

- YOU WILL/MAY:
- Ensure that regulated establishments produce a safe product by executing appropriate inspection methods, determining non-compliance with regulatory requirements, documenting noncompliance and initiating enforcement action, where warranted.
- Verify that meat and poultry slaughter and/or processing establishment's Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans meet regulatory requirements.
- Verify execution of Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans effectively to prevent unsanitary conditions and adulteration of product.
- Review records, observe plant operations and conduct hands-on verification to ensure compliance with regulatory requirements and prepare detailed documentation (Non-Compliance Records) of

A476

non-compliance with regulatory requirements.

- Determine when regulatory control action is necessary. You will assess whether the plant's corrective or preventative actions are acceptable and effective, if there are trends in non-compliance, or if enforcement action is warranted.

- Conduct regulatory oversight activities inside plants in matters relating to other consumer protections (e.g., economic adulteration and misbranding).

- Have contact with plant managers, owners and others to explain legal and regulatory requirements, discuss operation of the plant's SSOP, HACCP plan and other food safety programs.

- Communicate and defend determinations on non-compliance issues and discuss plans for addressing non-compliance.

- Work with a variety of individuals to resolve problems, clarify differences of interpretation concerning HACCP and other food safety or consumer protection requirements.

- Advise other Agency inspectors, supervisors and officers on inspection and enforcement matters for which you are involved.

- Conduct various samplings, surveys and tests to obtain pertinent data on potential problem areas, industry trends, or other issues of current interest to the Agency.

- Be involved in performing health and safety verification sampling and tests for detection of specific microbes (e.g., salmonella, listeria, etc.), residues or contaminants.

- Assure that products approved for import are in full compliance with all applicable Federal regulations governing the importation of meat and poultry products.

- Authorize entry of all meat or poultry products considered to comply with Federal regulations or refuse entry of any products which violate any of the requirements for admission into this country.

- Coordinate with other Federal agencies (e.g., the Animal and Plant Health Inspection Service or U.S. Customs and Border Protection) on such matters as animal health restrictions and refused entry lots.

# Requirements

## Conditions of employment

- Training as a condition of employment (TCOE) is required. You must begin the training within 90 days of the effective date of your selection, and you must successfully complete it within 12 months of the effective date of your selection.

- You must be a US Citizen or US National.

- Males born after 12/31/1959 must be Selective Service registered or exempt.

- Subject to satisfactory adjudication of background investigation and/or fingerprint check.

- Successful completion of one-year probationary period, unless previously served.

- Successful completion of a pre-employment medical examination.

- Must be at least 18 years of age.

- Successfully pass the E-Verify employment verification check. To learn more about E-Verify, including your rights and responsibilities, visit https://www.e-verify.gov/.

A477

- Direct Deposit: Per Public Law 104-134 all Federal employees are required to have federal payments made by direct deposit to their financial institution.

- If you are selected, you may need to complete a Declaration for Federal Employment (OF-306) prior to being appointed to determine suitability for Federal employment and to authorize a background investigation.

- False statements or responses on a resume or application can jeopardize employment and may be grounds for disciplinary action, including removal from Federal service.

- Should be able to read, speak, write, and effectively communicate in the English language.

## Qualifications

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including specialized experience and/or education, as defined below.

**Specialized experience:**

Specialized experience is experience that provided you with knowledge of the properties and characteristics of regulated food commodities or other products for human consumption. Such experience may have been acquired in work such as consumer safety inspector or inspection aide, food inspector, public health inspector, quality inspection specialist, or similar position with responsibility for sampling, quality control and sanitation in a food manufacturing or production environment, or similar environment for other ingestible items.

See specific grade level specialized experience definitions below.

**For the GS-05 Level:** Applicants must have at least 52 weeks of qualifying experience that provided knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food or beverages for human consumption, or other ingestible substances, such as pharmaceuticals. You are to show in your resume examples such as applying proper techniques for collecting samples and/or performing field tests and examinations (e.g. identifying abnormalities in the product or production environment and recommending corrective actions), developing written reports and/or reporting findings of results orally (e.g. documenting abnormalities in the product or production environment and communicating those findings to others), and/or skill in maintaining effective personal contacts with a variety of individuals (e.g. discussing findings with internal or external contacts regarding the food safety standards established in the production environment), or other similar work making determinations on products for human consumption or the production environment (e.g. ensuring conformance with established standards). Such experience may have been acquired working positions such as consumer safety inspector or inspection aid, food inspector, public health inspector, quality inspection specialist, or other related position.

**For the GS-07 Level:** In addition to the qualifications above, applicants must have at least one year of specialized experience (equivalent to the GS-05 level), and incumbents are expected to have performed standard and recurrent duties on an independent basis. Your resume should demonstrate at least 52 weeks of experience in independently carrying out routine, standard assignments on a regular and recurring basis that provided you with knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food for human consumption, and other ingestible substances, such as pharmaceuticals.

A478

**For the GS-08 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-07 level). In addition to the qualifications above, experience must include working with the Federal Meat, Poultry, and Egg Products Inspection Acts in order to inspect meat, poultry and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

**For the GS-09 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-08 level). In addition to the qualifications above, incumbents are expected to have experience working at a more independent level than lower graded CSIs, which may include duties such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.
Please view OPM's Qualifications Standards, [Consumer Safety Inspector Series, GS-1862](#).

The duties of a Consumer Safety Inspector are performed in a hazardous working environment. For additional information, please click [here](#). The below requirements are not an all-inclusive list. Failure to fully meet a functional requirement is not automatically disqualifying.

## Education

**Education may be used to qualify in lieu of specialized experience as described below.**

**For the GS-05 level:** Successful completion of a full 4-year course of study leading to a bachelor's degree with major study or at least 24 semester hours/credits in any combination of coursework in the areas of: agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. Specialized government or military training may be creditable if it is related directly to this position.
**OR**
A combination of education and specialized experience. In this instance, only education in excess of the first 60 semester hours of a course of study leading to a bachelor's degree (with some related coursework, as described in number 2 above) is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-07 Level:** One full year of directly related graduate education is qualifying for GS-07.
**OR**
A combination of education and specialized experience. In this instance, only graduate education directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

A479

**For the GS-09 Level:** Two full years of directly related graduate education or a directly related master's degree is qualifying for GS-09.
**OR**
A combination of education and specialized experience. In this instance, only graduate education in excess of the first 18 semester hours directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

## Additional information

THIS POSITION REQUIRES A PRE-EMPLOYMENT PHYSICAL: Position Requirements.

**Applicants must:**

- Be physically/medically able to efficiently perform the essential job functions, without being a direct threat to themselves and others.

- Have full range of motion to perform rapid repetitive twisting and working with arms above shoulder level.

- Be able to stand/walk on slippery and uneven floors and catwalks and climbing stairs and ladders.

- Be able to lift, carry, push and pull up to 30lbs, with occasional lifting of up to 50lbs.

- Have manual dexterity of the upper body, including arms, hands, and fingers with a normal sense of touch in both hands.

- Have good near and distance vision, be free of chronic eye disease and have correctable vision of at least 20/40 in one eye.

- Have the ability to distinguish shades of color. Any significant degree of color blindness (more than 25% error rate on approved color plate test) may be disqualifying.

- Individuals with some hearing loss and/or requiring hearing amplification will be assessed on a case-by-case basis.

**Recruitment incentives are offered based on agency staffing needs and budgetary availability; service agreements apply. For detailed incentive information see:** Career Profiles | FSIS.

FSIS is pleased to offer a $5,000 sign on bonus paid out in one lump sum payment. This recruitment incentive requires a signed 2-year service agreement, as well as satisfactory performance and conduct. The service agreement details conditions of receipt and acceptance of the incentive and is provided to new employees prior to entrance on duty. Funds will be collected for any periods of uncompleted service.

Selectees may be eligible for Creditable Service for Annual Leave Accrual (CSALA)Public Service Loan Forgiveness Program visit: PSLF Program. The positions advertised offer a referral bonus award of $1,000. More than one award may be given subject to criteria being met. Current FSIS employees may be eligible for this award if they refer an applicant who later enters on duty and works at least 90 days with successful performance and conduct. The referred employee will have an opportunity to list the referring employee during the application process. There are some required restrictions on this award. Ineligible employees include: Employees whose regular, recurring jobs include the recruitment of new

A480

employees; Employees who are otherwise excluded from receiving Achievement Awards; Selecting officials or other persons associated with the selection process of the referred employee; and any of the following relatives of the referred employee: Spouse, or parents thereof; Children (stepchildren/adopted), and spouses thereof; Parents (stepparents); Siblings,(stepsiblings), and spouses thereof; Any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

**This position is eligible for the Consumer Safety Inspector Accelerated Promotion Program. This program makes exceptions to the time-in-grade and qualification requirements to allow a single accelerated career ladder promotion to a GS-7 or GS-8 in less than 1-year. A mandatory training plan must be successfully completed before an individual is eligible to be promoted under this program.**

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

| Benefits | + |
|---|---|

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Applications will be evaluated in accordance with Office of Personnel Management's (OPM) Delegated Examining Procedures using category rating. Applicant who meet basic minimum qualifications will be placed in one of three categories: Best Qualified, Well Qualified, or Qualified. Within these categories, applicants eligible for Veterans' Preference will receive selection priority over non-veterans. Category placement will be determined based on the applicant's quality of experience and the extent the possess the following competencies:

- **Attention to Detail**
- **Decision Making**
- **Dependability**
- **Flexibility**
- **Interpersonal Skills**
- **Resilience**

A481

- **Self Management**

Your application, including the online Assessment Questionnaire, will be reviewed to determine if you meet (a) minimum qualification requirements and (b) the resume supports the answers provided to the job-specific questions. Your resume must clearly support your responses to all the questions addressing experience and education relevant to this position.

Applicants who meet the basic minimum qualification requirements and are determined to be among the best qualified candidates will be referred to the hiring manager for consideration.

Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career Transition Assistance Plan (ICTAP): Visit the OPM website for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 80 out of a possible 100.

**REMINDER** Applicants - Be sure that experience/education as described on your resume contains accurate and sufficiently detailed information to clearly demonstrate that you have the listed competencies. All information used to evaluate your application must be received by the closing date of the announcement. Once the position is closed, no additional information will be accepted.

**Note:** If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, your rating may be lowered to more accurately reflect the submitted documentation. Please follow instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to and including removal from Federal service.

Clicking the link below will present a preview of the application form; i.e. the online questionnaire. The application form link below will only provide a preview and does not initiate the application process. To initiate the online application process, click the "Apply" button to the right.

To view the application form, visit:https://apply.usastaffing.gov/ViewQuestionnaire/12829142

# Required Documents

The following documents are required for your applicant package to be complete. Encrypted documents will not be accepted. Failure to submit required, legible documents may result in loss of consideration.

Resume that includes: **Personal Information:** name, address, contact information; **Education; Work Experience** related to this position as described in the major duties including work schedule, hours worked per week, dates of employment; title, series, grade (if applicable); **other qualifications**. **Resume cannot exceed 2 pages**.

- Your application may be disqualified if you include any of the information listed here: What should I leave out of my resume?

If education is required or you are using education to qualify, you must submit a copy of ***all relevant*** college transcripts. An unofficial copy is sufficient with the application if it includes your name and the

A482

necessary course information; however, if you are selected, you will be required to submit official transcripts prior to entering on duty. Education must have been successfully obtained from an accredited school, college or university. If any education was completed at a foreign institute, you must submit with your application evidence that the institute was appropriately accredited by an accrediting body recognized by the U.S. Department of Education as equivalent to U.S. education standards. There are private organizations that specialize in this evaluation and a fee is normally associated with this service. For a list of private organizations that evaluate education, visit the NACES website. All transcripts must be in English or include an English translation.

If claiming Veterans' Preference, you must submit a DD-214, Certificate of Release from Active Duty, which shows dates of service and discharge under honorable conditions. If currently on active duty, you must submit a certification of expected discharge or release from active duty service under honorable conditions not later than 120 days after the date the certification is submitted. Veterans' Preference must be verified prior to appointment. Without this documentation, you will not receive Veterans' Preference, and your application will be evaluated based on the material(s) submitted.

If claiming 10-point Veterans' Preference, you must provide the DD-214 or certification requirements (see above bullet), plus the proof of entitlement of this preference as listed on the SF-15 Application for 10-point Veterans' Preference. The SF-15 should be included but is not required. Failure to submit these documents could result in the determination that there is insufficient documentation to support your claim for 10-point preference. For more information on Veterans' Preference visit FedsHireVets.

**Surplus or displaced employees eligible for CTAP, RPL, or ICTAP** priority must provide: proof of eligibility (RIF separation notice, notice of proposed removal for declining a transfer of function or directed reassignment to another commuting area, notice of disability annuity termination), SF-50 documenting separation (as applicable), current performance appraisal with rating of at least "Fully Successful" or equivalent, and your most recent SF-50 noting position, grade level, and duty location with your application per 5 CFR 330.

> **If you are relying on your education to meet qualification requirements:**
>
> Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.
>
> Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## How to Apply

Please read the entire announcement and all instructions before you begin. You must complete this application process and submit all required documents electronically by 11:59p.m. Eastern Time (ET) on the closing date of this announcement.

Applying online is highly encouraged. We are available to assist you during business hours (normally 8:00a.m. - 4:00p.m., Monday - Friday). If applying online poses a hardship, contact the Agency Contact listed below well before the closing date for an alternate method. All hardship application packages must be complete and submitted no later than noon ET on the closing date of the announcement to be

A483

entered into the system prior to its closing. **Resumes must not exceed two pages.**

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

**Alternative Methods for Applying:** If you are unable to apply using the internet, please fax your request for an application package along with your name and mailing address to HR: 1-833-840-9219.

To begin, click "Apply" and follow the instructions to complete the Assessment Questionnaire and attach your resume and all required documents.

Please verify that documents you are uploading from USAJOBs transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Uploaded documents must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT or Word (DOC or DOCX). Do not upload Adobe Portfolio documents because they are not viewable. Please ensure your resume does not exceed two pages. **Applicants who submit a resume that exceeds two pages will be removed from consideration.**

Our office cannot be responsible for incompatible software, your system failure, etc.

### Agency contact information

 Malory Mallery

**Phone**
612-852-7623
**Email**
malory.mallery@usda.gov
**Address**
*Food Safety and Inspection Service*
*1400 Independence Ave SW*
*Washington, DC 20250*
*US*

## Next steps

Your application will be reviewed to verify that you meet the eligibility and qualification requirements for the position prior to issuing referral lists to the selecting official. If further evaluation or interviews are required, you will be contacted. Log in to your USAJOBS account to check your application status.

You must choose to turn on email notifications in your USAJOBS profile if you want to receive important email notifications that may impact your applicant experience (e.g. If you start an application and do not submit it prior to the closing date, USAJOBS will send an email reminder that the closing date is approaching and your application is in an incomplete status).

This announcement may be used to fill additional like vacancies should any occur in the announced duty location(s).

Under the Fair Chance Act, agencies are not allowed to request information about an applicant's criminal history until a conditional offer of employment has been made, except as allowed for access to classified information; assignment to national security duties or positions; acceptance or retention in the armed forces; or recruitment of a Federal law enforcement officer. An applicant may submit a complaint or any other information related to an organization's alleged noncompliance with the Fair Chance Act. The complaint must be submitted within 30 calendar days of the date of the alleged noncompliance. To make a Fair Chance Act inquiry or complaint, send an email with the appropriate information to fsis.fca@usda.gov, subject line: Fair Chance Act.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request

## Additional locations

📍 **Trenton, NJ**

📍 **Warren, NJ**

**OPM | USAJOBS**

USAJOBS is a United States Office of Personnel Management website.

A485

| | Position Title | Consumer Safety Inspector |
|---|---|---|
| Food Safety and Inspection Service Logo | Agency | Food Safety and Inspection Service |
| | Announcement Number | FSIS-26-MCE-12829142-MJM |
| | Open Period | Thursday, November 6, 2025 to Monday, December 8, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

\* 2. Are you a current USDA employee who meets the definition of a "surplus" or "displaced" employee, in which received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF)? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy;  **AND,**
• you are applying to a position that is at or below the grade level of the position from which you will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 3. Are you a current or former federal employee displaced from a position in a Federal agency other than USDA? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy;  **AND,**
• you are applying to a position that is at or below the grade level of the position from which you were or will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

 For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 4. Have you registered for reemployment consideration **AND** meet one of the below:

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?
**OR**
• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes
○ No

A486

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?

**OR**

• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes

○ No

## Preferences

\* 1. 2-PAGE LIMIT ACKNOWLEDGEMENT - I understand that my resume cannot exceed 2-pages in length for the initial qualification determination. If my resume exceeds two pages, then I understand I will be removed from consideration.

For more information on what to include in your resume, see the "Required Documents" and "How to Apply" sections of the vacancy announcement.

○ Yes

○ No

\* 2. <u>**Potential Variation in Shift, Duty Location, and Amount of Travel:**</u>

Vacancy shift, duty location, and amount of travel may be frequent. I am willing to accept a position that includes the following (select all that apply):

☐ A. 1st Shift

☐ B. 2nd Shift

☐ C. 3rd Shift

☐ D. Rotating Shifts

☐ E. Varying shifts with frequent travel (50%-75% of the time)

☐ F. Varying shifts with very frequent travel (76% or more of the time)

\* 3. Select the location(s) you want to be considered for. You must choose at least one location.

☐ A. Chesterfield, NJ

☐ B. East Rutherford, NJ

☐ C. Newark, NJ

☐ D. Norma, NJ

☐ E. Trenton, NJ

☐ F. Warren, NJ

\* 4. I certify, to the best of my knowledge and belief, all the information submitted by me with my application for employment is true, complete, and made in good faith, and that I have truthfully and accurately represented my work experience, knowledge, skills, abilities and education (degrees, accomplishments, etc.). I understand that the information provided may be investigated. I understand that misrepresenting my experience or education, or providing false or fraudulent information in or with my application may be grounds for not hiring me or for terminating me after I begin work. I also understand that false or fraudulent statements may be punishable by fine or imprisonment (18 U.S.C. 1001).

○ Yes

○ No

\* 5. DOCUMENT UPLOADS - I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes

○ No

\* 6. Are you a current or former Political appointee, Presidential appointee, and/or non-career Senior Executive Service (SES) appointee?

○ Yes

○ No

\* 7. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

A487

appointee.

○ Yes

○ No

* 7. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

☐ E. Local Billboard

☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event

☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

* 8. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

[text box]

* 9. Were you referred to apply for this position by a current FSIS employee?

○ Yes

○ No

* 10. If you answered "Yes" to the previous question, please list the name of the current FSIS employee who referred you and their email address. Please only list only one person (if you list more than one it will invalidate the response):

[text box]

## Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

[text box]

* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

[text box]

* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

[text box]

A488

3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes
○ No

## Assessment 1

For the next 8 questions concerning required number of weeks of specialized experience, that amount of time may be reduced if you completed an CSI accelerated promotion program and should be documented on your resume.

Select "Yes" or "No" to the following question(s).

* 1. I am a GS-05 or have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 2. Please select the answer that describes your qualifications for this position for the GS-5. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

○ I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the announcement text for the GS-05. This experience is typically in or related to work in the Meat/Poultry or other Food Industries, Public Health or Quality Inspection that involves basic skill in collecting samples and/or performing tests or examinations, and/or developing written reports and/or reporting results, and/or maintaining effective personal contacts with a variety of individuals, and/or ensuring conformance with established standards such as Sanitation Standard Operating Procedures (SSOP) or Good Manufacturing Principles (GMP) (See full specialized experience definition in the vacancy announcement text).

○ I have successfully completed, (or expect to complete within 9 months), a full 4-year course of study leading to a bachelor's degree with at least 24 semester hours of coursework in the agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement to receive credit for my education.

○ I have a combination of experience and education that is equivalent to 1 year of specialized experience. I understand that qualifying education is that which is in excess of the first 60 semester hours of college and is in the course areas listed above. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement. Experience is shown on my resume in months/years, is thoroughly described, and is full time unless indicated otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will automatically be screened out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

* 3. I am a GS-07 or have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 4. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you

A489

○ No

\* 4. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

○ I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

Select "Yes" or "No" to the following question(s).

\* 5. I am a GS-08 or have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

\* 6. Please select the answer that describes your qualifications for this position for the GS-08. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working with the Federal Meat, Poultry, and Egg Products Inspection Acts to inspect meat, poultry, and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

○ I do not meet the specialized experience requirement that is stated above.

Select "Yes" or "No" to the following question(s).

\* 7. I am a GS-09 or have at least 52 weeks of specialized experience at the GS-08 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

\* 8. Please select the answer that describes your qualifications for this position for the GS-09. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working at a more independent level than lower graded CSIs, such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

○ I have completed, (or expect to complete within 9 months), two full years of graduate education or a master's degree that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

\* 9. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes
○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

A490

○ I do not meet any of the specialized experience or education requirements that are stated above.

* 9. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes

○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

* 10. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 11. Before having to make an important decision at work, I would typically:

○ Make sure my decision is consistent with my organization's goals

○ Review relevant rules and regulations

○ Talk it over with my supervisor

○ Consult those who will be impacted by the decision

* 12. Compared to my peers, people come to me for advice:

○ Much more often than most

○ Somewhat more often than most

○ About the same as most

○ Somewhat less often than most

○ Much less often than most

* 13. How often did your previous supervisors (or instructors if not previously employed) return written work to correct little errors that you had made?

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree

A491

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 17. I wait until I have all the facts before I take action:

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 18. I work best when I have a schedule that is often unpredictable.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 19. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 20. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 21. My peers would describe my behavior with a group of people whom I have just met as:

A492

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12829142

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

\* 21. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place

○ Tending to act independently and not get involved in the group conversation

○ Enjoying listening to the conversation of others

○ Joining eagerly into any conversation that starts

○ Taking the lead in starting the conversation

\* 22. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 23. My peers would say when I start something new, I always see it through to the end.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 24. My peers would say they can rely on me for guidance and advice, even when I am under stress.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 25. In the past, I would inform my supervisors (or instructors if not previously employed) of an issue or concern:

○ Immediately after I discovered the issue

○ After enough time passed to determine whether there was really an issue

○ After I had attempted to resolve the issue myself

○ After the issue became very problematic

○ After I was advised to seek guidance

\* 26. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available

○ Learning ways of doing the work better

○ Doing work that ties in with overall issues that are important to my group (or class)

○ Getting my work done without friction with authorities or others

○ Doing careful work without errors

\* 27. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 28. In which of the following areas do people who know you consider to be your biggest strength?

A493

27. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 28. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly

○ Composing effective written reports

○ Working with and getting along with other people

○ Speaking and expressing myself effectively to others

○ Working well under pressure

* 29. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:

○ Superior

○ Above average

○ Average

○ Below average

○ Don't know

* 30. My previous supervisors (or instructors if not previously employed) would say that I often did more than what was expected of me.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 31. My previous supervisors (or instructors if not previously employed) would say that the statement most true of me is that I would:

○ Arrive early for commitments

○ Work quickly and efficiently

○ Volunteer for additional assignments

○ Be thorough in performing my work

○ Provide guidance or assistance to peers in need

* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree

A494

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12829142

○ Be thorough in performing my work

Provide guidance or assistance to peers in need

\* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

Select "Yes" or "No" to the following question(s).

\* 35. I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes
○ No

\* 36. I understand that for my application to be considered, I must answer all questions, submit all required documents, and click "Submit" at the end. If I go back into my application, after submission, to review, make adjustments, or add attachments, I must click the "Submit" button again in order for my application to be re-submitted.

○ Yes
○ No

\* 37. I understand for information on the status of my application and the outcome of the application process, I (the applicant) must inquire through USAJOBS. No separate notification will be sent to me. To view the status of my application and the outcome of the application process, I must go to the USAJOBS website and log into My Account. Once in My Account I must enter the "Application Status" section of the website.

○ Yes
○ No

A495

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12829142

 An official website of the United States government

# USAJOBS®

# Consumer Safety Inspector

DEPARTMENT OF AGRICULTURE
Food Safety and Inspection Service
CIRCUIT - VARIES

> ⚠️ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

**$5,000 Sign on Bonus, Creditable Service for Annual Leave Accrual, Public Service Loan Forgiveness Program, Accelerated Promotion Program, and Referral Bonus Awards are available.**

Shifts and species will vary based on assignment. For additional information call Laura Hutchison at 919-214-1984 or laura.hutchison@usda.gov

Employee will primarily work in one plant but may be detailed to any shift at any plant in the Raleigh District.

## Overview

Accepting applications

**Open & closing dates**
11/06/2025 to 12/08/2025

**Salary**
$40,332 to -$79,443 per year

Salary determined by duty location of the selectee. Pay shown is based on Rest of US Locality Pay.

**Pay scale & grade**
GS 5 - 9

**Locations**

A496

Many vacancies in the following locations:

- **Dayton, VA**

- **Harrisonburg, VA**

- **New Market, VA**

- **Timberville, VA**

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Occasional travel - Job may occasionally require travel up to 75% and employee may be detailed to any shift at any plant within the specific district for which the selection has been made.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
9

**Job family (Series)**

- 1862 Consumer Safety Inspection

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
No

**Position sensitivity and risk**
Non-sensitive (NS)/Low Risk

**Trust determination process**

- Suitability/Fitness

A497

**Financial disclosure**
No

**Bargaining unit status**
No

---

**Announcement number**
FSIS-26-MCE-12828940-JM

**Control number**
849576400

# This job is open to

 **The public**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

 **Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Clarification from the agency**

This announcement will be used to collect applications from applicants and will be used to fill vacancies as they become available. Your application is valid for 90 days following the closing date of the announcement. We are not able to predict if or when vacancies will be filled in specific geographic areas. You will be contacted when a position matching your geographic preference becomes available if you are among the best qualified applicants being considered for a position.

# Duties

- YOU WILL/MAY:
- Ensure that regulated establishments produce a safe product by executing appropriate inspection methods, determining non-compliance with regulatory requirements, documenting noncompliance and initiating enforcement action, where warranted.
- Verify that meat and poultry slaughter and/or processing establishment's Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans meet regulatory requirements.
- Verify execution of Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans effectively to prevent unsanitary conditions and adulteration of product.
- Review records, observe plant operations and conduct hands-on verification to ensure compliance with regulatory requirements and prepare detailed documentation (Non-Compliance Records) of

A498

non-compliance with regulatory requirements.

- Determine when regulatory control action is necessary. You will assess whether the plant's corrective or preventative actions are acceptable and effective, if there are trends in non-compliance, or if enforcement action is warranted.

- Conduct regulatory oversight activities inside plants in matters relating to other consumer protections (e.g., economic adulteration and misbranding).

- Have contact with plant managers, owners and others to explain legal and regulatory requirements, discuss operation of the plant's SSOP, HACCP plan and other food safety programs.

- Communicate and defend determinations on non-compliance issues and discuss plans for addressing non-compliance.

- Work with a variety of individuals to resolve problems, clarify differences of interpretation concerning HACCP and other food safety or consumer protection requirements.

- Advise other Agency inspectors, supervisors and officers on inspection and enforcement matters for which you are involved.

- Conduct various samplings, surveys and tests to obtain pertinent data on potential problem areas, industry trends, or other issues of current interest to the Agency.

- Be involved in performing health and safety verification sampling and tests for detection of specific microbes (e.g., salmonella, listeria, etc.), residues or contaminants.

- Assure that products approved for import are in full compliance with all applicable Federal regulations governing the importation of meat and poultry products.

- Authorize entry of all meat or poultry products considered to comply with Federal regulations or refuse entry of any products which violate any of the requirements for admission into this country.

- Coordinate with other Federal agencies (e.g., the Animal and Plant Health Inspection Service or U.S. Customs and Border Protection) on such matters as animal health restrictions and refused entry lots.

# Requirements

## Conditions of employment

- Training as a condition of employment (TCOE) is required. You must begin the training within 90 days of the effective date of your selection, and you must successfully complete it within 12 months of the effective date of your selection.

- You must be a US Citizen or US National.

- Males born after 12/31/1959 must be Selective Service registered or exempt.

- Subject to satisfactory adjudication of background investigation and/or fingerprint check.

- Successful completion of one-year probationary period, unless previously served.

- Successful completion of a pre-employment medical examination.

- Must be at least 18 years of age.

- Successfully pass the E-Verify employment verification check. To learn more about E-Verify, including your rights and responsibilities, visit https://www.e-verify.gov/.

A499

- Direct Deposit: Per Public Law 104-134 all Federal employees are required to have federal payments made by direct deposit to their financial institution.

- If you are selected, you may need to complete a Declaration for Federal Employment (OF-306) prior to being appointed to determine suitability for Federal employment and to authorize a background investigation.

- False statements or responses on a resume or application can jeopardize employment and may be grounds for disciplinary action, including removal from Federal service.

- Should be able to read, speak, write, and effectively communicate in the English language.

## Qualifications

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including specialized experience and/or education, as defined below.

**Specialized experience:**

Specialized experience is experience that provided you with knowledge of the properties and characteristics of regulated food commodities or other products for human consumption. Such experience may have been acquired in work such as consumer safety inspector or inspection aide, food inspector, public health inspector, quality inspection specialist, or similar position with responsibility for sampling, quality control and sanitation in a food manufacturing or production environment, or similar environment for other ingestible items.

See specific grade level specialized experience definitions below.

**For the GS-05 Level:** Applicants must have at least 52 weeks of qualifying experience that provided knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food or beverages for human consumption, or other ingestible substances, such as pharmaceuticals. You are to show in your resume examples such as applying proper techniques for collecting samples and/or performing field tests and examinations (e.g. identifying abnormalities in the product or production environment and recommending corrective actions), developing written reports and/or reporting findings of results orally (e.g. documenting abnormalities in the product or production environment and communicating those findings to others), and/or skill in maintaining effective personal contacts with a variety of individuals (e.g. discussing findings with internal or external contacts regarding the food safety standards established in the production environment), or other similar work making determinations on products for human consumption or the production environment (e.g. ensuring conformance with established standards). Such experience may have been acquired working positions such as consumer safety inspector or inspection aid, food inspector, public health inspector, quality inspection specialist, or other related position.

**For the GS-07 Level:** In addition to the qualifications above, applicants must have at least one year of specialized experience (equivalent to the GS-05 level), and incumbents are expected to have performed standard and recurrent duties on an independent basis. Your resume should demonstrate at least 52 weeks of experience in independently carrying out routine, standard assignments on a regular and recurring basis that provided you with knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food for human consumption, and other ingestible substances, such as pharmaceuticals.

A500

**For the GS-08 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-07 level). In addition to the qualifications above, experience must include working with the Federal Meat, Poultry, and Egg Products Inspection Acts in order to inspect meat, poultry and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

**For the GS-09 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-08 level). In addition to the qualifications above, incumbents are expected to have experience working at a more independent level than lower graded CSIs, which may include duties such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.
Please view OPM's Qualifications Standards, [Consumer Safety Inspector Series, GS-1862](#).

The duties of a Consumer Safety Inspector are performed in a hazardous working environment. For additional information, please click [here](#). The below requirements are not an all-inclusive list. Failure to fully meet a functional requirement is not automatically disqualifying.

## Education

**Education may be used to qualify in lieu of specialized experience as described below.**

**For the GS-05 level:** Successful completion of a full 4-year course of study leading to a bachelor's degree with major study or at least 24 semester hours/credits in any combination of coursework in the areas of: agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. Specialized government or military training may be creditable if it is related directly to this position.
**OR**
A combination of education and specialized experience. In this instance, only education in excess of the first 60 semester hours of a course of study leading to a bachelor's degree (with some related coursework, as described in number 2 above) is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-07 Level:** One full year of directly related graduate education is qualifying for GS-07.
**OR**
A combination of education and specialized experience. In this instance, only graduate education directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

A501

**For the GS-09 Level:** Two full years of directly related graduate education or a directly related master's degree is qualifying for GS-09.
**OR**
A combination of education and specialized experience. In this instance, only graduate education in excess of the first 18 semester hours directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

## Additional information

THIS POSITION REQUIRES A PRE-EMPLOYMENT PHYSICAL: Position Requirements.

Applicants must:

- Be physically/medically able to efficiently perform the essential job functions, without being a direct threat to themselves and others.

- Have full range of motion to perform rapid repetitive twisting and working with arms above shoulder level.

- Be able to stand/walk on slippery and uneven floors and catwalks and climbing stairs and ladders.

- Be able to lift, carry, push and pull up to 30lbs, with occasional lifting of up to 50lbs.

- Have manual dexterity of the upper body, including arms, hands, and fingers with a normal sense of touch in both hands.

- Have good near and distance vision, be free of chronic eye disease and have correctable vision of at least 20/40 in one eye.

- Have the ability to distinguish shades of color. Any significant degree of color blindness (more than 25% error rate on approved color plate test) may be disqualifying.

- Individuals with some hearing loss and/or requiring hearing amplification will be assessed on a case-by-case basis.

Recruitment incentives are offered based on agency staffing needs and budgetary availability; service agreements apply. For detailed incentive information see: Career Profiles | FSIS.

FSIS is pleased to offer a $5,000 sign on bonus paid out in one lump sum payment. This recruitment incentive requires a signed 2-year service agreement, as well as satisfactory performance and conduct. The service agreement details conditions of receipt and acceptance of the incentive and is provided to new employees prior to entrance on duty. Funds will be collected for any periods of uncompleted service.

Selectees may be eligible for Creditable Service for Annual Leave Accrual (CSALA)

Public Service Loan Forgiveness Program visit: PSLF Program.

The positions advertised offer a referral bonus award of $1,000. More than one award may be given subject to criteria being met. Current FSIS employees may be eligible for this award if they refer an applicant who later enters on duty and works at least 90 days with successful performance and conduct.

A502

The referred employee will have an opportunity to list the referring employee during the application process. There are some required restrictions on this award. Ineligible employees include: Employees whose regular, recurring jobs include the recruitment of new employees; Employees who are otherwise excluded from receiving Achievement Awards; Selecting officials or other persons associated with the selection process of the referred employee; and any of the following relatives of the referred employee: Spouse, or parents thereof; Children (stepchildren/adopted), and spouses thereof; Parents (stepparents); Siblings,(stepsiblings), and spouses thereof; Any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

**This position is eligible for the Consumer Safety Inspector Accelerated Promotion Program. This program makes exceptions to the time-in-grade and qualification requirements to allow a <u>single</u> accelerated career ladder promotion to a GS-7 or GS-8 in less than 1-year. A mandatory training plan must be successfully completed before an individual is eligible to be promoted under this program.**

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

### Benefits    +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. <u>Learn more about federal benefits</u>.

<u>Review our benefits</u>

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Applications will be evaluated in accordance with Office of Personnel Management's (OPM) Delegated Examining Procedures using category rating. Applicant who meet basic minimum qualifications will be placed in one of three categories: Best Qualified, Well Qualified, or Qualified. Within these categories, applicants eligible for Veterans' Preference will receive selection priority over non-veterans. Category placement will be determined based on the applicant's quality of experience and the extent the possess the following competencies:

- **Attention to Detail**
- **Decision Making**
- **Dependability**
- **Flexibility**

A503

- **Interpersonal Skills**
- **Resilience**
- **Self Management**

Your application, including the online Assessment Questionnaire, will be reviewed to determine if you meet (a) minimum qualification requirements and (b) the resume supports the answers provided to the job-specific questions. Your resume must clearly support your responses to all the questions addressing experience and education relevant to this position.

Applicants who meet the basic minimum qualification requirements and are determined to be among the best qualified candidates will be referred to the hiring manager for consideration.

Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career Transition Assistance Plan (ICTAP): Visit the OPM website for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 80 out of a possible 100.

**REMINDER** Applicants - Be sure that experience/education as described on your resume contains accurate and sufficiently detailed information to clearly demonstrate that you have the listed competencies. All information used to evaluate your application must be received by the closing date of the announcement. Once the position is closed, no additional information will be accepted.

**Note:** If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, your rating may be lowered to more accurately reflect the submitted documentation. Please follow instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to and including removal from Federal service.

Clicking the link below will present a preview of the application form; i.e. the online questionnaire. The application form link below will only provide a preview and does not initiate the application process. To initiate the online application process, click the "Apply" button to the right.

To view the application form, visit: https://apply.usastaffing.gov/ViewQuestionnaire/12828940

## Required Documents

The following documents are required for your applicant package to be complete. Encrypted documents will not be accepted. Failure to submit required, legible documents may result in loss of consideration.

Resume that includes: **Personal Information:** name, address, contact information; **Education; Work Experience** related to this position as described in the major duties including work schedule, hours worked per week, dates of employment; title, series, grade (if applicable); **other qualifications**. **Resume cannot exceed 2 pages.**

A504

- Your application may be disqualified if you include any of the information listed here: What should I leave out of my resume?

If education is required or you are using education to qualify, you must submit a copy of ***all relevant*** college transcripts. An unofficial copy is sufficient with the application if it includes your name and the necessary course information; however, if you are selected, you will be required to submit official transcripts prior to entering on duty. Education must have been successfully obtained from an accredited school, college or university. If any education was completed at a foreign institute, you must submit with your application evidence that the institute was appropriately accredited by an accrediting body recognized by the U.S. Department of Education as equivalent to U.S. education standards. There are private organizations that specialize in this evaluation and a fee is normally associated with this service. For a list of private organizations that evaluate education, visit the NACES website. All transcripts must be in English or include an English translation.

If claiming Veterans' Preference, you must submit a DD-214, Certificate of Release from Active Duty, which shows dates of service and discharge under honorable conditions. If currently on active duty, you must submit a certification of expected discharge or release from active duty service under honorable conditions not later than 120 days after the date the certification is submitted. Veterans' Preference must be verified prior to appointment. Without this documentation, you will not receive Veterans' Preference, and your application will be evaluated based on the material(s) submitted.

If claiming 10-point Veterans' Preference, you must provide the DD-214 or certification requirements (see above bullet), plus the proof of entitlement of this preference as listed on the SF-15 Application for 10-point Veterans' Preference. The SF-15 should be included but is not required. Failure to submit these documents could result in the determination that there is insufficient documentation to support your claim for 10-point preference. For more information on Veterans' Preference visit FedsHireVets.

**Surplus or displaced employees eligible for CTAP, RPL, or ICTAP** priority must provide: proof of eligibility (RIF separation notice, notice of proposed removal for declining a transfer of function or directed reassignment to another commuting area, notice of disability annuity termination), SF-50 documenting separation (as applicable), current performance appraisal with rating of at least "Fully Successful" or equivalent, and your most recent SF-50 noting position, grade level, and duty location with your application per 5 CFR 330.

> **If you are relying on your education to meet qualification requirements:**
>
> Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.
>
> Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

Please read the entire announcement and all instructions before you begin. You must complete this application process and submit all required documents electronically by 11:59p.m. Eastern Time (ET) on the closing date of this announcement.

A505

Applying online is highly encouraged. We are available to assist you during business hours (normally 8:00a.m. - 4:00p.m., Monday - Friday). If applying online poses a hardship, contact the Agency Contact listed below well before the closing date for an alternate method. All hardship application packages must be complete and submitted no later than noon ET on the closing date of the announcement to be entered into the system prior to its closing. **Resumes must not exceed two pages.**

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

**Alternative Methods for Applying:** If you are unable to apply using the internet, please fax your request for an application package along with your name and mailing address to HR: 1-833-840-9219.

To begin, click "Apply" and follow the instructions to complete the Assessment Questionnaire and attach your resume and all required documents.

Please verify that documents you are uploading from USAJOBs transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Uploaded documents must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT or Word (DOC or DOCX). Do not upload Adobe Portfolio documents because they are not viewable. Please ensure your resume does not exceed two pages. **Applicants who submit a resume that exceeds two pages will be removed from consideration.**

Our office cannot be responsible for incompatible software, your system failure, etc.

**Agency contact information**

 James Morrin

**Phone**
612-852-7619
**Email**
james.morrin@usda.gov
**Address**
*Food Safety and Inspection Service*
*1400 Independence Ave SW*
*Washington, DC 20250*
*US*

## Next steps

Your application will be reviewed to verify that you meet the eligibility and qualification requirements for the position prior to issuing referral lists to the selecting official. If further evaluation or interviews are required, you will be contacted. Log in to your USAJOBS account to check your application status.

You must choose to turn on email notifications in your USAJOBS profile if you want to receive important

email notifications that may impact your applicant experience (e.g. If you start an application and do not submit it prior to the closing date, USAJOBS will send an email reminder that the closing date is approaching and your application is in an incomplete status).

This announcement may be used to fill additional like vacancies should any occur in the announced duty location(s).

Under the Fair Chance Act, agencies are not allowed to request information about an applicant's criminal history until a conditional offer of employment has been made, except as allowed for access to classified information; assignment to national security duties or positions; acceptance or retention in the armed forces; or recruitment of a Federal law enforcement officer. An applicant may submit a complaint or any other information related to an organization's alleged noncompliance with the Fair Chance Act. The complaint must be submitted within 30 calendar days of the date of the alleged noncompliance. To make a Fair Chance Act inquiry or complaint, send an email with the appropriate information to fsis.fca@usda.gov, subject line: Fair Chance Act.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A507

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

| | Position Title | Consumer Safety Inspector |
|---|---|---|
| | Agency | Food Safety and Inspection Service |
| | Announcement Number | FSIS-26-MCE-12828940-JM |
| | Open Period | Thursday, November 6, 2025 to Monday, December 8, 2025 |

Food Safety and Inspection Service Logo

## Eligibilities

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

\* 2. Are you a current USDA employee who meets the definition of a "surplus" or "displaced" employee, in which received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF)? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy;  **AND,**
• you are applying to a position that is at or below the grade level of the position from which you will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 3. Are you a current or former federal employee displaced from a position in a Federal agency other than USDA? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy;  **AND,**
• you are applying to a position that is at or below the grade level of the position from which you were or will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

 For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 4. Have you registered for reemployment consideration **AND** meet one of the below:

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?
**OR**
• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes
○ No

A508

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?

**OR**

• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes

○ No

## Preferences

\* 1. 2-PAGE LIMIT ACKNOWLEDGEMENT - I understand that my resume cannot exceed 2-pages in length for the initial qualification determination. If my resume exceeds two pages, then I understand I will be removed from consideration.

For more information on what to include in your resume, see the "Required Documents" and "How to Apply" sections of the vacancy announcement.

○ Yes

○ No

\* 2. Select the location(s) you want to be considered for. You must choose at least one location.

☐ A. Dayton, VA

☐ B. Harrisonburg, VA

☐ C. New Market, VA

☐ D. Timberville, VA

\* 3. <u>**Potential Variation in Shift, Duty Location, and Amount of Travel:**</u>

Vacancy shift, duty location, and amount of travel may be frequent. I am willing to accept a position that includes the following (select all that apply):

☐ A. 1st Shift

☐ B. 2nd Shift

☐ C. 3rd Shift

☐ D. Rotating Shifts

☐ E. Varying shifts with frequent travel (50%-75% of the time)

☐ F. Varying shifts with very frequent travel (76% or more of the time)

\* 4. I certify, to the best of my knowledge and belief, all the information submitted by me with my application for employment is true, complete, and made in good faith, and that I have truthfully and accurately represented my work experience, knowledge, skills, abilities and education (degrees, accomplishments, etc.). I understand that the information provided may be investigated. I understand that misrepresenting my experience or education, or providing false or fraudulent information in or with my application may be grounds for not hiring me or for terminating me after I begin work. I also understand that false or fraudulent statements may be punishable by fine or imprisonment (18 U.S.C. 1001).

○ Yes

○ No

\* 5. DOCUMENT UPLOADS - I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes

○ No

\* 6. Are you a current or former Political appointee, Presidential appointee, and/or non-career Senior Executive Service (SES) appointee?

○ Yes

○ No

\* 7. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

A509

* 7. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

☐ E. Local Billboard

☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event

☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

* 8. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

* 9. Were you referred to apply for this position by a current FSIS employee?

○ Yes

○ No

* 10. If you answered "Yes" to the previous question, please list the name of the current FSIS employee who referred you and their email address. Please only list only one person (if you list more than one it will invalidate the response):

## Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

A510

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828940

Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes
○ No

## Assessment 1

For the next 8 questions concerning required number of weeks of specialized experience, that amount of time may be reduced if you completed an CSI accelerated promotion program and should be documented on your resume.

Select "Yes" or "No" to the following question(s).

* 1. I am a GS-05 or have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 2. Please select the answer that describes your qualifications for this position for the GS-5. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

○ I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the announcement text for the GS-05. This experience is typically in or related to work in the Meat/Poultry or other Food Industries, Public Health or Quality Inspection that involves basic skill in collecting samples and/or performing tests or examinations, and/or developing written reports and/or reporting results, and/or maintaining effective personal contacts with a variety of individuals, and/or ensuring conformance with established standards such as Sanitation Standard Operating Procedures (SSOP) or Good Manufacturing Principles (GMP) (See full specialized experience definition in the vacancy announcement text).
○ I have successfully completed, (or expect to complete within 9 months), a full 4-year course of study leading to a bachelor's degree with at least 24 semester hours of coursework in the agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement to receive credit for my education.
○ I have a combination of experience and education that is equivalent to 1 year of specialized experience. I understand that qualifying education is that which is in excess of the first 60 semester hours of college and is in the course areas listed above. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement. Experience is shown on my resume in months/years, is thoroughly described, and is full time unless indicated otherwise.
○ I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will automatically be screened out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

* 3. I am a GS-07 or have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 4. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

A511

\* 4. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

○ I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

Select "Yes" or "No" to the following question(s).

\* 5. I am a GS-08 or have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

\* 6. Please select the answer that describes your qualifications for this position for the GS-08. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working with the Federal Meat, Poultry, and Egg Products Inspection Acts to inspect meat, poultry, and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

○ I do not meet the specialized experience requirement that is stated above.

Select "Yes" or "No" to the following question(s).

\* 7. I am a GS-09 or have at least 52 weeks of specialized experience at the GS-08 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

\* 8. Please select the answer that describes your qualifications for this position for the GS-09. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working at a more independent level than lower graded CSIs, such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

○ I have completed, (or expect to complete within 9 months), two full years of graduate education or a master's degree that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

\* 9. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes
○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

A512

○ Yes

○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk. Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

* 10. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 11. Before having to make an important decision at work, I would typically:

○ Make sure my decision is consistent with my organization's goals

○ Review relevant rules and regulations

○ Talk it over with my supervisor

○ Consult those who will be impacted by the decision

* 12. Compared to my peers, people come to me for advice:

○ Much more often than most

○ Somewhat more often than most

○ About the same as most

○ Somewhat less often than most

○ Much less often than most

* 13. How often did your previous supervisors (or instructors if not previously employed) return written work to correct little errors that you had made?

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

A513

Infrequently

Rarely or never

* 14. I get frustrated when I have to consider many small details just to accomplish my work.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 15. I think encountering new situations at work makes a job much more interesting and exciting.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 17. I wait until I have all the facts before I take action:
○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

* 18. I work best when I have a schedule that is often unpredictable.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 19. I would prefer a job where I know in advance what tasks I have to do each day.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 20. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:
○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

* 21. My peers would describe my behavior with a group of people whom I have just met as:
○ Tending not to get into group situations in the first place
○ Tending to act independently and not get involved in the group conversation

A514

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828940

Infrequently

Rarely or never

* 21. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place

○ Tending to act independently and not get involved in the group conversation

○ Enjoying listening to the conversation of others

○ Joining eagerly into any conversation that starts

○ Taking the lead in starting the conversation

* 22. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 23. My peers would say when I start something new, I always see it through to the end.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 24. My peers would say they can rely on me for guidance and advice, even when I am under stress.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 25. In the past, I would inform my supervisors (or instructors if not previously employed) of an issue or concern:

○ Immediately after I discovered the issue

○ After enough time passed to determine whether there was really an issue

○ After I had attempted to resolve the issue myself

○ After the issue became very problematic

○ After I was advised to seek guidance

* 26. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available

○ Learning ways of doing the work better

○ Doing work that ties in with overall issues that are important to my group (or class)

○ Getting my work done without friction with authorities or others

○ Doing careful work without errors

* 27. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 28. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly

○ Composing effective written reports

A515

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 28. In which of the following areas do people who know you consider to be your biggest strength?
○ Learning new things quickly
○ Composing effective written reports
○ Working with and getting along with other people
○ Speaking and expressing myself effectively to others
○ Working well under pressure

* 29. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:
○ Superior
○ Above average
○ Average
○ Below average
○ Don't know

* 30. My previous supervisors (or instructors if not previously employed) would say that I often did more than what was expected of me.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 31. My previous supervisors (or instructors if not previously employed) would say that the statement most true of me is that I would:
○ Arrive early for commitments
○ Work quickly and efficiently
○ Volunteer for additional assignments
○ Be thorough in performing my work
○ Provide guidance or assistance to peers in need

* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.
○ Strongly agree
○ Agree

A516

○ Be thorough in performing my work

○ Provide guidance or assistance to peers in need

* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

Select "Yes" or "No" to the following question(s).

* 35. I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes

○ No

* 36. I understand that for my application to be considered, I must answer all questions, submit all required documents, and click "Submit" at the end. If I go back into my application, after submission, to review, make adjustments, or add attachments, I must click the "Submit" button again in order for my application to be re-submitted.

○ Yes

○ No

* 37. I understand for information on the status of my application and the outcome of the application process, I (the applicant) must inquire through USAJOBS. No separate notification will be sent to me. To view the status of my application and the outcome of the application process, I must go to the USAJOBS website and log into My Account. Once in My Account I must enter the "Application Status" section of the website.

○ Yes

○ No

© 2025 US Office of Personnel Management
This is a USA Staffing® System

A517

 An official website of the United States government

# USAJOBS®

# Consumer Safety Inspector

DEPARTMENT OF AGRICULTURE
Food Safety and Inspection Service
CIRCUIT - PITTSBURGH, PA

> ⚠ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

**$5,000 Sign on Bonus, Creditable Service for Annual Leave Accrual, Public Service Loan Forgiveness Program, and Referral Bonus Awards are available.**

Shifts and species will vary based on assignment. For additional information call Tisha Smith @ 267-807-7553.

Employee may be detailed to any shift at any plant in the Philadelphia District.

## Overview

<mark>Reviewing applications</mark>

**Open & closing dates**
🕐 11/06/2025 to 11/12/2025

**Salary**
$40,332 to - $79,443 per year

Salary determined by duty location of the selectee. Pay shown is based on Rest of US Locality Pay.

**Pay scale & grade**
GS 5 - 9

**Locations**

A518

📍 **East Berlin, PA**

1 vacancy

📍 **Harrisburg, PA**

1 vacancy

📍 **Howard, PA**

1 vacancy

📍 **Imler, PA**

1 vacancy

**Remote job**

No

**Telework eligible**

No

**Travel Required**

76% or greater - You may be expected to travel for this position.

**Relocation expenses reimbursed**

No

**Appointment type**

Permanent

**Work schedule**

Full-time

**Service**

Competitive

**Promotion potential**

9

**Job family (Series)**

- 1862 Consumer Safety Inspection

**Supervisory status**

No

**Security clearance**

Other

**Drug test**

No

**Position sensitivity and risk**

Non-sensitive (NS)/Low Risk

**Trust determination process**

A519

- [Suitability/Fitness](#)

**Financial disclosure**
[No](#)

**Bargaining unit status**
[No](#)

---

**Announcement number**
FSIS-26-MCE-12830131-JD

**Control number**
849583600

# This job is open to

 **The public**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

 **Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

# Duties

- YOU WILL/MAY:

- Ensure that regulated establishments produce a safe product by executing appropriate inspection methods, determining non-compliance with regulatory requirements, documenting noncompliance and initiating enforcement action, where warranted.

- Verify that meat and poultry slaughter and/or processing establishment's Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans meet regulatory requirements.

- Verify execution of Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans effectively to prevent unsanitary conditions and adulteration of product.

- Review records, observe plant operations and conduct hands-on verification to ensure compliance with regulatory requirements and prepare detailed documentation (Non-Compliance Records) of non-compliance with regulatory requirements.

- Determine when regulatory control action is necessary. You will assess whether the plant's corrective or preventative actions are acceptable and effective, if there are trends in non-compliance, or if enforcement action is warranted.

A520

- Conduct regulatory oversight activities inside plants in matters relating to other consumer protections (e.g., economic adulteration and misbranding).

- Have contact with plant managers, owners and others to explain legal and regulatory requirements, discuss operation of the plant's SSOP, HACCP plan and other food safety programs.

- Communicate and defend determinations on non-compliance issues and discuss plans for addressing non-compliance.

- Work with a variety of individuals to resolve problems, clarify differences of interpretation concerning HACCP and other food safety or consumer protection requirements.

- Advise other Agency inspectors, supervisors and officers on inspection and enforcement matters for which you are involved.

- Conduct various samplings, surveys and tests to obtain pertinent data on potential problem areas, industry trends, or other issues of current interest to the Agency.

- Be involved in performing health and safety verification sampling and tests for detection of specific microbes (e.g., salmonella, listeria, etc.), residues or contaminants.

- Assure that products approved for import are in full compliance with all applicable Federal regulations governing the importation of meat and poultry products.

- Authorize entry of all meat or poultry products considered to comply with Federal regulations or refuse entry of any products which violate any of the requirements for admission into this country.

- Coordinate with other Federal agencies (e.g., the Animal and Plant Health Inspection Service or U.S. Customs and Border Protection) on such matters as animal health restrictions and refused entry lots.

## Requirements

### Conditions of employment

- Training as a condition of employment (TCOE) is required. You must begin the training within 90 days of the effective date of your selection, and you must successfully complete it within 12 months of the effective date of your selection.

- You must be a US Citizen or US National.

- Males born after 12/31/1959 must be Selective Service registered or exempt.

- Subject to satisfactory adjudication of background investigation and/or fingerprint check.

- Successful completion of one-year probationary period, unless previously served.

- Successful completion of a pre-employment medical examination.

- Must be at least 18 years of age.

- Successfully pass the E-Verify employment verification check. To learn more about E-Verify, including your rights and responsibilities, visit https://www.e-verify.gov/.

- Direct Deposit: Per Public Law 104-134 all Federal employees are required to have federal payments made by direct deposit to their financial institution.

- If you are selected, you may need to complete a Declaration for Federal Employment (OF-306) prior to being appointed to determine suitability for Federal employment and to authorize a background

A521

investigation.

- False statements or responses on a resume or application can jeopardize employment and may be grounds for disciplinary action, including removal from Federal service.
- Should be able to read, speak, write, and effectively communicate in the English language.

## Qualifications

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including specialized experience and/or education, as defined below.

**Specialized experience:**

Specialized experience is experience that provided you with knowledge of the properties and characteristics of regulated food commodities or other products for human consumption. Such experience may have been acquired in work such as consumer safety inspector or inspection aide, food inspector, public health inspector, quality inspection specialist, or similar position with responsibility for sampling, quality control and sanitation in a food manufacturing or production environment, or similar environment for other ingestible items.

See specific grade level specialized experience definitions below.

**For the GS-05 Level:** Applicants must have at least 52 weeks of qualifying experience that provided knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food or beverages for human consumption, or other ingestible substances, such as pharmaceuticals. You are to show in your resume examples such as applying proper techniques for collecting samples and/or performing field tests and examinations (e.g. identifying abnormalities in the product or production environment and recommending corrective actions), developing written reports and/or reporting findings of results orally (e.g. documenting abnormalities in the product or production environment and communicating those findings to others), and/or skill in maintaining effective personal contacts with a variety of individuals (e.g. discussing findings with internal or external contacts regarding the food safety standards established in the production environment), or other similar work making determinations on products for human consumption or the production environment (e.g. ensuring conformance with established standards). Such experience may have been acquired working positions such as consumer safety inspector or inspection aid, food inspector, public health inspector, quality inspection specialist, or other related position.

**For the GS-07 Level:** In addition to the qualifications above, applicants must have at least one year of specialized experience (equivalent to the GS-05 level), and incumbents are expected to have performed standard and recurrent duties on an independent basis. Your resume should demonstrate at least 52 weeks of experience in independently carrying out routine, standard assignments on a regular and recurring basis that provided you with knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food for human consumption, and other ingestible substances, such as pharmaceuticals.

**For the GS-08 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-07 level). In addition to the qualifications above, experience must include working with the Federal Meat, Poultry, and Egg Products Inspection Acts in order to inspect meat, poultry and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to

A522

perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

**For the GS-09 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-08 level). In addition to the qualifications above, incumbents are expected to have experience working at a more independent level than lower graded CSIs, which may include duties such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.
Please view OPM's Qualifications Standards, [Consumer Safety Inspector Series, GS-1862](#).

The duties of a Consumer Safety Inspector are performed in a hazardous working environment. For additional information, please click [here](#). The below requirements are not an all-inclusive list. Failure to fully meet a functional requirement is not automatically disqualifying.

## Education

**Education may be used to qualify in lieu of specialized experience as described below.**

**For the GS-05 level:** Successful completion of a full 4-year course of study leading to a bachelor's degree with major study or at least 24 semester hours/credits in any combination of coursework in the areas of: agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. Specialized government or military training may be creditable if it is related directly to this position.
**OR**
A combination of education and specialized experience. In this instance, only education in excess of the first 60 semester hours of a course of study leading to a bachelor's degree (with some related coursework, as described in number 2 above) is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-07 Level:** One full year of directly related graduate education is qualifying for GS-07.
**OR**
A combination of education and specialized experience. In this instance, only graduate education directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-09 Level:** Two full years of directly related graduate education or a directly related master's degree is qualifying for GS-09.
**OR**
A combination of education and specialized experience. In this instance, only graduate education in

A523

excess of the first 18 semester hours directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

## Additional information

THIS POSITION REQUIRES A PRE-EMPLOYMENT PHYSICAL: Position Requirements.

**Applicants must:**

- Be physically and medically able to efficiently perform the essential job functions, without being a direct threat to themselves and others.
- Have full range of motion to perform rapid repetitive twisting and working with arms above shoulder level.
- Be able to stand and walk on slippery and uneven floors and catwalks, and climbing stairs and ladders.
- Be able to lift, carry, push and pull up to 30 pounds, with occasional lifting of up to 50 pounds.
- Have manual dexterity of the upper body, including arms, hands, and fingers with a normal sense of touch in both hands.
- Have good near and distance vision, be free of chronic eye disease and have correctable vision of at least 20/40 in one eye.
- Have the ability to distinguish shades of color. Any significant degree of color blindness (more than 25 percent error rate on approved color plate test) may be disqualifying.
- Individuals with some hearing loss and/or requiring hearing amplification will be assessed on a case-by-case basis.

**Assignment Restrictions:** FSIS Directive 4735.9, Office of Field Operations Assignment Restrictions and Rules on Gifts from Regulated Industry, sets out the Agency's requirements regarding employee assignment restrictions, as it pertains to family and personal relationships. Please read before applying.

**Recruitment incentives are offered based on agency staffing needs and budgetary availability; service agreements apply.** For detailed incentive information see: Career Profiles | FSIS.

FSIS is pleased to offer a $5,000 sign on bonus paid out in one lump sum payment. This recruitment incentive requires a signed two-year service agreement, as well as satisfactory performance and conduct. The service agreement details conditions of receipt and acceptance of the incentive and is provided to new employees prior to entrance on duty. Funds will be collected for any periods of uncompleted service.

The positions advertised offer a referral bonus award of $1,000. More than one award may be given subject to criteria being met. Current FSIS employees may be eligible for this award if they refer an applicant who later enters on duty and works at least 90 days with successful performance and conduct. The referred employee will have an opportunity to list the referring employee during the application process. There are some required restrictions on this award. Ineligible employees include: 1. Employees whose regular, recurring jobs include the recruitment of new employees. 2. Employees who are otherwise excluded from receiving Achievement Awards; 3. Selecting officials or other persons

A524

associated with the selection process of the referred employee; and 4. Any of the following relatives of the referred employee: Spouse, or parents thereof; Children, including stepchildren and adopted children, and spouses thereof; Parents, including stepparents; Siblings, including stepsiblings, and spouses thereof; Any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

If you are selected for a position with further promotion potential, you will be placed under a career development plan, and may be non-competitively promoted if you successfully complete the requirements and if recommended by management. However, promotion is neither implied nor guaranteed.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

**Benefits**                                                                 **+**

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Applications will be evaluated in accordance with Office of Personnel Management's (OPM) Delegated Examining Procedures using category rating. Applicant who meet basic minimum qualifications will be placed in one of three categories: Best Qualified, Well Qualified, or Qualified. Within these categories, applicants eligible for Veterans' Preference will receive selection priority over non-veterans. Category placement will be determined based on the applicant's quality of experience and the extent the possess the following competencies:

- **Attention to Detail**
- **Decision Making**
- **Dependability**
- **Flexibility**
- **Interpersonal Skills**
- **Resilience**

A525

- **Self Management**

Your application, including the online Assessment Questionnaire, will be reviewed to determine if you meet (a) minimum qualification requirements and (b) the resume supports the answers provided to the job-specific questions. Your resume must clearly support your responses to all the questions addressing experience and education relevant to this position.

Applicants who meet the basic minimum qualification requirements and are determined to be among the best qualified candidates will be referred to the hiring manager for consideration.

Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career Transition Assistance Plan (ICTAP): Visit the OPM website for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 80 out of a possible 100.

**REMINDER** Applicants - Be sure that experience/education as described on your resume contains accurate and sufficiently detailed information to clearly demonstrate that you have the listed competencies. All information used to evaluate your application must be received by the closing date of the announcement. Once the position is closed, no additional information will be accepted.

**Note:** If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, your rating may be lowered to more accurately reflect the submitted documentation. Please follow instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to and including removal from Federal service.
Clicking the link below will present a preview of the application form; i.e. the online questionnaire. The application form link below will only provide a preview and does not initiate the application process. To initiate the online application process, click the "Apply" button to the right.

To view the application form, visit:https://apply.usastaffing.gov/ViewQuestionnaire/12830131

# Required Documents

The following documents are required for your applicant package to be complete. Encrypted documents will not be accepted. Failure to submit required, legible documents may result in loss of consideration.

Resume that includes: **Personal Information:** name, address, contact information; **Education; Work Experience** related to this position as described in the major duties including work schedule, hours worked per week, dates of employment; title, series, grade (if applicable); **other qualifications. Resume cannot exceed 2 pages**.

- Your application may be disqualified if you include any of the information listed here: What should I leave out of my resume?

If education is required or you are using education to qualify, you must submit a copy of *__all relevant__* college transcripts. An unofficial copy is sufficient with the application if it includes your name and the

A526

necessary course information; however, if you are selected, you will be required to submit official transcripts prior to entering on duty. Education must have been successfully obtained from an accredited school, college or university. If any education was completed at a foreign institute, you must submit with your application evidence that the institute was appropriately accredited by an accrediting body recognized by the U.S. Department of Education as equivalent to U.S. education standards. There are private organizations that specialize in this evaluation and a fee is normally associated with this service. For a list of private organizations that evaluate education, visit the NACES website. All transcripts must be in English or include an English translation.

If claiming Veterans' Preference, you must submit a DD-214, Certificate of Release from Active Duty, which shows dates of service and discharge under honorable conditions. If currently on active duty, you must submit a certification of expected discharge or release from active duty service under honorable conditions not later than 120 days after the date the certification is submitted. Veterans' Preference must be verified prior to appointment. Without this documentation, you will not receive Veterans' Preference, and your application will be evaluated based on the material(s) submitted.

If claiming 10-point Veterans' Preference, you must provide the DD-214 or certification requirements (see above bullet), plus the proof of entitlement of this preference as listed on the SF-15 Application for 10-point Veterans' Preference. The SF-15 should be included but is not required. Failure to submit these documents could result in the determination that there is insufficient documentation to support your claim for 10-point preference. For more information on Veterans' Preference visit FedsHireVets.

**Surplus or displaced employees eligible for CTAP, RPL, or ICTAP** priority must provide: proof of eligibility (RIF separation notice, notice of proposed removal for declining a transfer of function or directed reassignment to another commuting area, notice of disability annuity termination), SF-50 documenting separation (as applicable), current performance appraisal with rating of at least "Fully Successful" or equivalent, and your most recent SF-50 noting position, grade level, and duty location with your application per 5 CFR 330.

---

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

---

## How to Apply

Please read the entire announcement and all instructions before you begin. You must complete this application process and submit all required documents electronically by 11:59p.m. Eastern Time (ET) on the closing date of this announcement.

Applying online is highly encouraged. We are available to assist you during business hours (normally 8:00a.m. - 4:00p.m., Monday - Friday). If applying online poses a hardship, contact the Agency Contact listed below well before the closing date for an alternate method. All hardship application packages must be complete and submitted no later than noon ET on the closing date of the announcement to be

A527

entered into the system prior to its closing. **Resumes must not exceed two pages.**

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

**Alternative Methods for Applying:** If you are unable to apply using the internet, please fax your request for an application package along with your name and mailing address to HR: 1-833-840-9219.

To begin, click "Apply" and follow the instructions to complete the Assessment Questionnaire and attach your resume and all required documents.

Please verify that documents you are uploading from USAJOBs transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Uploaded documents must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT or Word (DOC or DOCX). Do not upload Adobe Portfolio documents because they are not viewable. Please ensure your resume does not exceed two pages. **Applicants who submit a resume that exceeds two pages will be removed from consideration.**

Our office cannot be responsible for incompatible software, your system failure, etc.

**Agency contact information**

 Joseph Devine

**Phone**
612-852-7630
**Email**
Joseph.Devine@usda.gov
**Address**
*Food Safety and Inspection Service*
*1400 Independence Ave SW*
*Washington, DC 20250*
*US*

## Next steps

Your application will be reviewed to verify that you meet the eligibility and qualification requirements for the position prior to issuing referral lists to the selecting official. If further evaluation or interviews are required, you will be contacted. Log in to your USAJOBS account to check your application status.

You must choose to turn on email notifications in your USAJOBS profile if you want to receive important email notifications that may impact your applicant experience (e.g. If you start an application and do not submit it prior to the closing date, USAJOBS will send an email reminder that the closing date is approaching and your application is in an incomplete status).

A528

This announcement may be used to fill additional like vacancies should any occur in the announced duty location(s).

Under the Fair Chance Act, agencies are not allowed to request information about an applicant's criminal history until a conditional offer of employment has been made, except as allowed for access to classified information; assignment to national security duties or positions; acceptance or retention in the armed forces; or recruitment of a Federal law enforcement officer. An applicant may submit a complaint or any other information related to an organization's alleged noncompliance with the Fair Chance Act. The complaint must be submitted within 30 calendar days of the date of the alleged noncompliance. To make a Fair Chance Act inquiry or complaint, send an email with the appropriate information to fsis.fca@usda.gov, subject line: Fair Chance Act.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request

## Additional locations

 **Jessup, PA**
1 vacancy



USAJOBS is a United States Office of Personnel Management website.

A529

| | Position Title | Consumer Safety Inspector |
|---|---|---|
| Food Safety and Inspection Service Logo | Agency | Food Safety and Inspection Service |
| | Announcement Number | FSIS-26-MCE-12830131-JD |
| | Open Period | Thursday, November 6, 2025 to Wednesday, November 12, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

\* 2. Are you a current USDA employee who meets the definition of a "surplus" or "displaced" employee, in which received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF)? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy; **AND,**
• you are applying to a position that is at or below the grade level of the position from which you will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes

○ No

\* 3. Are you a current or former federal employee displaced from a position in a Federal agency other than USDA? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy; **AND,**
• you are applying to a position that is at or below the grade level of the position from which you were or will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

 For more information, review the USAJOBS Help Center.

○ Yes

○ No

\* 4. Have you registered for reemployment consideration **AND** meet one of the below:

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?
**OR**
• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes

○ No

A530

• Are you a current or former competitive service USDA employee who is or was serving on a career or career-conditional appointment (or an equivalent appointment in an excepted service position-Interchange Agreement) and received a rating of satisfactory or above as your last annual performance rating?

**OR**

• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes

○ No

## Preferences

**PLEASE READ THE FOLLOWING CAREFULLY.** <u>Applicants will be referred to all grade levels at or above the one selected for which they are qualified.</u> Not selecting the lowest grade announced as your Lowest Acceptable Grade could limit your consideration for referral if, after review of your application, resume, and supporting documents, you are deemed not qualified for your selected Lowest Acceptable Grade. Selecting the lowest grade announced as your Lowest Acceptable Grade will not limit your consideration at higher grades.

\* 1. Select the lowest grade you are willing to accept for this position.

[ dropdown ⌄ ]

\* 2. Select the location(s) you want to be considered for. You must choose at least one location.

☐ A. East Berlin, PA

☐ B. Harrisburg, PA

☐ C. Howard, PA

☐ D. Imler, PA

☐ E. Jessup, PA

\* 3. DOCUMENT UPLOADS - I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes

○ No

\* 4. Are you a current or former Political appointee, Presidential appointee, and/or non-career Senior Executive Service (SES) appointee?

○ Yes

○ No

\* 5. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

☐ E. Local Billboard

☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event

☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

\* 6. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

[ text box ]

\* 7. <u>**Potential Variation in Shift, Duty Location, and Amount of Travel:**</u>

A531

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12830131

\* 6. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

\* 7. **Potential Variation in Shift, Duty Location, and Amount of Travel:**

Vacancy shift, duty location, and amount of travel may be frequent. I am willing to accept a position that includes the following (select all that apply):

☐ A. 1st Shift
☐ B. 2nd Shift
☐ C. 3rd Shift
☐ D. Rotating Shifts
☐ E. Varying shifts with frequent travel (50%-75% of the time)
☐ F. Varying shifts with very frequent travel (76% or more of the time)

\* 8. 2-PAGE LIMIT ACKNOWLEDGEMENT - I understand that my resume cannot exceed 2-pages in length for the initial qualification determination. If my resume exceeds two pages, then I understand I will be removed from consideration.

For more information on what to include in your resume, see the "Required Documents" and "How to Apply" sections of the vacancy announcement.

○ Yes
○ No

\* 9. Were you referred to apply for this position by a current FSIS employee?

○ Yes
○ No

\* 10. If you answered "Yes" to the previous question, please list the name of the current FSIS employee who referred you and their email address. Please only list only one person (if you list more than one it will invalidate the response):

\* 11. I certify, to the best of my knowledge and belief, all the information submitted by me with my application for employment is true, complete, and made in good faith, and that I have truthfully and accurately represented my work experience, knowledge, skills, abilities and education (degrees, accomplishments, etc.). I understand that the information provided may be investigated. I understand that misrepresenting my experience or education, or providing false or fraudulent information in or with my application may be grounds for not hiring me or for terminating me after I begin work. I also understand that false or fraudulent statements may be punishable by fine or imprisonment (18 U.S.C. 1001).

○ Yes
○ No

## Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

\* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

A532

* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes
○ No

## Assessment 1

For the next 8 questions concerning required number of weeks of specialized experience, that amount of time may be reduced if you completed an CSI accelerated promotion program and should be documented on your resume.

Select "Yes" or "No" to the following question(s).

* 1. I am a GS-05 or have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 2. Please select the answer that describes your qualifications for this position for the GS-5. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

○ I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the announcement text for the GS-05. This experience is typically in or related to work in the Meat/Poultry or other Food Industries, Public Health or Quality Inspection that involves basic skill in collecting samples and/or performing tests or examinations, and/or developing written reports and/or reporting results, and/or maintaining effective personal contacts with a variety of individuals, and/or ensuring conformance with established standards such as Sanitation Standard Operating Procedures (SSOP) or Good Manufacturing Principles (GMP) (See full specialized experience definition in the vacancy announcement text).
○ I have successfully completed, (or expect to complete within 9 months), a full 4-year course of study leading to a bachelor's degree with at least 24 semester hours of coursework in the agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement to receive credit for my education.
○ I have a combination of experience and education that is equivalent to 1 year of specialized experience. I understand that qualifying education is that which is in excess of the first 60 semester hours of college and is in the course areas listed above. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement. Experience is shown on my resume in months/years, is thoroughly described, and is full time unless indicated otherwise.
○ I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will automatically be screened out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

* 3. I am a GS-07 or have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

A533

... option I will automatically be screened out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

* 3. I am a GS-07 or have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 4. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

○ I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

Select "Yes" or "No" to the following question(s).

* 5. I am a GS-08 or have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 6. Please select the answer that describes your qualifications for this position for the GS-08. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working with the Federal Meat, Poultry, and Egg Products Inspection Acts to inspect meat, poultry, and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

○ I do not meet the specialized experience requirement that is stated above.

Select "Yes" or "No" to the following question(s).

* 7. I am a GS-09 or have at least 52 weeks of specialized experience at the GS-08 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 8. Please select the answer that describes your qualifications for this position for the GS-09. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working at a more independent level than lower graded CSIs, such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

○ I have completed, (or expect to complete within 9 months), two full years of graduate education or a master's degree that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

A534

related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

\* 9. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes

○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

\* 10. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 11. Before having to make an important decision at work, I would typically:

○ Make sure my decision is consistent with my organization's goals

○ Review relevant rules and regulations

○ Talk it over with my supervisor

○ Consult those who will be impacted by the decision

\* 12. Compared to my peers, people come to me for advice:

○ Much more often than most

○ Somewhat more often than most

○ About the same as most

○ Somewhat less often than most

○ Much less often than most

\* 13. How often did your previous supervisors (or instructors if not previously employed) return written work to correct little errors that you had made?

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

\* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

A535

○ Sometimes
○ Infrequently
○ Rarely or never

* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 17. I wait until I have all the facts before I take action:

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

* 18. I work best when I have a schedule that is often unpredictable.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 19. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 20. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

* 21. My peers would describe my behavior with a group of people whom I have just met as:
○ Tending not to get into group situations in the first place

A536

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12830131

19. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 20. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 21. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place

○ Tending to act independently and not get involved in the group conversation

○ Enjoying listening to the conversation of others

○ Joining eagerly into any conversation that starts

○ Taking the lead in starting the conversation

* 22. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 23. My peers would say when I start something new, I always see it through to the end.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 24. My peers would say they can rely on me for guidance and advice, even when I am under stress.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 25. In the past, I would inform my supervisors (or instructors if not previously employed) of an issue or concern:

○ Immediately after I discovered the issue

○ After enough time passed to determine whether there was really an issue

○ After I had attempted to resolve the issue myself

○ After the issue became very problematic

○ After I was advised to seek guidance

* 26. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available

○ Learning ways of doing the work better

○ Doing work that ties in with overall issues that are important to my group (or class)

○ Getting my work done without friction with authorities or others

○ Doing careful work without errors

A537

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12830131

○ After I was advised to seek guidance

* 26. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available
○ Learning ways of doing the work better
○ Doing work that ties in with overall issues that are important to my group (or class)
○ Getting my work done without friction with authorities or others
○ Doing careful work without errors

* 27. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 28. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly
○ Composing effective written reports
○ Working with and getting along with other people
○ Speaking and expressing myself effectively to others
○ Working well under pressure

* 29. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:

○ Superior
○ Above average
○ Average
○ Below average
○ Don't know

* 30. My previous supervisors (or instructors if not previously employed) would say that I often did more than what was expected of me.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 31. My previous supervisors (or instructors if not previously employed) would say that the statement most true of me is that I would:

○ Arrive early for commitments
○ Work quickly and efficiently
○ Volunteer for additional assignments
○ Be thorough in performing my work
○ Provide guidance or assistance to peers in need

* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations

A538

○ Be thorough in performing my work
○ Provide guidance, advice, or assistance to peers in need

\* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

Select "Yes" or "No" to the following question(s).

\* 35. I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes
○ No

\* 36. I understand that for my application to be considered, I must answer all questions, submit all required documents, and click "Submit" at the end. If I go back into my application, after submission, to review, make adjustments, or add attachments, I must click the "Submit" button again in order for my application to be re-submitted.

○ Yes
○ No

\* 37. I understand for information on the status of my application and the outcome of the application process, I (the applicant) must inquire through USAJOBS. No separate notification will be sent to me. To view the status of my application and the outcome of the application process, I must go to the USAJOBS website and log into My Account. Once in My Account I must enter the "Application Status" section of the website.

○ Yes
○ No

A539

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12830131

 An official website of the United States government

# USAJOBS®

# Consumer Safety Inspector

DEPARTMENT OF AGRICULTURE
Food Safety and Inspection Service
CIRCUIT - MULTIPLE

> ⚠️ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

**$5,000 Sign on Bonus, Creditable Service for Annual Leave Accrual, Public Service Loan Forgiveness Program, and Referral Bonus Awards are available.**

Shifts and species will vary based on assignment. Employee may be detailed to any shift at any plant in the Des Moines District.

## Overview

Accepting applications

**Open & closing dates**
11/04/2025 to 11/18/2025

**Salary**
$40,332 to - $79,443 per year

Salary determined by duty location of the selectee. Pay shown is based on Rest of US Locality Pay.

**Pay scale & grade**
GS 5 - 9

**Locations**
Many vacancies in the following locations:

A540

**Estherville, IA**

**Audubon, MN**

**Marshall, MN**

**Curtiss, WI**

**Remote job**

No

**Telework eligible**

No

**Travel Required**

Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**

No

**Appointment type**

Permanent

**Work schedule**

Full-time

**Service**

Competitive

**Promotion potential**

9

**Job family (Series)**

- 1862 Consumer Safety Inspection

**Supervisory status**

No

**Security clearance**

Not Required

**Drug test**

No

**Position sensitivity and risk**

Non-sensitive (NS)/Low Risk

**Trust determination process**

- Suitability/Fitness

**Financial disclosure**

No

A541

**Bargaining unit status**
No

---

**Announcement number**
FSIS-26-MCE-12827410-JS

**Control number**
849368900

# This job is open to

### The public

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

### Career transition (CTAP, ICTAP, RPL)

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

# Duties

- YOU WILL/MAY:

- Ensure that regulated establishments produce a safe product by executing appropriate inspection methods, determining non-compliance with regulatory requirements, documenting noncompliance and initiating enforcement action, where warranted.

- Verify that meat and poultry slaughter and/or processing establishment's Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans meet regulatory requirements.

- Verify execution of Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans effectively to prevent unsanitary conditions and adulteration of product.

- Review records, observe plant operations and conduct hands-on verification to ensure compliance with regulatory requirements and prepare detailed documentation (Non-Compliance Records) of non-compliance with regulatory requirements.

- Determine when regulatory control action is necessary. You will assess whether the plant's corrective or preventative actions are acceptable and effective, if there are trends in non-compliance, or if enforcement action is warranted.

- Conduct regulatory oversight activities inside plants in matters relating to other consumer protections (e.g., economic adulteration and misbranding).

- Have contact with plant managers, owners and others to explain legal and regulatory requirements, discuss operation of the plant's SSOP, HACCP plan and other food safety programs.

A542

- Communicate and defend determinations on non-compliance issues and discuss plans for addressing non-compliance.

- Work with a variety of individuals to resolve problems, clarify differences of interpretation concerning HACCP and other food safety or consumer protection requirements.

- Advise other Agency inspectors, supervisors and officers on inspection and enforcement matters for which you are involved.

- Conduct various samplings, surveys and tests to obtain pertinent data on potential problem areas, industry trends, or other issues of current interest to the Agency.

- Be involved in performing health and safety verification sampling and tests for detection of specific microbes (e.g., salmonella, listeria, etc.), residues or contaminants.

- Assure that products approved for import are in full compliance with all applicable Federal regulations governing the importation of meat and poultry products.

- Authorize entry of all meat or poultry products considered to comply with Federal regulations or refuse entry of any products which violate any of the requirements for admission into this country.

- Coordinate with other Federal agencies (e.g., the Animal and Plant Health Inspection Service or U.S. Customs and Border Protection) on such matters as animal health restrictions and refused entry lots.

# Requirements

## Conditions of employment

- Training as a condition of employment (TCOE) is required. You must begin the training within 90 days of the effective date of your selection, and you must successfully complete it within 12 months of the effective date of your selection.

- You must be a US Citizen or US National.

- Males born after 12/31/1959 must be Selective Service registered or exempt.

- Subject to satisfactory adjudication of background investigation and/or fingerprint check.

- Successful completion of one-year probationary period, unless previously served.

- Successful completion of a pre-employment medical examination.

- Must be at least 18 years of age.

- Successfully pass the E-Verify employment verification check. To learn more about E-Verify, including your rights and responsibilities, visit https://www.e-verify.gov/.

- Direct Deposit: Per Public Law 104-134 all Federal employees are required to have federal payments made by direct deposit to their financial institution.

- If you are selected, you may need to complete a Declaration for Federal Employment (OF-306) prior to being appointed to determine suitability for Federal employment and to authorize a background investigation.

- False statements or responses on a resume or application can jeopardize employment and may be grounds for disciplinary action, including removal from Federal service.

- Should be able to read, speak, write, and effectively communicate in the English language.

A543

## Qualifications

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including specialized experience and/or education, as defined below.

**Specialized experience:**

Specialized experience is experience that provided you with knowledge of the properties and characteristics of regulated food commodities or other products for human consumption. Such experience may have been acquired in work such as consumer safety inspector or inspection aide, food inspector, public health inspector, quality inspection specialist, or similar position with responsibility for sampling, quality control and sanitation in a food manufacturing or production environment, or similar environment for other ingestible items.

See specific grade level specialized experience definitions below.

**For the GS-05 Level:** Applicants must have at least 52 weeks of qualifying experience that provided knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food or beverages for human consumption, or other ingestible substances, such as pharmaceuticals. You are to show in your resume examples such as applying proper techniques for collecting samples and/or performing field tests and examinations (e.g. identifying abnormalities in the product or production environment and recommending corrective actions), developing written reports and/or reporting findings of results orally (e.g. documenting abnormalities in the product or production environment and communicating those findings to others), and/or skill in maintaining effective personal contacts with a variety of individuals (e.g. discussing findings with internal or external contacts regarding the food safety standards established in the production environment), or other similar work making determinations on products for human consumption or the production environment (e.g. ensuring conformance with established standards). Such experience may have been acquired working positions such as consumer safety inspector or inspection aid, food inspector, public health inspector, quality inspection specialist, or other related position.

**For the GS-07 Level:** In addition to the qualifications above, applicants must have at least one year of specialized experience (equivalent to the GS-05 level), and incumbents are expected to have performed standard and recurrent duties on an independent basis. Your resume should demonstrate at least 52 weeks of experience in independently carrying out routine, standard assignments on a regular and recurring basis that provided you with knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food for human consumption, and other ingestible substances, such as pharmaceuticals.

**For the GS-08 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-07 level). In addition to the qualifications above, experience must include working with the Federal Meat, Poultry, and Egg Products Inspection Acts in order to inspect meat, poultry and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

**For the GS-09 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-08 level). In addition to the qualifications above, incumbents are expected to have experience working at a more independent level than lower graded CSIs, which may include duties such as

A544

recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

Please view OPM's Qualifications Standards, Consumer Safety Inspector Series, GS-1862.

The duties of a Consumer Safety Inspector are performed in a hazardous working environment. For additional information, please click here. The below requirements are not an all-inclusive list. Failure to fully meet a functional requirement is not automatically disqualifying.

## Education

**Education may be used to qualify in lieu of specialized experience as described below.**

**For the GS-05 level:** Successful completion of a full 4-year course of study leading to a bachelor's degree with major study or at least 24 semester hours/credits in any combination of coursework in the areas of: agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. Specialized government or military training may be creditable if it is related directly to this position.
**OR**
A combination of education and specialized experience. In this instance, only education in excess of the first 60 semester hours of a course of study leading to a bachelor's degree (with some related coursework, as described in number 2 above) is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-07 Level:** One full year of directly related graduate education is qualifying for GS-07.
**OR**
A combination of education and specialized experience. In this instance, only graduate education directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-09 Level:** Two full years of directly related graduate education or a directly related master's degree is qualifying for GS-09.
**OR**
A combination of education and specialized experience. In this instance, only graduate education in excess of the first 18 semester hours directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

## Additional information

A545

THIS POSITION REQUIRES A PRE-EMPLOYMENT PHYSICAL: <u>Position Requirements</u>.

**Applicants must:**

- Be physically and medically able to efficiently perform the essential job functions, without being a direct threat to themselves and others.

- Have full range of motion to perform rapid repetitive twisting and working with arms above shoulder level.

- Be able to stand and walk on slippery and uneven floors and catwalks, and climbing stairs and ladders.

- Be able to lift, carry, push and pull up to 30 pounds, with occasional lifting of up to 50 pounds.

- Have manual dexterity of the upper body, including arms, hands, and fingers with a normal sense of touch in both hands.

- Have good near and distance vision, be free of chronic eye disease and have correctable vision of at least 20/40 in one eye.

- Have the ability to distinguish shades of color. Any significant degree of color blindness (more than 25 percent error rate on approved color plate test) may be disqualifying.

- Individuals with some hearing loss and/or requiring hearing amplification will be assessed on a case-by-case basis.

**Assignment Restrictions:** FSIS Directive <u>4735.9,</u> Office of Field Operations Assignment Restrictions and Rules on Gifts from Regulated Industry, sets out the Agency's requirements regarding employee assignment restrictions, as it pertains to family and personal relationships. Please read before applying.

**Recruitment incentives are offered based on agency staffing needs and budgetary availability; service agreements apply**. For detailed incentive information see: <u>Career Profiles | FSIS</u>.

FSIS is pleased to offer a $5,000 sign on bonus paid out in one lump sum payment. This recruitment incentive requires a signed two-year service agreement, as well as satisfactory performance and conduct. The service agreement details conditions of receipt and acceptance of the incentive and is provided to new employees prior to entrance on duty. Funds will be collected for any periods of uncompleted service.

Selectees may be eligible for Creditable Service for Annual Leave Accrual <u>(CSALA)</u>

Public Service Loan Forgiveness Program. For more information please visit: <u>PSLF Program</u>.

The positions advertised offer a referral bonus award of $1,000. More than one award may be given subject to criteria being met. Current FSIS employees may be eligible for this award if they refer an applicant who later enters on duty and works at least 90 days with successful performance and conduct. The referred employee will have an opportunity to list the referring employee during the application process. There are some required restrictions on this award.

If you are selected for a position with further promotion potential, you will be placed under a career development plan, and may be non-competitively promoted if you successfully complete the requirements and if recommended by management. However, promotion is neither implied nor guaranteed.

A546

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

**Benefits**                                                                        +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Applications will be evaluated in accordance with Office of Personnel Management's (OPM) Delegated Examining Procedures using category rating. Applicant who meet basic minimum qualifications will be placed in one of three categories: Best Qualified, Well Qualified, or Qualified. Within these categories, applicants eligible for Veterans' Preference will receive selection priority over non-veterans. Category placement will be determined based on the applicant's quality of experience and the extent the possess the following competencies:

- **Attention to Detail**
- **Decision Making**
- **Dependability**
- **Flexibility**
- **Interpersonal Skills**
- **Resilience**
- **Self Management**

Your application, including the online Assessment Questionnaire, will be reviewed to determine if you meet (a) minimum qualification requirements and (b) the resume supports the answers provided to the job-specific questions. Your resume must clearly support your responses to all the questions addressing experience and education relevant to this position.

Applicants who meet the basic minimum qualification requirements and are determined to be among the best qualified candidates will be referred to the hiring manager for consideration.

Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career

A547

Transition Assistance Plan (ICTAP): Visit the OPM website for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 80 out of a possible 100.

**REMINDER** Applicants - Be sure that experience/education as described on your resume contains accurate and sufficiently detailed information to clearly demonstrate that you have the listed competencies. All information used to evaluate your application must be received by the closing date of the announcement. Once the position is closed, no additional information will be accepted.

**Note:** If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, your rating may be lowered to more accurately reflect the submitted documentation. Please follow instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to and including removal from Federal service.

Clicking the link below will present a preview of the application form; i.e. the online questionnaire. The application form link below will only provide a preview and does not initiate the application process. To initiate the online application process, click the "Apply" button to the right.

To view the application form, visit:https://apply.usastaffing.gov/ViewQuestionnaire/12827410

# Required Documents

The following documents are required for your applicant package to be complete. Encrypted documents will not be accepted. Failure to submit required, legible documents may result in loss of consideration.

Resume that includes: **Personal Information:** name, address, contact information; **Education**; **Work Experience** related to this position as described in the major duties including work schedule, hours worked per week, dates of employment; title, series, grade (if applicable); **other qualifications. Resume cannot exceed 2 pages**.

- Your application may be disqualified if you include any of the information listed here: What should I leave out of my resume?

If education is required or you are using education to qualify, you must submit a copy of **_all relevant_** college transcripts. An unofficial copy is sufficient with the application if it includes your name and the necessary course information; however, if you are selected, you will be required to submit official transcripts prior to entering on duty. Education must have been successfully obtained from an accredited school, college or university. If any education was completed at a foreign institute, you must submit with your application evidence that the institute was appropriately accredited by an accrediting body recognized by the U.S. Department of Education as equivalent to U.S. education standards. There are private organizations that specialize in this evaluation and a fee is normally associated with this service. For a list of private organizations that evaluate education, visit the NACES website. All transcripts must be in English or include an English translation.

If claiming Veterans' Preference, you must submit a DD-214, Certificate of Release from Active Duty, which shows dates of service and discharge under honorable conditions. If currently on active duty, you

A548

must submit a certification of expected discharge or release from active duty service under honorable conditions not later than 120 days after the date the certification is submitted. Veterans' Preference must be verified prior to appointment. Without this documentation, you will not receive Veterans' Preference, and your application will be evaluated based on the material(s) submitted.

If claiming 10-point Veterans' Preference, you must provide the DD-214 or certification requirements (see above bullet), plus the proof of entitlement of this preference as listed on the SF-15 Application for 10-point Veterans' Preference. The SF-15 should be included but is not required. Failure to submit these documents could result in the determination that there is insufficient documentation to support your claim for 10-point preference. For more information on Veterans' Preference visit FedsHireVets.

**Surplus or displaced employees eligible for CTAP, RPL, or ICTAP** priority must provide: proof of eligibility (RIF separation notice, notice of proposed removal for declining a transfer of function or directed reassignment to another commuting area, notice of disability annuity termination), SF-50 documenting separation (as applicable), current performance appraisal with rating of at least "Fully Successful" or equivalent, and your most recent SF-50 noting position, grade level, and duty location with your application per 5 CFR 330.

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

# How to Apply

Please read the entire announcement and all instructions before you begin. You must complete this application process and submit all required documents electronically by 11:59p.m. Eastern Time (ET) on the closing date of this announcement.

Applying online is highly encouraged. We are available to assist you during business hours (normally 8:00a.m. - 4:00p.m., Monday - Friday). If applying online poses a hardship, contact the Agency Contact listed below well before the closing date for an alternate method. All hardship application packages must be complete and submitted no later than noon ET on the closing date of the announcement to be entered into the system prior to its closing. **Resumes must not exceed two pages.**

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

**Alternative Methods for Applying:** If you are unable to apply using the internet, please fax your request for an application package along with your name and mailing address to HR: 1-833-840-9219.

To begin, click "Apply" and follow the instructions to complete the Assessment Questionnaire and attach your resume and all required documents.

A549

Please verify that documents you are uploading from USAJOBs transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Uploaded documents must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT or Word (DOC or DOCX). Do not upload Adobe Portfolio documents because they are not viewable. Please ensure your resume does not exceed two pages. **Applicants who submit a resume that exceeds two pages will be removed from consideration.**

Our office cannot be responsible for incompatible software, your system failure, etc.



**Agency contact information**

## Jill Smith

**Phone**
612-852-7752
**Fax**
833-840-9219
**Email**
Jill.Smith@usda.gov
**Address**
*Food Safety and Inspection Service*
*1400 Independence Ave SW*
*Washington, DC 20250*
*US*

**Next steps**

Your application will be reviewed to verify that you meet the eligibility and qualification requirements for the position prior to issuing referral lists to the selecting official. If further evaluation or interviews are required, you will be contacted. Log in to your USAJOBS account to check your application status.

You must choose to turn on email notifications in your USAJOBS profile if you want to receive important email notifications that may impact your applicant experience (e.g. If you start an application and do not submit it prior to the closing date, USAJOBS will send an email reminder that the closing date is approaching and your application is in an incomplete status).

This announcement may be used to fill additional like vacancies should any occur in the announced duty location(s).

Under the Fair Chance Act, agencies are not allowed to request information about an applicant's criminal history until a conditional offer of employment has been made, except as allowed for access to classified information; assignment to national security duties or positions; acceptance or retention in the armed forces; or recruitment of a Federal law enforcement officer. An applicant may submit a complaint or any other information related to an organization's alleged noncompliance with the Fair Chance Act. The

A550

complaint must be submitted within 30 calendar days of the date of the alleged noncompliance. To make a Fair Chance Act inquiry or complaint, send an email with the appropriate information to fsis.fca@usda.gov, subject line: Fair Chance Act.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A551

Food Safety and Inspection Service Logo

| | |
|---|---|
| **Position Title** | Consumer Safety Inspector |
| **Agency** | Food Safety and Inspection Service |
| **Announcement Number** | FSIS-26-MCE-12827410-JS |
| **Open Period** | Tuesday, November 4, 2025 to Tuesday, November 18, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

**\* 1. Do you claim Veterans' Preference?**

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

**\* 2.** Are you a current USDA employee who meets the definition of a "surplus" or "displaced" employee, in which received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF)? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy; **AND,**
• you are applying to a position that is at or below the grade level of the position from which you will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

**\* 3.** Are you a current or former federal employee displaced from a position in a Federal agency other than USDA? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy; **AND,**
• you are applying to a position that is at or below the grade level of the position from which you were or will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

**\* 4.** Have you registered for reemployment consideration **AND** meet one of the below:

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?
**OR**
• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes
○ No

A552

Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?

**OR**

• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes

○ No

## Preferences

**PLEASE READ THE FOLLOWING CAREFULLY.** <u>Applicants will be referred to all grade levels at or above the one selected for which they are qualified.</u> Not selecting the lowest grade announced as your Lowest Acceptable Grade could limit your consideration for referral if, after review of your application, resume, and supporting documents, you are deemed not qualified for your selected Lowest Acceptable Grade. Selecting the lowest grade announced as your Lowest Acceptable Grade will not limit your consideration at higher grades.

\* 1. Select the location(s) you want to be considered for. You must choose at least one location.

☐ A. Estherville, IA

☐ B. Audubon, MN

☐ C. Marshall, MN

☐ D. Curtiss, WI

\* 2. Select the lowest grade you are willing to accept for this position.

[ ⌄ ]

\* 3. I certify, to the best of my knowledge and belief, all the information submitted by me with my application for employment is true, complete, and made in good faith, and that I have truthfully and accurately represented my work experience, knowledge, skills, abilities and education (degrees, accomplishments, etc.). I understand that the information provided may be investigated. I understand that misrepresenting my experience or education, or providing false or fraudulent information in or with my application may be grounds for not hiring me or for terminating me after I begin work. I also understand that false or fraudulent statements may be punishable by fine or imprisonment (18 U.S.C. 1001).

○ Yes

○ No

\* 4. DOCUMENT UPLOADS - I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes

○ No

\* 5. Are you a current or former Political appointee, Presidential appointee, and/or non-career Senior Executive Service (SES) appointee?

○ Yes

○ No

\* 6. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

☐ E. Local Billboard

☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event

☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

A553

Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

\* 7. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

\* 8. 2-PAGE LIMIT ACKNOWLEDGEMENT - I understand that my resume cannot exceed 2-pages in length for the initial qualification determination. If my resume exceeds two pages, then I understand I will be removed from consideration.

For more information on what to include in your resume, see the "Required Documents" and "How to Apply" sections of the vacancy announcement.

○ Yes

○ No

\* 9. Were you referred to apply for this position by a current FSIS employee?

○ Yes

○ No

\* 10. If you answered "Yes" to the previous question, please list the name of the current FSIS employee who referred you and their email address. Please only list only one person (if you list more than one it will invalidate the response):

## Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

\* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

\* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

\* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

A554

* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes
○ No

## Assessment 1

For the next 8 questions concerning required number of weeks of specialized experience, that amount of time may be reduced if you completed an CSI accelerated promotion program and should be documented on your resume.

Select "Yes" or "No" to the following question(s).

* 1. I am a GS-05 or have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 2. Please select the answer that describes your qualifications for this position for the GS-5. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

○ I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the announcement text for the GS-05. This experience is typically in or related to work in the Meat/Poultry or other Food Industries, Public Health or Quality Inspection that involves basic skill in collecting samples and/or performing tests or examinations, and/or developing written reports and/or reporting results, and/or maintaining effective personal contacts with a variety of individuals, and/or ensuring conformance with established standards such as Sanitation Standard Operating Procedures (SSOP) or Good Manufacturing Principles (GMP) (See full specialized experience definition in the vacancy announcement text).
○ I have successfully completed, (or expect to complete within 9 months), a full 4-year course of study leading to a bachelor's degree with at least 24 semester hours of coursework in the agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement to receive credit for my education.
○ I have a combination of experience and education that is equivalent to 1 year of specialized experience. I understand that qualifying education is that which is in excess of the first 60 semester hours of college and is in the course areas listed above. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement. Experience is shown on my resume in months/years, is thoroughly described, and is full time unless indicated otherwise.
○ I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will automatically be screened out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

* 3. I am a GS-07 or have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 4. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).
○ I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical

A555

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12827410

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for this position. This experience is typically in Consumer Safety Inspection/Meat/Poultry, other food industries, Pharmaceutical or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

○ I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

Select "Yes" or "No" to the following question(s).

\* 5. I am a GS-08 or have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

\* 6. Please select the answer that describes your qualifications for this position for the GS-08. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working with the Federal Meat, Poultry, and Egg Products Inspection Acts to inspect meat, poultry, and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

○ I do not meet the specialized experience requirement that is stated above.

Select "Yes" or "No" to the following question(s).

\* 7. I am a GS-09 or have at least 52 weeks of specialized experience at the GS-08 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

\* 8. Please select the answer that describes your qualifications for this position for the GS-09. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working at a more independent level than lower graded CSIs, such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

○ I have completed, (or expect to complete within 9 months), two full years of graduate education or a master's degree that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

\* 9. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes
○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

\* 10. At work, it is appropriate to be flexible in some situations and not others.

A556

○ Yes

○ No (If yes, please list the following in your resume for all positions held: position title, name of business employed, dates employed (MM/YY/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

\* 10. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 11. Before having to make an important decision at work, I would typically:

○ Make sure my decision is consistent with my organization's goals

○ Review relevant rules and regulations

○ Talk it over with my supervisor

○ Consult those who will be impacted by the decision

\* 12. Compared to my peers, people come to me for advice:

○ Much more often than most

○ Somewhat more often than most

○ About the same as most

○ Somewhat less often than most

○ Much less often than most

\* 13. How often did your previous supervisors (or instructors if not previously employed) return written work to correct little errors that you had made?

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

\* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

A557

14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 17. I wait until I have all the facts before I take action:

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

\* 18. I work best when I have a schedule that is often unpredictable.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 19. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 20. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

\* 21. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place
○ Tending to act independently and not get involved in the group conversation
○ Enjoying listening to the conversation of others
○ Joining eagerly into any conversation that starts

A558

21. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place

○ Tending to act independently and not get involved in the group conversation

○ Enjoying listening to the conversation of others

○ Joining eagerly into any conversation that starts

○ Taking the lead in starting the conversation

* 22. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 23. My peers would say when I start something new, I always see it through to the end.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 24. My peers would say they can rely on me for guidance and advice, even when I am under stress.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 25. In the past, I would inform my supervisors (or instructors if not previously employed) of an issue or concern:

○ Immediately after I discovered the issue

○ After enough time passed to determine whether there was really an issue

○ After I had attempted to resolve the issue myself

○ After the issue became very problematic

○ After I was advised to seek guidance

* 26. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available

○ Learning ways of doing the work better

○ Doing work that ties in with overall issues that are important to my group (or class)

○ Getting my work done without friction with authorities or others

○ Doing careful work without errors

* 27. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 28. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly

○ Composing effective written reports

○ Working with and getting along with other people

○ Speaking and expressing myself effectively to others

A559

○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 28. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly
○ Composing effective written reports
○ Working with and getting along with other people
○ Speaking and expressing myself effectively to others
○ Working well under pressure

* 29. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:

○ Superior
○ Above average
○ Average
○ Below average
○ Don't know

* 30. My previous supervisors (or instructors if not previously employed) would say that I often did more than what was expected of me.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 31. My previous supervisors (or instructors if not previously employed) would say that the statement most true of me is that I would:

○ Arrive early for commitments
○ Work quickly and efficiently
○ Volunteer for additional assignments
○ Be thorough in performing my work
○ Provide guidance or assistance to peers in need

* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

A560

○ Be thorough in performing my work
Provide guidance and assistance to peers in need

* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

Select "Yes" or "No" to the following question(s).

* 35. I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes
○ No

* 36. I understand that for my application to be considered, I must answer all questions, submit all required documents, and click "Submit" at the end. If I go back into my application, after submission, to review, make adjustments, or add attachments, I must click the "Submit" button again in order for my application to be re-submitted.

○ Yes
○ No

* 37. I understand for information on the status of my application and the outcome of the application process, I (the applicant) must inquire through USAJOBS. No separate notification will be sent to me. To view the status of my application and the outcome of the application process, I must go to the USAJOBS website and log into My Account. Once in My Account I must enter the "Application Status" section of the website.

○ Yes
○ No

A561

 An official website of the United States government

# USAJOBS®

# Consumer Safety Inspector

DEPARTMENT OF AGRICULTURE
Food Safety and Inspection Service
CIRCUIT - VARIES

> ⚠ **Resumes limited to two pages**
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

**$5,000 Sign on Bonus, Creditable Service for Annual Leave Accrual, Public Service Loan Forgiveness Program, and Referral Bonus Awards are available.**

Shifts and species will vary based on assignment.

Employee may be detailed to any shift at any plant in theDistrict for which s/he is assigned.

*The Reno, NV position rotates every 6 months with other assignments in the Sacramento circuit.

## Overview

Reviewing applications

**Open & closing dates**
🕐 11/04/2025 to 11/10/2025

**Salary**
$40,332 to - $79,443 per year

Salary determined by duty location of the selectee. Pay shown is based on Rest of US Locality Pay.

**Pay scale & grade**
GS 5 - 9

**Locations**

A562

**Baker Hill, AL**
2 vacancies

**Bakersfield, CA**
1 vacancy

**Moultrie, GA**
1 vacancy

**Reno, NV**
1 vacancy

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Occasional travel - You may be expected to travel occasionally for the Moultrie, Bakersfield, and Reno positions and 76% or more for the Baker Hill positions.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
9

**Job family (Series)**

- 1862 Consumer Safety Inspection

**Supervisory status**
No

**Security clearance**
Not Required

**Drug test**
No

**Position sensitivity and risk**
Non-sensitive (NS)/Low Risk

A563

**Trust determination process**

- [Suitability/Fitness](#)

**Financial disclosure**
[No](#)

**Bargaining unit status**
[No](#)

---

**Announcement number**
FSIS-26-MCE-12828019-DER

**Control number**
849379600

# This job is open to

 **[The public](#)**

U.S. Citizens, Nationals or those who owe allegiance to the U.S.

 **[Career transition (CTAP, ICTAP, RPL)](#)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

# Duties

- YOU WILL/MAY:

- Ensure that regulated establishments produce a safe product by executing appropriate inspection methods, determining non-compliance with regulatory requirements, documenting noncompliance and initiating enforcement action, where warranted.

- Verify that meat and poultry slaughter and/or processing establishment's Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans meet regulatory requirements.

- Verify execution of Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans effectively to prevent unsanitary conditions and adulteration of product.

- Review records, observe plant operations and conduct hands-on verification to ensure compliance with regulatory requirements and prepare detailed documentation (Non-Compliance Records) of non-compliance with regulatory requirements.

- Determine when regulatory control action is necessary. You will assess whether the plant's corrective or preventative actions are acceptable and effective, if there are trends in non-

A564

compliance, or if enforcement action is warranted.

- Conduct regulatory oversight activities inside plants in matters relating to other consumer protections (e.g., economic adulteration and misbranding).
- Have contact with plant managers, owners and others to explain legal and regulatory requirements, discuss operation of the plant's SSOP, HACCP plan and other food safety programs.
- Communicate and defend determinations on non-compliance issues and discuss plans for addressing non-compliance.
- Work with a variety of individuals to resolve problems, clarify differences of interpretation concerning HACCP and other food safety or consumer protection requirements.
- Advise other Agency inspectors, supervisors and officers on inspection and enforcement matters for which you are involved.
- Conduct various samplings, surveys and tests to obtain pertinent data on potential problem areas, industry trends, or other issues of current interest to the Agency.
- Be involved in performing health and safety verification sampling and tests for detection of specific microbes (e.g., salmonella, listeria, etc.), residues or contaminants.
- Assure that products approved for import are in full compliance with all applicable Federal regulations governing the importation of meat and poultry products.
- Authorize entry of all meat or poultry products considered to comply with Federal regulations or refuse entry of any products which violate any of the requirements for admission into this country.
- Coordinate with other Federal agencies (e.g., the Animal and Plant Health Inspection Service or U.S. Customs and Border Protection) on such matters as animal health restrictions and refused entry lots.

## Requirements

### Conditions of employment

- Training as a condition of employment (TCOE) is required. You must begin the training within 90 days of the effective date of your selection, and you must successfully complete it within 12 months of the effective date of your selection.
- You must be a US Citizen or US National.
- Males born after 12/31/1959 must be Selective Service registered or exempt.
- Subject to satisfactory adjudication of background investigation and/or fingerprint check.
- Successful completion of one-year probationary period, unless previously served.
- Successful completion of a pre-employment medical examination.
- Must be at least 18 years of age.
- Successfully pass the E-Verify employment verification check. To learn more about E-Verify, including your rights and responsibilities, visit https://www.e-verify.gov/.
- Direct Deposit: Per Public Law 104-134 all Federal employees are required to have federal payments made by direct deposit to their financial institution.

A565

- If you are selected, you may need to complete a Declaration for Federal Employment (OF-306) prior to being appointed to determine suitability for Federal employment and to authorize a background investigation.

- False statements or responses on a resume or application can jeopardize employment and may be grounds for disciplinary action, including removal from Federal service.

- Should be able to read, speak, write, and effectively communicate in the English language.

## Qualifications

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including specialized experience and/or education, as defined below.

**Specialized experience:**

Specialized experience is experience that provided you with knowledge of the properties and characteristics of regulated food commodities or other products for human consumption. Such experience may have been acquired in work such as consumer safety inspector or inspection aide, food inspector, public health inspector, quality inspection specialist, or similar position with responsibility for sampling, quality control and sanitation in a food manufacturing or production environment, or similar environment for other ingestible items.

See specific grade level specialized experience definitions below.

**For the GS-05 Level:** Applicants must have at least 52 weeks of qualifying experience that provided knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food or beverages for human consumption, or other ingestible substances, such as pharmaceuticals. You are to show in your resume examples such as applying proper techniques for collecting samples and/or performing field tests and examinations (e.g. identifying abnormalities in the product or production environment and recommending corrective actions), developing written reports and/or reporting findings of results orally (e.g. documenting abnormalities in the product or production environment and communicating those findings to others), and/or skill in maintaining effective personal contacts with a variety of individuals (e.g. discussing findings with internal or external contacts regarding the food safety standards established in the production environment), or other similar work making determinations on products for human consumption or the production environment (e.g. ensuring conformance with established standards). Such experience may have been acquired working positions such as consumer safety inspector or inspection aid, food inspector, public health inspector, quality inspection specialist, or other related position.

**For the GS-07 Level:** In addition to the qualifications above, applicants must have at least one year of specialized experience (equivalent to the GS-05 level), and incumbents are expected to have performed standard and recurrent duties on an independent basis. Your resume should demonstrate at least 52 weeks of experience in independently carrying out routine, standard assignments on a regular and recurring basis that provided you with knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food for human consumption, and other ingestible substances, such as pharmaceuticals.

**For the GS-08 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-07 level). In addition to the qualifications above, experience must include working with the Federal Meat, Poultry, and Egg Products Inspection Acts in order to inspect meat, poultry and egg products;

A566

working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

**For the GS-09 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-08 level). In addition to the qualifications above, incumbents are expected to have experience working at a more independent level than lower graded CSIs, which may include duties such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.
Please view OPM's Qualifications Standards, [Consumer Safety Inspector Series, GS-1862](#).

The duties of a Consumer Safety Inspector are performed in a hazardous working environment. For additional information, please click [here](#). The below requirements are not an all-inclusive list. Failure to fully meet a functional requirement is not automatically disqualifying.

## Education

**Education may be used to qualify in lieu of specialized experience as described below.**

**For the GS-05 level:** Successful completion of a full 4-year course of study leading to a bachelor's degree with major study or at least 24 semester hours/credits in any combination of coursework in the areas of: agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. Specialized government or military training may be creditable if it is related directly to this position.
**OR**
A combination of education and specialized experience. In this instance, only education in excess of the first 60 semester hours of a course of study leading to a bachelor's degree (with some related coursework, as described in number 2 above) is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-07 Level:** One full year of directly related graduate education is qualifying for GS-07.
**OR**
A combination of education and specialized experience. In this instance, only graduate education directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-09 Level:** Two full years of directly related graduate education or a directly related master's degree is qualifying for GS-09.

A567

**OR**

A combination of education and specialized experience. In this instance, only graduate education in excess of the first 18 semester hours directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

## Additional information

THIS POSITION REQUIRES A PRE-EMPLOYMENT PHYSICAL: Position Requirements.

**Applicants must:**

- Be physically and medically able to efficiently perform the essential job functions, without being a direct threat to themselves and others.
- Have full range of motion to perform rapid repetitive twisting and working with arms above shoulder level.
- Be able to stand and walk on slippery and uneven floors and catwalks, and climbing stairs and ladders.
- Be able to lift, carry, push and pull up to 30 pounds, with occasional lifting of up to 50 pounds.
- Have manual dexterity of the upper body, including arms, hands, and fingers with a normal sense of touch in both hands.
- Have good near and distance vision, be free of chronic eye disease and have correctable vision of at least 20/40 in one eye.
- Have the ability to distinguish shades of color. Any significant degree of color blindness (more than 25 percent error rate on approved color plate test) may be disqualifying.
- Individuals with some hearing loss and/or requiring hearing amplification will be assessed on a case-by-case basis.

**Assignment Restrictions:** FSIS Directive 4735.9, Office of Field Operations Assignment Restrictions and Rules on Gifts from Regulated Industry, sets out the Agency's requirements regarding employee assignment restrictions, as it pertains to family and personal relationships. Please read before applying.

FSIS is pleased to offer a $5,000 sign on bonus paid out in one lump sum payment. This recruitment incentive requires a signed two-year service agreement, as well as satisfactory performance and conduct. The service agreement details conditions of receipt and acceptance of the incentive and is provided to new employees prior to entrance on duty. Funds will be collected for any periods of uncompleted service.

Selectees may be eligible for Creditable Service for Annual Leave Accrual (CSALA)

Public Service Loan Forgiveness Program. For more information please visit: PSLF Program.

The positions advertised offer a referral bonus award of $1,000. More than one award may be given subject to criteria being met. Current FSIS employees may be eligible for this award if they refer an applicant who later enters on duty and works at least 90 days with successful performance and conduct. The referred employee will have an opportunity to list the referring employee during the application

A568

process. There are some required restrictions on this award. Ineligible employees include: 1. Employees whose regular, recurring jobs include the recruitment of new employees. 2. Employees who are otherwise excluded from receiving Achievement Awards; 3. Selecting officials or other persons associated with the selection process of the referred employee; and 4. Any of the following relatives of the referred employee: Spouse, or parents thereof; Children, including stepchildren and adopted children, and spouses thereof; Parents, including stepparents; Siblings, including stepsiblings, and spouses thereof; Any individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship.

If you are selected for a position with further promotion potential, you will be placed under a career development plan, and may be non-competitively promoted if you successfully complete the requirements and if recommended by management. However, promotion is neither implied nor guaranteed.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

## Benefits                                                          +

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

> Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

Applications will be evaluated in accordance with Office of Personnel Management's (OPM) Delegated Examining Procedures using category rating. Applicant who meet basic minimum qualifications will be placed in one of three categories: Best Qualified, Well Qualified, or Qualified. Within these categories, applicants eligible for Veterans' Preference will receive selection priority over non-veterans. Category placement will be determined based on the applicant's quality of experience and the extent the possess the following competencies:

- **Attention to Detail**
- **Decision Making**
- **Dependability**
- **Flexibility**

A569

- **Interpersonal Skills**

- **Resilience**

- **Self Management**

Your application, including the online Assessment Questionnaire, will be reviewed to determine if you meet (a) minimum qualification requirements and (b) the resume supports the answers provided to the job-specific questions. Your resume must clearly support your responses to all the questions addressing experience and education relevant to this position.

Applicants who meet the basic minimum qualification requirements and are determined to be among the best qualified candidates will be referred to the hiring manager for consideration.

Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career Transition Assistance Plan (ICTAP): Visit the OPM website for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 80 out of a possible 100.

**REMINDER** Applicants - Be sure that experience/education as described on your resume contains accurate and sufficiently detailed information to clearly demonstrate that you have the listed competencies. All information used to evaluate your application must be received by the closing date of the announcement. Once the position is closed, no additional information will be accepted.

**Note:** If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, your rating may be lowered to more accurately reflect the submitted documentation. Please follow instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to and including removal from Federal service.

Clicking the link below will present a preview of the application form; i.e. the online questionnaire. The application form link below will only provide a preview and does not initiate the application process. To initiate the online application process, click the "Apply" button to the right.

To view the application form, visit:https://apply.usastaffing.gov/ViewQuestionnaire/12828019

# Required Documents

The following documents are required for your applicant package to be complete. Encrypted documents will not be accepted. Failure to submit required, legible documents may result in loss of consideration.

Resume that includes: **Personal Information:** name, address, contact information; **Education; Work Experience** related to this position as described in the major duties including work schedule, hours worked per week, dates of employment; title, series, grade (if applicable); **other qualifications**. **Resume cannot exceed 2 pages.**

A570

- Your application may be disqualified if you include any of the information listed here: What should I leave out of my resume?

If education is required or you are using education to qualify, you must submit a copy of ***all relevant*** college transcripts. An unofficial copy is sufficient with the application if it includes your name and the necessary course information; however, if you are selected, you will be required to submit official transcripts prior to entering on duty. Education must have been successfully obtained from an accredited school, college or university. If any education was completed at a foreign institute, you must submit with your application evidence that the institute was appropriately accredited by an accrediting body recognized by the U.S. Department of Education as equivalent to U.S. education standards. There are private organizations that specialize in this evaluation and a fee is normally associated with this service. For a list of private organizations that evaluate education, visit the NACES website. All transcripts must be in English or include an English translation.

If claiming Veterans' Preference, you must submit a DD-214, Certificate of Release from Active Duty, which shows dates of service and discharge under honorable conditions. If currently on active duty, you must submit a certification of expected discharge or release from active duty service under honorable conditions not later than 120 days after the date the certification is submitted. Veterans' Preference must be verified prior to appointment. Without this documentation, you will not receive Veterans' Preference, and your application will be evaluated based on the material(s) submitted.

If claiming 10-point Veterans' Preference, you must provide the DD-214 or certification requirements (see above bullet), plus the proof of entitlement of this preference as listed on the SF-15 Application for 10-point Veterans' Preference. The SF-15 should be included but is not required. Failure to submit these documents could result in the determination that there is insufficient documentation to support your claim for 10-point preference. For more information on Veterans' Preference visit FedsHireVets.

**Surplus or displaced employees eligible for CTAP, RPL, or ICTAP** priority must provide: proof of eligibility (RIF separation notice, notice of proposed removal for declining a transfer of function or directed reassignment to another commuting area, notice of disability annuity termination), SF-50 documenting separation (as applicable), current performance appraisal with rating of at least "Fully Successful" or equivalent, and your most recent SF-50 noting position, grade level, and duty location with your application per 5 CFR 330.

---

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

---

## How to Apply

Please read the entire announcement and all instructions before you begin. You must complete this application process and submit all required documents electronically by 11:59p.m. Eastern Time (ET) on the closing date of this announcement.

A571

Applying online is highly encouraged. We are available to assist you during business hours (normally 8:00 a.m. - 4:00 p.m., Monday - Friday). If applying online poses a hardship, contact the Agency Contact listed below well before the closing date for an alternate method. All hardship application packages must be complete and submitted no later than noon ET on the closing date of the announcement to be entered into the system prior to its closing. **Resumes must not exceed two pages.**

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

**Alternative Methods for Applying:** If you are unable to apply using the internet, please fax your request for an application package along with your name and mailing address to HR: 1-833-840-9219.

To begin, click "Apply" and follow the instructions to complete the Assessment Questionnaire and attach your resume and all required documents.

Please verify that documents you are uploading from USAJOBs transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Uploaded documents must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT or Word (DOC or DOCX). Do not upload Adobe Portfolio documents because they are not viewable. Please ensure your resume does not exceed two pages. **Applicants who submit a resume that exceeds two pages will be removed from consideration.**

Our office cannot be responsible for incompatible software, your system failure, etc.

---

**Agency contact information**

👤 **Debbie Romeyn**

**Phone**
612-852-7777
**Email**
debbie.romeyn@usda.gov
**Address**
*Food Safety and Inspection Service*
*1400 Independence Ave SW*
*Washington, DC 20250*
*US*

---

## Next steps

Your application will be reviewed to verify that you meet the eligibility and qualification requirements for the position prior to issuing referral lists to the selecting official. If further evaluation or interviews are required, you will be contacted. Log in to your USAJOBS account to check your application status.

You must choose to turn on email notifications in your USAJOBS profile if you want to receive important

A572

email notifications that may impact your applicant experience (e.g. If you start an application and do not submit it prior to the closing date, USAJOBS will send an email reminder that the closing date is approaching and your application is in an incomplete status).

This announcement may be used to fill additional like vacancies should any occur in the announced duty location(s).

Under the Fair Chance Act, agencies are not allowed to request information about an applicant's criminal history until a conditional offer of employment has been made, except as allowed for access to classified information; assignment to national security duties or positions; acceptance or retention in the armed forces; or recruitment of a Federal law enforcement officer. An applicant may submit a complaint or any other information related to an organization's alleged noncompliance with the Fair Chance Act. The complaint must be submitted within 30 calendar days of the date of the alleged noncompliance. To make a Fair Chance Act inquiry or complaint, send an email with the appropriate information to fsis.fca@usda.gov, subject line: Fair Chance Act.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



USAJOBS is a United States Office of Personnel Management website.

A573

| | Position Title | Consumer Safety Inspector |
|---|---|---|
| Food Safety and Inspection Service Logo | Agency | Food Safety and Inspection Service |
| | Announcement Number | FSIS-26-MCE-12828019-DER |
| | Open Period | Tuesday, November 4, 2025 to Monday, November 10, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

\* 1. Do you claim Veterans' Preference?

○ No, I do not claim Veterans' Preference

○ 0-point Sole Survivorship Preference (SSP)

○ 5-point preference based on active duty in the U.S. Armed Forces (TP)

○ 10-point preference for non-compensable disability or Purple Heart (XP)

○ 10-point preference based on a compensable service connected disability of at least 10% but less than 30% (CP)

○ 10 point preference based on widow/widower or parent of a deceased veteran, or spouse or parent of a disabled veteran (XP)

○ 10-point preference based on a compensable service connected disability of 30% or more (CPS)

\* 2. Are you a current USDA employee who meets the definition of a "surplus" or "displaced" employee, in which received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF)? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy; **AND,**
• you are applying to a position that is at or below the grade level of the position from which you will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 3. Are you a current or former federal employee displaced from a position in a Federal agency other than USDA? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy; **AND,**
• you are applying to a position that is at or below the grade level of the position from which you were or will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you were or will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 4. Have you registered for reemployment consideration **AND** meet one of the below:

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?
**OR**
• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes
○ No

A574

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?

**OR**

• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes

○ No

## Preferences

**PLEASE READ THE FOLLOWING CAREFULLY.** <u>Applicants will be referred to all grade levels at or above the one selected for which they are qualified.</u> Not selecting the lowest grade announced as your Lowest Acceptable Grade could limit your consideration for referral if, after review of your application, resume, and supporting documents, you are deemed not qualified for your selected Lowest Acceptable Grade. Selecting the lowest grade announced as your Lowest Acceptable Grade will not limit your consideration at higher grades.

\* 1. Select the location(s) you want to be considered for. You must choose at least one location.

☐ A. Baker Hill, AL

☐ B. Bakersfield, CA

☐ C. Moultrie, GA

☐ D. Reno, NV

\* 2. Select the lowest grade you are willing to accept for this position.

[ ▼ ]

\* 3. I certify, to the best of my knowledge and belief, all the information submitted by me with my application for employment is true, complete, and made in good faith, and that I have truthfully and accurately represented my work experience, knowledge, skills, abilities and education (degrees, accomplishments, etc.). I understand that the information provided may be investigated. I understand that misrepresenting my experience or education, or providing false or fraudulent information in or with my application may be grounds for not hiring me or for terminating me after I begin work. I also understand that false or fraudulent statements may be punishable by fine or imprisonment (18 U.S.C. 1001).

○ Yes

○ No

\* 4. DOCUMENT UPLOADS - I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes

○ No

\* 5. Are you a current or former Political appointee, Presidential appointee, and/or non-career Senior Executive Service (SES) appointee?

○ Yes

○ No

\* 6. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

☐ E. Local Billboard

☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event

☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

A575

Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

* 7. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

[ ]

* 8. **Potential Variation in Shift, Duty Location, and Amount of Travel:**

Vacancy shift, duty location, and amount of travel may be frequent. I am willing to accept a position that includes the following (select all that apply):

☐ A. 1st Shift

☐ B. 2nd Shift

☐ C. 3rd Shift

☐ D. Rotating Shifts

☐ E. Varying shifts with frequent travel (50%-75% of the time)

☐ F. Varying shifts with very frequent travel (76% or more of the time)

* 9. 2-PAGE LIMIT ACKNOWLEDGEMENT - I understand that my resume cannot exceed 2-pages in length for the initial qualification determination. If my resume exceeds two pages, then I understand I will be removed from consideration.

For more information on what to include in your resume, see the "Required Documents" and "How to Apply" sections of the vacancy announcement.

○ Yes

○ No

* 10. Were you referred to apply for this position by a current FSIS employee?

○ Yes

○ No

* 11. If you answered "Yes" to the previous question, please list the name of the current FSIS employee who referred you and their email address. Please only list only one person (if you list more than one it will invalidate the response):

[ ]

## Short Essay Questions

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot. Responses are optional, but each essay response field requires text to be entered to allow you to submit your application. Type N/A if you choose not to respond to any of the next four essay questions.

* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

[ ]

* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

A576

* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes
○ No

## Assessment 1

For the next 8 questions concerning required number of weeks of specialized experience, that amount of time may be reduced if you completed an CSI accelerated promotion program and should be documented on your resume.

Select "Yes" or "No" to the following question(s).

* 1. I am a GS-05 or have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 2. Please select the answer that describes your qualifications for this position for the GS-5. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

○ I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the announcement text for the GS-05. This experience is typically in or related to work in the Meat/Poultry or other Food Industries, Public Health or Quality Inspection that involves basic skill in collecting samples and/or performing tests or examinations, and/or developing written reports and/or reporting results, and/or maintaining effective personal contacts with a variety of individuals, and/or ensuring conformance with established standards such as Sanitation Standard Operating Procedures (SSOP) or Good Manufacturing Principles (GMP) (See full specialized experience definition in the vacancy announcement text).

○ I have successfully completed, (or expect to complete within 9 months), a full 4-year course of study leading to a bachelor's degree with at least 24 semester hours of coursework in the agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement to receive credit for my education.

○ I have a combination of experience and education that is equivalent to 1 year of specialized experience. I understand that qualifying education is that which is in excess of the first 60 semester hours of college and is in the course areas listed above. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement. Experience is shown on my resume in months/years, is thoroughly described, and is full time unless indicated otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will automatically be screened out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

* 3. I am a GS-07 or have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

A577

○ I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will not be scored out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

\* 3. I am a GS-07 or have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes

○ No

\* 4. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

○ I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

Select "Yes" or "No" to the following question(s).

\* 5. I am a GS-08 or have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes

○ No

\* 6. Please select the answer that describes your qualifications for this position for the GS-08. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working with the Federal Meat, Poultry, and Egg Products Inspection Acts to inspect meat, poultry, and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

○ I do not meet the specialized experience requirement that is stated above.

Select "Yes" or "No" to the following question(s).

\* 7. I am a GS-09 or have at least 52 weeks of specialized experience at the GS-08 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes

○ No

\* 8. Please select the answer that describes your qualifications for this position for the GS-09. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working at a more independent level than lower graded CSIs, such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

○ I have completed, (or expect to complete within 9 months), two full years of graduate education or a master's degree that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

A578

related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

\* 9. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes

○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

\* 10. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 11. Before having to make an important decision at work, I would typically:

○ Make sure my decision is consistent with my organization's goals

○ Review relevant rules and regulations

○ Talk it over with my supervisor

○ Consult those who will be impacted by the decision

\* 12. Compared to my peers, people come to me for advice:

○ Much more often than most

○ Somewhat more often than most

○ About the same as most

○ Somewhat less often than most

○ Much less often than most

\* 13. How often did your previous supervisors (or instructors if not previously employed) return written work to correct little errors that you had made?

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

\* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

\* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

A579

Frequently

Sometimes

○ Infrequently

○ Rarely or never

* 14. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 15. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 16. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 17. I wait until I have all the facts before I take action:

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 18. I work best when I have a schedule that is often unpredictable.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 19. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 20. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 21. My peers would describe my behavior with a group of people whom I have just met as:

A580

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828019

* 19. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 20. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

* 21. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place
○ Tending to act independently and not get involved in the group conversation
○ Enjoying listening to the conversation of others
○ Joining eagerly into any conversation that starts
○ Taking the lead in starting the conversation

* 22. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 23. My peers would say when I start something new, I always see it through to the end.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 24. My peers would say they can rely on me for guidance and advice, even when I am under stress.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 25. In the past, I would inform my supervisors (or instructors if not previously employed) of an issue or concern:

○ Immediately after I discovered the issue
○ After enough time passed to determine whether there was really an issue
○ After I had attempted to resolve the issue myself
○ After the issue became very problematic
○ After I was advised to seek guidance

* 26. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available
○ Learning ways of doing the work better
○ Doing work that ties in with overall issues that are important to my group (or class)
○ Getting my work done without friction with authorities or others
○ Doing careful work without errors

A581

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828019

○ After the issue became very problematic

○ After 25 or a visit to a BLS student

* 26. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available

○ Learning ways of doing the work better

○ Doing work that ties in with overall issues that are important to my group (or class)

○ Getting my work done without friction with authorities or others

○ Doing careful work without errors

* 27. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 28. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly

○ Composing effective written reports

○ Working with and getting along with other people

○ Speaking and expressing myself effectively to others

○ Working well under pressure

* 29. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:

○ Superior

○ Above average

○ Average

○ Below average

○ Don't know

* 30. My previous supervisors (or instructors if not previously employed) would say that I often did more than what was expected of me.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 31. My previous supervisors (or instructors if not previously employed) would say that the statement most true of me is that I would:

○ Arrive early for commitments

○ Work quickly and efficiently

○ Volunteer for additional assignments

○ Be thorough in performing my work

○ Provide guidance or assistance to peers in need

* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear

A582

○ Be thorough in performing my work

Provide guidance or assistance to peers in need

\* 32. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 33. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 34. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

Select "Yes" or "No" to the following question(s).

\* 35. I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes
○ No

\* 36. I understand that for my application to be considered, I must answer all questions, submit all required documents, and click "Submit" at the end. If I go back into my application, after submission, to review, make adjustments, or add attachments, I must click the "Submit" button again in order for my application to be re-submitted.

○ Yes
○ No

\* 37. I understand for information on the status of my application and the outcome of the application process, I (the applicant) must inquire through USAJOBS. No separate notification will be sent to me. To view the status of my application and the outcome of the application process, I must go to the USAJOBS website and log into My Account. Once in My Account I must enter the "Application Status" section of the website.

○ Yes
○ No

© 2025 US Office of Personnel Management
This is a USA Staffing® System

A583

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828019

# EXHIBIT W

A584

 An official website of the United States government

# USAJOBS®

# Consumer Safety Inspector

DEPARTMENT OF AGRICULTURE
Food Safety and Inspection Service
CIRCUIT-MIAMI, FL, CLAXTON, GA, CAROLINA, PR, AND GREENVILLE, SC

⚠ **Resumes limited to two pages**

Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.

Learn more about the new resume requirements.

## Summary

**Public Service Loan Forgiveness Program is available.** For more information please visit: PSLF Program.

Shifts and species will vary based on assignment. For more information call Brian Tillman, Sidney Harris, or Lesa Hardaway at (404) 562-5900 or send an e-mail to FODO85RMARMS@usda.gov.

For Claxton, one may be detailed to any shift at any plant in the AtlantaDistrict and for the others one will primarily work in one plant but may be detailed to any shift at any plant in the Atlanta District.

## Overview

Accepting applications

**Open & closing dates**
11/06/2025 to 11/19/2025

**Salary**
$40,332 to -$84,607 per year

Miami-GS-5: 42,954 - $55,835; GS-7: $53,208 - $69,174; GS-8: $58,925 - $76,608; GS-9: $65,084 - $84,607. The others are Rest of US Locality

**Pay scale & grade**
GS 5-9

**Locations**

A585

**Miami, FL**

1 vacancy

**Claxton, GA**

1 vacancy

**Catano, PR**

1 vacancy

**Roebuck, SC**

1 vacancy

**Remote job**

No

**Telework eligible**

No

**Travel Required**

76% or greater - You may be expected to travel for this position.

**Relocation expenses reimbursed**

Yes — You may qualify for reimbursement of relocation expenses in accordance with agency policy.

**Appointment type**

Permanent

**Work schedule**

Full-time

**Service**

Competitive

**Promotion potential**

9

**Job family (Series)**

- 1862 Consumer Safety Inspection

**Supervisory status**

No

**Security clearance**

Not Required

**Drug test**

No

**Position sensitivity and risk**

Non-sensitive (NS)/Low Risk

**Trust determination process**

A586

- Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
No

---

**Announcement number**
FSIS-26-MMP-12825477-DJ

**Control number**
849575300

# This job is open to

### Internal to an agency

Current federal employees of the hiring agency that posted the job announcement.

### Career transition (CTAP, ICTAP, RPL)

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Clarification from the agency**

Current, permanent Food Safety and Inspection Service agency employees and USDA CTAP/RPL eligible applicants.

# Duties

- YOU WILL/MAY:

- Ensure that regulated establishments produce a safe product by executing appropriate inspection methods, determining non-compliance with regulatory requirements, documenting noncompliance and initiating enforcement actions, where warranted.

- Verify that meat and poultry slaughter and/or processing establishment's Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans meet regulatory requirements.

- Verify execution of Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans effectively to prevent unsanitary conditions and adulteration of product.

- Review records, observe plant operations and conduct hands-on verification to ensure compliance with regulatory requirements and prepare detailed documentation (Non-Compliance Records) of non-compliance with regulatory requirements.

A587

- Determine when regulatory control action is necessary. You will assess whether the plant's corrective or preventative actions are acceptable and effective, if there are trends in noncompliance, or if an enforcement action is warranted.

- Conduct regulatory oversight activities inside plants in matters relating to other consumer protections (e.g., economic adulteration and misbranding).

- Have contact with plant managers, owners and others to explain legal and regulatory requirements, discuss operation of the plant's SSOP, HACCP plan and other food safety programs.

- Communicate and defend determinations on non-compliance issues and discuss plans for addressing non-compliance.

- Work with a variety of individuals to resolve problems, clarify differences of interpretation concerning HACCP and other food safety or consumer protection requirements.

- Advise other Agency inspectors, supervisors and officers on inspection and enforcement matters for which you are involved.

- Conduct various samplings, surveys and tests to obtain pertinent data on potential problem areas, industry trends, or other issues of current interest to the Agency.

- Be involved in performing health and safety verification sampling and tests for detection of specific microbes (e.g., salmonella, listeria, etc.), residues or contaminants.

- Assure that products approved for import are in full compliance with all applicable Federal regulations governing the importation of meat and poultry products.

- Authorize entry of all meat or poultry products considered to comply with Federal regulations or refuse entry of any products which violate any of the requirements for admission into this country.

- Coordinate with other Federal agencies (e.g., the Animal and Plant Health Inspection Service or U.S. Customs and Border Protection) on such matters as animal health restrictions and refused entry lots.

## Requirements

### Conditions of employment

- You must be a US Citizen or US National.

- Males born after 12/31/1959 must be Selective Service registered or exempt.

- Subject to satisfactory adjudication of background investigation and/or fingerprint check.

- Successful completion of one-year probationary period, unless previously served.

- Must be at least 18 years of age.

- Should be able to read, speak, write, and effectively communicate in the English language.

- Successful completion of a pre-employment medical examination.

- Training as a condition of employment (TCOE) is required. You must begin the training within 90 days of the effective date of your selection, and you must successfully complete it within 12 months of the effective date of your selection.

### Qualifications

A588

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including time-in-grade restrictions, specialized experience and/or education, as defined below.

**Time-In-Grade:**
Applicants must meet requirements for one year at the next lower grade to be considered for the next higher grade. (e.g. one year at the GS-5 grade level for consideration for the GS-7 grade level.)

**Specialized experience:**
Specialized experience is experience that provided you with knowledge of the properties and characteristics of regulated food commodities or other products for human consumption. Such experience may have been acquired in work such as consumer safety inspector or inspection aide, food inspector, public health inspector, quality inspection specialist, or similar position with responsibility for sampling, quality control and sanitation in a food manufacturing or production environment, or similar environment for other ingestible items.

See specific grade level specialized experience definitions below.

**For the GS-05 Level:** Applicants must have at least 52 weeks of qualifying experience that provided knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food or beverages for human consumption, or other ingestible substances, such as pharmaceuticals. You are to show in your resume examples such as applying proper techniques for collecting samples and/or performing field tests and examinations (e.g. identifying abnormalities in the product or production environment and recommending corrective actions), developing written reports and/or reporting findings of results orally (e.g. documenting abnormalities in the product or production environment and communicating those findings to others), and/or skill in maintaining effective personal contacts with a variety of individuals (e.g. discussing findings with internal or external contacts regarding the food safety standards established in the production environment), or other similar work making determinations on products for human consumption or the production environment (e.g. ensuring conformance with established standards). Such experience may have been acquired working positions such as consumer safety inspector or inspection aid, food inspector, public health inspector, quality inspection specialist, or other related position.

**For the GS-07 Level:** In addition to the qualifications above, applicants must have at least one year of specialized experience (equivalent to the GS-05 level), and incumbents are expected to have performed standard and recurrent duties on an independent basis. Your resume should demonstrate at least 52 weeks of experience in independently carrying out routine, standard assignments on a regular and recurring basis that provided you with knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food for human consumption, and other ingestible substances, such as pharmaceuticals.

**For the GS-08 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-07 level). In addition to the qualifications above, experience must include working with the Federal Meat, Poultry, and Egg Products Inspection Acts in order to inspect meat, poultry and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

**For the GS-09 Level:** Applicants must have at least one year of specialized experience (equivalent to the

A589

GS-08 level). In addition to the qualifications above, incumbents are expected to have experience working at a more independent level than lower graded CSIs, which may include duties such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

Please view OPM's Qualifications Standards, Consumer Safety Inspector Series, GS-1862.

The duties of a Consumer Safety Inspector are performed in a hazardous working environment. For additional information, please click here. The below requirements are not an all-inclusive list. Failure to fully meet a functional requirement is not automatically disqualifying.

**Applicants must:**

- Be physically and mentally able to efficiently perform the job functions, without hazard to themselves and others.

- Have full range of motion to perform rapid repetitive twisting and working with arms above shoulder level.

- Be able to stand and walk on slippery and uneven floors and catwalks, and climbing stairs and ladders.

- Be able to lift, carry, push and pull up to 30 pounds, with occasional lifting of up to 50 pounds.

- Have manual dexterity of the upper body, including arms, hands, and fingers with a normal sense of touch in both hands.

- Must have good near and distance vision, be free of chronic eye disease and have correctable vision of at least 20/40 in one eye.

- Have the ability to distinguish shades of color. Any significant degree of color blindness (more than 25 percent error rate on approved color plate test) may be disqualifying.

- Individuals with some hearing loss and/or requiring hearing amplification will be assessed on a case-by-case basis.

## Education

**Education may be used to qualify in lieu of specialized experience as described below.**

**For the GS-05 level:** Successful completion of a full 4-year course of study leading to a bachelor's degree with major study or at least 24 semester hours/credits in any combination of coursework in the areas of: agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. Specialized government or military training may be creditable if it is related directly to this position.
**OR**
A combination of education and specialized experience. In this instance, only education in excess of the

A590

first 60 semester hours of a course of study leading to a bachelor's degree (with some related coursework, as described in number 2 above) is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-07 Level:** One full year of directly related graduate education is qualifying for GS-07.
**OR**
A combination of education and specialized experience. In this instance, only graduate education directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-09 Level:** Two full years of directly related graduate education or a directly related master's degree is qualifying for GS-09.
**OR**
A combination of education and specialized experience. In this instance, only graduate education in excess of the first 18 semester hours directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

## Additional information

The Food Safety and Inspection Service (FSIS) is the agency in the U.S. Department of Agriculture (USDA) responsible for protecting the public's health by ensuring the safety of the Nation's commercial supply of meat, poultry, and processed egg products. For more information on USDA and the Food Safety and Inspection Service, visit FSIS.

A career with the U.S. Government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

THIS POSITION REQUIRES A PRE-EMPLOYMENT PHYSICAL. Please click Position Requirements for more information.

This announcement may be used to fill additional like vacancies should any occur in the announced duty location(s).

It is the policy of the Government not to deny employment simply because an individual has been unemployed or has had financial difficulties that have arisen through no fault of the individual. See more information at: CHCO Council.

E-Verify: Federal law requires agencies to use the E-Verify system to confirm the employment eligibility for all new hires. If you are selected as a newly hired employee, the documentation you present for purposes of completing the Department of Homeland Security (DHS) Form I-9 on your entry-on-duty date will be verified through the DHS E-VERIFY system. Under the system, the new hire is required to resolve any identified discrepancies as a condition of continued employment.

A591

Direct Deposit - Per Public Law 104-134 every Federal employee is required to have federal payments made by direct deposit to a financial institution of that employee's choosing.

False statements or responses on a resume or application can jeopardize employment and may be grounds for disciplinary action, including removal from Federal service.

If you are selected, you may need to complete a Declaration for Federal Employment (OF-306) prior to being appointed to determine suitability for Federal employment and to authorize a background investigation.

If you are a current FSIS employee and a non-competitive applicant (reassignment, change to lower grade, or non-competitive re-promotion) wanting consideration for this position, you must complete the online application process and/or apply using the new online self-service Reassignment System at: https://ohrportal.fsis.usda.gov/systems.

Promotion Potential: If you are selected for a position with further promotion potential, you will be placed under a career development plan, and may be non-competitively promoted if you successfully complete the requirements and if recommended by management. However, promotion is neither implied nor guaranteed.

**Assignment Restrictions:** FSIS Directive 4735.9, Office of Field Operations Assignment Restrictions and Rules on Gifts from Regulated Industry, sets out the Agency's requirements regarding employee assignment restrictions, as it pertains to family and personal relationships. Please read before applying.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

| **Benefits** | **+** |
| --- | --- |

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated based on your qualifications for this position as evidenced by the education, experience, and training you described in your application package, as well as the responses to the

A592

Occupational Questionnaire to determine the degree to which you possess the knowledge, skills, abilities and competencies listed below:

- **Attention to Detail**
- **Decision Making**
- **Dependability**
- **Flexibility**
- **Interpersonal Skills**
- **Resilience**
- **Self Management**

Your application, including the online Assessment Questionnaire, will be reviewed to determine if: (a) you meet minimum qualification requirements and (b) the resume supports the answers provided to the job-specific questions. Your resume must clearly support your responses to all the questions addressing experience and education relevant to this position.

Applicants who meet the basic minimum qualification requirements and are determined to be among the best qualified candidates will be referred to the hiring manager for consideration. Non-Competitive candidates need to meet minimum qualification requirements to be referred.

Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career Transition Assistance Plan (ICTAP): Visit the OPM website for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 85 out of a possible 100.

**REMINDER** Applicants - Be sure that experience/education as described on your resume contains accurate and sufficiently detailed information to clearly demonstrate that you have the listed competencies. All information used to evaluate your application must be received by the closing date of the announcement. Once the position is closed, no additional information will be accepted.

**Note:** If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, your rating may be lowered to more accurately reflect the submitted documentation. Please follow instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to and including removal from Federal service.

Clicking the link below will present a preview of the application form, i.e. the online questionnaire. The application form link below will only provide a preview and does not initiate the application process. To initiate the online application process, click the "Apply" button to the right.

To view the application form, visit: https://apply.usastaffing.gov/ViewQuestionnaire/12825477

A593

# Required Documents

The following documents are required for your application package to be complete:

*Our office cannot be responsible for incompatible software, illegible fax transmissions, delays in the mail service, your system failure, etc. Encrypted documents will not be accepted. Failure to submit required, legible documents may result in loss of consideration.*

Resume that includes: **Personal Information:** name, address, contact information; **Education; Work Experience** related to this position as described in the major duties including work schedule, hours worked per week, dates of employment; title, series, grade (if applicable); **other qualifications. Resume cannot exceed 2 pages**.

- Your application may be disqualified if you include any of the information listed here: Do Not Include In Your Resume & Application

If education is required or being used to qualify, you must submit a copy of **_all relevant_** college transcripts. An unofficial copy is sufficient with the application if it includes your name and the necessary course information; however, if you are selected, official transcripts will be required prior to entering on duty. Education must have been successfully obtained from an accredited school, college or university. If any education was completed at a foreign institute, you must submit with your application evidence that the institute was appropriately accredited by an accrediting body recognized by the U.S. Department of Education as equivalent to U.S. education standards. There are private organizations that specialize in this evaluation and a fee is normally associated with this service. For a list of private organizations that evaluate education, visit the NACES website. All transcripts must be in English or include an English translation.

**You must submit the documents below if you claim any of the following:**

- **Current and Former Federal Employees:**

1. A non-award Notification of Personnel Action (SF-50) showing that you are/were in the competitive service, highest grade (or promotion potential) held on a permanent basis, position title, series and grade **AND**

2. Most recently completed performance appraisal (dated within 18 months) showing the official rating of record, signed by a supervisor, **or** statement why the performance appraisal is unavailable. Do not submit a performance plan; it is not an acceptable substitute.

**Other required documents may include:**

- **Surplus or displaced employees eligible for CTAP or RPL Priority** must provide: Proof of eligibility (RIF separation notice, notice of proposed removal for declining a transfer of function or directed reassignment to another commuting area, notice of disability annuity termination), SF-50 documenting separation (as applicable), current performance appraisal with rating of at least "Fully Successful" or equivalent, and your most recent SF-50 noting position, grade level, and duty location with your application per 5 CFR 330.

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the

A594

attendance and/or degrees from <u>schools accredited by accrediting institutions recognized by the U.S. Department of Education</u>.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

## How to Apply

Please read the entire announcement and all instructions before you begin. You must complete this application process and submit all required documents electronically by 11:59p.m. Eastern Time (ET) on the closing date of this announcement.

Applying online is highly encouraged. We are available to assist you during business hours (normally 8:00a.m.-4:00p.m., Monday-Friday). If applying online poses a hardship, contact the Agency Contact listed below well before the closing date for an alternate method. All hardship application packages must be complete and submitted no later than noon ET on the closing date of the announcement to be entered into the system prior to its closing. **Resumes must not exceed two pages.**

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

To begin, click "Apply" and follow the instructions to complete the Assessment Questionnaire and attach your resume and all required documents.

Please verify that documents you are uploading from USAJOBs transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Uploaded documents must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT or Word (DOC or DOCX). Do not upload Adobe Portfolio documents because they are not viewable. Please ensure your resume does not exceed two pages.

**Applicants who submit a resume that exceeds two pages will be removed from consideration.**

**NOTE:** It is an applicant's responsibility to submit updated information. You can update your application or documents anytime while the announcement is open. Simply log into your USAJOBS account and click on "Application Status." Click on the position title, and then select "Update Application" to continue.

You must choose to turn on email notifications in your USAJOBS profile if you want to receive important email notifications that may impact your applicant experience (e.g. If you start an application and do not submit it prior to the closing date, USAJOBS will send an email reminder that the closing date is approaching and your application is in an incomplete status).

If you do not have access to the Internet, you are strongly encouraged to visit your library, state employment office, or another establishment that provides internet service to complete the online application and the assessment questionnaire. If this is not an option, refer to the Alternative Methods for Applying section below for specific instructions.

A595

**Alternative Methods for Applying:** If you are unable to apply using the internet, please fax your request for an application package along with your name and mailing address to 1-833-840-9219.

**Agency contact information**

# Darren Johnson

**Phone**
(612) 852-7664
**Email**
darren.johnson16@usda.gov
**Address**
*Food Safety and Inspection Service*
*1400 Independence Ave SW*
*Washington, DC 20250*
*US*

## Next steps

Your application will be reviewed to verify that you meet the eligibility and qualification requirements for the position prior to issuing referral lists to the selecting official. If further evaluation or interviews are required, you will be contacted. Log in to your USAJOBS account to check your application status. We expect to make a final job offer approximately 40 days after the deadline for applications.

Under the Fair Chance Act, agencies are not allowed to request information about an applicant's criminal history until a conditional offer of employment has been made, except as allowed for access to classified information; assignment to national security duties or positions; acceptance or retention in the armed forces; or recruitment of a Federal law enforcement officer. An applicant may submit a complaint or any other information related to an organization's alleged noncompliance with the Fair Chance Act. The complaint must be submitted within 30 calendar days of the date of the alleged noncompliance. To make a Fair Chance Act inquiry or complaint, send an email with the appropriate information to fsis.fca@usda.gov, subject line: Fair Chance Act.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements

A596

Social security number request



USAJOBS is a United States Office of Personnel Management website.

| | | |
|---|---|---|
| Food Safety and Inspection Service Logo | **Position Title** | Consumer Safety Inspector |
| | **Agency** | Food Safety and Inspection Service |
| | **Announcement Number** | FSIS-26-MMP-12825477-DJ |
| | **Open Period** | Thursday, November 6, 2025 to Wednesday, November 19, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

**PLEASE READ THE FOLLOWING ELIGIBILITY QUESTIONS CAREFULLY.** Your answers will be used to determine your eligibility to apply to this job opportunity announcement. You will be considered under the eligibility option(s) to which you answer **YES**. Select **YES** to all eligibility options for which you want to be considered**.** If you respond **NO** to meeting the criteria for all the eligibilities, you **will not** be considered for the position(s) under this announcement.

**NOTE:** You must submit the required supporting documentation to receive consideration for EACH selected eligibility. Failure to provide the required documents will result in an ineligible rating and your application will be excluded from consideration.

\* 1. Are you a current Food Safety and Inspection Service employee who currently holds a career or career conditional appointment?

○ Yes
○ No

\* 2. Are you a Food Safety and Inspection Service employee who currently holds a career or career conditional appointment **AND** you have held or currently hold a position on a permanent basis in the competitive service with the same or higher promotion potential of the position being advertised?

○ Yes
○ No

\* 3. Are you a current USDA employee who meets the definition of a "surplus" or "displaced" employee, in which received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF)? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy;  **AND,**
• you are applying to a position that is at or below the grade level of the position from which you will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 4. Have you registered for reemployment consideration **AND** meet one of the below:

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?
**OR**
• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes
○ No

## Preferences

**PLEASE READ THE FOLLOWING CAREFULLY.** Applicants will be referred to all grade levels at or above the one selected for which they

A598

Preferences

**PLEASE READ THE FOLLOWING CAREFULLY.** <u>Applicants will be referred to all grade levels at or above the one selected for which they are qualified.</u> Not selecting the lowest grade announced as your Lowest Acceptable Grade could limit your consideration for referral if, after review of your application, resume, and supporting documents, you are deemed not qualified for your selected Lowest Acceptable Grade. Selecting the lowest grade announced as your Lowest Acceptable Grade will not limit your consideration at higher grades.

\* 1. Select the lowest grade you are willing to accept for this position.

[                          ⌄ ]

\* 2. Select the location(s) you want to be considered for. You must choose at least one location.

☐ A. Miami, FL

☐ B. Claxton, GA

☐ C. Catano, PR

☐ D. Roebuck, SC

\* 3. <u>**Potential Variation in Shift, Duty Location, and Amount of Travel:**</u>

Vacancy shift, duty location, and amount of travel may be frequent. I am willing to accept a position that includes the following (select all that apply):

☐ A. 1st Shift

☐ B. 2nd Shift

☐ C. 3rd Shift

☐ D. Rotating Shifts

☐ E. Varying shifts with frequent travel (50%-75% of the time)

☐ F. Varying shifts with very frequent travel (76% or more of the time)

\* 4. I certify, to the best of my knowledge and belief, all the information submitted by me with my application for employment is true, complete, and made in good faith, and that I have truthfully and accurately represented my work experience, knowledge, skills, abilities and education (degrees, accomplishments, etc.). I understand that the information provided may be investigated. I understand that misrepresenting my experience or education, or providing false or fraudulent information in or with my application may be grounds for not hiring me or for terminating me after I begin work. I also understand that false or fraudulent statements may be punishable by fine or imprisonment (18 U.S.C. 1001).

◯ Yes

◯ No

\* 5. DOCUMENT UPLOADS - I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

◯ Yes

◯ No

\* 6. Are you a current or former Political appointee, Presidential appointee, and/or non-career Senior Executive Service (SES) appointee?

◯ Yes

◯ No

\* 7. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

☐ E. Local Billboard

☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event

☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni

A599

☐ A. LinkedIn

☐ B. Social Media (such as Facebook, Twitter, etc.)

☐ C. Job Finder Site (such as Indeed, Monster, etc.)

☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)

☐ E. Local Billboard

☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event

☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni Organization

☐ H. FSIS Employee

☐ I. USDA Employee

☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker

☐ K. USAJobs Search

☐ L. Other

* 8. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

[text box]

* 9. 2-PAGE LIMIT ACKNOWLEDGEMENT - I understand that my resume cannot exceed 2-pages in length for the initial qualification determination. If my resume exceeds two pages, then I understand I will be removed from consideration.

For more information on what to include in your resume, see the "Required Documents" and "How to Apply" sections of the vacancy announcement.

○ Yes

○ No

## Short Essay Question

The following narrative question provides an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your response is not required and will not be scored, we encourage you to thoughtfully address the question. Please provide a response of 200 words or less to the question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot. Responses are optional, but the essay response field requires text to be entered to allow you to submit your application. Type N/A if you choose not to respond to any of the next essay questions.

* 1. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

[text box]

* 2. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

○ Yes

○ No

## Assessment 1

For the next 12 questions concerning required number of weeks of specialized experience or time-in-grade, that amount of time may be reduced if you completed an accelerated promotion program and should be documented on your resume.

* 1. I am a GS-05 or higher.

○ Yes

○ No

* 2. I have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

A600

* 1. I am a GS-05 or higher.

&#9675; Yes

&#9675; No

* 2. I have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

&#9675; Yes

&#9675; No

* 3. Please select the answer that describes your qualifications for this position for the GS-05. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

&#9675; I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the announcement text for the GS-05. This experience is typically in or related to work in the Meat/Poultry or other Food Industries, Public Health or Quality Inspection that involves basic skill in collecting samples and/or performing tests or examinations, and/or developing written reports and/or reporting results, and/or maintaining effective personal contacts with a variety of individuals, and/or ensuring conformance with established standards such as Sanitation Standard Operating Procedures (SSOP) or Good Manufacturing Principles (GMP) (See full specialized experience definition in the vacancy announcement text).

&#9675; I have successfully completed, (or expect to complete within 9 months), a full 4-year course of study leading to a bachelor's degree with at least 24 semester hours of coursework in the agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement to receive credit for my education.

&#9675; I have a combination of experience and education that is equivalent to 1 year of specialized experience. I understand that qualifying education is that which is in excess of the first 60 semester hours of college and is in the course areas listed above. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement. Experience is shown on my resume in months/years, is thoroughly described, and is full time unless indicated otherwise.

&#9675; I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will automatically be screened out and deemed ineligible for consideration.

* 4. I am a GS-07 or higher or have at least 52 weeks of time-in-grade at the GS-05 grade level.

&#9675; Yes

&#9675; No

* 5. I have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

&#9675; Yes

&#9675; No

* 6. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

&#9675; I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

&#9675; I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

&#9675; I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

&#9675; I do not meet any of the specialized experience or education requirements that are stated above.

Select "Yes" or "No" to the following question(s).

* 7. I am a GS-08 or higher or have at least 52 weeks of time-in-grade at the GS-07 grade.

&#9675; Yes

&#9675; No

* 8. I have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy

A601

* 7. I am a GS-08 or higher or have at least 52 weeks of time-in-grade at the GS-07 grade.

○ Yes

○ No

* 8. I have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab and this experience is clearly described and outlined in my resume.

○ Yes

○ No

* 9. Please select the answer that describes your qualifications for this position for the GS-08. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working with the Federal Meat, Poultry, and Egg Products Inspection Acts to inspect meat, poultry, and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

○ I do not meet the specialized experience requirement that is stated above.

Select "Yes" or "No" to the following question(s).

* 10. I am a GS-09 or higher or have at least 52 weeks of time-in-grade at the GS-08 grade.

○ Yes

○ No

* 11. I have at least 52 weeks of specialized experience at the GS-08 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes

○ No

* 12. Please select the answer that describes your qualifications for this position for the GS-09. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working at a more independent level than lower graded CSIs, such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

○ I have completed, (or expect to complete within 9 months), two full years of graduate education or a master's degree that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

* 13. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes

○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

* 14. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

A602

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peers refers to coworkers, classmates, or other close associates.

Case 1:25-cv-13305-GAO    Document 43-23    Filed 11/19/25    Page 20 of 46

* 14. At work, it is appropriate to be flexible in some situations and not others.
  ○ Strongly agree
  ○ Agree
  ○ Neither agree nor disagree
  ○ Disagree
  ○ Strongly disagree

* 15. Before having to make an important decision at work, I would typically:
  ○ Make sure my decision is consistent with my organization's goals
  ○ Review relevant rules and regulations
  ○ Talk it over with my supervisor
  ○ Consult those who will be impacted by the decision

* 16. Compared to my peers, people come to me for advice:
  ○ Much more often than most
  ○ Somewhat more often than most
  ○ About the same as most
  ○ Somewhat less often than most
  ○ Much less often than most

* 17. How often did your previous supervisors (or instructors if not previously employed) return written work to correct little errors that you had made?
  ○ Always or almost always
  ○ Frequently
  ○ Sometimes
  ○ Infrequently
  ○ Rarely or never

* 18. I get frustrated when I have to consider many small details just to accomplish my work.
  ○ Strongly agree
  ○ Agree
  ○ Neither agree nor disagree
  ○ Disagree
  ○ Strongly disagree

* 19. I think encountering new situations at work makes a job much more interesting and exciting.
  ○ Strongly agree
  ○ Agree
  ○ Neither agree nor disagree
  ○ Disagree
  ○ Strongly disagree

* 20. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.
  ○ Strongly agree
  ○ Agree
  ○ Neither agree nor disagree
  ○ Disagree
  ○ Strongly disagree

* 21. I wait until I have all the facts before I take action:
  ○ Always or almost always
  ○ Frequently

A603

Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 19. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 20. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 21. I wait until I have all the facts before I take action:

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 22. I work best when I have a schedule that is often unpredictable.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 23. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 24. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always

○ Frequently

○ Sometimes

○ Infrequently

○ Rarely or never

* 25. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place

○ Tending to act independently and not get involved in the group conversation

○ Enjoying listening to the conversation of others

○ Joining eagerly into any conversation that starts

○ Taking the lead in starting the conversation

* 26. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.

○ Strongly agree

A604

○ Enjoying listening to the conversation of others
○ Joining eagerly into any conversation that starts
○ Taking the lead in starting the conversation

* 26. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 27. My peers would say when I start something new, I always see it through to the end.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 28. My peers would say they can rely on me for guidance and advice, even when I am under stress.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 29. In the past, I would inform my supervisors (or instructors if not previously employed) of an issue or concern:

○ Immediately after I discovered the issue
○ After enough time passed to determine whether there was really an issue
○ After I had attempted to resolve the issue myself
○ After the issue became very problematic
○ After I was advised to seek guidance

* 30. Based on my previous work, my supervisors or instructors would say that I am best at:

○ Getting a large amount of work done in the time available
○ Learning ways of doing the work better
○ Doing work that ties in with overall issues that are important to my group (or class)
○ Getting my work done without friction with authorities or others
○ Doing careful work without errors

* 31. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 32. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly
○ Composing effective written reports
○ Working with and getting along with other people
○ Speaking and expressing myself effectively to others
○ Working well under pressure

* 33. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:
○ Superior

A605

○ Strongly disagree

* 32. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly
○ Composing effective written reports
○ Working with and getting along with other people
○ Speaking and expressing myself effectively to others
○ Working well under pressure

* 33. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:

○ Superior
○ Above average
○ Average
○ Below average
○ Don't know

* 34. My previous supervisors (or instructors if not previously employed) would say that I often did more than what was expected of me.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 35. My previous supervisors (or instructors if not previously employed) would say that the statement most true of me is that I would:

○ Arrive early for commitments
○ Work quickly and efficiently
○ Volunteer for additional assignments
○ Be thorough in performing my work
○ Provide guidance or assistance to peers in need

* 36. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 37. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 38. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

A606

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12825477

○ Be thorough in performing my work
○ Provide guidance or assistance to peers in need

\* 36. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 37. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 38. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

Select "Yes" or "No" to the following question(s).

\* 39. I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes
○ No

\* 40. I understand that for my application to be considered, I must answer all questions, submit all required documents, and click "Submit" at the end. If I go back into my application, after submission, to review, make adjustments, or add attachments, I must click the "Submit" button again in order for my application to be re-submitted.

○ Yes
○ No

\* 41. I understand for information on the status of my application and the outcome of the application process, I (the applicant) must inquire through USAJOBS. No separate notification will be sent to me. To view the status of my application and the outcome of the application process, I must go to the USAJOBS website and log into My Account. Once in My Account I must enter the "Application Status" section of the website.

○ Yes
○ No

A607

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12825477

 An official website of the United States government

# USAJOBS

# Consumer Safety Inspector

DEPARTMENT OF AGRICULTURE
Food Safety and Inspection Service
CIRCUIT-OKLAHOMA CITY, OK

> ⚠ **Resumes limited to two pages**                              ✕
>
> Federal agencies now only accept resumes up to two pages in length. Sign in to your profile, update your resume and make it searchable.
>
> Learn more about the new resume requirements.

## Summary

**Public Service Loan Forgiveness Program is available.**

Shifts and species will vary based on assignment.

For additional information, please contact Suzette Woerner @ 972-861-7661.

Employee may be detailed to any shift at any plant in the Dallas District.

## Overview

Accepting applications

**Open & closing dates**
 11/04/2025 to 11/18/2025

**Salary**
$40,332 to -$79,443 per year

**Pay scale & grade**
GS 5-9

**Location**
1 vacancy in the following location:

A608

 **Broken Bow, OK**

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Occasional travel - Job may occasionally require travel up to 75% and employee may be detailed to any shift at any plant in the Dallas District.

**Relocation expenses reimbursed**
Yes — You may qualify for reimbursement of relocation expenses in accordance with agency policy.

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
9

**Job family (Series)**
- 1862 Consumer Safety Inspection

**Supervisory status**
No

**Security clearance**
Other

**Drug test**
No

**Position sensitivity and risk**
Non-sensitive (NS)/Low Risk

**Trust determination process**
- Suitability/Fitness

**Financial disclosure**
No

**Bargaining unit status**
No

A609

**Announcement number**
FSIS-26-MMP-12828806-BM

**Control number**
849353800

## This job is open to

 **Internal to an agency**

Current federal employees of the hiring agency that posted the job announcement.

 **Career transition (CTAP, ICTAP, RPL)**

Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Clarification from the agency**

Current, permanent Food Safety and Inspection Service agency employees and USDA CTAP/RPL eligible applicants.

## Duties

- YOU WILL/MAY:

- Ensure that regulated establishments produce a safe product by executing appropriate inspection methods, determining non-compliance with regulatory requirements, documenting noncompliance and initiating enforcement actions, where warranted.

- Verify that meat and poultry slaughter and/or processing establishment's Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans meet regulatory requirements.

- Verify execution of Sanitation Standard Operating Procedures (SSOP) and Hazard Analysis and Critical Control Point (HACCP) Plans effectively to prevent unsanitary conditions and adulteration of product.

- Review records, observe plant operations and conduct hands-on verification to ensure compliance with regulatory requirements and prepare detailed documentation (Non-Compliance Records) of non-compliance with regulatory requirements.

- Determine when regulatory control action is necessary. You will assess whether the plant's corrective or preventative actions are acceptable and effective, if there are trends in noncompliance, or if an enforcement action is warranted.

- Conduct regulatory oversight activities inside plants in matters relating to other consumer protections (e.g., economic adulteration and misbranding).

- Have contact with plant managers, owners and others to explain legal and regulatory requirements, discuss operation of the plant's SSOP, HACCP plan and other food safety programs.

A610

- Communicate and defend determinations on non-compliance issues and discuss plans for addressing non-compliance.

- Work with a variety of individuals to resolve problems, clarify differences of interpretation concerning HACCP and other food safety or consumer protection requirements.

- Advise other Agency inspectors, supervisors and officers on inspection and enforcement matters for which you are involved.

- Conduct various samplings, surveys and tests to obtain pertinent data on potential problem areas, industry trends, or other issues of current interest to the Agency.

- Be involved in performing health and safety verification sampling and tests for detection of specific microbes (e.g., salmonella, listeria, etc.), residues or contaminants.

- Assure that products approved for import are in full compliance with all applicable Federal regulations governing the importation of meat and poultry products.

- Authorize entry of all meat or poultry products considered to comply with Federal regulations or refuse entry of any products which violate any of the requirements for admission into this country.

- Coordinate with other Federal agencies (e.g., the Animal and Plant Health Inspection Service or U.S. Customs and Border Protection) on such matters as animal health restrictions and refused entry lots.

# Requirements

### Conditions of employment

- You must be a US Citizen or US National.

- Males born after 12/31/1959 must be Selective Service registered or exempt.

- Subject to satisfactory adjudication of background investigation and/or fingerprint check.

- Successful completion of one-year probationary period, unless previously served.

- Direct Deposit: Per Public Law 104-134 all Federal employees are required to have federal payments made by direct deposit to their financial institution.

- Successfully pass the E-Verify employment verification check. To learn more about E-Verify, including your rights and responsibilities, visit https://www.e-verify.gov/.

- Must be at least 18 years of age.

- Should be able to read, speak, write, and effectively communicate in the English language.

- False statements or responses on a resume or application can jeopardize employment and may be grounds for disciplinary action, including removal from Federal service.

- If you are selected, you may need to complete a Declaration for Federal Employment (OF-306) prior to being appointed to determine suitability for Federal employment and to authorize a background investigation.

- Successful completion of a pre-employment medical examination.

- Training as a condition of employment (TCOE) is required. You must begin the training within 90 days of the effective date of your selection, and you must successfully complete it within 12 months of the effective date of your selection.

A611

## Qualifications

Applicants must meet all qualifications and eligibility requirements by the closing date of the announcement, including time-in-grade restrictions, specialized experience and/or education, as defined below.

**Time-In-Grade:**
Applicants must meet requirements for one year at the next lower grade to be considered for the next higher grade. (e.g. one year at the GS-07 grade level for consideration for the GS-08 grade level.)

**Specialized experience:**
Specialized experience is experience that provided you with knowledge of the properties and characteristics of regulated food commodities or other products for human consumption. Such experience may have been acquired in work such as consumer safety inspector or inspection aide, food inspector, public health inspector, quality inspection specialist, or similar position with responsibility for sampling, quality control and sanitation in a food manufacturing or production environment, or similar environment for other ingestible items.

See specific grade level specialized experience definitions below.

**For the GS-05 Level:** Applicants must have at least 52 weeks of qualifying experience that provided knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food or beverages for human consumption, or other ingestible substances, such as pharmaceuticals. You are to show in your resume examples such as applying proper techniques for collecting samples and/or performing field tests and examinations (e.g. identifying abnormalities in the product or production environment and recommending corrective actions), developing written reports and/or reporting findings of results orally (e.g. documenting abnormalities in the product or production environment and communicating those findings to others), and/or skill in maintaining effective personal contacts with a variety of individuals (e.g. discussing findings with internal or external contacts regarding the food safety standards established in the production environment), or other similar work making determinations on products for human consumption or the production environment (e.g. ensuring conformance with established standards). Such experience may have been acquired working positions such as consumer safety inspector or inspection aid, food inspector, public health inspector, quality inspection specialist, or other related position.

**For the GS-07 Level:** In addition to the qualifications above, applicants must have at least one year of specialized experience (equivalent to the GS-05 level), and incumbents are expected to have performed standard and recurrent duties on an independent basis. Your resume should demonstrate at least 52 weeks of experience in independently carrying out routine, standard assignments on a regular and recurring basis that provided you with knowledge of the properties and characteristics of regulated food commodities and substances; such as: meat, poultry, fish, eggs, or other food for human consumption, and other ingestible substances, such as pharmaceuticals.

**For the GS-08 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-07 level). In addition to the qualifications above, experience must include working with the Federal Meat, Poultry, and Egg Products Inspection Acts in order to inspect meat, poultry and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

A612

**For the GS-09 Level:** Applicants must have at least one year of specialized experience (equivalent to the GS-08 level). In addition to the qualifications above, incumbents are expected to have experience working at a more independent level than lower graded CSIs, which may include duties such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.
Please view OPM's Qualifications Standards, Consumer Safety Inspector Series, GS-1862.

The duties of a Consumer Safety Inspector are performed in a hazardous working environment. For additional information, please click here. The below requirements are not an all-inclusive list. Failure to fully meet a functional requirement is not automatically disqualifying.

## Education

**Education may be used to qualify in lieu of specialized experience as described below.**

**For the GS-05 level:** Successful completion of a full 4-year course of study leading to a bachelor's degree with major study or at least 24 semester hours/credits in any combination of coursework in the areas of: agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. Specialized government or military training may be creditable if it is related directly to this position.
**OR**
A combination of education and specialized experience. In this instance, only education in excess of the first 60 semester hours of a course of study leading to a bachelor's degree (with some related coursework, as described in number 2 above) is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-07 Level:** One full year of directly related graduate education is qualifying for GS-07.
**OR**
A combination of education and specialized experience. In this instance, only graduate education directly related to the work of the position is creditable towards meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

**For the GS-09 Level:** Two full years of directly related graduate education or a directly related master's degree is qualifying for GS-09.
**OR**
A combination of education and specialized experience. In this instance, only graduate education in excess of the first 18 semester hours directly related to the work of the position is creditable towards

A613

meeting the requirements, along with specialized work experience. The combination must equal 100% of the requirement. For example, if you have 33% of the education requirement, then you will need 67% of the specialized experience requirement.

## Additional information

THIS POSITION REQUIRES A PRE-EMPLOYMENT PHYSICAL. [Position Requirements](#).

**Applicants must:**

- Be physically and medically able to efficiently perform the essential job functions, without being a direct threat to themselves and others.

- Have full range of motion to perform rapid repetitive twisting and working with arms above shoulder level.

- Be able to stand and walk on slippery and uneven floors and catwalks, and climbing stairs and ladders.

- Be able to lift, carry, push and pull up to 30 pounds, with occasional lifting of up to 50 pounds.

- Have manual dexterity of the upper body, including arms, hands, and fingers with a normal sense of touch in both hands.

- Have good near and distance vision, be free of chronic eye disease and have correctable vision of at least 20/40 in one eye.

- Have the ability to distinguish shades of color. Any significant degree of color blindness (more than 25 percent error rate on approved color plate test) may be disqualifying.

- Individuals with some hearing loss and/or requiring hearing amplification will be assessed on a case-by-case basis.

If you are a current FSIS employee and a non-competitive applicant (reassignment, change to lower grade, or non-competitive re-promotion) wanting consideration for this position, you must complete the online application process and/or apply using the new online self-service Reassignment System at: [https://ohrportal.fsis.usda.gov/systems](https://ohrportal.fsis.usda.gov/systems).

Career Transition Assistance Plan (CTAP), Reemployment Priority List (RPL), or Interagency Career Transition Assistance Plan (ICTAP): Visit the [OPM website](#) for information on how to apply as a CTAP, RPL, or ICTAP eligible. To exercise selection priority for this vacancy, CTAP/RPL/ICTAP candidates must meet the basic eligibility requirements and all selective factors. CTAP/ICTAP candidates must be rated and determined to be well qualified (or above) based on an evaluation of the competencies listed in the How You Will Be Evaluated section. When assessed through a score-based category rating method, CTAP/ICTAP applicants must receive a rating of at least 85 out of a possible 100.

Promotion Potential: If you are selected for a position with further promotion potential, you will be placed under a career development plan, and may be non-competitively promoted if you successfully complete the requirements and if recommended by management. However, promotion is neither implied nor guaranteed.

**Assignment Restrictions:** FSIS Directive [4735.9,](#) Office of Field Operations Assignment Restrictions and Rules on Gifts from Regulated Industry, sets out the Agency's requirements regarding employee assignment restrictions, as it pertains to family and personal relationships. Please read before applying.

A614

Public Service Loan Forgiveness Program. For more information please visit: PSLF Program.

Candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution.

| Benefits | + |
| --- | --- |

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits.

Review our benefits

> Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

## How you will be evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

You will be evaluated based on your qualifications for this position as evidenced by the education, experience, and training you described in your application package, as well as the responses to the Occupational Questionnaire to determine the degree to which you possess the knowledge, skills, abilities and competencies listed below:

- **Attention to Detail**
- **Decision Making**
- **Dependability**
- **Flexibility**
- **Interpersonal Skills**
- **Resilience**
- **Self Management**

Your application, including the online Assessment Questionnaire, will be reviewed to determine if: (a) you meet minimum qualification requirements and (b) the resume supports the answers provided to the job-specific questions. Your resume must clearly support your responses to all the questions addressing experience and education relevant to this position.

Applicants who meet the basic minimum qualification requirements and are determined to be among the best qualified candidates will be referred to the hiring manager for consideration. Non-Competitive candidates need to meet minimum qualification requirements to be referred.

A615

**REMINDER** Applicants - Be sure that experience/education as described on your resume contains accurate and sufficiently detailed information to clearly demonstrate that you have the listed competencies. All information used to evaluate your application must be received by the closing date of the announcement. Once the position is closed, no additional information will be accepted.

**Note:** If, after reviewing your resume and/or supporting documentation, a determination is made that you have inflated your qualifications and/or experience, your rating may be lowered to more accurately reflect the submitted documentation. Please follow instructions carefully. Errors or omissions may affect your rating. Providing inaccurate information on Federal documents could be grounds for non-selection or disciplinary action up to and including removal from Federal service.

Clicking the link below will present a preview of the application form, i.e. the online questionnaire. The application form link below will only provide a preview and does not initiate the application process. To initiate the online application process, click the "Apply" button to the right.

To view the application form, visit: https://apply.usastaffing.gov/ViewQuestionnaire/12828806

# Required Documents

The following documents are required for your applicant package to be complete. Encrypted documents will not be accepted. Failure to submit required, legible documents may result in loss of consideration.

Resume that includes: **Personal Information:** name, address, contact information; **Education**; **Work Experience** related to this position as described in the major duties including work schedule, hours worked per week, dates of employment; title, series, grade (if applicable); **other qualifications. Resume cannot exceed 2 pages**.

- Your application may be disqualified if you include any of the information listed here: What should I leave out of my resume?

If education is required or being used to qualify, you must submit a copy of **_all relevant_** college transcripts. An unofficial copy is sufficient with the application if it includes your name and the necessary course information; however, if you are selected, official transcripts will be required prior to entering on duty. Education must have been successfully obtained from an accredited school, college or university. If any education was completed at a foreign institute, you must submit with your application evidence that the institute was appropriately accredited by an accrediting body recognized by the U.S. Department of Education as equivalent to U.S. education standards. There are private organizations that specialize in this evaluation and a fee is normally associated with this service. For a list of private organizations that evaluate education, visit the NACES website. All transcripts must be in English or include an English translation.

**Current and former Federal employees**:

- Most recent non-award Notification of Personnel Action (SF-50) showing you are/were in the competitive service, highest grade held (or promotion potential) on a permanent basis, position title, series and grade **AND**
- Most recent performance appraisal (dated within 18 months) showing the official rating of record, signed by a supervisor, or statement why the performance appraisal is unavailable. A performance

A616

plan is not an acceptable substitute.

**Surplus or displaced employees eligible for CTAP, RPL, or ICTAP** priority must provide: proof of eligibility (RIF separation notice, notice of proposed removal for declining a transfer of function or directed reassignment to another commuting area, notice of disability annuity termination), SF-50 documenting separation (as applicable), current performance appraisal with rating of at least "Fully Successful" or equivalent, and your most recent SF-50 noting position, grade level, and duty location with your application per 5 CFR 330.

---

**If you are relying on your education to meet qualification requirements:**

Education must be accredited by an accrediting institution recognized by the U.S. Department of Education in order for it to be credited towards qualifications. Therefore, provide only the attendance and/or degrees from schools accredited by accrediting institutions recognized by the U.S. Department of Education.

Failure to provide all of the required information as stated in this vacancy announcement may result in an ineligible rating or may affect the overall rating.

---

## How to Apply

Please read the entire announcement and all instructions before you begin. You must complete this application process and submit all required documents electronically by 11:59p.m. Eastern Time (ET) on the closing date of this announcement.

Applying online is highly encouraged. We are available to assist you during business hours (normally 8:00a.m.-4:00p.m., Monday-Friday). If applying online poses a hardship, contact the Agency Contact listed below well before the closing date for an alternate method. All hardship application packages must be complete and submitted no later than noon ET on the closing date of the announcement to be entered into the system prior to its closing. **Resumes must not exceed two pages.**

This agency provides reasonable accommodation to applicants with disabilities on a case-by-case basis; contact the Agency Contact to request this.

**Alternative Methods for Applying:** If you are unable to apply using the internet, please fax your request for an application package along with your name and mailing address to HR: 1-833-795-2327.

To begin, click "Apply" and follow the instructions to complete the Assessment Questionnaire and attach your resume and all required documents.

Please verify that documents you are uploading from USAJOBs transfer into the Agency's staffing system as there is a limitation to the number of documents that can be transferred. However, once in the Agency's staffing system, you will have the opportunity to upload additional documents. Uploaded documents must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT or Word (DOC or DOCX). Do not upload Adobe Portfolio documents because they are not viewable. Please ensure your resume does not exceed two pages. **Applicants who submit a resume that exceeds two pages will be removed from consideration.**

A617

Our office cannot be responsible for incompatible software, your system failure, etc.

**Agency contact information**

👤 Beatrice Morgan

**Phone**
612-852-7643
**Email**
Beatrice.Morgan@usda.gov
**Address**
*Food Safety and Inspection Service*
*1400 Independence Ave SW*
*Washington, DC 20250*
*US*

## Next steps

Your application will be reviewed to verify that you meet the eligibility and qualification requirements for the position prior to issuing referral lists to the selecting official. If further evaluation or interviews are required, you will be contacted. Log in to your USAJOBS account to check your application status.

You must choose to turn on email notifications in your USAJOBS profile if you want to receive important email notifications that may impact your applicant experience (e.g. If you start an application and do not submit it prior to the closing date, USAJOBS will send an email reminder that the closing date is approaching and your application is in an incomplete status).

This announcement may be used to fill additional like vacancies should any occur in the announced duty location(s).

Under the Fair Chance Act, agencies are not allowed to request information about an applicant's criminal history until a conditional offer of employment has been made, except as allowed for access to classified information; assignment to national security duties or positions; acceptance or retention in the armed forces; or recruitment of a Federal law enforcement officer. An applicant may submit a complaint or any other information related to an organization's alleged noncompliance with the Fair Chance Act. The complaint must be submitted within 30 calendar days of the date of the alleged noncompliance. To make a Fair Chance Act inquiry or complaint, send an email with the appropriate information to fsis.fca@usda.gov, subject line: Fair Chance Act.

## Fair and transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy

A618

[Financial suitability](#)
[New employee probationary period](#)
[Privacy Act](#)
[Reasonable accommodation policy](#)
[Selective Service](#)
[Signature and false statements](#)
[Social security number request](#)



USAJOBS is a [United States Office of Personnel Management](#) website.

A619

| | |
|---|---|
| Food Safety and Inspection Service Logo | **Position Title** Consumer Safety Inspector<br>**Agency** Food Safety and Inspection Service<br>**Announcement Number** FSIS-26-MMP-12828806-BM<br>**Open Period** Tuesday, November 4, 2025 to Tuesday, November 18, 2025 |

For preview purposes only. To apply, please return to the USAJOBS announcement and click the **Apply** button.

## Eligibilities

**PLEASE READ THE FOLLOWING ELIGIBILITY QUESTIONS CAREFULLY.** Your answers will be used to determine your eligibility to apply to this job opportunity announcement. You will be considered under the eligibility option(s) to which you answer **YES**. Select **YES** to all eligibility options for which you want to be considered**.** If you respond **NO** to meeting the criteria for all the eligibilities, you **will not** be considered for the position(s) under this announcement.

**NOTE:** You must submit the required supporting documentation to receive consideration for EACH selected eligibility. Failure to provide the required documents will result in an ineligible rating and your application will be excluded from consideration.

\* 1. Are you a current Food Safety and Inspection Service employee who currently holds a career or career conditional appointment?

○ Yes
○ No

\* 2. Are you a Food Safety and Inspection Service employee who currently holds a career or career conditional appointment **AND** you have held or currently hold a position on a permanent basis in the competitive service with the same or higher promotion potential of the position being advertised?

○ Yes
○ No

\* 3. Are you a current USDA employee who meets the definition of a "surplus" or "displaced" employee, in which received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF)? **If yes, confirm:**

• you are located in the same local commuting area as the vacancy;  **AND,**
• you are applying to a position that is at or below the grade level of the position from which you will be separated; **AND,**
• you are applying to a position that does not have greater promotion potential than the position from which you will be separated; **AND,**
• your last performance rating of record is at least fully successful or the equivalent.

For more information, review the USAJOBS Help Center.

○ Yes
○ No

\* 4. Have you registered for reemployment consideration **AND** meet one of the below:

• Are you a current or former competitive service USDA employee who will be or was separated by Reduction-In-Force (RIF) and received a rating of satisfactory or above as your last annual performance rating?
**OR**
• Are you a former USDA competitive service employee who separated due to a compensable injury or disability?

○ Yes
○ No

## Preferences

**PLEASE READ THE FOLLOWING CAREFULLY.** Applicants will be referred to all grade levels at or above the one selected for which they
are qualified. Not selecting the lowest grade announced as your Lowest Acceptable Grade could limit your consideration for referral if

A620

○ Yes
○ No

## Preferences

**PLEASE READ THE FOLLOWING CAREFULLY.** <u>Applicants will be referred to all grade levels at or above the one selected for which they are qualified.</u> Not selecting the lowest grade announced as your Lowest Acceptable Grade could limit your consideration for referral if, after review of your application, resume, and supporting documents, you are deemed not qualified for your selected Lowest Acceptable Grade. Selecting the lowest grade announced as your Lowest Acceptable Grade will not limit your consideration at higher grades.

\* 1. Select the lowest grade you are willing to accept for this position.

[            ⌄ ]

\* 2. I certify, to the best of my knowledge and belief, all the information submitted by me with my application for employment is true, complete, and made in good faith, and that I have truthfully and accurately represented my work experience, knowledge, skills, abilities and education (degrees, accomplishments, etc.). I understand that the information provided may be investigated. I understand that misrepresenting my experience or education, or providing false or fraudulent information in or with my application may be grounds for not hiring me or for terminating me after I begin work. I also understand that false or fraudulent statements may be punishable by fine or imprisonment (18 U.S.C. 1001).

○ Yes
○ No

\* 3. DOCUMENT UPLOADS - I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes
○ No

\* 4. Are you a current or former Political appointee, Presidential appointee, and/or non-career Senior Executive Service (SES) appointee?

○ Yes
○ No

\* 5. How did you learn about this FSIS position? Please select all that apply.

☐ A. LinkedIn
☐ B. Social Media (such as Facebook, Twitter, etc.)
☐ C. Job Finder Site (such as Indeed, Monster, etc.)
☐ D. Job Board from School, College, University, or Alumni Organization (e.g., Handshake, Symplicity, 12Twenty, Other)
☐ E. Local Billboard
☐ F. FSIS-Sponsored Job Fair, Career Fair, or Information Session/Event
☐ G. School-Sponsored Job Fair, Career Fair, or Information Session/Event Sponsored by a School, College, University, or Alumni Organization
☐ H. FSIS Employee
☐ I. USDA Employee
☐ J. Friend, Family Member, or non-FSIS or non-USDA Coworker
☐ K. USAJobs Search
☐ L. Other

\* 6. Please share any additional details about how you learned about this position, especially if you selected "Other" in the previous question. If nothing to add, enter "N/A".

[                                                                    ]

\* 7. <u>**Potential Variation in Shift, Duty Location, and Amount of Travel:**</u>

Vacancy shift, duty location, and amount of travel may be frequent. I am willing to accept a position that includes the following (select all that apply):

☐ A. 1st Shift

A621

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828806

\* 7. **Potential Variation in Shift, Duty Location, and Amount of Travel:**

Vacancy shift, duty location, and amount of travel may be frequent. I am willing to accept a position that includes the following (select all that apply):

- ☐ A. 1st Shift
- ☐ B. 2nd Shift
- ☐ C. 3rd Shift
- ☐ D. Rotating Shifts
- ☐ E. Varying shifts with frequent travel (50%-75% of the time)
- ☐ F. Varying shifts with very frequent travel (76% or more of the time)

\* 8. 2-PAGE LIMIT ACKNOWLEDGEMENT - I understand that my resume cannot exceed 2-pages in length for the initial qualification determination. If my resume exceeds two pages, then I understand I will be removed from consideration.

For more information on what to include in your resume, see the "Required Documents" and "How to Apply" sections of the vacancy announcement.

- ○ Yes
- ○ No

## Short Essay Questions

The following narrative question provides an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your response is not required and will not be scored, we encourage you to thoughtfully address the question. Please provide a response of 200 words or less. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\* 1. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

```
                                                                                      
```

\* 2. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model (LLM)).

- ○ Yes
- ○ No

## Assessment 1

For the next 12 questions concerning required number of weeks of specialized experience or time-in-grade, that amount of time may be reduced if you completed an accelerated promotion program and should be documented on your resume.

Select "Yes" or "No" to the following question(s).

\* 1. I am a GS-05 or higher.

- ○ Yes
- ○ No

\* 2. I have at least 52 weeks of specialized experience as described in the vacancy announcement under the "qualifications" tab for GS-05 and this experience is clearly described and outlined in my resume.

- ○ Yes
- ○ No

\* 3. Please select the answer that describes your qualifications for this position for the GS-05. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

○ I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the

A622

GS-05 and this experience is clearly described and outlined in my resume.

○ No

* 3. Please select the answer that describes your qualifications for this position for the GS-05. Note that your resume and/or supporting documents (if applicable) must clearly support your response to this question.

○ I have at least 52 weeks of full-time work experience equivalent to the specialized experience requirement described in the announcement text for the GS-05. This experience is typically in or related to work in the Meat/Poultry or other Food Industries, Public Health or Quality Inspection that involves basic skill in collecting samples and/or performing tests or examinations, and/or developing written reports and/or reporting results, and/or maintaining effective personal contacts with a variety of individuals, and/or ensuring conformance with established standards such as Sanitation Standard Operating Procedures (SSOP) or Good Manufacturing Principles (GMP) (See full specialized experience definition in the vacancy announcement text).

○ I have successfully completed, (or expect to complete within 9 months), a full 4-year course of study leading to a bachelor's degree with at least 24 semester hours of coursework in the agricultural, biological, or physical sciences, food technology, epidemiology, home economics, pharmacy, engineering, or nutrition. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement to receive credit for my education.

○ I have a combination of experience and education that is equivalent to 1 year of specialized experience. I understand that qualifying education is that which is in excess of the first 60 semester hours of college and is in the course areas listed above. I understand that I need to submit a legible copy of my transcript(s) no later than the closing date of this announcement. Experience is shown on my resume in months/years, is thoroughly described, and is full time unless indicated otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above and I understand that if I select this option I will automatically be screened out and deemed ineligible for consideration.

Select "Yes" or "No" to the following question(s).

* 4. I am a GS-07 or higher or have at least 52 weeks of time-in-grade at the GS-05 grade level.

○ Yes
○ No

* 5. I have at least 52 weeks of specialized experience at the GS-05 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes
○ No

* 6. Please select the answer that describes your qualifications for this position for the GS-07. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time specialized work experience equivalent to the requirement described in the announcement text for the GS-07. This experience is typically in or related to work in the Meat/Poultry, or other Food Industries, Public Health or Quality Inspection that involves independently carrying out routine, standard assignments on a regular and recurring basis that provided you with the knowledge of the properties and characteristics of regulated food commodities and substances, such as meat, poultry, fish, eggs or other food for human consumption, or other ingestible substances, such as pharmaceuticals (See full specialized experience definition in the vacancy announcement text).

○ I have completed, (or expect to complete within 9 months), 1 full year of graduate level education that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

Select "Yes" or "No" to the following question(s).

* 7. I am a GS-08 or higher or have at least 52 weeks of time-in-grade at the GS-07 grade.

○ Yes
○ No

* 8. I have at least 52 weeks of specialized experience at the GS-07 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab and this experience is clearly described and outlined in my resume.

○ Yes
○ No

A623

○ Yes

○ No

* 9. Please select the answer that describes your qualifications for this position for the GS-08. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working with the Federal Meat, Poultry, and Egg Products Inspection Acts to inspect meat, poultry, and egg products; working with basic SSOP and HACCP principles and practices in order to verify plant HACCP and SSOP responsibilities; performing basic mathematics and elementary statistical concepts and methods to perform testing and sampling procedures; and experience in reaching and interpreting conclusions.

○ I do not meet the specialized experience requirement that is stated above.

Select "Yes" or "No" to the following question(s).

* 10. I am a GS-09 or higher or have at least 52 weeks of time-in-grade at the GS-08 grade.

○ Yes

○ No

* 11. I have at least 52 weeks of specialized experience at the GS-08 grade level (or equivalent) as described in the vacancy announcement under the "qualifications" tab, and this experience is clearly described and outlined in my resume.

○ Yes

○ No

* 12. Please select the answer that describes your qualifications for this position for the GS-09. Note that your resume and/or supporting documents (if applicable) need to clearly support your answer.

○ I have at least 52 weeks of full-time experience working at a more independent level than lower graded CSIs, such as recommending refusal of exports and providing temporary coverage at locations outside of the official duty station.

○ I have completed, (or expect to complete within 9 months), two full years of graduate education or a master's degree that is directly related to the work of this position. My graduate studies are in areas such as Food Technology, Food Science, other Agricultural, Biological, or Physical Sciences that are closely related to the work of this position. I understand that I need to submit a copy of my transcript(s) no later than the closing date of the announcement to receive credit for my education.

○ I have a combination of work experience and graduate level coursework that is closely related to the work of this position. I understand that I need to submit my transcript(s) no later than the closing date of this announcement to receive credit for my education. My experience is shown on my resume in months/years, is thoroughly described, and is full-time unless my resume indicates otherwise.

○ I do not meet any of the specialized experience or education requirements that are stated above.

* 13. Has your work schedule been full-time, i.e., 35-40 hours per week, for every position listed on your resume?

○ Yes

○ No (If no, please include the following in your resume for all positions held: position title, employer, dates employed (MM/DD/YY) and work schedule (i.e., Full-Time (FT), Part-Time (PT), etc., and hrs/wk). Please list in order with current/most recent position first. Failure to provide all requested information may prevent us from giving credit for experience.)

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

* 14. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree

○ Agree

○ Neither agree nor disagree

○ Disagree

○ Strongly disagree

* 15. Before having to make an important decision at work, I would typically:

○ Make sure my decision is consistent with my organization's goals

○ Review relevant rules and regulations

○ Talk it over with my supervisor

○ Consult those who will be impacted by the decision

* 16. Compared to my peers, people come to me for advice:

A624

For each question below please select the response that best reflects your experiences, tendencies, and preferences. In these questions, the term peer refers to co-workers, classmates, or other close associates.

\* 14. At work, it is appropriate to be flexible in some situations and not others.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 15. Before having to make an important decision at work, I would typically:

○ Make sure my decision is consistent with my organization's goals
○ Review relevant rules and regulations
○ Talk it over with my supervisor
○ Consult those who will be impacted by the decision

\* 16. Compared to my peers, people come to me for advice:

○ Much more often than most
○ Somewhat more often than most
○ About the same as most
○ Somewhat less often than most
○ Much less often than most

\* 17. How often did your previous supervisors (or instructors if not previously employed) return written work to correct little errors that you had made?

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

\* 18. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 19. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 20. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 21. I wait until I have all the facts before I take action:

○ Always or almost always

A625

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828806

○ Sometimes
○ Infrequently
○ Rarely or never

* 18. I get frustrated when I have to consider many small details just to accomplish my work.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 19. I think encountering new situations at work makes a job much more interesting and exciting.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 20. I think it is very important to have a job where I do not encounter a lot of obstacles to get things done.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 21. I wait until I have all the facts before I take action:

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

* 22. I work best when I have a schedule that is often unpredictable.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 23. I would prefer a job where I know in advance what tasks I have to do each day.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 24. My peers would describe me as being thoughtful and sensitive when dealing with people with different backgrounds than me:

○ Always or almost always
○ Frequently
○ Sometimes
○ Infrequently
○ Rarely or never

* 25. My peers would describe my behavior with a group of people whom I have just met as:

○ Tending not to get into group situations in the first place

A626

Capture URL: https://apply.usastaffing.gov/ViewQuestionnaire/12828806

Sometimes

Infrequently

○ Rarely or never

* 25. My peers would describe my behavior with a group of people whom I have just met as:
○ Tending not to get into group situations in the first place
○ Tending to act independently and not get involved in the group conversation
○ Enjoying listening to the conversation of others
○ Joining eagerly into any conversation that starts
○ Taking the lead in starting the conversation

* 26. My peers would say that I do a good job at maintaining my composure when dealing with people who are angry.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 27. My peers would say when I start something new, I always see it through to the end.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 28. My peers would say they can rely on me for guidance and advice, even when I am under stress.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 29. In the past, I would inform my supervisors (or instructors if not previously employed) of an issue or concern:
○ Immediately after I discovered the issue
○ After enough time passed to determine whether there was really an issue
○ After I had attempted to resolve the issue myself
○ After the issue became very problematic
○ After I was advised to seek guidance

* 30. Based on my previous work, my supervisors or instructors would say that I am best at:
○ Getting a large amount of work done in the time available
○ Learning ways of doing the work better
○ Doing work that ties in with overall issues that are important to my group (or class)
○ Getting my work done without friction with authorities or others
○ Doing careful work without errors

* 31. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.
○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 32. In which of the following areas do people who know you consider to be your biggest strength?
○ Learning new things quickly

A627

* 31. People I have worked or gone to school with would say that, once I develop a firm plan of action, I stick to it no matter what.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 32. In which of the following areas do people who know you consider to be your biggest strength?

○ Learning new things quickly
○ Composing effective written reports
○ Working with and getting along with other people
○ Speaking and expressing myself effectively to others
○ Working well under pressure

* 33. My previous supervisors (or instructors if not previously employed) would likely describe my self-discipline as:

○ Superior
○ Above average
○ Average
○ Below average
○ Don't know

* 34. My previous supervisors (or instructors if not previously employed) would say that I often did more than what was expected of me.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 35. My previous supervisors (or instructors if not previously employed) would say that the statement most true of me is that I would:

○ Arrive early for commitments
○ Work quickly and efficiently
○ Volunteer for additional assignments
○ Be thorough in performing my work
○ Provide guidance or assistance to peers in need

* 36. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 37. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

* 38. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree

A628

○ Be thorough in performing my work
○ Provide guidance or assistance to peers in need

\* 36. My previous supervisors (or instructors if not previously employed) would say they always trusted me to excel even when I was assigned multiple projects.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 37. My previous supervisors (or instructors if not previously employed) would say that I deal effectively with ambiguous or unclear situations.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

\* 38. My previous supervisors (or instructors if not previously employed) would say that I spent a lot of time making sure all aspects of my work or school assignments were consistent and thorough.

○ Strongly agree
○ Agree
○ Neither agree nor disagree
○ Disagree
○ Strongly disagree

Select "Yes" or "No" to the following question(s).

\* 39. I understand that each document uploaded must be less than 5MB and in one of the following document formats: GIF, JPG, JPEG, PNG, RTF, PDF, TXT, or Word (.DOC or .DOCX). For more information see the "How to Apply" portion of the vacancy announcement.

○ Yes
○ No

\* 40. I understand that for my application to be considered, I must answer all questions, submit all required documents, and click "Submit" at the end. If I go back into my application, after submission, to review, make adjustments, or add attachments, I must click the "Submit" button again in order for my application to be re-submitted.

○ Yes
○ No

\* 41. I understand for information on the status of my application and the outcome of the application process, I (the applicant) must inquire through USAJOBS. No separate notification will be sent to me. To view the status of my application and the outcome of the application process, I must go to the USAJOBS website and log into My Account. Once in My Account I must enter the "Application Status" section of the website.

○ Yes
○ No

A629

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

**DECLARATION OF EVERETT KELLEY IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

A630

## DECLARATION OF EVERETT KELLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Everett Kelley, declare:

1.      I am over the age of 18. I have personal knowledge of the facts set forth below and can competently testify to their truth.

2.      I am the National President of the American Federation of Government Employees, AFL-CIO (AFGE), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States.

3.      AFGE is headquartered at 80 F Street N.W., Washington, D.C. 20001.

4.      AFGE federal employee members include nurses caring for our nation's veterans, border patrol agents securing our borders, correctional officers maintaining safety in federal facilities, scientists conducting critical research, health care workers serving on military bases, civilian employees in the Department of Defense supporting our military personnel and their families, and employees of the Social Security Administration making sure retirees receive the benefits they have earned.

5.      AFGE was founded in 1932 by federal employees seeking to create a right to fair employment and pay during the Great Depression. As the union grew, it advocated for and secured numerous victories for career civil servants, including the passage of the Civil Service Reform Act in 1978.

6.      Membership in AFGE is voluntary, and AFGE's activities are funded through our members' dues.

7.      AFGE advocates on behalf of its members and seeks to promote dignity, safety, and fairness for government employees. AFGE has interests in ensuring fair employment and promotion opportunities for its members. When AFGE's members' rights are violated, AFGE provides organizational support, guidance, and resources including by filing employee

1

A631

complaints on behalf of union members and engaging in nationwide litigation to protect union members' interests.

8.    AFGE is regularly in touch with and hear from our members on important employment issues that they face.

9.    AFGE members work every day to serve the American people, regardless of party affiliation or political beliefs. Given that AFGE members are federal government employees, they are also regular applicants for federal governmental employment. For instance, AFGE members routinely seek governmental employment in a different geographical location from their existing job, or with greater pay or responsibility, or with different job responsibilities than their existing job.

10.    When the Merit Hiring Plan ("MHP") was issued, AFGE became aware of the essay question that asks members: "How would you help advance the President's Executive Orders and policy priorities in this role?" and to "[i]dentify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired" (the "Loyalty Question").

11.    The Loyalty Question has harmed and continues to harm many of AFGE's members.

12.    AFGE has heard from or is otherwise aware of hundreds of AFGE members who consider the Loyalty Question to be a political test, aimed at assessing whether applicants are loyal to the Trump administration.

13.    Many members report that the answers to the Loyalty Question are irrelevant to the effective performance of their job responsibilities within the civil service.

14.    Many of these members believe that their answers to the Loyalty Question will be used to weed out applicants who do not express personal alignment with the Trump administration's Executive Orders and political agenda.

15.    Some members have encountered the Loyalty Question while applying for new jobs within the federal government.

A632

16.     AFGE has heard from many members that, although the Loyalty Question is not technically mandatory, they believe that failing to provide an answer to the question will harm their chances of federal employment, either because their application will be considered incomplete or because their silence will be interpreted as a lack of political patronage to the Administration and held against them.

17.     As a result, many members are compelled to answer the Loyalty Question and to respond in a way the Administration will find favorable. These members feel that they must respond to the question to have a competitive application and continue to provide for their families. They have reported feeling pressure to articulate viewpoints that they do not agree with in order to submit a viable application.

18.     AFGE has also heard from or is otherwise aware of other members who, despite seeing open positions for jobs that they wish to apply for, have decided not to apply because they do not wish to voice political thoughts or beliefs in response to the Loyalty Question.

19.     If the U.S. Office of Personnel Management had publicly disclosed its intention to impose the MHP and the Loyalty Question, AFGE would have weighed in to explain the ways the Loyalty Question violates members' free speech and privacy rights, is arbitrary and irrelevant to career civil service positions, and unlawfully politicizes the federal civil service.

20.     I understand that the Loyalty Question appears on thousands of federal job applications and that more positions with the question are posted every day. As a result, an increasing number of AFGE's members are suffering ongoing, clear, and imminent injuries as positions with the Loyalty Question open and close.

I declare under penalty of perjury that the foregoing is true and correct.
Dated: November 4, 2025

Washington, D.C.

*Everett B Kelley*
EVERETT B. KELLEY

3

A633

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

/s/Warren A. Braunig
Warren A. Braunig

3

A634

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

## DECLARATION OF LEE SUTTON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

A635

**<u>DECLARATION OF LEE SUTTON IN SUPPORT OF PLAINTIFFS' MOTION<br>FOR PRELIMINARY INJUNCTION</u>**

I, Lee Sutton, declare:

1.      I am over the age of 18.  I have personal knowledge of the facts set forth below and can competently testify to their truth.

2.      I am the Federal Director of the National Association of Government Employees, Inc. ("NAGE"), a national labor organization that is affiliated with the Service Employees International Union.

3.      NAGE is incorporated in the state of Delaware with its principal place of business at 159 Thomas Burgin Parkway, Quincy, MA 02169. NAGE and its local units are the certified exclusive bargaining representatives of approximately 125,000 employees, including nearly 75,000 federal employees in 43 states, including Massachusetts.

4.      Founded in 1961, NAGE is an organization of members united by the belief in the dignity and worth of workers and the services they provide, dedicated to improving the lives of workers and their families, and creating a more just and humane society.

5.      NAGE members, many of whom are veterans, include health care workers, police officers, scientists, office workers, researchers, childcare providers, janitorial staff, drivers, and more, working at many federal agencies such as the Department of Defense, the Department of Veterans Affairs, the Department of Transportation, and the National Park Service.

6.      Membership in NAGE is voluntary, and NAGE's activities are funded through our members' dues.

7.      NAGE advocates on behalf of its members' dignity and access to fair employment opportunities. NAGE has interests in ensuring fair employment and promotion opportunities for its members. When NAGE's members' rights are violated, NAGE provides organizational support, guidance, and resources including by filing employee complaints on behalf of union members and engaging in nationwide litigation to protect union members' interests.

<div align="center">1</div>

3119201

A636

8.      We are regularly in touch with and hear from our members on important employment issues they face.

9.      NAGE members work every day to serve the American people, regardless of party affiliation or political beliefs. Given that many NAGE members are federal government employees, they are also regular applicants for federal governmental employment. For instance, NAGE members routinely seek federal governmental employment in a different geographical location from their existing job, or with greater pay or responsibility, or with different job responsibilities than their existing job.

10.     When the Merit Hiring Plan ("MHP") was issued, NAGE became aware of the essay question that asks members: "How would you help advance the President's Executive Orders and policy priorities in this role?" and to "[i]dentify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired" (the "Loyalty Question").

11.     The Loyalty Question has harmed and continues to harm many of NAGE's members.

12.     I am aware of at least 150 complaints from NAGE members who consider the Loyalty Question to be a political test, aimed at assessing whether applicants are loyal to the Trump administration.

13.     Many members reported that the Loyalty Question politicizes federal hiring and bears no relevance to their expected job performance and expertise. They believe that the only "correct" answer to the question is to endorse the Trump administration's Executive Orders and political agenda.

14.     Some members have already encountered the Loyalty Question while applying for new jobs within the federal government. Other members who are eligible for promotion fear that they will be faced with the question when applying to be promoted within their respective agencies.

<div align="center">2</div>

3119201

<div align="right">A637</div>

15.     We have heard from or are otherwise aware of members who believe that failing to provide an answer to the question will negatively impact their selection. As a result, some members have been compelled to answer by altering or omitting their beliefs, in a way the Administration will find favorable.

16.     We have also heard from or are otherwise aware of other members who have seen open positions for jobs they wish to apply for but have decided not to apply because they do not wish to voice political thoughts or beliefs in response to the Loyalty Question.

17.     If OPM had publicly disclosed its intention to impose the MHP and the Loyalty Question, NAGE would have weighed in to explain the ways the Loyalty Question violates members' free speech and privacy rights, is arbitrary and irrelevant to career civil service positions, and unlawfully politicizes the federal civil service.

18.     I understand that the Loyalty Question appears on thousands of federal job applications and that more positions with the Loyalty Question are posted every day. As a result, an increasing number of NAGE members are suffering ongoing, clear, and imminent injuries as positions with the Loyalty Question open and close.

I declare under penalty of perjury that the foregoing is true and correct.
Dated: November 3, 2025

Clinton, MD

_____
Lee Sutton

3

3119201

A638

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

*/s/Warren A. Braunig*
Warren A. Braunig

3

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

**DECLARATION OF FERNANDO COLÓN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

A640

## DECLARATION OF FERNANDO COLÓN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Fernando Colón, declare:

1.      I am over the age of 18. I have personal knowledge of the facts set forth below and can competently testify to their truth.

2.      I am an Associate General Counsel of the American Federation of State, County & Municipal Employees, AFL-CIO ("AFSCME"), a national labor organization and unincorporated membership association headquartered at 1625 L Street N.W., Washington, D.C. 20036. AFSCME is the largest trade union of public employees in the United States, with approximately 1.4 million members organized into approximately 3,400 local unions, 58 councils, and other affiliates in 46 states, the District of Columbia, and Puerto Rico. AFSCME, through its affiliate District Council 20 and constituent local unions, represents federal civilian employees in agencies and departments across the federal government.

3.      AFSCME was founded in 1932 by civil servants seeking to combat state efforts to replace a competitive civil service system with political patronage, united by a simple idea: that a professional civil service is essential to a strong democracy, and public service should be delivered by individuals dedicated to serving their communities, not those with connections to particular politicians. This idea has sustained AFSCME through nearly nine decades, as the union has succeeded in its efforts to pass or strengthen civil service laws across the United States.

4.      AFSCME members include nurses, corrections officers, childcare providers, emergency medical technicians, sanitation workers, school bus drivers, civil engineers, policy analysts, and more, all with one thing in common: dedication to making our communities stronger, healthier, and safer. Its federal employee members make our communities stronger, healthier, and safer by, for example, working to ensure aviation safety at the Federal Aviation

1

A641

Administration, promoting agricultural sustainability at the Department of Agriculture, providing criminal justice services through the Department of Justice, and more.

5. Membership in AFSCME is voluntary, and AFSCME's activities are funded through our members' dues.

6. AFSCME regularly advocates on behalf of its members and seeks to promote fairness in hiring across the civil service. AFSCME has interests in ensuring fair employment and promotion opportunities for its members. When AFSCME's members' rights are violated, AFSCME provides organizational support, guidance, and resources including by filing employee complaints on behalf of union members and engaging in nationwide litigation to protect union members' interests.

7. AFSCME members work every day to serve the American people, regardless of party affiliation or political beliefs. Given that the vast majority of AFSCME members are state, local, or federal government employees, they are also regular applicants for federal governmental employment. For instance, AFSCME members routinely seek federal governmental employment in a different geographical location from their existing job, or with greater pay or responsibility, or with different job responsibilities than their existing job.

8. When the Merit Hiring Plan ("MHP") was issued, AFSCME became aware of the essay question that asks members: "How would you help advance the President's Executive Orders and policy priorities in this role?" and to "[i]dentify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired" (the "Loyalty Question").

9. In my capacity as Associate General Counsel, I work frequently with AFSCME District Council 20 and AFSCME's federal employee members and have had direct communications with them about the MHP and Loyalty Question. We are regularly in touch with and hear from our members on important employment issues that they face.

10. AFSCME has received substantive feedback and input from numerous AFSCME members concerning the Loyalty Question, how they view it, and how it is affecting them.

A642

11.     Many AFSCME members consider the Loyalty Question to be a political test, aimed at assessing whether applicants are loyal to the Trump administration.

12.     Many members also said that the Loyalty Question bears no relevance to their job performance and expertise.

13.     These members believe that their answers to the Loyalty Question will be used to weed out applicants who do not express alignment with the Trump administration's Executive Orders and political agenda.

14.     The Loyalty Question has harmed and continues to harm many of AFSCME's members.

15.     For instance, some members believe that failing to provide an answer to the question will harm their chances of federal employment, either because their application will be considered incomplete or because their silence will be interpreted as a lack of political support for the Administration and held against them. Members feel pressure to articulate viewpoints in their Loyalty Question responses that they do not agree with in order to submit a competitive application.

16.     AFSCME has also heard from or is otherwise aware of other members who are interested in applying to federal positions but are deterred from doing so because they do not wish to voice political thoughts or beliefs in response to the Loyalty Question.

17.     If the U.S. Office of Personnel Management had publicly disclosed its intention to impose the MHP and the Loyalty Question, AFSCME would have weighed in to explain the ways the Loyalty Question violates members' free speech rights, is arbitrary and irrelevant to career civil service positions, violates members' privacy rights, and unlawfully politicizes the federal civil service.

18.     I understand that the Loyalty Question appears on thousands of federal job applications and more positions with the question are posted every day. As a result, an increasing number of AFSCME members are suffering ongoing, clear, and imminent injuries as positions with the Loyalty Question open and close.

3

A643

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2025

Washington, D.C.

Fernando Colón

4

A644

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

<div style="text-align: right;">

*/s/Warren A. Braunig*
Warren A. Braunig

</div>

3

3109939

A645

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

**DECLARATION OF FEDERAL WORKER 1 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

A646

## DECLARATION OF FEDERAL WORKER 1 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Federal Worker 1, declare:

1. I am a resident of Maryland. I am over the age of 18. I have personal knowledge of the facts set forth below and can competently testify to their truth.

2. I am a member of the American Federation of Government Employees.

3. I have worked for the Department of Education for over a decade. Most recently, I was a GS level researcher and statistician for a sub-agency of the Department, working to help students nationwide. I collected data, ensured we had accurate samples, and conducted statistical analyses of the data. I also made the data available to other researchers.

4. Working in public service is meaningful, and I love it because I get to work among some of the brightest and hardest working people in the country. We get the job done, no matter what.

5. I loved my job. But earlier this year, I lost my job during a reduction in force across the Department of Education. I was told my job series was being abolished.

6. I still need a job and am committed to public service, so as soon as I lost my job, I began regularly looking through USAJobs. I saw that the Department of Education was hiring for a GS position for which I was qualified and with similar duties as the position from which I was terminated. I would love to have my job back, so in September, I applied.

7. For every job that I have seriously considered, including the one that I applied to, the application includes the question: "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired."

1

A647

8.      Before 2025, I did not see this question when I applied to federal government roles.

9.      I do not think this question is appropriate for civil service jobs like mine.  The question is not relevant to the role of a statistician; it politicizes a nonpartisan job.  I even went back to the website of my former sub-agency—its mission statement is nonpartisan.

10.     As a federal civil servant, I pledged an oath to defend and uphold the U.S. Constitution.  I did not swear to defend and uphold the values of any one politician.

11.     I did not want to answer the question.  And though the question says it is optional to respond, I believed if I seriously wanted the job, I had to answer.  It appeared to me that the question is there for a reason, and the government is looking for a particular answer.  I did not feel I had a choice to skip answering this question.

12.     I went through every single executive order that existed at the time—198 in total.  I tried to find one I could write about, but none were relevant to the job.  Finally, I chose one that related to charter schools and school choice, though it has nothing to do with my job duties of a statistician, so I would not have the opportunity to "implement" its policy.  But because I understand the subject matter, I felt I could write a coherent answer and identify parts of the Executive Order in a way that the Administration would find acceptable.  I do not agree with the premise of the policy, though, so I did not feel as if I could share my full opinion.  Instead I had to selectively frame my response.

13.     I am submitting this declaration under a pseudonym because I fear that if the government or the public learns my identity, I will be retaliated against.  I worry both that I will not get the role I'm applying for, and I also worry for my personal safety if I include my name.  I was concerned enough that I contacted someone I know who has served as a witness in a lawsuit

2

A648

against this Administration filed by their organization, to ask about possible retaliation or

repercussions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November __6__, 2025

/s/ Federal Worker 1

FEDERAL WORKER 1

3

A649

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

<div align="right">

*/s/Warren A. Braunig*
Warren A. Braunig

</div>

3109939

A650

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

## DECLARATION OF FEDERAL WORKER 2 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

A651

## **DECLARATION OF FEDERAL WORKER 2 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Federal Worker 2, declare:

1.      I am a resident of Colorado, and I am over the age of 18.  I have personal knowledge of the facts set forth below and can competently testify to their truth.

2.      I am a member of the American Federation of Government Employees.

3.      I have worked for the federal government for well over a decade, first in the military and then as a federal civil servant. In the military I was deployed to a combat zone, where I put my life on the line for my country.

4.      I currently work for the Department of Education.

5.      I love working for the federal government, and until recently I would have described my current job as my dream job. My skills are well-suited to my work, and I enjoy problem-solving to ensure that taxpayer resources are used efficiently.

6.      Even though I enjoy my current position, lately I have begun looking for jobs because the Trump Administration has announced its intent to dismantle the Department of Education. Many people I used to work with have been laid off, and I want to find a role with more job security.

7.      Although I would ideally like to keep working for the federal government, I have not applied to any federal positions because of the new essay question on job applications that asks:

> How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

8.      Honesty is important to me, and I cannot in good conscience pretend to agree with President Trump's policies.

9.      Even if the question is supposed to be optional, I believe it would be used against me if I don't answer. After all, the question is there for a reason.

3414548

A652

10.    Because I will not answer the essay question, I have been looking at job opportunities with the state government instead of the federal government.

11.    I am using a pseudonym because I believe that if my identity is disclosed, I will lose my job.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2025

/s/ Federal Worker 2
FEDERAL WORKER 2

2

A653

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

/s/Warren A. Braunig
Warren A. Braunig

3

A654

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,<br><br>           Plaintiffs,<br><br>   v.<br><br>SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA,<br><br>           Defendants. | Case No. 1:25-cv-13305-GAO |

## DECLARATION OF FEDERAL WORKER 3 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

A655

**<u>DECLARATION OF FEDERAL WORKER 3 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Federal Worker 3, declare:

1.      I am a resident of the midwestern United States, and I am over the age of 18. I have personal knowledge of the facts set forth below and can competently testify to their truth.

2.      I am a member of a local Service Employees International Union that is affiliated with and serviced by the National Association of Government Employees.

3.      I am currently employed at the Department of Veterans Affairs.  In my role I perform a range of functions, including IT support, records management, equipment inventory, and the like. I also have a background in software development.

4.      I am actively looking for other federal jobs, and I have been doing so for the past couple of years. I would like a federal job with better pay. I also am worried that my current position may be subject to a Reduction in Force (RIF), and so I am interested in a federal job that is more likely to be exempt from RIFs.

5.      Over the past two years I have applied for hundreds of federal jobs on USAJOBS. A few weeks ago, I saw a posting on USAJOBS that I was interested in applying to, but I was quite taken aback because it included a new set of essay questions that I had never seen before on any job posting. One of the questions asked the following:

How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

6.      This question is a clear violation of my free speech rights and it goes against everything that the United States stands for. As a civil servant, I do not have to profess loyalty to a particular President.  I instead profess loyalty to the Constitution.

1

A656

7.      This question also has no relevance to any of the federal jobs that I am interested in applying to.

8.      In the past few weeks alone, I saw several postings on USAJOBS, for positions across the federal government, that I am qualified for and interested in. Those job postings include the following:

- IT Specialist, Department of the Air Force, https://www.usajobs.gov/job/845324300

- IT Specialist, Department of Justice, https://www.usajobs.gov/job/845714000

- IT Specialist, Department of Justice, https://www.usajobs.gov/job/845965100

- Mission Support Specialist, Department of Veterans Affairs, https://www.usajobs.gov/job/844934500

- IT Specialist, Department of Justice, https://www.usajobs.gov/job/846829800

9.      I would have applied for each of these jobs, as well as others, except for the fact that they each included the question that asks me to identify one of the President's Executive Orders or policies that is significant to me and to explain how I would implement it. Because of that question, I did not apply for those jobs. Asking me to answer that question violates my free speech rights, and I do not want to share my political views with the government.

10.     I have seen this question appear on more job postings every day. Almost every posting that I am interested in now includes this question, so I have become desperate. I recently submitted an application for a position at the Department of Homeland Security. In response to the question that asked me to identify one of the President's Executive Orders or policies, I responded that, according to the instructions, the question was optional and that I was not going to respond.

A657

11.     Even that answer has left me feeling uneasy. By not identifying one of the President's Executive Orders or policies, I think the government will identify me as someone who does not support President's Trump's policies and that they will hold it against me. I think they are looking for candidates who will express loyalty to President Trump.

12.     I am using a pseudonym for this declaration because I fear that, if the government learns my identity, I will be retaliated against. Specifically, I worry that I will be terminated from my current federal job or that my agency will take some adverse action against me. I also worry that I will not be hired for any future jobs that I am applying for. And I worry that if my name is made public that I will be harassed and threatened, in the same way that others have been who have opposed this administration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2025

/s/ Federal Worker 3

FEDERAL WORKER 3

3

A658

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

<div align="right">

/s/Warren A. Braunig
Warren A. Braunig

</div>

3

3109939

A659

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

## DECLARATION OF FEDERAL WORKER 4 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

A660

## DECLARATION OF FEDERAL WORKER 4 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Federal Worker 4, declare:

1. I am a resident of the State of New York, and I am over the age of 18. I have personal knowledge of the facts set forth below and can competently testify to their truth.

2. I am a member of the American Federation of Government Employees.

3. I have worked for the Department of Veterans Affairs for over two years. This is my first federal government job; prior to taking this job, I worked in state and local government.

4. I enjoy my job because it enables me to serve the public, especially veterans. I have expertise in my line of work, and it makes me feel fulfilled and useful. I like working for the federal government.

5. That said, I have been applying to new federal jobs, at different federal agencies, because I would like to be closer to my family. I've applied broadly to positions similar to mine, both within and outside my agency.

6. I have applied to over 10 jobs with the federal government.

7. Many of the job postings I have applied for include the question: "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired."

8. I am upset to see this question on job applications I'm filling out. As a federal employee, I have been careful not to discuss political affiliation, wear political items, or engage in political activity at work.

9. I did not want to answer this question because I don't want to talk about politics at work, I don't agree with most of what President Trump is doing, and I think the question is illegal to ask.

1

3414547

A661

10.     But I decided to answer the question anyway, because I was afraid not answering—or answering in a way that is not favorable to President Trump—would hurt my applications. To answer, I had to look through President Trump's executive orders, the vast majority of which I disagreed with, to find one that I could discuss at least somewhat positively. I would not have done so if not for the question on job applications.

11.     I am submitting this declaration under a pseudonym because I fear retribution if I speak out. I fear that if I were identified, I would face adverse employment action at work.  I also fear that if I include my name or too much identifying information, it will become known to the agencies I am applying to for jobs, and I will not get the roles.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2025

/s/ Federal Worker 4
FEDERAL WORKER 4

2

A662

**CERTIFICATE OF SERVICE**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

<div align="right">

/s/Warren A. Braunig
Warren A. Braunig

</div>

3109939

A663

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
*et al.,*

    *Plaintiffs,*

v.

SCOTT KUPOR, in his official capacity as
Director of the Office of Personnel
Management, *et al.,*

    *Defendants.*

No.: 1:25-cv-13305

**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION AND FOR STAY UNDER
5 U.S.C. § 705**

A664

**TABLE OF CONTENTS**

INTRODUCTION............................................................................................................................1

FACTUAL AND LEGAL BACKGROUND.................................................................................4

I.      OPM's Merit Hiring Plan .....................................................................................................4

II.     Plaintiffs' Lawsuit................................................................................................................7

STANDARD FOR RELIEF ...........................................................................................................8

ARGUMENT ..................................................................................................................................8

I.      Plaintiffs cannot show a likelihood of success on the merits because they cannot establish jurisdiction over their claims.......................................................................................................9

      A.   Plaintiffs cannot establish Article III standing. ....................................................9

      B.   District Court Jurisdiction over Plaintiffs' claims is precluded by the CSRA and FSL-MRS......................................................................................................................15

           1.   Congress intended to preclude district court jurisdiction.............................16

           2.   Plaintiffs' claims are of the type Congress intended to be reviewed within the FSL-MRS scheme. ..............................................................................................21

      C.   Plaintiffs have failed to challenge final agency action reviewable under the APA............24

II.     Plaintiffs cannot establish irreparable harm.......................................................................26

III.    The balance of equities tips in Defendants' favor..............................................................28

IV.    Relief should be limited to the members of Plaintiff-Unions that have standing to challenge the policy priorities question.........................................................................................................29

CONCLUSION .............................................................................................................................30

i

A665

# TABLE OF AUTHORITIES

**Cases**

*AFGE v. Sec'y of the Air Force,*
716 F.3d 633 (D.C. Cir. 2013)..................................................................................................*passim*

*AFGE, AFL-CIO v. Ezell,*
No. 25-10276-GAO, 2025 WL 470459 (D. Mass. Feb. 12, 2025)...................................9, 15, 18

*AFGE, AFL-CIO v. U.S. Off. of Pers. Mgmt.,*
770 F. Supp. 3d 1215 (N.D. Cal. 2025)....................................................................................13

*Allscripts Healthcare, LLC v. DR/Decision Res., LLC,*
592 F. Supp. 3d 1 (D. Mass. 2022)...........................................................................................8

*Am. Fed'n of Gov't Emps., AFL-CIO v. Trump,*
929 F.3d 748 (D.C. Cir. 2019)..................................................................................................*passim*

*American Federation of Government Employees, AFL-CIO v. Trump,*
139 F.4th 1020 (9th Cir. May 30, 2025) ................................................................................19

*Amoco Prod. Co. v. Vill. of Gambell,*
480 U.S. 531 (1987) ................................................................................................................28

*Axon Enter., Inc. v. Fed. Trade Comm'n,*
598 U.S. 175 (2023) ................................................................................................................*passim*

*Benisek v. Lamone,*
585 U.S. 155 (2018) ................................................................................................................26

*Bennett v. Spear,*
520 U.S. 154 (1997) ................................................................................................................25

*Cafeteria & Rest. Workers Union, Loc. 473, AFL-CIO v. McElroy,*
367 U.S. 886 (1961) ................................................................................................................28

*Carducci v. Regan,*
714 F.2d 171 (D.C. Cir. 1983)..................................................................................................20

*Charlesbank Equity Funds II v. Blinds To Go, Inc.,*
370 F.3d 151 (1st Cir. 2004).................................................................................................8, 26

*Conservation L. Found., Inc. v. Acad. Express, LLC,*
129 F.4th 78 (1st Cir. 2025) ....................................................................................................10

*Dep't of the Air Force Carswell Air Force Base, Tex. (Activity) & AFGE AFL-CIO Loc. 1364 (Union),*
35 F.L.R.A. 754 (Apr. 27, 1990) ............................................................................................22

*Evans v. Thompson,*
518 F.3d 1 (1st Cir. 2008) ......................................................................................................15

*Fed. L. Enf't Officers Ass'n v. Ahuja,*
62 F.4th 551 (D.C. Cir. 2023)..................................................................................................23

*Filebark v. U.S. Dep't of Transp.,*
555 F.3d 1009 (D.C. Cir. 2009)................................................................................................20

A666

*Food & Drug Admin. v. All. for Hippocratic Med.*,
    602 U.S. 367 (2024) ..................................................................................9, 13, 14

*Fornaro v. James*,
    416 F.3d 63 (D.C. Cir. 2005) ..................................................................................20

*Friends of Merrymeeting Bay v. U.S. Dep't of Com.*,
    810 F. Supp. 2d 320 (D. Me. 2011) ..................................................................25

*FTC v. Standard Oil Co.*,
    449 U.S. 232 (1980) ..................................................................................25

*Gonzalez-Droz v. Gonzalez-Colon*,
    573 F.3d 75 (1st Cir. 2009)..................................................................................8

*Graham v. Ashcroft*,
    358 F.3d 931 (D.C. Cir. 2004)..................................................................16, 17, 20

*Heckler v. Ringer*,
    466 U.S. 602 (1984) ..................................................................................23

*Hunt v. Wash. State Apple Advert. Comm'n*,
    432 U.S. 333 (1977) ..................................................................................10

*Hunt v. Wash. State Apple Advert. Comm'n*,
    790 F. Supp. 3d 63 (D. Mass. 2025)..................................................................10

*In re Fin. Oversight & Mgmt. Bd. for P.R.*,
    110 F.4th 295 (1st Cir. 2024) ..................................................................................9

*Jalbert v. SEC*,
    327 F. Supp. 3d 287 (D. Mass. 2018)..................................................................21

*Jarkesy v. SEC*,
    803 F.3d 9 (D.C. Cir. 2015)..................................................................16, 24

*Mass. Corr. Officers Federated Union v. Baker*,
    567 F. Supp. 3d 315 (D. Mass. 2021)..................................................................28

*Matos ex rel. Matos v. Clinton Sch. Dist.*,
    367 F.3d 68 (1st Cir. 2004)..................................................................................26

*Meese v. Keene*,
    481 U.S. 465 (1987) ..................................................................................14

*N.Y. Republican State Comm. v. Sec. & Exch. Comm'n*,
    799 F.3d 1126 (D.C. Cir. 2015)..................................................................15

*Nat'l Treasury Emps. Union Chapter 61 & U.S. Dep't of the Treasury Internal Revenue Serv. Albany Dist.*,
    39 F.L.R.A. 476 (Feb. 12, 1991)..................................................................19, 24

*Nken v. Holder*,
    556 U.S. 418 (2009) ..................................................................................8, 28

*Office of Personnel Management v. American Federal Government Employees*,
    145 S. Ct. 1914 (2025)..................................................................................13

iii

A667

*Peoples Fed. Sav. Bank v. People's United Bank,*
  672 F.3d 1 (1st Cir. 2021) .................................................................................................8

*Sampson v. Murray,*
  415 U.S. 61 (1974) ........................................................................................................28

*Smith v. Bayer Corp.,*
  564 U.S. 299 (2011) ......................................................................................................29

*Summers v. Earth Island Inst.,*
  555 U.S. 488 (2009) ......................................................................................................29

*Thunder Basin Coal Co. v. Reich,*
  510 U.S. 200 (1994) ......................................................................................................16

*Trump v. American Federation of Government Employees,*
  606 U.S.---, 145 S. Ct. 2635 (2025) ..............................................................................11

*Trump v. CASA, Inc.,*
  606 U.S. 831 (2025) ......................................................................................................29

*U.S. Dep't of Health & Hum. Servs. v. Fed. Lab. Rels. Auth.,*
  833 F.2d 1129 (4th Cir. 1987) ......................................................................................22

*United Food & Com. Workers Union Loc. 751 v. Brown Grp., Inc.,*
  517 U.S. 544 (1996) ........................................................................................................9

*United States v. Fausto,*
  484 U.S. 439 (1988) ................................................................................................16, 17

*Voice of the Arab World, Inc. v. MDTV Med. News Now, Inc.,*
  645 F.3d 26 (1st Cir. 2011) .............................................................................................8

*Weinberger v. Romero-Barcelo,*
  456 U.S. 305 (1982) ........................................................................................................8

*Winter v. Nat. Res. Def. Counsel, Inc.,*
  555 U.S. 7 (2008) ........................................................................................................8, 28

*Wreal, LLC v. Amazon.com, Inc.,*
  840 F.3d 1244 (11th Cir. 2016) ....................................................................................26

**Statutes**

5 U.S.C. § 704 ..................................................................................................................25

5 U.S.C. § 705 ................................................................................................................7, 9

5 U.S.C. § 2301 .................................................................................................................2

5 U.S.C. § 2301(b) ......................................................................................................14, 17

5 U.S.C. § 2301(b)(2) ..................................................................................................*passim*

5 U.S.C. § 2302(b) ......................................................................................................*passim*

5 U.S.C. § 2302(a) ......................................................................................................17, 18

5 U.S.C. § 7103(a)(9) .......................................................................................................24

A668

5 U.S.C. § 7103(a)(9)(B) ...........................................................................................................23

5 U.S.C. § 7104(d) ....................................................................................................................21

5 U.S.C. § 7703(b) ....................................................................................................................17

28 U.S.C. § 1331 .......................................................................................................................15

**Regulations**

Reforming the Federal Hiring Process and Restoring Merit to Government Service,
    Exec. Order No. 14,170, 90 Fed. Reg. 8621 (Jan. 20, 2025)............................................. 1, 4, 22

Implementing the President's "Department of Government Efficiency" Workforce Optimization
    Initiative, Exec. Order No. 14,210, 90 Fed. Reg. 9669 (Feb. 11, 2025) ..........................2, 11

**Other Authorities**

Off. of Personnel Mgmt., *Merit Hiring Plan* (2025),
    https://www.opm.gov/chcoc/transmittals/2025/Merit%20Hiring%20Plan%205-29-
    2025%20FINAL.pdf..............................................................................................................*passim*

Off. of Pers. Mgmt., *Merit Hiring Plan Frequently Asked Questions* (May 29, 2025),
    https://www.opm.gov/policy-data-oversight/hiring-information/merit-hiring-plan-
    resources/merit-hiring-plan-frequently-asked-questions/ ...............................................7, 11

Off. of Pers. Mgmt., *Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions* (2025),
    https://content.govdelivery.com/accounts/USOPM/bulletins/3e5f668.....................................*passim*

U.S. Merit Systems Protection Bd., *Frequently Asked Questions about the Lack of Quorum Period and
    Restoration of the Full Board* (Nov. 14, 2025),
    https://www.mspb.gov/FAQs%20Absence%20of%20Board%20Quorum%2011-14-25.pdf......20

A669

**INTRODUCTION**

Since being reelected, President Trump has worked to streamline and modernize the federal workforce. As part of that effort, the President issued Executive Order 14,170 on January 20, 2025, directing the Office of Management and Budget and the Office of Personnel Management to help develop a federal hiring plan implementing the Order's directives. The result was OPM's issuance of a guidance memo titled the Merit Hiring Plan on May 29. Off. of Personnel Mgmt., *Merit Hiring Plan* (2025), 10, https://www.opm.gov/chcoc/transmittals/2025/Merit%20Hiring%20Plan%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%20FINAL.pdf ("MHP"). Relevant here, the MHP modified the process for assessing applicants for certain civil service jobs by including four optional, short-essay questions designed to prompt short narrative responses from applicants. Plaintiffs, three federal employee unions, brought suit on November 6 challenging one of those questions in particular: "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." *Id.* at 10 ("policy priorities question"). And on November 19—more than five months after the MHP was issued—Plaintiffs moved for a preliminary injunction, arguing that the question violates the First Amendment and the Administrative Procedure Act. But Plaintiffs can show neither district court jurisdiction over their complaint nor risk of irreparable harm from the question, so their preliminary injunction motion should be denied.

The policy principles question, as one part of the MHP, is intended to effectuate Executive Order 14170's directive to develop a federal hiring plan. Consistent with the Order, the MHP directs federal agencies to include all four short-essay questions in competitive service job opportunity announcements for positions rated GS-05 and above, subject to limited exceptions. Agencies may also exempt certain positions from this requirement. The MHP further clarifies how the short-essay questions are to be used:

1

- Responses are to be neither scored nor rated; the short-essay questions are intended to permit candidates to provide additional information about themselves and their motivation for applying for the position.

- Vacancy announcements are to inform candidates that their responses are not required and will not be scored.

- Agencies are not to use applicants' responses to assess whether they are qualified for the position, and are not to use responses as an "ideological litmus test."

- Applicants are not required to answer any of the questions, and will not be disqualified if they do not.

- Agencies' use of the questions must conform to the Merit System Principles set forth at 5 U.S.C. § 2301, one of which requires that "applicants for employment should receive fair and equitable treatment in all aspects of personnel management without regard to political affiliation . . . and with proper regard for their privacy and constitutional rights." 5 U.S.C. § 2301(b)(2).

Despite these qualifications, Plaintiffs argue that any use of the policy priorities question should be preliminarily enjoined as an allegedly improper means for agencies to assess the political leanings of applicants, allowing them to make hiring decisions based on the narrative responses that applicants voluntarily choose to (or choose not to) provide. Their motion should be denied on at least two grounds.

First, they cannot show a likelihood of success on the merits of their claims, as they lack Article III standing and their claims are statutorily channeled away from district court review under the Civil Service Reform Act of 1978 ("CSRA") and the Federal Service Labor-Management Relations Statute ("FSL-MRS"). On July 8, 2025, the Supreme Court granted the government's application for a stay of a district court's preliminary injunction in *Trump, et al. v. AFGE, et al.*, No. 24A1174, a broad challenge to reduction-in-force ("RIF") actions across the Executive Branch, including OPM's role in implementing the President's Executive Order 14210 through a Workforce Memorandum it issued jointly with the Office of Management and Budget. In relevant part, the Court explained that "the Government is likely to succeed on its argument that the Executive Order and Memorandum are

2

A671

lawful[.]"  And concurring in the grant of stay, Justice Sotomayor explained that challenged Executive Order "directs agencies to plan [RIFs] 'consistent with applicable law,' . . . and the resulting joint memorandum from [OMB and OPM] reiterates as much."  So too here.  OPM's guidance materials to agencies makes clear that they must not use the short-essay questions as an ideological "litmus test" and must comply with core civil service principles.  Thus, Plaintiffs cannot satisfy the required elements of standing to assert claims against OPM challenging other agencies' actual or potential use of the policy priorities question.

Likewise, as to channeling.  As this Court held in February in denying a preliminary injunction motion by these very same Plaintiffs in their challenge to OPM's Deferred Resignation Program, claims materially analogous to those they assert here are exclusively channeled through the CSRA's review scheme (for employees) and that of the FSL-MRS (for federal labor unions that represent those employees). *See AFGE, et al. v. Ezell, et al.*, Civ. No. 25-10276-GAO (Feb. 12, 2025) (slip op.).  Under the FSL-MRS in particular, Plaintiffs can assert these very claims before the Federal Labor Relations Authority ("FLRA"), and from there to a federal court of appeals, if necessary.  Thus, their claims fall outside of district court jurisdiction, and they cannot show a likelihood of success on the merits for that reason.

Second, Plaintiffs cannot show a likelihood of irreparable harm absent the requested preliminary injunction.  At the threshold, their decision to wait more than five months from OPM's issuance of the MHP on May 29, 2025, before seeking a preliminary injunction belies any suggestion of an emergent need for such extraordinary relief and their motion should be denied for that reason alone. Beyond that, their claims represent the sort of quintessential employment disputes that cannot suggest irreparable harm.  That one of their three claims arises under First Amendment does not change that conclusion, as the First Amendment injuries they allege — are not substantiated and would not be traceable to OPM's guidance regarding the policy priorities question in any event.

3

For those reasons, the Court should deny Plaintiffs' motion for preliminary injunction.

## FACTUAL AND LEGAL BACKGROUND

### I.   OPM's Merit Hiring Plan

On January 20, 2025, President Trump issued Executive Order 14,170 ("the EO ") directing the Assistant to the President for Domestic Policy, in consultation with the Directors of the Office of Management and Budget (OMB) and the Office of Personnel Management (OPM), to develop a Federal Hiring Plan aimed at instituting a number of policies and priorities with respect to civil service hiring and recruitment. *See* Reforming the Federal Hiring Process and Restoring Merit to Government Service, Exec. Order No. 14,170, 90 Fed. Reg. 8621 (Jan. 20, 2025). Among other directives, the EO directs that the Federal Hiring Plan shall "prevent the hiring of individuals who are unwilling to defend the Constitution or to faithfully serve the Executive Branch." *Id.* § 2.

Following issuance of the President's EO, the White House Domestic Policy Council and OPM issued the "Merit Hiring Plan" in the form of a May 29, 2025, memorandum sent to the heads and acting heads of all federal agencies. This memorandum describes the Merit Hiring Plan as an effort by the Administration to "bring[] to the Federal workforce only highly capable Americans dedicated to the furtherance of American ideals, values, and interests," that must achieve seven specific goals, the first two of which state that:

1. Prioritize recruitment of individuals committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution;

2. Prevent the hiring of individuals based on their race, sex, or religion, and prevent the hiring of individuals who are unwilling to defend the Constitution or to faithfully serve the Executive Branch[.]

4

A673

*See* MHP at 1.

As part of the Administration's effort to achieve those goals with respect to recruitment and hiring, the Merit Hiring Plan directs agencies to add standard language to all job opportunity announcements emphasizing that "candidates should be committed to improving the efficiency of the Federal government, passionate about the ideals of our American republic, and committed to upholding the rule of law and the United States Constitution." *See id.* at 9. The MHP also directs agencies to include "four short, free-response essay questions" in all Federal job announcements. *See id.* One of the four questions that the MHP directs agencies to include asks "[h]ow would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." *Id.* at 10. The MHP sets forth no metrics by which responses are to be evaluated; nor does it explicitly state that applicants must respond to each question. The only requirements for these narrative responses are that they cannot exceed 200 words per question and that the applicant must certify that "they are using their own words, and did not use a consultant or AI (such as a large language model [LLM])." *See id.*

On June 23, 2025, OPM issued additional guidance clarifying the intended use of the short-essay questions set forth in the MHP June 23 Additional Guidance.[1] The June 23 Additional Guidance reiterated that "teachers, Wage Grade employees, and seasonal workers" are exempt from use of the short-essay questions, but also emphasized that "[a]gencies may exempt other positions from use of the questions in their discretion, where they determine that such an exemption is appropriate for the position." June 23 Additional Guidance. It likewise emphasized that while use of the short-essay

---

[1] *See* Off. of Pers. Mgmt., *Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions* (2025), https://content.govdelivery.com/accounts/USOPM/bulletins/3e5f668 ("June 23 Additional Guidance").

5

questions is encouraged, "it is not a requirement." *Id.* And it further emphasized several important

qualifications on use of the questions:

- "Answers to [the] questions are not scored or rated."

- "Agencies should treat responses to [the] questions in the same way they would treat the submission of a cover letter."

- "The questions give candidates an opportunity to provide additional information about themselves, their background, and dedication to public service, but . . . must not be used to impose an ideological litmus test on candidates."

- "If an applicant does not answer the questions along with their application, they will not be disqualified or screened out."

- "During the hiring process, answers to the . . . questions will be reviewed only by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the [hiring] manager and later to agency leadership if the candidate is recommended for selection."

- "Hiring managers and agency leaders or designees must only use the questions in accordance with Merit System Principles, and should additionally be mindful of Prohibited Personnel Practices."

*Id.*

Further, on September 2, 2025, OPM issued another guidance document titled "Merit Hiring

Plan Frequently Asked Questions" to assist agencies with implementing the MHP memorandum, as

clarified by the June 23 Additional Guidance. The FAQ provides answers to four questions regarding

the four short-essay questions. These questions and answers are reproduced in full below:

> **Q25 - Do the four short essay questions have to be included in every job opportunity announcement?**
> Response: The four short essay questions (Constitution, Efficiency, Executive Orders, Work Ethic) must be used on all competitive service job opportunity announcements open to the public graded at GS-05 or above, except for job announcements for teacher, Wage Grade, and seasonal positions. While it is not a requirement to use these questions for competitive merit promotion hiring (both internal and external), agencies are encouraged to do so. Agencies may exempt other positions from use of the questions in their discretion, where they determine that such an exemption is appropriate for the position. Agencies should keep documentation in the case file as to why such an exemption was granted.

6

A675

**Q26 - How are applicant answers to the 4 essay questions used?**
Response: Answers to these questions are not scored or rated. Agencies should treat responses to these questions in the same way they would treat the submission of a cover letter. The questions give candidates an opportunity to provide additional information about themselves, their background, and dedication to public service, but must not be used as a means of determining whether the candidate fulfills the qualifications of a position. The questions also must not be used to impose an ideological litmus test on candidates. If an applicant does not answer the questions along with their application, they are not disqualified or screened out.

**Q27 - Who should review applicant answers to the 4 essay questions?**
Response: Answers to the four essay questions are reviewed only by the hiring manager and agency leadership (or a designee), as part of an application packet forwarded to the manager and later to agency leadership if the candidate is recommended for selection. Hiring managers and agency leaders or designees must only use the questions in accordance with Merit System Principles, and should additionally be mindful of Prohibited Personnel Practices.

**Q28 - Are agencies required to include the 4 short essay questions for Senior Technical/Senior Leader (ST/SL) positions?**
Response: Yes, these positions are included in this requirement.

Off. of Pers. Mgmt., Merit Hiring Plan Frequently Asked Questions at 7-8 (May 29, 2025), https://www.opm.gov/policy-data-oversight/hiring-information/merit-hiring-plan-resources/merit-hiring-plan-frequently-asked-questions/ ("MHP FAQ").

## II.    Plaintiffs' Lawsuit

Plaintiffs American Federation of Government Employees, AFL-CIO; American Federation of State, County, and Municipal Employees, AFL-CIO; and National Association of Government Employees filed this suit on November 6, 2025, on behalf of their members. Compl. ¶ 26. Plaintiffs raise three claims challenging the White House and OPM's joint directive to all federal agencies to include the policy priorities question in certain civil service job applications. Plaintiffs' first claim alleges that the question violates the First Amendment; the second and third claims allege violations of the Administrative Procedure Act ("APA"). *Id.* Plaintiffs filed the instant motion for a preliminary injunction on November 19, 2025, citing an ongoing constitutional injury for which they seek preliminary injunctive relief and a stay under 5 U.S.C. § 705.

A676

**STANDARD FOR RELIEF**

A preliminary injunction "is an extraordinary and drastic remedy that is never awarded as of right." *Peoples Fed. Sav. Bank v. People's United Bank*, 672 F.3d 1, 8-9 (1st Cir. 2021) (quoting *Voice of the Arab World, Inc. v. MDTV Med. News Now, Inc.*, 645 F.3d 26, 32 (1st Cir. 2011)). A movant may be awarded such an extraordinary remedy only "upon a clear showing" that it is "entitled to such relief." *Winter v. Nat. Res. Def. Counsel, Inc.*, 555 U.S. 7, 22 (2008). A preliminary injunction should not be issued "based only on a possibility of irreparable harm." *Id.* To establish entitlement to an injunction, Plaintiffs bear the burden of establishing that (1) they are likely to succeed on the merits, (2) they are likely to suffer irreparable harm absent preliminary relief, (3) the balance of the equities favors them, and (4) an injunction is in the public interest. *Allscripts Healthcare, LLC v. DR/Decision Res., LLC*, 592 F. Supp. 3d 1, 3 (D. Mass. 2022). The last two factors "merge when the Government is the opposing party" opposing the preliminary injunction. *Nken v. Holder*, 556 U.S. 418, 435 (2009). Irreparable harm "constitutes a necessary threshold showing for an award of preliminary injunctive relief," *Gonzalez-Droz v. Gonzalez-Colon*, 573 F.3d 75, 79 (1st Cir. 2009) (quoting *Charlesbank Equity Funds II v. Blinds To Go, Inc.*, 370 F.3d 151, 162 (1st Cir. 2004)), and is "the basis for injunctive relief." *Voice of the Arab World, Inc.*, 645 F.3d at 32 (quoting *Weinberger v. Romero-Barcelo*, 456 U.S. 305, 312 (1982)).

**ARGUMENT**

Plaintiffs cannot meet the demanding standard governing motions for preliminary relief. They cannot show a likelihood of success on the merits of their claims; they cannot establish standing, and their claims are statutorily channeled away from district court review in any event. Likewise, they cannot show irreparable harm absent entry of a preliminary injunction. The Court should thus deny Plaintiffs' preliminary injunction motion.

8

A677

**I.   Plaintiffs cannot show a likelihood of success on the merits because they cannot establish jurisdiction over their claims.**

Plaintiffs cannot show a likelihood of success on the merits of their claims because they fall outside of district court jurisdiction for at least two reasons. First, Plaintiffs cannot establish Article III standing to assert their claims. Second, their claims are channeled away from district court review under both the CSRA and the FSL-MRS.

**A. Plaintiffs cannot establish Article III standing.**

Plaintiffs allege three harms purportedly attributable to the policy priorities question. First, they argue that unidentified members have applied for job postings that included the question, which compelled those members to "speak about political issues in answering it," thereby violating their First Amendment right to freedom of speech. *See* Pl. Mem. of Pts. and Auth. in Supp. of Motion for Stay Under 5 U.S.C. § 705 and for Prelim. Inj. (ECF 40), at 10-11 ("Pl. Mot."). Second, they argue that certain of their members have been "chilled from speaking and deterred from applying to federal jobs," thereby violating the First Amendment by chilling speech. *See id.* at 11. Third, they assert that they have heard concerns from members that the question serves as a vehicle for viewpoint discrimination, potentially injuring their chances of being hired for advertised positions. *See id.* at 11-12. None of these alleged injuries help Plaintiffs establish Article III standing.

Standing requires that plaintiffs be not just "mere bystander[s]," but have a "personal stake in the dispute." *See AFGE, AFL-CIO v. Ezell,* Civ. A. No. 25-10276-GAO, 2025 WL 470459, at *1 (D. Mass. Feb. 12, 2025) (quoting *Food & Drug Admin. v. All. for Hippocratic Med.*, 602 U.S. 367, 379 (2024)). As labor unions representing federal employees and applicants for employment, Plaintiffs can only proceed here by showing associational or organizational standing. *See In re Fin. Oversight & Mgmt. Bd. for P.R.,* 110 F.4th 295, 308 n.7 (1st Cir. 2024) (citing *United Food & Com. Workers Union Loc. 751 v. Brown Grp., Inc.*, 517 U.S. 544 (1996)). To do so, each Plaintiff must show that "(1) its members would

9

A678

otherwise have standing to sue in their own right; (2) the interests it seeks to protect are germane to the organization's purpose; and (3) neither the claim asserted nor the relief requested requires the participation of individual members in the lawsuit." *Conservation L. Found., Inc. v. Acad. Express, LLC*, 129 F.4th 78, 86 (1st Cir. 2025) (quoting *Hunt v. Wash. State Apple Advert. Comm'n*, 432 U.S. 333, 343 (1977)), *remanded*, 790 F. Supp. 3d 63 (D. Mass. 2025). Plaintiffs have not shown that they satisfy those requirements.

As to the first element, Plaintiffs have not established that their members would have standing to challenge the policy priorities question in district court. As a threshold matter, it is far from clear how many of Plaintiffs' members could even show that they have been affected in any way by the question: they may not have applied for any job posting that included the question, or were not dissuaded from applying from a job posting because it included the question. And even for those members that allegedly applied for a job posting that included the question, Plaintiffs offer no reason to believe that their answers to the question, or their decision not to answer the question, had any effect on their application. More to the point, Plaintiffs offer no evidence to suggest that any agency has used the question as the sort of "loyalty" litmus test they characterize it as, much less in a way that penalized any of their members' hiring chances. Indeed, any such use of the question or any answers submitted by applicants in response to it would contradict OPM's guidance to agencies. As OPM has made clear, the questions "must not be used to impose an ideological litmus test on candidates[,]" and no applicants will be "disqualified or screened out[]" if they opt not to answer any of the questions. *See, e.g.*, June 23 Additional Guidance. Quite to the contrary, OPM has emphasized that agencies' use of the questions (if any) must comply with the Merit System Principles set forth in the CSRA's Chapter 23, which requires, among other things, that "[a]ll employees and applicants for employment should receive fair and equitable treatment in all aspects of personnel management without regard to political affiliation[.]" 5 U.S.C. § 2301(b)(2). In short, Plaintiffs provide no basis to suggest that any of their

10

A679

members has suffered any injury arguably traceable to the question; their unsupported suggestion that the question might be used against them as an illegal litmus test—contrary to OPM's explicit guidance to agencies—cannot satisfy Article III standing's injury-in-fact or traceability elements.

For similar reasons, neither Plaintiffs themselves nor any of their members could satisfy those standing elements as to Defendants here. Plaintiffs sue OPM, its Director (in his official capacity), and the United States. But their theory of liability does not support standing to sue these Defendants. OPM's guidance to agencies makes clear how the policy priorities question is and is not to be used in the hiring process. It is akin to a cover letter, to provide applicants "an opportunity to provide additional information about themselves, their background, and dedication to public service[.]" *See* June 23 Additional Guidance. It "must not be used to impose an ideological litmus test on candidates." *Id.* Likewise, OPM has made clear to agencies that "[h]iring managers and agency leaders or designees must only use the questions in accordance with Merit System Principles, and should additionally be mindful of Prohibited Personnel Practices." *See* MHP FAQ. Under analogous circumstances, the Supreme Court granted a stay of a district court preliminary injunction against OPM in *Trump v. American Federation of Government Employees*, 606 U.S.---, 145 S. Ct. 2635, 2635 (2025) (mem.), that had enjoined defendants including OPM from implementing Executive Order No. 14,210, 90 Fed. Reg. 9669 (Feb. 11, 2025). Finding that "the Government is likely to succeed on its argument that the Executive Order and [joint Memorandum from the Office of Management and Budget and OPM] are lawful" and that "the other factors bearing on whether to grant a stay are satisfied," the Court stayed the district court's injunction. Concurring in the grant of stay, Justice Sotomayor wrote that the Executive Order "directs agencies to plan reorganizations and reductions in force 'consistent with applicable law,' . . . and the resulting joint memorandum from [OMB and OPM] reiterates as much." *Trump*, 145 S. Ct. at 2635 (Sotomayor, J.) So too here, where OPM's guidance makes clear that agencies are not to use any of the short-essay questions as a litmus test. So

11

if Plaintiffs or their members has any justiciable Article III dispute with any federal agency—and there is no evidentiary basis to believe they do at this stage—it is not with OPM. Plaintiffs thus cannot show standing to sue Defendants.

And even were it otherwise, none of Plaintiffs' members could show standing to challenge the policy priorities question in district court. Any alleged use of the question by an agency as a political "loyalty" or "litmus" test in hiring—which would run counter to OPM's guidance to agencies, *see* June 23 Additional Guidance—would be subject to legal challenge as a Prohibited Personnel Practice under the CSRA's Chapter 23, 5 U.S.C. § 2302(b). And as "employee[s], former employee[s], or applicant[s] for employment," Plaintiffs' members cannot bring such challenges directly in district court in the first instance; by statute, they generally must do so before the Office of Special Counsel ("OSC"), which is statutorily empowered under the CSRA to investigate alleged Prohibited Personnel Practices and, where warranted, seek corrective action on behalf of injured employees or applications from the Merit Systems Protection Board ("MSPB"). *See id.* § 1214(a)(3). Thus, for any of Plaintiffs' members that might be able to make out an injury-in-fact traceable to an agency's use of the question, there is no recourse in district court without first exhausting their remedies before the OSC (and potentially the MSPB); without such recourse in district court, no member of any Plaintiff can satisfy Article III standing's redressability element.

Nor can Plaintiffs satisfy the second element of associational standing, germaneness. Plaintiffs address this element only in passing, explaining that as unions representing federal employees and applicants, eliminating the policy priorities question from federal job applications is "highly germane" to their mission. *See* Pl. Mot. at 9. Plaintiffs argue that their members are "suffering ongoing and irreparable harms" from the question, but as to their stake in the matter, they broadly allege that prohibiting federal agencies from using the question in job postings—whatever that might entail for

12

A681

each agency, each job posting, and each set of applicants—is relevant to their "missions to protect and advocate for the workers whom they represent." *Id.* That is not enough.

In *Office of Personnel Management v. American Federal Government Employees*, the Supreme Court granted a stay of the district court's preliminary injunction for lack of associational or organizational standing. 145 S. Ct. 1914 (2025) (mem.), *granted stay pending appeal*, *AFGE, AFL-CIO v. U.S. Off. of Pers. Mgmt.*, 770 F. Supp. 3d 1215 (N.D. Cal. 2025), *appeal dismissed,* Nos. 25-1677, 25-2637, 25-5875, 2025 WL 2976744 (9th Cir. Sep. 29, 2025). In the underlying district court decision, the court found standing for unions to bring claims on behalf of terminated probationary employees whose removals were alleged to have been "directed" by OPM. The district court held that the organizational plaintiffs had standing based on the imperilment of their missions and diversion of resources the firings caused. *Off. of Pers. Mgmt.*, 770 F. Supp. 3d at 1226. The Supreme Court, in staying the court's preliminary injunction, held that neither theory was sufficient to support standing. *See Off. of Pers. Mgmt.*, 145 S. Ct. at 1914.

And in *Hippocratic Medicine*, the Supreme Court rejected an argument by various medical associations that they had associational standing by claiming that the FDA had "impaired" their "ability to provide services and achieve their organizational missions" by approving the abortion-inducing drug mifepristone. 602 U.S. at 394 (citation omitted).

> Like an individual, an organization may not establish standing simply based on the intensity of the litigant's interest or because of strong opposition to the government's conduct, . . . no matter how longstanding the interest and no matter how qualified the organization, . . . . A plaintiff must show far more than simply a setback to the organization's abstract social interests.

*Id.* (internal citations omitted). Plaintiffs in this case base their claim to standing on the same generic "mission impairment" and "opposition to government conduct" arguments that the Supreme Court found insufficient in *Hippocratic Medicine.*

13

A682

In support of their argument here, Plaintiffs state that they "have standing to raise claims for chilled speech when a relevant prohibition or requirement threatens to cause a 'cognizable injury.'" Pl. Mot. at 20 (quoting *Meese v. Keene*, 481 U.S. 465, 473 (1987)).  But they have suffered no cognizable injury.  *Cf. Meese*, 481 U.S. at 476-77 (holding that an individual claimant had established standing to bring a First Amendment claim where the Department of Justice's prospective enforcement of a statute against his display of films labeled "political propaganda" chilled his speech). Plaintiffs claim only that the policy priorities question interferes with their mission to represent and advocate for federal workers, *see* Pl. Mot. at 9, and as the Supreme Court explained in *Hippocratic Medicine*, the mere impairment of an organization's mission or provision of services "does not work to demonstrate standing."  602 U.S. at 394.

Finally, Plaintiffs' members' right to express their political views (or not to do so) is not germane to Plaintiffs' missions to advocate for their members in labor-relations disputes with the federal government because neither members' employment nor their employment opportunities are impaired by the policy priorities question.  The merit system principles, 5 U.S.C. § 2301(b), and prohibited personnel practices, *id.* § 2302(b), prohibit the unfair and inequitable treatment of employees based on their political affiliation and discrimination against any employee or applicant for employment in any personnel action—which includes appointment to a new position—based on their political affiliation.  The June 23 Additional Guidance expressly directs that agencies "must only use the question[] in accordance" with these statutory provisions and may not disqualify or "screen out" any candidates on the basis of their response or non-response to the question.  *See* June 23 Additional Guidance.  As such, Plaintiffs cannot show any alleged injury-in-fact that is germane to their labor-relations mission.  For the question to have caused such injury-in-fact, an agency would have to take an action that contravenes OPM guidance. Plaintiffs have not alleged that any agency has done so.

14

A683

For these reasons, Plaintiffs have failed to establish associational standing to challenge the policy priorities question.

**B. District Court Jurisdiction over Plaintiffs' claims is precluded by the CSRA and FSL-MRS.**

Plaintiffs' claims fall outside of district court jurisdiction for an additional reason: they are personnel and/or labor claims that are jurisdictionally channeled away from district court under the CSRA and the FSL-MRS. As federal employee labor unions, Plaintiffs must pursue their claims under the FSL-MRS framework, which provides for administrative review by the Federal Labor Relations Authority ("FLRA") followed by judicial review in the courts of appeals. *See Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, 929 F.3d 748, 752 (D.C. Cir. 2019) ("*AFGE*") (ordering a jurisdictional dismissal of a federal-employee-union suit because of the comprehensive statutory scheme governing federal employment review, the FSL-MRS). The legal basis for this divestiture is settled: "While the authority of the federal courts comes from Article III of the Constitution, the existence of the lower federal courts, including this court, and the extent of [its] jurisdiction depend entirely on statutory grants from Congress." *Evans v. Thompson*, 518 F.3d 1, 5 (1st Cir. 2008). Thus, "Congress has great leeway to expand or restrict the jurisdiction of the lower federal courts." *Id.* at 6.

Congress has broadly empowered the judiciary to hear "claims 'arising under' federal law" "by way of 28 U.S.C. § 1331's grant of jurisdiction." *Axon Enter., Inc. v. Fed. Trade Comm'n*, 598 U.S. 175, 185 (2023). Nonetheless, "[a] special statutory review scheme, . . . may preclude district courts from exercising jurisdiction over challenges to federal agency action." *Id.* Thus, when a statute sets out "a particular procedure and time period" for challenging agency actions, a plaintiff may be precluded from relying on a district court suit. *See N.Y. Republican State Comm. v. Sec. & Exch. Comm'n*, 799 F.3d 1126, 1135–36 (D.C. Cir. 2015). That includes arbitrary and capricious challenges under the APA. *See AFGE,* 929 F.3d at 756; *Ezell,* 2025 WL 470459, at *2 (citing *AFGE*, 929 F.3d at 748).

A684

Congress can preclude district court review explicitly, *Axon*, 598 U.S. at 185 ("[P]roviding in so many words that district court jurisdiction will yield."), or implicitly. Relevant here, in cases of implicit preclusion, Congress impliedly divests district courts of jurisdiction "by specifying a different method to resolve claims about agency action." *Id.* To resolve an implied preclusion question, the Court must determine whether "(i) such intent is 'fairly discernible in the statutory scheme,' and (ii) the litigant's claims are 'of the type Congress intended to be reviewed within [the] statutory structure.'" *Jarkesy v. SEC*, 803 F.3d 9, 15 (D.C. Cir. 2015) (quoting *Thunder Basin Coal Co. v. Reich*, 510 U.S. 200, 207, 212 (1994)). These can be considered the two steps of a *Thunder Basin* analysis of implied preclusion.

### 1. Congress intended to preclude district court jurisdiction.

The first step, Congress's intent to preclude, is well satisfied here: Congress established detailed, complementary statutory schemes for adjudicating disputes relating to federal employment and federal labor relations. Taken as a whole, it is "an integrated scheme of administrative and judicial review, designed to balance the legitimate interests of the various categories of federal employees with the needs of sound and efficient administration." *United States v. Fausto*, 484 U.S. 439, 445 (1988). That scheme satisfies the first step for discerning implied preclusion.

Together, the FSL-MRS and CSRA provide for "administrative and judicial review" of disputes between employees and their federal employers and disputes between unions representing those employees and the federal government. *AFGE*, 929 F.3d at 752 (discussing the FSL-MRS); *see Graham v. Ashcroft*, 358 F.3d 931, 933 (D.C. Cir. 2004) (discussing the CSRA more broadly). The two schemes reflect Congress's considered determination that most federal labor and employment disputes must first be administratively exhausted before the employing agency and the applicable administrative review board—either the Merit Systems Protection Board ("MSPB") for employment disputes or the FLRA for labor disputes. Judicial review, if any, is available only in a court of appeals.

16

A685

*See AFGE*, 929 F.3d at 752 (citing 5 U.S.C. §§ 7105, 7123(a), (c)); *Graham*, 358 F.3d at 934 (citing *Fausto*, 484 U.S. at 448–50); *see also* 5 U.S.C. § 7703(b) (providing for judicial review in the Federal Circuit or other court of appeals).

"Congress typically chooses . . . review in a court of appeals following the agency's own review process" when designing an implicit preclusion scheme. *Axon*, 598 U.S. at 185. That is exactly what this scheme includes. Accordingly, as the D.C. Circuit has repeatedly recognized, the CSRA precludes jurisdiction in the district courts over federal employee and federal union disputes. *See AFGE*, 929 F.3d at 754. This "enormously complicated and subtle scheme to govern employee relations in the federal sector" does not permit bypass by suing in district court. *See id.* at 755 (quoting *AFGE v. Sec'y of the Air Force*, 716 F.3d 633, 636 (D.C. Cir. 2013) ("*Air Force*")).

Plaintiffs argue that preclusion is not clear from the statutory scheme because the individuals that have been or will be subject to the policy priorities question are not "covered employees" and are not challenging a "covered employment action" or challenging a "personnel action" at all. Pl. Mot. at 28-29. At the threshold, that premise is incorrect: applicants for federal employment in most agencies fall within the statutory definition of "employee" in the CSRA's Chapter 23. *See* 5 U.S.C. § 2301(b)(2) (providing that "employees and applicants for employment should receive fair and equitable treatment in all aspects of personnel management . . ."); *id.* § 2302(a) (providing that "prohibited personnel practices" in "personnel action[s]" shall apply "with respect to an employee in, or applicant for, a covered position in an agency . . ."). And hiring decisions fall within the statutory definition of "personnel action." *Id.* § 2302(a)(2)(A)(i). So a legal dispute over aspects of the hiring process falls squarely within the CSRA's administrative-judicial review scheme. *See id.* §§ 7701(a), 7703.

Plaintiffs' argument is incorrect for an even more important reason here: as federal employee unions, they are "labor organization[s]" within the meaning of the FSL-MRS. *See id.* § 7103(a)(4). And even if Plaintiffs themselves are not challenging "covered employment action" in the context of the

17

A686

CSRA more broadly, they are challenging what amounts to alleged "prohibited personnel practices" under the FSL-MRS. *See id.* §§ 2302(a)(1), 2302(b)(1)(E) (A "prohibited personnel practice" includes any "personnel action" taken, recommended, or approved that "discriminate[s] for or against any employee or applicant for employment on the basis of . . . political affiliation, as prohibited under any law, rule, or regulation[.]"); *and see id.* § 2302(a)(2) (A "personnel action" includes "an appointment" "with respect to an employee in, or applicant for, a covered position in an agency . . ."). Thus, even if Plaintiffs could show Article III standing to challenge the policy priorities question on behalf of potentially aggrieved members, Congress intended that they be able to do so exclusively through the procedures provided in the FSL-MRS. *See id.* § 7121(d) ("An aggrieved employee affected by a prohibited personnel practice *under section 2302(b)(1)* of this title which also falls under the coverage of the negotiated grievance procedure may raise the matter under a statutory procedure or the negotiated procedure, but not both." (emphasis added)); *see also Sec'y of the Air Force*, 716 F.3d 633 (affirming the district court's dismissal of complaint by a national union and several members raising an APA challenge to the Air Force's imposition of a dress code for certain civilian employees as precluded by the CSRA and FSL-MRS).

This Court previously held in a case in February of this year that "the FSL-MRS 'provides the exclusive procedures by which federal employees and their bargaining representatives may assert federal labor-management relations claims.'" *Ezell*, 2025 WL 470459, at *2 (quoting *AFGE*, 929 F.3d at 755). The Court walked through the *Thunder Basin* analysis, finding both that (1) Congress intended the FSL-MRS to be the exclusive forum for disputes between unions representing federal employees and the federal government, and (2) the two APA claims raised by plaintiffs in that case were the type of claims Congress intended for review within the FLS-MRS framework. *See id.* (holding that all three *Thunder Basin* factors weighed in favor of finding that Congress intended to preclude jurisdiction over plaintiffs' APA claims). Plaintiffs' claims are materially analogous here, with the addition of a singular

18

A687

First Amendment claim that likewise would be reviewable by the FLRA. *See, e.g., Nat'l Treasury Emps. Union Chapter 61 (Union) & U.S. Dep't of the Treasury Internal Revenue Serv. Albany Dist. (Agency)*, 39 F.L.R.A. 476 (Feb. 12, 1991) (assessing an Arbitrator's decision as to whether a federal employee's First Amendment rights were violated when his employing agency prohibited him from advertising for his previously approved outside employment activity).

Against that weight of precedent, Plaintiffs cite *American Federation of Government Employees, AFL-CIO v. Trump*, 139 F.4th 1020 (9th Cir. May 30, 2025), for the proposition that "it was 'unlikely that Congress intended for the CSRA to preclude review for parties not even covered by that statute who allege claims outside the MSPB's and FLRA's jurisdiction.'" Pl. Mot. at 29 (quoting *AFGE*, 139 F.4th at 1033).[2] Plaintiffs' argument is misplaced for at least two related reasons. First, their claims here—all of which hinge on the theory that the policy priorities question constitutes a political or ideological "loyalty" test for federal employment—fall squarely within the ambit of both the CSRA and the FSL-MRS as alleged "prohibited personnel practices." Plaintiffs, as federal employee unions, can raise those challenges before the FLRA, and the administrative-judicial review route through the FLRA represents the exclusive review scheme. Second, Congress intended to preclude district court review of claims brought by "labor organizations" based on alleged "prohibited personnel practices." Here, Congress clearly intended that any such claims, raised on behalf of union members by their labor organizations, should be raised in the context of a labor-relations dispute reviewable in the first

---

[2] Plaintiffs acknowledge that the Supreme Court stayed the preliminary injunction at issue in that case, Pl. Mot. at 29 n.11 but suggest that because the Court decided the Government's stay application (in favor of the Government) on grounds other than jurisdictional channeling, it "likely decided" that the plaintiffs' claims there were not required to proceed under the CSRA. *Id.* The Supreme Court's decision to stay the preliminary injunction on a basis other than jurisdictional channeling, without addressing channeling in its concise decision, provides no reason to infer that it "likely decided" that channeled was not required. *Id.*

instance by the FLRA. *See AFGE,* 929 F.3d at 755 ("The scheme 'provides the exclusive procedures by which federal employees and their bargaining representatives may assert federal labor-management relations claims.' . . . Thus, we can fairly discern that Congress intended the statutory scheme to be exclusive with respect to claims within its scope." (quoting *Air Force*, 716 F.3d at 638)).

Furthermore, federal courts have consistently held that federal employees cannot challenge employment actions by bringing APA claims. *See Filebark v. U.S. Dep't of Transp.*, 555 F.3d 1009, 1010 (D.C. Cir. 2009) ("We have long held that federal employees may not use the Administrative Procedure Act to challenge agency employment actions."); *Fornaro v. James*, 416 F.3d 63, 66–67 (D.C. Cir. 2005); *Graham*, 358 F.3d at 933-35; *Carducci v. Regan*, 714 F.2d 171, 172 (D.C. Cir. 1983). This is because Congress, through the CSRA and related employment statutes, has carefully constructed a system for review and resolution of federal employment disputes, intentionally providing—and intentionally not providing—particular forums and procedures for particular claims. Thus, courts have held that this comprehensive employment scheme preempts judicial review under the APA even when that scheme provides no judicial relief—in other words, "what you get under the CSRA is what you get." *See Fornaro*, 416 F.3d at 67.

Plaintiffs also argue that this Court has jurisdiction under the first step of the *Thunder Basin* analysis because the MSPB is currently unable to function. Pl. Mot. at 32. That assertion is factually incorrect, as the MSPB's quorum has been restored, U.S. Merit Systems Protection Board, *Frequently Asked Questions about the Lack of Quorum Period and Restoration of the Full Board* (Nov. 14, 2025), https://www.mspb.gov/FAQs%20Absence%20of%20Board%20Quorum%2011-14-25.pdf (stating the MSPB's quorum was restored on October 28, 2025), and would be able to function at the administrative judge level even without a quorum. More importantly here, though, it is beside the point, as Plaintiffs can proceed before the FLRA, which can currently exercise all of its authorities as

20

vacancies to not impair its operation. *See* 5 U.S.C. § 7104(d). Therefore, this forum is fully available to Plaintiffs.

> **2. Plaintiffs' claims are of the type Congress intended to be reviewed within the FSL-MRS scheme.**

The second part of the *Thunder Basin* analysis, which courts use to assess whether claims are "of the type" Congress intended for review within the statutory scheme, underscores that Congress impliedly precluded jurisdiction over Plaintiffs' claims here. To assess whether Congress's preclusion scheme reaches these claims, the Court must consider "three considerations designed to aid in that inquiry, commonly known now as the *Thunder Basin* factors." *Axon*, 598 U.S. at 185-86. The factors are: (1) "could precluding district court jurisdiction foreclose all meaningful judicial review of the claim"; (2) "is the claim wholly collateral to the statute's review provisions"; and (3) "is the claim outside the agency's expertise?" *Id.* at 186 (citation modified). These "considerations" are ultimately merely guideposts to "best . . . understand what Congress has done—whether the statutory review scheme, though exclusive where it applies, reaches the claim in question." *Id.* And it is critical to remember that a plaintiff may not "repackage[]" its claim "under the heading of an APA claim" to "exempt it from the exclusive channeling regime Congress prescribed." *Jalbert v. SEC*, 327 F. Supp. 3d 287, 299 (D. Mass. 2018). It is the content of the claim that matters—not how a plaintiff frames it.

Plaintiffs bring three claims. First, Plaintiffs allege that the policy priorities question compels speech, chills speech, and conditions federal employment on the expression of particular political viewpoints, Compl. ¶ 128; is not narrowly tailored to serve a legitimate government interest, *id.* ¶ 129; and thus violates the First Amendment, *id.* ¶ 130. Second, Plaintiffs assert an arbitrary and capricious claim—alleging that the policy priorities question violates a directive of Congress not to use personal and political views as a factor in federal hiring, *id.* ¶ 138, causes agencies to consider irrelevant information, *id.* ¶ 139, is implemented arbitrarily by the agencies, *id.* ¶ 140, lacks a reasoned

21

explanation, *id.* ¶¶ 141-44, 146, and fails to consider adverse effects. *Id.* ¶¶ 145, 147. Third, they assert an excess of statutory authority argument for appropriations. *Id.* ¶¶ 152–58. All are precluded under the *Thunder Basin* factors.

First, the scheme provides for meaningful judicial review of these claims. This is so even if the statutory scheme Congress has established does not permit the review of claims before Plaintiffs alleged "'here-and-now' First Amendment injury" occurs. Pl. Mot. at 33. *See also AFGE*, 929 F.3d at 755. Indeed, meaningful judicial review is still available for purposes of this prong even if the statutory scheme "ma[kes] it *impossible* to obtain particular forms of review or relief." *Id.* at 756. As the D.C. Circuit in *AFGE* acknowledged, even if the Plaintiffs here "may not prevail" using the grievance procedures provided by the FSL-MRS "or would prefer to challenge" the policy priorities question "'by some other means,' such as an APA suit in district court, . . . 'that does not mean their claims may be brought outside the [FSL-MRS's] exclusive remedial scheme.'" *Id.* (quoting *Air Force*, 716 F.3d at 638). Indeed, just as in *AFGE* and *Air Force*, review is available for Plaintiffs as federal employee unions, and they may bring their challenges—whether to a particular agency's use of the policy priorities question, the MHP, or E.O. 14,170—before the FLRA via the administrative options provided in the FSL-MRS. The FLRA frequently hears cases where agency actions are evaluated for consistency with the merit system principles. *See, e.g., Dep't of the Air Force Carswell Air Force Base, Tex. (Activity) & AFGE AFL-CIO Loc. 1364 (Union),* 35 F.L.R.A. 754 (Apr. 27, 1990). Similarly, Plaintiffs could challenge individual agencies' use (if any) of the question and seek an order from the FLRA that they remove it from their job announcements as violative of the merit systems principles. *See AFGE,* 929 F.3d at 757. The FLRA may also interpret statutes outside of the FLS-MRS, and its interpretation can and has been reviewed on appeal and may be afforded some level of circuit court deference. *See, e.g., U.S. Dep't of Health & Hum. Servs. v. Fed. Lab. Rels. Auth.,* 833 F.2d 1129, 1135 (4th Cir. 1987) ("Although this matter involves the Authority's interpretation of statutes other than its enabling act,

A691

we perceive that the interpretation bears directly on the 'complexities' of federal labor relations and we accordingly defer to the Authority's rulings."). And even if the FLRA were to determine that it could not address Plaintiffs' claims, a circuit court could do so on appeal. *See AFGE*, 929 F.3d at 758 ("'[T]he Supreme Court has explained that [i]t is not unusual for an appellate court reviewing the decision of an administrative agency to consider a constitutional challenge to a federal statute that the agency concluded it lacked authority to decide, . . . and we recently elaborated that it is of no dispositive significance whether the agency has the authority to rule on constitutional claims so long as the claims can eventually reach an Article III court fully competent to adjudicate them." (citation omitted)).

Second, Plaintiffs' claims are not "wholly collateral" to the FSL-MRS's review provisions. The Court must "examine whether the action 'at bottom' seeks a substantive determination that falls within the statutory regime's exclusive scope." *Fed. L. Enf't Officers Ass'n v. Ahuja*, 62 F.4th 551, 563 (D.C. Cir. 2023) (quoting *Heckler v. Ringer*, 466 U.S. 602, 614 (1984)). As the Supreme Court explained in *Axon*, a claim may be sufficiently collateral when the "claims do not relate to the subject of the [administrative] actions." *Axon*, 598 U.S. at 193. There, the Court noted that structural "separation-of-powers claims" brought against the administrative agency were entirely unrelated to the "auditing practices" and "business merger" that constituted the subject matter of the agency actions. *See id.* Nor were they related to the "procedural or evidentiary matters an agency often resolves on its way to a merits decision." *Id.*

No such distinction exists here. Plaintiffs' claims against the policy priorities question center on what clearly falls within the definition of a "grievance"—encompassing complaints by "any labor organization concerning any matter relating to the employment of an employee." 5 U.S.C. § 7103(a)(9)(B). Federal agencies' compliance with the Merit System Principles set forth in the CSRA's Chapter 23 lie at the heart of the FSL-MRS and the CSRA writ large. The plain language of the FSL-MRS clearly contemplates that the type of claim Plaintiffs raise here falls within the definition of

A692

"grievance" and is reviewable through the FLRA's administrative process for handling such complaints by unions.[3] Whether the question is unlawful or unconstitutional would not be wholly collateral to the FLRA's review. *See, e.g., Nat'l Treasury Emps. Union Chapter 61 (Union) & U.S. Dep't of the Treasury Internal Revenue Serv. Albany Dist. (Agency),* 39 F.L.R.A. 476 (Feb. 12, 1991).

Finally, the FLRA may bring its expertise to bear on many of the questions raised, particularly as they relate to labor-relations issues. In *AFGE*, the unions challenged several Executive Orders issued by the President that they claimed violated the Take Care Clause and the First Amendment, among other challenges. *See AFGE*, 929 F.3d at 753. The D.C. Circuit clarified that "[t]he question we must ask is whether agency expertise may be 'brought to bear on' the claims, not whether the expertise is essential." *See id.* at 760 (quoting *Jarkesy*, 803 F.3d at 29). Here, the FLRA's expertise will be important for determining whether the policy priorities question violates the Plaintiffs' collective bargaining agreements with each of the agencies that employs the question and interpreting the FLS-MRS. Whether or not the FLRA can rule on Plaintiffs' constitutional and APA claims is not dispositive, as an appellate court *can* review those claims after Plaintiffs' have exhausted the administrative process that Congress intended such claims to be channeled through. Given each of these factors, Plaintiffs' claims are of the type that Congress intended to be channeled through the FLRA, and they thus fall outside of the Court's jurisdiction.

## C. Plaintiffs have failed to challenge final agency action reviewable under the APA.

Even if Plaintiffs' claims were not precluded under the comprehensive schemes set forth in the CSRA and the FSL-MRS, their APA claims would still fail because the MHP and June 23

---

[3] A "grievance," as defined by the FLS-MRS, encompasses "any complaint . . . (B) by any labor organization concerning any matter relating to the employment of any employee; or (C) by any employee, labor organization, or agency concerning . . . (i) the effect or interpretation, or a claim of breach, of a collective bargaining agreement; or (ii) any claimed violation, misinterpretation, or misapplication of any law, rule, or regulation affecting conditions of employment." 5 U.S.C. § 7103(a)(9).

Additional Guidance are not final agency action subject to judicial review under the APA.  The APA subjects "final agency action" to judicial review.  5 U.S.C. § 704.  To qualify as a reviewable "final" agency action, the challenged action must both mark the consummation of the agency's decision-making process and be one by which "rights or obligations have been determined" or from which "legal consequences [may flow]." *Bennett v. Spear*, 520 U.S. 154, 177-78 (1997) (citation omitted).  Under the second prong, agency action typically has legal consequences where it has the status of law and immediate compliance with its terms is expected. *FTC v. Standard Oil Co.*, 449 U.S. 232, 239-40 (1980).

Even if Plaintiffs could establish that MHP and June 23 Additional Guidance reflected the consummation of OPM's decision-making process, it would be of no consequence since the MHP and June 23 Additional Guidance constitute intra-governmental directives to Executive Branch agencies.  While it may be the end of OPM's process, no "rights or obligations" could be determined until, at minimum, an agency includes the policy priorities question in a job posting.  And no "legal consequences" could flow until, at a minimum, an agency presents the question to Plaintiffs' members. *See Friends of Merrymeeting Bay v. U.S. Dep't of Com.*, 810 F. Supp. 2d 320, 327 (D. Me. 2011) (finding that an interagency consultation did not qualify as final agency action and that legal consequences did not flow until one of the agencies issued a subsequent final agency action).  Further, the MHP and June 23 Additional Guidance are not finally determinative as to whether the policy priorities question will appear on a particular job posting. As described in the "Merit Hiring Plan Frequently Asked Questions" above, agencies may exempt use of the questions in their discretion. *See supra* at 5-6.  Here, no legal consequences arise until an agency decides whether to include the policy priorities question in the job posting for a position.  Accordingly, because the MHP and June 23 Additional Guidance do not, individually or in concert, determine any rights or obligations, and no legal obligations flow from their existence in absence of other agency action, Plaintiffs cannot succeed under the APA and their request for a temporary restraining order should be denied.

25

A694

**II.    Plaintiffs cannot establish irreparable harm.**

Likewise, Plaintiffs cannot show that they face irreparable harm absent the requested preliminary injunction. Recall the nature of the alleged injuries attributable to the policy priorities question: alleged instances of compelled speech by unspecified members in completing federal job applications, alleged instances of unspecified members being chilled or deterred from applying for jobs or answering questions in their preferred way, and alleged instances of members being concerned about potential viewpoint discrimination. *See* Pl. Mot. at 10-12. None of these alleged injuries constitutes irreparable harm. As a threshold matter, the five-month-delay between issuance of the MHP and Plaintiffs' decision to seek a preliminary injunction dispels any suggestion of such harm. And even aside from that substantial delay, Plaintiffs' claims constitute employment disputes that rarely if ever allow for a showing of irreparable harm.

Establishing a realistic prospect of irreparable harm is a requirement for parties seeking preliminary injunctions in this Circuit. "In most cases . . . irreparable harm [constitutes] a *necessary threshold showing* for [an] award[] [of] preliminary injunctive relief." *Matos ex rel. Matos v. Clinton Sch. Dist.*, 367 F.3d 68, 73 (1st Cir. 2004) (emphasis added). The burden of establishing irreparable harm "rests squarely [with] the movant." *Charlesbank Equity Fund II*, 370 F.3d at 162.

A movant's demonstration of irreparable harm is subject to rebuttal by the non-moving party. Claims of irreparable harm can be rebutted by a showing that the movant unnecessarily delayed their motion for preliminary relief. "[A] party requesting a preliminary injunction must generally show reasonable diligence." *Benisek v. Lamone*, 585 U.S. 155, 159 (2018). Delay between the imposition of the harm of which a movant complains and the filing of a motion for a preliminary injunction undercuts the credibility of a movant's need for urgent relief. *See Charlesbank Equity Fund II*, 370 F.3d at 163; *see also Wreal, LLC v. Amazon.com, Inc.,* 840 F.3d 1244, 1248 (11th Cir. 2016) ("Indeed, the very idea of a preliminary injunction is premised on the need for speedy and urgent action to protect a

A695

plaintiff's rights before a case can be resolved on its merits. . .. For this reason, our sister circuits and district courts within this Circuit and elsewhere have found that a party's failure to act with speed or urgency in moving for a preliminary injunction necessarily undermines a finding of irreparable harm." (collecting cases) (internal citations omitted)).

Here, OPM issued the MHP on May 29, 2025. Plaintiffs did not file their complaint until November 6 (ECF No. 1) and then waited another two weeks, until November 19, to move for a preliminary injunction (ECF Nos. 39, 40). Delaying any legal challenge to the policy priorities question by more than five months does not suggest that the question's inclusion in the MHP caused irreparable harm to Plaintiffs. At a minimum, their argument of irreparable harm is undermined by the almost two-week delay between the filing of their complaint and the motion for preliminary injunction.

Beyond those delays in seeking preliminary relief, Plaintiffs' irreparable harm argument fails on the nature of their underlying claims, which represent a core federal employment dispute. To be sure, Plaintiffs do not rest their motion on an alleged loss of employment or potential employment by their members attributable to the policy priorities question, but on the bare assertion that the question's inclusion violates of their members' First Amendment rights and thus constitutes *per se* irreparable harm. But the right that Plaintiffs seek to vindicate is not their members' right to free speech but rather their right to apply and receive apolitical consideration for federal employment. Ultimately, Plaintiffs' alleged harm amounts to alleged loss of employment or opportunities for employment, not the right to speak freely (or not at all) about their political beliefs.

Furthermore, Plaintiffs are unable to establish that any agency used their members' response or failure to respond to the policy priorities question to engage in political discrimination or take any adverse action with respect to their candidacy for federal employment. Nor would they be able to at this stage, as agencies are prohibited from doing so by the merit system principles (5 U.S.C. §

27

A696

2301(b)(2)), the prohibited personnel practices provisions of the CSRA (*id.* § 2302(b)(3), (b)(10)), and OPM's own guidance (*i.e.*, the June 23 Additional Guidance).

"[I]t is well settled that the loss of employment is not considered irreparable for the purposes of an injunction." *See Mass. Corr. Officers Federated Union v. Baker*, 567 F. Supp. 3d 315, 327 (D. Mass. 2021) (holding that correctional officers' loss of employment for refusing the COVID-19 vaccine was not an irreparable harm); *see also Sampson v. Murray,* 415 U.S. 61, 92 n.68, 94 (1974) (holding that movants for preliminary injunction against the termination of employment must show a "genuinely extraordinary situation" warranting injunctive relief). Here, Plaintiffs do not even allege that their members have actually been passed over (or face the prospect of being passed over) for job opportunities as a result of the policy priorities question. Nor can they, as the loss of employment, and less so employment *opportunities*, is not an irreparable harm.

## III.    The balance of equities tips in Defendants' favor.

The balance of equities and public interest also weigh against Plaintiffs. These final two factors of the preliminary injunction analysis merge where relief is sought from the government. *Nken*, 556 U.S. at 435. "In each case, courts 'must balance the competing claims of injury and must consider the effect on each party of the granting or withholding of the requested relief." *Winter*, 555 U.S. at 24 (quoting *Amoco Prod. Co. v. Vill. of Gambell*, 480 U.S. 531, 542 (1987)).

The government's interest, and therefore the public interest, weighs heaving in favor of the government's discretion in administering its hiring and recruitment processes. It is "the well-established rule that the Government has traditionally been granted the widest latitude in the 'dispatch of its own internal affairs[.]'" *Sampson*, 415 U.S. at 83 (citing *Cafeteria & Rest. Workers Union, Loc. 473, AFL-CIO v. McElroy*, 367 U.S. 886, 896 (1961)). Plaintiffs must make "a showing of irreparable injury sufficient in kind and degree to override these factors cutting against the general availability of preliminary injunctions in Government personnel cases." *Id.* at 84. Here, Plaintiffs have not

A697

established a direct and irreparable injury to their mission or any of their interests as organizations representing individuals claiming First Amendment harms.  As such, the balance of equities favors the Defendants and the public's interest in the government's administration of its own personnel systems.

**IV.**     **Relief should be limited to the members of Plaintiff-Unions that have standing to challenge the policy priorities question.**

Finally, if the Court is inclined to grant Plaintiffs' motion, it should limit any injunction to the members that Plaintiffs have identified and that have standing to challenge the policy priorities question.  The Court cannot directly grant a universal injunction. *Trump v. CASA, Inc.,* 606 U.S. 831, 856 (2025) ("*CASA*").  Nor can it indirectly do so by extending relief to nonparties who are represented by a party, other than through class certification under Rule 23 or properly established associational standing. Plaintiffs have not sought or obtained class certification, and they have submitted affidavits from pseudonymous members for standing purposes. *Smith v. Bayer Corp.*, 564 U.S. 299, 315 (2011) ("[A] properly conducted class action . . . can come about in federal courts in just one way—through the procedure set out in Rule 23."); *Summers v. Earth Island Inst.*, 555 U.S. 488, 497-500 (2009) ("[T]he Court has required plaintiffs claiming [an] organizational standing to identify members who have suffered the requisite harm."). Plaintiffs cannot end-run all three of those limits— *CASA*, Rule 23, and associational standing requirements—by obtaining an injunction barring the government from employing the policy priorities question in the job applications of members whose membership is unknown to the government.

Limiting a remedy to the members Plaintiffs have identified for standing purposes appropriately leaves the breadth of the remedy Plaintiffs can receive in its own hands.  Therefore, should this Court grant Plaintiffs' motion, Plaintiffs should be required to identify those members to which this Court's relief should apply. Nothing prevents Plaintiffs from naming as many of its members as it wishes so that each member can benefit from any relief the Court orders.  Likewise, nothing prevents Plaintiffs' members from seeking to litigate this case as a class action.  What courts

29

A698

cannot do is enjoin the entire government from including the policy priorities question in any job announcements under which any of Plaintiffs' members might potentially apply when the government does not know who those members are, because Plaintiff has not identified them. The Court should make clear that Defendants are enjoined from employing the question only as to members that Plaintiffs choose to identify to the government for purposes of standing.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion for a preliminary injunction should be denied.

Dated:  December 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

/s/ *Ryan M. Underwood*
RYAN M. UNDERWOOD
Trial Attorney (D.C. Bar No. 1656505)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-1952
E-mail: ryan.m.underwood2@usdoj.gov

*Counsel for Defendants*

A699

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I caused the foregoing to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to any individuals and entities who have entered appearances in this case to date, pursuant to the Court's ECF system.

<div style="margin-left: 40%;">

/s/ RYAN M. UNDERWOOD
Ryan Underwood
Trial Attorney (D.C. Bar No. 1656505)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-1952
E-mail: ryan.m.underwood2@usdoj.gov

</div>

31

A700

No.

# In the United States Court of Appeals
# For the First Circuit

---

*IN RE AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AND NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.,*

*Petitioners.*

---

*Petition for Writ of Mandamus to the United States District Court, District of Massachusetts*
*(No. 1:25-cv-13305-GAO)*

---

## APPENDIX TO PETITION FOR WRIT OF MANDAMUS – PART 3

---

KEKER, VAN NEST & PETERS LLP
WARREN A. BRAUNIG
SARA FITZPATRICK
CHARLOTTE J. KAMAI
SANA A. SINGH
633 Battery Street
San Francisco, California 94111
Telephone: 415 391 5400
Facsimile: 415 397 7188

DEMOCRACY FORWARD FOUNDATION
ELENA GOLDSTEIN
WEBB LYONS**
TSUKI HOSHIJIMA
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Facsimile: (202) 796-4426
***OF COUNSEL*

Counsel for Petitioners
*[Additional Counsel on following page]*

PROTECT DEMOCRACY
PROJECT
ORI LEV
2020 Pennsylvania Avenue
NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582

*Counsel for Petitioners*


AMERICAN FEDERATION OF
STATE, COUNTY AND
MUNICIPAL EMPLOYEES,
AFL-CIO
MATTHEW S. BLUMIN
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900

*Counsel for Petitioner American
Federation State, County, and
Municipal Employees, AFL-CIO
(AFSCME)*

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,
AFL-CIO
RUSHAB B. SANGHVI
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426

*Counsel for Petitioner
American Federation of
Government Employees,
AFL-CIO (AFGE)*

# TABLE OF CONTENTS

District Court Docket Report .......................................................... A001

Complaint (Dkt. 1).......................................................................... A015

Motion for Preliminary Injunction and for Stay Under 5
    U.S.C. § 705 (Dkt. 39)............................................................ A201

Memorandum in support of Motion for Preliminary
    Injunction and Stay Under 5 U.S.C. § 705 (Dkt. 40)............... A207

Affidavit of Cara Meyer in support of Motion (Dkt. 43).................... A253

Affidavit of Everett Kelly in support of Motion Dkt. 44)................... A630

Affidavit of Lee Sutton in support of Motion (Dkt. 45) .................... A635

Decl. of Fernando Colon in support of Motion (Dkt. 46) ................... A640

Decl. of Federal Worker 1 in support of Motion (Dkt. 47)................. A646

Decl. of Federal Worker 2 in support of Motion (Dkt. 48)................. A651

Decl. of Federal Worker 3 in support of Motion (Dkt. 49)................. A655

Decl. of Federal Worker 4 in support of Motion (Dkt. 50)................. A660

Response to Motion for Preliminary Injunction and Stay
    Under 5 U.S.C. § 705 (Dkt. 57) .............................................. A664

Reply to Response to Motion for Preliminary Injunction and
    Stay Under 5 U.S.C. § 705 (Dkt. 60)....................................... A701

Plaintiffs' Request for Status Conference and Hearing (Dkt.
    61) ............................................................................................ A725

Electronic Notice Setting Hearing (Dkt. 63)..................................... A730

Hearing Transcript (Dkt. 71) ........................................................... A731

Plaintiffs' Notice of Supplemental Facts (Dkt. 74)............................ A777

Declaration of Ori Lev (Dkt. 75) ...................................................... A782

Response of Defendants (Dkt. 77)..................................................... A802

Declaration of Noah Peters (Dkt. 78)............................................... A810

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., | Case No. 1:25-cv-13305-GAO |
| | Leave to file granted on January 6, 2026 |
| Plaintiffs, | [Dkt No. 59] |
| v. | |
| SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, | |
| Defendants. | |

**REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION**

3894499

A701

**TABLE OF CONTENTS**

**Page**

I.      PLAINTIFFS ARE LIKELY TO SUCCEED ON THE MERITS. ......................................2

        A.      Plaintiffs Have Standing to Bring this Action..............................................................2

        B.      This Court Has Jurisdiction over Plaintiffs' Constitutional and APA
                Claims. .........................................................................................................................6

        C.      The MHP Is Final Agency Action. ..........................................................................10

II.     PLAINTIFFS FACE IRREPARABLE HARM ABSENT RELIEF. ..................................12

III.    THE BALANCE OF EQUITIES AND THE PUBLIC INTEREST FAVOR
        RELIEF. .................................................................................................................................13

IV.     A SECTION 705 STAY AND PRELIMINARY INJUNCTION ARE REQUIRED. ........13

CERTIFICATE OF SERVICE ....................................................................................................18

i

3894499

A702

**TABLE OF AUTHORITIES**

**Page(s)**

**Cases**

*303 Creative LLC v. Elenis*,
    600 U.S. 570 (2023)............................................................................................................4

*AFGE v. Ezell*,
    No. 25-cv-10276-GAO (Feb. 12, 2025)..........................................................................9, 10

*AFGE v. Trump*,
    139 F.4th 1020 (9th Cir. 2025) .............................................................................................7

*AFGE v. Trump*,
    784 F. Supp. 3d 1316 (N.D. Cal. May 22, 2025), *aff'd*, 2025 WL 1541714 (9th
    2025) .....................................................................................................................................7

*AFGE v. Trump*,
    929 F.3d 748 (D.C. Cir. 2019) .............................................................................................9

*AFGE v. U.S. Off. of Pers. Mgmt.*,
    770 F. Supp. 3d 1215 (N.D. Cal. 2025), *appeal dismissed*, 2025 WL 2976744
    (9th Cir. Sept. 29, 2025).......................................................................................................6

*AFGE v. U.S. Off. of Pers. Mgmt.*,
    771 F. Supp. 3d 1127 (N.D. Cal. 2025) ...............................................................................7

*AFGE v. U.S. Off. of Pers. Mgmt.*,
    781 F. Supp. 3d 920 (N.D. Cal. 2025) .......................................................................6, 7, 17

*Am. Ass'n of Univ. Profs. v. Rubio*,
    780 F. Supp. 3d 350 (D. Mass. 2025) ...............................................................................4, 5

*Am. Public Health Ass'n v. Nat'l Instits. of Health*,
    791 F. Supp. 3d 119 (D. Mass. 2025) .................................................................................11

*Ass'n of Am. Univs. v. Dep't of Def.*,
    792 F. Supp. 3d 143 (D. Mass. 2025) .................................................................................14

*Axon Enter., Inc. v. Fed. Trade Comm'n*,
    598 U.S. 175 (2023)..........................................................................................................9, 10

*Bldg. & Constr. Trades Council of Buffalo, N.Y. & Vicinity v. Downtown Dev.,
    Inc.*,
    448 F.3d 138 (2d Cir. 2006)..................................................................................................4

A703

*Charlesbank Equity Fund II v. Blinds To Go, Inc.*,
  370 F.3d 151 (1st Cir. 2004)................................................................................12

*Chicago Women in Trades v. Trump*,
  2025 WL 3034056 (N.D. Ill. Oct. 30, 2025)..............................................................14

*City of Chicago v. U.S. Dep't of Homeland Sec.*,
  2025 WL 3171302 (N.D. Ill. Nov. 13, 2025) .............................................................14

*City of Columbus v. Kennedy*,
  __ F. Supp. 3d __, 2025 WL 2426382 (D. Md. Aug. 22, 2025)...............................14

*City of Lakewood v. Plain Dealer Publishing Co.*,
  486 U.S. 750 (1988)..............................................................................................5, 6

*Doctors for America v. OPM*,
  793 F. Supp. 3d 112 (D.D.C. 2025) ........................................................................11

*Doe v. Trump*,
  157 F.4th 36 (1st Cir. 2025).............................................................................14, 15

*Elev8 Baltimore, Inc. v. Corp. for Nat'l & Cmty. Serv.*,
  2025 WL 1865971 (D. Md. July 7, 2025)..................................................................7

*Filebark v. U.S. Dep't of Transp.*,
  555 F.3d 1009 (D.C. Cir. 2009) ...............................................................................8

*In re Fin. Oversight & Mgmt. Bd. for P.R.*,
  110 F.4th 295 (1st Cir. 2024).................................................................................2

*Fornaro v. James*,
  416 F.3d 63 (D.C. Cir. 2005)...................................................................................8

*Hawkins v. Boone*,
  786 F. Supp. 2d 328 (D.D.C. 2011) .........................................................................4

*Los Angeles Press Club v. Noem*,
  2025 WL 2658327 (C.D. Cal. Sept. 10, 2025) ..........................................................4

*Make the Road N.Y. v. Noem*,
  2025 U.S. App. LEXIS 31160 (D.C. Cir. Nov. 22, 2025).........................................14

*N.H. Indonesian Cmty. Support v. Trump*,
  157 F.4th 29 (1st Cir. 2025)..................................................................................15

*NAACP v. Alabama ex rel. Patterson*,
  357 U.S. 449 (1958)..............................................................................................15

iii

*Nat'l Educ. Ass'n-N.H. v. NH Att'y Gen.*,
    2025 WL 2807652 (D.N.H. Oct. 2, 2025) ........................................................................4

*New York v. Kennedy*,
    155 F.4th 67 (1st Cir. 2025) ...........................................................................................7

*New York v. Trump*,
    769 F. Supp. 3d 119 (D.R.I. 2025) ...............................................................................11

*Off. of Pers. Mgmt. v. AFGE*,
    145 S. Ct. 1914 (2025) ...................................................................................................6

*Pharm. Care Mgmt. Ass'n v. Rowe*,
    429 F.3d 294 (1st Cir. 2005) ...........................................................................................3

*Roman Cath. Diocese of Brooklyn v. Cuomo*,
    592 U.S. 14 (2020) .......................................................................................................12

*Sindicato Puertorriqueño de Trabajadores v. Fortuño*,
    699 F.3d 1 (1st Cir. 2012) .............................................................................................12

*Somerville Pub. Sch. v. McMahon*,
    139 F.4th 63 (1st Cir. 2025) *administratively stayed sub. nom., McMahon v.*
    *New York*, 125 S. Ct. 2643 (2025) .................................................................................7

*Summers v. Earth Island Inst.*,
    555 U.S. 488 (2009) .....................................................................................................15

*Susan B. Anthony List v. Driehaus*,
    573 U.S. 149 (2014) .......................................................................................................5

*Trump v. CASA, Inc.*,
    606 U.S. 831 (2025) ................................................................................................13, 14

*Turner v. U.S. Agency for Glob. Media*,
    502 F. Supp. 3d 333 (D.D.C. 2020) ...............................................................................8

*U.S. Army Corps of Eng'rs v. Hawkes Co.*,
    578 U.S. 590 (2016) .....................................................................................................10

*U.S. DOJ Fed. Bureau of Prisons Fed. Med. Ctr.*,
    70 F.L.R.A. 890 (Sept. 28, 2018) ...................................................................................9

*United Food & Com. Workers Union Loc. 751 v. Brown Grp., Inc.*,
    517 U.S. 544 (1996) .......................................................................................................3

*United States v. Nat'l Treasury Emps. Union*,
    513 U.S. 454 (1995) .......................................................................................................8

iv

*Weaver v. U.S. Info. Agency*,
    87 F.3d 1429 (D.C. Cir. 1996) ...................................................................................8

*West Virginia v. Barnette*,
    319 U.S. 624 (1943) (Murphy, J., concurring) ...........................................................4

*Wreal, LLC v. Amazon.com, Inc.*,
    840 F.3d 1244 (11th Cir. 2016) ...............................................................................12

**Statutes**

5 U.S.C. § 2302 ...................................................................................................................8

5 U.S.C. § 7103 ................................................................................................................8, 9

Administrative Procedure Act................................................................................ *passim*

Civil Service Reform Act.............................................................................................7, 8, 10

**Other Authorities**

13A Fed. Prac. & Proc. Juris. § 3531.9.5, Org. Standing (3d ed.)....................................4

v

A706

**INTRODUCTION**

Defendants' 30-page Opposition (Dkt. No. 57, "Opp.") does not even attempt to defend the constitutionality of requiring applicants for federal jobs to explain how one of the President's Executive Orders is personally significant to them. As detailed in declarations from Plaintiffs' members, that question, the Loyalty Question, has both compelled protected speech and chilled others from speaking entirely. The Loyalty Question violates the First Amendment—a point the Defendants never address, much less refute. Likewise, the Opposition does not address Plaintiffs' argument that the Merit Hiring Plan ("MHP") that initiated the Loyalty Question is arbitrary and capricious, in violation of the Administrative Procedure Act ("APA"). Defendants effectively concede the merits of this motion. Instead, Defendants argue that this court cannot remedy these obvious First Amendment and APA violations because Plaintiffs lack standing and this court lacks jurisdiction over the claims. That is flat wrong. Defendants assert (falsely) that Plaintiffs are challenging individual employment actions associated with specific agency job postings. In fact, Plaintiffs challenge a government-wide policy—directed by OPM—that violates their members' First Amendment rights. Plaintiffs have associational standing to assert these claims on their members' behalf, and this court has jurisdiction over the constitutional and APA claims Plaintiffs actually brought, as multiple courts have recently confirmed.

Defendants' remaining arguments—that OPM's directive is not final agency action, that Plaintiffs' First Amendment injuries do not create irreparable harm, and that relief should be limited to those of Plaintiffs' members that Plaintiffs identify to the government—similarly fail. As to final agency action, the MHP indisputably dictates that the Loyalty Question appear on federal job postings—and it is this government-wide policy, not any individual agency job posting, that Plaintiffs are challenging. As to irreparable harm, Defendants ignore binding

<div align="center">1</div>

A707

Supreme Court precedent that the loss of First Amendment freedoms constitutes irreparable harm. Finally, on the question of appropriate relief, the primary relief sought by Plaintiffs—a stay of the MHP pursuant to the APA, 5 U.S.C. § 705—is relief the Court expressly may issue post-*CASA*. And the need for a remedy that affords Plaintiffs "complete relief" warrants an injunction against the Loyalty Question entirely. Defendants, remarkably, argue that Plaintiffs can obtain relief only by publicly identifying their union members—but this approach would itself impinge on Plaintiffs' members' First Amendment rights and inflict on Plaintiffs the same harm that this litigation seeks to remedy. The Court should issue a Section 705 stay and a preliminary injunction vacating the Loyalty Question.

<div align="center">

**ARGUMENT**

</div>

**I.      PLAINTIFFS ARE LIKELY TO SUCCEED ON THE MERITS.**

      **A.      Plaintiffs Have Standing to Bring this Action.**

Plaintiffs have clearly established, under First Circuit law, that they have standing to assert claims on behalf of their members. Associational standing "allows an organization . . . to sue on behalf of its members when (a) its members would otherwise have standing to sue in their own right; (b) the interests it seeks to protect are germane to the organization's purpose; and (c) neither the claim asserted nor the relief requested requires the participation of individual members in the lawsuit." *In re Fin. Oversight & Mgmt. Bd. for P.R.*, 110 F.4th 295, 308 (1st Cir. 2024).[1] A member otherwise has standing to sue where she has suffered an Article III injury in

---

[1] Defendants misleadingly conflate organizational and associational standing, citing the rule for **organizational** standing to argue that Plaintiffs lack **associational** standing. *See, e.g.* Opp. at 13 (citing *Food & Drug Admin. v. All. for Hippocratic Med.*, 602 U.S. 367, 394 (2024)). Plaintiffs do not assert organizational standing here. But they plainly satisfy the standard for associational standing.

<div align="center">2</div>

<div align="right">A708</div>

fact that is traceable to the defendant's conduct. *See United Food & Com. Workers Union Loc. 751 v. Brown Grp., Inc.*, 517 U.S. 544, 551, 555 (1996) (holding that labor union had associational standing to bring claims on behalf of its members).

Plaintiffs' uncontroverted declarations extensively detail the effects of the Loyalty Question on Plaintiffs' members, including how some were chilled from applying at all or from sharing their full beliefs in response to the question, and how others felt coerced into answering and providing a response that would accord with the Trump Administration's views. Mot. at 9–12; Dkt. No. 47 ¶¶ 11–12; Dkt. No. 48 ¶¶ 7–10; Dkt. No. 49 ¶¶ 8–11; Dkt. No. 50 ¶¶ 9–10; Dkt. No. 44 ¶¶ 16–18; Dkt. No. 45 ¶¶ 15–16; Dkt. No. 46 ¶¶ 15–16. The record also shows these Article III First Amendment injuries are caused by the Loyalty Question, a fact that is not rebutted. Plaintiffs' members would have standing to bring their claims, and therefore Plaintiffs have associational standing to do so. *See United Food & Com.*, 517 U.S. at 555.[2]

Plaintiffs also easily satisfy the germaneness prong. The interests furthered by this lawsuit—protecting members' First Amendment rights and upholding a merit-based civil service—are not only germane to Plaintiffs' missions, but also one of their most important values. *See* Colón Decl. (Dkt. No. 46) ¶ 3 ("AFSCME was founded by civil servants . . . united by a simple idea: that a professional civil service is essential to a strong democracy, and public service should be delivered by individuals dedicated to serving their communities, not those with connections to particular politicians."); Kelley Decl. (Dkt. No. 44) ¶¶ 7–9; Sutton Decl. (Dkt. No. 45) ¶¶ 7–9. The germaneness prong is "undemanding" and requires "only that an organization's litigation goals be pertinent to its special expertise and the grounds that bring its

---

[2] Defendants do not challenge the third element, which at any rate Plaintiffs established: their claims and the requested non-individualized equitable relief do not require members to participate. *See Pharm. Care Mgmt. Ass'n v. Rowe*, 429 F.3d 294, 314 (1st Cir. 2005).

3

A709

3894499

membership together." *Bldg. & Constr. Trades Council of Buffalo, N.Y. & Vicinity v. Downtown Dev., Inc.*, 448 F.3d 138, 148 (2d Cir. 2006) (citation omitted). Courts consistently "recognize a wide range of purposes as germane to a labor union's interest in protecting members' interests." 13A Fed. Prac. & Proc. Juris. § 3531.9.5, Org. Standing (3d ed.) (collecting cases). And courts regularly find that protecting members' First Amendment rights is germane to a union's mission. *See, e.g.*, *Nat'l Educ. Ass'n-N.H. v. NH Att'y Gen.*, 2025 WL 2807652, at *9 (D.N.H. Oct. 2, 2025); *Los Angeles Press Club v. Noem*, 2025 WL 2658327, at *15 (C.D. Cal. Sept. 10, 2025); *Hawkins v. Boone*, 786 F. Supp. 2d 328, 336 (D.D.C. 2011); *cf. Am. Ass'n of Univ. Profs. v. Rubio*, 780 F. Supp. 3d 350, 376–79 (D. Mass. 2025) (finding associational standing for union based on members' First Amendment injuries without analyzing germaneness). Here, Plaintiffs protect and advocate for the rights of federal and non-federal workers, including in employment, Dkt. No. 44 ¶ 7; Dkt. No. 45 ¶ 7; Dkt. No 46 ¶ 6—exactly the interests protected by this lawsuit. The germaneness prong is met. *See Nat'l Educ. Ass'n-N.H.*, 2025 WL 2807652, at *9.

Defendants' arguments to the contrary are baseless and misleading. ***First***, Defendants assert, with no supporting case law, that Plaintiffs cannot establish First Amendment injury unless members show their responses to the Loyalty Question were ***used*** by the hiring agencies to punish them. Opp. at 10–12. That is not the law. In compelled speech cases, the First Amendment injury occurs as soon as a speaker is required or effectively compelled to speak when they prefer not to, or to speak on a topic they do not wish to address. *See 303 Creative LLC v. Elenis*, 600 U.S. 570, 586 (2023); *West Virginia v. Barnette*, 319 U.S. 624, 645–46 (1943) (Murphy, J., concurring). Indeed, Defendants simply ignore Plaintiffs' evidence that the Loyalty Question has ***already injured*** their members. *See, e.g.*, Dkt. No. 47 ¶¶ 11–12; Dkt. No. 50 ¶¶ 9–10. Likewise, for chilled speech, government action is not a requirement for pre-enforcement

4

A710

review of a challenged government policy. *See, e.g.*, *Am. Ass'n of Univ. Profs.*, 780 F. Supp. 3d at 376–78 (finding associational standing for organization where reasonable members "would self-censor in response to the challenged policy based on a credible threat of enforcement, which amounts to an objective chill"); *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 158–59 (2014); *see also* Dkt. No. 48 ¶¶ 7–10; Dkt. No. 49 ¶¶ 8–9.

The MHP's grant of black-box discretion to politically-appointed agency leaders to review and use answers to the Loyalty Question likewise injures Plaintiffs' members, including those who have not applied for positions. In *City of Lakewood v. Plain Dealer Publishing Co.*, 486 U.S. 750, 757–59 (1988), the U.S. Supreme Court confronted a policy that, like here, gave government officials "unbridled discretion" to decide who would benefit from a government award (in that case, the grant of newsstand permits). The Supreme Court found a First Amendment violation even though the plaintiff ***did not apply*** for a permit, because of the risk of self-censorship. *Id.* at 754–59. The same is true here: the Loyalty Question grants hiring officials unbridled authority to use the answers however they wish, causing harm to members who reasonably self-censor by not applying or not stating their full beliefs in response to the question. *See* Dkt. No. 47 11–12; Dkt. No. 48 ¶¶ 7–10; Dkt. No. 49 ¶¶ 5–10; Dkt. No. 50 ¶¶ 9–10. This is enough to establish injury. *See, e.g.*, *City of Lakewood*, 486 U.S. at 754–59.

***Second***, Defendants argue that requiring candidates to describe their favorite of President Trump's Executive Orders or policies is not problematic, because OPM simultaneously informs agencies not to use the answers to discriminate or violate the law. Opp. at 11–12, 14. But an after-the-fact admonition does not immunize requiring applicants to detail their political views in the absence of a compelling government interest. Defendants' position could justify forcing federal job applicants (or Medicare beneficiaries, or veterans seeking insurance, or families

3894499

A711

applying for food benefits) to speak on any number of protected First Amendment issues—who they voted for in the last presidential election, their religious faith, whether they identify as pro-life or pro-choice—so long as the government instructs the officials reviewing the answers not to use them to discriminate. But the First Amendment is not so limited; it protects the right to speak or be silent, and the right to be free from government-imposed self-censorship. Citizens suffer harm when they are forced to speak, regardless of what the government claims it will or will not do with that speech. *See, e.g.*, *City of Lakewood*, 486 U.S. at 757–59 (noting the problem with giving government officials unbridled discretion is that content-based censorship is that much more challenging to "detect[], review[], and correct[]").

*Finally,* Defendants rely on a Supreme Court order that administratively stayed a preliminary injunction to argue that there is no standing here. Opp. at 11. But that order contained no legal analysis whatsoever, let alone any findings about standing relevant to this case. *See Off. of Pers. Mgmt. v. AFGE*, 145 S. Ct. 1914 (2025). Moreover, the underlying district court order that was stayed concerned *organizational* standing of *nonprofit groups*—not labor unions—neither of which are at issue here. *Supra* n.1; *AFGE v. U.S. Off. of Pers. Mgmt.*, 770 F. Supp. 3d 1215, 1226–27 (N.D. Cal. 2025), *appeal dismissed*, 2025 WL 2976744 (9th Cir. Sept. 29, 2025). Notably, ten days after the administrative stay was issued, the district court *found associational standing* for the union plaintiffs (AFSCME and AFGE, also plaintiffs here), in a separate order that Defendants misleadingly failed to cite to this court. *See AFGE v. U.S. Off. of Pers. Mgmt.*, 781 F. Supp. 3d 920, 935–36 (N.D. Cal. 2025). Plaintiffs have established standing to bring claims on behalf of their members.

B.    **This Court Has Jurisdiction over Plaintiffs' Constitutional and APA Claims.**

Defendants also urge this court to deny relief on jurisdiction/channeling grounds.  But Defendants' arguments rely on a mischaracterization of both the substance of Plaintiffs'

6

3894499

A712

challenge and the applicable law. Plaintiffs are not challenging any individual personnel action and are not alleging a prohibited personnel practice, a grievance, or any other claim that falls within the scope of the Civil Service Reform Act ("CSRA") or the Federal Service Labor-Management Relations Statute. They are instead asserting constitutional and APA claims challenging OPM's government-wide policy of requiring agencies to impose the Loyalty Question. As Plaintiffs made clear in their Motion, these are the types of claims over which multiple courts in the last year—including the First Circuit—have held that district courts have jurisdiction. *See, e.g.*, *Somerville Pub. Sch. v. McMahon*, 139 F.4th 63, 72 (1st Cir. 2025) *administratively stayed sub. nom.*, *McMahon v. New York*, 125 S. Ct. 2643 (2025); *AFGE v. U.S. Off. of Pers. Mgmt.*, 771 F. Supp. 3d 1127 (N.D. Cal. 2025) (same); *AFGE v. Trump*, 784 F. Supp. 3d 1316 (N.D. Cal. May 22, 2025), *aff'd*, 2025 WL 1541714 (9th 2025); *Elev8 Baltimore, Inc. v. Corp. for Nat'l & Cmty. Serv.*, 2025 WL 1865971 (D. Md. July 7, 2025).

The Opposition does not address any of these decisions except one: *AFGE v. Trump*, 139 F.4th 1020 (9th Cir. 2025). There, the Ninth Circuit held that the district court **had jurisdiction** when two of the same plaintiffs here brought constitutional and APA challenges against another government-wide policy. Defendants argue that Plaintiffs' reliance on that case is "misplaced," Opp. at 19, but never explain why, and never attempt to distinguish this case from that one. Defendants accuse Plaintiffs of misreading the Supreme Court's stay of that injunction on substantive grounds to mean that the Supreme Court "likely decided" the district court had jurisdiction. *Id*. But Plaintiffs are not the ones who suggested that the Supreme Court's *AFGE* decision supports jurisdiction; the First Circuit is: "[I]n issuing its interim order in *AFGE*, the Supreme Court likely decided that the CSRA did ***not*** funnel the dispute at issue." *New York v. Kennedy*, 155 F.4th 67, 75 (1st Cir. 2025). The Ninth Circuit, the First Circuit, and the Supreme

7

A713

Court are all in accord: federal employee unions may challenge government-wide policies like the MHP in district court.

The Opposition next argues that Plaintiffs are actually alleging either a "prohibited personnel practice" under Chapter 23 of the CSRA or a "grievance" under Chapter 71, Opp. at 17–18, 23, 24 n.3; and that, because Plaintiffs are federal employee unions, these supposed "prohibited personnel practices" or "grievances" are channeled to the Federal Labor Relations Authority ("FLRA"). That is wrong for multiple reasons. *First*, Plaintiffs are not alleging a prohibited personnel practice. A "prohibited personnel practice" must relate to some "personnel action," which may include an "appointment." 5 U.S.C. § 2302(a)(2)(A)(i). But Plaintiffs are not challenging an "appointment" or any other Chapter 23 "personnel action." Indeed, some of Plaintiffs' members whose speech is chilled have not even applied for federal jobs, much less experienced a federal personnel action. *See, e.g.*, Dkt. No. 48 ¶ 10. Plaintiffs instead are challenging a government-wide policy that infects virtually every civil service job posting with a First Amendment violation long before there could be any personnel action. Without a requisite personnel action, there is no basis to discern that Congress intended for Plaintiffs' claims to be channeled to the FLRA. *See, e.g, Turner v. U.S. Agency for Glob. Media*, 502 F. Supp. 3d 333, 369 (D.D.C. 2020); *Weaver v. U.S. Info. Agency*, 87 F.3d 1429, 1434 (D.C. Cir. 1996); *United States v. Nat'l Treasury Emps. Union*, 513 U.S. 454 (1995).[3]

*Second*, Plaintiffs have not brought a "grievance" under 5 U.S.C. § 7103(a)(9)(B), as

---

[3] Defendants also cite *Filebark v. U.S. Dep't of Transp.*, 555 F.3d 1009 (D.C. Cir. 2009) and *Fornaro v. James*, 416 F.3d 63 (D.C. Cir. 2005), for the proposition that if the CSRA itself does not provide relief for an employment action, a plaintiff cannot then challenge that action outside the CSRA. Opp. at 20. But Plaintiffs are not challenging an employment action, and they must have some avenue for vindicating their constitutional claims.

8

A714

Defendants allege. Grievances "concern[] any matter relating to the employment of an employee," *id.*, namely individuals "employed by an agency" or "whose employment has ceased because of any unfair labor practice," *id.* § 7103(a)(2). Here, however, some of Plaintiffs' impacted members are only ***potential*** applicants for federal employment. And many of Plaintiffs' aggrieved members are not even current federal employees. Dkt. No. 47 ¶ 5. Nor do Plaintiffs' claims concern their members' employment. *See also U.S. DOJ Fed. Bureau of Prisons Fed. Med. Ctr.*, 70 F.L.R.A. 890, 892 (Sept. 28, 2018) (decision that a medical intern was not qualified to advance after his internship concluded was not a § 7103(a)(9)(B) grievance in part because it concerned actions that "would occur *after* the internship concluded"). Each of these points distinguishes this case from this court's opinion in *AFGE v. Ezell*, No. 25-cv-10276-GAO (Feb. 12, 2025), Dkt. No. 66 (slip op.), which related to the employment of only current federal employees. And they distinguish this case from *AFGE v. Trump*, 929 F.3d 748 (D.C. Cir. 2019), which related to "three executive orders regarding relations between the federal government *and its employees*." *Id.* at 752. (emphasis added). Plaintiffs are not aware of a single case, and Defendants certainly cite none, in which a court has held that claims on behalf of applicants or potential applicants for employment, some of whom are not federal employees, are grievances that must be heard by the FLRA.

***Third***, channeling these First Amendment claims to the FLRA would deprive Plaintiffs of meaningful judicial review. Defendants argue that even though the FLRA may not be able to entertain Plaintiffs' First Amendment claims, an appellate court eventually can, and therefore there are no issues with sending Plaintiffs' claims to the FLRA. Opp. at 22–23. But this argument runs counter to the Supreme Court's teaching in *Axon Enter., Inc. v. Fed. Trade Comm'n*, 598 U.S. 175 (2023). Plaintiffs allege a First Amendment "here-and-now-injury," one that inflicts

9

A715

irreparable harm on a daily basis and "is impossible to remedy once the [FLRA] proceeding is over." *Id.* at 191. As the Supreme Court made clear in *Axon*, channeling such claims would mean that judicial review comes "too late to be meaningful." *Id.* This too distinguishes this case from this court's opinion in *Ezell*, where Plaintiffs did not assert an irreparable First Amendment injury. Plaintiffs' claims here are clearly ones over which this court has jurisdiction.[4]

### C.    The MHP Is Final Agency Action.

As with the First Amendment claims, Defendants do not contest on the merits Plaintiffs' APA claims that the MHP is both arbitrary and capricious and also contrary to constitutional right. Instead, Defendants argue that the MHP is not "final agency action." But that is incorrect.

To begin, it is undisputed—Defendants literally do not dispute—that the MHP and MHP Guidance represent the consummation of *OPM's* decision-making on this issue, that the MHP directs federal agencies to implement the Loyalty Question, and that the inclusion of such a question compels and chills protected speech. The crux of Defendants' argument then is that, because other executive agencies must implement OPM's directive to include the Loyalty Question, the MHP and MHP Guidance are not "final," *i.e.*, they do not themselves determine the "rights or obligations" of or result in legal consequences to Plaintiffs. Opp. at 25.

That argument has been widely rejected. Courts take a "pragmatic" approach to finality. *U.S. Army Corps of Eng'rs v. Hawkes Co.*, 578 U.S. 590, 599 (2016). Directives by OPM instructing other agencies how to implement presidential executive orders are final. For example,

---

[4] Defendants also misrepresent Plaintiffs' argument that the CSRA review scheme is no longer functioning as Congress intended. Defendants argue that the FLRA "can currently exercise all of its authorities as vacancies to (*sic*) not impair its operations," Opp. at 20–21, but Plaintiffs' argument is not about the generic functionality of the CSRA adjudicatory bodies; it is that Congress designed these bodies to be independent, and they now indisputably are not, undermining Congress' intent. Dkt. No. 40 at 32.

A716

in *Doctors for America v. OPM*, Plaintiffs challenged an OPM directive to agencies that they remove materials from government websites that contravened a presidential executive order on gender ideology. In rejecting the government's claim that the OPM directive was not "final agency action," the district court explained that the directive was an exercise of agency power because it purported to implement an executive order and "prescrib[ed] a policy by providing agencies with new tasks and a new timeline on which to complete them." 793 F. Supp. 3d 112, 138 (D.D.C. 2025). Similarly in *New York v. Trump*, a court found that directives by OMB were agency action because they commanded "that Agency Defendants shall execute a categorical, indefinite funding freeze to align funding decisions with the President's priorities," that the agencies acted in short order to execute. 769 F. Supp. 3d 119, 136 (D.R.I. 2025); *see also Am. Public Health Ass'n v. Nat'l Instits. of Health*, 791 F. Supp. 3d 119, 176 (D. Mass. 2025) (holding that agency directives to terminate grants, in furtherance of presidential order to eradicate "diversity, equity, and inclusion," were final agency action).

The same is true here. The MHP and MHP Guidance direct that the Loyalty Question be included in applications, except in limited circumstances, and require that political appointees review those answers. Dkt. No. 1-4 at 2, 7–8. Subsequent guidance has further emphasized the mandatory inclusion of the Loyalty Question and the need for its consideration. Mot. at 7–8. In practice, the Loyalty Question has been included in more than 8,500 job postings (as of the date of this filing) as agencies follow the directives of the MHP and MHP Guidance. *Id.* at 22.

The MHP certainly has legal consequences that flow from it; as a direct result of OPM's directive, applicants are presented with the Loyalty Question and are compelled to speak on protected political issues or chilled from speaking altogether. The MHP is final agency action.

11

A717

## II.    PLAINTIFFS FACE IRREPARABLE HARM ABSENT RELIEF.

Defendants' effort to avoid a Section 705 stay and a preliminary injunction, based on a supposed absence of irreparable harm, is contrary to Supreme Court precedent and common sense. "The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020) (quoting *Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality)); *see also Sindicato Puertorriqueño de Trabajadores v. Fortuño*, 699 F.3d 1, 15 (1st Cir. 2012) (where there is concrete, ongoing constitutional injury, "[t]here is no need for an extensive analysis of [the irreparable harm] element of the preliminary injunction inquiry").

Defendants assert there is no irreparable harm because, supposedly, Plaintiffs unreasonably delayed in bringing this motion; and because, supposedly, Plaintiffs are challenging individual employment actions, which cannot serve as the basis for irreparable harm. Opp. at 26–28. Neither is true. Plaintiffs filed their complaint and motion for preliminary relief with speed and diligence. OPM issued the MHP on May 29, 2025, but the government did not start implementing its requirements until several months later. In June, July, and August, fewer than 10 percent of federal job postings included the Loyalty Question. *See* Dkt. No. 1-3, "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/. As the Loyalty Question began appearing on a larger number of job postings this fall, Plaintiffs' members encountered it and began experiencing First Amendment harms. At that point, Plaintiffs moved expeditiously and diligently to protect their members' rights.

The two cases cited by Defendants, Opp. at 26, are inapposite. In *Charlesbank Equity Fund II v. Blinds To Go, Inc.*, 370 F.3d 151, 163 (1st Cir. 2004), plaintiffs "waited ***more than a year*** after the commencement of the action to seek an injunction" (emphasis added). In *Wreal, LLC v. Amazon.com, Inc.*, 840 F.3d 1244, 1247 (11th Cir. 2016), plaintiff waited "over five

12

A718

months after filing its complaint" before moving for a preliminary injunction. Here, Plaintiffs filed their preliminary injunction motion *two weeks* after their complaint—and even that minimal delay was due to the then-ongoing government shutdown.

Defendants' second argument—that "Plaintiffs' alleged harm amounts to alleged loss of employment or opportunities for employment," Opp. at 27—once again mischaracterizes Plaintiffs' claims. This case is about speech, not employment actions. Plaintiffs' members submitted declarations detailing the ways in which their protected speech was both compelled and chilled by the Loyalty Question, *supra* Part I.A, and Plaintiffs' Motion thoroughly explained why this is a First Amendment violation. *See* Mot. at 12–22. Defendants cannot elide the irreparable harm they have caused by rewriting the Complaint.

## III.    THE BALANCE OF EQUITIES AND THE PUBLIC INTEREST FAVOR RELIEF.

The balance of equities and public interest also support relief. Defendants' only argument is that they should have "discretion in administering its hiring and recruitment processes." Opp. at 28. But in the 30 pages of their Opposition, they still have not identified a single government interest served by the Loyalty Question. There is none.

## IV.    A SECTION 705 STAY AND PRELIMINARY INJUNCTION ARE REQUIRED.

In light of the ongoing constitutional injury to Plaintiffs' members and the unrebutted evidence that the MHP is arbitrary and capricious, the Court should immediately stay the MHP under Section 705 of the APA and enjoin the use of the Loyalty Question. Defendants' Opposition primarily focuses on *Trump v. CASA, Inc.*, 606 U.S. 831 (2025). Opp. at 29. But the *CASA* decision does not preclude courts from setting aside or staying unlawful agency action under the APA, nor do Defendants argue that it does. *See CASA*, 606 U.S. 831, 847 & n.10 (2025) (holding universal injunction generally "falls outside the bounds of a federal court's authority under the Judiciary Act" but expressly not addressing scope of APA relief); *see also id.*

13

A719

at 869, 873 (Kavanaugh, J. concurring) (noting that "in cases under the Administrative Procedure Act, plaintiffs may ask a court to preliminarily 'set aside' a new agency rule" and courts may still enter "the functional equivalent of a universal injunction" under the APA). Numerous courts considering the issue post-*CASA* have reached the same conclusion. *See, e.g., Ass'n of Am. Univs. v. Dep't of Def.*, 792 F. Supp. 3d 143, 182 (D. Mass. 2025) ("[T]he Court does not necessarily agree that a stay under the APA is subject to the same limitations espoused in CASA.").[5] This court should exercise its authority under 5 U.S.C. § 705 and stay the MHP and MHP Guidance.

Nor does *CASA* preclude Rule 65 preliminary injunctive relief that is necessary to afford Plaintiffs and their members "complete relief." *See Chicago Women in Trades v. Trump*, 2025 WL 3034056, at *6 (N.D. Ill. Oct. 30, 2025) (enjoining enforcement of challenged provision to achieve "complete relief" under the "necessities of the case"); *see also CASA*, 606 U.S. at 851; *Ass'n of Am. Univs.*, 792 F. Supp. 3d at 182. As the First Circuit recently noted, "[n]othing in CASA provides that, as a categorical matter, it is improper for a district court to impose an injunction of such breadth if it is necessary to do so to provide the plaintiff with complete relief." *Doe v. Trump*, 157 F.4th 36, 80–81 (1st Cir. 2025). As explained by Plaintiffs in their Motion, Mot. at 34–35, there is no practical way to afford "complete relief" to Plaintiffs and their members without prohibiting use of the Loyalty Question until this case is resolved.

---

[5] *See also Make the Road N.Y. v. Noem*, 2025 U.S. App. LEXIS 31160, at *97 (D.C. Cir. Nov. 22, 2025) ("CASA does not control the scope of relief available under Section 705."); *City of Chicago v. U.S. Dep't of Homeland Sec.*, 2025 WL 3171302, at *2 (N.D. Ill. Nov. 13, 2025) ("Nearly all, if not all, courts that have considered the issue since CASA have similarly held that vacatur remains an available remedy for APA claims.") (collecting cases); *City of Columbus v. Kennedy*, __ F. Supp. 3d __, 2025 WL 2426382, at *34 (D. Md. Aug. 22, 2025) ("[T]he Court finds, in line with other recent cases addressing the issue, that the limiting principle on universal or national injunctions announced in CASA does not apply to APA cases.") (collecting cases).

14

A720

Defendants ignore the "complete relief" standard entirely. Defendants acknowledge that where a plaintiff entity has "properly established associational standing," it may obtain relief that benefits its nonparty members. Opp. at 29.[6] Yet Defendants seek to impose, as a prerequisite to such relief, that Plaintiffs disclose their membership rolls. That would force Plaintiffs to compromise their members' First Amendment rights against having their membership in the union publicly revealed, *see NAACP v. Alabama ex rel. Patterson*, 357 U.S. 449, 466 (1958), in order to vindicate those same members' First Amendment rights with respect to the Loyalty Question. Moreover, while the identified members would not be forced to respond to the Loyalty Question when applying for federal jobs, singling them out and directing them to a separate application queue would risk stigmatizing their application and subjecting it to the same potential viewpoint discrimination as those who choose not to answer the Loyalty Question in the first instance. Such a cramped and conditional remedy is no remedy at all, and certainly not one that affords complete relief between the parties. *See Doe*, 157 F.4th at 82 (affirming universal injunction because government's proposed injunction would impose "material [and] administrative . . . burdens" on plaintiffs).

The Court should enter a section 705 stay and the proposed injunction.

---

[6] Defendants' complaint that Plaintiffs relied on pseudonymous declarations to establish standing, Opp. at 29, is unavailing. Defendants did not oppose Plaintiffs' motion to file pseudonymous declarations, Dkt. No. 33, and courts, including the First Circuit, have recognized that such declarations are sufficient to meet the requirement that Plaintiffs "identify members who have suffered the requisite harm" under *Summers v. Earth Island Inst.*, 555 U.S. 488, 499 (2009). *See N.H. Indonesian Cmty. Support v. Trump*, 157 F.4th 29, 33, 35 (1st Cir. 2025).

15

A721

DATED: December 10, 2025                    By:    /s/ Warren a. Braunig
                                                   Warren A. Braunig (*Admitted Pro Hac Vice*)
                                                   Sara Fitzpatrick (*Admitted Pro Hac Vice*)
                                                   Charlotte J. Kamai (*Admitted Pro Hac Vice*)
                                                   Cara R. Meyer (*Admitted Pro Hac Vice*)
                                                   KEKER, VAN NEST & PETERS LLP
                                                   633 Battery Street
                                                   San Francisco, CA 94111-1809
                                                   Telephone: (415) 391 5400
                                                   wbraunig@keker.com
                                                   sfitzpatrick@keker.com
                                                   ckamai@keker.com
                                                   cmeyer@keker.com
                                                   *Counsel for Plaintiffs*

                                                   Tsuki Hoshijima (BBO # 693765)
                                                   Elena Goldstein (*Admitted Pro Hac Vice*)
                                                   Webb Lyons** (*Admitted Pro Hac Vice*)
                                                   DEMOCRACY FORWARD FOUNDATION
                                                   P.O. Box 34553
                                                   Washington, D.C. 20043
                                                   Telephone: (202) 991 0159
                                                   thoshijima@democracyforward.org
                                                   egoldstein@democracyforward.org
                                                   wlyons@c.democracyforward.org**
                                                   ***Of Counsel*
                                                   *Counsel for Plaintiffs*

                                                   Ori Lev (*Admitted Pro Hac Vice*)
                                                   Jacek Pruski (*Admitted Pro Hac Vice*)
                                                   PROTECT DEMOCRACY PROJECT
                                                   2020 Pennsylvania Avenue NW Suite #163
                                                   Washington, D.C. 20006
                                                   Telephone: (202) 579-4582
                                                   ori.lev@protectdemocracy.org
                                                   jacek.pruski@protectdemocracy.org
                                                   *Counsel for Plaintiffs*

16

A722

Rushab B. Sanghvi (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
SanghR@afge.org
*Counsel for Plaintiff American Federation of
Government Employees, AFL-CIO (AFGE)*

Matthew S. Blumin (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Sarah Suszczyk (*Admitted Pro Hac Vice*)
NATIONAL ASSOCIATION OF GOVERNMENT
EMPLOYEES, INC.
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

17

A723

3894499

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

/s/ Warren A. Braunig
WARREN A. BRAUNIG

18

3894499

A724

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

A725

Plaintiffs American Federation of Government Employees, AFL-CIO, American Federation of State, County and Municipal Employees, AFL-CIO, and National Association of Government Employees, Inc. (collectively "Plaintiffs") respectfully request that the Court set a status conference in this matter.

*First*, Defendants Scott Kupor, Office of Personnel Management, and the United States of America failed to timely respond to the Complaint. The deadline to respond to the Complaint was January 9, 2026. *See* Dkt. No. 51. As of today's date, January 14, 2026, no answer or responsive pleading has been filed. Given the serious constitutional harm alleged in the Complaint—namely, Defendants' action requiring that federal job applications include a "Loyalty Question" violates the First Amendment in numerous ways—Plaintiffs wish to discuss the implications of Defendants' failure to respond to the allegations of the Complaint. Plaintiffs are prepared to apply for default if necessary.

*Second*, Plaintiffs write to apprise the Court of continuing harms caused by Defendants' conduct. Plaintiffs' Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction was filed on November 19, 2025, and has been fully briefed for more than a month. Plaintiffs requested a hearing on the motion; as of this time, no hearing date has been set. Since November 6, when the Complaint was filed, another ***5,000*** federal job postings that include the Loyalty Question have been posted to the USAJobs platform. *Compare* Dkt. No. 40 ("more than 5,800 job postings" listed with the Loyalty Question), *with* "Merit Hiring Plan" Essay Tracker, https://usajobsloyaltytests.netlify.app (last visited January 12, 2026) (10,982 job postings with Loyalty Question). Indeed, December 2025 and January 2026 – the two months since the filing of the Complaint and Plaintiffs' Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction – are the months with the highest percentage of federal job postings that include the

1

A726

Loyalty Question.[1]  Because every posting generates a new constitutional injury, as more and more potential job applicants are confronted with the decision to speak against their will (compelled speech) or be silenced (chilled speech), the irreparable harm from Defendants' policy is only growing.

Therefore, Plaintiffs respectfully request that the Court set a status conference at the Court's convenience, preferably in conjunction with a hearing on the pending motion for injunctive relief.

DATED:  January 14, 2026

By:  */s/ Warren A. Braunig*

Warren A. Braunig (*Admitted Pro Hac Vice*)
Sara Fitzpatrick (*Admitted Pro Hac Vice*)
Charlotte J. Kamai (*Admitted Pro Hac Vice*)
Cara R. Meyer (*Admitted Pro Hac Vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
wbraunig@keker.com
sfitzpatrick@keker.com
ckamai@keker.com
cmeyer@keker.com
*Counsel for Plaintiffs*

Tsuki Hoshijima (BBO # 693765)
Elena Goldstein (*Admitted Pro Hac Vice*)
Webb Lyons** (*Admitted Pro Hac Vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 991 0159
thoshijima@democracyforward.org
egoldstein@democracyforward.org
wlyons@c.democracyforward.org**
***Of Counsel*
*Counsel for Plaintiffs*

---

[1] *See* https://usajobsloyaltytests.netlify.app/ (filter by "Timeline").

A727

Ori Lev (*Admitted Pro Hac Vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org
*Counsel for Plaintiffs*

Rushab B. Sanghvi (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
SanghR@afge.org
*Counsel for Plaintiff American Federation of
Government Employees, AFL-CIO (AFGE)*

Matthew S. Blumin (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Sarah Suszczyk (*Admitted Pro Hac Vice*)
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

3

A728

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

/s/ Warren A. Braunig
Warren A. Braunig

4

A729

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2026 at 10:43 AM EST and filed on 1/23/2026

| | |
|---|---|
| **Case Name:** | American Federation of Government Employees, AFL-CIO et al v. Kupor et al |
| **Case Number:** | 1:25-cv-13305-GAO |
| **Filer:** | |
| **Document Number:** | 63(No document attached) |

**Docket Text:**
**ELECTRONIC NOTICE Setting Hearing on Motion [39] MOTION for Preliminary Injunction *and for Stay Under 5 USC ï¿½ 705* : Motion Hearing set for 2/25/2026 02:00 PM in Courtroom 22 (In person only) before Judge George A. O'Toole Jr.. (JMF)**

**1:25-cv-13305-GAO Notice has been electronically mailed to:**

Ori Lev     ori.lev@protectdemocracy.org

Tsuki Hoshijima     thoshijima@democracyforward.org

Elena Goldstein     egoldstein@democracyforward.org

Sarah Elizabeth Suszczyk     ssuszczyk@nage.org

Matthew Stark Blumin     mblumin@afscme.org, paralegal@afscme.org

Rushab Sanghvi     sanghr@afge.org

Charlotte Kamai     ckamai@keker.com, charlotte-kamai-4668@ecf.pacerpro.com, efiling@keker.com, sandy-giminez-6735@ecf.pacerpro.com

Ryan Underwood     ryan.m.underwood2@usdoj.gov

Jacek Pruski     jacek.pruski@protectdemocracy.org

Warren Andrew Braunig     wbraunig@keker.com

Webb Lyons     wlyons@c.democracyforward.org

**1:25-cv-13305-GAO Notice will not be electronically mailed to:**

A730

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, *et al.*

           Plaintiffs,      Civil Action
                          No. 1:25-cv-13305-GAO
V.

                          March 11, 2006
SCOTT KUPOR, *et al.*             2:04 p.m.

           Defendants.
_____

TRANSCRIPT OF MOTION HEARING

BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.

UNITED STATES DISTRICT COURT

JOHN J. MOAKLEY U.S. COURTHOUSE

1 COURTHOUSE WAY

BOSTON, MA  02210

JESSICA L. BISAILLON, RPR, CRI
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 5200
Boston, MA  02210
jsteno99@gmail.com

APPEARANCES:

FOR THE PLAINTIFFS:

KEKER, VAN NEST & PETERS LLP
By:  Warren A. Braunig, Esquire
633 Battery Street
San Francisco, CA  94111
415.773.6642
wbraunig@keker.com

DEMOCRACY FORWARD FOUNDATION
By:  Webb Lyons, Esquire
P.O. Box 34553
Washington, D.C.  20043
202.448.9090
wylons@democracyforward.org

FOR THE DEFENDANTS:

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
By:  Ryan Underwood, Esquire
1100 L Street NW
Washington, DC  20530
202.305.1925
ryan.m.underwood2@usdoj.gov

P R O C E E D I N G S

(The following proceedings were held in open court before the Honorable George A. O'Toole, Jr., United States District Judge, United States District Court, District of Massachusetts, at the John J. Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, on March 11, 2026.)

THE CLERK: All rise.

(The Court entered the courtroom.)

THE CLERK: Please be seated. Court is now in session.

Your Honor, this is the civil matter of 25-cv-13305, American Federation of Government Employees, AFL-CIO, *et al.* v. Kupor, *et al.*, motion hearing.

Will the parties identify themselves for the Court and the record, beginning with the plaintiff, please?

MR. BRAUNIG: Thank you, Your Honor. Warren Braunig, Keker, Van Nest & Peters for plaintiffs AFSCME, AFGE, and NAGE.

MR. LYONS: Good afternoon, Your Honor. Webb Lyons with Democracy Forward, also for the plaintiffs.

MR. UNDERWOOD: Good afternoon, Your Honor. Ryan Underwood on behalf of the federal government defendants.

THE COURT: Okay. Gentlemen.

MR. BRAUNIG: Thank you.

Good afternoon, Your Honor. I'm -- as we alerted the clerk, Mr. Lyons and I are going to be splitting the argument

today. But I am going to address the merits of our request for injunctive relief. Mr. Lyons will address the government's jurisdictional and standing arguments as well as the scope of the remedy.

We are here today challenging OPM's Merit Hiring Plan and, most specifically, the requirement of -- the addition of a Loyalty Question to civil service job applications.

That Loyalty Question violates the First Amendment and the Administrative Procedure Act. It's unconstitutional. It serves no valid government purpose, and it's almost the definition of arbitrary and capricious government policy.

I'm going to begin with the First Amendment issues. I will note that the government didn't challenge the First Amendment merits in their opposition. But because we're seeking interim relief, I think it's appropriate to lay out exactly why this is a First Amendment -- a serious First Amendment issue.

The Merit Hiring Plan mandates this Loyalty Question in federal civil service job applications, quote, How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you and explain how you would implement them if hired.

As we've demonstrated in our papers, that question has appeared in thousands and thousands of job listings from --

ranging from things like firefighter to nurse to air traffic controller. And I just looked. And just within the last week, it's been added to jobs like phlebotomist, physical therapist, a dental assistant in Germany, an attorney -- perhaps most troubling -- for an attorney in the Department of the Treasury, and so on and so forth.

I want to reiterate, because I think it's really important, this is not a retaliation case. We are not challenging any particular hiring decision, and the constitutional problem with the Loyalty Question doesn't depend on proving that it has been or even will be used to discriminate against job applicants who refuse to supplicate, though I believe it will be.

The constitutional problem begins the moment the question is asked. Job applicants are asked an explicitly political question. For people who love this country, value the Constitution but for whatever reason don't want to speak about their political beliefs or perhaps they disagree with the current administration, they have an unwelcome set of choices.

They can make a compelled statement, perhaps one that they don't agree with. That would be an example of compelled speech. Or they can choose not to answer and risk their employment or even to not apply at all. Those would be examples of chilled speech. Either way, it's a pick-your-poison situation.

And that's precisely the situation that the declarants in this case have described. They all made some variation of those choices. And they're not alone, as evidenced by the union declarations that describe other people beyond those four declarants who have faced the same situation and had to make the same difficult choices.

The -- the case law has addressed similar compelled speech situations. We cited to the *Janus* case which is a Supreme Court case that said a union could not charge nonmembers for fees that support speech the nonmember disagrees with.

In the court's words, under the First Amendment, no one can be required to, quote, mouth support for views they find unquestionable, close quote.

And what I felt was most interesting when I reread that case was something that Justice Alito said. He gives an example, sort of a straw man example of -- of surely everyone would agree on this. He says, well, what if the state of Illinois required residents to sign a document expressing certain political beliefs; for example, the platform of one of the major political parties? No one we trust -- he writes, no one we trust would seriously argue the First Amendment permits this.

Now, in this case, it doesn't matter that job applicants aren't forced to answer the question, because from

long-standing case law, speech doesn't have to be literally compelled. Pressuring someone to voice a particular viewpoint or to speak when they'd rather remain silent on protected First Amendment areas -- areas when there's an implicit threat of some consequences, that's enough. We cited the *Phelan* case in the Tenth Circuit for that, but that derives from -- from Supreme Court precedent, long-standing.

So the Loyalty Question violates the prohibition on compelled speech on protected topics. But, as we've pointed out, there is also a chilled speech issue with the Loyalty Question.

As Your Honor knows, speech can be chilled by everything ranging from legal threat of -- a threat of legal sanction to informal censorship. The test, as articulated by a number of Circuit Courts and recently by the District Court of Massachusetts in the *Rubio* case, which we've cited, is whether a, quote, reasonable would-be speaker, close quote, would self-censor in response to the challenged policy.

Now, think about it. In this situation, a federal job applicant is presented with this political question, told that they should, you know, carefully consider the questions before answering, told that the only people who are going to review it are the hiring manager and a political appointee who form a Strategic Hiring Committee.

And you don't have to -- you know, it doesn't take

much imagination to think that some of those people will be deterred from speaking their mind or even applying for a job.

In fact, that's precisely what we demonstrated in the declarations that -- that were submitted with our papers. I would point the Court to Declarant 2 and Declarant 3 who described precisely that.

Now, beyond the compelled speech and chilled speech issue, the Merit Hiring Plan creates a system that enables viewpoint discrimination.

Again, the Loyalty Question inquires of people's political views. It doesn't say tell me about a statute that's important to you or tell me about an experience in your life that's shaped you. It says, What do you think about President Trump's Executive Orders? Tell me about one that's significant to you. Tell me about, you know, one or two that are -- that are particularly important that you're interested in -- in helping to enforce. And then it provides practically zero discretion to the hiring manager and the political appointees in how that will be used in the hiring process.

And that's really the nub of the problem from the viewpoint discrimination perspective. And I think the -- the most analogous case is the *City of Lakewood* case, which is the case involving one of those old coin-operated newspaper boxes that we used to see everywhere. I don't know where they are anymore, but they're not around.

And -- and what the court said in -- in that case, a local official had sort of unfettered discretion to decide whose boxes could be allowed in which spaces. And what the Supreme Court said was, if -- when you have a system that's set up where political speech is -- is at issue and the government official has unfettered discretion in terms of how they can -- in terms of how they can utilize or make those decisions, that creates a system that's likely to result in viewpoint discrimination.

And what I would note is, you know, the only thing that -- that -- there are statements that are in the Merit Hiring Plan guidance that say you can't use it for this. But they don't say what you can use it for. They don't score it. They don't rate it. There's no record of how it's used.

And what the Supreme Court said in *Lakewood* was that's facially unconstitutional. You don't have to wait, because it's so hard after the fact to disaggregate those kinds of decisions and what part of it was -- was discriminatory based on viewpoint. The court said, well, you've got a system that -- that is set up that way. You can strike it down on -- on facial grounds.

Finally, on the -- the sort of fourth constitutional problem with the Loyalty Question is that it turns the entire federal civil service into a giant patronage machine. And I -- I cited some of the different jobs that have been -- that --

that this question has been included on, none of which have anything to do with -- with politics. No civil service jobs -- frankly, all of them are supposed to be apolitical when we're talking about civil -- competitive civil service jobs, not political appointees.

And -- and there's a long line of cases going back to *Elrod* and -- and *Branti* in the '70s that said political patronage is -- political patronage systems are unconstitutional in government employment.

And I think that there's a lot of similarity between this case and the *Rutan* case, which we cited. That's one in which the Illinois governor's office used prior voting records and political contributions to make decisions about -- about hiring.

But I think the court has gone even further than that. They said, even if you don't -- even if all you're doing is sort of using sort of perceived political views -- that was the *Heffernan* case. Even if you're just sort of assuming based on -- on what somebody has done, where they're seen, what they've said, you assume that they are politically aligned one way or the other, that that -- you can't have a system that allows people to -- to choose people for hiring based on that.

So there are four different grounds on which we -- on which we believe the Loyalty Question and the Merit Hiring Plan should be struck down. All of them are in the lens of strict

scrutiny, so we're in the realm of strict scrutiny.

And -- and the government has not identified any vital government interests. They haven't identified any government interest that requires meat cutters and botanists and all these other folks to describe their favorite Trump Executive Order. There -- there's no government interest. The only thing that they have said in their papers is, don't worry, we don't -- we don't rate or score the responses. They're only going to be viewed by hiring managers and political appointees.

Well, I would proffer that that doesn't help them at all. If anything, it makes it worse. It highlights the -- what I would call the black-box nature of how this is going to be used, which is really at the core of the constitutional problem, both from a chilling perspective and a compelled speech perspective, as well as a viewpoint discrimination perspective under -- under *Lakewood*.

And I want to pause for a minute because I think it's really important to understand sort of the -- where we go if the government's position holds up.

If the government's position is we can ask any question we want on any political or First Amendment protected issue and -- so long as we marry that with something that says, "but don't use this to discriminate," where is the bottom to that?

Could we start having questions -- and we cited some

of these in our papers -- are you Catholic? Are your -- are your parents Jewish? What's your view on abortion rights? Who did you vote for in the last election? That would -- under the government's apparent reasoning here, those would be allowable questions. And they're simply not. They would not be -- they are not proper under the First Amendment, and they have no business on a -- on a federal job application.

Unless Your Honor has any questions on the constitutional issues, I'm going to turn now to our second theory for the violation of the APA.

THE COURT: Let me just ask you about silence in response to a question. No answer. Do you -- is it your expectation that an inference to the hirer would be ah-ha, he's keeping something from us or is it just it's none of your business?

MR. BRAUNIG: Right. It certainly could be. I think we don't know and I won't speculate as to how people would -- how people would necessarily interpret it. I think they could interpret it either way.

But it's -- it creates a chilling impact on the speaker in that situation where they have to say, I'm going to -- I'm not going to speak my mind because I'm afraid of the consequences. And I think that that's part of the chilled speech problem.

But I do think -- and I think it -- certainly Your

Honor is right, that the implication of that -- and that's mentioned in -- I think it's Declarant 3 or Declarant 2 -- I'm not sure which -- says I didn't want to answer, but I felt like I needed to because, if I didn't, they were going to exclude me. And I think that that's an objectively reasonable interpretation for -- for applicants to have.

THE COURT: So a nonanswer is an adverse answer?

MR. BRAUNIG: Yes.

THE COURT: Or an unliked answer.

MR. BRAUNIG: Yes. I think so. Especially in light of the guidance that the -- that the OPM has given to the hiring managers, which is to very carefully consider the responses. So to very carefully consider the responses, yeah, I think that that's naturally the implication you're going to have.

I'll turn briefly to the -- to the APA. And I'll first note on -- on the APA, an agency action that is contrary to constitutional right violates the APA.

So, obviously, if the Court agrees that -- that this Loyalty Question violates the Constitution, that's also an APA violation.

But -- but even if the Court were to find preliminarily that this isn't a First Amendment violation, the Merit Hiring Plan and the Loyalty Question are arbitrary and capricious. And that -- that would be a second basis that

would warrant injunctive relief.

So, as Your Honor knows, arbitrary and capricious has both sort of a reasonable explanation requirement and a reasonableness requirement. And -- and the government doesn't satisfy either of those.

There is no reasoned explanation for including this Loyalty Question, because there is no explanation at all. They don't attempt either in the Merit Hiring Plan or in the government's opposition to justify why this is in. And I think we can all infer why it's in or I would at least posit that at least the reason it's in is to allow for finding people who are going to be loyal or to find people who they believe will be disloyal and not hire them.

But there's certainly nothing you can point to in the record that would suggest here's a reasoned explanation. And there's got to be something. There's got to be something or it's arbitrary and capricious.

On a substantive level, we've detailed in our papers all the different reasons that it's substantively arbitrary and capricious; the fact that there's no guidance on how to use it, the fact that it's arbitrarily utilized. Even within the same department even for the same job, sometimes it appears and sometimes it doesn't. It's contrary to Congressional guidance that political affiliation not be a factor in hiring. And it doesn't consider at all -- one of the things you look to on

arbitrary and capricious is does it -- you know, does it take -- does it take into consideration what the effects of this will be? And there's no discussion in the Merit Hiring Plan or in the record of what effect might this have on the federal workforce if you're excluding or potentially excluding a wide swath of -- of Americans from participating in federal civil service? What effect might that have on the delivery of government services that matter to each and every one of us?

So none of that is in there, and the government doesn't address in its brief or rebut any of that. All they say is this is not final agency action.

And that's simply wrong. The test for final agency action -- as Your Honor knows, *Bennett v. Spear* is sort of a leading case. It says, one, is this action the consummation of agency decision-making process? And, two, do legal consequences or obligations flow from it?

So what's the agency? The agency here is OPM. Their decision is a 30-page memorandum that spells out numerous obligations for federal agencies, including a requirement, not a -- not a -- not a should, but a will, a must requirement to ask the Loyalty Question on competitive job applications as well as numerous reporting and monitoring requirements that the agencies have to undertake.

So that's the first piece. It is the consummation. There's nothing more for OPM to do. Their decision is made.

It's the end of OPM's process. So that's the consummation piece.

In terms of the consequences, do legal consequences flow? Absolutely. The reason people are having their First Amendment rights violated is because OPM has required federal agencies to include this question.

And, of course, beyond that, it undoubtedly puts obligations on third parties, including the hiring managers, the political appointees, the federal agencies themselves. So final agency action is clearly there. And -- and this is an arbitrary and capricious policy.

I'll say a couple of words about -- unless Your Honor has any questions on that, I'll -- I'll proceed briefly to talk about irreparable harm, which I think is pretty straightforward here. And the reason it's straightforward is because when you have a First Amendment violation, there is long-standing Supreme Court precedent that says -- and in particular most recently the *Roman Catholic Diocese v. Cuomo* case -- when First Amendment rights are being infringed, that's per se irreparable harm. Per se irreparable harm.

But we have more than that here. We also have concrete declarations from plaintiffs' members that describe the constitutional harm that they are experiencing and declarations from the unions that say there are a lot of other people who have had this same experience.

So there's no doubt that if -- if this is not addressed by the court, many more people will be compelled to speak or will be chilled from speaking and that will continue unabated.  What did the defendants say?  They made two -- does Your Honor have a question?

THE COURT:  I was going to ask --

MR. BRAUNIG:  Yes.

THE COURT:  I can't find it right now --

MR. BRAUNIG:  That's okay.

THE COURT:  -- but I saw pages and pages and pages of job descriptions, titles.  Most of those, whatever anybody thought about anything might not be of import to the hiring party.  I mean, the beekeeper in Yosemite National Park, who cares what he thinks about anything?

So I guess what I'm getting at is, is there a certain level of responsibility in an administrative way that would make this a more troublesome issue than somebody who just plows the streets?

MR. BRAUNIG:  I think it actually cuts the other way. I think the idea that we're asking beekeepers to talk about Executive Orders and to share their favorite Executive Orders --

THE COURT:  They won't have any.

MR. BRAUNIG:  Well, they might not, but they might. And they might find one because they think that's going to help

them get the job.

And the civil service is supposed to be apolitical. And so -- and there's certainly nothing in the way that this has been done that -- that tries to draw a distinction that would be specific to individual jobs or individual roles. It says everything at GS-5 or above. And GS-5 is --

THE COURT: Pretty low.

MR. BRAUNIG: -- pretty low. It's pretty low.

So it's all of them.

And I think that it's -- it's problematic at the higher levels. It's problematic when you imagine attorneys having to -- to do this, which is something that we've seen.

But it's also problematic that -- that truck drivers and firefighters and nurses are -- are looking at this and having to come up with some profession of -- of loyalty in order to try to get their job. So I think it's -- I think it's bad either way.

I'll just briefly note -- I'll address two of the arguments that they made. They've -- they've cited the cases where there was a long delay on irreparable harm, now -- where there was a long delay between when the complaint was filed and when a preliminary injunction motion was filed. And I think in one of their cases in *Charlesbank*, it's -- it's more than a year. In the *Wreal* case, it's -- it's five months. Here, it was two weeks was the -- was the gap between when we -- when we

filed the complaint and when we filed the motion for preliminary injunction.

Neither of those cases involved constitutional rights, and neither of them said that there's some limit that's anywhere near two weeks to obtain relief. And the timing of this is -- is quite -- you know, there's nothing unusual about the timing of this. They passed this over the summer as things happened with the government. It took a few months before they fully rolled out the Loyalty Question. At that point, the plaintiffs' members started to experience -- the plaintiffs' unions' members started to experience the harms. The issue got raised, and the -- the complaint was brought in November. So I think that timing is perfectly normal.

The other argument that they make, which I'll just speak to briefly, is they say, well, this isn't irreparable harm because a -- being fired from a job is not usually irreparable harm. But this case is not about any person's employment consequences. It affects people who may never even get to an interview, people who may never even apply because their speech was chilled. It's about a government-wide policy that violates the First Amendment. So that irreparable harm flows from the First Amendment violation as well as the -- as well as the arbitrary and capricious nature of the policy.

And then when you get to balance of equities, which is the final factor, on one -- on one hand, you have active

ongoing First Amendment injuries. On the other hand, you have no statement by the government of -- of a compelling interest or any harm that would be done to the government by an injunction in this case. Not being able to ask this question isn't going to harm the government in any way, and they haven't pointed to anything in the record or in their briefs to say otherwise.

Those were the issues on which I was going to speak. I don't know if Your Honor has any other questions for me. If not, I'll cede the lectern.

THE COURT: Okay. Thank you.

MR. BRAUNIG: Thank you, Your Honor.

MR. LYONS: Good afternoon, Your Honor. Again, I am Webb Lyons for the plaintiffs.

Now, as my colleague, Mr. Braunig, just explained, the government doesn't mount a lot of defense on the merits, but it, instead, spends most of its briefing arguing that this Court cannot hear the case because plaintiffs lack standing and because the claims are channelled via the Civil Service Reform Act.

The government is wrong on both fronts, Your Honor. Let me start with standing. The union plaintiffs here can establish standing in one of two ways. Organizational standing, meaning harm to them as an organization, or associational standing, meaning they are standing in the shoes

of their members.

Now, just to clarify upfront, plaintiffs here are not alleging organizational standing. So much of the government's brief conflates this point. It cites *Alliance for Hippocratic Medicine* and focuses on whether the plaintiffs have alleged harm to them as an organization.

And Your Honor's ruling in the "Fork in the Road" matter a year ago was also in a preliminary injunction case focused on whether plaintiffs had alleged organizational standing. None of that is relevant here because plaintiffs here are alleging associational standing, meaning they -- we are bringing these claims on behalf of AFGE, AFSCME, and NAGE's members. And on that front, it is quite clear that the unions have standing.

So there are three elements that are required. First is that an individual would have standing to sue in their own right, an individual member; second, that the interest the union seeks to advance are germane to its purpose; and then, third, that the case does not require the participation of any individual members.

Now, this third point is not in dispute. The government concedes it. So let me just focus on the first two.

So, as to the first, whether individual members have standing, the government argues that there's no injury here because plaintiffs have not alleged that they didn't get a

particular job as a result of the Loyalty Question.

But, as Mr. Braunig just explained, Your Honor, the First Amendment injury occurs the moment that the members encountered the question and their speech was compelled and their speech was chilled and -- as detailed in the declarations from plaintiffs' members. So that's plainly enough to establish a First Amendment injury.

Now, turning now to the second prong of associational standing, germaneness, this is straightforward. This issue, frankly, should not be in dispute. So the interests that are furthered by this lawsuit protecting their members' First Amendment rights and upholding a merit-based civil service, that's not just germane to the union plaintiffs' mission. It is foundational to their mission. This is detailed in the declarations from the employees of the unions. I'm happy to point Your Honor to where in the record that is.

And as courts have said, this germaneness prong, it is not demanding. We cite a lot of cases in our reply in which courts have regularly found that protecting a member's constitutional rights are germane. I'm not aware of any case that has held otherwise, and the government does not cite any cases that hold otherwise.

Now, what the government does do in its opposition is it cites the Supreme Court's stay decision in the *Office of Personnel Management v. AFGE.* But that case supports the

plaintiffs, Your Honor.

So the underlying District Court action that was before the Supreme Court, the District Court found that third-party nonprofit organizations, not the union plaintiffs, but third-party nonprofit organizations had organizational standing. That's the issue that was before the Supreme Court, which the Supreme Court explicitly said -- and the Supreme Court said those third-party groups did not have organizational standing. But it did not say anything about whether the unions had associational standing. And, in fact, ten days later, the District Court in that matter had found that the union plaintiffs -- two of the three plaintiffs here -- did have associational standing. And that -- that ruling has not been challenged.

Plaintiffs here clearly meet the associational standing requirements. If Your Honor does not have questions on that, I'll turn to jurisdiction.

Now, before I dig into the specifics of jurisdiction, I do want to take just a step back. So Congress has never explicitly said that claims related to federal employment cannot be heard by an Article III court and have to go to an administrative channel.

The question is whether Congress's design implies that such claims must first go to the administrative scheme. But as the Supreme Court has consistently emphasized, most recently in

the *Axon v. FTC* case in 2023, implied channelling should be exercised with caution. It should be cabined and it does not extend to every claim just because it relates to a general subject matter. The question is whether the particular claims are of the type that must be channelled.

Now, the case law on this issue has developed a lot in the last year since the question was last before Your Honor. Many courts, including the First Circuit, specifically weighed in on this. And following the Supreme Court's guidance to -- to cabin-implied channelling have found that District Courts do have jurisdiction.

Now, we cite a lot of these cases in our briefs, but let me focus just on one in particular. And that is the *AFGE v. Trump* case in the Ninth Circuit in which two of the same federal employee union plaintiffs here challenged OPM's directive that agencies engage in reductions in force.

Now, that plainly relates to federal employment, but the District Court and the Ninth Circuit rejected the government's argument that the claims had to be channelled and it said that these are the types of claims that plainly fall outside the scope of the CSRA.

Now, the government appealed that -- that stay to the Supreme Court and again argued that the claim should be channelled. And in the Supreme Court stay decision, it did not address jurisdiction, it did not disturb the Ninth Circuit's

ruling, and it implicitly agreed that there was jurisdiction because it stayed the case on the merits. It held that the government was likely to succeed on its argument that the actions were lawful.

Now, in this case, the government argued that we make too much of that Supreme Court stay decision. But, Your Honor, this is exactly what the First Circuit said.

So in *New York v. Kennedy,* which was decided this last September, plaintiffs brought challenges to reductions in force at the Department of Health and Human Services. There, too, the government argued that these claims should be channelled. But the First Circuit said no, and the First Circuit cited to the Supreme Court stay in the Ninth Circuit decision. And I am quoting here, Your Honor. The First Circuit said, The Supreme Court likely decided that the CSRA did not funnel the dispute at issue. That First Circuit opinion must guide the Court here.

In this case, plaintiffs are alleging that a government-wide directive requiring the use of an essay question on virtually all civil service job postings violates the First Amendment and the APA. This case -- these claims are not of the type that Congress intended to be channelled.

Now, as Your Honor knows, courts follow the *Thunder Basin* framework in considering whether claims are channelled. I'll quickly walk through that. So three questions. The first

is would channelling foreclose meaningful judicial review? The second, are claims wholly collateral to the statutory review scheme? And then the third, is the claim outside the agency's expertise?

All factors point in the same direction here, and that is that Your Honor has jurisdiction.

So let me start with meaningful judicial review. Here, it's not just that there would be no meaningful review. It's that there would be no review at all. So, again, plaintiffs are not challenging an individual hiring decision. But, instead, plaintiffs allege that the Loyalty Question compels their speech and chills their speech prior to making personnel decisions and regardless of whether they are selected for a particular position. And for some of plaintiffs' members who are chilled from speaking and they're never going to apply, there will never be a personnel action that they can challenge.

So this First Amendment harm before any personnel decision, this clearly distinguishes this case from Your Honor's opinion in "Fork in the Road," which did not have a First Amendment claim related to a government-wide policy. And this is precisely the type of First Amendment harm that federal courts can and must remedy. We cite the Supreme Court's decision in *NTEU v. U.S.* in 1995 where federal employee unions challenged a federal personnel policy pre-enforcement prior to a personnel decision. The Supreme Court remedied that --

allowed the court to remedy that, and a lot of courts have followed the -- the *Turner* case in D.C., the *Weaver* case in the D.C. Circuit which we cite.

Now, the government argues that because plaintiffs are federal employee unions, their claims must necessarily go to the Federal Labor Relations Authority, the FLRA. That can't be right, Your Honor, because the FLRA could not hear these claims.

Now, a federal employee union can at times hear claims from the federal -- can hear claims that the union brings on behalf of employees whom they represent against those employees' employing agency. But here, there are no employing agencies.

I mean, the -- the unions -- the plaintiffs here are bringing these claims on behalf of their members who are applicants for employment or some of them are potential applicants for employment because they have not and will not apply. And some of the plaintiffs' members, including one of the declarants, Declarant 1, is not even a current federal employee.

So this also distinguishes this case from Your Honor's opinion in "Fork in the Road" which related to whether current federal employees were seeking to receive the deferred resignation offer, but that was all current federal employees. That is just not the case here.

These are claims -- this is a constitutional claim. The Supreme Court is extremely clear. Courts are always clear that constitutional claims must be heard. There must be judicial review. And the only way for that review is for this court to hear it.

Let me quickly go to the second factor, Your Honor, wholly collateral. So not only here are plaintiffs not challenging a CSRA-covered personnel action, but their claims are not related to or intertwined with a personnel action in any way.

And as the Ninth Circuit in the *AFGE* case, which, again, the First Circuit, the Supreme Court endorsed, in nearly every case in which a court found channelling, at least one claim was properly within the unquestioned jurisdiction of the administrative body. That is just not the case here.

And finally, agency expertise. There's nothing about these claims that relates to labor management relations or grievances or collective bargaining agreements or anything that would be within the expertise of the FLRA.

This also, of course, distinguishes this case from the D.C. Circuit's 2019 opinion in *AFGE v. Trump,* which Your Honor relied on previously, which related to Executive Orders governing labor management relations between federal employee unions and employing agencies. So -- so the case is clearly distinct there as well.

So, in short, Your Honor, there's just no basis here to think that Congress silently intended to channel these claims, claims that are alleging widespread First Amendment harm to claims under the APA to the administrative channel. These are ones of which this Court does have jurisdiction and should remedy.

If Your Honor has no questions on channelling, I'm happy to turn to remedy.

THE COURT: Okay.

MR. LYONS: So plaintiffs here ask for interim relief under both §705 of the Administrative Procedure Act and for a preliminary injunction.

Now, the standard is the same for both, likelihood of success on the merits, demonstration of irreparable harm, and the balance of equities, all of which are met here.

Now, starting with the APA, §705 gives this Court broad authority to stay the agency action at issue. And as my colleague just explained here, that is the Merit Hiring Plan's directive, that virtually all civil service job postings include the Loyalty Question.

Now, the government's opposition does not contend otherwise. And it, in fact, does not even address plaintiffs' request for a stay under §705. It, instead, argues that under the Supreme Court's opinion in *CASA*, this Court can only grant relief to members whom plaintiffs have identified.

Your Honor, that -- that is doubly wrong.  So first, *CASA* does not limit a court's authority under §705 of the Administrative Procedure Act.  Virtually all courts to consider this question after *CASA* have held this.  We cite these in our papers.  And Justice Kavanaugh in his concurring opinion in *CASA* effectively said the same, that APA was simply not before the Court in the *CASA* decision.

But second, even for Rule 65 preliminary relief, this Court has authority to provide -- to impose an injunction that is of sufficient breadth to provide complete relief for the parties, and *CASA* does not say otherwise.  And the First Circuit has been extremely clear about this.

In *Doe v. Trump* a few months ago, the First Circuit said nothing in *CASA* provides as a categorical matter it is improper for a District Court to impose an injunction of such breadth if it is necessary to provide the plaintiffs with complete relief.

And here, the only way to provide plaintiffs with complete relief is to prohibit the use of the Loyalty Question in all civil service job postings.  It's impossible to know in advance which of plaintiffs' members plan on applying for federal jobs or which federal jobs they plan on applying for.  So -- so eliminating the use of the job -- the Loyalty Question is the only way to provide complete relief.

And even if the government could somehow create two

separate job postings, one that did not have the Loyalty Question for plaintiffs' members and another one that did have the Loyalty Question, well, that would subject plaintiffs to the same harm that they are seeking to remedy, which is it would have them in a queue where it was ripe for viewpoint discrimination and a First Amendment harm.

So the proper relief here under both the APA and Rule 65 is to prohibit the use of the Loyalty Question and an agency's reliance on answers to it while this case moves forward. And happy to answer whatever questions Your Honor has.

THE COURT: Thank you.

MR. LYONS: Thank you very much.

MR. UNDERWOOD: Good afternoon, Your Honor, and may it please the Court. My name is Ryan Underwood and I represent the government.

There are two threshold questions that this Court has to consider in order to decide plaintiffs' motion. Those are whether the plaintiff' members' alleged First Amendment injuries are sufficient to sustain an Article III standing and whether those alleged injuries are sufficiently severe and irreparable such that the extraordinary remedy of a preliminary injunction is warranted.

The defendants maintain that plaintiffs have not satisfied their burden on either question.

Before I get to the defense's arguments on each of those points, I want to highlight a few salient points about the federal job application question that plaintiffs are challenging or what defendants call in their briefs the policy priorities question and what the plaintiffs refer to as the Loyalty Question. I'll refer to it as the Loyalty Question for consistency sake.

The Office of Personnel Management, or OPM, directed all federal agencies to include this question as part of their federal hiring applications except for any position rated GS-5 or below. Agencies may also exempt positions from use of the policy priorities question in their discretion and do so without seeking prior approval from OPM.

OPM has also directed agencies not to score or rate responses to the Loyalty Question and to advise applicants that their response to this question is not required and will not be scored or rated.

Agencies are further directed not to use responses to assess whether candidates are qualified, nor to use the responses as, quote, an idealogical litmus test, unquote.

OPM also expressly requires that agencies use the question in compliance with the merit systems principles, codified at 5 U.S.C. §2301, a provision of which requires that applicants for employment should receive fair and equitable treatment in all aspects of personnel management without regard

to political affiliation and with proper regard for their privacy and constitutional rights.

It's important to note that plaintiffs at this point have not made an allegation that a federal agency has used a response to the Loyalty Question in a way that conflicts with those merit systems principles or OPM's guidance.

None of the declarations that plaintiffs submit with their motion involve an applicant for a federal job who was denied that opportunity on the basis of their response or nonresponse to the Loyalty Question.

Plaintiffs here are, instead, asking this Court for the extraordinary remedy of a preliminary injunction because, in their view, they are likely to succeed in demonstrating that their organization has standing to bring these claims on their members' behalf based solely on their members' subjective assessment that their response or nonresponse to the Loyalty Question exposes them to the threat of not being hired for a federal government job. This is unsupported by any evidence that it actually does so.

THE COURT: How about not answering the question, the voluntary four questions? Would that be a sign that there's something up here?

MR. UNDERWOOD: I think, as plaintiffs suggested, that silence would be an adverse response is not supported by the record before this Court.

What we have before us is the Merit Hiring Plan and the subsequent guidance issued that states that responses will not be scored, rated or considered in any way. So I think that it's fair to say it's -- at this point that silence would not count against any candidate in a federal job application.

THE COURT: Go ahead.

MR. UNDERWOOD: Turning to the motion, Your Honor, and the four-element *Winter* test, I'll start with the first element, the likelihood of success on the merits. And I want to address Article III standing specifically.

First, as to Article III standing, since all three plaintiffs are employee unions, they must have either organizational or associational standing as plaintiffs noted.

And as plaintiffs noted, they are proceeding only on association standing. There are three required elements for plaintiffs to establish associational standing, the first of which is that the union's individual members have standing to sue in their own right.

To demonstrate standing, each member must show an injury in fact, that their injury was specifically caused by the Loyalty Question, and that enjoining the OPM Merit Hiring Plan would redress their injury.

As to the first of these, plaintiffs' members have not demonstrated injury in fact. Their members fall into two distinct categories -- individuals who chose to apply for a

federal job and were presented with the question in their application and responded and individuals who were dissuaded from applying from a federal job because they did not want to answer the question. Neither of these is an injury sufficient to sustain Article III standing.

First, federal job applications, as with any job application, is entirely voluntary. Second, responses to the Loyalty Question are entirely voluntarily. And further, they're not scored or rated. Therefore, plaintiffs' members' choice to not respond to the question or to modify the way in which they respond to the question are acts of self-censorship and are not the result of chilling in response to the threat of any forthcoming consequences.

And given that agencies are prohibited from screening out candidates based on their responses to this question and that applicants are informed of that fact ahead of time, plaintiffs' members' preemptive chilling of their speech is not reasonable. Applicants do not face a credible threat that their speech will affect their chances of being hired for a federal job.

If they are the best candidate for the job, the agency will presumptively hire them regardless of how they responded to the question.

And briefly, as to causation, plaintiffs cannot demonstrate that their chilled speech is caused by the Merit

Hiring Plan specifically because there is a break in the causal chain between OPM's Merit Hiring Plan and an individual federal agency's decision to employ the question and then their subsequent decision to either hire that particular person or not hire them based on their response.

The threat that chills plaintiffs' members is -- their members' speech is that -- the agency's decision not to hire them, not the Merit Hiring Plan.

Therefore, plaintiffs' members lack Article III standing, and the unions fail to establish associational standing on that basis.

And I'll move onto our channelling argument unless Your Honor has any questions at this point.

THE COURT: Go ahead.

MR. UNDERWOOD: Okay. This Court lacks jurisdiction yet for another reason. Plaintiffs' claims fall outside of the District Court jurisdiction because the claims of federal employee -- federal employee unions must be channelled through the Federal Labor Relations Authority pursuant to the Federal Service Labor Management Relations statute before reaching the federal courts.

Similarly, if plaintiffs' members were to raise these claims themselves, they would be channelled through -- depending on the circumstances -- either the Merit Systems Protection Board or the Office of Special Counsel. Each

statutory review system provides the exclusive forum for -- through which the types of claims raised here must initially be challenged.

I won't repeat our briefing on this point, but I'll just summarize by saying that it would strain reason to think that if Congress developed these comprehensive special review schemes for the litigation of claims between federal employee unions and the government or alternatively federal employees that are employees in the government about workplace conditions and personnel practices, that it would not preclude the very same claims the unions bring today.

As the Court held just over a year ago in *AFSCME v. Ezell* where some of the same plaintiffs here challenged the government's deferred resignation program or the "Fork in the Road," the -- it stated that the Federal Service Labor Management Relations statute provides the exclusive procedures by which federal employees and their bargaining representatives may assert federal labor management relations claims which are clearly and reasonably characterized as the type of claims that plaintiffs are asserting in their -- in their complaint.

Finally, turning to whether or not the OPM Merit Hiring Plan is final agency action, this Court lacks jurisdiction to review the Merit Hiring Plan because it is not final agency action, which is a requirement for every APA claim. Because OPM's Merit Hiring Plan is more akin to an

interagency guidance document, that doesn't affect the rights or obligations of plaintiffs or their members. It only sets the standard. It only sets the standard that federal agencies use the question, and, even then, agencies have unlimited discretion to deviate from that standard.

Furthermore, an agency's use of the question does not transform what is otherwise an intergovernmental guidance document into final agency action. The question only becomes challengeable in the context of an adverse hiring decision.

I'll move onto irreparable harm unless Your Honor has any questions at this point.

THE COURT: All right. Go ahead.

MR. UNDERWOOD: Okay. Plaintiffs characterize their members' alleged harms that they attribute to the Merit Hiring Plan in a few different ways.

They claim an unspecified number of their members felt compelled to speak a certain way in completing federal job applications. They claim an unspecified number of members were chilled or deterred from applying for federal jobs or answering questions in their preferred manner.

I'll note briefly that if the Merit Hiring Plan were the operative agency action as plaintiffs' claims -- claim, plaintiffs waited over five months to file their complaint and two weeks further to file their motion for preliminary injunction.

At that point, when the Merit Hiring Plan was issued, it was entirely foreseeable that the Loyalty Question would begin appearing on federal job applications.  So if the harm that question would allegedly cause were truly irreparable, plaintiffs should have sought injunctive relief much earlier. Their delay in filing their complaint and their delay in filing their motion suggests that they have not suffered and will not suffer irreparable harm.

Furthermore, even if one of the unions' members had hypothetically not been hired on account of their answer or refusal to answer the question, it is well-settled that the loss of employment is not considered irreparable harm for the purposes of an injunction.

As to their allegation of chilled speech, which is the sole harm that they allege here today, the standard for irreparable harm in the First Amendment context is whether there is a credible threat of actual impairment of speech at the time relief is sought.

Today, as we stand here, there is no credible threat, because all that is before the Court are plaintiffs' members' subjective assessment that their answer to the question will harm their employment prospects, despite evidence to the contrary in the form of the Merit Hiring Plan and the associated guidance that says that agencies are not to use it as an idealogical litmus test.

Finally, the balance of equities tips in the government's favor, and it favors the public interest because the government has a significant interest in managing its own internal affairs, which includes administration of the federal hiring process.

Plaintiffs must make a showing of irreparable harm that is sufficiently egregious to override this significant interest. And preliminary injunctions in the government employment context are generally disfavored.

Finally, as to the scope of relief, if this Court is inclined to grant plaintiffs' motion, it should limit any injunction to the members that plaintiffs have identified and that the Court determines have standing to challenge the policy Loyalty Question. And the Court should not directly grant a universal injunction per the Supreme Court's direction in *Trump v. CASA*.

Plaintiffs as organizations must identify which members have suffered the requisite harm, and they must certify a class under Rule 23 to whom which relief would apply. Plaintiffs cannot make an end-run out of all of these requirements -- the Supreme Court ruling in *CASA*, Rule 23, and associational standing -- by obtaining an injunction barring the government from employing the Loyalty Question in the job applications of members whose membership and harms are unknown to the government.

Plaintiffs, if they are successful, must define the scope of the relief it needs, and the Court should tailor its injunction accordingly.

With that, Your Honor, I'd be happy to entertain any questions.

THE COURT: Thank you.

MR. UNDERWOOD: Thank you.

MR. LYONS: Briefly?

THE COURT: Very brief.

MR. BRAUNIG: I think we both just have a couple of small points to make, and I want to be sensitive to Your Honor's time.

What Your Honor did not hear in the government's presentation was any justification for why this Loyalty Question must appear in all civil service job applications for GS-5 and higher employees.

I thought there were a couple of things that he said -- he said -- he said we're not going to use it to determine if candidates are qualified. Those were the words he -- that counsel used. We're not going to use -- this won't be used to determine if candidates are qualified. Why in the world else is this in there then? If it has nothing to do with qualifications, that gives the game away, that this is about identifying potential loyalists and not about qualifications for a job.

The -- the argument that -- that we also heard that -- that don't worry about self-censorship, that's just something subjective, if they're the best candidate, they'll -- they'll still get the job, again, why is this in there?  We know that people not just subjectively view it as -- as concerning, but it's -- it objectively makes sense and it objectively makes sense because of the fact that it's been added with no explanation as to why it's in there, that it's only -- that it's going to be reviewed specifically by this Strategic Hiring Committee which has been authorized and instructed to review the answers to these essay questions.  It's not like these are going into the ether.  The -- the OPM and its guidance has specifically told the Strategic Hiring Committee -- which is a political appointee and a hiring manager -- pay attention to these answers.

And I think that that really at the end of the day coalesces, you know, sort of -- our argument coalesces around that, because that is what -- the intention here, that's what makes it a First Amendment violation.  That's what compels people to answer.  That's what chills certain people from responding, not in some subjective way, but in an objectively reasonable -- the Court will recall that the standard is a reasonable would-be speaker, are they likely to be chilled?  The answer is -- is yes.

And even beyond that, you have the viewpoint

discrimination issue, which isn't about chilled or compelled speech. It's about a system that allows without sufficient discretion viewpoint discrimination.

The only other point that I will -- that I want to address is this idea that there's a break in the causal chain that somehow prevents this from being a final agency action.

And I would point the Court there to the *New York v. Trump* case, which we've cited. Sorry. Not *New York v. Trump.* Yeah. It's *New York v. Trump* and *Doctors for America v. OPM.* Those are two cases where the court said you're at the end of the OPM's guidance. It's the consummation of their action. It instructs agencies to -- to do something specific and, therefore, it's final agency action. So we believe that we've more than established entitlement to relief on the merits as well as irreparable harm. And I'll let Mr. Lyons make a few final comments.

MR. LYONS: Thank you, Your Honor. I'll be very quick. Just sort of a few very quick points.

So on the standing context, also building off of counsel's comment that there's a break in the causal chain and, therefore, no redressability to OPM, OPM, as my colleague just said, is the reason that the Loyalty Question is appearing. OPM directed agencies to include the Loyalty Question in virtually all civil service job postings.

And our plaintiff and plaintiffs' members, when they

have encountered that question, that is when the First Amendment harm occurs of compelled speech and chilled speech. So there is a direct causal link back to OPM's directive here. That's point number one.

Moving to channelling, just two quick points, Your Honor. So counsel said that -- that if members would have raised these claims themselves, that they would have to bring that through the Office of the Special Counsel as a prohibited personnel practice or to the Merit Systems Protection Board. But to reiterate the point I said earlier, plaintiffs are not challenging any hiring decision or any personnel action. There cannot be a prohibited personnel practice if there is no personnel action. 5 U.S.C. 2302(a)(1) lays out what the personnel actions are. And the only one that could potentially relate here is a hire or appointment, but that is not what plaintiffs are challenging.

And as for the Merit Systems Protection Board, I'm not aware of any context in which the claim could go there.

Final point on the FLRA channel to the Federal Labor Relations Authority that counsel made. He said that these are the kinds of claims that could be raised there because they relate to disputes between employees and their employing agencies.

But again, that is not what this case is, Your Honor. These are not employees of an employing agency. Plaintiffs'

members here, some of whom are not even current federal employees, plaintiffs' members are applicants for employment. There is no applicant that can bring the claim against some agency through the FLRA. So these claims are -- plainly fall outside the jurisdiction of the FLRA. They are claims over which Your Honor has jurisdiction.

My final point, with respect to remedy, plaintiff made -- government counsel made an argument that this has to be a class action for some reason under Rule 23. I just want to reiterate this Court under §705 of the APA has the authority to stay this agency action. And under Rule 65, this Court has the authority to impose an injunction of sufficient breadth that provides relief to the parties.

The First Circuit is clear that a remedy here is not limited to the members whom plaintiffs have identified for associational standing purposes. That is in *Doe v. Trump.* The First Circuit decided that just recently. So this Court is not so limited in fashioning an injunction.

And we think here, as my colleague has explained, there is a serious constitutional harm that is categorically an irreparable harm. Every time plaintiffs' members encounter that question, today, tomorrow, the next day, their speech will be compelled and will be chilled. And we would ask Your Honor to remedy this -- to remedy this harm. Thank you.

THE COURT: I'll take the matter under advisement.

We'll take a recess.

(Adjourned at 3:06 p.m.)

- - - - - - - - - - - -

CERTIFICATION

I certify that the foregoing is a correct transcript
of the record of proceedings in the above-entitled matter to
the best of my skill and ability.


/s/Jessica L. Bisaillon          March 18, 2026
Jessica L. Bisaillon, RPR, CRI    Date
Official Court Reporter

A776

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

## PLANTIFFS' NOTICE OF SUPPLEMENTAL FACTS

Plaintiffs American Federation of Government Employees, AFL-CIO; American Federation of State, County and Municipal Employees, AFL-CIO; and National Association of Government Employees, Inc. respectfully submit this Notice of Supplemental Facts to inform the Court of recent factual developments that further demonstrate the urgent need for the relief requested in Plaintiffs' pending Motion for Stay Under 5 U.S.C. § 705 and for Preliminary Injunction. ECF No. 39.

Plaintiffs allege that the Loyalty Question—an essay question that asks applicants for civil service jobs to explain how one of President Trump's Executive Orders is personally significant to them—violates the First Amendment and the Administrative Procedure Act. Defendants have never attempted to defend the Loyalty Question on the merits, nor do they identify any government purpose that it serves. Instead, they have argued that the Loyalty Question is not problematic because they claim that it is optional and that applicants are not

1

6189859

A777

required to respond to it. *See* ECF No. 57 at 1 (the Merit Hiring Plan "modified the process for assessing applicants for certain civil service jobs by including four optional, short-essay questions"); ECF No. 71 at 32:14-16 ("OPM has also directed agencies . . . to advise applicants that their response to this question is not required").

This argument has always been incorrect legally. *See* ECF No. 40 at 15–16, 19–21; ECF No. 60 at 4–6. It has now proven incorrect factually. Recent civil service job postings in fact *require* that candidates provide responses to the Loyalty Question. Declaration of Ori Lev, attached herewith ("Lev Decl.") at ¶¶ 2–7. When candidates encounter the Loyalty Question in these postings, it includes a red asterisk indicating that a response is required. *Id.* ¶¶ 2, 4, 6 & Exs. 1, 3, 5. If a candidate does not submit a response to the Loyalty Question, they are unable to apply to the job. *Id.*, ¶¶ 3, 5, 7 & Exs. 2, 4, 6. In short, one of Defendants' primary justifications for the purported legality of the Loyalty Question—that it is not required—is not factually accurate.

This development is all the more problematic in light of the substantial increase in the use of the Loyalty Question in recent months. In March and April (month-to-date) 2026, over 16,000 new civil service job postings have included the Loyalty Question—effectively *doubling* the number of civil service job postings that have included the Loyalty Question since its adoption. *Id.* ¶¶ 8–9. In other words, in the last two months alone, there have been nearly as many job postings that include the Loyalty Question as there were in the first nine months following Defendants' issuance of the Merit Hiring Plan. *Id.* The constitutional harms are multiplied accordingly. Because of the Loyalty Question, each month, thousands (if not tens of thousands) of new job applicants, including Plaintiffs' members, are compelled to speak, when they must

<div align="center">2</div>

<div align="right">A778</div>

answer a political question as part of their job application; or chilled from speaking their minds or from applying for the jobs at all.

Each time Plaintiffs' members encounter the Loyalty Question, their First Amendment rights are violated. Immediate relief is warranted.

DATED:  April 27, 2026

By:  /s/ Warren A. Braunig
Warren A. Braunig (*Admitted Pro Hac Vice*)
Sara Fitzpatrick (*Admitted Pro Hac Vice*)
Charlotte J. Kamai (*Admitted Pro Hac Vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
wbraunig@keker.com
sfitzpatrick@keker.com
ckamai@keker.com
*Counsel for Plaintiffs*

Tsuki Hoshijima (BBO # 693765)
Elena Goldstein (*Admitted Pro Hac Vice*)
Webb Lyons** (*Admitted Pro Hac Vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 991 0159
thoshijima@democracyforward.org
egoldstein@democracyforward.org
wlyons@c.democracyforward.org**
***Of Counsel*
*Counsel for Plaintiffs*

Ori Lev (*Admitted Pro Hac Vice*)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW Suite #163
Washington, D.C. 20006
Telephone: (202) 579-4582
ori.lev@protectdemocracy.org
*Counsel for Plaintiffs*

3

6189859

A779

Rushab B. Sanghvi (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6426
SanghR@afge.org
*Counsel for Plaintiff American Federation of
Government Employees, AFL-CIO (AFGE)*

Matthew S. Blumin (*Admitted Pro Hac Vice*)
AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street NW
Washington DC, 20036
Telephone: (202) 775-5900
mblumin@afscme.org
*Counsel for Plaintiff American Federation State,
County, and Municipal Employees, AFL-CIO
(AFSCME)*

Sarah Suszczyk (*Admitted Pro Hac Vice*)
NATIONAL ASSOCIATION OF
GOVERNMENT EMPLOYEES, INC.
159 Burgin Parkway
Quincy, MA 01269
Facsimile:(617) 376-0285
Ssuszczyk@nage.org
*Counsel for Plaintiff National Association of
Government Employees, Inc. (NAGE)*

4

A780

5

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

> /s/Warren A. Braunig
> Warren A. Braunig

A781

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, and NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management, OFFICE OF PERSONNEL MANAGEMENT, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:25-cv-13305-GAO |

**DECLARATION OF ORI LEV**

I, Ori Lev, declare:

1.      I am an attorney at Protect Democracy Project, and counsel of record for Plaintiffs in the above-captioned action. *See* ECF No. 21. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2.      For purposes of this litigation, on April 24, 2026, I accessed the USAJobs.gov website and navigated to a posting for an open Assistant United States Attorney position at the Department of Justice. The position included the Loyalty Question, *i.e.*, "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." The Loyalty Question was marked by a red asterisk, with the notation "* = Required." A true and correct screenshot of that webpage is attached hereto as Exhibit 1.

A782

3.      I did not answer the question and navigated to the subsequent pages in the application, including the final page of the application process, captioned "Review & Submit." A true and correct screenshot of that webpage is attached hereto as Exhibit 2. The webpage would not allow me to submit the application without the Loyalty Question being answered. *Id.*

4.      For purposes of this litigation, on April 27, 2026, I accessed the USAJobs.gov website and navigated to a posting for an open Safety and Occupational Health Specialist position at the Department of Labor. The position included the Loyalty Question, *i.e.*, "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." The Loyalty Question was marked by a red asterisk, with the notation "* = Required." A true and correct screenshot of that webpage is attached hereto as Exhibit 3.

5.      I did not answer the question and navigated to the subsequent pages in the application, including the final page of the application process, captioned "Review & Submit." A true and correct screenshot of that webpage is attached hereto as Exhibit 4. The webpage would not allow me to submit the application without the Loyalty Question being answered. *Id.*

6.      For purposes of this litigation, on April 27, 2026, I accessed the USAJobs.gov website and navigated to a posting for an open Clinical Psychologist position at the Department of Defense. The position included the Loyalty Question, *i.e.*, "How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired." The Loyalty Question was marked by a red asterisk, with the

2

A783

notation "* = Required." A true and correct screenshot of that webpage is attached hereto as Exhibit 5.

7.  I did not answer the question and navigated to the subsequent pages in the application, including the final page of the application process, captioned "Review & Submit." A true and correct screenshot of that webpage is attached hereto as Exhibit 6. The webpage would not allow me to submit the application without the Loyalty Question being answered. *Id.*

8.  As of April 27, 2026, the Loyalty Question challenged in this litigation has appeared on over 33,000 job postings. Exhibit 7, attached herewith, is a true and correct printout from the "Timeline" tab of the "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (last visited April 27, 2026) (documenting the number of federal job vacancy postings that include the Loyalty Question).

9.  Over 20,000 of those jobs have been posted since briefing closed on the pending motion for preliminary injunction in December 2025. *Id.* And in March and April (month-to-date) 2026, over 15,000 federal job postings have included the Loyalty Question. *Id*.

10.  At some agencies like the Department of Justice and Department of Energy, 75% of all job postings tracked since June 2025 have included the question, and at the Department of Labor, the figure is nearly 100%. *See* Exhibit 8, attached herewith, a true and correct printout from the "By Agency" tab of the "'Merit Hiring Plan' Essay Tracker," https://usajobsloyaltytests.netlify.app/ (last visited April 27, 2026).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2026.

<div align="center">

*/s/ Ori Lev*
Ori Lev

</div>

<div align="center">3</div>

A784

4

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

_/s/Warren A. Braunig_
Warren A. Braunig

4

A785

# Exhibit 1

A786

## Executive Office US Attorneys & Office of US Attorneys

| | |
|---|---|
| **Position Title** | Assistant United States Attorney (AUSA) Open Continuous |
| **Agency** | Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys |
| **Announcement Number** | 26-DC-12855055-AUSA |
| **Open Period** | Thursday, December 18, 2025 to Wednesday, September 30, 2026 |

Application Package Status: Application Incomplete

## Preferences

\* = Required

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

\* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

\* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

\* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

\* 5. I certify that the above responses are in my own words and I did not use a consultant or Artificial Intelligence (such as a large language model

A787

# Exhibit 2

A788

Case 1:25-cv-13305-GAO    Document 75-2    Filed 04/27/26    Page 2 of 2

# Executive Office US Attorneys & Office of US Attorneys

| | |
|---|---|
| **Position Title** | Assistant United States Attorney (AUSA) Open Continuous |
| **Agency** | Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys |
| **Announcement Number** | 26-DC-12855055-AUSA |
| **Open Period** | Thursday, December 18, 2025 to Wednesday, September 30, 2026 |

Application Package Status: Application Incomplete

## Review & Submit

Please verify each section of your application is complete and correct. You may review and change your information before submitting.

| Status | Section |
|---|---|
| ✖ | Application ▼ |
| | ☑ Biographic Information |
| | ☑ Eligibilities |
| | ✖ Preferences ▼ |
| | ✖ 1. Merit Hiring Plan Essay Question Number 1 |
| | ✖ 2. Merit Hiring Plan Essay Question Number 2 |
| | ✖ 3. Merit Hiring Plan Essay Question Number 3 |
| | ✖ 4. Merit Hiring Plan Essay Question Number 4 |
| ☑ | Assessment ▼ |
| ✖ | Documents ▼ |

\* ☑ **I acknowledge that all of the supporting documents I want to submit with this application have been assigned to an Accepted Document type on the Documents page.**

**Submit Application**

Please address all required items to submit application.

A789

# Exhibit 3

A790



| | |
|---|---|
| **Position Title** | Safety and Occupational Health Specialist |
| **Agency** | Occupational Safety and Health Administration |
| **Announcement Number** | DE-26-BOS-OSHA-12943094-JSE |
| **Open Period** | Friday, April 24, 2026 to Thursday, May 7, 2026 |

Application Package Status: Application Incomplete

## Short Essay Questions

\* = Required

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

\* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

\* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

\* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

A791

# Exhibit 4

A792



| | |
|---|---|
| **Position Title** | Safety and Occupational Health Specialist |
| **Agency** | Occupational Safety and Health Administration |
| **Announcement Number** | DE-26-BOS-OSHA-12943094-JSE |
| **Open Period** | Friday, April 24, 2026 to Thursday, May 7, 2026 |

Application Package Status: **Application Incomplete**

## Review & Submit

Please verify each section of your application is complete and correct. You may review and change your information before submitting.

| Status | Section |
|---|---|
| ✖ | **Application** ▼ |
| | ☑ Biographic Information |
| | ☑ Eligibilities |
| | ✖ Preferences ▼ |
| | ✖ Core Questions ▼ |
| | ✖ Short Essay Questions ▼ |
| | ✖ 1. Merit Hiring Plan Essay Question Number 1 |
| | ✖ 2. Merit Hiring Plan Essay Question Number 2 |
| | ✖ 3. Merit Hiring Plan Essay Question Number 3 |
| | ✖ 4. Merit Hiring Plan Essay Question Number 4 |
| | ✖ 5. Merit Hiring Plan Certification Statement for Essay Questions |
| ✖ | **Assessment** ▼ |
| ☑ | **Documents** ▼ |

* ☑ I acknowledge that all of the supporting documents I want to submit with this application have been assigned to an Accepted Document type on the Documents page.

Submit Application

Please address all required items to submit application.

A793

# Exhibit 5

A794

Military Treatment Facilities under DHA Logo

| | |
|---|---|
| **Position Title** | Clinical Psychologist |
| **Agency** | Military Treatment Facilities under DHA |
| **Announcement Number** | HSJW-26-12943001-DHA |
| **Open Period** | Monday, April 27, 2026 to Monday, May 11, 2026 |

Application Package Status: Application Incomplete

## Preferences

\* = Required

The following four narrative questions provide an opportunity for you to highlight your dedication to public service for the hiring manager and agency leadership (or designee(s)). While your responses are not required and will not be scored, we encourage you to thoughtfully address each question. Please provide a response of 200 words or less to each question. You will be asked to certify that you are using your own words and did not use a consultant or artificial intelligence (AI) such as a large language model (LLM) like ChatGPT or Copilot.

\* 1. How has your commitment to the Constitution and the founding principles of the United States inspired you to pursue this role within the Federal government? Provide a concrete example from professional, academic, or personal experience.

\* 2. In this role, how would you use your skills and experience to improve government efficiency and effectiveness? Provide specific examples where you improved processes, reduced costs, or improved outcomes.

\* 3. How would you help advance the President's Executive Orders and policy priorities in this role? Identify one or two relevant Executive Orders or policy initiatives that are significant to you, and explain how you would help implement them if hired.

\* 4. How has a strong work ethic contributed to your professional, academic or personal achievements? Provide one or two specific examples, and explain how those qualities would enable you to serve effectively in this position.

A795

# Exhibit 6

Case 1:25-cv-13305-GAO    Document 75-6    Filed 04/27/26    Page 2 of 2

Military Treatment Facilities under DHA Logo

| | |
|---:|:---|
| **Position Title** | Clinical Psychologist |
| **Agency** | Military Treatment Facilities under DHA |
| **Announcement Number** | HSJW-26-12943001-DHA |
| **Open Period** | Monday, April 27, 2026 to Monday, May 11, 2026 |

Application Package Status: Application Incomplete

## Review & Submit

Please verify each section of your application is complete and correct. You may review and change your information before submitting.

| Status | Section |
|:---:|:---|
| ✖ | Application ▼ |
| | ☑ Biographic Information |
| | ☑ Eligibilities |
| | ✖ Preferences ▼ |
| | ✖ 1. Merit Hiring Plan Essay Question Number 1 |
| | ✖ 2. Merit Hiring Plan Essay Question Number 2 |
| | ✖ 3. Merit Hiring Plan Essay Question Number 3 |
| | ✖ 4. Merit Hiring Plan Essay Question Number 4 |
| ✖ | Assessment ▼ |
| ☑ | Documents ▼ |

\* ☑ **I acknowledge that all of the supporting documents I want to submit with this application have been assigned to an Accepted Document type on the Documents page.**

Submit Application

Please address all required items to submit application.

A797

# Exhibit 7

A798

# "Merit Hiring Plan" Essay Tracker

Tracking the implementation of new essay questions in federal job applications

| Overview | By Service Type | By Grade Level | By Location | By Agency | By Occupation | Timeline | Job Listings |

## Essay Question Usage by Job Opening Date

Weekly and monthly percentages of jobs posted with the essay question

**Note:** Percentages shown represent the portion of *scraped questionnaires* that contain the essay question for each time period. The "Total Jobs Posted" column shows the number of questionnaires we analyzed.

| Month | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Monthly % | Total Jobs | Jobs with Questionnaires | Jobs with Essay Question |
|---|---|---|---|---|---|---|---|---|---|
| June 2025 | 0% | 0.3% | 0% | 0.8% | 2.9% | 0.9% | 11,611 | 3,456 | 30 |
| July 2025 | 1.2% | 2.1% | 3.6% | 5.2% | 5.4% | 3.6% | 14,842 | 13,147 | 470 |
| August 2025 | 5.4% | 7.2% | 9% | 11.7% | 12.5% | 8.4% | 15,665 | 14,019 | 1,183 |
| September 2025 | 17.2% | 20% | 13.8% | 22.5% | 24.9% | 18.6% | 14,051 | 12,452 | 2,311 |
| October 2025 | 14.7% | 18.2% | 16.9% | 18.2% | 18.9% | 17% | 13,504 | 12,329 | 2,099 |
| November 2025 | 23.6% | 21.4% | 25.6% | 26.7% | 46.2% | 24.5% | 11,508 | 10,568 | 2,591 |
| December 2025 | 27.2% | 27.6% | 30.2% | 31.5% | 28.5% | 28.7% | 13,773 | 12,131 | 3,481 |
| January 2026 | 28.7% | 29.6% | 19.6% | 16.7% | 34% | 27.1% | 16,136 | 3,596 | 973 |
| February 2026 | 32.6% | 31.8% | 29.8% | 30.2% | — | 30.7% | 18,850 | 12,245 | 3,755 |
| March 2026 | 38.5% | 43.3% | 42.1% | 44.8% | 43% | 42.3% | 23,142 | 20,648 | 8,725 |
| April 2026 | 44.2% | 44.5% | 41.4% | 43.3% | — | 43.3% | 19,751 | 17,661 | 7,648 |
| **TOTAL** | | | | | | 25.2% | 172,833 | 132,252 | 33,266 |

A799

# Exhibit 8

A800

# "Merit Hiring Plan" Essay Tracker

Tracking the implementation of new essay questions in federal job applications

Overview    By Service Type    By Grade Level    By Location    **By Agency**    By Occupation    Timeline    Job Listings

## Agency Analysis

Show All (27 total)

| Agency | Total Jobs | Jobs with Questionnaires | Jobs with Essay Question | % with Essay Question |
|---|---|---|---|---|
| Department of Veterans Affairs | 59,530 | 49,908 | 644 | 1.3 |
| Department of the Air Force | 21,512 | 17,431 | 5,609 | 32.2 |
| Department of the Navy | 19,992 | 11,365 | 4,869 | 42.8 |
| Department of Defense | 17,241 | 13,635 | 5,769 | 42.3 |
| Department of the Army | 16,437 | 13,748 | 3,039 | 22.1 |
| Department of Justice | 9,034 | 7,420 | 5,548 | 74.8 |
| Department of Homeland Security | 7,671 | 5,834 | 1,457 | 25 |
| Department of the Interior | 4,229 | 3,499 | 1,520 | 43.4 |
| Other Agencies and Independent Organizations | 3,847 | 1,955 | 793 | 40.6 |
| Department of Transportation | 2,936 | 249 | 205 | 82.3 |
| Department of Agriculture | 2,302 | 1,616 | 1,040 | 64.4 |
| Department of Health and Human Services | 1,749 | 1,480 | 759 | 51.3 |
| Legislative Branch | 1,318 | 594 | 0 | 0 |
| Department of Energy | 1,004 | 693 | 530 | 76.5 |
| Department of Commerce | 954 | 791 | 572 | 72.3 |
| Department of the Treasury | 652 | 543 | 223 | 41.1 |
| Department of State | 461 | 324 | 5 | 1.5 |
| Judicial Branch | 447 | 132 | 0 | 0 |
| National Aeronautics and Space Administration | 409 | 185 | 44 | 23.8 |
| Department of Labor | 325 | 306 | 302 | 98.7 |
| **TOTAL** | **172,833** | **132,252** | **33,266** | **25.2** |

A801

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
*et al.,*

    *Plaintiffs,*

v.

SCOTT KUPOR, in his official capacity as
Director of the Office of Personnel
Management, *et al.*,

    *Defendants.*

No.: 1:25-cv-13305

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
NOTICE OF SUPPLEMENTAL FACTS (ECF No. 74)**

Defendants Scott Kupor, in his official capacity as Director of the Office of Personnel Management, and the Office of Personnel Management (OPM) respectfully submit this Response to Plaintiffs' Notice of Supplemental Facts (ECF No. 74) to address Plaintiffs' suggestion that "recent factual developments . . . further demonstrate the urgent need for the relief requested" in Plaintiffs' motion for preliminary injunction, ECF No. 39.

As explained in the Declaration filed herewith, it remains the case that agencies' use of the four short-essay questions included in the Merit Hiring Plan ("MHP"), which form the basis of Plaintiffs' challenge in this case, are optional. ECF 57 at 1-2; *see also* Declaration of Noah Peters, filed herewith ("Peters Decl.") at 1. Applicants are not required to answer them. Off. of Personnel Mgmt., Merit Hiring Plan (2025), 10, https://www.opm.gov/chcoc/transmittals/2025/Merit%20Hiring%20Plan%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%20FINAL.pdf ("MHP"). Moreover, agencies are not permitted to disqualify or screen out applicants who choose not to answer one or more of the questions. Off. of Pers. Mgmt., Additional

A802

Merit Hiring Plan Guidance on Using the Four Short Essay Questions (2026), https://content.govdelivery.com/accounts/USOPM/bulletins/3e5f668. The MHP and subsequent guidance issued to agencies on June 23, 2025, have not been changed and remain the operative guidance for use of the short-essay questions, within which the challenged question is included.

Nonetheless, to reiterate that guidance and to remind agencies regarding how they may use the short-essay questions, OPM distributed the attached reminder e-mails to all federal agencies' Chief Human Capital Officers (CHCOs), Deputy CHCOs, and Human Resources Directors on April 28 and April 30, 2026. *See* Exh. A., "Merit Hiring Plan Guidance on Using the Four Optional Short Essay Questions Reminder," Exh. B., "Additional Merit Hiring Plan Guidance on Using the Four Optional Short Essay Questions Reminder." As OPM explained: "In all cases, an applicant must not be disqualified or screened out for not answering the questions; responses to the questions must not be marked as required, and applicants must be allowed to complete the application without answering the questions." Exh. B.

More broadly, each hiring agency exercises full control over whether applicants are required to provide responses to questions within a job application. *See* Peters Decl. at 1-2. Agencies can apply settings to vacancy announcements within the federal talent acquisition system, through which applicants apply for jobs, that require responses to certain questions (item-level requirements) or require responses to all questions within a particular job application (vacancy-level requirements) before an application can be submitted. *Id.* Agencies can also choose a default setting that automatically requires responses to all questions unless the agency turns that requirement off (either for a specific item or for the entire vacancy) or a default setting that does not require any responses (unless the agency marks a particular item as required). *Id.* These settings have always been fully controllable by hiring agencies. *Id.*

A803

On November 18, 2025, the OPM official that oversees the federal talent acquisition system implemented a change to the system such that the initial setting for all items (*e.g.,* short-essay questions) for all vacancies would not require a response by default. *Id.* The purpose of this change was to prevent agencies from inadvertently requiring responses when the agency was unaware the setting for a particular item was set to require a response. *Id.* Notice of this change was provided to agencies at that time. *Id.*

In addition, as noted, OPM has continued to communicate to agencies that applicants must not be required to answer the questions and cannot be disqualified or screened out based on their answers (or their failure to answer some or all of the questions).

Dated: May 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Ryan M. Underwood*
RYAN M. UNDERWOOD
Trial Attorney (D.C. Bar No. 1656505)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-1952
E-mail: ryan.m.underwood2@usdoj.gov

*Counsel for Defendants*

3

A804

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to any individuals and entities who have entered appearances in this case to date, pursuant to the Court's ECF system.

<u>/s/ RYAN M. UNDERWOOD</u>
Ryan M. Underwood

A805

A806

# Exhibit A

| | |
|---|---|
| **From:** | OPM Workforce Policy and Innovation <WPI@notify.opm.gov> |
| **Sent:** | Tuesday, April 28, 2026 1:46 PM |
| **To:** | ▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Reminder: Merit Hiring Plan Guidance on Using the Four Optional Short Essay Questions |

Share / View as a webpage



# Merit Hiring Plan Guidance on Using the Four Optional Short Essay Questions Reminder

Dear CHCOs, Deputy CHCOs and Human Resources Directors,

The U.S. Office of Personnel Management's (OPM) Office of Workforce Policy and Innovation reminds agencies that the use of four short essay questions is **optional for General Schedule 5-15, and Senior Professional positions**, and **an applicant cannot be disqualified or screened out for not answering the questions if an agency chooses to use them**.

**Agencies should also refrain from using these essay questions when filling Senior Executive Service positions.**

Per your convenience, the previously issued June 23, 2025, guidance regarding use of the four optional short essay questions is available at: Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions.

OPM Workforce Policy and Innovation

---

Do not reply to this unmonitored govDelivery send-only email address.

Stay Connected with U.S. Office of Personnel Management:

  

1

A807

A808

# Exhibit B

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.



**Subscribe to updates from U.S. Office of Pers Management**

Email Address          e.g. name@exam
Subscribe

**Share Bulletin**

# Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

U.S. Office of Personnel Management sent this bulletin at 04/30/2026 04:44 PM EDT

Share / View as a webpage



## Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions

Dear CHCOs, Deputy CHCOs and Human Resources Directors,

The U.S. Office of Personnel Management's (OPM) Office of Workforce Policy and Innovation is issuing this communication to clarify guidance sent on Tuesday, April 28, 2026 about agency use of four short essay questions.

The use of four short essay questions is **mandatory** for General Schedule (GS) 5-15 and Senior Professional (Senior Level (SL) and Scientific & Professional (ST)) positions. Use is **optional** for merit promotion announcements only. **In all cases, an applicant must not be disqualified or screened out for not answering the questions; responses to the questions must not be marked as required, and applicants must be allowed to complete the application without answering the questions.**

**Agencies should continue to refrain from using these essay questions when filling Senior Executive Service (SES), teacher, seasonal, and Wage Grade (WG) positions.**

For your convenience, the previously issued June 23, 2025 guidance regarding use of the four optional short essay questions is available at: Additional Merit Hiring Plan Guidance on Using the Four Short Essay Questions.

OPM Workforce Policy and Innovation

Do not reply to this unmonitored govDelivery send-only email address.

Stay Connected with U.S. Office of Personnel Management:

  

Powered by



Privacy Policy | Cookie Statement | Help

A809

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO,
*et al.,*

    *Plaintiffs,*

v.

SCOTT KUPOR, in his official capacity as
Director of the Office of Personnel
Management, *et al.*,

    *Defendants.*

No.: 1:25-cv-13305

**DECLARATION OF NOAH PETERS**

I, Noah Peters, declare:

    1.    I am Senior Advisor to the Director at the U.S. Office of Personnel Management ("OPM").

    2.    On April 28, 2026, OPM distributed via e-mail to all federal agencies' Chief Human Capital Officers (CHCOs), Deputy CHCOs, and Human Resources Directors a reminder that the four short-essay questions provided in Section III of OPM's May 29, 2025 Merit Hiring Plan are optional and that applicants cannot be disqualified or screened out for not answering the questions if an agency chooses to use them.

    3.    On April 30, 2026, OPM distributed another email to all federal agencies' CHCOs, Deputy CHCOs, and Human Resources Directors reminding them that, "In all cases, an applicant must not be disqualified or screened out for not answering the questions; responses to the questions must not be marked as required, and applicants must be allowed to complete the application without answering the questions."

    4.    OPM's talent acquisition system, USA Staffing, allows agencies full control over

1

A810

whether applicants are required to answer questions within a job application. Agencies can designate specific questions as required or optional (item-level requirements). This means an applicant may encounter a mix of required and non-required questions within the same application.

5.      Agencies can also apply a setting at the vacancy (announcement) level that requires responses to all questions (vacancy-level requirement). This setting overrides any item-level configurations.

6.      Prior to November 18, 2025, agencies could also choose a default setting for each of their staffing offices.  Under one setting, agencies could set the default such that all questions will automatically require responses.  Under the other setting, agencies could set the default such that all questions will automatically not require responses. These staffing-office level settings have always been fully controlled by agencies.

7.      That changed on November 18, 2025, when the USA Staffing program implemented a systemwide change such that the default setting for all vacancies, including for the four short-essay questions, would be set to not require responses. The purpose of this update was to prevent agencies from unintentionally requiring responses to all questions if they were unaware the default setting was enabled. Agencies retain the ability to change the setting, although doing so with respect to the four short-essay questions would conflict with the Merit Hiring Plan and all subsequently issued guidance directing that responses to those questions are optional.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2026

> /s/ Noah Peters
> Noah Peters

2

A811

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to any individuals and entities who have entered appearances in this case to date, pursuant to the Court's ECF system.

 /s/ RYAN M. UNDERWOOD
Ryan Underwood

A812

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate ACMS system.

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), I certify that this petition is being served concurrently on all parties to the proceeding in the trial court, and that a copy is being provided to the trial court judge.

*/s/ Warren A. Braunig*
WARREN A. BRAUNIG